**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Remnant Oil Company, LLC and | § | Case No. 19-70106 |
| Remnant Oil Operating, LLC, | § | Case No. 19-70107 |
| | § | |
| Debtors. | § | Chapter 11 |
| | § | |
| | § | (Jointly Administered Under |
| | § | Case No. 19-70106) |
| | § | |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF**
<u>**ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**</u>

<u>**Introduction**</u>

Remnant Oil Company, LLC and Remnant Oil Operating, LLC (collectively, the "**Debtors**"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Western District of Texas (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of

conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non- bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be

required to update the Schedules and Statements.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2.  **Description of Cases and "as of" Information Date**. On July 16, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On July 22, 2019, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 23].

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of May 31, 2019, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of June 30, 2019.**

3.  **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of May 31, 2019, in the Debtors' books and records. Additionally, because the book values of certain assets, may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4.  **Recharacterization**.  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to, among other things, the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5.  **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors leased real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC-1. However, nothing

in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or properly designated as a financing arrangement).

6. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a post-petition basis. Prepetition liabilities which have been paid post-petition may have been excluded from the Schedules and Statements.  To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

7. **Insiders**.   Solely for purposes of the Schedules and Statements, the Debtors  define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 5% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

8. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

9. **Materialman's/Mechanic's Liens**. The assets listed in the Schedules and Statements

are presented without consideration of any materialman's or mechanic's liens.

10. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to exercise their rights to setoff against such Claims.

11. **Claims Description**.  Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

12. **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

13. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    a.    Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

    b.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c.    Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of

any liens that may attach (or have attached) to such property and equipment.

14. **Estimates and Assumptions**. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

15. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

16. **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

17. **Employee Addresses**. Employee addresses have been removed from entries listed on Schedules E/F and G and the Statements, as applicable. These addresses are available upon request of the Office of the United States Trustee and the Bankruptcy Court.

18. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of May 31, 2019, unless otherwise noted below. Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B. Leases and contracts are listed on Schedule G.

**Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of July 15, 2019. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Emergency Motion Pursuant To Sections 105(A), 345(B), 363(C), And 364(A) Of The Bankruptcy Code For Authorization To (I) Continue To Use Existing Cash Management System, (II) Maintain Existing Bank Accounts On Interim Basis, (III) Maintain Business Forms And Records; And (IV) Waive Certain Deposit Guidelines* [Docket No. 7] (the "**Cash Management Motion**").

**Schedule A/B 7**. The Bankruptcy Court, pursuant to the *Debtors' Emergency Motion For Order (I) Prohibiting Utility Companies From Altering Or Discontinuing Service On Account Of Prepetition Invoices, (II) Approving Deposit Account As Adequate Assurance Of Payment, And (III) Establishing Procedures For Resolving Requests By Utility Companies For Additional Assurance Of Payment* [Docket No. 8], has authorized the Debtors to provide adequate assurance of payment for postpetition

utility services, including a deposit in the amount of $32,800. Such deposit is not listed on Schedule A/B 7, which was prepared as of the Petition Date.

**Schedule A/B 11**. Accounts receivable do not include intercompany receivables.

**Schedule A/B 55**. The Debtors have listed their real property leases in Schedule A/B 55. The Debtors are unable to value their leasehold interests and leasehold improvements on a lease by lease basis. Accordingly, while the Debtors have listed each leasehold interest on a lease by lease basis in Schedule A/B 55, the aggregate market value of the Debtors' leasehold interests and leasehold improvements have been listed in connection with item number 55.2 on Schedule A/B 55.

**Schedule A/B 63**. The Debtors maintain a customer database. The amount is listed as undetermined because the fair market value of such ownership cannot be determined.

**Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or warranty Claims. Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.


**Schedule D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date. However, trade/accounts payable are reported on Schedule E/F part 2 as of June 30, 2019.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of

reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4**. Statement 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders as applicable. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, loan repayments, and/or severance. Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

**Statement 5**. Statement 5 excludes goods returned in the ordinary course of business.

**<u>Statement 7</u>**. Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**<u>Statement 10</u>**. The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes. The losses listed on Statement 10 are based on the estimated amounts currently owed and are not intended to be an admission of the amounts owed.

**<u>Statement 11</u>**. Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in Statement 11. However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

**<u>Statement 26d</u>**. The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

**<u>Statement 30</u>**. Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

**Fill in this information to identify the case:**

**Debtor name:** Remnant Oil Company, LLC

**United States Bankruptcy Court for the:** Western District of Texas

**Case number (if known):** 19-70106

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from Schedule A/B ...................................................................

$22,000,000.00

    1b. **Total personal property:**
Copy line 91A from Schedule A/B ...............................................................

$435,517.04

    1c. **Total of all property:**
Copy line 92 from Schedule A/B ..................................................................

$22,435,517.04

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

$11,289,511.94

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F ........................................................

$19,480.21

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

+ $8,921,334.14

4. ***Total liabilities***
Lines 2 + 3a + 3b .............................................................................................

$20,230,326.29

**Fill in this information to identify the case:**

**Debtor name:** Remnant Oil Company, LLC

**United States Bankruptcy Court for the:** Western District of Texas

**Case number (if known):** 19-70106

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1.  Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2.  Cash on hand**

2.1. _____     $_____

**3.  Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3.1. FIRST CAPITAL BANK OF TEXAS<br>310 W WALL ST., SUITE 100<br>MIDLAND TX 79701 | CHECKING | 0063 | $0.00 |
| 3.2. WEST TEXAS NATIONAL BANK<br>6 DESTA DRIVE, SUITE 2400<br>MIDLAND TX 79705 | CHECKING | 0871 | $532.60 |

**4.  Other cash equivalents** *(Identify all)*

| Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 4.1. _____ | _____ | _____ | _____ | $_____ |

**5.  Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $532.60 |
| --- |

Debtor  **Remnant Oil Company, LLC**  Case number *(if known)* **19-70106**

| Part 2: | Deposits and prepayments |
|---|---|

**6.  Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below.

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit — Current value of debtor's interest

7.1.  REAL PROPERTY LEASE  $8,575.17

CLAYDESTA BUILDINGS, L.P.

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment — Current value of debtor's interest

8.1.  RETAINER BALANCE  $3,082.00

DONLIN RECANO & COMPANY, INC.

8.2.  RETAINER BALANCE  $12,372.11

MODRALL SPRELING

**9.  Total of part 2**

Add lines 7 through 8. Copy the total to line 81.

$24,029.28

| Part 3: | Accounts receivable |
|---|---|

**10.  Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.  Accounts receivable**

| | | Face amount | Doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $_____ | - $_____ | = ........ → | $_____ |
| | | Face amount | Doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $_____ | - $_____ | = ........ → | $_____ |

**12.  Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$0.00

| Part 4: | Investments |
|---|---|

**13.  Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

Debtor **Remnant Oil Company, LLC**                    Case number *(if known)* **19-70106**

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

14.1. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity                                    % of ownership

15.1. _____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

16.1. _____    _____    $_____

**17. Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

---

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1. CRUDE OIL[1] | JULY 15 2019 | $370,827.16 | PRICE PER BARREL | $370,827.16 |

[1]VALUED AS OF JULY 15, 2019

**20. Work in progress**

20.1. _____  _____    $_____    _____    $_____

**21. Finished goods, including goods held for resale**

21.1. _____  _____    $_____    _____    $_____

**22. Other inventory or supplies**

22.1. _____  _____    $_____    _____    $_____

**23. Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

| $370,827.16 |
|---|

**24. Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes Book value: $_____  Valuation method: _____  Current value: $_____

Debtor   **Remnant Oil Company, LLC**                                       Case number *(if known)* **19-70106**

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.  Farm animals.**  Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.  Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

**33.  Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.  Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes Book value: $_____   Valuation method: _____   Current value: $_____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor   **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture** | | | |
| 39.1.   OWNED OFFICE FURNITURE | $12,291.00 | Net Book Value | $12,291.00 |
| **40.   Office fixtures** | | | |
| 40.1.   _____ | $_____ | _____ | $_____ |

**41.   Office equipment, including all computer equipment and communication systems equipment and software**

| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41.1.   OWNED OFFICE EQUIPMENT | $3,510.00 | Net Book Value | $3,510.00 |

**42.   Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1.   _____ | $_____ | _____ | $_____ |

**43.   Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

$15,801.00

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☒ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   _____ | $_____ | _____ | $_____ |

**48.   Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1.   _____ | $_____ | _____ | $_____ |

Debtor  **Remnant Oil Company, LLC**　　　　　　　　　　　　　　　　Case number *(if known)* **19-70106**

---

**49.**　　**Aircraft and accessories**

49.1.　　_____　　$_____　　_____　　$_____

**50.**　　**Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1.　　WELL AND FIELD EQUIPMENT - TANKAGE,　　$24,327.00　　Net Book Value　　$24,327.00
　　　　　PUMPS/COMPRESSORS AND PUMP JACKS

**51.**　　**Total of part 8**

　　　　Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| | $24,327.00 |

**52.**　　**Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53.**　　**Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 9:**　　**Real property**

**54.**　　**Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**　　**Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1. _____<br>LEASE OF OFFICE SPACE<br><br>_____<br>6 DESTA DRIVE<br>SUITE 5100<br>MIDLAND TX 79705 | LEASEHOLD INTEREST | UNDETERMINED | _____ | UNDETERMINED |
| 55.2. _____<br>OIL AND GAS OPERATING LEASES - ALL LEASES - MARKET VALUE<br><br>_____ | LEASEHOLD INTEREST | UNDETERMINED | Market Value | $22,000,000.00 |
| 55.3. 3001524864<br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - AMOCO FEDERAL 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.4. 3001524985<br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - AMOCO FEDERAL 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.5.   3001524986<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - AMOCO FEDERAL 3 SWD | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.6.   3001525080<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - AMOCO FEDERAL 4 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.7.   3001525079<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - AMOCO FEDERAL 5 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.8.   3001525081<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - AMOCO FEDERAL 6 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.9.   3000521098<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - APACHE FED COM 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.10.   3001523712<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - AURORA STATE 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.11.   3002521759<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - BARNES FEDERAL 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.12.   3002502664<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - BARNES FEDERAL 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.13.   3001510160<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - BARTON A FEDERAL 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.14.   3000561826<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - BEAVERS FEE 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor **Remnant Oil Company, LLC**    Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.15.  3000561042<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - BO FEDERAL 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.16.  3001510472<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - BRAINARD FEDERAL 7 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.17.  3001510453<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - BRAINARD FEDERAL 8 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.18.  3001524087<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - BRAINARD FEDERAL 12 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.19.  3002522965<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - BRENDA 1-19 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.20.  3002537524<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - BRIGHT 2 STATE COM 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.21.  3001525635<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - CAL-MON 1 (INJ) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.22.  3001525693<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - CAL-MON 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.23.  3001525754<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - CAL-MON 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.24.  3001525770<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - CAL-MON 4 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                                              Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.25.  3001525811<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - CAL-MON 5 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.26.  3001525889<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - CAL-MON 6 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.27.  3001501705<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - CARPER LEVERS 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.28.  3001536007<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - CAL-MON 6 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.29.  3001536208<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - CHAMA 3 FED 2H | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.30.  3000562980<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - CHARLIE STATE 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.31.  3000561505<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - CHAVES A FED 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.32.  3000561505<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - CHAVES A FED 1 (ABO) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.33.  3000561505<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - CHAVES A FED 1 (WCP) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.34.  3000561512<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - CHAVES A FED 2 (ABO) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor **Remnant Oil Company, LLC**  Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.35. 3000561506<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - CHAVES A FED 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.36. 3000561506<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - CHAVES A FED 3 (ABO) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.37. 3000561506<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - CHAVES A FED 3 (PENN) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.38. 3000563177<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - CHAVES A FED 4 (ABO) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.39. 3000563571<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - CHAVES A FED 6 (ABO) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.40. 3000563606<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - CHAVES A 17 FED 5 (ABO) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.41. 3000563815<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - COMANCHE HILL 18 FED 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.42. 3002501579<br>OIL AND GAS OPERATING LEASE<br>LEA COUNTY, NM - LEASE/WELL NAME - CORBIN A FEDERAL 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.43. 3000560858<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - COYOTE DRAW FED 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.44. 3000561347<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - COYOTE DRAW FED 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                        Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.45.  3000561354<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - COYOTE DRAW FED 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.46.  3000560978<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - COYOTE FED 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.47.  3000561100<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - COYOTE FED 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.48.  3000561099<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - COYOTE FED 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.49.  3000561880<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - COYOTE FED 4Y | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.50.  3000563580<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - COYOTE FED 5 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.51.  3000520999<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DALPORT ARCO FED COM 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.52.  3000520661<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DALPORT FEDERAL 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.53.  3000561138<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DANA FED 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.54.  3000561435<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DANA FED 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.55.  3000561810<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - DANA FED 4 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.56.  3000562466<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - DANA FED 5 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.57.  3000500925<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0001 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.58.  3000500923<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0002 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.59.  3000500922<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0003 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.60.  3000500924<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0004 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.61.  3000500926<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0005 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.62.  3000500903<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0006 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.63.  3000500902<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0007 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.64.  3000500901<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0008 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                                      Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.65.  3000500900<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0009 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.66.  3000500898<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0011 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.67.  3000500894<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0012 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.68.  3000500897<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0014 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.69.  3000500973<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0016 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.70.  3000500971<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0017 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.71.  3000500977<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0018 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.72.  3000500976<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0019 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.73.  3000500969<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0022 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.74.  3000500972<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0023 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                                        Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.75.  3000500968

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0024N

LEASEHOLD INTEREST          $_____  _____  UNDETERMINED

55.76.  3000500963

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0025

LEASEHOLD INTEREST          $_____  _____  UNDETERMINED

55.77.  3000501024

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0026

LEASEHOLD INTEREST          $_____  _____  UNDETERMINED

55.78.  3000501026

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0027

LEASEHOLD INTEREST          $_____  _____  UNDETERMINED

55.79.  3000501028

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0028

LEASEHOLD INTEREST          $_____  _____  UNDETERMINED

55.80.  3000501029

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0029

LEASEHOLD INTEREST          $_____  _____  UNDETERMINED

55.81.  3000501027

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0030

LEASEHOLD INTEREST          $_____  _____  UNDETERMINED

55.82.  3000501022

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0031

LEASEHOLD INTEREST          $_____  _____  UNDETERMINED

55.83.  3000501023

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0032

LEASEHOLD INTEREST          $_____  _____  UNDETERMINED

55.84.  3000501025

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0033

LEASEHOLD INTEREST          $_____  _____  UNDETERMINED

Debtor    **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | (Where available) | | |

**55.**     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.85.  3000501030<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0034 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.86.  3000501035<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0035 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.87.  3000501036<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0036 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.88.  3000501037<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0038 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.89.  3000501075<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0039 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.90.  3000501070<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0040 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.91.  3000501074<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0041 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.92.  3000501080<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0043 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.93.  3000501054<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0045 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.94.  3000501064<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0046 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.95.   3000501055<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0047 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.96.   3000501129<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0049 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.97.   3000501127<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0053 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.98.   3000521156<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0054 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.99.   3000521157<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0055 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.100.  3000521153<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0056 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.101.  3000521154<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0057 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.102.  3000521155<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0058 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.103.  3000521132<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0144 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.104.  3000521135<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0147 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.105. 3000529196<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0701 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.106. 3000529198<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0704 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.107. 3000501009<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0804 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.108. 3000500978<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0805 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.109. 3000500979<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0806 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.110. 3000500981<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0808 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.111. 3000501013<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0812 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.112. 3000500982<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0813 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.113. 3000500984<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0815 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.114. 3000500985<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0816 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.115. 3000500987<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0822 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.116. 3000500989<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0824 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.117. 3000501021<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0828 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.118. 3000500992<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0831 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.119. 3000500993<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0832 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.120. 3000510158<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - DQSU 0837 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.121. 3001531813<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - EMPIRE DEEP 29 FED 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.122. 3001532252<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - EMPIRE DEEP 29 FED 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.123. 3001523290<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - EMPIRE 34 FED 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.124. 3001505769<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - ENGLISH FEDERAL 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                              Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.      Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.125.  3001524973<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - FINA STATE 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.126.  3000561153<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - FINCH FEE 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.127.  3000520725<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - FRIEND FEDERAL 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.128.  3002528658<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - HIGGINS TRUST 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.129.  3002528775<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - HIGGINS TRUST 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.130.  3001524863<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - HILL FEDERAL 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.131.  3001525082<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - HILL FEDERAL 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.132.  3002534154<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - HOOD STATE 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.133.  3000562640<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - JILL FED 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.134.  3000560559<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - JJ FED 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                               Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.135.   3000562678<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - JJ FED 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.136.   3000563168<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - JJ FED 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.137.   3000563711<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - JJ 1 FED COM 4 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.138.   3002500827<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - JOHNS B 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.139.   3001505783<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - JONES FEDERAL 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.140.   3001505782<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - JONES FEDERAL 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.141.   3000521118<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - KARANKAWA FEDERAL 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.142.   3002500975<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - LANE B 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.143.   3002527718<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - LANGLEY A FED 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.144.   3000560971<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - LEEMAN FED 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.145. 3000561838

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME -
LEEMAN FED 2

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.146. 3000562673

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME -
LEEMAN FED 5

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.147. 3000562109

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME -
LISA FED 1

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.148. 3000562523

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME -
LONG ARROYO 2 SWD

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.149. 3000561469

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME -
LUKE FED COM 1

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.150. 3001525505

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - LUSK
20 FEDERAL 1

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.151. 3001525506

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - LUSK
22 FEDERAL 1

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.152. 3001525507

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - LUSK
22 FEDERAL 2

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.153. 3002521158

OIL AND GAS OPERATING LEASE

LEA COUNTY, NM - LEASE/WELL NAME - LUSK
SEVEN RIVERS UNIT 1

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.154. 3002521201

OIL AND GAS OPERATING LEASE

LEA COUNTY, NM - LEASE/WELL NAME - LUSK
SEVEN RIVERS UNIT 2

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor   **Remnant Oil Company, LLC**                                                              Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.155. 3002520415<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - LUSK SEVEN RIVERS UNIT 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.156. 3002521639<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - LUSK SEVEN RIVERS UNIT 4 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.157. 3002521200<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - LUSK SEVEN RIVERS UNIT 5 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.158. 3002525199<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - LUSK SEVEN RIVERS UNIT 7 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.159. 3002529052<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - LUSK SEVEN RIVERS UNIT 8 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.160. 3000561305<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.161. 3000561650<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.162. 3000561793<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.163. 3000561827<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 4 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.164. 3000562006<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 5 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                                           Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.165.  3000562007

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 6

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.166.  3000562159

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 7

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.167.  3000562170

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 8

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.168.  3000562339

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 9

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.169.  3000562442

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 10

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.170.  3000562443

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 11

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.171.  3000563163

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 12

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.172.  3000563176

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 14

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.173.  3000563197

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 17

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.174.  3000563224

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 18

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.175. 3000563227<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 19 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.176. 3000563228<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 20 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.177. 3000563255<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 21 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.178. 3000563254<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MCCLELLAN MOC FED 22 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.179. 3002527176<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - MCCLURE J H B 22 SWD | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.180. 3002527821<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - MCCLURE J H B 23 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.181. 3000561197<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MCCREA FEE COM 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.182. 3000562474<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MCCREA FEE COM 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.183. 3001503499<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - MCKEE WILSON 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.184. 3001503500<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - MCKEE WILSON 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                              Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.185. 3002500902<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - MILLER FEDERAL 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.186. 3000560584<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MM FED 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.187. 3000562449<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MM FED 4 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.188. 3000562450<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MM FED 5 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.189. 3000562451<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MM FED 6 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.190. 3000562493<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MM FED 7 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.191. 3000562494<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MM FED 8 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.192. 3000562612<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MM FED 9 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.193. 3000562676<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MM FED COM 10 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.194. 3000563199<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MM FED 11 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor  **Remnant Oil Company, LLC**                                              Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.195. 3000563712<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - MM 25 FED 12 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.196. 3002532846<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - MOBIL STATE 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.197. 3002531622<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - NEW MEXICO STATE 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.198. 3002532021<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - NEWMAN 32 STATE 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.199. 3002537170<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - NEWMAN 32 STATE 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.200. 3001536237<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NIAGARA 3 FEE COM 1H | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.201. 3001536168<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NIAGARA 3 FEE COM 2H | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.202. UNKNOWN<br><br>_____<br><br>ST NM V0-9404 - LEASE/WELLNAME - NORTH CAPTROCK CELERO QN UT | _____ | $_____ | _____ | $_____ |
| 55.203. UNKNOWN<br><br>_____<br><br>ST NM V0-9413 - LEASE/WELLNAME - NORTH CAPTROCK CELERO QN UT | _____ | $_____ | _____ | $_____ |
| 55.204. 3002500207<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - NORTH CAPROCK CELERO QN UT 22 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor  **Remnant Oil Company, LLC**                                   Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.205. 3002500201<br>OIL AND GAS OPERATING LEASE<br>LEA COUNTY, NM - LEASE/WELL NAME - NORTH CAPROCK CELERO QN UT 26 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.206. 3002500209<br>OIL AND GAS OPERATING LEASE<br>LEA COUNTY, NM - LEASE/WELL NAME - NORTH CAPROCK CELERO QN UT 27 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.207. 3002500200<br>OIL AND GAS OPERATING LEASE<br>LEA COUNTY, NM - LEASE/WELL NAME - NORTH CAPROCK CELERO QN UT 28 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.208. 3000500540<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - NORTH CAPROCK CELERO QN UT 31 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.209. UNKNOWN<br>_____<br>ST NM V0-9423 - LEASE/WELLNAME - NORTH CAPTROK CELERO QN UT | _____ | $_____ | _____ | $_____ |
| 55.210. UNKNOWN<br>_____<br>ST NM V0-9424 - LEASE/WELLNAME - NORTH CAPTROCK CELERO QN UT | _____ | $_____ | _____ | $_____ |
| 55.211. 3001541824<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #202 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.212. 3001541825<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #203 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.213. 3001541826<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #204 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.214. 3001504854<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #001 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                                          Case number *(if known)* **19-70106**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.215. 3001520183 OIL AND GAS OPERATING LEASE EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #003 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.216. 3001520127 OIL AND GAS OPERATING LEASE EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #004 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.217. 3001510322 OIL AND GAS OPERATING LEASE EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #005 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.218. 3001504863 OIL AND GAS OPERATING LEASE EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #007 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.219. 3001504864 OIL AND GAS OPERATING LEASE EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #008 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.220. 3001504853 OIL AND GAS OPERATING LEASE EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #010 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.221. 3001504857 OIL AND GAS OPERATING LEASE EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #011 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.222. 3001504856 OIL AND GAS OPERATING LEASE EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #012 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.223. 3001504936 OIL AND GAS OPERATING LEASE EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #020 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.224. 3001504937 OIL AND GAS OPERATING LEASE EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #038 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**

Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.225. 3001504933<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #039 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.226. 3001510343<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #014 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.227. 3001504905<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #022 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.228. 3001504912<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #024 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.229. 3001504913<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #025 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.230. 3001510571<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #031 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.231. 3001520701<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #033 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.232. 3001510416<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #035 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.233. 3001504907<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #041 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.234. 3001504909<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #043 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor  **Remnant Oil Company, LLC**                                                          Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.235. 3001510321<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #045 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.236. 3001504899<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #046 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.237. 3001503926<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #051 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.238. 3001503927<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #052 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.239. 3001504929<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #056 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.240. 3001504918<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #058 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.241. 3001504919<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #059 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.242. 3001504914<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #060 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.243. 3001504892<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #062 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.244. 3001504890<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #064 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.245. 3001510284<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #066 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.246. 3001510121<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #067 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.247. 3001503925<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #069 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.248. 3001520316<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #070 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.249. 3001503924<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #071 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.250. 3001520554<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #072 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.251. 3001510415<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #074 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.252. 3001520839<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #075 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.253. 3001524458<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #078 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.254. 3001504928<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #079 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                                          Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.255. 3001504917

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #081

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.256. 3001504915

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #083

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.257. 3001522003

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #089

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.258. 3001510270

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #091

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.259. 3001504887

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #092

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.260. 3001504030

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #095

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.261. 3001504031

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #096

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.262. 3001504942

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #097

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.263. 3001504944

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #099

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.264. 3001510752

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #100

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor  **Remnant Oil Company, LLC**                                                          Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.265. 3001504946<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #101 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.266. 3001520185<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #102 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.267. 3001525029<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #106 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.268. 3001504977<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #109 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.269. 3001504979<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #111 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.270. 3001504990<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #113 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.271. 3001510271<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #114 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.272. 3001510273<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #115 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.273. 3001510272<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #116 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.274. 3001504019<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #117 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor  **Remnant Oil Company, LLC**　　　　　　　　　　　　　　　Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.275. 3001521747<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #120 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.276. 3001504028<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #121 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.277. 3001504943<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #123 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.278. 3001524580<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #124 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.279. 3001504945<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #125 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.280. 3001504949<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #127 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.281. 3001504978<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #132 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.282. 3001504975<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #133 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.283. 3001504984<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #135 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.284. 3001504970<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #136 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor   **Remnant Oil Company, LLC**                                       Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.      Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.285.  3001504971<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #137 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.286.  3001504985<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #141 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.287.  3001520184<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #142 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.288.  3001504941<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #144 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.289.  3001504948<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #145 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.290.  3001504959<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #147 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.291.  3001504956<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #148 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.292.  3001504969<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #149 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.293.  3001504973<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #151 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.294.  3001504993<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #153 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.295. | 3001504986<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #154 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.296. | 3001521771<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #156 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.297. | 3001524920<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #158 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.298. | 3001504953<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #160 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.299. | 3001524706<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #159 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.300. | 3001524457<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #162 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.301. | 3001504957<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #164 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.302. | 3001504958<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #165 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.303. | 3001504974<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #168 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.304. | 3001504968<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #166 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                               Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.      Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.305. 3001504995<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #171 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.306. 3001504992<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #172 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.307. 3001504983<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #167 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.308. 3001510345<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #170 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.309. 3001532911<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #184 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.310. 3001504988<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #174 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.311. 3001532907<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #177 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.312. 3001510863<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #185 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.313. 3001533102<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #187 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.314. 3001533040<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #191 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.315. | 3001532912<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #194 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|---|
| 55.316. | 3001533046<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #192 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.317. | 3001533065<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #197 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.318. | 3001533047<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #198 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.319. | 3001533068<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #199 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.320. | 3001533048<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #200 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.321. | 3001505785<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - OHIO JONES 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.322. | 3001505786<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - OHIO JONES 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.323. | 3000521097<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - OXY FEDERAL COM 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.324. | 3000521095<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - OXY FEDERAL COM 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor  **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.325. 3001525219

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - PARSLEY FEDERAL 1

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.326. UNKNOWN

_____

USA LC-060503 - API & LEASE/WELL NAME NOT AVAILABLE

| | _____ | $_____ | _____ | $_____ |
|---|---|---|---|---|

55.327. 3002500796

OIL AND GAS OPERATING LEASE

LEA COUNTY, NM - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 2

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.328. 3002521710

OIL AND GAS OPERATING LEASE

LEA COUNTY, NM - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 3

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.329. 3002500837

OIL AND GAS OPERATING LEASE

LEA COUNTY, NM - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 5

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.330. 3002500834

OIL AND GAS OPERATING LEASE

LEA COUNTY, NM - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 7

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.331. 3002500851

OIL AND GAS OPERATING LEASE

LEA COUNTY, NM - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 11

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.332. 3002500833

OIL AND GAS OPERATING LEASE

LEA COUNTY, NM - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 13

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.333. 3002500844

OIL AND GAS OPERATING LEASE

LEA COUNTY, NM - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 16

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.334. 3002500845

OIL AND GAS OPERATING LEASE

LEA COUNTY, NM - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 18

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

Debtor  **Remnant Oil Company, LLC**　　　　　　　　　　　　　　　　　Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.335. UNKNOWN<br><br>_____<br>USA LC-029403A - LEASE/WELL NAME NOT AVAILABLE | | $_____ | _____ | $_____ |
| 55.336. UNKNOWN<br><br>_____<br>ST NM OG-5119 - LEASE/WELL NAME NOT AVAILABLE | | $_____ | _____ | $_____ |
| 55.337. 3000561237<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - PECOS RIVER FED 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.338. 3000562107<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - PECOS STATE 16 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.339. 3000562229<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - PECOS STATE 16 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.340. 3000562230<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - PECOS STATE 16 4 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.341. 3000560531<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - PENJACK FED 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.342. 3000562465<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - PENJACK FED 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.343. 3000562495<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - PENJACK FED 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.344. 3000562544<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - PENJACK FED 4 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| 55.345. | 3000562562<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - PENJACK FED 6 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|---|
| 55.346. | 3000562611<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - PENJACK FED 7 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.347. | 3000562672<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - PENJACK FED 8 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.348. | 3000562916<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - PENJACK FED 9 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.349. | 3000563591<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - PENJACK FED 10 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.350. | 3000563592<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - PENJACK FED 11 Q | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.351. | 3002526566<br>OIL AND GAS OPERATING LEASE<br>LEA COUNTY, NM - LEASE/WELL NAME - PENROC STATE 23 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.352. | 3002527893<br>OIL AND GAS OPERATING LEASE<br>LEA COUNTY, NM - LEASE/WELL NAME - PENROC STATE DV 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.353. | 3000562047<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - PJ FED COM 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.354. | 3000561043<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - PZ FED 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.355. 3000561398<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - PZ FED 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.356. 3002540076<br>OIL AND GAS OPERATING LEASE<br>LEA COUNTY, NM - LEASE/WELL NAME - RANGER LAKE 1 ST 1H | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.357. 3000562533<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - RICK FED 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.358. 3000562533<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - RICK FED COM 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.359. 3000563171<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - RIO BRAVO FEE 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.360. 3002500286<br>OIL AND GAS OPERATING LEASE<br>LEA COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0002 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.361. 3002500291<br>OIL AND GAS OPERATING LEASE<br>LEA COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0004 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.362. 3002500292<br>OIL AND GAS OPERATING LEASE<br>LEA COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0005 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.363. 3002500294<br>OIL AND GAS OPERATING LEASE<br>LEA COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0007 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.364. 3000500839<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0009 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor   **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.365.  3000500841

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0010

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.366.  3000500844

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0011

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.367.  3000500832

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0013

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.368.  3000500835

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0015

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.369.  3000500831

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0017

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.370.  3000500821

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0018

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.371.  3000500820

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0019

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.372.  3000500830

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0020

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.373.  3000500825

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0021

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

55.374.  3000500834

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0022

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                                         Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.375. 3000500813<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0023 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.376. 3000500809<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0024 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.377. 3000500816<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0025 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.378. 3000500808<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0026 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.379. 3000500812<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0027 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.380. 3000500819<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0028 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.381. 3000500883<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0029 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.382. 3000500891<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0030 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.383. 3000500886<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0031 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.384. 3000500888<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0032 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                  Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.385. 3000500890<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0033 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.386. 3000500887<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0034 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.387. 3000500872<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0035 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.388. 3000500875<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0037 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.389. 3000500876<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0039 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.390. 3000500867<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0041 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.391. 3000500881<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0043 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.392. 3000500879<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0045 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.393. 3000500878<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0046 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.394. 3000500869<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0047 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor  **Remnant Oil Company, LLC**                                                      Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.395. 3000500868<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0048 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.396. 3000500874<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0049 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.397. 3000500882<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0050 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.398. 3000500866<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0051 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.399. 3000500865<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0052 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.400. 3000500864<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0053 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.401. 3000500855<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0055 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.402. 3000500854<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0059 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.403. 3000500852<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0061 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.404. 3000500851<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0062 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor   **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.405. 3000500859<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0063 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.406. 3000500860<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0064 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.407. 3000500861<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0065 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.408. 3000500862<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0066 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.409. 3002500306<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0067 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.410. 3002500304<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0068 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.411. 3002500307<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0069 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.412. 3002500309<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0070 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.413. 3002500312<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0071 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.414. 3002500305<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0073 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.415. 3002500298<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0077 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.416. 3002500310<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0078 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.417. 3002500311<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0079 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.418. 3000500945<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0082 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.419. 3000500937<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0084 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.420. 3000500930<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0085 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.421. 3000500931<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0086 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.422. 3000500936<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0087 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.423. 3000500939<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0088 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.424. 3000500943<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0089 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor **Remnant Oil Company, LLC**                                                Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.425. 3000500935

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0090

LEASEHOLD INTEREST      $_____   _____   UNDETERMINED

55.426. 3000500932

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0091

LEASEHOLD INTEREST      $_____   _____   UNDETERMINED

55.427. 3000500933

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0092

LEASEHOLD INTEREST      $_____   _____   UNDETERMINED

55.428. 3000500934

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0093

LEASEHOLD INTEREST      $_____   _____   UNDETERMINED

55.429. 3000500941

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0094

LEASEHOLD INTEREST      $_____   _____   UNDETERMINED

55.430. 3000500942

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0095

LEASEHOLD INTEREST      $_____   _____   UNDETERMINED

55.431. 3000500928

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0096

LEASEHOLD INTEREST      $_____   _____   UNDETERMINED

55.432. 3000500929

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0097

LEASEHOLD INTEREST      $_____   _____   UNDETERMINED

55.433. 3000500904

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0098

LEASEHOLD INTEREST      $_____   _____   UNDETERMINED

55.434. 3000500908

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0100

LEASEHOLD INTEREST      $_____   _____   UNDETERMINED

Debtor    **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.435. 3000500906<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0102 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.436. 3002500284<br>OIL AND GAS OPERATING LEASE<br>LEA COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0106 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.437. 3000529192<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0301 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.438. 3000529146<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0302 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.439. 3000529147<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0303 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.440. 3000529148<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0304 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.441. 3000529149<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0305 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.442. 3000529150<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0306 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.443. 3000529158<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0308 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.444. 3000529154<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0309 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor  **Remnant Oil Company, LLC**                                     Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.445. 3000529155<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0310 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.446. 3000529156<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0311 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.447. 3000529181<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0312 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.448. 3000529182<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0313 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.449. 3000529183<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0314 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.450. 3000529184<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0315 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.451. 3000529185<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0316 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.452. 3000529194<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0317 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.453. 3002541526<br>OIL AND GAS OPERATING LEASE<br>LEA COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0318 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.454. 3000529210<br>OIL AND GAS OPERATING LEASE<br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0319 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

| Debtor | **Remnant Oil Company, LLC** | | | | Case number *(if known)* **19-70106** |
|---|---|---|---|---|---|

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.455. 3002541527<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0320 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.456. 3000529211<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0321 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.457. 3000529159<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0701 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.458. 3000529160<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0702 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.459. 3000529161<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0703 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.460. 3000529162<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0704 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.461. 3000529166<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0705 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.462. 3000529167<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ROCK QUEEN UNIT 0706 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.463. 3000561753<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - SANTA FE FEE 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.464. 3002538171<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - SHELL 26 ST 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                              Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.465. 3002522726<br>OIL AND GAS OPERATING LEASE<br>LEA COUNTY, NM - LEASE/WELL NAME - SNAKE EYES ST 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.466. 3001520227<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTHERN UNION 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.467. 3001520248<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTHERN UNION 2Y | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.468. 3001500653<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.469. 3001500611<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 5 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.470. 3001500620<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 7 (INJ) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.471. 3001500652<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 8 (INJ) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.472. 3001500664<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 9 (INJ) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.473. 3001500668<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 10 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.474. 3001500667<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 11 (INJ) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.475. 3001500660<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 12 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.476. 3001500658<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 13 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.477. 3001505596<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 14 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.478. 3001500619<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 15 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.479. 3001500630<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 17 (INJ) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.480. 3001500623<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 19 (INJ) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.481. 3001500678<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 20 (INJ) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.482. 3001501219<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 21 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.483. 3001500622<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 24 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.484. 3001500632<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 25 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.485. 3001500643

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 26

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.486. 3001500681

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 27

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.487. 3001500683

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 28 (INJ)

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.488. 3001500634

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 29 (INJ)

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.489. 3001501222

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 30

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.490. 3001500644

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 31

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.491. 3001500645

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 32

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.492. 3001500725

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 34

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.493. 3001501211

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 35

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

55.494. 3001500721

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 36

| | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
|---|---|---|---|---|

Debtor  **Remnant Oil Company, LLC**                                              Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.495. 3001500715<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 37 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.496. 3001500737<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 38 (INJ) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.497. 3001520104<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 41 (INJ) | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.498. 3001523913<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 43 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.499. 3001525155<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 44 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.500. 3001525157<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 46 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.501. 3001525969<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 47 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.502. 3001500675<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 50 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.503. 3001505935<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 51 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.504. 3001535193<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 52 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.505. 3001536116 <br><br> OIL AND GAS OPERATING LEASE <br><br> EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 57 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.506. 3001536131 <br><br> OIL AND GAS OPERATING LEASE <br><br> EDDY COUNTY, NM - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 59 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.507. 3000500274 <br><br> OIL AND GAS OPERATING LEASE <br><br> CHAVES COUNTY, NM - LEASE/WELL NAME - STATE CF 4 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.508. 3000560304 <br><br> OIL AND GAS OPERATING LEASE <br><br> CHAVES COUNTY, NM - LEASE/WELL NAME - STATE CF 5 SWD | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.509. 3000562888 <br><br> OIL AND GAS OPERATING LEASE <br><br> CHAVES COUNTY, NM - LEASE/WELL NAME - STATE CF 7 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.510. 3000562827 <br><br> OIL AND GAS OPERATING LEASE <br><br> CHAVES COUNTY, NM - LEASE/WELL NAME - STATE CF 8 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.511. 3000562882 <br><br> OIL AND GAS OPERATING LEASE <br><br> CHAVES COUNTY, NM - LEASE/WELL NAME - STATE CF 9 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.512. 3000562180 <br><br> OIL AND GAS OPERATING LEASE <br><br> CHAVES COUNTY, NM - LEASE/WELL NAME - SU FED 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.513. 3001505770 <br><br> OIL AND GAS OPERATING LEASE <br><br> EDDY COUNTY, NM - LEASE/WELL NAME - SUN FEDERAL 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.514. 3001505772 <br><br> OIL AND GAS OPERATING LEASE <br><br> EDDY COUNTY, NM - LEASE/WELL NAME - SUN FEDERAL 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor  **Remnant Oil Company, LLC**                                           Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

55.515.  3002528929

OIL AND GAS OPERATING LEASE

LEA COUNTY, NM - LEASE/WELL NAME -
SUNBURST COX 1

LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED

55.516.  3000561947

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME -
SUZANNE FED 1

LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED

55.517.  3004120619

OIL AND GAS OPERATING LEASE

ROOSEVELT COUNTY, NM - LEASE/WELL NAME -
TAYLOR 1

LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED

55.518.  3001505794

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME -
TENNECO FEDERAL 1

LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED

55.519.  3001510161

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME -
TENNESSEE FEDERAL 2

LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED

55.520.  3001525245

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME -
TEXAS CRUDE 1

LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED

55.521.  3001525381

OIL AND GAS OPERATING LEASE

EDDY COUNTY, NM - LEASE/WELL NAME -
TEXAS CRUDE 2

LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED

55.522.  3000560544

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME -
TOLMAC STATE 1

LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED

55.523.  3000561551

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME -
TOLMAC STATE 2

LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED

55.524.  3000561926

OIL AND GAS OPERATING LEASE

CHAVES COUNTY, NM - LEASE/WELL NAME -
TOLMAC STATE 3

LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED

Debtor      **Remnant Oil Company, LLC**                                   Case number *(if known)* **19-70106**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.525. 30005672209 OIL AND GAS OPERATING LEASE CHAVES COUNTY, NM - LEASE/WELL NAME - TOLMAC STATE 4 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.526. 3000563195 OIL AND GAS OPERATING LEASE CHAVES COUNTY, NM - LEASE/WELL NAME - TOLMAC STATE 5 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.527. 3000563566 OIL AND GAS OPERATING LEASE CHAVES COUNTY, NM - LEASE/WELL NAME - TOLMAC STATE 6 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.528. 3002528530 OIL AND GAS OPERATING LEASE LEA COUNTY, NM - LEASE/WELL NAME - TRIPLE TRES STATE 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.529. 3001510454 OIL AND GAS OPERATING LEASE EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.530. 3001503554 OIL AND GAS OPERATING LEASE EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 7 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.531. 3001503557 OIL AND GAS OPERATING LEASE EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 9 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.532. 3001503552 OIL AND GAS OPERATING LEASE EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 10 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.533. 3001503559 OIL AND GAS OPERATING LEASE EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 11 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.534. 3001503553 OIL AND GAS OPERATING LEASE EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 13 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor **Remnant Oil Company, LLC**                                                                Case number *(if known)* **19-70106**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.535. 3001503550<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 14 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.536. 3001503549<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 15 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.537. 3001503560<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 16 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.538. 3001521968<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 17 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.539. 3001521990<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 18 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.540. 3001523093<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 19 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.541. 3001523118<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 20 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.542. 3001523208<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 21 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.543. 3001523243<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 22 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.544. 3001523711<br>OIL AND GAS OPERATING LEASE<br>EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 25 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor    **Remnant Oil Company, LLC**                                                      Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.545. 3001523761<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 26 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.546. 3001525148<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 29 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.547. 3001525182<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 30 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.548. 3002537466<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - TWITTY BHF STATE 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.549. 3000561781<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - TYRELL FED COM 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.550. 3000562217<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - TYRELL FED COM 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.551. 3000563703<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - TYRELL 13 FED COM 4 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.552. 3000521075<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - WAKAN TANKA FEDERAL 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.553. 3000521082<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - WAKAN TANKA FEDERAL 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.554. 3000521088<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - WAKAN TANKA FEDERAL 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor  **Remnant Oil Company, LLC**                                                          Case number *(if known)* **19-70106**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.555. 3000501094 OIL AND GAS OPERATING LEASE CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.556. 3000501092 OIL AND GAS OPERATING LEASE CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 4 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.557. 3000501097 OIL AND GAS OPERATING LEASE CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 5 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.558. 3000501099 OIL AND GAS OPERATING LEASE CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 6 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.559. 3000501090 OIL AND GAS OPERATING LEASE CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 7 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.560. 3000501091 OIL AND GAS OPERATING LEASE CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 8 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.561. 3000501100 OIL AND GAS OPERATING LEASE CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 10 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.562. 3000501098 OIL AND GAS OPERATING LEASE CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 10 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.563. 3000501079 OIL AND GAS OPERATING LEASE CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 11 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.564. 3000501103 OIL AND GAS OPERATING LEASE CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 12 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor  **Remnant Oil Company, LLC**                                                         Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.565. 3000501108<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 13 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.566. 3000501107<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 15 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.567. 3000501116<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 16 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.568. 3000501115<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 17 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.569. 3000501117<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 18 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.570. 3000501109<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 20 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.571. 3000501120<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 21 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.572. 3000501119<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 24 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.573. 3000501118<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 25 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.574. 3001524994<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY COUNTY, NM - LEASE/WELL NAME - WILSON STATE 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

Debtor  **Remnant Oil Company, LLC**                                                          Case number *(if known)* **19-70106**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.575. 30025430984<br><br>OIL AND GAS OPERATING LEASE<br><br>LEA COUNTY, NM - LEASE/WELL NAME - YATES STATE 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.576. 3000501102<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ZIMMERMAN 2 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.577. 3000501110<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ZIMMERMAN A 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.578. 3000501112<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ZIMMERMAN A 3 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.579. 3000501113<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVES COUNTY, NM - LEASE/WELL NAME - ZIMMERMAN A 4 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.580. 3001536007<br><br>OIL AND GAS OPERATING LEASE<br><br>EDDY, NM - LEASE/WELL NAME - CHAMA 3 FED 1H | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |
| 55.581. 3000561153<br><br>OIL AND GAS OPERATING LEASE<br><br>CHAVEZ, NM - LEASE/WELL NAME - FINCH FEE 1 | LEASEHOLD INTEREST | $_____ | _____ | UNDETERMINED |

**56.** **Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

| $22,000,000.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor  **Remnant Oil Company, LLC**                                           Case number *(if known)* **19-70106**

**Part 10:**  Intangibles and intellectual property

**59.**  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1. _____ | $_____ | _____ | $_____ |

**61.**  **Internet domain names and websites**

| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
|---|---|---|---|
| 61.1.  REMNNATOIL.COM | UNDETERMINED | _____ | UNDETERMINED |
| 61.2.  REMNANTOIL.NET | UNDETERMINED | _____ | UNDETERMINED |
| **62.**  **Licenses, franchises, and royalties** | | | |
| 62.1.  STATE OF NEW MEXICO, OFFICE OF STATE ENGINEER, WATER RIGHTS DIVISION - CERTIFICATE AND LICENSE NO. L-3776 BOOK L-15 REFERS TO NOS.: L-3776, L-3777, L-3777-S, L-3778 L-3773-S, L-4055, L-4056, L-4056-S, L-3776-S, L3776-S2, L-3776-S-3, L-3716-S-4, L-3776-S-5, L-3776-S-6, L-3776-S-7 | UNDETERMINED | _____ | UNDETERMINED |
| 62.2.  STATE OF NEW MEXICO, OFFICE OF STATE ENGINEER, WATER RIGHTS DIVISION - CERTIFICATE AND LICENSE NO. L-2661 BOOK LC-10 REFERS TO FILES NOS,: L-2661, L-2662, L-3451, L-3452, L-2661-S, L-2661-S-2, L-2661-S-3 | UNDETERMINED | _____ | UNDETERMINED |
| 62.3.  TEXLA ENERGY PRODUCTS LLC - 38250 TXL A1 UNIT 1 THRU 8, LOVING COUNTY, TX - LOVING COUNTY, TEXAS | UNDETERMINED | _____ | UNDETERMINED |
| **63.**  **Customer lists, mailing lists, or other compilations** | | | |
| 63.1.  CUSTOMER AND ROYALTY INTEREST OWNER LISTS | UNDETERMINED | _____ | UNDETERMINED |
| **64.**  **Other intangibles, or intellectual property** | | | |
| 64.1. _____ | $_____ | _____ | $_____ |
| **65.**  **Goodwill** | | | |
| 65.1. _____ | $_____ | _____ | $_____ |

**66.**  **Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

| UNDETERMINED |
|---|

**67.**  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☑ Yes

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| Part 11: | All other assets |
|---|---|

**70.  Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.  Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. _____ | $_____ - | $_____ | = ........ → | $_____ |
| _____ | | | | |

**72.  Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. _____ | $_____ | $_____ | _____ | $_____ |

**73.  Interests in insurance policies or annuities**

| | Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 73.1. | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY POLICY NO. UB-7J356845-18-N4-G | _____ | _____ | _____ | UNDETERMINED |
| 73.2. | ST. PAUL FIRE & MARINE INSURANCE COMPANY | GENERAL LIABILITY POLICY NO. 15T14218 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | ST. PAUL FIRE & MARINE INSURANCE COMPANY | AUTO POLICY NO. 15T14218 | _____ | _____ | _____ | UNDETERMINED |
| 73.4. | ST. PAUL FIRE & MARINE INSURANCE COMPANY | UMBRELLA POLICY NO. 15T14218 | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | ST. PAUL FIRE & MARINE INSURANCE COMPANY | PROPERTY POLICY NO. 15T14218 | _____ | _____ | _____ | UNDETERMINED |

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 74.1. _____ | _____ | $_____ | $_____ |

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 75.1. | LEGACY RESERVES OPERATING LLC | TORT, CONTRACT AND OTHER ACTIONS | UNDETERMINED | UNDETERMINED |

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | | | | |
|---|---|---|---|---|
| 75.2. | CARGILL INC RISK MANAGEMENT | TORT, CONTRACT AND OTHER ACTIONS | UNDETERMINED | UNDETERMINED |
| 75.3. | BEN'S OILFIELD SERVICE | TORT, CONTRACT AND OTHER ACTIONS | UNDETERMINED | UNDETERMINED |
| 75.4. | ZIMMERMAN OIL INC | TORT, CONTRACT AND OTHER ACTIONS | UNDETERMINED | UNDETERMINED |
| 75.5. | ARENA INVESTORS LP | TORT, CONTRACT AND OTHER ACTIONS | UNDETERMINED | UNDETERMINED |

**76.     Trusts, equitable or future interests in property**

76.1. _____     $_____

**77.     Other property of any kind not already listed**

Examples: Season tickets, country club membership

77.1.     OVERRIDING ROYALTY INTEREST - TEXLA ENERGY PRODUCTS LLC                UNDETERMINED

**78.     Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

| UNDETERMINED |
|---|

**79.     Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **Remnant Oil Company, LLC**                 Case number *(if known)* **19-70106**

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $532.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $24,029.28 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $370,827.16 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,801.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $24,327.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................................ → | | $22,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.*        + | UNDETERMINED | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $435,517.04 | + 91b. $22,000,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................................    $22,435,517.04

**Fill in this information to identify the case:**

**Debtor name:** Remnant Oil Company, LLC

**United States Bankruptcy Court for the:** Western District of Texas

**Case number (if known):** 19-70106

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor    **Remnant Oil Company, LLC**                                        Case number *(if known)* **19-70106**

|  | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1.    **Creditor's name and address**

3-2-1 PARTNERS, LTD.
9706 S RUSKIN CIRCLE
SANDY UT 84092

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/31/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

DEED OF TRUST, MORTGAGE, SECURITY AGREEMENT, ASSIGNMENT OF PRODUCTION AND FINANCING STATEMENT ENCUMBERING THE PREMISES

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☒ Unliquidated

☒ Disputed

UNDETERMINED  UNDETERMINED

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.2.** | **Creditor's name and address**

BAKER PETROLITE LLC
12645 W AIRPORT BLVD
SUGAR LAND TX 77478-6120

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/18/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

UCC-1 FINANCING STATEMENT RECORDED 4/18/2019, COUNTY OF CHAVES, NM AS DOCUMENT NO. 20190003471

**Describe the lien**

LIEN RECORDED IN VOLUME 00822, PAGE 00395, SW/4 OF SECTION 27, TOWNSHIP 13 S, RANGE 3 IE AND NE/4 OF SECTION 29, TOWNSHIP 13 S, RANGE 31E

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☒ Unliquidated

☒ Disputed

UNDETERMINED  UNDETERMINED

**2.3.** | **Creditor's name and address**

BAKER PETROLITE LLC
12645 W AIRPORT BLVD
SUGAR LAND TX 77478-6120

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/18/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

UCC-1 FINANCING STATEMENT RECORDED 4/18/2019, COUNTY OF CHAVES, NM AS DOCUMENT NO. 20190003470

**Describe the lien**

LIEN RECORDED IN VOLUME 00822, PAGE 00358, SEE RECORD FOR ADDITIONAL LEGAL

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☒ Unliquidated

☒ Disputed

UNDETERMINED  UNDETERMINED

Debtor **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| 2.4. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|

BAKER PETROLITE LLC
12645 W AIRPORT BLVD
SUGAR LAND TX 77478-6120

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/12/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

UCC-1 FINANCING STATEMENT
RECORDED 4/12/2019, COUNTY OF
CHAVES, NM AS DOCUMENT NO.
20190003276

**Describe the lien**

LIEN RECORDED IN VOLUME 00821, PAGE
01308, SEE RECORD FOR ADDITIONAL
LEGAL

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☒ Disputed

UNDETERMINED  UNDETERMINED

Debtor   **Remnant Oil Company, LLC**                                                  Case number *(if known)* **19-70106**

---

**2.5.** | **Creditor's name and address**

**Describe debtor's property that is subject to a lien**

BAKER PETROLITE LLC
12645 W AIRPORT BLVD
SUGAR LAND TX 77478-6120

UCC-1 FINANCING STATEMENT RECORDED 4/12/2019, COUNTY OF LEA COUNTY, NM AS DOCUMENT NO. 39994          $244,248.00          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

LIEN RECORDED IN VOLUME 2149, PAGE 59, SECTION-30 TOWNSHIP-13 S RANGE-32 E E/2SW/4,E/2NW/4,N SECTION-30 TOWNSHIP-13 S RANGE-32 E SW/4NE/4,W/2SE/4 SECTION-30 TOWNSHIP-13 S RANGE-32 E SE/4NE/4,W/2W/2 SECTION-19 TOWNSHIP-13 S RANGE-32 E SE/4SW/4,SE/4,SW SECTION-19 TOWNSHIP-13 S RANGE-32 E SW/4SW/4 SECTION-31 TOWNSHIP-13 S RANGE-32 E NW/4NW/4

**Date debt was incurred:** 4/12/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority.

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☒ Disputed

---

**2.6.** | **Creditor's name and address**

**Describe debtor's property that is subject to a lien**

BAKER PETROLITE LLC
12645 W AIRPORT BLVD
SUGAR LAND TX 77478-6120

UCC-1 FINANCING STATEMENT RECORDED 4/18/2019, COUNTY OF LEA COUNTY, NM AS DOCUMENT NO. 40340          $17,060.92          UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

LIEN RECORDED IN VOLUME 2149, PAGE 405, SECTION-03 TOWNSHIP-19 S RANGE-32 E SW/4, LAND IN,W/2

**Date debt was incurred:** 4/18/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☒ Disputed

---

Debtor    **Remnant Oil Company, LLC**            Case number *(if known)* **19-70106**

| | |
|---|---|
| **2.7.**    **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

BAKER PETROLITE LLC
12645 W AIRPORT BLVD
SUGAR LAND TX 77478-6120

UCC-1 FINANCING STATEMENT RECORDED 4/22/2019, COUNTY OF LEA COUNTY, NM AS DOCUMENT NO. 40399     $1,057.44     UNDETERMINED

**Creditor's email address, if known**

_____

**Describe the lien**

LIEN RECORDED IN VOLUME 2149, PAGE 462

**Date debt was incurred:** 4/22/2019

**Last 4 digits of account number:**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

     ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

| | |
|---|---|
| **2.8.**    **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

BAKER PETROLITE LLC
12645 W AIRPORT BLVD
SUGAR LAND TX 77478-6120

UCC-1 FINANCING STATEMENT RECORDED 4/22/2019, COUNTY OF EDDY COUNTY, NM AS DOCUMENT NO. 1905087     UNDETERMINED    UNDETERMINED

**Creditor's email address, if known**

_____

**Describe the lien**

LIEN RECORDED IN VOLUME 1122, PAGE 280

**Date debt was incurred:** 4/22/2019

**Last 4 digits of account number:**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

     ☐ Yes. The relative priority of creditors is specified on lines: _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

Debtor    **Remnant Oil Company, LLC**                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| **2.9.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |

| | |
|---|---|
| BAKER PETROLITE LLC<br>12645 W AIRPORT BLVD<br>SUGAR LAND TX 77478-6120 | UCC-1 FINANCING STATEMENT RECORDED 4/22/2019, COUNTY OF EDDY COUNTY, NM AS DOCUMENT NO. 1905088     UNDETERMINED  UNDETERMINED |
| **Creditor's email address, if known** | **Describe the lien** |
| _____ | LIEN RECORDED IN VOLUME 1122, PAGE 281 |
| **Date debt was incurred:** 4/22/2019 | |
| **Last 4 digits of account number:** | **Is the creditor an insider or related party?** |
| **Do multiple creditors have an interest in the same property?** | ☑ No |
| ☑ No | ☐ Yes |
| ☐ Yes. Have you already specified the relative priority? | **Is anyone else liable on this claim?** |
|     ☐ No. Specify each creditor, including this creditor, and its relative priority. | ☑ No |
|     _____ | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). |
|     _____ | **As of the petition filing date, the claim is:** Check all that apply. |
|     ☐ Yes. The relative priority of creditors is specified on lines: _____ | ☐ Contingent |
| | ☑ Unliquidated |
| | ☑ Disputed |

| | | |
|---|---|---|
| **2.10.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |

| | |
|---|---|
| BAKER PETROLITE LLC<br>12645 W AIRPORT BLVD<br>SUGAR LAND TX 77478-6120 | UCC-1 FINANCING STATEMENT RECORDED 4/22/2019, COUNTY OF EDDY COUNTY, NM AS DOCUMENT NO. 1905089     UNDETERMINED  UNDETERMINED |
| **Creditor's email address, if known** | **Describe the lien** |
| _____ | LIEN RECORDED IN VOLUME 1122, PAGE 282 |
| **Date debt was incurred:** 4/22/2019 | |
| **Last 4 digits of account number:** | **Is the creditor an insider or related party?** |
| **Do multiple creditors have an interest in the same property?** | ☑ No |
| ☑ No | ☐ Yes |
| ☐ Yes. Have you already specified the relative priority? | **Is anyone else liable on this claim?** |
|     ☐ No. Specify each creditor, including this creditor, and its relative priority. | ☑ No |
|     _____ | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). |
|     _____ | **As of the petition filing date, the claim is:** Check all that apply. |
|     ☐ Yes. The relative priority of creditors is specified on lines: _____ | ☐ Contingent |
| | ☑ Unliquidated |
| | ☑ Disputed |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.11.** **Creditor's name and address**

BAKER PETROLITE LLC
12645 W AIRPORT BLVD
SUGAR LAND TX 77478-6120

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/22/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

UCC-1 FINANCING STATEMENT RECORDED 4/22/2019, COUNTY OF EDDY COUNTY, NM AS DOCUMENT NO. 1905090

**Describe the lien**

LIEN RECORDED IN VOLUME 1122, PAGE 283

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

UNDETERMINED  UNDETERMINED

**2.12.** **Creditor's name and address**

BAKER PETROLITE LLC
12645 W AIRPORT BLVD
SUGAR LAND TX 77478-6120

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/22/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

UCC-1 FINANCING STATEMENT RECORDED 4/22/2019, COUNTY OF EDDY COUNTY, NM AS DOCUMENT NO. 1905091

**Describe the lien**

LIEN RECORDED IN VOLUME 1122, PAGE 284

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

UNDETERMINED  UNDETERMINED

Debtor **Remnant Oil Company, LLC**　　　　　　　　　　　　　　　Case number *(if known)* **19-70106**

| 2.13. | **Creditor's name and address** | | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|---|

BENS OILFIELD SERVICES LLC
PO BOX 2364
HOBBS NM 88241

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/21/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　　☐ Yes. The relative priority of creditors is specified on lines: _____

UCC-1 FINANCING STATEMENT RECORDED 3/21/2019, COUNTY OF LEA COUNTY, NM AS DOCUMENT NO. 38788

**Describe the lien**

LIEN RECORDED IN VOLUME 2147, PAGE 851, SECTION-19 TOWNSHIP-13 S RANGE-32 E NE/4SW/4,SW/4SE/ SECTION-30 TOWNSHIP-13 S RANGE-32 E NE/4NE/4,NE/4NW/ SECTION-30 TOWNSHIP-13 S RANGE-32 E SW/4NE/4,SW/4SW

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

$8,542.33　　　　UNDETERMINED

---

| 2.14. | **Creditor's name and address** | | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|---|

CARGILL INCORPORATED
ATTENTION: TYLER SMITH
9350 EXCELSIOR BLVD
MAILSTOP #150
HOPKINS MN 55343

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　　☑ Yes. The relative priority of creditors is specified on lines: 2.1

UNPERFECTED SECURED PROMISSORY NOTE

**Describe the lien**

SWAP AGREEMENT

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

$3,718,603.25　　　UNDETERMINED

---

Debtor  **Remnant Oil Company, LLC**

Case number *(if known)* **19-70106**

2.15. | **Creditor's name and address**

FIRSTCAPITAL BANK OF TEXAS, N.A
310 WEST WALL ST
STE 100
MIDLAND TX 79701

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/23/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

UCC-1 FINANCING STATEMENT RECORDED 1/23/2017, COUNTY OF TX - SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS AS DOCUMENT NO. 17-0002552325

$3,750,000.00   UNDETERMINED

**Describe the lien**

THIS FINANCING STATEMENT IS TO PERFECT SECURITY INTEREST IN THE FOLLOWING COLLATERAL: SEVERED OIL AND GAS PRODUCTION AND ANY AS-EXTRACTED COLLATERAL, ALL OIL, GAS AND MINERAL PROPERTY OF DEBTOR OF WHATSOEVER KIND AND CHARACTER AND ALL OF DEBTOR'S INTEREST IN INVENTORY, ACCOUNTS, CONTRACT RIGHTS, PERSONAL PROPERTY, EQUIPMENT, INCLUDING WITHOUT LIMITATION, MINES, SUPPLIES, MACHINERY, DERRICKS, BUILDINGS, NOW LINES, TANKS, CASINGS, CHRISTMAS TREES, TUBING, RODS, PIPES AND FITTINGS, METERS, PUMPS, ETC. SEE, EXHIBIT A

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.16. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|

FIRSTCAPITAL BANK OF TEXAS, N.A
310 WEST WALL ST
STE 100
MIDLAND TX 79701

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/21/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

UCC-1 FINANCING STATEMENT RECORDED 2/21/2017, COUNTY OF TX - SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS AS DOCUMENT NO. 17-0005974265

**Describe the lien**

THIS FINANCING STATEMENT IS TO PERFECT SECURITY INTEREST IN THE FOLLOWING COLLATERAL: SEVERED OIL AND GAS PRODUCTION AND ANY AS-EXTRACTED COLLATERAL, ALL OIL, GAS AND MINERAL PROPERTY OF DEBTOR OF WHATSOEVER KIND AND CHARACTER AND ALL OF DEBTOR'S INTEREST IN INVENTORY, ACCOUNTS, CONTRACT RIGHTS, PERSONAL PROPERTY, EQUIPMENT, INCLUDING WITHOUT LIMITATION, MINES, SUPPLIES, MACHINERY, DERRICKS, BUILDINGS, NOW LINES, TANKS, CASINGS, CHRISTMAS TREES, TUBING, RODS, PIPES AND FITTINGS, METERS, PUMPS, ETC. SEE, EXHIBIT A

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

UNDETERMINED  UNDETERMINED

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

2.17. | **Creditor's name and address**

**Describe debtor's property that is subject to a lien**

FIRSTCAPITAL BANK OF TEXAS, N.A
310 WEST WALL ST
STE 100
MIDLAND TX 79701

UCC-1 FINANCING STATEMENT RECORDED 5/23/2016, COUNTY OF TX - SECRETARY OF STATE, STATUTORY FILINGS DIVISION, CORPORATIONS AS DOCUMENT NO. 16-0017043092

UNDETERMINED  UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

THIS FINANCING STATEMENT IS TO PERFECT SECURITY INTEREST IN THE FOLLOWING COLLATERAL: SEVERED OIL AND GAS PRODUCTION AND ANY AS-EXTRACTED COLLATERAL, ALL OIL, GAS AND MINERAL PROPERTY OF DEBTOR OF WHATSOEVER KIND AND CHARACTER AND ALL OF DEBTOR'S INTEREST IN INVENTORY, ACCOUNTS, CONTRACT RIGHTS, PERSONAL PROPERTY, EQUIPMENT, INCLUDING WITHOUT LIMITATION, MINES, SUPPLIES, MACHINERY, DERRICKS, BUILDINGS, NOW LINES, TANKS, CASINGS, CHRISTMAS TREES, TUBING, RODS, PIPES AND FITTINGS, METERS, PUMPS, ETC. SEE, EXHIBIT A

**Date debt was incurred:** 5/23/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____
　_____

　☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☐ Disputed

Debtor    **Remnant Oil Company, LLC**           Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| **2.18.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |
| INDEPENDENCE OILFIELD CHEMICALS LLC 1450 LAKE ROBBINS DRIVE SUITE 400 THE WOODLANDS TX 77380 | UCC-1 FINANCING STATEMENT RECORDED 1/29/2018, COUNTY OF CHAVES, NM AS DOCUMENT NO. 20180000849 | UNDETERMINED  UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/29/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

     ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

LIEN RECORDED IN VOLUME 00798, PAGE 00952, SEE RECORD FOR ADDITIONAL LEGAL

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☒ Unliquidated

☒ Disputed

| | | |
|---|---|---|
| **2.19.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | |
| INDEPENDENCE OILFIELD CHEMICALS LLC 1450 LAKE ROBBINS DRIVE SUITE 400 THE WOODLANDS TX 77380 | UCC-1 FINANCING STATEMENT RECORDED 2/5/2018, COUNTY OF EDDY COUNTY, NM AS DOCUMENT NO. 1801714 | UNDETERMINED  UNDETERMINED |

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/5/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

     ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe the lien**

LIEN RECORDED IN VOLUME 1103, PAGE 414

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☒ Unliquidated

☒ Disputed

Debtor   **Remnant Oil Company, LLC**                    Case number *(if known)* **19-70106**

**2.20.**   **Creditor's name and address**

KLX ENERGY SERVICES LLC
PRODUCT LINE MANAGER
3040 POST OAK BLVD
15TH FLOOR
HOUSTON TX 77056

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/15/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

UCC-1 FINANCING STATEMENT RECORDED 2/15/2019, COUNTY OF CHAVES, NM AS DOCUMENT NO. 20190001467

UNDETERMINED   UNDETERMINED

**Describe the lien**

LIEN RECORDED IN VOLUME 00818, PAGE 01571, SECTION 30, TOWNSHIP 13, RANGE 32, SECTIONS 36, 25, 35, 34, 26, 24, TOWNSHIP 13, RANGE 31

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

**2.21.**   **Creditor's name and address**

KODIAK GAS SERVICES, LLC
PO BOX 732235
DALLAS TX 75373-2235

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/28/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

UCC-1 FINANCING STATEMENT RECORDED 5/28/2019, COUNTY OF AS DOCUMENT NO. 2019-15398

$3,300,000.00   UNDETERMINED

**Describe the lien**

AGREED FINAL JUDGMENT, CASE NO. 2018-48487

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Debtor  **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

---

**2.22.**  **Creditor's name and address**

MESA WELL SERVICES LP
PO BOX 1620
HOBBS NM 88241

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/29/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

UCC-1 FINANCING STATEMENT RECORDED 3/29/2019, COUNTY OF CHAVES, NM AS DOCUMENT NO. 20190002813

**Describe the lien**

LIEN RECORDED IN VOLUME 00820, PAGE 01738, TOWNSHIP 13 SOUTH, RANGE 31 EAST, N.M.P.M, SECTION 24 ALL SECTION 25 ALL SECTION 26 AIL SECTION 36 ALL

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

UNDETERMINED  UNDETERMINED

---

**2.23.**  **Creditor's name and address**

MESA WELL SERVICES LP
PO BOX 1620
HOBBS NM 88241

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/29/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

UCC-1 FINANCING STATEMENT RECORDED 3/29/2019, COUNTY OF CHAVES, NM AS DOCUMENT NO. 20190002812

**Describe the lien**

LIEN RECORDED IN VOLUME 00820, PAGE 01727, CHAVES COUNTY, NEW MEXICO, BEING TOWNSHIP 13 SOUTH, RANGE 31 EAST, N.M.P.M. SECTION 35 ALL TOWNSHIP 14 SOUTH, RANGE 31 EAST, N.M.P.M. SECTION 3 ALL

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

UNDETERMINED  UNDETERMINED

---

Official Form 206D       **Schedule D: Creditors Who Have Claims Secured by Property**      

Debtor  **Remnant Oil Company, LLC**

Case number *(if known)* **19-70106**

---

**2.24.** | **Creditor's name and address**

MOTLEY SERVICES LLC
2150 S DIXIE BLVD
ODESSA TX 79766

**Creditor's email address, if known**

_____

**Date debt was incurred:** 2/15/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

UCC-1 FINANCING STATEMENT RECORDED 2/15/2019, COUNTY OF CHAVES, NM AS DOCUMENT NO. 20190001467

**Describe the lien**

LIEN RECORDED IN VOLUME 00818, PAGE 01571, SECTION 30, TOWNSHIP 13, RANGE 32, SECTIONS 36, 25, 35, 34, 26, 24, TOWNSHIP 13, RANGE 31

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☒ Disputed

UNDETERMINED  UNDETERMINED

---

**2.25.** | **Creditor's name and address**

R & H RENTALS LLC
512 W TEXAS AVENUE
ARTESIA NM 88210

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/13/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

UCC-1 FINANCING STATEMENT RECORDED 3/13/2018, COUNTY OF EDDY COUNTY, NM AS DOCUMENT NO. 1804170

**Describe the lien**

LIEN RECORDED IN VOLUME 1105, PAGE 365

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☒ Unliquidated

☒ Disputed

UNDETERMINED  UNDETERMINED

---

Debtor **Remnant Oil Company, LLC**                                  Case number *(if known)* **19-70106**

| | |
|---|---|
| **2.26.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

RAMSEY RESOURCES HOLDINGS LLC
MICHAEL RAMSEY
2007 TIMBERGROVE CT
DALLAS TX 75208

SUBORDINATED UNPERFECTED SECURITY INTEREST - SOUTH RED LAKE UNIT II                $250,000.00        UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

_____

**Date debt was incurred:** _____

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☐ No

**Is anyone else liable on this claim?**

☑ Yes. Have you already specified the relative priority?

☑ No

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   _____

**As of the petition filing date, the claim is:** Check all that apply.

   ☑ Yes. The relative priority of creditors is specified on lines: 2.1

☑ Contingent

☑ Unliquidated

☑ Disputed

| | |
|---|---|
| **2.27.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

RELIABLE WELL SERVICE INC
DAVID BARRETT PRESIDENT
512 W TEXAS
ARTESIA NM 88210

UCC-1 FINANCING STATEMENT RECORDED 3/13/2018, COUNTY OF EDDY COUNTY, NM AS DOCUMENT NO. 1804170                UNDETERMINED  UNDETERMINED

**Creditor's email address, if known**

**Describe the lien**

LIEN RECORDED IN VOLUME 1105, PAGE 365

_____

**Date debt was incurred:** 3/13/2018

**Is the creditor an insider or related party?**

**Last 4 digits of account number:**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes

☑ No

**Is anyone else liable on this claim?**

☐ Yes. Have you already specified the relative priority?

☑ No

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   _____

**As of the petition filing date, the claim is:** Check all that apply.

   ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Contingent

☑ Unliquidated

☑ Disputed

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**2.28.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien**

RELIABLE WELL SERVICE INC
DAVID BARRETT PRESIDENT
512 W TEXAS
ARTESIA NM 88210

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/11/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

UCC-1 FINANCING STATEMENT
RECORDED 6/11/2018, COUNTY OF EDDY
COUNTY, NM AS DOCUMENT NO. 1804170

**Describe the lien**

AMENDED LIEN RECORDED IN VOLUME
1110, PAGE 73

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

UNDETERMINED  UNDETERMINED

---

**2.29.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien**

SUMMIT ESP
PO BOX 21468
TULSA OK 74121

**Creditor's email address, if known**

_____

**Date debt was incurred:** 4/30/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

UCC-1 FINANCING STATEMENT
RECORDED 4/30/2019, COUNTY OF
CHAVES, NM AS DOCUMENT NO.
20190003813

**Describe the lien**

LIEN RECORDED IN VOLUME 00822, PAGE
01518, SECTION 35, TOWNSHIP 13 SOUTH,
RANGE 31 EAST, CHAVES COUNTY, NEW
MEXICO

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

UNDETERMINED  UNDETERMINED

---

Official Form 206D      **Schedule D: Creditors Who Have Claims Secured by Property**      Page 18 of 20

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | |
|---|---|
| 2.30.  **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

WILDCAT OIL TOOLS LLC
PO BOX 50592
MIDLAND TX 79710

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/14/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

UCC-1 FINANCING STATEMENT RECORDED 1/14/2019, COUNTY OF CHAVES, NM AS DOCUMENT NO. 20190000415

UNDETERMINED  UNDETERMINED

**Describe the lien**

MECHANICS LIEN RECORDED IN VOLUME 00817, PAGE 00434, S35T13SR31E S26T13SR31E S25T13SR31E S36T13SR31E S24T13SR31E S25T13SR31E

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $11,289,511.94

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | 3-2-1 PARTNERS, LTD. ATTN: THOMAS J. HOWELLS 1914 EAST 9400 SOUTH SUITE 232 SANDY UT 84093 | Line 2.1 | _____ |
| 3.2. | CARGILL INC RISK MANAGEMENT 9350 EXCELSIOR BLVD HOPKINS MN 55343 | Line 2.14 | _____ |
| 3.3. | CARGILL INC RISK MANAGEMENT ATTN: TYLER SMITH 825 TOWN & COUNTRY LN, STE 1430 HOUSTON TX 77024 | Line 2.14 | _____ |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.4. | CRENSHAW DUPREE & MILAM LLP<br>TRACI D SIEBENLIST,ESQ<br>P O BOX 64479<br>LUBBOCK TX 79464-4479 | Line 2.13 | _____ |
| 3.5. | FIRST GRAY CORPORATION<br>C/O E. WILL GRAY II<br>6 DESTA DRIVE<br>STE 5100<br>MIDLAND TX 79705 | Line 2.21 | _____ |
| 3.6. | OKIN ADAMS LLP<br>MATTHEW S OKIN;CHRISTOPHER ADAMS<br>JOHN THOMAS OLDHAM<br>1113 VINE ST STE 240<br>HOUSTON TX 77002 | Line 2.21 | _____ |
| 3.7. | REMNANT MIDSTREAM PIPELINE COMPANY LLC<br>C/O E. WILL GRAY II<br>6 DESTA DRIVE<br>STE 5100<br>MIDLAND TX 79705 | Line 2.21 | _____ |
| 3.8. | REMNANT OILFIELD SERVICES LLC<br>C/O E. WILL GRAY II<br>6 DESTA DRIVE<br>STE 5100<br>MIDLAND TX 79705 | Line 2.21 | _____ |
| 3.9. | REMNANT RENEWABLE RESOURCES LLC<br>C/O E. WILL GRAY II<br>6 DESTA DRIVE<br>STE 5100<br>MIDLAND TX 79705 | Line 2.21 | _____ |
| 3.10. | RENDALL SIKES PLLC<br>CELENA TERRY ADCOCK<br>5310 HARVEST HILL RD<br>STE 260<br>DALLAS TX 75230 | Line 2.21 | _____ |
| 3.11. | SPROUSE SHRADER SMITH PLLC<br>JOHN MASSOUH<br>701 S TAYLOR STE 500<br>P O BOX 15008<br>AMARILLO TX 79105-5008 | Line 2.15 | _____ |
| 3.12. | SPROUSE SHRADER SMITH PLLC<br>JOHN MASSOUH<br>701 S TAYLOR STE 500<br>P O BOX 15008<br>AMARILLO TX 79105-5008 | Line 2.16 | _____ |
| 3.13. | SPROUSE SHRADER SMITH PLLC<br>JOHN MASSOUH<br>701 S TAYLOR STE 500<br>P O BOX 15008<br>AMARILLO TX 79105-5008 | Line 2.17 | _____ |
| 3.14. | WS OIL AND GAS LIMITED<br>C/O E. WILL GRAY II<br>6 DESTA DRIVE<br>STE 5100<br>MIDLAND TX 79705 | Line 2.21 | _____ |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Remnant Oil Company, LLC |
| **United States Bankruptcy Court for the:** Western District of Texas |
| **Case number (if known):** 19-70106 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |
| | CHAVES COUNTY TREASURER PO BOX 1772 ROSWELL NM 88202-1772 | ☐ Contingent ☒ Unliquidated ☐ Disputed | $9,927.63 | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TAX | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

| 2.2. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |
| | CONSUMER PROTECTION DIVISION PO BOX 1508 407 GALISTEO SANTA FE NM 87504-1508 | ☐ Contingent ☒ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** GOVERNMENTAL CLAIM | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8) | | | |

| Debtor | Remnant Oil Company, LLC | | Case number *(if known)* **19-70106** |

| 2.3. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

CRANE COUNTY TAX ASSESSOR/COLLECTOR
PO BOX 878
CRANE TX 79731-0878

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED

**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.4.  Priority creditor's name and mailing address**

CROCKETT COUNTY TAX ASSESSOR/COLLECTOR
PO BOX H
OZONA TX 76943

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED

**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.5.  Priority creditor's name and mailing address**

DAWSON COUNTY ASSESSOR/COLLECTOR
PO BOX 797
LAMESA TX 79331-0797

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Total claim**: UNDETERMINED

**Priority amount**: UNDETERMINED

**Nonpriority amount**: UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |

| 2.6. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

EEOC-DALLAS DISTRICT OFFICE
BELINDA MCCALLISTER DIRECTOR
207 S HOUSTON ST
3RD FL
DALLAS TX 75202

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GOVERNMENTAL CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.7. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ENVIRONMENTAL PROTECTION AGENCY
FOUNTAIN PL 12TH FL
1445 ROSS AVE STE 1200
DALLAS TX 75202-2733

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GOVERNMENTAL CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.8. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL
ARIEL RIOS BLDG
1200 PENNSYLVANIA AVE NW MAIL CODE 2310A
WASHINGTON DC 20460

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GOVERNMENTAL CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.9. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

GAINES COUNTY APPRAISAL DISTRICT
302 SE AVE B
SEMINOLE TX 79360-0490

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED (Total claim)
UNDETERMINED (Priority amount)

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.10. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

GLASSCOCK COUNTY TAX
ASSESSOR/COLLECTOR
PO BOX 89
GARDEN CITY TX 79739-0089

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED (Total claim)
UNDETERMINED (Priority amount)

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.11. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

HOCKLEY COUNTY TAX OFFICE
624 AVE H STE 101
LEVELLAND TX 79336

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

UNDETERMINED (Total claim)
UNDETERMINED (Priority amount)

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **Remnant Oil Company, LLC**                                         Case number *(if known)* **19-70106**

**2.12.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

**2.12.** **Priority creditor's name and mailing address**

INTERNAL REVENUE SVC
1111 CONSTITUTION AVE NW
WASHINGTON DC 20224

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**2.13.** **Priority creditor's name and mailing address**

IRION COUNTY TAX
ASSESSOR/COLLECTOR
PO BOX 859
MERTZON TX 76941-0859

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**2.14.** **Priority creditor's name and mailing address**

IRS (INTERNAL REVENUE SERVICE)
10TH ST AND PENNSYLVANIA AVE NW
WASHINGTON DC 20530

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

**2.15.** **Priority creditor's name and mailing address**

LOVING COUNTY TAX COLLECTOR
PO BOX 365
MENTONE TX 79754-0352

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
| --- | --- |
| | UNDETERMINED |

**2.16.** **Priority creditor's name and mailing address**

MIDLAND CENTRAL APPRAISAL DISTRICT
PO BOX 908002
MIDLAND TX 79708-0002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
| --- | --- |
| | UNDETERMINED |

**2.17.** **Priority creditor's name and mailing address**

NEW MEXICO ATTORNEY GENERAL
HECTOR BALDERAS
408 GLISTEO ST
VILLAGRA BLDG
SANTA FE NM 87501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

GOVERNMENTAL CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
| --- | --- |
| | UNDETERMINED |

Debtor  **Remnant Oil Company, LLC**                                              Case number *(if known)* **19-70106**

| 2.18. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

NEW MEXICO DEPT OF REVENUE
UNCLAIMED PROPERTY DIVISION
PO BOX 8485
ALBUQUERQUE NM 87198-8485

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| | | | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GOVERNMENTAL CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.19. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

NEW MEXICO ENVIRONMENT DEPT
1190 ST FRANCIS DR STE N4050
PO BOX 5469
SANTA FE NM 87505

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| | | | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GOVERNMENTAL CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

| 2.20. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

NEW MEXICO OCCUPATIONAL HEALTH AND
SAFETY BUREAU OHSB
525 CAMINO DE LOS MARQUEZ STE 3
SANTA FE NM 87502

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| | | | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GOVERNMENTAL CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

Debtor   **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**2.21.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

NEW MEXICO TAX AND REVENUE DEPT
1100 SOUTH ST FRANCIS DR
SANTA FE NM 87504-0630

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.22.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

NEW MEXICO TAXATION AND REVENUE DEPARTMENT
PO BOX 2308
SANTA FE NM 87504-2308

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| $9,552.58 | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.23.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

NEW MEXICO TAXATION AND REVENUE DEPT
PO BOX 25127
SANTA FE NM 87504-5127

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **Remnant Oil Company, LLC**　　　　　　　　　　　　　Case number *(if known)* **19-70106**

| 2.24. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION A MACEO SMITH FEDERAL BLDG 525 GRIFFIN ST STE 602 DALLAS TX 75202 | ☐ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GOVERNMENTAL CLAIM

**Nonpriority amount**

UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.25. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | PECO COUNTY TAX ASSESSOR/COLLECTOR 200 S NELSON ST FT STOCKTON TX 79735-7133 | ☐ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Nonpriority amount**

UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.26. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | REAGAN COUNTY TAX ASSESSOR/COLLECTOR PO BOX 100 BIG LAKE TX 76932-0100 | ☐ Contingent ☑ Unliquidated ☐ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Nonpriority amount**

UNDETERMINED

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.27. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Priority creditor's name and mailing address**

REEVES COUNTY
PO BOX 700
PECOS TX 79772

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.28. **Priority creditor's name and mailing address**

REEVES COUNTY APPRAISAL DISTRICT
403 S CYPRESS
PECOS TX 79772-1229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.29. **Priority creditor's name and mailing address**

SCHLEICHER COUNTY TAX
ASSOR/COLLECTOR
PO BOX 658
ELDORADO TX 76936-0658

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

**2.30.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

**2.30.** **Priority creditor's name and mailing address**

STATE OF NEW MEXICO
OIL CONSERVATION DIVISION
1220 SOUTH ST FRANCIS DR
SANTA FE NM 87505

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

GOVERNMENTAL CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.31.** **Priority creditor's name and mailing address**

STATE TREASURER OF TEXAS
PO BOX 149348
AUSTIN TX 78714-9348

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.32.** **Priority creditor's name and mailing address**

TAX ASSESSOR/COLLECTOR
PO BOX T
KERMIT TX 79745

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

---

**2.33.** **Priority creditor's name and mailing address**

TEXAS ATTORNEY GENERAL
CONSUMER PROTECTION
300 W 15TH ST
9TH FL
AUSTIN TX 78711-2548

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

GOVERNMENTAL CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.34.** **Priority creditor's name and mailing address**

TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

GOVERNMENTAL CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.35.** **Priority creditor's name and mailing address**

TEXAS COMMISSION OF
ENVIRONMENTAL QUALITY
PO BOX 13087
MAIL CODE - TCEQ
AUSTIN TX 78711-3087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

GOVERNMENTAL CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.36. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528 CAPITOL STATION
AUSTIN TX 78711-3528

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.37. **Priority creditor's name and mailing address**

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
UNCLAIMED PROPERTY CLAIMS SECTION
PO BOX 12046
AUSTIN TX 78711-2046

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GOVERNMENTAL CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

2.38. **Priority creditor's name and mailing address**

TEXAS OSHA
LA COSTA GREEN BLDG
1033 LA POSADA DR STE 375
AUSTIN TX 78752-3832

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

GOVERNMENTAL CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.39. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.39.
**Priority creditor's name and mailing address**

TEXAS RAILROAD COMMISSION
1701 N CONGRESS
AUSTIN TX 78701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

GOVERNMENTAL CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.40.
**Priority creditor's name and mailing address**

TEXAS RAILROAD COMMISSION
10 DESTA DR STE 500 E
MIDLAND TX 79705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

GOVERNMENTAL CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.41.
**Priority creditor's name and mailing address**

TOM GREEN CO APPRAISAL DISTRICT
PO BOX 3307
SAN ANGELO TX 76902-3307

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

TAX

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **Remnant Oil Company, LLC**                              Case number *(if known)* **19-70106**

---

**2.42.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

UPTON COUNTY APPRAISAL DISTRICT
PO BOX 1110
MCCAMEY TX 79752-1110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.43.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

US DEPT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH
ADMIN OSHA
OFFICE OF CHIEF COUNSEL
200 CONSTITUTION AVE NW
WASHINGTON DC 20210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
GOVERNMENTAL CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

**2.44.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

US EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
OFFICE OF CHIEF COUNSEL
131 M ST NE
WASHINGTON DC 20507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
GOVERNMENTAL CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

---

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

| 2.45. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

WARD COUNTY TAX
ASSESSOR/COLLECTOR
PO BOX 290
MONAHANS TX 79756-0290

| | | | UNDETERMINED | UNDETERMINED |

☐ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.46. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

WINK LOVING CISD
PO BOX 637
WINK TX 79789-0637

| | | | UNDETERMINED | UNDETERMINED |

☐ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.47. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

WINKLER COUNTY TAX
ASSESSOR/COLLECTOR
PO BOX 7
KERMIT TX 79745

| | | | UNDETERMINED | UNDETERMINED |

☐ Contingent
☑ Unliquidated
☐ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

2.48.  | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

YOAKUM COUNTY TAX ASSESSSOR
PO BOX 250
PLAINS TX 79355-0250

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

| **Total claim** | **Priority amount** |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
| --- |
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAX

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **Remnant Oil Company, LLC**                                         Case number *(if known)* **19-70106**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

3.1.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
*Check all that apply.*

A EVERETTE LLC
PO BOX 74636                                                                                      $8.94
FAIRBANKS AK 99707
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                  **Basis for the claim:**

VARIOUS                                              ROYALTY - SUSPENSE

**Last 4 digits of account number:**                 **Is the claim subject to offset?**

☒ No
☐ Yes

3.2.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
*Check all that apply.*

A GAYLE HUDGENS
PO BOX 1195                                                                                       $37.41
MANCHACA TX 78652-1195
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                  **Basis for the claim:**

VARIOUS                                              ROYALTY - SUSPENSE

**Last 4 digits of account number:**                 **Is the claim subject to offset?**

☒ No
☐ Yes

3.3.   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      **Amount of claim**
*Check all that apply.*

ALBERT S WITTER TR
NORMA KUNZE & JOE WHEAT                                                                           $19.64
PO BOX 571745
HOUSTON TX 77257-1745
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                  **Basis for the claim:**

VARIOUS                                              ROYALTY - SUSPENSE

**Last 4 digits of account number:**                 **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.4.**   **Nonpriority creditor's name and mailing address**

ALEXA PAOLELLA
23 E 74TH ST APT 4A
NEW YORK NY 10021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$488.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.5.**   **Nonpriority creditor's name and mailing address**

ANGELINA B GOODMAN
70 DENNY RIDGE #20943
JASPER GA 30143-9316

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$28.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.6.**   **Nonpriority creditor's name and mailing address**

ANGELINA B GOODMAN
70 DENNY RIDGE #20943
JASPER GA 30143-9316

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **Remnant Oil Company, LLC**                                       Case number *(if known)* **19-70106**

---

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANN C JOHNSON
13408 SUMMIT HILLS PL NE
ALBUQUERQUE NM 87112

☐ Contingent
☐ Unliquidated
☐ Disputed

$99.10

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         ROYALTY - SUSPENSE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.8. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANN CLICK ARNOLD
1803 MLK JR BLVD
APT 515
HOUMA LA 70360-1275

☐ Contingent
☐ Unliquidated
☐ Disputed

$93.45

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.9. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANN GRIFFITH ASH
6338 N NEW BRAUNFELS AVE
APT 137
SAN ANTONIO TX 78209-3826

☐ Contingent
☐ Unliquidated
☐ Disputed

$1.27

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                         ROYALTY - SUSPENSE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 3.10. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANN M NEWMAN
6615 TRAMMEL DRIVE
DALLAS TX 75214

☐ Contingent
☐ Unliquidated
☐ Disputed

$3.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.11. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANNA BELLE BERKENKAMP
PIEDMONT GARDENS
110-41ST ST APT 402
OAKLAND CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

$185.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.12. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANNE TODD BARFIELD (EA)
PO BOX 3101
CEDAR PARK TX 78630

☐ Contingent
☐ Unliquidated
☐ Disputed

$6.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | |
|---|---|
| 3.13. | **Nonpriority creditor's name and mailing address** |

ANNE TODD BARFIELD (EA)
PO BOX 3101
CEDAR PARK TX 78630

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$2.34

---

| | |
|---|---|
| 3.14. | **Nonpriority creditor's name and mailing address** |

APRIL H FISHER
8903 POCONO CV
AUSTIN TX 78717-2901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$1.71

---

| | |
|---|---|
| 3.15. | **Nonpriority creditor's name and mailing address** |

ARD OIL LTD
PO BOX 101027
FORT WORTH TX 76185

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$20.66

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

3.16.  **Nonpriority creditor's name and mailing address**

BACK NINE OIL & GAS LTD
SURE PUTT INC GEN PART
PO BOX 162810
AUSTIN TX 78716-2810

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $71.34 |

---

3.17.  **Nonpriority creditor's name and mailing address**

BALLARD E SPENCER TRUST INC
PO BOX 6
ARTESIA NM 88211-0006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $1,067.26 |

---

3.18.  **Nonpriority creditor's name and mailing address**

BARBARA KRUSE FRANKENFIELD
22295 NETWORK PLACE
CHICAGO IL 60673-1222

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $17.57 |

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            Page 23 of 160

Debtor  **Remnant Oil Company, LLC**                                  Case number *(if known)* **19-70106**

| 3.19. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARRY ANTWEIL
12610 STILLWOOD PARK CT
CYPRESS TX 77433

☐ Contingent
☐ Unliquidated
☐ Disputed

$92.82

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.20. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BENJAMIN WYLY SLAUGHTER TRUST
C/O DON SCOTT SLAUGHTER AND
LAURA NELSON SLAUGHTER CO-TSTE
205 MCCONNELL DRIVE
AUSTIN TX 78746

☐ Contingent
☐ Unliquidated
☐ Disputed

$3.39

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.21. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BERNARD BECK
1504 W AVE J
SAN ANGELO TX 76901-4435

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.01

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 3.22. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BILLY R MEDLIN
PO BOX 50
MALJAMAR NM 88264

☐ Contingent
☐ Unliquidated
☐ Disputed

$73.24

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.23. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLACK STONE MINERALS CO LP
PO BOX 301267
DALLAS TX 75303-1267

☐ Contingent
☐ Unliquidated
☐ Disputed

$72.42

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.24. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLUEBONNETS & LONGHORNS LTD
7355 REMCON CIR STE 200
EL PASO TX 79912

☐ Contingent
☐ Unliquidated
☐ Disputed

$12.34

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

BONA FAYE JONES
2788 EAST MARY LUE ST
INVERNESS FL 34453-9537

**Amount of claim**

$1,083.97

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.26. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

BONA FAYE JONES
2788 EAST MARY LUE ST
INVERNESS FL 34453-9537

**Amount of claim**

$137.98

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.27. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

BOYD & MCWILLIAMS ENERGY
GROUP, INC
550 WEST TEXAS AVENUE STE 310
MIDLAND TX 79701-4257

**Amount of claim**

$98.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Remnant Oil Company, LLC**                                 Case number *(if known)* **19-70106**

| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRAWLEY PETROLEUM CORP
6310 76TH ST
LUBBOCK TX 79424-1757

☐ Contingent
☐ Unliquidated
☐ Disputed

$7.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.29. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRAWLEY PETROLEUM CORP
6310 76TH ST
LUBBOCK TX 79424-1757

☐ Contingent
☐ Unliquidated
☐ Disputed

$22.83

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.30. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRIANNE RAE BALLARD
2957 CAMBRIDGE CT
BARTLESVILLE OK 74006

☐ Contingent
☐ Unliquidated
☐ Disputed

$8.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 3.31. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BRIGHT ANGEL LTD
7355 REMCON CIR STE 200
EL PASO TX 79912

☐ Contingent
☐ Unliquidated
☐ Disputed

$273.74

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.32. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BUD & MARY LOU FLOCCHINI
FAMILY PARTNERSHIP
1330 CAPITAL BLVD
RENO NV 89502

☐ Contingent
☐ Unliquidated
☐ Disputed

$66.18

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.33. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

VARIOUS PENDING ENVIRONMENTAL
ACTIONS

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

3.34.    **Nonpriority creditor's name and mailing address**

BURK ROYALTY CO.
PO BOX 94903
WICHITA FALLS TX 76308

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$44.46

---

3.35.    **Nonpriority creditor's name and mailing address**

C B COLLINS
2505 FARMER BRANCH LN
DALLAS TX 75234

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$0.11

---

3.36.    **Nonpriority creditor's name and mailing address**

CALLAWAY PRODUCTION COMPANY
PO BOX 4787
MIDLAND TX 79704-4787

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1.99

---

Debtor    **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| 3.37. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CALVIN AND ANN KIMBROUGH REVOCABLE
TRUST
C/O PLAINSCAPITAL BANK
6000 WESTERN PLACE SUITE 107
FORT WORTH TX 76107

☐ Contingent
☐ Unliquidated
☐ Disputed

$28.76

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.38. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAROL LYNN RUSHE
PO BOX 1561
MESILLA NM 88046

☐ Contingent
☐ Unliquidated
☐ Disputed

$53.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.39. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAROLINE KIETZMAN
7 HILLDALE LN
SANDS POINT NY 11050

☐ Contingent
☐ Unliquidated
☐ Disputed

$32.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| 3.40. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CAROLYN ALLEN HARRISON | ☐ Contingent | $148.48 |
| | ADDRESS UNKNOWN | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Date or dates debt was incurred**             **Basis for the claim:**

VARIOUS                                          ROYALTY - SUSPENSE

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.41. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CARRIE BETH CRUMP HILLIN | ☐ Contingent | $25.87 |
| | PO BOX 535 | ☐ Unliquidated | |
| | PAOLI OK 73074-0535 | ☐ Disputed | |

**Date or dates debt was incurred**             **Basis for the claim:**

VARIOUS                                          ROYALTY - SUSPENSE

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.42. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | CAT SPRING PROPERTIES LLC | ☐ Contingent | $12.19 |
| | PO BOX 450 | ☐ Unliquidated | |
| | SEALY TX 77474 | ☐ Disputed | |

**Date or dates debt was incurred**             **Basis for the claim:**

VARIOUS                                          ROYALTY - SUSPENSE

**Last 4 digits of account number:**            **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CATALIS LLC
PO BOX 1054
EDWARDS CO 81632

☐ Contingent
☐ Unliquidated
☐ Disputed

$20.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.44. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CATHERINE CLAIR COUZZOURT
IRR TRUST AMARILLO NATIONAL
BANK TTEE
PO BOX 1
AMARILLO TX 79105-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

$22.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.45. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CECIL A GALE ESTATE
WILIAM LENNARTZ & JOHN
BOGELSON CO EXEC
528 ARIZONA AVE 317
SANTA MONICA CA 90401-1440

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,036.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

| 3.46. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CECIL A GALE ESTATE
WILIAM LENNARTZ & JOHN
BOGELSON CO EXEC
528 ARIZONA AVE 317
SANTA MONICA CA 90401-1440

☐ Contingent
☐ Unliquidated
☐ Disputed

$289.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.47. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CELESTE C GRYNBERG
3600 S YOSEMITE ST SUITE 900
DENVER CO 80237

☐ Contingent
☐ Unliquidated
☐ Disputed

$6.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.48. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CELESTE C GRYNBERG
3600 S YOSEMITE ST SUITE 900
DENVER CO 80237

☐ Contingent
☐ Unliquidated
☐ Disputed

$3.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 3.49. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHARLES E HINKLE
PO BOX 1030
KING CITY CA 93930-1030

$1.51

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.50. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHARLES E STRANGE 1976 TRUST 1
MONICA HAUFLER TRUSTEE
PO BOX 1210
INVERNESS FL 34451-1210

$33.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.51. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHARLES KIETZMAN
7 HILLDALE LN
SANDS POINT NY 11050

$32.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor      **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CHASE OIL CORPORATION
PO BOX 1767
ARTESIA NM 88211-1767

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$54.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.53. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CHRISTA L LEAVELL
PO BOX 470
ROBINSON IL 62454-0470

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$187.92

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.54. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

CHRISTIAN RELIEF SERVICES
ATTN BRYAN L KRIZEK CEO & PRESIDENT
8301 RICHMOND HWY
ALEXANDRIA VA 22309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$67.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **Remnant Oil Company, LLC**　　　　　　　　　　　　　　　　Case number *(if known)* **19-70106**

| 3.55. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHRISTINE C JONES
PO BOX 861299
PLANO TX 75086

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.56. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CHRISTOPHER SCOTT BROWN
9312 ORRY AVE
AMARILLO TX 79119

☐ Contingent
☐ Unliquidated
☐ Disputed

$24.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.57. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CLARENCE BRODIE HYDE
PATRICIA HYDE-TENANT IN COMMON
6300 RIDGLEA PLACE STE 1018
FORT WORTH TX 76116-5736

☐ Contingent
☐ Unliquidated
☐ Disputed

$5.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | |
|---|---|
| **3.58.** | **Nonpriority creditor's name and mailing address** |

|  | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|
| CLARENCE E HYDE TR<br>ACCOUNT 4703<br>BANK ONE TX1-1263<br>PO BOX 2605<br>FORT WORTH TX 76113-2605 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2.88 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.59. | **Nonpriority creditor's name and mailing address** |

|  | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|
| CLARISSA S MCCLELLAN ROBERTS<br>PO BOX 787<br>ROSWELL NM 88202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $87.37 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.60. | **Nonpriority creditor's name and mailing address** |

|  | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|
| CLAYDESTA BUILDINGS, L.P.<br>6 DESTA DRIVE<br>SUITE 5725<br>MIDLAND TX 79705 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |

**Date or dates debt was incurred**

5/16/2016

**Basis for the claim:**

LEASE OF OFFICE SPACE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☐ No
☑ Yes

---

Debtor     **Remnant Oil Company, LLC**                                              Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| **3.61.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

CLUB OIL & GAS LTD LLC
66 INVERNESS LANE EAST
ENGLEWOOD CO 80112

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$90.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.62.**     **Nonpriority creditor's name and mailing address**

COMANCHE OIL & GAS COMPANY
505 N BIG SPRING STREET
SUITE 303
MIDLAND TX 79701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$91.38

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.63.**     **Nonpriority creditor's name and mailing address**

CRYSTAL RICHARDS
PO BOX 6947
SAN ANTONIO TX 78209-6947

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$561.96

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

3.64. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

D J SPOWART JR
551 GIIBSON AVE # W W 29-30
PACIFIC GROVE CA 93950-4330

☐ Contingent
☐ Unliquidated
☐ Disputed

$45.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.65. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DALLAS THEOLOGICAL SEMINARY
C/O FARMERS NATIONAL CO, AGENT
PO BOX 3480
OMAHA NE 68103

☐ Contingent
☐ Unliquidated
☐ Disputed

$13.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.66. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

DALLAS THEOLOGICAL SEMINARY
C/O FARMERS NATIONAL CO, AGENT
PO BOX 3480
OMAHA NE 68103

☐ Contingent
☐ Unliquidated
☐ Disputed

$1.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **Remnant Oil Company, LLC**                                Case number *(if known)* **19-70106**

| 3.67. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.67.  **Nonpriority creditor's name and mailing address**

DAN C BERRY
PO BOX 160
EUNICE NM 88231-0160

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2.64

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.68.  **Nonpriority creditor's name and mailing address**

DANEILLE S FRICKE
4149 VENTAVO DRIVE
MOORPARK CA 93021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$14.89

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.69.  **Nonpriority creditor's name and mailing address**

DANIEL G LUSK
1807 IRVING ST
DENVER CO 80204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$111.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAVID GREGORY JOHNSON
7300 FREEDOM CT NE
ALBUQUERQUE NM 87109-6366

$197.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                    ROYALTY - SUSPENSE

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.71. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAVID MCCREA
PO BOX 332
TINNIE NM 88351

$20.32

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                    ROYALTY - SUSPENSE

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.72. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAVID SCOTT MILLER
PO BOX 511
SHOW LOW AZ 85902

$1.19

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                    ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**       **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

---

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEAN FRANCIS CLICK
209 KENNETH ST
HOUMA LA 70360

☐ Contingent
☐ Unliquidated
☐ Disputed

$93.45

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.74. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEAN SOPER
907 ALMONT PL
MIDLAND TX 79705

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.73

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.75. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEBBY KAY SEIBERT RUFFIN
13050 BLACKBIRD PL
FAIRFAX VA 22033

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.47

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

| 3.76. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DELMAR HUDSON LEWIS
LIVING TRUST
BANK OF AMERICA NA TRUSTEE
PO BOX 840738
DALLAS TX 75284-0738

☐ Contingent
☐ Unliquidated
☐ Disputed

$30.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.77. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEVARGAS STREET LLC
4613 LOS POBLANOS CIRCLE NW
ALBUQUERQUE NM 87107

☐ Contingent
☐ Unliquidated
☐ Disputed

$12.61

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.78. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DEVON ENERGY PRODUCTION CO LP
ATTN: JIB/OBO
333 WEST SHERIDAN AVENUE
OKLAHOMA CITY OK 73102-5010

☐ Contingent
☐ Unliquidated
☐ Disputed

$50.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

DON SCOTT SLAUGHTER
205 MCCONNELL DRIVE
AUSTIN TX 78746

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$13.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.80.    **Nonpriority creditor's name and mailing address**

DSCH CAPITAL PARTNERS LLC
D/B/A/ FAR WEST CAPITAL
ATTN BRIAN CENTER
4601 SPICEWOOD SPRINGS RD
BLDG 2 STE 200
AUSTIN TX 78759

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$65.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.81.    **Nonpriority creditor's name and mailing address**

DURANGO PRODUCTION CORP
PO BOX 4848
WICHITA FALLS TX 76308-0848

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$33.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                     Case number *(if known)* **19-70106**

| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EDMUND T ANDERSON IV
2521 HUMBLE
MIDLAND TX 79705-8407

☐ Contingent
☐ Unliquidated
☐ Disputed

$14.97

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.83. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELIZABETH LEFTWICH SLAUGHTER
TST C/O DON SCOTT SLAUGHTER
AND LAURA NELSON SLAUGHTER CO
TRUSTEES
205 MCCONNELL DRIVE
AUSTIN TX 78746

☐ Contingent
☐ Unliquidated
☐ Disputed

$3.39

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.84. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ELMORE A WILLETS JR TRUST
WELLS FARGO BANK NA TRUSTEE
PO BOX 41779
AUSTIN TX 78704

☐ Contingent
☐ Unliquidated
☐ Disputed

$22.17

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor     **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

---

**3.85.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| ELYSE LILLY MARSHALL TRUST II | ☐ Contingent | $13.73
| PO BOX 390 | ☐ Unliquidated |
| HARTLEY TX 79044-0390 | ☐ Disputed |

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                  ROYALTY - SUSPENSE

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.86.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| ELZALENE SULLIVAN | ☐ Contingent | $7.03
| PO BOX 1001 | ☐ Unliquidated |
| FORT LAUDERDALE FL 33302 | ☐ Disputed |

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                  ROYALTY - SUSPENSE

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.87.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| EOG A RESOURCES INC | ☐ Contingent | $28.97
| 104 S 4TH STREET | ☐ Unliquidated |
| ARTESIA NM 88210 | ☐ Disputed |

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                  ROYALTY - SUSPENSE

**Last 4 digits of account number:**     **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 3.88. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EOG M RESOURCES INC
104 S 4TH STREET
ARTESIA NM 88210

☐ Contingent
☐ Unliquidated
☐ Disputed

$28.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.89. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ERGODIC RESOURCES LLC
PO BOX 2021
ROSWELL NM 88202

☐ Contingent
☐ Unliquidated
☐ Disputed

$96.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.90. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ERNEST L WOLFE
13121 DOVE CREEK LANE W
SAN ANGELO TX 76904

☐ Contingent
☐ Unliquidated
☐ Disputed

$74.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ESTATE OF JAMES L HINKLE
JAMES, MARK, LAURIE HINKLE
CO-PERSONAL REPRESENTATIVES
PO BOX 2262
KING CITY CA 93930

☐ Contingent
☐ Unliquidated
☐ Disputed

$3.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.92. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ESTATE OF PHILLIP C HOLT
DECEASED
PHILLIP C HOLT JR PR
5407 QUINCY MARR DRIVE
FAIRFAX VA 22032

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,350.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.93. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

ESTATE OF PHILLIP C HOLT
DECEASED
PHILLIP C HOLT JR PR
5407 QUINCY MARR DRIVE
FAIRFAX VA 22032

☐ Contingent
☐ Unliquidated
☐ Disputed

$18.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

---

| 3.94. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ESTATE OF ROY BEALER
FRONNIE BEALER PERSONAL REP
202 W MORGAN ST
HAGERMAN NM 88232

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,306.63

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.95. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ESTATE OF ROY BEALER
FRONNIE BEALER PERSONAL REP
202 W MORGAN ST
HAGERMAN NM 88232

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,181.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.96. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EVELYN DOROTHY MILLER
PO BOX 116
NORTH SAN JUAN CA 95960

☐ Contingent
☐ Unliquidated
☐ Disputed

$6.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                Case number *(if known)* **19-70106**

| 3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.97.  **Nonpriority creditor's name and mailing address**

EVERET & CAROLINE BECKNER FAM
TR UTD 8/20/04
1119 E ALAMEDA ST
SANTA FE NM 87501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$35.31

---

3.98.  **Nonpriority creditor's name and mailing address**

EVERETT W. GRAY, II
6 DESTA DRIVE
STE 5100
MIDLAND TX 79705

**Date or dates debt was incurred**

5/23/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

GUARANTEE OF TERM NOTE AND LINE
OF CREDIT WITH FIRSTCAPITAL BANK OF
TEXAS, N.A

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.99.  **Nonpriority creditor's name and mailing address**

EVERETT W. GRAY, II
6 DESTA DRIVE
STE 5100
MIDLAND TX 79705

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

NOTE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$353,449.08

---

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

---

**3.100.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FERN SAWYER WARD
2962 N RALEIGH ST
DENVER CO 80212-1425

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.101.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FIRST GRAY CORPORATION
C/O E. WILL GRAY II
6 DESTA DRIVE
STE 5100
MIDLAND TX 79705

☒ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

AGREED FINAL JUDGMENT, CASE NO. 2018-48487

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.102.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FITZWELL, LLC
45 E FAIRVIEW AVE
HARRISONBURG VA 22801

☐ Contingent
☐ Unliquidated
☐ Disputed

$11.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

---

3.103.  **Nonpriority creditor's name and mailing address**

FLOYD ENERGY LTD
PO BOX 52107
MIDLAND TX 79710

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $10.23 |

---

3.104.  **Nonpriority creditor's name and mailing address**

FLOYD J FERGUSON
5065 BRIGHT SKY ROAD
ROSWELL NM 88201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $19.76 |

---

3.105.  **Nonpriority creditor's name and mailing address**

FRANCIS H HUDSON
LINDY'S LIVING TR
4200 S HULEN SUITE 302
FORT WORTH TX 76109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

| Amount of claim |
|---|
| $30.90 |

---

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

**3.106.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

FRIEDA T STUMHOFFER
PO BOX 100416
FORT WORTH TX 76185

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$12,431.91

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.107.** **Nonpriority creditor's name and mailing address**

FRIEDA T STUMHOFFER
PO BOX 100416
FORT WORTH TX 76185

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$3,285.51

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.108.** **Nonpriority creditor's name and mailing address**

GAHR RANCH & INVESTMENTS
PARTNERSHIP LTD
PO BOX 1889
MIDLAND TX 79702

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$81.46

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 3.109. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

3.109. **Nonpriority creditor's name and mailing address**

GAIL H RAWLINGS
9107 MAUNA LOA
HOUSTON TX 77040-1514

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1.71

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.110. **Nonpriority creditor's name and mailing address**

GEORGE GLOBE TRUST NO 1
CELIA GLOBE TRUSTEE
PO BOX 11171
BAKERSFIELD CA 93389

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$33.63

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.111. **Nonpriority creditor's name and mailing address**

GEORGE M SLAUGHTER III
2314 MIDWAY RD
ARLINGTON TX 76011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$172.65

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Remnant Oil Company, LLC**                    Case number *(if known)* **19-70106**

| 3.112. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GERALDINE S GRAY
57 NAUTILUS DR
LEONARDO NJ 07737

☐ Contingent
☐ Unliquidated
☐ Disputed

$90.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.113. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GIBBS BEAZLEY CROOK
3535 SANTA FE APT 19
CORPUS CHRISTI TX 78411

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.114. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GILMORE OIL & GAS, LP
6 DESTA DRIVE
STE 5100
MIDLAND TX 79705

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,578,015.00

**Date or dates debt was incurred**

1/1/2019

**Basis for the claim:**

NOTES PAYABLE - NOTE A

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

| | | | |
|---|---|---|---|
| 3.115. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | GILMORE OIL & GAS, LP | ☐ Contingent | $3,643,000.00 |
| | 6 DESTA DRIVE | ☐ Unliquidated | |
| | STE 5100 | ☐ Disputed | |
| | MIDLAND TX 79705 | | |

**Date or dates debt was incurred**

1/1/2019

**Basis for the claim:**

NOTES PAYABLE - NOTE B

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.116. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | GLENN G MCKINNEY | ☐ Contingent | $3.17 |
| | 4113 MOUNT PLEASANT ROAD | ☐ Unliquidated | |
| | KELSO WA 98626 | ☐ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.117. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | GOURLEY OIL CO LLC | ☐ Contingent | $0.64 |
| | PO BOX 2215 | ☐ Unliquidated | |
| | ARDMORE OK 73402 | ☐ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

---

| 3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | GREEN RIBBON INC<br>828 EDGEHILL ROAD<br>SALT LAKE CITY UT 84103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3.93 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.119. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | GUY WADE WILLIS<br>5367 EDWARDS ROAD<br>DENTON TX 76208 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35.61 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.120. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | HARLE INC<br>7625 SW MIDDLE GREENS ROAD<br>WILSONVILLE OR 97070 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7.40 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **Remnant Oil Company, LLC**                                     Case number *(if known)* **19-70106**

| 3.121. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HARLOW EASTON LLC
8810 COUNTY ROAD 6875
LUBBOCK TX 79407

☐ Contingent
☐ Unliquidated
☐ Disputed

$17.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.122. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HAROLD W BROOME TRUST
NORWEST BANK TR OPERATIONS
PO BOX 659564
SAN ANTONIO TX 78265

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.123. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HARRY A HARDAGE JR
BAD ADDRESS
6606 EAST WAKEFIELD DRIVE
LITTLE ROCK AR 72209

☐ Contingent
☐ Unliquidated
☐ Disputed

$5.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor     **Remnant Oil Company, LLC**              Case number *(if known)* **19-70106**

---

| 3.124. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HARRY L TODD JR
14017 TANGLEWOOD DR
DALLAS TX 75234-3849

☐ Contingent
☐ Unliquidated
☐ Disputed

$9.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.125. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HARRY L TODD JR
14017 TANGLEWOOD DR
DALLAS TX 75234-3849

☐ Contingent
☐ Unliquidated
☐ Disputed

$3.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.126. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HAYMAKER PROPERTIES LP
PO BOX 206200
DALLAS TX 75320-6200

☐ Contingent
☐ Unliquidated
☐ Disputed

$13.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Remnant Oil Company, LLC**                                              Case number *(if known)* **19-70106**

---

**3.127.** **Nonpriority creditor's name and mailing address**

HAZEL Z HART TRUST
JON H WILLIAMS SUCC TTEE
1291 PACIFIC OAKS PL STE 117
ESCONDIDO CA 92029-2912

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$4,112.99

---

**3.128.** **Nonpriority creditor's name and mailing address**

HC RAND COMBINED TRUST
C/O WELLS FARGO BANK NA
PO BOX 41779
AUSTIN TX 78704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$7.69

---

**3.129.** **Nonpriority creditor's name and mailing address**

HERBERT A SAVAGE JR
700 MEASE PLAZA APT 325
DUNEDIN FL 34698

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$81.20

---

Debtor **Remnant Oil Company, LLC**                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| **3.130.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| | | |
|---|---|---|
| | HONDO MINERALS LP<br>WELLS FARGO NA<br>PO BOX 41779<br>AUSTIN TX 78704 | *Check all that apply.* |

**3.130.**

**Nonpriority creditor's name and mailing address**

HONDO MINERALS LP
WELLS FARGO NA
PO BOX 41779
AUSTIN TX 78704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$25.71

---

**3.131.**

**Nonpriority creditor's name and mailing address**

HOSPICE OF SAN ANGELO, INC
36 E TWOHIG #1100
SAN ANGELO TX 76903

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$0.13

---

**3.132.**

**Nonpriority creditor's name and mailing address**

HUDDLESTON MINERAL TRUST
TODD HUDDLESTON TRUSTEE
817 GRAY ST
CALDWELL TX 77836

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$11.79

Debtor      **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

| 3.133. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.133.     **Nonpriority creditor's name and mailing address**

HUDDLESTON MINERAL TRUST
TODD HUDDLESTON TRUSTEE
817 GRAY ST
CALDWELL TX 77836

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.134.     **Nonpriority creditor's name and mailing address**

INDEPENDENCE OILFIELD CHEMICALS LLC
1450 LAKE ROBBINS DR STE 400
THE WOODLANDS TX 77380

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.135.     **Nonpriority creditor's name and mailing address**

J RUSSELL BOND
49 STILT STREET
NEW ORLEANS LA 70124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$89.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

3.136.  **Nonpriority creditor's name and mailing address**

J SANDRA STANTON TRUST
1544 OCEAN AVE
MANTOLOKING NJ 08738-1516

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $90.12 |

---

3.137.  **Nonpriority creditor's name and mailing address**

JACK D WIGLEY
13917 COYOTE WAY
FOUNTAIN HILLS AZ 85268

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $65.85 |

---

3.138.  **Nonpriority creditor's name and mailing address**

JAMES D & LORNA J SHORT LIVING
TRUST JAMES D SHORT TRUSTEE
486 LAKEVIEW DRIVE UNIT 58
PALM HARBOR FL 34683

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $90.12 |

---

Debtor     **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

---

**3.139.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

JAMES E BRASHER
2640 PITTSBURG STREET
HOUSTON TX 77005

☐ Contingent
☐ Unliquidated
☐ Disputed

$44.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.140.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

JAMIE D HUTSON FAMILY TRUST
JAMIE D HUTSON, TTEE
7812 ROBERTS COURT
NORTH RICHLAND HILLS TX 76182

☐ Contingent
☐ Unliquidated
☐ Disputed

$82.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.141.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
Check all that apply.

JAN BARNETT
155 MADISON AVE N
BAINBRIDGE IS WA 98110

☐ Contingent
☐ Unliquidated
☐ Disputed

$33.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **Remnant Oil Company, LLC**                                  Case number *(if known)* **19-70106**

---

| 3.142. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JANET CLICK BUSSIE
4718 N BAYOU BLACK DR
GIBSON LA 70356

☐ Contingent
☐ Unliquidated
☐ Disputed

$93.45

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.143. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JAVELINA PARTNERS
616 TEXAS ST
FORT WORTH TX 76102-4696

☐ Contingent
☐ Unliquidated
☐ Disputed

$20.58

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.144. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JAY PAUL MILLER
7401 CRYSTAL RIDGE RD SW
ALBUQUERQUE NM 87121

☐ Contingent
☐ Unliquidated
☐ Disputed

$1.19

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Remnant Oil Company, LLC**                           Case number *(if known)* **19-70106**

**3.145.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| JEANNELL ELAINE HALL 2434 FIR PAMPA TX 79065 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $53.85

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.146.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| JENNA HINKLE SARTORI 5710 HATCHERY CT PENNGROVE CA 94951-9664 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.77

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.147.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| JENNIFER HUGE 230 MITCHELL ROAD SOUTHERN PINES NC 28387 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $343.22

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **Remnant Oil Company, LLC**                                  Case number *(if known)* **19-70106**

---

**3.148.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | |

JENNIFER HUGE
230 MITCHELL ROAD
SOUTHERN PINES NC 28387

☐ Contingent
☐ Unliquidated
☐ Disputed

$77.79

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.149.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JERRY DON WOLFE
108 SW 12TH ST
SEMINOLE TX 79360-4108

☐ Contingent
☐ Unliquidated
☐ Disputed

$74.73

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.150.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JERRY RAY BROWN
4615 VIRGINIA APT 17E
AMARILLO TX 79109-6404

☐ Contingent
☐ Unliquidated
☐ Disputed

$24.41

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **Remnant Oil Company, LLC**                                        Case number *(if known)* **19-70106**

---

3.151. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

JILL BARNETT STADLER
170 HARBOR SQ LOOP NE A411
BAINBRIDGE IS WA 98110

$33.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        ROYALTY - SUSPENSE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.152. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

JILL C JOHNSON
5909 BROOKSIDE DR
ARGYLE TX 76226-2245

$75.91

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.153. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

*Check all that apply.*

JIMMIE KAY SELLERS
13691 E MARINA DR #512
AURORA CO 80014

$74.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **Remnant Oil Company, LLC**                                        Case number *(if known)* **19-70106**

---

**3.154.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

JOAN H SENDLING
94 ELKVIEW DR
MOUNT CLARE WV 26408

☐ Contingent
☐ Unliquidated
☐ Disputed

$28.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.155.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

JOAN H SENDLING
94 ELKVIEW DR
MOUNT CLARE WV 26408

☐ Contingent
☐ Unliquidated
☐ Disputed

$6.09

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.156.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

JOANN MILLER
102 E RIVERSIDE DR UNIT 1
CARLSBAD NM 88220

☐ Contingent
☐ Unliquidated
☐ Disputed

$1.58

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

---

| 3.157. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOE R WRIGHT, TRUSTEE
THE WRIGHT FAMILY LIVING TRUST
393 CALLE COLINA
SANTA FE NM 87501

☐ Contingent
☐ Unliquidated
☐ Disputed

$74.07

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.158. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOEL R MILLER ENERGY LP
PO BOX 3003
MIDLAND TX 79702-3003

☐ Contingent
☐ Unliquidated
☐ Disputed

$10.23

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.159. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOHN C ALLEN
6417 BELMONT ST
HOUSTON TX 77005-3801

☐ Contingent
☐ Unliquidated
☐ Disputed

$43.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**3.160.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JOHN MARSHALL FISHER TINGLEY
1403 SYCAMORE
BIG SPRING TX 79720

☐ Contingent
☐ Unliquidated
☐ Disputed

$73.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.161.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JOHN OWEN
2282 HIGHWAY 15
RAYVILLE LA 71269

☐ Contingent
☐ Unliquidated
☐ Disputed

$64.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.162.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JOHN WILLIAM MILLER
90 KINSAKE ROAD
CARLSBAD NM 88220

☐ Contingent
☐ Unliquidated
☐ Disputed

$6.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 3.163. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JON F COLL II
7335 WALLA WALLA DRIVE
SAN ANTONIO TX 78250-5242

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.43

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.164. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JONATHAN M WILSON
1209 NE 17TH ST
GRAND PRAIRIE TX 75050

☐ Contingent
☐ Unliquidated
☐ Disputed

$24.34

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.165. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JOSEPH CLIFTON THOMAS
5700 TAPADERA TRACE LANE #831
AUSTIN TX 78727

☐ Contingent
☐ Unliquidated
☐ Disputed

$2.41

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

**3.166.** **Nonpriority creditor's name and mailing address**

JOSEPH M THOMAS TR
JILL G & JOSEPH & JOHN & JILL
PO BOX 226270
DALLAS TX 75222

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $85.80 |

**3.167.** **Nonpriority creditor's name and mailing address**

JOY K CLICK
1524 NW 9TH ST
ANDREWS TX 79714

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $93.45 |

**3.168.** **Nonpriority creditor's name and mailing address**

JOYCE E SEIBERT
5132 TANGLE LANE
HOUSTON TX 77056

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $24.34 |

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**3.169.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| JUANITA V PETERSON | ☐ Contingent | $346.78
| 447 OSCEOLA ST | ☐ Unliquidated |
| DENVER CO 80204 | ☐ Disputed |

**Date or dates debt was incurred**  **Basis for the claim:**

VARIOUS  ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**  **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.170.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| JUDITH ANN BEAVERS | ☐ Contingent | $77.82
| PO BOX 882 | ☐ Unliquidated |
| RUIDOSO DOWNS NM 88346-0882 | ☐ Disputed |

**Date or dates debt was incurred**  **Basis for the claim:**

VARIOUS  ROYALTY - SUSPENSE

**Last 4 digits of account number:**  **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.171.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| JUDITH HANKINS BROWN | ☐ Contingent | $28.83
| 12515 N BRYANT | ☐ Unliquidated |
| EDMOND OK 73013 | ☐ Disputed |

**Date or dates debt was incurred**  **Basis for the claim:**

VARIOUS  ROYALTY - SUSPENSE

**Last 4 digits of account number:**  **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

**3.172.**  **Nonpriority creditor's name and mailing address**

JULIA GERLAND TRUST
C/O EDWARD JONES TRUST CO
12555 MANCHESTER ROAD
SAINT LOUIS MO 63131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $146.02 |

**3.173.**  **Nonpriority creditor's name and mailing address**

JULIA JACQUELINE THOMAS
11001 SOUTH 1ST ST APT 721
AUSTIN TX 78748

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $19.45 |

**3.174.**  **Nonpriority creditor's name and mailing address**

JULIE A BEST
174 BLUE HERON COVE
WAVELAND MS 39576

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $43.28 |

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**3.175.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JULIE ANN ANTWEIL TRUST
4408 CANYON COURT NE
ALBUQUERQUE NM 87111

☐ Contingent
☐ Unliquidated
☐ Disputed

$92.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.176.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JULIE GALLIANI MANSO
1010 RIDGEWOOD CIR SW
ISSAQUAH WA 98027

☐ Contingent
☐ Unliquidated
☐ Disputed

$8.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.177.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

JULIE LARA
6780 N EAGLE RD
LAS CRUCES NM 88012

☐ Contingent
☐ Unliquidated
☐ Disputed

$1.19

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **Remnant Oil Company, LLC**                                         Case number *(if known)* **19-70106**

---

**3.178.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.178.**

**Nonpriority creditor's name and mailing address**

JUNE GILLMAN
14015 S PERTHSHIRE RD
HOUSTON TX 77079-8700

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$19.64

---

**3.179.**

**Nonpriority creditor's name and mailing address**

K EVERETTE LLC
PO BOX 71445
FAIRBANKS AK 99707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$8.94

---

**3.180.**

**Nonpriority creditor's name and mailing address**

KAREN ROEDIG
PO BOX 1678
ABILENE TX 79604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$11.71

---

Debtor      **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 3.181. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.181.**   **Nonpriority creditor's name and mailing address**

KAREN SUE WOLFE
108 SW 12TH ST
SEMINOLE TX 79360-4108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$74.73

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.182.**   **Nonpriority creditor's name and mailing address**

KATHERINE MCINTYRE
512 THUNDER CREST
EL PASO TX 79912

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$87.71

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.183.**   **Nonpriority creditor's name and mailing address**

KATHLEEN A RUBENSTEIN
6350 PALMAS BAY CIR
PORT ORANGE FL 32127

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$37.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 3.184. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KATHRYN O GALE
310 WOODWARD AVE 214
SAINT JOHN NB E2K 2LI
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,036.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.185. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KATHRYN O GALE
310 WOODWARD AVE 214
SAINT JOHN NB E2K 2LI
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

$289.67

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.186. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KELLY S BARNETT WALKER
3102 VIA LUISENO
ALPINE CA 91901

☐ Contingent
☐ Unliquidated
☐ Disputed

$33.74

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Remnant Oil Company, LLC**                                         Case number *(if known)* **19-70106**

| | | | | |
|---|---|---|---|---|

**3.187.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Amount of claim**

KENDALL JAY TAYLOR
#4 GRAND VIEW
ALAMOGORDO NM 88310

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,421.58

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.188.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Amount of claim**

KENNETH ELLSWORTH BEALL JR
TST U/A 4/17/89 K BEALL JR
CINDY MAXWELL CO TTEES
PO BOX 28395
BELLINGHAM WA 98228

☐ Contingent
☐ Unliquidated
☐ Disputed

$20.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.189.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Amount of claim**

KEVIN WAYNE TAYLOR
606 S 13TH
LOVINGTON NM 88260

☐ Contingent
☐ Unliquidated
☐ Disputed

$54.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

---

**3.190.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| KHODY LAND & MINERAL COMPANY 210 PARK AVENUE SUITE 900 OKLAHOMA CITY OK 73102 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $366.03

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.191.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| KIM T SCROGGIN PO BOX 310509 NEW BRAUNFELS TX 78131 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $54.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.192.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| KINNARD FAMILY TR DTD 6-4-99 EVADEL KINNARD TRUSTEE 3314 E DRAPER CIRCLE MESA AZ 85213 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $60.14

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **Remnant Oil Company, LLC**                                                Case number *(if known)* **19-70106**

---

| 3.193. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KIRTLEY ANN WATSON ROPER
2521 TIMBERLEAF DRIVE
CARROLLTON TX 75006

☐ Contingent
☐ Unliquidated
☐ Disputed

$5.53

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.194. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KRISTI D B HITCHCOCK
3409 BOYD
MIDLAND TX 79707

☐ Contingent
☐ Unliquidated
☐ Disputed

$8.49

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.195. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KRISTIN HINKLE COOMES
265 259TH AVENUE NE
SAMMAMISH WA 98074

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.77

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor  **Remnant Oil Company, LLC**                                       Case number *(if known)* **19-70106**

| 3.196. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAINE W GILBERT
C/O ROBYIN PUCCI POA
9830 JIM CHRISTAL RD
KRUM TX 76226-2245

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.90

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.197. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LANA LEA ONEAL KEEDY SEAGER
2946 GANZER ROAD WEST SUITE 101
DENTON TX 76207

☐ Contingent
☐ Unliquidated
☐ Disputed

$12.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.198. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LANI G BROWN AND OR RICHARD L
BROWN TRUSTEES OF
THE BROWN FAMILY TRUST
6330 MARVIN DRIVE
YUCCA VALLEY CA 92284

☐ Contingent
☐ Unliquidated
☐ Disputed

$53.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Remnant Oil Company, LLC**                                              Case number *(if known)* **19-70106**

| 3.199. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LANNA MARIE DUNCAN
PO BOX 1838
FORT DAVIS TX 79734-1838

☐ Contingent
☐ Unliquidated
☐ Disputed

$1.94

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.200. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LARRY DOUGLAS
PO BOX 10565
MIDLAND TX 79702

☐ Contingent
☐ Unliquidated
☐ Disputed

$17.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.201. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LARRY ENGWALL
1961 LA CUESTA DRIVE
NORTH TUSTIN CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

$78.84

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

---

| 3.202. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.202. **Nonpriority creditor's name and mailing address**

LARRY HUNNICUTT
5616 AMISTAD RD NE
ALBUQUERQUE NM 87111-1558

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,418.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.203. **Nonpriority creditor's name and mailing address**

LARRY HUNNICUTT
5616 AMISTAD RD NE
ALBUQUERQUE NM 87111-1558

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$201.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.204. **Nonpriority creditor's name and mailing address**

LARRY JOE PENTZER
DANNA DEE PENTZER
318 PALMER COURT
SLIDELL LA 70458

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$12.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| 3.205. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LARRY NELSON ARNOLD ESTATE
LONNIE N . ARNOLD PERSONAL REP
1112 TELLURIDE CT
MIDLAND TX 79705

☐ Contingent

☐ Unliquidated

☐ Disputed

$52.68

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.206. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAURA SLAUGHTER LILLY TRUST II
C/O SALLY SLAUGHTER FOSTER
TRUSTEE
1421 YUCCA DRIVE
DALHART TX 79022

☐ Contingent

☐ Unliquidated

☐ Disputed

$28.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| 3.207. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LEEMAN MINERALS LLC
PO BOX 54555
OKLAHOMA CITY OK 73154

☐ Contingent

☐ Unliquidated

☐ Disputed

$17.75

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

3.208. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|---|---|---|
| | LEON M LAMPERT<br>7575 FRANKFORD RD #313<br>DALLAS TX 75252 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $66.78 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.209. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|---|---|---|
| | LEON M LAMPERT<br>7575 FRANKFORD RD #313<br>DALLAS TX 75252 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17.94 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.210. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|---|---|---|
| | LESLYN E JOHNSON<br>6830 N EAGLE RD<br>LAS CRUCES NM 88012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1.19 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

3.211.   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     | **Amount of claim** |
*Check all that apply.*

LINDA G PINTO
412 W LAS CRUCES AVE                                            $53.85
LAS CRUCES NM 88005
☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**                             **Basis for the claim:**

VARIOUS                                                        ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**                           **Is the claim subject to offset?**

☑ No

☐ Yes

---

3.212.   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     | **Amount of claim** |
*Check all that apply.*

LISA CAROL MCCLELLAN
411 VIALE BOND                                                 $87.35
ROSWELL NM 88201-5851
☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**                             **Basis for the claim:**

VARIOUS                                                        ROYALTY - SUSPENSE

**Last 4 digits of account number:**                           **Is the claim subject to offset?**

☑ No

☐ Yes

---

3.213.   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     | **Amount of claim** |
*Check all that apply.*

LOIN ENERGY CORP
PO BOX 309                                                     $687.58
LA GRANGE TX 78945
☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**                             **Basis for the claim:**

VARIOUS                                                        ROYALTY - SUSPENSE

**Last 4 digits of account number:**                           **Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 3.214. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.214.**

**Nonpriority creditor's name and mailing address**

LON V SMITH FOUNDATION
9440 SANTA MONICA BLVD
STE 300
BEVERLY HILLS CA 90210-4614

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$53.30

---

**3.215.**

**Nonpriority creditor's name and mailing address**

LONESOME OIL, LLC
PO BOX 50880
MIDLAND TX 79710

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5.29

---

**3.216.**

**Nonpriority creditor's name and mailing address**

LONGHORN PARTNERS
PO BOX 1973
MIDLAND TX 79702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$49.88

---

Debtor  **Remnant Oil Company, LLC**

Case number *(if known)* **19-70106**

---

**3.217.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LOUIS J MAZZULLO
5650 WEST QUINCY AVENUE UNIT 19
DENVER CO 80235-3026

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$87.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.218.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

LYNN MEDLIN SEPARATE PROPERTY
PO BOX 361
TATUM NM 88267

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$73.24

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.219.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

M & S ROBERTS INVESTMENTS, LP
2300 OLYMPIA DRIVE #271680
FLOWER MOUND TX 75207

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$11.21

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| 3.220. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.220.  **Nonpriority creditor's name and mailing address**

M CAROLINE BECKNER
1119 E ALAMEDA ST
SANTA FE NM 87501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$43.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.221.  **Nonpriority creditor's name and mailing address**

M D ABEL CO
PO BOX 949
LAMPASAS TX 76550

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$17.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.222.  **Nonpriority creditor's name and mailing address**

M EVERETTE LLC
PO BOX 74636
FAIRBANKS AK 99707

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 3.223. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

M J MOURNE JR
605 CANON RIDGE TRAIL
CANON CITY CO 81212

☐ Contingent
☐ Unliquidated
☐ Disputed

$32.23

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        ROYALTY - SUSPENSE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.224. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARBRIDGE FOUNDATION
C/O PLAINSCAPITAL BANK
6000 WESTERN PLACE SUITE 107
FORT WORTH TX 76107

☐ Contingent
☐ Unliquidated
☐ Disputed

$14.97

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.225. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARBRIDGE FOUNDATION
C/O PLAINSCAPITAL BANK
6000 WESTERN PLACE SUITE 107
FORT WORTH TX 76107

☐ Contingent
☐ Unliquidated
☐ Disputed

$5.10

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        ROYALTY - SUSPENSE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

**3.226.** **Nonpriority creditor's name and mailing address**

MARCY E CONRAD
82 TALCOTT NOTCH RD
FARMINGTON CT 06032

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $78.31 |

**3.227.** **Nonpriority creditor's name and mailing address**

MARGARET FRANCES GRACE
COUZZOURT IRR TRUST
AMARILLO NATIONAL BANK TTEE
PO BOX 1
AMARILLO TX 79105-0001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $22.01 |

**3.228.** **Nonpriority creditor's name and mailing address**

MARGARET T SHERRILL
4920 N CARRIAGE RD
HOBBS NM 88242-9758

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $42.92 |

Debtor **Remnant Oil Company, LLC**   Case number *(if known)* **19-70106**

---

**3.229.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

MARGUERITE B SMITH TR
C/O JP MORGAN CHASE BANK, NA
1999 AVENUE OF THE STARS
26TH FLOOR
LOS ANGELES CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

$617.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.230.** **Nonpriority creditor's name and mailing address**

MARIE ELAINE COLLINS
901 SOMERBY DRIVE #34
MOBILE AL 36695

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.231.** **Nonpriority creditor's name and mailing address**

MARILYN SANTILLANES
617 PARK HILL DRIVE
CHILLICOTHE IL 61523

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$53.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| 3.232. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARISSA DAWN BALLARD
2957 CAMBRIDGE CT
BARTLESVILLE OK 74006

☐ Contingent
☐ Unliquidated
☐ Disputed

$8.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.233. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARJORIE RIETTINI TRUST
C/O MARJORIE RIETTINI TRUSTEE
110 RIDGE ROAD
KERRVILLE TX 78028

☐ Contingent
☐ Unliquidated
☐ Disputed

$4.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.234. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MARK A MARINO
8 CHAMPIONS MARK
SAN ANTONIO TX 78258

☐ Contingent
☐ Unliquidated
☐ Disputed

$92.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

---

**3.235.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

MARK H MCCLELLAN
PO BOX730
ROSWELL NM 88202-0730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$87.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.236.** **Nonpriority creditor's name and mailing address**

MARK K CONRAD
2180 IBIS ISLE RD APT 11
PALM BEACH FL 33480-5320

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$78.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.237.** **Nonpriority creditor's name and mailing address**

MARQUIS R. GILMORE
6 DESTA DRIVE
STE 5100
MIDLAND TX 79705

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

5/23/2016

**Basis for the claim:**

GUARANTEE OF TERM NOTE AND LINE OF CREDIT WITH FIRSTCAPITAL BANK OF TEXAS, N.A

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **Remnant Oil Company, LLC**                                 Case number *(if known)* **19-70106**

---

**3.238.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

MARSHALL & WINSTON INC.
PO BOX 50880
MIDLAND TX 79710

☐ Contingent
☐ Unliquidated
☐ Disputed

$83.73

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.239.** **Nonpriority creditor's name and mailing address**

MARTEIL MARIE TINGLEY MENDEZ
905 RALEIGH RD
LAS CRUCES NM 88005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$73.04

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.240.** **Nonpriority creditor's name and mailing address**

MARTHA L ROBERTS REV TRUST
DATED AUG 9 2011, MARTHA L
3101 CASTLE ROCK ROAD VILLA 58
OKLAHOMA CITY OK 73120-1861

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$58.61

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**3.241.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MARY ALICE JONES TR U A 5/6/91
MARY ALICE JONES TTEE
1025 SWAN DR APT 313
BARTLESVILLE OK 74006

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$20.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.242.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MARY ANDERSON BOLL FAMILY TR
MARY ANDERSON BOLL TTEE
6858 TOKALON DRIVE
DALLAS TX 75214

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$14.97

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.243.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MARY CLICK LEDET
406 JEFFERSON DR
HOUMA LA 70360

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$93.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**3.244.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MARY CRAIN
685 SYCAMORE DR
PORT HUENEME CA 93041

☐ Contingent
☐ Unliquidated
☐ Disputed

$5.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.245.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MARY G RICHARD OR
JULIE A GORMAN
7 CARMEL TER
ORMOND BEACH FL 32174-3925

☐ Contingent
☐ Unliquidated
☐ Disputed

$18.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.246.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MARY JANE COVERT BYERS HEIRS
ADDRESS UNKNOWN

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,497.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor      **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

---

**3.247.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MARY M REED
208 NW 3RD STREET
SEMINOLE TX 79360

$74.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.248.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MAX W COLL II TESTAMENTARY TRUST
CATHERINE JOYCE COLL TTEE
COLL CANYON
83 LA BARBARIA TRAIL
SANTA FE NM 87505

$46.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.249.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MAX W COLL III
7625-2 EL CENTRO BLVD
LAS CRUCES NM 88012

$0.79

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

| 3.250. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MAX W COLL III
7625-2 EL CENTRO BLVD
LAS CRUCES NM 88012

☐ Contingent
☐ Unliquidated
☐ Disputed

$5.19

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.251. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MCKAY OIL CORP
PO BOX 2014
ROSWELL NM 88202

☐ Contingent
☐ Unliquidated
☐ Disputed

$564.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.252. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MCQUIDDY COMM & ENERGY INC
PO BOX 2072
ROSWELL NM 88202

☐ Contingent
☐ Unliquidated
☐ Disputed

$47.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

3.253.  **Nonpriority creditor's name and mailing address**

MELANIE COLL DETEMPLE
5653 TOBIAS AVENUE
VAN NUYS CA 91411-3348

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $0.09 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.254.  **Nonpriority creditor's name and mailing address**

MELANIE J KASPAR
PO BOX 2217
RANCHO MIRAGE CA 92270-1084

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $35.99 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.255.  **Nonpriority creditor's name and mailing address**

MICHAEL BROWN
PO BOX 3642
MIDLAND TX 79702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $26.92 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Remnant Oil Company, LLC**                                           Case number *(if known)* **19-70106**

---

3.256. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MICHAEL KENT TAYLOR
6307 OLD CLOVIS HWY
ROSWELL NM 88201

☐ Contingent
☐ Unliquidated
☐ Disputed

$182.72

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.257. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MICHAEL SHELLY WILSON
MEMBERS TRUST COMPANY, TTEE
C/O MEMBERS TRUST COMPANY
14025 RIVEREDGE DR STE 280
TAMPA FL 33637

☐ Contingent
☐ Unliquidated
☐ Disputed

$30.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.258. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MICHELLE C LEAVELL
PO BOX 470
ROBINSON IL 62454-0470

☐ Contingent
☐ Unliquidated
☐ Disputed

$187.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor     **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

---

**3.259.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MILDRED M SPANIEL
614 GLEN RD
DANVILLE CA 94526

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$11.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.260.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MILO OVERSTREET
PO BOX 545
ELEPHANT BUTTE NM 87935

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$7.27

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.261.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MIRIAM ZELA GRYNBERG BENEF
C/O ANTON COLLINS MITCHELL LLP
303 3 17TH AVE STE 600
DENVER CO 80203

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$20.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Remnant Oil Company, LLC**

Case number *(if known)* **19-70106**

| 3.262. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MIRIAM ZELA GRYNBERG BENEF
C/O ANTON COLLINS MITCHELL LLP
303 3 17TH AVE STE 600
DENVER CO 80203

☐ Contingent
☐ Unliquidated
☐ Disputed

$18.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.263. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MITCHELL ROYALTY
17878 W 77TH ST N
HASKELL OK 74436

☐ Contingent
☐ Unliquidated
☐ Disputed

$8.38

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.264. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MONAGHAN LIVING TR
VIRGINIA P MONAGHAN TTEE
500 W TEXAS STE 1200
MIDLAND TX 79701-4281

☐ Contingent
☐ Unliquidated
☐ Disputed

$4.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor     **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

**3.265.**  **Nonpriority creditor's name and mailing address**

MONGER MANAGEMENT LLC
ELIZABETH A N CORNELSEN, MNGR
1143 CLARA STREET
FORT WORTH TX 76110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $0.24 |

---

**3.266.**  **Nonpriority creditor's name and mailing address**

MOUNT HERMON ASSOC INC
PO BOX 413
MOUNT HERMON CA 95041-0413

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $79.89 |

---

**3.267.**  **Nonpriority creditor's name and mailing address**

MSR OIL & GAS HOLDINGS LLC
C/O KIDTEX ROYALTY MANAGEMENT
300 N MARIENFELD
STE 830
MIDLAND TX 79701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $77.96 |

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 3.268. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MURRAY STREET INVESTMENTS LLC
11653 THISTLE HILL PLACE
SAN DIEGO CA 92130

☐ Contingent
☐ Unliquidated
☐ Disputed

$45.28

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.269. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MW OIL INVESTMENT CO INC
730 17TH ST STE 325
DENVER CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

$184.01

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.270. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NANCY HUNTER BECK
4715 WATAUGA RD
DALLAS TX 75209

☐ Contingent
☐ Unliquidated
☐ Disputed

$1.33

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**3.271.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.271.** **Nonpriority creditor's name and mailing address**

NANCY NOLAN
1425 KABEL DR
NEW ORLEANS LA 70131

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$11.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.272.** **Nonpriority creditor's name and mailing address**

NANCY SEWELL SERWATKA
705 POST OAK CT
EL PASO TX 79932

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$65.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.273.** **Nonpriority creditor's name and mailing address**

NATHAN ADAMS WATSON
5505 ARCH BRIDGE COURT
ARLINGTON TX 76017

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$5.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor **Remnant Oil Company, LLC**

Case number *(if known)* **19-70106**

---

| 3.274. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEARBURG PRODUCING COMPANY
PO BOX 650823
DEPARTMENT #41530
DALLAS TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

$2.09

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.275. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEDRA BUNKER
PO BOX 1260
BEAVER UT 84713

☐ Contingent
☐ Unliquidated
☐ Disputed

$184.53

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.276. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NICHOLAS P THOMAS
306 ARREDONDO AVE
ST AUGUSTINE FL 30280

☐ Contingent
☐ Unliquidated
☐ Disputed

$19.45

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor     **Remnant Oil Company, LLC**                                        Case number *(if known)* **19-70106**

---

| 3.277. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NINA EVERETTE LLC
139 CRAIG STREET
FAIRBANKS AK 99701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$8.94

---

| 3.278. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORMA L CLARKE
122 LLOYD DR
GRANTS PASS OR 97526-8876

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.11

---

| 3.279. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NYS AR LEVY RECEIVABLES
F/B/O MARK R ANTWEIL
PO BOX 4137
BINGHAMTON NY 13902-4137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$92.82

---

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| **3.280.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.280.** **Nonpriority creditor's name and mailing address**

OCOTILLO PRODUCTION LLC
PO BOX 93638
ALBUQUERQUE NM 87199

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$85.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.281.** **Nonpriority creditor's name and mailing address**

OIL AND GAS INVESTORS LLC
ATTN: MIRANDA VISCOLI
3869 OLD SANTA FE TRAIL
SANTA FE NM 87505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$28.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.282.** **Nonpriority creditor's name and mailing address**

OSWALD FAMILY TST DTD 4/27/98
LOUIS A OSWALD III TRUSTEE
PO BOX 280969
LAKEWOOD CO 80228-0969

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$46.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**3.283.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

OXY USA WTP LP
PO BOX 841803
DALLAS TX 75284-1803

☐ Contingent
☐ Unliquidated
☐ Disputed

$19.17

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ROYALTY - SUSPENSE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.284.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

OXY Y-1
ATTN QUYNHNHU VU-TO
PO BOX 841803
DALLAS TX 75284-1803

☐ Contingent
☐ Unliquidated
☐ Disputed

$19.16

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ROYALTY - SUSPENSE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.285.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PAMELA G BALLARD
362 HOLIDAY DR
BYHALIA MS 38611

☐ Contingent
☐ Unliquidated
☐ Disputed

$12.16

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ROYALTY - SUSPENSE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

3.286.  **Nonpriority creditor's name and mailing address**

PAMELA K BUNCH
7217 CHINABERRY RD
DALLAS TX 75249

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $48.58 |

---

3.287.  **Nonpriority creditor's name and mailing address**

PAMELA WIGLEY JONES
17480 FISHERMANS DRIVE
TROUP TX 75789

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $65.85 |

---

3.288.  **Nonpriority creditor's name and mailing address**

PARSLEY INTERESTS LP
PO BOX 2788
MIDLAND TX 79702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $71.34 |

---

Debtor     **Remnant Oil Company, LLC**                                                   Case number *(if known)* **19-70106**

---

**3.289.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PATRICIA M SLINGERLAND
1209 NE 17TH ST
GRAND PRAIRIE TX 75050

☐ Contingent
☐ Unliquidated
☐ Disputed

$24.34

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.290.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PATTY WHEELER
1020 SAN LORENZO DR
SANTA FE NM 87505

☐ Contingent
☐ Unliquidated
☐ Disputed

$10.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.291.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PAUL & CINDY RAGSDALE
3727 WHITEHEAD RD
ROSWELL NM 88203-9034

☐ Contingent
☐ Unliquidated
☐ Disputed

$33.19

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                Case number *(if known)* **19-70106**

**3.292.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.292.**

**Nonpriority creditor's name and mailing address**

PETRO YATES, INC
PO BOX 1668
ALBUQUERQUE NM 87103-0000

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$15.68

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.293.**

**Nonpriority creditor's name and mailing address**

PETRO YATES, INC
PO BOX 1668
ALBUQUERQUE NM 87103-0000

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$27.66

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.294.**

**Nonpriority creditor's name and mailing address**

PETROHILL RESOURCES LLC AGENT
MICHAEL S WALTRIP & MARGERY L
HANNA MGRS
PO BOX 470397
FORT WORTH TX 76107-5702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$19.69

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**3.295.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PHILLIP BERNSTEIN REVLIVTR
8665 BAY COLONY DR #1402
NAPLES FL 34108

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$6.33

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.296.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PHILLIP BERNSTEIN REVLIVTR
8665 BAY COLONY DR #1402
NAPLES FL 34108

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$3.04

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.297.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

PHILLIP BERRY
PO BOX 1551
LOVINGTON NM 88260

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$6.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                        Case number *(if known)* **19-70106**

| 3.298. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PHILLIP PATRICK BARBUTTI
607 S WASHINGTON ST
SAN ANGELO TX 76901

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.60

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.299. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PHILLIP TRAVIS THOMAS
PO BOX 10753
RIVER OAKS TX 76114

☐ Contingent
☐ Unliquidated
☐ Disputed

$19.45

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.300. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PINE CONE PROPERTIES LLC
420 SOUTH MARION PARKWAY, #901
DENVER CO 80209

☐ Contingent
☐ Unliquidated
☐ Disputed

$20.86

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor      **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 3.301. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PROVIDENCE MINERALS LLC
16400 N DALLAS PKWY STE 400
DALLAS TX 75248

☐ Contingent
☐ Unliquidated
☐ Disputed

$28.18

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.302. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

QUETICO SUPERIOR FOUNDATION
50 S 6TH STE 1500
MINNEAPOLIS MN 55402-1498

☐ Contingent
☐ Unliquidated
☐ Disputed

$76.08

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.303. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

R F NELSON JR TRUST
C/O MARJORIE RIETTINI TRUSTEE
110 RIDGE ROAD
KERRVILLE TX 78028

☐ Contingent
☐ Unliquidated
☐ Disputed

$4.29

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| 3.304. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

R R HINKLE COMPANY, INC
PO BOX 2292
ROSWELL NM 88202-2292

☐ Contingent
☐ Unliquidated
☐ Disputed

$47.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.305. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RACHEL SUSAN GRYNBERG TRUST
C/O ANTON COLLINS MITCHELL LLP
303 3 17TH AVE STE 600
DENVER CO 80203

☐ Contingent
☐ Unliquidated
☐ Disputed

$20.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.306. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RACHEL SUSAN GRYNBERG TRUST
C/O ANTON COLLINS MITCHELL LLP
303 3 17TH AVE STE 600
DENVER CO 80203

☐ Contingent
☐ Unliquidated
☐ Disputed

$18.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Remnant Oil Company, LLC**                                                      Case number *(if known)* **19-70106**

**3.307.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

RAM FOUNDATION
C/O GUARANTY BANK & TRUST
2801 RICHMOND ROAD #30
TEXARKANA TX 75503-2123

☐ Contingent
☐ Unliquidated
☐ Disputed

$3.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.308.** **Nonpriority creditor's name and mailing address**

RANDY V WATTS
PO BOX 2367
ROSWELL NM 88202-2367

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$17.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.309.** **Nonpriority creditor's name and mailing address**

RAYMOND L TODD
1107 SHAWNEE TRAIL
CARROLLTON TX 75007-6235

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

| 3.310. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RAYMOND L TODD
1107 SHAWNEE TRAIL
CARROLLTON TX 75007-6235

☐ Contingent
☐ Unliquidated
☐ Disputed

$3.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.311. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REBECCA MAY GIRON
2805 WOOD COURT NE
ALBUQUERQUE NM 87112

☐ Contingent
☐ Unliquidated
☐ Disputed

$25.14

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.312. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REMNANT MIDSTREAM PIPELINE COMPANY LLC
C/O E. WILL GRAY II
6 DESTA DRIVE
STE 5100
MIDLAND TX 79705

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Basis for the claim:**

AGREED FINAL JUDGMENT, CASE NO.
2018-48487

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

| 3.313. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REMNANT OIL OPERATING COMPANY, LLC
ATTN E. WILL GRAY II CEO
6 DESTA DRIVE
STE 5100
MIDLAND TX 79705

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

AGREED FINAL JUDGMENT, CASE NO. 2018-48487

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.314. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REMNANT OILFIELD SERVICES LLC
C/O E. WILL GRAY II
6 DESTA DRIVE
STE 5100
MIDLAND TX 79705

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

AGREED FINAL JUDGMENT, CASE NO. 2018-48487

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.315. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

REMNANT RENEWABLE RESOURCES LLC
C/O E. WILL GRAY II
6 DESTA DRIVE
STE 5100
MIDLAND TX 79705

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

AGREED FINAL JUDGMENT, CASE NO. 2018-48487

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**3.316.** **Nonpriority creditor's name and mailing address**

RICHARD L VANDENBERGH
8 POLO CLUB DR
DENVER CO 80209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$506.10

---

**3.317.** **Nonpriority creditor's name and mailing address**

RICHARD L VANDENBERGH
8 POLO CLUB DR
DENVER CO 80209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$133.19

---

**3.318.** **Nonpriority creditor's name and mailing address**

RICHARD LEFTWICH SLAUGHTER
139 RICKSBURG ROAD
FREDERICKSBURG TX 78624

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$27.47

---

Debtor **Remnant Oil Company, LLC**                                  Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 3.319. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

RJP ROYALTY TRUST
U/A/D JUNE 06 2007 HOLLEY
PHELPS MCGEHEE TTEE
395 GRANDVIEW ST
MEMPHIS TN 38111

$33.07

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.320. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

ROBERT J RODRICK
3521 HEATH LANE
MESQUITE TX 75150

$48.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ROYALTY - SUSPENSE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.321. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

ROBERT L MORRIS
6023 SHELTER BAY AVE
MILL VALLEY CA 94941

$45.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Remnant Oil Company, LLC**                                   Case number *(if known)* **19-70106**

---

**3.322.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

ROBERT OWEN
C/O FARMERS NATIONAL CO, AGENT
2282 HWY 15
RAYVILLE LA 71269

☐ Contingent
☐ Unliquidated
☐ Disputed

$48.14

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.323.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

ROBERT R BARRY TRST
ROBERT R & JOANN BARRY CO-TSTE
2675 ALDERSGATE ROAD
JACKSONVILLE FL 32226-2120

☐ Contingent
☐ Unliquidated
☐ Disputed

$312.65

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.324.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

ROBERT R BARRY TRST
ROBERT R & JOANN BARRY CO-TSTE
2675 ALDERSGATE ROAD
JACKSONVILLE FL 32226-2120

☐ Contingent
☐ Unliquidated
☐ Disputed

$6.09

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                            Case number *(if known)* **19-70106**

---

**3.325.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

RONALD C AGEL
49 COMMONWEALTH AVE
BOSTON MA 02116

☐ Contingent
☐ Unliquidated
☐ Disputed

$66.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.326.** **Nonpriority creditor's name and mailing address**

ROY G BARTON SR & OPAL BARTON
1919 N TURNER
HOBBS NM 88240-2712

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$66.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.327.** **Nonpriority creditor's name and mailing address**

ROY M COLLINS
5124 ELKRIDGE DR
DALLAS TX 75227

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$0.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| 3.328. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.328.

**Nonpriority creditor's name and mailing address**

RS RESOURCES LIMITED
4512 CARDINAL LN
MIDLAND TX 79707

**Date or dates debt was incurred**

5/23/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

GUARANTEE OF TERM NOTE AND LINE OF CREDIT WITH FIRSTCAPITAL BANK OF TEXAS, N.A

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

---

3.329.

**Nonpriority creditor's name and mailing address**

RS RESOURCES LIMITED
4512 CARDINAL LN
MIDLAND TX 79707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

EXPENSE REIMBURSEMENTS

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$20,510.65

---

3.330.

**Nonpriority creditor's name and mailing address**

RS RESOURCES LIMITED
4512 CARDINAL LN
MIDLAND TX 79707

**Date or dates debt was incurred**

1/1/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

NOTE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$444,457.81

---

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**3.331.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RS RESOURCES LIMITED
4512 CARDINAL LN
MIDLAND TX 79707

☐ Contingent
☐ Unliquidated
☐ Disputed

$425,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.332.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RUBY KRALOWETZ
368 S 1ST ST
GLOBE AZ 85501-1802

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,190.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.333.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RUBY KRALOWETZ
368 S 1ST ST
GLOBE AZ 85501-1802

☐ Contingent
☐ Unliquidated
☐ Disputed

$738.19

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Remnant Oil Company, LLC**                    Case number *(if known)* **19-70106**

---

| 3.334. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.334.   **Nonpriority creditor's name and mailing address**

RUTH SHOCKLEY
801 SE 5TH ST
WAGONER OK 74467

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.335.   **Nonpriority creditor's name and mailing address**

SALESMANSHIP CLUB OF DALLAS
ATTN PATTY PICKARD
106 E 10TH ST STE 200
DALLAS TX 75203

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9.08

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.336.   **Nonpriority creditor's name and mailing address**

SALESMANSHIP CLUB OF DALLAS
ATTN PATTY PICKARD
106 E 10TH ST STE 200
DALLAS TX 75203

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**3.337.** **Nonpriority creditor's name and mailing address**

SALLY A ELLIS
771 CRESCENT DRIVE
BOULDER CO 80303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $7.58 |

---

**3.338.** **Nonpriority creditor's name and mailing address**

SALLY ANNE SLAUGHTER TRUST
C/O DON SCOTT SLAUGHTER AND
LAURA NELSON SLAUGHTER CO-TSTE
205 MCCONNELL DRIVE
AUSTIN TX 78746

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $3.39 |

---

**3.339.** **Nonpriority creditor's name and mailing address**

SALLY T STOCKTON
SHELBY STOCKTON LAMM & BRYON LAMM POA
830 MILL LAKE ROAD
FORT WAYNE IN 46845

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $45.12 |

---

Debtor    **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

---

**3.340.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

SANFORD & SHIRLEY STARMAN 1991 REV TRUST
SANFORD STARMAN SOLE TRUSTEE
PO BOX 3606
THOUSAND OAKS CA 91359-0606

☐ Contingent
☐ Unliquidated
☐ Disputed

$3.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.341.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

SARAH A THOMPSON LRT
SARAH & BARRY THOMPSON CO TTE
3100 S JUNIPER PL
BROKEN ARROW OK 74012

☐ Contingent
☐ Unliquidated
☐ Disputed

$5.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.342.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

SARAH A THOMPSON LRT
SARAH & BARRY THOMPSON CO TTE
3100 S JUNIPER PL
BROKEN ARROW OK 74012

☐ Contingent
☐ Unliquidated
☐ Disputed

$2.01

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 3.343. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SARATOGA ROYALTY LP
PO BOX 141356
DALLAS TX 75214

☐ Contingent
☐ Unliquidated
☐ Disputed

$8.38

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.344. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SCHARBAUER ALSTON WARD
PO BOX 64
NOGAL NM 88341

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.93

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.345. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SCOFIELD MEMORIAL CHURCH
ATTN JIM CASSIDY
7730 ABRAMS ROAD
DALLAS TX 75238

☐ Contingent
☐ Unliquidated
☐ Disputed

$4.49

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Remnant Oil Company, LLC**

Case number *(if known)* **19-70106**

**3.346.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SCOFIELD MEMORIAL CHURCH
ATTN JIM CASSIDY
7730 ABRAMS ROAD
DALLAS TX 75238

☐ Contingent
☐ Unliquidated
☐ Disputed

$1.51

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.347.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SCOTT R PRATT 2000 TRUST
SCOTT R PRATT TTEE
6272 ELLA LEE LN
HOUSTON TX 77057-4404

☐ Contingent
☐ Unliquidated
☐ Disputed

$242.96

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.348.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SHIRLEY LEE JENSEN
PO BOX 209
SHARPES FL 32959-0209

☐ Contingent
☐ Unliquidated
☐ Disputed

$53.85

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**3.349.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SHORT 2008 TRUST DTD 12/8/08
WILLIAM H SHORT III &
PATRICIA D SHORT TTEES
3767 PRAIRIE DUNES DRIVE
SARASOTA FL 34238

☐ Contingent
☐ Unliquidated
☐ Disputed

$90.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.350.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SKV LLC
WELLS FARGO BANK NA
201 MAIN STREET
SUITE 400
FT WORTH TX 76102

☐ Contingent
☐ Unliquidated
☐ Disputed

$17.48

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.351.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SLAUGHTER INVESTMENT CORP
7700 SUN ISLAND DR SOUTH #805
SOUTH PASADENA FL 33707

☐ Contingent
☐ Unliquidated
☐ Disputed

$82.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 134 of 160

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**3.352.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SMT TRUST
SUSAN MOORE TAYLOR TTE
PO BOX 12166
DALLAS TX 75225

$14.97

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.353.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SMT TRUST
SUSAN MOORE TAYLOR TTE
PO BOX 12166
DALLAS TX 75225

$5.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.354.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

SOUTHWESTERN MEDICAL FNDTN
C/O BANK OF AMERICA NA
PO BOX 840738
DALLAS TX 75284-0738

$3.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

---

**3.355.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SOUTHWESTERN MEDICAL FNDTN
C/O BANK OF AMERICA NA
PO BOX 840738
DALLAS TX 75284-0738

☐ Contingent
☐ Unliquidated
☐ Disputed

$1.02

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.356.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SP JOHNSON III & BARBARA JO
JOHNSON TR DTD 1/24/85
C/O WELLS FARGO BANK AGENT
PO BOX 41779
AUSTIN TX 78704

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.30

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.357.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SPIRO VASSILOPOULOS
909 RIO VISTA CR SW
ALBUQUERQUE NM 87105-3323

☐ Contingent
☐ Unliquidated
☐ Disputed

$86.44

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**3.358.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STANLEY W CROSBY III
PO BOX 2346
ROSWELL NM 88202

☐ Contingent
☐ Unliquidated
☐ Disputed

$82.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.359.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STANMORE MINERALS LTD
PO BOX 55329
HOUSTON TX 77255-5329

☐ Contingent
☐ Unliquidated
☐ Disputed

$21.05

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.360.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

STATE OF NEW MEXICO
OIL CONSERVATION DISTRICT
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VARIOUS PENDING ENVIRONMENTAL ACTIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

| 3.361. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STATE OF NEW MEXICO, ENERGY, MINERALS
AND NATURAL RESOURCES DEPARTMENT
1220 S SAINT FRANCIS DR
SANTA FE NM 87505

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VARIOUS PENDING ENVIRONMENTAL
ACTIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.362. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STEPHEN MARK GRYNBERG TRUST
C/O ANTON COLLINS MITCHELL LLP
303 3 17TH AVE STE 600
DENVER CO 80203

☐ Contingent
☐ Unliquidated
☐ Disputed

$20.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.363. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STEPHEN MARK GRYNBERG TRUST
C/O ANTON COLLINS MITCHELL LLP
303 3 17TH AVE STE 600
DENVER CO 80203

☐ Contingent
☐ Unliquidated
☐ Disputed

$18.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **Remnant Oil Company, LLC**                                       Case number *(if known)* **19-70106**

---

**3.364.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| STEVEN CARL ENGWALL
2707 DUVAL DRIVE
DALLAS TX 75211-2763 | ☐ Contingent
☐ Unliquidated
☐ Disputed | $78.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.365.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| STEVEN W CHANEY
PO BOX 590809
SAN FRANCISCO CA 94159-0809 | ☐ Contingent
☐ Unliquidated
☐ Disputed | $82.20

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.366.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| STUART NELSON TRUST
C/O MARJORIE RIETTINI TRST
110 RIDGE ROAD
KERRVILLE TX 78028 | ☐ Contingent
☐ Unliquidated
☐ Disputed | $4.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**3.367.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SUCCESSORS OF CJ &
QUILLA DEXTER

☐ Contingent
☐ Unliquidated
☐ Disputed

$11.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.368.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SUCCESSORS OF HARRY H WALKER &
IDA BELLE WALKER

☐ Contingent
☐ Unliquidated
☐ Disputed

$52.62

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.369.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

SUCCESSORS OF JW & WILLIE
BERRY

☐ Contingent
☐ Unliquidated
☐ Disputed

$11.85

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 140 of 160

Debtor **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| **3.370.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

SUE ANN HAWLEY
7008 NE 56TH ST
VANCOURVER WA 98661

$0.76

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.371.** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

SUE BROWN
1808 W BOOKER AVE
ARTESIA NM 88210-2576

$0.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.372.** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

SUMMERFIELD G ROBERTS
FOUNDATION BANK OF AMERICA NA
DD JACKSON CO TTEES
PO BOX 840738
DALLAS TX 75284-0738

$2.07

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Remnant Oil Company, LLC**                                Case number *(if known)* **19-70106**

| 3.373. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.373.**

**Nonpriority creditor's name and mailing address**

SUSAN ELIZABETH SHERRILL MCCRACKEN
1325 CANTERBURY
HOBBS NM 88242

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$6.02

---

**3.374.**

**Nonpriority creditor's name and mailing address**

SUSAN NANETTE WINBORNE
2200 N SUMNER
PAMPA TX 79065

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$53.85

---

**3.375.**

**Nonpriority creditor's name and mailing address**

SUZANNE CONRAD
88 FITCH RD
LANCASTER MA 01523

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$78.31

---

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**3.376.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

TAMMY JO RICHARDSON
609 N GRAY
PAMPA TX 79065

☐ Contingent
☐ Unliquidated
☐ Disputed

$53.85

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.377.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

TDADS FAO GARON D CAGLE
SR C/O ROSEMARY FOSTER
800 WEST AVE # 11
WELLINGTON TX 79095

☐ Contingent
☐ Unliquidated
☐ Disputed

$11.81

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.378.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

TECKLA OIL CO LLC
PO BOX 3066
OCALA FL 34478-3066

☐ Contingent
☐ Unliquidated
☐ Disputed

$85.80

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                   Case number *(if known)* **19-70106**

3.379.  **Nonpriority creditor's name and mailing address**

TERESA ANN BLANCHARD BOYLE
12625 IRIS WAY
EAGLE RIVER AK 99577-7686

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $370.40 |

3.380.  **Nonpriority creditor's name and mailing address**

TERESA ANN BLANCHARD BOYLE
12625 IRIS WAY
EAGLE RIVER AK 99577-7686

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $184.55 |

3.381.  **Nonpriority creditor's name and mailing address**

TEX ZIA PROP LTD
PO BOX 261427
PLANO TX 75026-1427

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $14.50 |

Debtor     **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

---

3.382. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

THE ALLAR COMPANY
PO BOX 1567
GRAHAM TX 76450

☐ Contingent
☐ Unliquidated
☐ Disputed

$47.95

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.383. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

THE FREDERICK WILLIAM HERMS
REVOCABLE TRUST
17 PARADISE AVENUE
SAN FRANCISCO CA 94131

☐ Contingent
☐ Unliquidated
☐ Disputed

$370.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.384. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

THE SUMMERLEE FOUNDATION
5556 CARUTH HAVEN LANE
DALLAS TX 75225

☐ Contingent
☐ Unliquidated
☐ Disputed

$18.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**3.385.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

THERESA A KUBITSCHEK
ANTON E KIBITSCHEK TTEE
2525 MIDWAY DR
SANTA ROSA CA 95405

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$363.53

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.386.**   **Nonpriority creditor's name and mailing address**

THOMAS E TODD &
MARGARET SHERRILL
4920 N CARRIAGE RD
HOBBS NM 88240

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$2.28

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.387.**   **Nonpriority creditor's name and mailing address**

THOMAS E TODD &
MARGARET SHERRILL
4920 N CARRIAGE RD
HOBBS NM 88240

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$0.05

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

**3.388.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| | | $14.97
| TMM TRUST | ☐ Contingent |
| THOMAS M MOORE TTEE | |
| PO BOX 25449 | ☐ Unliquidated |
| DALLAS TX 75225 | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.389.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| | | $5.10
| TMM TRUST | ☐ Contingent |
| THOMAS M MOORE TTEE | |
| PO BOX 25449 | ☐ Unliquidated |
| DALLAS TX 75225 | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ROYALTY - SUSPENSE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.390.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| | | $48.79
| TOLES COM LTD LLC | ☐ Contingent |
| PO BOX 1300 | |
| ROSWELL NM 88202-1300 | ☐ Unliquidated |
| | ☐ Disputed |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ROYALTY - SUSPENSE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

---

**3.391.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TOMMY T TODD
8815 EUSTIS AVE
DALLAS TX 75218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$9.59

---

**3.392.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TOMMY T TODD
8815 EUSTIS AVE
DALLAS TX 75218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3.28

---

**3.393.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

TRES RIOS MINERALS LLC
PO BOX 3098
MIDLAND TX 79702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$81.46

---

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 3.394. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.394. | **Nonpriority creditor's name and mailing address**

TRUST A THE ATCHINSON FAMILY
REVOC TRUST PAMELA WALKER TRUSTEE
PO BOX 9154
MANDEVILLE LA 70471

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7.75

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.395. | **Nonpriority creditor's name and mailing address**

UNITED STATES OF AMERICA
OFFICE OF NATURAL RESOURCES
REVENUE (ONRR)
PO BOX 25627
DENVER CO 80225-0627

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

VARIOUS PENDING ENVIRONMENTAL
ACTIONS

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.396. | **Nonpriority creditor's name and mailing address**

UNIVERSITY OF TEXAS SYSTEM BOR
BOARD OF REGENTS
PO BOX 553
MIDLAND TX 79702-0553

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,015.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 3.397. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNKNOWN OWNER

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,233.15

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.398. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNKNOWN OWNER

☐ Contingent
☐ Unliquidated
☐ Disputed

$176.52

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.399. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

V ROSS BROWN
777 E 15TH STREET APT 255
EDMOND OK 73013-5014

☐ Contingent
☐ Unliquidated
☐ Disputed

$28.83

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| 3.400. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VEDANTA SOCIETY OF BERKELEY
2455 BOWDITCH ST
BERKELEY CA 94704

☐ Contingent
☐ Unliquidated
☐ Disputed

$48.67

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.401. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VERGIL WESLEY HOPP
PO BOX 1641
ARLINGTON TX 76004-1641

☐ Contingent
☐ Unliquidated
☐ Disputed

$90.67

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.402. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

W BURT NELSON TRUST
C/O MARJORIE RIETTINI TRST
110 RIDGE ROAD
KERRVILLE TX 78028

☐ Contingent
☐ Unliquidated
☐ Disputed

$4.29

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **Remnant Oil Company, LLC**                                              Case number *(if known)* **19-70106**

| 3.403. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.403.  **Nonpriority creditor's name and mailing address**

WADI PETROLEUM INC
4355 SYLANFIELD DRIVE SUITE 200
HOUSTON TX 77014

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$39.62

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.404.  **Nonpriority creditor's name and mailing address**

WESTERN AMERICAN EXPLOR CO
1001 MCKINNEY #1445
HOUSTON TX 77002

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$844.93

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.405.  **Nonpriority creditor's name and mailing address**

WILLIAM CRAIN
ADDRESS UNKNOWN

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$43.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **Remnant Oil Company, LLC**                                Case number *(if known)* **19-70106**

---

3.406. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

3.406. **Nonpriority creditor's name and mailing address**

WILLIAM ECHOLS
11013 VIEJO LN
FORT WORTH TX 76244-4867

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$61.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.407. **Nonpriority creditor's name and mailing address**

WILLIAM K WARREN FOUNDATION
PO BOX 470372
TULSA OK 74147-0372

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$17.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.408. **Nonpriority creditor's name and mailing address**

WILLIAM KIETZMAN
7 HILLDALE LN
SANDS POINT NY 11050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$32.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor  **Remnant Oil Company, LLC**                    Case number *(if known)* **19-70106**

| | |
|---|---|
| 3.409. | **Nonpriority creditor's name and mailing address** |

WILLIE MAE COLLINS EST
JOAN RUTHART EXTRX
2484 GRAHAM
PARIS TX 75460

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$0.11

---

3.410.  **Nonpriority creditor's name and mailing address**

WILMA LORENE RICHARDSON
705 DEANE DRIVE
PAMPA TX 79065

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - CAPROCK SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$53.85

---

3.411.  **Nonpriority creditor's name and mailing address**

WINFORD & GWENDOLYN BAKER TR
DTD OCTOBER 6 1995
121 CUEVA LANE
SAN ANTONIO TX 78232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$73.04

---

Debtor    **Remnant Oil Company, LLC**                                     Case number *(if known)* **19-70106**

---

**3.412.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.412.** **Nonpriority creditor's name and mailing address**

WRIGHT FAMILY LIVING TRUST
KIM M NEARBURG TRUSTEE
710 DRAGON
LAKEWAY TX 78734

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$33.26

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.413.** **Nonpriority creditor's name and mailing address**

WS OIL AND GAS LIMITED
P.O. BOX 5375
MIDLAND TX 79704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

1/31/2017

**Last 4 digits of account number:**

**Basis for the claim:**

3-2-1- PARTNERS LTD GUARANTEE
AGREEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.414.** **Nonpriority creditor's name and mailing address**

WS OIL AND GAS LIMITED
P.O. BOX 5375
MIDLAND TX 79704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

AGREED FINAL JUDGMENT, CASE NO.
2018-48487

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor      **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

**3.415.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

WS OIL AND GAS LIMITED
P.O. BOX 5375
MIDLAND TX 79704

$21,300.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

CONSULTING FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.416.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

WS OIL AND GAS LIMITED
P.O. BOX 5375
MIDLAND TX 79704

$353,449.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

1/1/2019

**Basis for the claim:**

PROMISSORY NOTE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.417.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

YATES MCMINN DRILLING VENTURE
PO BOX 2323
ROSWELL NM 88202-2323

$22.39

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

---

| 3.418. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

YATES US INC
PO BOX 2323
ROSWELL NM 88202-2323

☐ Contingent
☐ Unliquidated
☐ Disputed

$26.37

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.419. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZACHARY NELSON SLAUGHTER TRUST
C/O DON SCOTT SLAUGHTER AND
LAURA NELSON SLAUGHTER CO-TSTE
205 MCCONNELL DRIVE
AUSTIN TX 78746

☐ Contingent
☐ Unliquidated
☐ Disputed

$3.39

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.420. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZELDA D WIRTSCHAFTER
PO BOX 2244
SAG HARBOR NY 11963

☐ Contingent
☐ Unliquidated
☐ Disputed

$30.87

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ROYALTY - SUSPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            Page 157 of 160

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 3.421. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ZORRO PARTNERS, LTD
616 TEXAS ST
FORT WORTH TX 76102

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ROYALTY - SUSPENSE

**Is the claim subject to offset?**

☑ No

☐ Yes

$20.66

Debtor    **Remnant Oil Company, LLC**                                        Case number *(if known)* **19-70106**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| MCCREARY VESELKA BRAGG & ALLEN PC<br>TARA LEDAY<br>P O BOX 1269<br>ROUND ROCK TX 78680 | Part 1 line 2.16 | _____ |

Debtor    **Remnant Oil Company, LLC**                                              Case number *(if known)* **19-70106**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | $19,480.21 |
| **5b.** | **Total claims from Part 2** | 5b.  **+** | $8,921,334.14 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $8,940,814.35 |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Remnant Oil Company, LLC |
| **United States Bankruptcy Court for the:** Western District of Texas |
| **Case number (if known):** 19-70106 |

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1. | **Title of contract** | HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993 | 3-D EXPLORATION PARTNERS, II P. O. BOX 833 MIDLAND TX 79702 |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - ALL SECTION 12-TL3S-R27E: ALL SECTION 7-TL3S-R28E; KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4 SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4 SECTION 17 ALL LOCATED IN TL3S-R28E | |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE. | |
| | **List the contract number of any government contract** | _____ | |

Debtor **Remnant Oil Company, LLC**                           Case number *(if known)* **19-70106**

| | | | |
|---|---|---|---|
| 2.2. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1987 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4NE14, SEC 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH·, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SEC. 12: E1/2, SEC. 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | A L MAGNUM |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | | |
| | | | |
| 2.3. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED OCTOBER 5, 1983 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - NE1/4 SECTION 13, TOWNSHIP 9 SOUTH, RANGE 25 EAST | A L MAGNUM JR |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | | |

Debtor    **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| | | | |
|---|---|---|---|
| 2.4. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SECTION 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4, NE1/4; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC 30: W1/2, SEC 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST SEC 6: ALL, SEC 7: LOTS 3, 4 E1/2, E1/2SW1/4 | A. L. MANGUM |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |
| 2.5. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SEC. 12: E1/2, SEC. 13: N1/4NEJ1/4, TOWNSHIP .10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC 7: LOTS 3 , 4 , E1/2, , E1/2SW1/4 | A. L. MANGUM |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Remnant Oil Company, LLC**                                   Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.6. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| **State what the contract or lease is for** | CHAVES COUNTY,NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SECTION 30: W1/2, SECTION 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NW1/4SW1/4, SE1/4, SECTION 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 |

A. L. MANGUM

| | |
|---|---|
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| **List the contract number of any government contract** | _____ |

| | | |
|---|---|---|
| 2.7. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4 |

A. L. MANGUM, JR,
4504 8TH STREET
LUBBOCK TX 79416

| | |
|---|---|
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN·FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION |
| **List the contract number of any government contract** | _____ |

| | | |
|---|---|---|
| 2.8. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED JULY 20, 1981 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | |
|---|---|
| **State what the contract or lease is for** | CHAVES COUNTY, NM - E/2 SECTION 7: LOTS L, 2, 3, 4:_, E/2W/2, SECTION 18, TOWNSHIP 9 SOUTH, RANGE 26 EAST |

A. L. MANGUM, JR.

| | |
|---|---|
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| **List the contract number of any government contract** | _____ |

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.9. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|------|-----------------------|-------------------------------------------------------------------|

2.9.

**Title of contract** — MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989

**State what the contract or lease is for** — CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

A. L. MANGUM, JR.
4504 8TH STREET
LUBBOCK TX 79416

---

2.10.

**Title of contract** — MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED 14, 1984

**State what the contract or lease is for** — CHAVES COUNTY, NM - SECTION 26: NE1/4, TOWNSHIP 9 SOUTH, RANGE 25 EAST, NMPM

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

A. L. MANGUM, JR.

---

2.11.

**Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — STEWART LUMBER CO. AND A.E. & LOIS BEAVERS - LEASE/WELL NAME - BEAVERS, BEAVERS FEE 1

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

A.E. & LOIS BEAVERS

Debtor   **Remnant Oil Company, LLC**                                   Case number *(if known)* **19-70106**

| | | | |
|---|---|---|---|
| 2.12. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM | A.L. MANGUM, JR. |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.13. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 13, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 7 SOUTH, RANGE 25 EAST, NMPM, SECTION 30, SW 1/4 (YATES PETRO ENTITIES) | ABO PETROLEUM CORPORATION |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN A.RTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN FORCE SO LONG AS ANY SUCH WELL .OR WELLS PRODUCE, OR ARE CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.14. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4 | ABO PETROLEUM CORPORATION 207 SOUTH FOURTH STREET ARTESIA NM 88210 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

| 2.15. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 1, 1982 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - ALL SECTION 13, E1/2 SECTION 14, ALL SECTION 23, N1/2, N1/2S1/2, S1/2 SW1/4, SW1/4 SE\1/4 SECTION 24, TOWNSHIP 10 SOUTH, RANGE 25 EAST, N.M.P.M. | ABO PETROLEUM CORPORATION |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.16. | **Title of contract** | MARALO INC OPERATING AGREEMENT DATED OCTOBER 13, 1983 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - SECTION 16, T6S, R26E | ABO PETROLEUM CORPORATION 207 S. FOURTH STREET ARTESIA NM 88210 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE | |
| | **List the contract number of any government contract** | _____ | |

| 2.17. | **Title of contract** | MANZANO OIL CORPORATION OPERATING AGREEMENT (NOT DATED) EFFECTIVE JULY 31, 1990 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - TOWNSHIP 10 SOUTH. RANGE 32 EAST, NMPM, SECTION 35: NE/4 | ABO PETROLEUM CORPORATION 105 S FOURTH STREET ARTESIA NM 88210 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.18. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 1, 1982 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - ALL SECTION 13, E1/2 SECTION 14, ALL SECTION 23, N1/2, N1/2S1/2, S1/2SW1/4SECTION 24, TOWNSHIP 10 SOUTH, RANGE 25 EAST, N.M.P.M. | ABO PETROLEUM CORPORATION 207 S FOURTH ST ARTESIA NM 88210 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.19. | **Title of contract** | YATES PETROLEUM CORPORATION OPERATING AGREEMENT DATED MARCH 17, 2005 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 33 EAST, NMPM, SECTION 36: S2, TOWNSHIP 10 SOUTH, RANGE 33 EAST, NMPM, SECTION 1: ALL | ABO PETROLEUM CORPORATION |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.20. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 1, 1982 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - ALL SECTION 13, E1/2 SECTION 14, ALL SECTION 23, N1/2, N1/2S1/2, S1/2SW1/4, SW1/4SE1/4 SECTION 24, TOWNSHIP 10 SOUTH, RANGE 25 EAST, N.M.P.M. | ABO PETROLEUM CORPORATION 207 SOUTH FOURTH STREET ARTESIA NM 88210 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.21. | Title of contract | CONCHO OIL & GAS CORP. DATED JANUARY 4, 2002 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 32 EAST, N.M.P.M. SECTION 26: EAST HALF (E/2) | ABO PETROLEUM CORPORATION |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | | |

| 2.22. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-029424 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #051, NORTH SQUARE LAKE UNIT #052 | ADA NYE ETZ |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NMLC-029424 | |

| 2.23. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-029424 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #069, NORTH SQUARE LAKE UNIT #070, NORTH SQUARE LAKE UNIT #071 | ADA NYE ETZ |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NMLC-029424 | |

| 2.24. | Title of contract | BEARD OIL COMPANY OPERATING AGREEMENT DATED JUNE 23, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - N/2 SECTION 23., TOWNSHIP 9 SOUTH., RANGE 25 EAST | ALLEN OIL COMPANY |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA OR 120 - DAYS AFTER ABANDONMENT OF WELL | |
| | List the contract number of any government contract | | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.25.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | CHAVES COUNTY, NM - LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM

ALLEN OIL COMPANY

**Nature of debtor's interest** | CONTRACT PARTY

**State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract** | _____

**2.26.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED 14, 1984 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | CHAVES COUNTY, NM - SECTION 26: NE1/4, TOWNSHIP 9 SOUTH, RANGE 25 EAST, NMPM

ALLEN OIL COMPANY

**Nature of debtor's interest** | CONTRACT PARTY

**State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract** | _____

**2.27.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4

ALLEN OIL COMPANY, INC.
P.O. BOX 1538
ROSWELL NM 88202

**Nature of debtor's interest** | CONTRACT PARTY

**State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract** | _____

Debtor    **Remnant Oil Company, LLC**                                        Case number *(if known)* **19-70106**

| 2.28. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4 | ALLEN OIL COMPANY, INC. P. O. BOX 1538 ROSWELL NM 88202 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | | |

| 2.29. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-98865 SEGREGATED OUT OF NM-1535A - LEASE/WELL NAME DALPORT FEDERAL 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ALVER C DUNCAN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA-NM-17432 | |

| 2.30. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-98865 SEGREGATED OUT OF NM-1535A - LEASE/WELL NAME DALPORT FEDERAL 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ALVER C DUNCAN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-98865 SEGREGATED OUT OF NM-1535A | |

| 2.31. | **Title of contract** | DRICKEY QUEEN OPERATING AGREEMENT AND AMENDED OPERATING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - RECORDED 9/25/1959, DRICKEY QUEEN SAND UNIT, CAPROCK | AMBASSADOR OIL CORPORATION |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | 30 - DAYS WRITTEN NOTICE | |
| | **List the contract number of any government contract** | | |

| 2.32. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-072006 - LEASE/WELL NAME - DQSU 0024N | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AMERICAN REPUBLIC CORP |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NMLC-072006 | |

Debtor    **Remnant Oil Company, LLC**

Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.33. | **Title of contract** | OIL & GAS LEASE |
| | **State what the contract or lease is for** | USA NM-35611, SEGREGATED OUT OF NM-153475 - LEASE/WELL NAME DALPORT ARCO FED COM 1 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | USA NM-349837 SEGREGATGED OUT OF NM-153475 |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

AMERICAN REPUBLIC CORP.

| | | |
|---|---|---|
| 2.34. | **Title of contract** | OIL & GAS LEASE |
| | **State what the contract or lease is for** | USA NM-35611, SEGREGATED OUT OF NM-153475 - LEASE/WELL NAME DALPORT ARCO FED COM 1 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | USA NM-35611 |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

AMERICAN REPUBLIC CORP.

| | | |
|---|---|---|
| 2.35. | **Title of contract** | ANADARKO PETROLEUM CORPORATION OPERATING AGREEMENT DATED NOVEMBER 15, 1990 |
| | **State what the contract or lease is for** | CHAVEZ COUNTY, NM - APACHE ·FEDERAL COMM NO. 1 - E/ 2 SECTION 30, TOWNSHIP 13 SOUTH 1, RANGE 31 EAST. N.M.P.M. |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

ANADARKO PETROLEUM CORPORATION
400 W. ILLINOIS
P. O. BOX 2497
MIDLAND TX 79702

| | | |
|---|---|---|
| 2.36. | **Title of contract** | ANADARKO PETROLEUM CORPORATION OPERATING AGREEMENT DATED AUGUST 21, 1991 |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - DALPORT FEDERAL #1 - W/2 SECTION 20, TOWNSHIP 13 SOUTH, RANAE 31 EAST N.M.P.M. |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| | **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

ANADARKO PETROLEUM CORPORATION
400 W. ILLINOIS
P. O. BOX 2497
MIDLAND TX 79702

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.37.** | **Title of contract** | AMERIND, OIL CO. OPERATING AGREEMENT DATED MAY 1, 1983 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | LEA COUNTY, NM - SW4 SECTION 21, TOWNSHIP 16 SOUTH, RANGE 37 EAST NMPM |

ANDREW A. ANDROS
8550 KATY FREEWAY,
SUITE 216
HOUSTON TX 77024

| **Nature of debtor's interest** | CONTRACT PARTY |

| **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION |

| **List the contract number of any government contract** | _____ |

**2.38.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | USA NM-34649 - LEASE/WELL NAME - DANA FED 2, DANA FED 3, DANA FED 4, DANA FED 5 |

| **Nature of debtor's interest** | CONTRACT PARTY | ART DANA

| **State the term remaining** | |

| **List the contract number of any government contract** | USA NM-34649 |

**2.39.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | USA NM-34649 - LEASE/WELL NAME - DANA FED 2, DANA FED 3, DANA FED 4, DANA FED 5 |

| **Nature of debtor's interest** | CONTRACT PARTY | ART DANA

| **State the term remaining** | |

| **List the contract number of any government contract** | USA NM-35925 |

**2.40.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | USA NM -34649 - LEASE/WELL NAME - SU FED 1 |

| **Nature of debtor's interest** | CONTRACT PARTY | ART DANA

| **State the term remaining** | |

| **List the contract number of any government contract** | USA NM-34649 |

**2.41.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | USA NM -35925 - LEASE/WELL NAME - SU FED 1 |

| **Nature of debtor's interest** | CONTRACT PARTY | ART DANA

| **State the term remaining** | |

| **List the contract number of any government contract** | USA NM-35925 |

Debtor    **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

---

2.42.  **Title of contract**                    OIL & GAS LEASE                          State the name and mailing address
                                                                                         for all other parties with whom the
       **State what the contract or**            USA NM-8431 - LEASE/WELL NAMES - TYRELL FED COM 1,    debtor has an executory contract or
       **lease is for**                          TYRELL FED COM 2, TYRELL 13 FED COM 4   unexpired lease

       **Nature of debtor's interest**           CONTRACT PARTY                          ARTHUR E MEINHART

       **State the term remaining**              _____

       **List the contract number of**           USA NM-8431
       **any government contract**

2.43.  **Title of contract**                    OIL & GAS LEASE                          State the name and mailing address
                                                                                         for all other parties with whom the
       **State what the contract or**            USA NM-17039 - LEASE/WELL NAMES - TYRELL FED COM    debtor has an executory contract or
       **lease is for**                          1, TYRELL FED COM 2, TYRELL 13 FED COM 4   unexpired lease

       **Nature of debtor's interest**           CONTRACT PARTY                          ARTHUR E MEINHART

       **State the term remaining**              _____

       **List the contract number of**           USA NM-17039
       **any government contract**

2.44.  **Title of contract**                    OIL & GAS LEASE                          State the name and mailing address
                                                                                         for all other parties with whom the
       **State what the contract or**            USA NM-17204 - LEASE/WELL NAMES - TYRELL FED COM    debtor has an executory contract or
       **lease is for**                          1, TYRELL FED COM 2, TYRELL 13 FED COM 4   unexpired lease

       **Nature of debtor's interest**           CONTRACT PARTY                          ARTHUR E MEINHART

       **State the term remaining**              _____

       **List the contract number of**           USA NM-17204
       **any government contract**

2.45.  **Title of contract**                    OIL & GAS LEASE                          State the name and mailing address
                                                                                         for all other parties with whom the
       **State what the contract or**            USA NM-26067 - LEASE/WELL NAMES - TYRELL FED COM    debtor has an executory contract or
       **lease is for**                          1, TYRELL FED COM 2, TYRELL 13 FED COM 4   unexpired lease

       **Nature of debtor's interest**           CONTRACT PARTY                          ARTHUR E MEINHART

       **State the term remaining**              _____

       **List the contract number of**           USA NM-26067
       **any government contract**

2.46.  **Title of contract**                    OIL & GAS LEASE                          State the name and mailing address
                                                                                         for all other parties with whom the
       **State what the contract or**            ST NM E-04191 - LEASE/WELL NAME - ROCK QUEEN UNIT    debtor has an executory contract or
       **lease is for**                          0049                                     unexpired lease

       **Nature of debtor's interest**           CONTRACT PARTY                          ATLANTIC REFINING

       **State the term remaining**              _____

       **List the contract number of**           ST NM E-04191
       **any government contract**

---

Debtor    **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| 2.47. | **Title of contract** | THUNDERBOLT PETROLEUM, LLC AGREEMENT DATED NOVEMBER 23, 1999 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EDDY COUNTY, NM - SW/4 SECTION 16, T-18-S, R-29-E | AUBREY DUNN, JR. C/O AUBREY DUNN, SR. ALAMORGORDO NM 88310 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL, OR OTHERWISE | |
| | **List the contract number of any government contract** | _____ | |

| 2.48. | **Title of contract** | THUNDERBOLT PETROLEUM, LLC AGREEMENT DATED NOVEMBER 23, 1999 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EDDY COUNTY, NM - SW/4 SECTION 16, T-18-S, R-29-E | AUBREY L. OR BETTY JO DUNN, SR. P. 0. BOX386 ALAMOGORDO NM 88310 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL, OR OTHERWISE | |
| | **List the contract number of any government contract** | _____ | |

| 2.49. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-8876 - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 15 | B E SPENCER |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM B-8876 | |

| 2.50. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-8949 - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 17 | B E SPENCER |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM B-8949 | |

Debtor   **Remnant Oil Company, LLC**                                                   Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.51. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4

B RAYMOND EVANS
49 TRAVIS ROAD
TULIA TX 79088

**Nature of debtor's interest**   CONTRACT PARTY

**State the term remaining**   IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract**   _____

---

2.52.   **Title of contract**   MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1987

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4NE14, SEC 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH·, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SEC. 12: E1/2, SEC. 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4

B RAYMOND EVANS

**Nature of debtor's interest**   CONTRACT PARTY

**State the term remaining**   SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

**List the contract number of any government contract**   _____

---

2.53.   **Title of contract**   MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED OCTOBER 5, 1983

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**   CHAVES COUNTY, NM - NE1/4 SECTION 13, TOWNSHIP 9 SOUTH, RANGE 25 EAST

B RAYMOND EVANS

**Nature of debtor's interest**   CONTRACT PARTY

**State the term remaining**   IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract**   _____

---

Debtor    **Remnant Oil Company, LLC**                                Case number *(if known)* **19-70106**

2.54.  **Title of contract**                  MCCLELLAN OIL CORPORATION OPERATING          State the name and mailing address
                                              AGREEMENT DATED JULY 20, 1981                for all other parties with whom the
                                                                                           debtor has an executory contract or
       **State what the contract or**          CHAVES COUNTY, NM -                          unexpired lease
       **lease is for**                        E/2 SECTION 7: LOTS L, 2, 3, 4:_, E/2W/2, SECTION 18,
                                              TOWNSHIP 9 SOUTH, RANGE 26 EAST              B. RAYMOND EVANS

       **Nature of debtor's interest**         CONTRACT PARTY

       **State the term remaining**            SO LONG AS ANY OF THE OIL AND GAS LEASES
                                              SUBJECT TO THIS AGREEMENT REM.AIN OR ARE
                                              CONTINUED IN FORCE AS TO ANY PART OF THE
                                              CONTRACT ARCA, WHETHER BY PRODUCTION,
                                              EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO
                                              LONG AS OIL AND/OR GAS PRODUCTION CONTINUES
                                              FROM ANY LEASE OR OIL AND GAS INTEREST

       **List the contract number of**         _____
       **any government contract**

2.55.  **Title of contract**                  MCCLELLAN OIL CORPORATION OPERATING          State the name and mailing address
                                              AGREEMENT DATED MARCH 24, 1989               for all other parties with whom the
                                                                                           debtor has an executory contract or
       **State what the contract or**          CHAVES COUNTY, NM -                          unexpired lease
       **lease is for**                        TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1:
                                              SW1/4                                        B. RAYMOND EVANS
                                                                                           49 TRAVIS ROAD
       **Nature of debtor's interest**         CONTRACT PARTY                              TULIA TX 79088

       **State the term remaining**            IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A.,
                                              OR ANY SUBSEQUENT WELL DRILLED UNDER ANY
                                              PROVISION OF THIS AGREEMENT, RESULTS IN
                                              PRODUCTION OF OIL AND/OR GAS IN PAYING
                                              QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN·
                                              FORCE SO LONG AS ANY SUCH WELL OR WELLS
                                              PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR
                                              AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION
                                              OF ALL PRODUCTION

       **List the contract number of**         _____
       **any government contract**

2.56.  **Title of contract**                  MCCLELLAN OIL CORPORATION OPERATING          State the name and mailing address
                                              AGREEMENT DATED NOVEMBER 1, 1981             for all other parties with whom the
                                                                                           debtor has an executory contract or
       **State what the contract or**          CHAVES COUNTY, NM -                          unexpired lease
       **lease is for**                        LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1,
                                              TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM        B. RAYMOND EVANS

       **Nature of debtor's interest**         CONTRACT PARTY

       **State the term remaining**            IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A.,
                                              OR ANY SUBSEQUENT WELL DRILLED UNDER ANY
                                              PROVISION OF THIS AGREEMENT, RESULTS IN
                                              PRODUCTION OF OIL AND/OR GAS IN PAYING
                                              QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN·
                                              FORCE SO LONG AS ANY SUCH WELL OR WELLS
                                              PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR
                                              AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION
                                              OF ALL PRODUCTION

       **List the contract number of**         _____
       **any government contract**

Debtor **Remnant Oil Company, LLC**                                           Case number *(if known)* **19-70106**

| 2.57. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SECTION 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4, NE1/4; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC 30: W1/2, SEC 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST SEC 6: ALL, SEC 7: LOTS 3, 4 E1/2, E1/2SW1/4 | B. RAYMOND EVANS |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

| 2.58. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC. 12: E1/2, SEC. 13: N1/4NEJ1/4, TOWNSHIP .10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC 7: LOTS 3 , 4 , E1/2, , E1/2SW1/4 | B. RAYMOND EVANS |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

Debtor  **Remnant Oil Company, LLC**　　　　　　　　　　　　　　　　　　Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.59. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED 14, 1984 |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - SECTION 26: NE1/4, TOWNSHIP 9 SOUTH, RANGE 25 EAST, NMPM |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

B. RAYMOND EVANS

| | | |
|---|---|---|
| 2.60. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 |
| | **State what the contract or lease is for** | CHAVES COUNTY,NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SECTION 30: W1/2, SECTION 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NW1/4SW1/4, SE1/4, SECTION 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| | **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

B. RAYMOND EVANS

| | | |
|---|---|---|
| 2.61. | **Title of contract** | OIL & GAS LEASE |
| | **State what the contract or lease is for** | ST NM VB-1613 - LEASE/WELL NAME - DQSU 0055 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | ST NM VB-1613 |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

BASIN LAND SERVICES

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.62.** | **Title of contract** | AMERIND, OIL CO. OPERATING AGREEMENT DATED MAY 1, 1983 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | LEA COUNTY, NM - SW4 SECTION 21, TOWNSHIP 16 SOUTH, RANGE 37 EAST NMPM | BAYOU RESOURCES, INC. A DELAWARE CORPORATION 1200 MILAM SUITE 300 HOUSTON TX 77002
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | |

**2.63.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 13, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 7 SOUTH, RANGE 25 EAST, NMPM, SECTION 30, SW 1/4 (YATES PETRO ENTITIES) | BEARD OIL COMPANY
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN A.RTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN FORCE SO LONG AS ANY SUCH WELL .OR WELLS PRODUCE, OR ARE CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | |

**2.64.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | USA NM-14120 - LEASE/WELL NAME - BO FEDERAL 1 | BEARD OIL COMPANY
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | USA NM-14120 |

Debtor    **Remnant Oil Company, LLC**                                        Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.65. | **Title of contract** | HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993 |

**State what the contract or lease is for**

CHAVES COUNTY, NM - ALL SECTION 12-TL3S-R27E: ALL SECTION 7-TL3S-R28E; KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4 SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4 SECTION 17 ALL LOCATED IN TL3S-R28E

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BEARING SERVICE & SUPPLY CO., INC.
P.O. BOX 100
ARTESIA NM 88211

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE.

**List the contract number of any government contract**  _____

---

2.66.  **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  ST NM B-11332 - LEASE/WELL NAME - ROCK QUEEN UNIT 0045

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  ST NM B-11332

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BEN Q ADAMS

---

2.67.  **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  ST NM B-10419 - LEASE/WELL NAME - DQSU 0031

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  ST NM B-10419

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BERNICE R PIATT

---

2.68.  **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  ST NM B-10419 - LEASE/WELL NAME - ROCK QUEEN UNIT 0065

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  ST NM B-10419

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BERNICE R PIATT

---

2.69.  **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  ST NM B -9739 - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 14

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  ST NM B -9739

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BERNICE R PIATT

---

Debtor **Remnant Oil Company, LLC**                                                                                         Case number *(if known)* **19-70106**

| 2.70. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM B-10419 - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 11 | |
| | Nature of debtor's interest | CONTRACT PARTY | BERNICE R PIATT |
| | State the term remaining | | |
| | List the contract number of any government contract | ST NM B-10419 | |

| 2.71. | Title of contract | MARBOB ENERGY CORPORATION OPERATING AGREEMENT DATED JUNE 1, 2008 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - SECTION 24: S/2, TOWNSHIP 14 SOUTH, RANGE 34 EAST | |
| | Nature of debtor's interest | CONTRACT PARTY | BIG THREE ENERGY GROUP LLC 1801 WEST SECOND STREET ROSWELL NM 88201 |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | | |

| 2.72. | Title of contract | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | |
| | Nature of debtor's interest | CONTRACT PARTY | BILL J, FENN |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | | |

Debtor   **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.73. | **Title of contract** | BEARD OIL COMPANY OPERATING AGREEMENT DATED JUNE 23, 1981 |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - N/2 SECTION 23., TOWNSHIP 9 SOUTH., RANGE 25 EAST |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA OR 120 - DAYS AFTER ABANDONMENT OF WELL |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BILLY H. GRAGG

| | | |
|---|---|---|
| 2.74. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 9, 1981 |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 8 SOUTH, RANGE 24 EAST, N.M.P.M., SECTION 1: S1/2, SECTION 12: W1/2; TOWNSHIP 8 SOUTH, RANGE 25 EAST, N.M.P.M., SECTION 6: W1/2, SECTION 7: W1/2 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BILLY H. GRAGG

| | | |
|---|---|---|
| 2.75. | **Title of contract** | ANADARKO PETROLEUM CORPORATION OPERATING AGREEMENT DATED NOVEMBER 15, 1990 |
| | **State what the contract or lease is for** | CHAVEZ COUNTY, NM - APACHE ·FEDERAL COMM NO. 1 - E/ 2 SECTION 30, TOWNSHIP 13 SOUTH 1, RANGE 31 EAST. N.M.P.M. |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BISON PETROLEUM CORPORATION
5809 SOUTHWESTERN
SUITE 200
AMARILLO TX 79110

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| | | | |
|---|---|---|---|
| 2.76. | **Title of contract** | ANADARKO PETROLEUM CORPORATION OPERATING AGREEMENT DATED AUGUST 21, 1991 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - DALPORT FEDERAL #1 - W/2 SECTION 20, TOWNSHIP 13 SOUTH, RANAE 31 EAST N.M.P.M. | BISON PETROLEUM CORPORATION 5809 SOUTHWESTERN SUITE 200 AMARILLO TX 79110 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.77. | **Title of contract** | CONCHO OIL & GAS CORP. DATED JANUARY 4, 2002 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LEA COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 32 EAST, N.M.P.M. SECTION 26: EAST HALF (E/2) | BLAINE HESS |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.78. | **Title of contract** | GROUP MANAGED HEALTH CARE, AND PHARMACY BENEFITS CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EMPLOYEE HEALTH AND PHARMACY INSURANCE - GROUP # 188086 | BLUE CROSS AND BLUE SHIELD OF TEXAS BCBSTX 1001 E LOOKOUT DR RICHARDSON TX 75082 |
| | **Nature of debtor's interest** | INSURANCE PROVIDER | |
| | **State the term remaining** | ON NOTICE OR FAILURE TO PAY PREMIUM | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.79. | **Title of contract** | THUNDERBOLT PETROLEUM, LLC AGREEMENT DATED NOVEMBER 23, 1999 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EDDY COUNTY, NM - SW/4 SECTION 16, T-18-S, R-29-E | BOB BACHMAN P. 0. BOX 1260 ELIZABETH CO 80107 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL, OR OTHERWISE | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.80. | **Title of contract** | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 |
| | **State what the contract or lease is for** | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN·FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BOB J. CARBONE

| | | |
|---|---|---|
| 2.81. | **Title of contract** | RETAINER AND FEE AGREEMENT |
| | **State what the contract or lease is for** | VENDOR SETTLEMENT AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | ON NOTICE |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BRIDGE CAPITAL CORPORATION
ERICH MUNDINGER
2365 RICE BLVD
SUITE 201
HOUSTON TX 77005

| | | |
|---|---|---|
| 2.82. | **Title of contract** | OIL & GAS LEASE |
| | **State what the contract or lease is for** | ST NM V0-7069 - LEASE/WELL NAME - BRIGHT 2 STATE COM 1 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | ST NM V0-7069 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BRIGHT & CO.

| | | |
|---|---|---|
| 2.83. | **Title of contract** | OIL & GAS LEASE |
| | **State what the contract or lease is for** | ST NM V0-7069 - LEASE/WELL NAME - BRIGHT 2 STATE COM 1 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | ST NM V0-2469 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BRIGHT & CO.

Debtor **Remnant Oil Company, LLC**

Case number *(if known)* **19-70106**

| | | | |
|---|---|---|---|
| 2.84. | **Title of contract** | CHESAPEAKE EXPLORATION LIMITED PARTNERSHIP OPERATING AGREEMENT DATED AUGUST 31, 2005 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LEA COUNTY, NM - WELL NAME: BRIGHT 2 STATE COM #1 TOWNSHIP 10 SOUTH, RANGE 33 EAST SECTION 2: NE/4 (AS TO DEPTHS BELOW 8,900') SE/4 | BRIGHT & COMPANY I, LTD. BRIGHT & COMPANY, INC., GENERAL PARTNER |
| | **Nature of debtor's interest** | CONTRACT PARTY | CLAY VAN NESS BNGHT PRESIDENT |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS 55 AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN FORCE SO LONG AS ANY SUCH WELL OR 56 WELLS PRODUCE, OR ARE CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | 4228 NO. CENTRAL EXPRESSWAY SUITE 300 DALLAS TX 75206 |
| | **List the contract number of any government contract** | | |
| 2.85. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA LC-06115-A - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 11 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BROCK DRILLING CO |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA LC-06115-A | |
| 2.86. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | W H MEDLIN ET UX - DQSU 0144 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BRUCE K MATLOCK |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.87. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ST NM L-332 - LEASE/WELL NAME - TWITTY BHF STATE 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BTA OIL PRODUCERS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM L-332 | |

Debtor  **Remnant Oil Company, LLC**                                                  Case number *(if known)* **19-70106**

| 2.88. | **Title of contract** | YATES PETROLEUM CORPORATION OPERATING AGREEMENT DATED MARCH 17, 2005 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 33 EAST, NMPM, SECTION 36: S2, TOWNSHIP 10 SOUTH, RANGE 33 EAST, NMPM, SECTION 1: ALL | BTA OIL PRODUCTS |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.89. | **Title of contract** | DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM | BUCKHORN ENERGY AND LAND |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE | |
| | **List the contract number of any government contract** | _____ | |

| 2.90. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA LC-59255 - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 5 | BUFFALO PETROLEUM CORP |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA LC-59255 | |

Debtor    **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| | | | |
|---|---|---|---|
| 2.91. | **Title of contract** | RIGHT OF WAY / EASEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RIGHT OF WAY OR EASEMENT NO. 84351 - SE/4SE/4 OF SECTION 19, S/2S/2, NE/4SE/4 OF SECTION 20, SW/4NW/4 OF SECTION 21, S/2NW/4, NW/4NW/4N/2SW/4, SE/4SW/4, SW/4SE/4 OF SECTION 29, NE/4NE/4 OF SECTION 30, TOWNSHIP 13 SOUTH, RANGE 31 EAST; LOTS 1 THRU 4, SE/4NE/4, E/2SE/4 OF SECTION 4, LOT 1 OF SECTION 5, SW/4NE/4, NE/4SW/4, SE/4 OF SECTION 7, SE/4SE/4, SW/4SW/4 OF SECTION 8, E/2NE/4, S/2N/2, W/2SW/4 OF SECTION 9, N/2 OF SECTION 17, TOWNSHIP 14 SOUTH, RANGE 31 EAST | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **Nature of debtor's interest** | GRANTEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-84351 | |

| | | | |
|---|---|---|---|
| 2.92. | **Title of contract** | RIGHT OF WAY / EASEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RIGHT OF WAY OR EASEMENT NO. 55556 - E/2E/2 OF SECTION 13, TOWNSHIP 13 SOUTH, RANGE 30 EAST; LOT 4 OF SECTION 18, LOT 1, SW/4NE/4, E/2NW/4, W/2SE/4, SE/4SE/4 OF SECTION 19, SW/4SW/4 OF SECTION 20, S/2NW/4, NW/4SW/4 OF SECTION 29, E/2SE/4 OF SECTION 30, E/2E/2 OF SECTION 31, TOWNSHIP 13 SOUTH, RANGE 31 EAST; LOTS 1, 2, S/2NE/4, SE/4 OF SECTION 6, W/2NE/4 OF SECTION 7, TOWNSHIP 14 SOUTH, RANGE 31 EAST | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **Nature of debtor's interest** | GRANTEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-55556 | |

| | | | |
|---|---|---|---|
| 2.93. | **Title of contract** | RIGHT OF WAY / EASEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RIGHT OF WAY OR EASEMENT NO. 119906 - S/2SW/4SE/4 OF SECTION 19, W/2NW/4NW/4 OF SECTION 29, N/2NW/4NE/4 OF SECTION 30, TOWNSHIP 5 SOUTH, RANGE 25 EAST | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **Nature of debtor's interest** | GRANTEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-119906 | |

| | | | |
|---|---|---|---|
| 2.94. | **Title of contract** | RIGHT OF WAY / EASEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RIGHT OF WAY OR EASEMENT NO. 103170 - SE/4SW/4, S/2SE/4 OF SECTION 28, TOWNSHIP 5 SOUTH, RANGE 25 EAST | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **Nature of debtor's interest** | GRANTEE | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-103170 | |

Debtor    **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| 2.95. | Title of contract | RIGHT OF WAY / EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RIGHT OF WAY OR EASEMENT NO. 98488 - SE/4SW/4 OF SECTION 28, TOWNSHIP 5 SOUTH, RANGE 25 EAST | |
| | Nature of debtor's interest | GRANTEE | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-98488 | |

| 2.96. | Title of contract | RIGHT OF WAY / EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RIGHT OF WAY OR EASEMENT NO. 72817 - SE/4SE/4 OF SECTION 23, TOWNSHIP 9 SOUTH, RANGE 25 EAST | |
| | Nature of debtor's interest | GRANTEE | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-72817 | |

| 2.97. | Title of contract | RIGHT OF WAY / EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RIGHT OF WAY OR EASEMENT NO. 72723 - SECTION 6, LOTS 4-7 INCLUSIVE, TOWNSHIP 10 SOUTH, RANGE 26 EAST | |
| | Nature of debtor's interest | GRANTEE | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-72723 | |

| 2.98. | Title of contract | RIGHT OF WAY / EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RIGHT OF WAY OR EASEMENT NO. 67313 - SECTION 7, LOT 1, TOWNSHIP 10 SOUTH, RANGE 26 EAST | |
| | Nature of debtor's interest | GRANTEE | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-67313 | |

| 2.99. | Title of contract | RIGHT OF WAY / EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RIGHT OF WAY OR EASEMENT NO. 67309 - SE/4NE/4 OF SECTION 26, TOWNSHIP 9 SOUTH, RANGE 25 EAST | |
| | Nature of debtor's interest | GRANTEE | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-67309 | |

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| 2.100. | **Title of contract** | RIGHT OF WAY / EASEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RIGHT OF WAY OR EASEMENT NO. 67296 - SECTION 7, LOT 2, TOWNSHIP 10 SOUTH, RANGE 26 EAST | |
| | **Nature of debtor's interest** | GRANTEE | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-67296 | |

| 2.101. | **Title of contract** | RIGHT OF WAY / EASEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RIGHT OF WAY OR EASEMENT NO. 67260 - SE/4NE/4 OF SECTION 26, TOWNSHIP 9 SOUTH, RANGE 25 EAST | |
| | **Nature of debtor's interest** | GRANTEE | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-67260 | |

| 2.102. | **Title of contract** | RIGHT OF WAY / EASEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RIGHT OF WAY OR EASEMENT NO. 67226 - SE/4/NE/4 OF SECTION 26, TOWNSHIP 9 SOUTH, RANGE 25 EAST | |
| | **Nature of debtor's interest** | GRANTEE | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-67226 | |

| 2.103. | **Title of contract** | RIGHT OF WAY / EASEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RIGHT OF WAY OR EASEMENT NO. 55756 - SE/4SE/4 OF SECTION 12, N/2NE/4 OF SECTION 13, TOWNSHIP 9 SOUTH, RANGE 25 SOUTH | |
| | **Nature of debtor's interest** | GRANTEE | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-55756 | |

| 2.104. | **Title of contract** | RIGHT OF WAY / EASEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RIGHT OF WAY OR EASEMENT NO. 55686 - SE/4/SE/4 OF SECTION 12, TOWNSHIP 9 SOUTH, RANGE 25 EAST | |
| | **Nature of debtor's interest** | GRANTEE | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-55686 | |

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.105. | Title of contract | RIGHT OF WAY / EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RIGHT OF WAY OR EASEMENT NO. 55664 - W/2NE/4 OF SECTION 30, E/2NW/4 OF SECTION 30, TOWNSHIP 15 SOUTH, RANGE 25 EAST | |
| | Nature of debtor's interest | GRANTEE | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-55664 | |

| 2.106. | Title of contract | RIGHT OF WAY / EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RIGHT OF WAY OR EASEMENT NO. 55597 - SE/4SE/4 OF SECTION 12, NE/4NE/4 OF SECTION 13, TOWNSHIP 9 SOUTH, RANGE 25 EAST | |
| | Nature of debtor's interest | GRANTEE | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-55597 | |

| 2.107. | Title of contract | RIGHT OF WAY / EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RIGHT OF WAY OR EASEMENT NO. 55535 - S/2NW/4, NE/4SW/4, W/2SE/4 OF SECTION 24, TOWNSHIP 10 SOUTH, RANGE 25 EAST | |
| | Nature of debtor's interest | GRANTEE | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-55535 | |

| 2.108. | Title of contract | RIGHT OF WAY / EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RIGHT OF WAY OR EASEMENT NO. 65861 - NW/4SW/4, NE/4NW/4, S/2NW/4 OF SECTION 13, TOWNSHIP 10 SOUTH, RANGE 25 EAST | |
| | Nature of debtor's interest | GRANTEE | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-65861 | |

| 2.109. | Title of contract | RIGHT OF WAY / EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RIGHT OF WAY OR EASEMENT NO. 110232 - NW/4NE/4, E/2NW/4, NE/4SW/4, NW/4SE/4 OF SECTION 12, NE/4NE/4 OF SECTION 13, LOTS 1-4 OF SECTION 18, W/2W/2 OF SECTION 19, TOWNSHIP 10 SOUTH, RANGE 25 EAST | |
| | Nature of debtor's interest | GRANTEE | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-110232 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.110.** | **Title of contract** | RIGHT OF WAY / EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | **State what the contract or lease is for** | RIGHT OF WAY OR EASEMENT NO. 55626 - NE/4NE/4 OF SECTION 19, SW/4NW/4, W/2SW/4, NE/4, N/2NW/4 OF SECTION 20, NW/4, W/2SW/4 OF SECTION 29, TOWNSHIP 5 SOUTH, RANGE 25 EAST | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |

| | **Nature of debtor's interest** | GRANTEE |

| | **State the term remaining** | _____ |

| | **List the contract number of any government contract** | USA NM-55626 |

**2.111.** | **Title of contract** | RIGHT OF WAY / EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | **State what the contract or lease is for** | RIGHT OF WAY OR EASEMENT NO. 55788 - NE/4NW/4 AND S/2NW/4 OF SECTION 13, TOWNSHIP 10 SOUTH, RANGE 25 EAST | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |

| | **Nature of debtor's interest** | GRANTEE |

| | **State the term remaining** | _____ |

| | **List the contract number of any government contract** | USA NM-55788 |

**2.112.** | **Title of contract** | RIGHT OF WAY / EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | **State what the contract or lease is for** | RIGHT OF WAY OR EASEMENT NO. 58470 - SE/4SE/4 OF SECTION 29, TOWNSHIP 5 SOUTH, RANGE 25 EAST | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |

| | **Nature of debtor's interest** | GRANTEE |

| | **State the term remaining** | _____ |

| | **List the contract number of any government contract** | USA NM-58470 |

**2.113.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | **State what the contract or lease is for** | USA NM-34657 - LEASE/WELL NAMES - AMOCO FEDERAL 1, AMOCO FEDERAL 2, AMOCO FEDERAL 3 SWD, AMOCO FEDERAL 4, AMOCO FEDERAL 5, AMOCO FEDERAL 6 | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |

| | **Nature of debtor's interest** | CONTRACT PARTY |

| | **State the term remaining** | _____ |

| | **List the contract number of any government contract** | USA NM-34657 |

**2.114.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | **State what the contract or lease is for** | USA NM-33953 - LEASE/WELL NAMES - AMOCO FEDERAL 2, AMOCO FEDERAL 3 SWD, AMOCO FEDERAL 4, AMOCO FEDERAL 5, AMOCO FEDERAL 6, | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |

| | **Nature of debtor's interest** | CONTRACT PARTY |

| | **State the term remaining** | _____ |

| | **List the contract number of any government contract** | USA NM-33953 |

Debtor   **Remnant Oil Company, LLC**        Case number *(if known)* **19-70106**

| 2.115. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-17594 - LEASE/WELL NAME -APACHE FED COM 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-17594 | |

| 2.116. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-17432 - LEASE/WELL NAME - APACHE FED COM 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-17432 | |

| 2.117. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-96248 - LEASE/WELL NAME - BARNES FEDERAL 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-96248 | |

| 2.118. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-96248 - LEASE/WELL NAME - BARNES FEDERAL 2 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-96248 | |

| 2.119. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-070242-A - LEASE/WELL NAME - BARTON A FEDERAL 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NMLC-070242-A | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.120.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | USA NM-14120 - LEASE/WELL NAME - BO FEDERAL 1 |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL
| | | | SANTA FE NM 87508
| | **List the contract number of any government contract** | USA NM-14120 |

**2.121.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | USA NMLC-062029 - LEASE/WELL NAME - BRAINARD FEDERAL 7, BRAINARD FEDERAL 8, BRAINARD FEDERAL 12 |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL
| | | | SANTA FE NM 87508
| | **List the contract number of any government contract** | USA NMLC-062029 |

**2.122.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | USA NM-100530 - LEASE/WELL NAME - CHAMA 3 FED 1H |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL
| | | | SANTA FE NM 87508
| | **List the contract number of any government contract** | USA NM-100530 |

**2.123.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | USA NM-100530 - LEASE/WELL NAME - CAL-MON 6, CHAMA 3 FED 2H |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL
| | | | SANTA FE NM 87508
| | **List the contract number of any government contract** | USA NM-100530 |

**2.124.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | USA NM-022584 - LEASE/WELL NAMES - CHAVES A FED 1, CHAVES A FED 1 (ABO), CHAVES A FED 1 (WCP), CHAVES A FED 2 (ABO), CHAVES A FED 3, CHAVES A FED 3 (ABO), CHAVES A FED 3 (PENN), CHAVES A FED 4 (ABO), CHAVES A FED 6 (ABO), CHAVES A 17 FED 5 (ABO) |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL
| | | | SANTA FE NM 87508
| | **List the contract number of any government contract** | USA NM-022584 |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.125.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | **State what the contract or lease is for** | USA NM-114964 - LEASE/WELL NAME - COMANCHE HILL 18 FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-114964 | |

**2.126.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | **State what the contract or lease is for** | USA NM-89890 - LEASE/WELL NAME -CORBIN A FEDERAL 2 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-89890 | |

**2.127.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | **State what the contract or lease is for** | USA NM-28306 - LEASE/WELL NAMES - COYOTE DRAW FED 1, COYOTE DRAW FED 2, COYOTE DRAW FED 3 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-28306 | |

**2.128.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | **State what the contract or lease is for** | USA NM-16069 - LEASE/WELL NAMES - COYOTE FED 1, COYOTE FED 2, COYOTE FED 3, COYOTE FED 4Y, COYOTE FED 5 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-16069 | |

**2.129.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | **State what the contract or lease is for** | USA NM-35611, SEGREGATED OUT OF NM-153475 - LEASE/WELL NAME DALPORT ARCO FED COM 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-349837 SEGREGATGED OUT OF NM-153475 | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.130. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-35611, SEGREGATED OUT OF NM-153475 - LEASE/WELL NAME DALPORT ARCO FED COM 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-35611 | |

| 2.131. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-98865 SEGREGATED OUT OF NM-1535A - LEASE/WELL NAME DALPORT FEDERAL 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-98865 SEGREGATED OUT OF NM-1535A | |

| 2.132. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-98865 SEGREGATED OUT OF NM-1535A - LEASE/WELL NAME DALPORT FEDERAL 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | | |
| | List the contract number of any government contract | USA-NM-17432 | |

| 2.133. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-34649 - LEASE/WELL NAME - DANA FED 2, DANA FED 3, DANA FED 4, DANA FED 5 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-34649 | |

| 2.134. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-34649 - LEASE/WELL NAME - DANA FED 2, DANA FED 3, DANA FED 4, DANA FED 5 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-35925 | |

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.135. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-120355 - LEASE/WELL NAME - DQSU 0014 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL |
| | | | SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-120355 | |

| 2.136. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-062486 - LEASE/WELL NAME - DQSU 0016 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL |
| | | | SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NMLC-062486 | |

| 2.137. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-060811 - LEASE/WELL NAME - DQSU 0017 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL |
| | | | SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NMLC-060811 | |

| 2.138. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-060812A - LEASE/WELL NAME - DQSU 0018 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL |
| | | | SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NMLC-060812A | |

| 2.139. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-068474 - LEASE/ WELL NAME - DQSU 0019 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL |
| | | | SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NMLC-068474 | |

Debtor    **Remnant Oil Company, LLC**                                                  Case number *(if known)* **19-70106**

| | | | |
|---|---|---|---|
| 2.140. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NMLC-070336 - LEASE/WELL NANE - DQSU 0022 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NMLC-070336 | |

| | | | |
|---|---|---|---|
| 2.141. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NMLC-070337 - LEASE/WELL NAME - DQSU 0023 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NMLC-070337 | |

| | | | |
|---|---|---|---|
| 2.142. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NMLC-072006 - LEASE/WELL NAME - DQSU 0024N | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NMLC-072006 | |

| | | | |
|---|---|---|---|
| 2.143. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NM-02419 - LEASE/WELL NAME - DQSU 0025 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-02419 | |

| | | | |
|---|---|---|---|
| 2.144. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NM-03927 - LEASE/WELL NAME - DQSU 0026 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-03927 | |

Debtor **Remnant Oil Company, LLC**                                                                    Case number *(if known)* **19-70106**

2.145.  **Title of contract**              OIL & GAS LEASE                                    State the name and mailing address
                                                                                              for all other parties with whom the
        **State what the contract or**     USA NM-04246 - LEASE/WELL NAME - DQSU 0027         debtor has an executory contract or
        **lease is for**                                                                      unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                                     BUREAU OF LAND MANAGEMENT
                                                                                              301 DINOSAUR TRAIL
        **State the term remaining**       _____          SANTA FE NM 87508

        **List the contract number of**    USA NM-04246
        **any government contract**

2.146.  **Title of contract**              OIL & GAS LEASE                                    State the name and mailing address
                                                                                              for all other parties with whom the
        **State what the contract or**     USA NM-14847 - LEASE/WELL NAME - EMPIRE DEEP 29    debtor has an executory contract or
        **lease is for**                   FED 1                                              unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                                     BUREAU OF LAND MANAGEMENT
                                                                                              301 DINOSAUR TRAIL
        **State the term remaining**       _____          SANTA FE NM 87508

        **List the contract number of**    USA NM-14847
        **any government contract**

2.147.  **Title of contract**              OIL & GAS LEASE                                    State the name and mailing address
                                                                                              for all other parties with whom the
        **State what the contract or**     USA NM-14847 - LEASE/WELL NAME - EMPIRE DEEP 29    debtor has an executory contract or
        **lease is for**                   FED 1                                              unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                                     BUREAU OF LAND MANAGEMENT
                                                                                              301 DINOSAUR TRAIL
        **State the term remaining**       _____          SANTA FE NM 87508

        **List the contract number of**    USA NM-29281
        **any government contract**

2.148.  **Title of contract**              OIL & GAS LEASE                                    State the name and mailing address
                                                                                              for all other parties with whom the
        **State what the contract or**     USA NM-14847 - LEASE/WELL NAME - EMPIRE DEEP 29    debtor has an executory contract or
        **lease is for**                   FED 1                                              unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                                     BUREAU OF LAND MANAGEMENT
                                                                                              301 DINOSAUR TRAIL
        **State the term remaining**       _____          SANTA FE NM 87508

        **List the contract number of**    USA NM-14840
        **any government contract**

2.149.  **Title of contract**              OIL & GAS LEASE                                    State the name and mailing address
                                                                                              for all other parties with whom the
        **State what the contract or**     USA LC-06209 - LEASE/WELL NAME - EMPIRE 34 FED 1   debtor has an executory contract or
        **lease is for**                                                                      unexpired lease

        **Nature of debtor's interest**    CONTRACT PARTY                                     BUREAU OF LAND MANAGEMENT
                                                                                              301 DINOSAUR TRAIL
        **State the term remaining**       _____          SANTA FE NM 87508

        **List the contract number of**    USA LC-062029
        **any government contract**

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.150. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA LC-06209 - LEASE/WELL NAME - EMPIRE 34 FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-34462 | |

| 2.151. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA LC-06209 - LEASE/WELL NAME - EMPIRE 34 FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-10907A | |

| 2.152. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-0557729 - LEASE/WELL NAME - ENGLISH FEDERAL 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-0557729 | |

| 2.153. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-17594 - LEASE/WELL NAME - FRIEND FEDERAL 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-17594 | |

| 2.154. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-17594 - LEASE/WELL NAME - FRIEND FEDERAL 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-17432 | |

Debtor    **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| 2.155. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-28500 - LEASE/WELL NAME - HILL FEDERAL 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-28500 | |

| 2.156. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-28501 - LEASE/WELL NAME - HILL FEDERAL 2 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-28501 | |

| 2.157. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-35158 - LEASE/WELL NAME - JILL FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-35158 | |

| 2.158. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-17204 - LEASE/WELL NAME - BO FEDERAL 1, JJ FED 2, JJ FED 3, JJ 1 FED COM 4 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-17204 | |

| 2.159. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-17204 - LEASE/WELL NAME - BO FEDERAL 1, JJ FED 2, JJ FED 3, JJ 1 FED COM 4 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-12687 | |

Debtor     **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| 2.160. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NM-17204 - LEASE/WELL NAME - BO FEDERAL 1, JJ FED 2, JJ FED 3, JJ 1 FED COM 4 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL |
| | | | SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-26067 | |

| 2.161. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NMLC-0107697 - LEASE/WELL NAME - JONES FEDERAL 2, JONES FEDERAL 3 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL |
| | | | SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NMLC-0107697 | |

| 2.162. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NMLC-029358 - LEASE/WELL NAME - JONES FEDERAL 3, | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL |
| | | | SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NMLC-029358 | |

| 2.163. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NM-91906 - LEASE/WELL NAME - KARANKAWA FEDERAL 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL |
| | | | SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-91906 | |

| 2.164. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NM-16357 - LEASE/WELL NAME - LANGLEY A FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL |
| | | | SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-16357 | |

Debtor     **Remnant Oil Company, LLC**                                              Case number *(if known)* **19-70106**

| 2.165. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-13978 - LEASE/WELL NAME -LEEMAN FED 1, LEEMAN FED 2, LEEMAN FED 5 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-13978 | |

| 2.166. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-13979 - LEASE/WELL NAME - LISA FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-13979 | |

| 2.167. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-15290 - LEASE/WELL NAME - LUKE FED COM 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-15290 | |

| 2.168. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-20338 - LEASE/WELL NAME - LUKE FED COM 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-20338 | |

| 2.169. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-63362 - LEASE/WELL NAME - LUSK 20 FEDERAL 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-63362 | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.170. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-44594, LEASE/WELL NAME - LUSK 22 FEDERAL 1, LUSK 22 FEDERAL 2 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-44594 | |

| 2.171. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-067982-B - LEASE/WELL NAMES - LUSK SEVEN RIVERS UNIT 1, LUSK SEVEN RIVERS UNIT 2, LUSK SEVEN RIVERS UNIT 3, LUSK SEVEN RIVERS UNIT 4, LUSK SEVEN RIVERS UNIT 5, LUSK SEVEN RIVERS UNIT 7, LUSK SEVEN RIVERS UNIT 8 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-067982-B | |

| 2.172. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-067230 - LEASE/WELL NAMES - LUSK SEVEN RIVERS UNIT 1, LUSK SEVEN RIVERS UNIT 2, LUSK SEVEN RIVERS UNIT 3, LUSK SEVEN RIVERS UNIT 4, LUSK SEVEN RIVERS UNIT 5, LUSK SEVEN RIVERS UNIT 7, LUSK SEVEN RIVERS UNIT 8 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-067230 | |

| 2.173. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-36409 | |

| 2.174. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-10189 - LEASE/WELL NAMES - MCCLURE J H B 22 SWD, MCCLURE J H B 23 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-10189 | |

Debtor  **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| 2.175. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-015068 - LEASE/WELL NAMES - MCKEE WILSON 1, MCKEE WILSON 2 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-015068 | |

| 2.176. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-10189 - LEASE/WELL NAME - MCCLURE J H B 22 SWD | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NMLC-065863 | |

| 2.177. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-559993 - LEASE/WELL NAME - MM FED 1, MM FED 4, MM FED 5, 297, MM FED 7, MM FED 8, MM FED 9, , MM FED 11, MM 25 FED 12 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-559993 | |

| 2.178. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-559993 - LEASE/WELL NAME - MM FED 1, MM FED 4, MM FED 5, 297, MM FED 7, MM FED 8, MM FED 9, , MM FED 11, MM 25 FED 12 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-43525 | |

| 2.179. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-559993 - LEASE/WELL NAME - MM FED 1, MM FED 4, MM FED 5, 297, MM FED 7, MM FED 8, MM FED 9, , MM FED 11, MM 25 FED 12 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-29208 | |

Debtor        **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| 2.180. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-100530 - LEASE/WELL NAME - NIAGARA 3 FEE COM 1H | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-100530 | |

| 2.181. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-016803 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #001 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NM-016803 | |

| 2.182. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-063927 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #003, NORTH SQUARE LAKE UNIT #004 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NMLC-063927 | |

| 2.183. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-060543 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #005 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NMLC-060543 | |

| 2.184. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-068064 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #007, NORTH SQUARE LAKE UNIT #008 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NMLC-068064 | |

Debtor    **Remnant Oil Company, LLC**                                                                    Case number *(if known)* **19-70106**

---

| 2.185. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-029431 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #011, NORTH SQUARE LAKE UNIT #012, NORTH SQUARE LAKE UNIT #020, NORTH SQUARE LAKE UNIT #038, NORTH SQUARE LAKE UNIT #039 | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NMLC-029431 | |

| 2.186. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-029437 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #014, NORTH SQUARE LAKE UNIT #022 | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NMLC-029437 | |

| 2.187. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-0609071 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #024, NORTH SQUARE LAKE UNIT #025 | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NMLC-0609071 | |

| 2.188. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-07781 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #031, NORTH SQUARE LAKE UNIT #033, NORTH SQUARE LAKE UNIT #035 | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-07781 | |

| 2.189. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-75501 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #041, NORTH SQUARE LAKE UNIT #043 | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-75501 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
| --- | --- | --- |

| 2.190. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NMLC-060548 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #045 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NMLC-060548 | |

| 2.191. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NMLC-063105 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #046 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NMLC-063105 | |

| 2.192. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NMLC-029424 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #051, NORTH SQUARE LAKE UNIT #052 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NMLC-029424 | |

| 2.193. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NM-07781 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #056 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NMLC-068064 | |

| 2.194. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NMLC-060723 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #058, NORTH SQUARE LAKE UNIT #059 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **List the contract number of any government contract** | USA NMLC-060723 | |

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.195. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-060548 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #060 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-71796 | |

| 2.196. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-056302-B - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #062, NORTH SQUARE LAKE UNIT #064 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NMLC-056302-B | |

| 2.197. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-060476 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #066, NORTH SQUARE LAKE UNIT #067 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NMLC-060476 | |

| 2.198. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-029424 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #069, NORTH SQUARE LAKE UNIT #070, NORTH SQUARE LAKE UNIT #071 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NMLC-029424 | |

| 2.199. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-07781 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #072, NORTH SQUARE LAKE UNIT #074, NORTH SQUARE LAKE UNIT #075 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-07781 | |

Debtor    **Remnant Oil Company, LLC**                                         Case number *(if known)* **19-70106**

| 2.200. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-068064 - LEASE/WELL NAME 'NORTH SQUARE LAKE UNIT #078 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | State the term remaining | | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | List the contract number of any government contract | USA NMLC-068064 | |

| 2.201. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-0609071 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #079 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | State the term remaining | | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | List the contract number of any government contract | USA NMLC-0609071 | |

| 2.202. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-060723 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #081 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | State the term remaining | | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | List the contract number of any government contract | USA NMLC-060723 | |

| 2.203. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-71796 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #083 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | State the term remaining | | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | List the contract number of any government contract | USA NM-71796 | |

| 2.204. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-0149954 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #089 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | State the term remaining | | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | List the contract number of any government contract | USA NM-0149954 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.205.** **Title of contract**  OIL & GAS LEASE

State what the contract or lease is for  USA NM-04361 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #091

Nature of debtor's interest  CONTRACT PARTY

State the term remaining  _____

List the contract number of any government contract  USA NM-04361

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**2.206.** **Title of contract**  OIL & GAS LEASE

State what the contract or lease is for  USA NMLC-90266 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #092

Nature of debtor's interest  CONTRACT PARTY

State the term remaining  _____

List the contract number of any government contract  USA NMLC-90266

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**2.207.** **Title of contract**  OIL & GAS LEASE

State what the contract or lease is for  USA NMLC-068064 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #097, NORTH SQUARE LAKE UNIT #099, NORTH SQUARE LAKE UNIT #100, NORTH SQUARE LAKE UNIT #101, NORTH SQUARE LAKE UNIT #102

Nature of debtor's interest  CONTRACT PARTY

State the term remaining  _____

List the contract number of any government contract  USA NMLC-068064

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**2.208.** **Title of contract**  OIL & GAS LEASE

State what the contract or lease is for  USA NMLC-063368 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #109, NORTH SQUARE LAKE UNIT #111

Nature of debtor's interest  CONTRACT PARTY

State the term remaining  _____

List the contract number of any government contract  USA NMLC-063368

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**2.209.** **Title of contract**  OIL & GAS LEASE

State what the contract or lease is for  USA NMLC-065561-A - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #113

Nature of debtor's interest  CONTRACT PARTY

State the term remaining  _____

List the contract number of any government contract  USA NMLC-065561-A

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.210.** **Title of contract** OIL & GAS LEASE

State what the contract or lease is for: USA NMLC-056302-B - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #114

Nature of debtor's interest: CONTRACT PARTY

State the term remaining: _____

List the contract number of any government contract: USA NMLC-056302-B

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**2.211.** **Title of contract** OIL & GAS LEASE

State what the contract or lease is for: USA NMLC-065561 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #115

Nature of debtor's interest: CONTRACT PARTY

State the term remaining: _____

List the contract number of any government contract: USA NMLC-065561

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**2.212.** **Title of contract** OIL & GAS LEASE

State what the contract or lease is for: USA NMLC-056302-B - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #116

Nature of debtor's interest: CONTRACT PARTY

State the term remaining: _____

List the contract number of any government contract: USA NMLC-056302-B

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**2.213.** **Title of contract** OIL & GAS LEASE

State what the contract or lease is for: USA NMLC-068064 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #123, NORTH SQUARE LAKE UNIT #124, NORTH SQUARE LAKE UNIT #125, NORTH SQUARE LAKE UNIT #127

Nature of debtor's interest: CONTRACT PARTY

State the term remaining: _____

List the contract number of any government contract: USA NMLC-068064

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**2.214.** **Title of contract** OIL & GAS LEASE

State what the contract or lease is for: USA NMLC-063368 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #132

Nature of debtor's interest: CONTRACT PARTY

State the term remaining: _____

List the contract number of any government contract: USA NMLC-063368

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

Debtor **Remnant Oil Company, LLC**                                           Case number *(if known)* **19-70106**

**2.215.** **Title of contract**             OIL & GAS LEASE                           State the name and mailing address
                                                                                    for all other parties with whom the
       State what the contract or     USA NMLC-060548 - LEASE/WELL NAME - NORTH      debtor has an executory contract or
       lease is for                   SQUARE LAKE UNIT #133                          unexpired lease

       **Nature of debtor's interest**   CONTRACT PARTY                             BUREAU OF LAND MANAGEMENT
                                                                                    301 DINOSAUR TRAIL
       **State the term remaining**      _____           SANTA FE NM 87508

       **List the contract number of**   USA NMLC-060548
       **any government contract**

**2.216.** **Title of contract**             OIL & GAS LEASE                           State the name and mailing address
                                                                                    for all other parties with whom the
       State what the contract or     USA NMLC-063368 - LEASE/WELL NAME - NORTH      debtor has an executory contract or
       lease is for                   SQUARE LAKE UNIT #135                          unexpired lease

       **Nature of debtor's interest**   CONTRACT PARTY                             BUREAU OF LAND MANAGEMENT
                                                                                    301 DINOSAUR TRAIL
       **State the term remaining**      _____           SANTA FE NM 87508

       **List the contract number of**   USA NMLC-063368
       **any government contract**

**2.217.** **Title of contract**             OIL & GAS LEASE                           State the name and mailing address
                                                                                    for all other parties with whom the
       State what the contract or     USA NMLC-056302-B - LEASE/WELL NAMES - NORTH   debtor has an executory contract or
       lease is for                   SQUARE LAKE UNIT #136, NORTH SQUARE LAKE UNIT  unexpired lease
                                      #137, NORTH SQUARE LAKE UNIT #141
                                                                                    BUREAU OF LAND MANAGEMENT
       **Nature of debtor's interest**   CONTRACT PARTY                             301 DINOSAUR TRAIL
                                                                                    SANTA FE NM 87508
       **State the term remaining**      _____

       **List the contract number of**   USA NMLC-056302-B
       **any government contract**

**2.218.** **Title of contract**             OIL & GAS LEASE                           State the name and mailing address
                                                                                    for all other parties with whom the
       State what the contract or     USA NMLC-068064 - LEASE/WELL NAME - NORTH      debtor has an executory contract or
       lease is for                   SQUARE LAKE UNIT #142                          unexpired lease

       **Nature of debtor's interest**   CONTRACT PARTY                             BUREAU OF LAND MANAGEMENT
                                                                                    301 DINOSAUR TRAIL
       **State the term remaining**      _____           SANTA FE NM 87508

       **List the contract number of**   USA NMLC-068064
       **any government contract**

**2.219.** **Title of contract**             OIL & GAS LEASE                           State the name and mailing address
                                                                                    for all other parties with whom the
       State what the contract or     USA NMLC-065885 - LEASE/WELL NAME - NORTH      debtor has an executory contract or
       lease is for                   SQUARE LAKE UNIT #144                          unexpired lease

       **Nature of debtor's interest**   CONTRACT PARTY                             BUREAU OF LAND MANAGEMENT
                                                                                    301 DINOSAUR TRAIL
       **State the term remaining**      _____           SANTA FE NM 87508

       **List the contract number of**   USA NMLC-065885
       **any government contract**

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.220. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-068064 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #145 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-068064 | |

| 2.221. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-056302-B - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #149, NORTH SQUARE LAKE UNIT #151, NORTH SQUARE LAKE UNIT #153, NORTH SQUARE LAKE UNIT #154, NORTH SQUARE LAKE UNIT #156 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-056302-B | |

| 2.222. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-0812277 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #158, NORTH SQUARE LAKE UNIT #160 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-0812277 | |

| 2.223. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-54428 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #159 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-54428 | |

| 2.224. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-068064 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #162 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-068064 | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.225. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-056302-B - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #168, NORTH SQUARE LAKE UNIT #166, NORTH SQUARE LAKE UNIT #171, NORTH SQUARE LAKE UNIT #172 | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-056302-B | |

| 2.226. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-063368 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #167, NORTH SQUARE LAKE UNIT #170, NORTH SQUARE LAKE UNIT #184 | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-063368 | |

| 2.227. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-065561-A - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #174 | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-065561-A | |

| 2.228. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-75501 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #177 | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-75501 | |

| 2.229. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-060548 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #187 | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-060548 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.230. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-056302-B - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #191, NORTH SQUARE LAKE UNIT #194 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NMLC-056302-B | |

| 2.231. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-71796 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #192 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-71796 | |

| 2.232. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-029437 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #197 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NMLC-029437 | |

| 2.233. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-029431 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #198, NORTH SQUARE LAKE UNIT #199 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NMLC-029431 | |

| 2.234. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-71796 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #200 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-71796 | |

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

**2.235.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| State what the contract or lease is for | USA NMLC-029358 - LEASE/WELL NAMES - OHIO JONES 1, OHIO JONES 2 |
| Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508
| State the term remaining | _____ |
| List the contract number of any government contract | USA NMLC-029358 |

**2.236.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| State what the contract or lease is for | USA NM-107697 - LEASE/WELL NAMES - OHIO JONES 1, OHIO JONES 2 |
| Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508
| State the term remaining | _____ |
| List the contract number of any government contract | USA NM-107697 |

**2.237.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| State what the contract or lease is for | USA NM-08128, SEGREAGTED OUT OF NM-2419 - LEASE/WELL NAMES -OXY FEDERAL COM 1, OXY FEDERAL COM 2 |
| Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508
| State the term remaining | _____ |
| List the contract number of any government contract | USA NM-080128, SEGREGATED OUT OF NM-2419 |

**2.238.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| State what the contract or lease is for | USA NM-80127, SEGREAGTED OUT OF NM-03927 - LEASE/WELL NAMES -OXY FEDERAL COM 1, OXY FEDERAL COM 2 |
| Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508
| State the term remaining | _____ |
| List the contract number of any government contract | USA NM-80127 SEGREGATED OUT OF NM-03927 |

**2.239.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| State what the contract or lease is for | USA NM-28328 - LEASE/WELL NAME - PARSLEY FEDERAL 1 |
| Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508
| State the term remaining | _____ |
| List the contract number of any government contract | USA NM-28328 |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.240.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | USA LC-060503 - API & LEASE/WELL NAME NOT AVAILABLE |
| **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | USA LC-060503 |

**2.241.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | USA LC-061840-A - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 2 |
| **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | USA LC-061840-A |

**2.242.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | USA LC-063345 - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 3 |
| **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | USA LC-063345 |

**2.243.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | USA LC-59255 - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 5 |
| **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | USA LC-59255 |

**2.244.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | USA LC-29403-B - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 7 |
| **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | USA LC-29403-B |

Debtor    **Remnant Oil Company, LLC**                                     Case number *(if known)* **19-70106**

| 2.245. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | USA LC-06115-A - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 11 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | State the term remaining | | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | List the contract number of any government contract | USA LC-06115-A | |

| 2.246. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-016795 - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 13 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | State the term remaining | | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | List the contract number of any government contract | USA NM-016795 | |

| 2.247. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | USA LC-064098 - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 16 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | State the term remaining | | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | List the contract number of any government contract | USA LC-064098 | |

| 2.248. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | USA LC-061153 - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 18 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | State the term remaining | | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | List the contract number of any government contract | USA LC-061153 | |

| 2.249. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | USA LC-029403A - LEASE/WELL NAME NOT AVAILABLE | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | State the term remaining | | 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | List the contract number of any government contract | USA LC-029403A | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.250.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | USA NM-38626 - LEASE/WELL NAME - PECOS RIVER FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL
| | | | SANTA FE NM 87508
| | **List the contract number of any government contract** | USA NM-38626 | |

**2.251.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | USA NM-8431 LEASE/WELL NAMES - PENJACK FED 1, PENJACK FED 2, PENJACK FED 3, PENJACK FED 4, PENJACK FED 6, PENJACK FED 7, PENJACK FED 8, PENJACK FED 9, PENJACK FED 10, PENJACK FED 11 Q | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL
| | | | SANTA FE NM 87508
| | **List the contract number of any government contract** | USA NM-8431 | |

**2.252.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | USA NM-11596 - LEASE/WELL NAME - PJ FED COM 2 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL
| | | | SANTA FE NM 87508
| | **List the contract number of any government contract** | USA NM-11596 | |

**2.253.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | USA NM-14294 - LEASE/WELL NAMES - PZ FED 1, PZ FED 2 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL
| | | | SANTA FE NM 87508
| | **List the contract number of any government contract** | USA NM-14294 | |

**2.254.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | USA NM-29208 - LEASE/WELL NAMES - RICK FED 2, RICK FED COM 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT
| | **State the term remaining** | _____ | 301 DINOSAUR TRAIL
| | | | SANTA FE NM 87508
| | **List the contract number of any government contract** | USA NM-29208 | |

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

**2.255.**  **Title of contract**          OIL & GAS LEASE                  State the name and mailing address
                                                                           for all other parties with whom the
          **State what the contract or**   USA NMLC-060812A - LEASE/WELL NAME - ROCK QUEEN   debtor has an executory contract or
          **lease is for**                 UNIT 0028                       unexpired lease

          **Nature of debtor's interest**  CONTRACT PARTY                  BUREAU OF LAND MANAGEMENT
                                                                           301 DINOSAUR TRAIL
          **State the term remaining**     _____ SANTA FE NM 87508

          **List the contract number of**  USA NMLC-060812A
          **any government contract**

**2.256.**  **Title of contract**          OIL & GAS LEASE                  State the name and mailing address
                                                                           for all other parties with whom the
          **State what the contract or**   USA NMLC-068288 - LEASE/WELL NAME - ROCK QUEEN   debtor has an executory contract or
          **lease is for**                 UNIT 0029                       unexpired lease

          **Nature of debtor's interest**  CONTRACT PARTY                  BUREAU OF LAND MANAGEMENT
                                                                           301 DINOSAUR TRAIL
          **State the term remaining**     _____ SANTA FE NM 87508

          **List the contract number of**  USA NMLC-068288
          **any government contract**

**2.257.**  **Title of contract**          OIL & GAS LEASE                  State the name and mailing address
                                                                           for all other parties with whom the
          **State what the contract or**   USA NM-02509 - LEASE/WELL NAME - ROCK QUEEN UNIT   debtor has an executory contract or
          **lease is for**                 0030                            unexpired lease

          **Nature of debtor's interest**  CONTRACT PARTY                  BUREAU OF LAND MANAGEMENT
                                                                           301 DINOSAUR TRAIL
          **State the term remaining**     _____ SANTA FE NM 87508

          **List the contract number of**  USA NM-02509
          **any government contract**

**2.258.**  **Title of contract**          OIL & GAS LEASE                  State the name and mailing address
                                                                           for all other parties with whom the
          **State what the contract or**   USA NM-03844 - LEASE/WELL NAME - ROCK QUEEN UNIT   debtor has an executory contract or
          **lease is for**                 0031                            unexpired lease

          **Nature of debtor's interest**  CONTRACT PARTY                  BUREAU OF LAND MANAGEMENT
                                                                           301 DINOSAUR TRAIL
          **State the term remaining**     _____ SANTA FE NM 87508

          **List the contract number of**  USA NM-03844
          **any government contract**

**2.259.**  **Title of contract**          OIL & GAS LEASE                  State the name and mailing address
                                                                           for all other parties with whom the
          **State what the contract or**   USA NM-04385 - LEASE/WELL NAME - ROCK QUEEN UNIT   debtor has an executory contract or
          **lease is for**                 0032                            unexpired lease

          **Nature of debtor's interest**  CONTRACT PARTY                  BUREAU OF LAND MANAGEMENT
                                                                           301 DINOSAUR TRAIL
          **State the term remaining**     _____ SANTA FE NM 87508

          **List the contract number of**  USA NM-04385
          **any government contract**

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.260. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-06814 - LEASE/WELL NAME - SOUTHERN UNION 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | State the term remaining | | 301 DINOSAUR TRAIL<br>SANTA FE NM 87508 |
| | List the contract number of any government contract | USA NM-06814 | |

| 2.261. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-06815 - LEASE/WELL NAME - SOUTHERN UNION 2Y | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | State the term remaining | | 301 DINOSAUR TRAIL<br>SANTA FE NM 87508 |
| | List the contract number of any government contract | USA NM-06815 | |

| 2.262. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-117807 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | State the term remaining | | 301 DINOSAUR TRAIL<br>SANTA FE NM 87508 |
| | List the contract number of any government contract | USA NM-117807 | |

| 2.263. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-028755(A) - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 5 | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | State the term remaining | | 301 DINOSAUR TRAIL<br>SANTA FE NM 87508 |
| | List the contract number of any government contract | USA NMLC-028755(A) | |

| 2.264. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA LC-055561 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 7 (INJ) | |
| | Nature of debtor's interest | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT |
| | State the term remaining | | 301 DINOSAUR TRAIL<br>SANTA FE NM 87508 |
| | List the contract number of any government contract | USA LC-055561 | |

Debtor     **Remnant Oil Company, LLC**                                           Case number *(if known)* **19-70106**

**2.265.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | USA NM-117806 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 8 (INJ) |
| **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT
| **State the term remaining** | _____ | 301 DINOSAUR TRAIL
| **List the contract number of any government contract** | USA NM-117806 | SANTA FE NM 87508

**2.266.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | USA LC-062412 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 9 (INJ) |
| **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT
| **State the term remaining** | _____ | 301 DINOSAUR TRAIL
| **List the contract number of any government contract** | USA LC-062412 | SANTA FE NM 87508

**2.267.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | USA NM -34649 - LEASE/WELL NAME - SU FED 1 |
| **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT
| **State the term remaining** | _____ | 301 DINOSAUR TRAIL
| **List the contract number of any government contract** | USA NM-34649 | SANTA FE NM 87508

**2.268.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | USA NM -35925 - LEASE/WELL NAME - SU FED 1 |
| **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT
| **State the term remaining** | _____ | 301 DINOSAUR TRAIL
| **List the contract number of any government contract** | USA NM-35925 | SANTA FE NM 87508

**2.269.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
--- | --- | --- | ---
| **State what the contract or lease is for** | USA NM-0557729 - LEASE/WELL NAMES - SUN FEDERAL 1, SUN FEDERAL 3 |
| **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT
| **State the term remaining** | _____ | 301 DINOSAUR TRAIL
| **List the contract number of any government contract** | USA NM-0557729 | SANTA FE NM 87508

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.270.** **Title of contract**  OIL & GAS LEASE

| | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

**State what the contract or lease is for**  USA NM-18213 - LEASE/WELL NAME - SUZANNE FED 1

**Nature of debtor's interest**  CONTRACT PARTY

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**State the term remaining**  _____

**List the contract number of any government contract**  USA NM-18213

---

**2.271.** **Title of contract**  OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**  USA NMLC-063622 - LEASE/WELL NAMES - TENNECO FEDERAL 1, TENNESSEE FEDERAL 2, TEXAS CRUDE 1, TEXAS CRUDE 2

**Nature of debtor's interest**  CONTRACT PARTY

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**State the term remaining**  _____

**List the contract number of any government contract**  USA NMLC-063622

---

**2.272.** **Title of contract**  OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**  USA NM-8431 - LEASE/WELL NAMES - TYRELL FED COM 1, TYRELL FED COM 2, TYRELL 13 FED COM 4

**Nature of debtor's interest**  CONTRACT PARTY

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**State the term remaining**  _____

**List the contract number of any government contract**  USA NM-8431

---

**2.273.** **Title of contract**  OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**  USA NM-17039 - LEASE/WELL NAMES - TYRELL FED COM 1, TYRELL FED COM 2, TYRELL 13 FED COM 4

**Nature of debtor's interest**  CONTRACT PARTY

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**State the term remaining**  _____

**List the contract number of any government contract**  USA NM-17039

---

**2.274.** **Title of contract**  OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**  USA NM-17204 - LEASE/WELL NAMES - TYRELL FED COM 1, TYRELL FED COM 2, TYRELL 13 FED COM 4

**Nature of debtor's interest**  CONTRACT PARTY

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**State the term remaining**  _____

**List the contract number of any government contract**  USA NM-17204

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.275.** **Title of contract**

OIL & GAS LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

USA NM-26067 - LEASE/WELL NAMES - TYRELL FED COM 1, TYRELL FED COM 2, TYRELL 13 FED COM 4

**Nature of debtor's interest**

CONTRACT PARTY

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**State the term remaining**

_____

**List the contract number of any government contract**

USA NM-26067

---

**2.276.** **Title of contract**

OIL & GAS LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

USA NM-080128 SEGREGATED OUT OF NM-2419 - LEASE/WELL NAMES - WAKAN TANKA FEDERAL 1, WAKAN TANKA FEDERAL 2, WAKAN TANKA FEDERAL 3

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

_____

**List the contract number of any government contract**

USA NM-080128 SEGREGATED OUT OF NM-2419

---

**2.277.** **Title of contract**

OIL & GAS LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

USA NMLC-060812A - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 6

**Nature of debtor's interest**

CONTRACT PARTY

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**State the term remaining**

_____

**List the contract number of any government contract**

USA NMLC-060812A

---

**2.278.** **Title of contract**

OIL & GAS LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

USA NMLC-068371 - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 7

**Nature of debtor's interest**

CONTRACT PARTY

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**State the term remaining**

_____

**List the contract number of any government contract**

USA NMLC-068371

---

**2.279.** **Title of contract**

OIL & GAS LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

USA NMLC-060812 - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 8

**Nature of debtor's interest**

CONTRACT PARTY

BUREAU OF LAND MANAGEMENT
301 DINOSAUR TRAIL
SANTA FE NM 87508

**State the term remaining**

_____

**List the contract number of any government contract**

USA NMLC-060812

---

Debtor **Remnant Oil Company, LLC**                                                        Case number *(if known)* **19-70106**

| 2.280. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-060712 - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 10 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-060712 | |

| 2.281. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-060821 - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 10 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BUREAU OF LAND MANAGEMENT 301 DINOSAUR TRAIL SANTA FE NM 87508 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-060821 | |

| 2.282. | **Title of contract** | AMERIND, OIL CO. OPERATING AGREEMENT DATED MAY 1, 1983 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - SW4 SECTION 21, TOWNSHIP 16 SOUTH, RANGE 37 EAST NMPM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BURLINGTON INDUSTRIES, INC. ATTENTION: MR. RALPH SHELTON P. O. BOX 21207 GREENSBORO NC 27420 |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.283. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-379 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 43 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BURNHAM OIL COMPANY |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM E-379 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.284.** **Title of contract** — AMERIND, OIL CO. OPERATING AGREEMENT DATED MAY 1, 1983

**State what the contract or lease is for** — LEA COUNTY, NM - SW4 SECTION 21, TOWNSHIP 16 SOUTH, RANGE 37 EAST NMPM

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract** — _____

*State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease*

C & K PETROLEUM, INC.
DRAWER 3546
MIDLAND TX 79702

**2.285.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — USA LC-064098 - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 16

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — USA LC-064098

*State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease*

C N OCHILTREE

**2.286.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — USA NMLC-063622 - LEASE/WELL NAMES - TENNECO FEDERAL 1, TENNESSEE FEDERAL 2, TEXAS CRUDE 1, TEXAS CRUDE 2

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — USA NMLC-063622

*State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease*

C U BAY

**2.287.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — USA NMLC-029437 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #014, NORTH SQUARE LAKE UNIT #022

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — USA NMLC-029437

*State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease*

C W GRIER

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | | | |
|---|---|---|---|
| 2.288. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NMLC-029437 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #197 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | C W GRIER |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-029437 | |

| | | | |
|---|---|---|---|
| 2.289. | **Title of contract** | DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | C. ROBERT SWANBECK, M.D. |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.290. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ST NM LG-4524 - LEASE/WELL NAME - CAL MON 1 (INJ)), CAL-MON 2, CAL-MON 3, CAL-MON 4, CAL-MON 5, CAL-MON 6 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CAL-MON OIL COMPANY |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM LG-4524 | |

| | | | |
|---|---|---|---|
| 2.291. | **Title of contract** | DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CAPSTAR DRILLING |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.292.** | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| State what the contract or lease is for | CHAVES COUNTY, NM - LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM | CARL ENGWALL

| Nature of debtor's interest | CONTRACT PARTY

| State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION

| List the contract number of any government contract | _____

**2.293.** | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SECTION 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4, NE1/4; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC 30: W1/2, SEC 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST SEC 6: ALL, SEC 7: LOTS 3, 4 E1/2, E1/2SW1/4 | CARL ENGWALL

| Nature of debtor's interest | CONTRACT PARTY

| State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

| List the contract number of any government contract | _____

**2.294.** | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4 | CARL ENGWALL P. O. BOX 1782 ROSWELL NM 88202

| Nature of debtor's interest | CONTRACT PARTY

| State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION

| List the contract number of any government contract | _____

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.295. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1987 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4NE14, SEC 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH·, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SEC. 12: E1/2, SEC. 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | CARL ENGWALL |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | | |

| 2.296. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC. 12: E1/2, SEC. 13: N1/4NEJ1/4, TOWNSHIP .10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC 7: LOTS 3 , 4 , E1/2, , E1/2SW1/4 | CARL ENGWALL |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | | |

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.297. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED 14, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - SECTION 26: NE1/4, TOWNSHIP 9 SOUTH, RANGE 25 EAST, NMPM | CARL ENGWALL |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.298. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY,NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SECTION 30: W1/2, SECTION 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NW1/4SW1/4, SE1/4, SECTION 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | CARL ENGWALL |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

| 2.299. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DAVID AND LOURENE MCCREA, ET AL (32) - LEASE/WELL NAMES - MCCREA FEE COM 1, MCCREA FEE COM 2 | CARL ENGWALL, ET AL |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

| 2.300. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | ST NM B-8876 - LEASE/WELL NAME - AURORA STATE 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | CARPER DRILLING CO INC |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM B-8876 | |

| 2.301. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | USA NM-016803 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #001 | |
| | Nature of debtor's interest | CONTRACT PARTY | CARPER DRILLING CO INC |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-016803 | |

| 2.302. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | USA NM-120355 - LEASE/WELL NAME - DQSU 0014 | |
| | Nature of debtor's interest | CONTRACT PARTY | CELERO ENERGY 11 LP |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-120355 | |

| 2.303. | Title of contract | ROCK QUEEN UNIT AGREEMENT AND AMENDED UNIT AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | CHAVES AND LEA COUNTIES, NM - STATE/FEDERAL/FEE, WATER FLOOD UNITI - DEVELOPMENT AND OPERATION OF ROCK QUEEN UNIT | |
| | Nature of debtor's interest | CONTRACT PARTY | CELERO ENERGY II, LP |
| | State the term remaining | ON NOTICE | |
| | List the contract number of any government contract | _____ | |

| 2.304. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | USA NM-114964 - LEASE/WELL NAME - COMANCHE HILL 18 FED 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | CHALFANT PROPERTIES INC. |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-114964 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.305. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-015068 - LEASE/WELL NAMES - MCKEE WILSON 1, MCKEE WILSON 2 | |
| | Nature of debtor's interest | CONTRACT PARTY | CHARLES B GONSALES |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-015068 | |

| 2.306. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-029358 - LEASE/WELL NAMES - OHIO JONES 1, OHIO JONES 2 | |
| | Nature of debtor's interest | CONTRACT PARTY | CHARLES E JONES |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NMLC-029358 | |

| 2.307. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-107697 - LEASE/WELL NAMES - OHIO JONES 1, OHIO JONES 2 | |
| | Nature of debtor's interest | CONTRACT PARTY | CHARLES E JONES |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-107697 | |

| 2.308. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-28500 - LEASE/WELL NAME - HILL FEDERAL 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | CHARLES S. ARMS |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-28500 | |

| 2.309. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-15290 - LEASE/WELL NAME - LUKE FED COM 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | CHARLOTTE HAHN |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-15290 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.310.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | USA NM-20338 - LEASE/WELL NAME - LUKE FED COM 1 |
| | **Nature of debtor's interest** | CONTRACT PARTY | CHARLOTTE HAHN
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | USA NM-20338 |

**2.311.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | ST NM V0-4556 - LEASE/WELL NAME - SNAKE EYES ST 1 |
| | **Nature of debtor's interest** | CONTRACT PARTY | CHI ENERGY INC
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | ST NM V0-4556 |

**2.312.** | **Title of contract** | DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM |
| | **Nature of debtor's interest** | CONTRACT PARTY | CHRIS M MORPHEW
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE |
| | **List the contract number of any government contract** | _____ |

**2.313.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED OCTOBER 5, 1983 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - NE1/4 SECTION 13, TOWNSHIP 9 SOUTH, RANGE 25 EAST |
| | **Nature of debtor's interest** | CONTRACT PARTY | CHRISTINE ELLIOTT
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

Debtor  **Remnant Oil Company, LLC**                                        Case number *(if known)* **19-70106**

| 2.314. | Title of contract | CO2 PIPELINE RIGHT OF WAY AND ACCESS RIGHTS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RIGHT OF WAY AND ACCESS RIGHTS - PART OF SECTIONS 14, 23 AND 26, TOWNSHIP 12 SOUTH, RANGE 31 EAST | |
| | Nature of debtor's interest | GRANTEE | CINDY REYNOLDS HC12, BOX 6 CAPROCK NM 882132 |
| | State the term remaining | AGREEMENT DATE 9/3/2010 | |
| | List the contract number of any government contract | _____ | |

| 2.315. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM VC-0009 - LEASE/WELL NAME - DQSU 0029 | |
| | Nature of debtor's interest | CONTRACT PARTY | CIRCLE RIDGE PRODUCTION CO |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM VC-0009 | |

| 2.316. | Title of contract | ROCK QUEEN UNIT AGREEMENT AND AMENDED UNIT AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES AND LEA COUNTIES, NM - STATE/FEDERAL/FEE, WATER FLOOD UNITI - DEVELOPMENT AND OPERATION OF ROCK QUEEN UNIT | |
| | Nature of debtor's interest | CONTRACT PARTY | CIRCLE RIDGE PRODUCTION, INC. |
| | State the term remaining | ON NOTICE | |
| | List the contract number of any government contract | _____ | |

| 2.317. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-02419 - LEASE/WELL NAME - DQSU 0025 | |
| | Nature of debtor's interest | CONTRACT PARTY | CITIES SERVICE OIL COMPANY |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-02419 | |

| 2.318. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-03927 - LEASE/WELL NAME - DQSU 0026 | |
| | Nature of debtor's interest | CONTRACT PARTY | CITIES SERVICE OIL COMPANY |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-03927 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.319.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | State what the contract or lease is for | ST NM E-06401 - LEASE/WELL NAME - DQSU 0046 |
| | Nature of debtor's interest | CONTRACT PARTY | CITIES SERVICE OIL COMPANY
| | State the term remaining | _____ |
| | List the contract number of any government contract | ST NM E-06401 |

**2.320.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | State what the contract or lease is for | USA NM-91906 - LEASE/WELL NAME - KARANKAWA FEDERAL 1 |
| | Nature of debtor's interest | CONTRACT PARTY | CITIES SERVICE OIL COMPANY
| | State the term remaining | _____ |
| | List the contract number of any government contract | USA NM-91906 |

**2.321.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | State what the contract or lease is for | USA NMLC-065561-A - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #113 |
| | Nature of debtor's interest | CONTRACT PARTY | CITIES SERVICE OIL COMPANY
| | State the term remaining | _____ |
| | List the contract number of any government contract | USA NMLC-065561-A |

**2.322.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | State what the contract or lease is for | USA NMLC-056302-B - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #168, NORTH SQUARE LAKE UNIT #166, NORTH SQUARE LAKE UNIT #171, NORTH SQUARE LAKE UNIT #172 | CITIES SERVICE OIL COMPANY
| | Nature of debtor's interest | CONTRACT PARTY |
| | State the term remaining | _____ |
| | List the contract number of any government contract | USA NMLC-056302-B |

**2.323.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | State what the contract or lease is for | USA NMLC-065561-A - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #174 |
| | Nature of debtor's interest | CONTRACT PARTY | CITIES SERVICE OIL COMPANY
| | State the term remaining | _____ |
| | List the contract number of any government contract | USA NMLC-065561-A |

Debtor   **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.324. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-08128, SEGREAGTED OUT OF NM-2419 - LEASE/WELL NAMES -OXY FEDERAL COM 1, OXY FEDERAL COM 2 | CITIES SERVICE OIL COMPANY |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-080128, SEGREGATED OUT OF NM-2419 | |

| 2.325. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-80127, SEGREAGTED OUT OF NM-03927 - LEASE/WELL NAMES -OXY FEDERAL COM 1, OXY FEDERAL COM 2 | CITIES SERVICE OIL COMPANY |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-80127 SEGREGATED OUT OF NM-03927 | |

| 2.326. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM E0-6401 - LEASE/WELL NAME - ROCK QUEEN UNIT 0067 | CITIES SERVICE OIL COMPANY |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM E0-6401 | |

| 2.327. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-080128 SEGREGATED OUT OF NM-2419 - LEASE/WELL NAMES - WAKAN TANKA FEDERAL 1, WAKAN TANKA FEDERAL 2, WAKAN TANKA FEDERAL 3 | CITIES SERVICE OIL COMPANY |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-080128 SEGREGATED OUT OF NM-2419 | |

| 2.328. | Title of contract | LEASE AND AMENDMENT NO 1 TO LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASE OF OFFICE LOCATED AT 6 DESTA DRIVE, SUITE 5100, MIDLAND, TX 79705 | CLAYDESTA BUILDINGS, L.P. 6 DESTA DRIVE SUITE 5725 MIDLAND TX 79705 |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 10/31/2019 | |
| | List the contract number of any government contract | _____ | |

Debtor **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| 2.329. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | DAVID MCREA ET UX - LEASE/WELL NAME - FINCH FEE 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | CLELLA M FINCH |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.330. | Title of contract | THUNDERBOLT PETROLEUM, LLC AGREEMENT DATED NOVEMBER 23, 1999 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EDDY COUNTY, NM - SW/4 SECTION 16, T-18-S, R-29-E | |
| | Nature of debtor's interest | CONTRACT PARTY | CLIFTON SHUMATE 2201 VENTNOR ARLINGTON TX 76011 |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL, OR OTHERWISE | |
| | List the contract number of any government contract | | |

| 2.331. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CLYDE & LELA BROWNING - LEASE/WELL NAME - ROCK QUEEN UNIT 0069 | |
| | Nature of debtor's interest | CONTRACT PARTY | CLYDE & LELA BROWNING |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.332. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CLYDE ZIMMERMAN ET AL - LEASE/WELL NAME DQSU 0058 | |
| | Nature of debtor's interest | CONTRACT PARTY | CLYDE ZIMMERMAN ET AL |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.333. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STELLA ZIMMERMAN ET AL & CLYDE ZIMMERMAN ET AL - LEASE/WELL NAMES - ZIMMERMAN 2, ZIMMERMAN A 1, ZIMMERMAN A 3, ZIMMERMAN A 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | CLYDE ZIMMERMAN ET AL |
| | State the term remaining | ON NOTICE | |
| | List the contract number of any government contract | | |

Debtor **Remnant Oil Company, LLC**                     Case number *(if known)* **19-70106**

| 2.334. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM V0-8710 - LEASE/WELL NAME - RANGER LAKE 1 ST 1H | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COG OPERATING LLC |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM V0-8710 | |

| 2.335. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM VA-0331 - LEASE/WELL NAME - NEW MEXICO STATE 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COLUMBIA GAS DEVELOPMENT CORP |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM VA-0331 | |

| 2.336. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | CONTRACT PARTY | COQUINA OIL CORPORATION |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-44594 | |

| 2.337. | **Title of contract** | BEARD OIL COMPANY OPERATING AGREEMENT DATED JUNE 23, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - N/2 SECTION 23., TOWNSHIP 9 SOUTH., RANGE 25 EAST | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CORINNE GRACE PO BOX 1418 CARLSBAD NM 88220 |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA OR 120 - DAYS AFTER ABANDONMENT OF WELL | |
| | **List the contract number of any government contract** | _____ | |

| 2.338. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXCHANGE OIL & GAS CORP ET AL - LEASE/WELL NAME - RIO BRAVO FEE 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CORONADO EXPLORATION CORP |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.339.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — USA NM-100530 - LEASE/WELL NAME - CHAMA 3 FED 1H

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — USA NM-100530

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

COSTILLA ENERGY INC

**2.340.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — USA NM-100530 - LEASE/WELL NAME - CAL-MON 6, CHAMA 3 FED 2H

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — USA NM-100530

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

COSTILLA ENERGY INC

**2.341.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — USA NM-100530 - LEASE/WELL NAME - NIAGARA 3 FEE COM 1H

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — USA NM-100530

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

COSTILLA ENERGY INC

**2.342.** Title of contract — THUNDERBOLT PETROLEUM, LLC AGREEMENT DATED NOVEMBER 23, 1999

State what the contract or lease is for — EDDY COUNTY, NM - SW/4 SECTION 16, T-18-S, R-29-E

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL, OR OTHERWISE

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

CURTIS HARDING
2613 PUTMAUM DRIVE
CLOVIS NM 88101

Debtor    **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.343. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 9, 1981 |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 8 SOUTH, RANGE 24 EAST, N.M.P.M., SECTION 1: S1/2, SECTION 12: W1/2; TOWNSHIP 8 SOUTH, RANGE 25 EAST, N.M.P.M., SECTION 6: W1/2, SECTION 7: W1/2 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CURTIS STEVENS

| | | |
|---|---|---|
| 2.344. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED JUNE 15, 1984 |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 5 SOUTH, RANGE 25 EAST, N.M.P.M. SECTION 28: SW1/4 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CURTIS STEVENS

| | | |
|---|---|---|
| 2.345. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

CYNTHIA TOLES SHURDEN
P.O. BOX 3206
HOUSTON TX 77253

Debtor **Remnant Oil Company, LLC**      Case number *(if known)* **19-70106**

| 2.346. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM B-2884 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #117 | |
| | Nature of debtor's interest | CONTRACT PARTY | CYRUS H JONES |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM B-2884 | |

| 2.347. | Title of contract | DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM | DAKOTA RESOURCES, INC . |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE | |
| | List the contract number of any government contract | _____ | |

| 2.348. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | DAVID AND LOURENE MCCREA, ET AL (32) - LEASE/WELL NAMES - MCCREA FEE COM 1, MCCREA FEE COM 2 | DAVID AND LOURENE MCCREA, ET AL (32) |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.349. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | DAVID MCREA ET UX - LEASE/WELL NAME - FINCH FEE 1 | DAVID MCREA ET UX |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.350. | **Title of contract** | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | DAVID R. GANNAWAY |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.351. | **Title of contract** | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | DAVID S. HARLE |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.352. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM-2464 - LEASE/WELL NAMES - TOLMAC STATE 1, TOLMAC STATE 2, TOLMAC STATE 3, TOLMAC STATE 4, TOLMAC STATE 5, TOLMAC STATE 6 | DEL LEA INC |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM-2464 | |

Debtor    **Remnant Oil Company, LLC**                                                      Case number *(if known)* **19-70106**

| 2.353. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA LC-06209 - LEASE/WELL NAME - EMPIRE 34 FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DEPCO INC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA LC-062029 | |

| 2.354. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA LC-06209 - LEASE/WELL NAME - EMPIRE 34 FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DEPCO INC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-34462 | |

| 2.355. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA LC-06209 - LEASE/WELL NAME - EMPIRE 34 FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DEPCO INC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-10907A | |

| 2.356. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-13978 - LEASE/WELL NAME -LEEMAN FED 1, LEEMAN FED 2, LEEMAN FED 5 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DON J LEEMAN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-13978 | |

| 2.357. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-18213 - LEASE/WELL NAME - SUZANNE FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DON J LEEMAN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-18213 | |

Debtor **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| 2.358. | Title of contract | ROCK QUEEN UNIT AGREEMENT AND AMENDED UNIT AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--------|--------------------|------------------------------------------------------|----------------------------------------------------------------------------------------------------------------------------|
| | State what the contract or lease is for | CHAVES AND LEA COUNTIES, NM - STATE/FEDERAL/FEE, WATER FLOOD UNIT I - DEVELOPMENT AND OPERATION OF ROCK QUEEN UNIT | DOROTHY ELIZABETH CLARDY BARNETT |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | ON NOTICE | |
| | List the contract number of any government contract | | |

| 2.359. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--------|--------------------|------------------|----------------------------------------------------------------------------------------------------------------------------|
| | State what the contract or lease is for | ST NM B-6869 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 47 | |
| | Nature of debtor's interest | CONTRACT PARTY | DOROTHY HEARD |
| | State the term remaining | | |
| | List the contract number of any government contract | ST NM B-6869 | |

| 2.360. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--------|--------------------|------------------|----------------------------------------------------------------------------------------------------------------------------|
| | State what the contract or lease is for | ST NM B-6631 - LEASE/WELL NAME - WILSON STATE 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | DOROTHY HEARD |
| | State the term remaining | | |
| | List the contract number of any government contract | ST NM B-6631 | |

| 2.361. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--------|--------------------|-------------------------------------------------------------------|----------------------------------------------------------------------------------------------------------------------------|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4 | DOROTHY KEMPER P. O. BOX 1IO5 ARTESIA NM 88210 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.362.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | State what the contract or lease is for | USA NM-16357 - LEASE/WELL NAME - LANGLEY A FED 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | DOROTHY LANGLEY |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-16357 | |

**2.363.** | Title of contract | THUNDERBOLT PETROLEUM, LLC AGREEMENT DATED NOVEMBER 23, 1999 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | State what the contract or lease is for | EDDY COUNTY, NM - SW/4 SECTION 16, T-18-S, R-29-E | |
| | Nature of debtor's interest | CONTRACT PARTY | DR. ROBERT L. DALE 15419 PEACH HILL ROAD SARATOGA CA 95070 |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL, OR OTHERWISE | |
| | List the contract number of any government contract | | |

**2.364.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | State what the contract or lease is for | USA NMLC-028755(A) - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 5 | |
| | Nature of debtor's interest | CONTRACT PARTY | E A PATON |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NMLC-028755(A) | |

**2.365.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | State what the contract or lease is for | USA NM-15290 - LEASE/WELL NAME - LUKE FED COM 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | E A WITTER |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-15290 | |

**2.366.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | State what the contract or lease is for | USA NM-20338 - LEASE/WELL NAME - LUKE FED COM 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | E A WITTER |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-20338 | |

Debtor    **Remnant Oil Company, LLC**          Case number *(if known)* **19-70106**

| 2.367. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-559993 - LEASE/WELL NAME - MM FED 1, MM FED 4, MM FED 5, 297, MM FED 7, MM FED 8, MM FED 9, , MM FED 11, MM 25 FED 12 | E A WITTER |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-559993 | |

| 2.368. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-559993 - LEASE/WELL NAME - MM FED 1, MM FED 4, MM FED 5, 297, MM FED 7, MM FED 8, MM FED 9, , MM FED 11, MM 25 FED 12 | E A WITTER |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-43525 | |

| 2.369. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-559993 - LEASE/WELL NAME - MM FED 1, MM FED 4, MM FED 5, 297, MM FED 7, MM FED 8, MM FED 9, , MM FED 11, MM 25 FED 12 | E A WITTER |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-29208 | |

| 2.370. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-067982-B - LEASE/WELL NAMES - LUSK SEVEN RIVERS UNIT 1, LUSK SEVEN RIVERS UNIT 2, LUSK SEVEN RIVERS UNIT 3, LUSK SEVEN RIVERS UNIT 4, LUSK SEVEN RIVERS UNIT 5, LUSK SEVEN RIVERS UNIT 7, LUSK SEVEN RIVERS UNIT 8 | E B TODHUNTER |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NMLC-067982-B | |

| 2.371. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-067230 - LEASE/WELL NAMES - LUSK SEVEN RIVERS UNIT 1, LUSK SEVEN RIVERS UNIT 2, LUSK SEVEN RIVERS UNIT 3, LUSK SEVEN RIVERS UNIT 4, LUSK SEVEN RIVERS UNIT 5, LUSK SEVEN RIVERS UNIT 7, LUSK SEVEN RIVERS UNIT 8 | E B TODHUNTER |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NMLC-067230 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.372. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | E H LUMPKIN ET UX, ET AL (35) - LEASE/WELL NAME - HIGGINS TRUST 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | E H LUMPKIN ET UX, ET AL (35) |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.373. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | E H LUMPKIN ET UX, ET AL (35) - LEASE/WELL NAME - HIGGINS TRUST 2 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | E H LUMPKIN ET UX, ET AL (35) |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.374. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B0-8822 - LEASE/WELL NAME - DQSU 0028 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EARL G LEVICK |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM B0-8822 | |

| 2.375. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-08822 - LEASE/WELL NAME - ROCK QUEEN UNIT 0064 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EARL G LEVICK |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM B-08822 | |

| 2.376. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-060712 - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 10 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ED SHOCKLET |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NMLC-060712 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.377.**    **Title of contract**     OIL & GAS LEASE

      **State what the contract or lease is for**     USA NM-06814 - LEASE/WELL NAME - SOUTHERN UNION 1

      **Nature of debtor's interest**     CONTRACT PARTY

      **State the term remaining**     _____

      **List the contract number of any government contract**     USA NM-06814

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

EDWARD P CHASE

---

**2.378.**    **Title of contract**     OIL & GAS LEASE

      **State what the contract or lease is for**     USA NM-06815 - LEASE/WELL NAME - SOUTHERN UNION 2Y

      **Nature of debtor's interest**     CONTRACT PARTY

      **State the term remaining**     _____

      **List the contract number of any government contract**     USA NM-06815

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

EDWARD P CHASE

---

**2.379.**    **Title of contract**     MARBOB ENERGY CORPORATION OPERATING AGREEMENT DATED AUGUST 1, 1997

      **State what the contract or lease is for**     CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 28 EAST, NMPM, SECTION: 19: E/2 & SECTION 30: ALL

      **Nature of debtor's interest**     CONTRACT PARTY

      **State the term remaining**     IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION

      **List the contract number of any government contract**     _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

ELDORADO OIL COMPANY LTD

---

**2.380.**    **Title of contract**     HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993

      **State what the contract or lease is for**     CHAVES COUNTY, NM - ALL SECTION 12-TL3S-R27E: ALL SECTION 7-TL3S-R28E; KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4 SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4 SECTION 17 ALL LOCATED IN TL3S-R28E

      **Nature of debtor's interest**     CONTRACT PARTY

      **State the term remaining**     SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE.

      **List the contract number of any government contract**     _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

ELK OIL COMPANY
P.O. BOX 310
ROSWELL NM 88202

---

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| 2.381. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4 | ELK OIL COMPANY P.O. BOX 310 ROSWELL NM 88202 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.382. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM | ELK OIL COMPANY |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.383. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SECTION 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4, NE1/4; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC 30: W1/2, SEC 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST SEC 6: ALL, SEC 7: LOTS 3, 4 E1/2, E1/2SW1/4 | ELK OIL COMPANY |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | _____ | |

Debtor   **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| 2.384. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4 | ELK OIL COMPANY P. O. BOX 310 ROSWELL NM 88202 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | | |

| 2.385. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1987 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4NE14, SEC 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH·, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SEC. 12: E1/2, SEC. 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | ELK OIL COMPANY |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | | |

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.386. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ELK OIL COMPANY

**State what the contract or lease is for**

CHAVES COUNTY, NM -
TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC. 12: E1/2, SEC. 13: N1/4NEJ1/4, TOWNSHIP .10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC 7: LOTS 3 , 4 , E1/2, , E1/2SW1/4

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

**List the contract number of any government contract**

_____

2.387.    **Title of contract**    MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED 14, 1984

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ELK OIL COMPANY

**State what the contract or lease is for**

CHAVES COUNTY, NM -
SECTION 26: NE1/4, TOWNSHIP 9 SOUTH, RANGE 25 EAST, NMPM

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract**

_____

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.388.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | CHAVES COUNTY,NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SECTION 30: W1/2, SECTION 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NW1/4SW1/4, SE1/4, SECTION 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | ELK OIL COMPANY

| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| **List the contract number of any government contract** | |

**2.389.** | **Title of contract** | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | ELK OIL COMPANY

| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |
| **List the contract number of any government contract** | |

**2.390.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | USA NM-34657 - LEASE/WELL NAMES - AMOCO FEDERAL 1, AMOCO FEDERAL 2, AMOCO FEDERAL 3 SWD, AMOCO FEDERAL 4, AMOCO FEDERAL 5, AMOCO FEDERAL 6 | EMMETT EARL PITTS 10508 SE 276TH STREET KENT WA 98030

| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | |
| **List the contract number of any government contract** | USA NM-34657 |

Debtor    **Remnant Oil Company, LLC**                                        Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| **2.391.** | **Title of contract** | OIL & GAS LEASE |

**State what the contract or lease is for**  USA NM-33953 - LEASE/WELL NAMES - AMOCO FEDERAL 2, AMOCO FEDERAL 3 SWD, AMOCO FEDERAL 4, AMOCO FEDERAL 5, AMOCO FEDERAL 6,

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  USA NM-33953

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EMMETT EARL PITTS
10508 SE 276TH STREET
KENT WA 98030

---

**2.392.  Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  ST NM B-1483 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 59

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  ST NM B-1483

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

EMPIRE GAS & FUEL CO

---

**2.393.  Title of contract**  MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987

**State what the contract or lease is for**  CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ENERLOC RESOURCES
1221 MECHEM DR.
RUIDOSO NM 88345

---

**2.394.  Title of contract**  MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989

**State what the contract or lease is for**  CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ENERLOC RESOURCES, INC.
1221 MECHEM DR.
RUIDOSO NM 88345

---

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.395. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED 14, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - SECTION 26: NE1/4, TOWNSHIP 9 SOUTH, RANGE 25 EAST, NMPM | ENERLOC RESOURSES, INC. |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.396. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4 | ENGWALL LIVING TRUST P.O. BOX 1782 ROSWELL NM 88202 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.397. | **Title of contract** | ENTERPRISE FLEET MANAGEMENT - OPEN END EQUITY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASED - 2014 FORD F150 PICKUP TRUCK, VIN 1FTFW1R68EFA69447 | ENTERPRISE FLEET MANAGEMENT KARA JONES FINANCE MANAGER 4210 SOUTH CONGRESS AVE AUSTIN TX 78745 |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 6/5/2020 | |
| | **List the contract number of any government contract** | _____ | |

| 2.398. | **Title of contract** | ENTERPRISE FLEET MANAGEMENT - OPEN END EQUITY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASED - 2016 TOYOTA TUNDRA PICKUP, VIN 5TFCW5F12GX019840 | ENTERPRISE FLEET MANAGEMENT KARA JONES FINANCE MANAGER 4210 SOUTH CONGRESS AVE AUSTIN TX 78745 |
| | **Nature of debtor's interest** | LESSEE | |
| | **State the term remaining** | 5/4/2020 | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.399. | Title of contract | ENTERPRISE FLEET MANAGEMENT - OPEN END EQUITY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEASED - 2014 TOYOTA TUNDRA PICKUP, VIN 5TFUM5F18EX054454 | ENTERPRISE FLEET MANAGEMENT KARA JONES FINANCE MANAGER 4210 SOUTH CONGRESS AVE AUSTIN TX 78745 |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 5/4/2020 | |
| | List the contract number of any government contract | _____ | |

| 2.400. | Title of contract | ENTERPRISE FLEET MANAGEMENT - OPEN END EQUITY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEASED - 2017 FORD F150 PICKUP TRUCK, VIN 1FTEW1EF7HKC47037 | ENTERPRISE FLEET MANAGEMENT KARA JONES FINANCE MANAGER 4210 SOUTH CONGRESS AVE AUSTIN TX 78745 |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 3/29/2020 | |
| | List the contract number of any government contract | _____ | |

| 2.401. | Title of contract | ENTERPRISE FLEET MANAGEMENT - OPEN END EQUITY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEASED - 2015 CHEVROLET 1500 PICKUP, VIN 3GCUKREC4FG196340 | ENTERPRISE FLEET MANAGEMENT KARA JONES FINANCE MANAGER 4210 SOUTH CONGRESS AVE AUSTIN TX 78745 |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 7/15/2022 | |
| | List the contract number of any government contract | _____ | |

| 2.402. | Title of contract | ENTERPRISE FLEET MANAGEMENT - OPEN END EQUITY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEASED - 2017 TOYOTA TACOMA PICKUP, VIN 3TMCZ5AN2HM110034 | ENTERPRISE FLEET MANAGEMENT KARA JONES FINANCE MANAGER 4210 SOUTH CONGRESS AVE AUSTIN TX 78745 |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 11/21/2021 | |
| | List the contract number of any government contract | _____ | |

| 2.403. | Title of contract | ENTERPRISE FLEET MANAGEMENT - OPEN END EQUITY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEASED - 2018 FORD F250 PICKUP, VIN 1FT7W2BT3JEC26537 | ENTERPRISE FLEET MANAGEMENT KARA JONES FINANCE MANAGER 4210 SOUTH CONGRESS AVE AUSTIN TX 78745 |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 5/28/2022 | |
| | List the contract number of any government contract | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.404. | Title of contract | ENTERPRISE FLEET MANAGEMENT - OPEN END EQUITY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEASED - 2018 TOYOTA TUNDRA PICKUP, VIN 5TFDW5F1XJX692564 | ENTERPRISE FLEET MANAGEMENT KARA JONES FINANCE MANAGER 4210 SOUTH CONGRESS AVE AUSTIN TX 78745 |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 12/21/2021 | |
| | List the contract number of any government contract | _____ | |

| 2.405. | Title of contract | ENTERPRISE FLEET MANAGEMENT - OPEN END EQUITY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEASED - 2019 FORD F-150 TRUCK, VIN 1FTEX1EB5KKD33397 | ENTERPRISE FLEET MANAGEMENT KARA JONES FINANCE MANAGER 4210 SOUTH CONGRESS AVE AUSTIN TX 78745 |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 4/10/2023 | |
| | List the contract number of any government contract | _____ | |

| 2.406. | Title of contract | ENTERPRISE FLEET MANAGEMENT - OPEN END EQUITY LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEASED - 2019 FORD F-150 TRUCK, VIN 1FTEX1EB3KKD33396 | ENTERPRISE FLEET MANAGEMENT KARA JONES FINANCE MANAGER 4210 SOUTH CONGRESS AVE AUSTIN TX 78745 |
| | Nature of debtor's interest | LESSEE | |
| | State the term remaining | 4/10/2023 | |
| | List the contract number of any government contract | _____ | |

| 2.407. | Title of contract | MAINTENANCE MANAGEMENT AND FLEET RENTAL AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEASED VEHICLES REPAIR AND MAINTENANCE | ENTERPRISE FLEET MANAGEMENT KARA JONES FINANCE MANAGER 4210 SOUTH CONGRESS AVE AUSTIN TX 78745 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | ON WRITTEN NOTICE BY EITHER PARTY | |
| | List the contract number of any government contract | _____ | |

| 2.408. | Title of contract | MAINTENANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEASED VEHICLE MAINTENANCE | ENTERPRISE FLEET MANAGEMENT KARA JONES FINANCE MANAGER 4210 SOUTH CONGRESS AVE AUSTIN TX 78745 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | LAST DAY OF CALENDAR MONTH WITH 60 - DAYS WRITTEN NOTICE | |
| | List the contract number of any government contract | _____ | |

Debtor  **Remnant Oil Company, LLC**  Case number *(if known)* **19-70106**

| 2.409. | **Title of contract** | MASTER EQUITY LEASE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VEHICLE LEASES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ENTERPRISE FM TRUST |
| | **State the term remaining** | ON TERMINATION OF SPECIFIC VEHICLE LEASES | ENTERPRISE FLEET MANAGEMENT KARA JONES 4210 SOUTH CONGRESS AVE |
| | **List the contract number of any government contract** | _____ | AUSTIN TX 78745 |

| 2.410. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | JOE STEELE ET UX - LEASE/WELL NAME - NIAGARA 3 FEE COM 2H | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EOG RESOURCES |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.411. | **Title of contract** | WEBSITE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WEBSITE SETUP AND MAINTENANCE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EQUISOLVE |
| | **State the term remaining** | ON NOTICE | 2455 E SUNRISE BLVD #1201 FT. LAUDERDALE FL 33304 |
| | **List the contract number of any government contract** | _____ | |

| 2.412. | **Title of contract** | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | ESCO ENERGY CO.RPORATION |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN·FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.413. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-063368 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #109, NORTH SQUARE LAKE UNIT #111 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ESTATE OF R L TAYLOE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-063368 | |

| 2.414. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-063368 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #132 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ESTATE OF R L TAYLOE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-063368 | |

| 2.415. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-063368 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #135 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ESTATE OF R L TAYLOE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-063368 | |

| 2.416. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-063368 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #167, NORTH SQUARE LAKE UNIT #170, NORTH SQUARE LAKE UNIT #184 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ESTATE OF R L TAYLOE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-063368 | |

| 2.417. | **Title of contract** | AGENCY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGENCY AGREEMENT FOR GATHERER AGREEMENT NO. 0156WTX | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ETC FIELD SERVICES LLC 8111 WESTCHESTER DRIVE SUITE 600 DALLAS TX 75225 |
| | **State the term remaining** | EFFECTIVE 1/1/2018 AND CONTINUES UNTIL 30 - DAYS WRITTEN NOTICE | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.418.** | Title of contract | GAS GATHERING AND PROCESSING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | State what the contract or lease is for | GAS GATHERIN AND PROCESSING AGREEMENT NO. 0156WTX |
| | Nature of debtor's interest | CONTRACT PARTY | ETC FIELD SERVICES LLC CONTRACT ADMINISTRATION 8111 WESTCHESTER DRIVE SUITE 600 DALLAS TX 75225
| | State the term remaining | 3/1/2028 AND THEREAFTER MONTH TO MONTH UNTIL 30 - DAYS WRITTEN NOTICE |
| | List the contract number of any government contract | _____ |

**2.419.** | Title of contract | AGENCY AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | State what the contract or lease is for | AGENCY AGREEMENT FOR GAS PURCHASING AGREEMENT NOS. L-571 AND 01P184 |
| | Nature of debtor's interest | CONTRACT PARTY | ETC FIELD SERVICES LLC CONTRACT ADMINISTRATION 8111 WESTCHESTER DRIVE SUITE 600 DALLAS TX 75225
| | State the term remaining | 30 - DAYS WRITTEN NOTICE BY EITHER PARTY |
| | List the contract number of any government contract | _____ |

**2.420.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | State what the contract or lease is for | USA NMLC-068288 - LEASE/WELL NAME - ROCK QUEEN UNIT 0029 |
| | Nature of debtor's interest | CONTRACT PARTY | ETHEL P ERWIN
| | State the term remaining | _____ |
| | List the contract number of any government contract | USA NMLC-068288 |

**2.421.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | State what the contract or lease is for | ST NM E-8063 - LEASE/WELL NAME - ROCK QUEEN UNIT 0059 |
| | Nature of debtor's interest | CONTRACT PARTY | EUGENE NEARBURG
| | State the term remaining | _____ |
| | List the contract number of any government contract | ST NM E-8063 |

**2.422.** | Title of contract | DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | State what the contract or lease is for | CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM |
| | Nature of debtor's interest | CONTRACT PARTY | EVELYN JOHNSON
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE |
| | List the contract number of any government contract | _____ |

Debtor    **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| 2.423. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-28306 - LEASE/WELL NAMES - COYOTE DRAW FED 1, COYOTE DRAW FED 2, COYOTE DRAW FED 3 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EVERETTE KELLEY |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-28306 | |

| 2.424. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXCHANGE OIL & GAS CORP ET AL - LEASE/WELL NAME - RIO BRAVO FEE 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EXCHANGE OIL & GAS CORP ET AL |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.425. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-056302-B - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #062, NORTH SQUARE LAKE UNIT #064 | |
| | | | EXXON CORPORATION |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-056302-B | |

| 2.426. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-056302-B - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #114 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EXXON CORPORATION |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-056302-B | |

| 2.427. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-056302-B - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #116 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EXXON CORPORATION |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-056302-B | |

Debtor    **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| 2.428. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-056302-B - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #136, NORTH SQUARE LAKE UNIT #137, NORTH SQUARE LAKE UNIT #141 | |
| | | | EXXON CORPORATION |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-056302-B | |

| 2.429. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-056302-B - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #149, NORTH SQUARE LAKE UNIT #151, NORTH SQUARE LAKE UNIT #153, NORTH SQUARE LAKE UNIT #154, NORTH SQUARE LAKE UNIT #156 | |
| | | | EXXON CORPORATION |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-056302-B | |

| 2.430. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-056302-B - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #168, NORTH SQUARE LAKE UNIT #166, NORTH SQUARE LAKE UNIT #171, NORTH SQUARE LAKE UNIT #172 | |
| | | | EXXON CORPORATION |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-056302-B | |

| 2.431. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-056302-B - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #191, NORTH SQUARE LAKE UNIT #194 | |
| | | | EXXON CORPORATION |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-056302-B | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.432. | **Title of contract** | MARBOB ENERGY CORPORATION OPERATING AGREEMENT DATED JUNE 1, 2008 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - SECTION 24: S/2, TOWNSHIP 14 SOUTH, RANGE 34 EAST | FEATHERSTONE DEVELOPMENT CORP |
| | **Nature of debtor's interest** | CONTRACT PARTY | 1801 WEST SECOND STREET ROSWELL NM 88201 |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.433. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA LC-06209 - LEASE/WELL NAME - EMPIRE 34 FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FEATHERSTONE FARMS LTD |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA LC-062029 | |

| 2.434. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA LC-06209 - LEASE/WELL NAME - EMPIRE 34 FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FEATHERSTONE FARMS LTD |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-34462 | |

| 2.435. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA LC-06209 - LEASE/WELL NAME - EMPIRE 34 FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FEATHERSTONE FARMS LTD |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-10907A | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.436. | Title of contract | AMERIND, OIL CO. OPERATING AGREEMENT DATED MAY 1, 1983 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM -<br>SW4 SECTION 21, TOWNSHIP 16 SOUTH, RANGE 37 EAST NMPM | FELMONT OIL CORPORATION<br>P. O. BOX 2266<br>MIDLAND TX 79702 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.437. | Title of contract | FLAG OIL CORPORATION OPERATING AGREEMENT DATED DECEMBER 26, 1968 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM<br>SE/4 SE/1 SECTION 19, T-11-S, R-33-E | FLAG OIL CORPORATION OF DELAWARE |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA OR 90 - DAYS AFTER ABANDONMENT OF WELL | |
| | List the contract number of any government contract | _____ | |

| 2.438. | Title of contract | THUNDERBOLT PETROLEUM, LLC AGREEMENT DATED NOVEMBER 23, 1999 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EDDY COUNTY, NM -<br>SW/4 SECTION 16, T-18-S, R-29-E | FLOYD BLAKENEY<br>2603 N WASHINGTON<br>ROSWELL NM 88201 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL, OR OTHERWISE | |
| | List the contract number of any government contract | _____ | |

| 2.439. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM-B0-2071 - LEASE/WELL NAME - CARPER LEVERS 2 | FOREST E LEVERS |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM-B0-2071 | |

| | |
|---|---|
| Debtor **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.440.** **Title of contract**     OIL & GAS LEASE

State what the contract or lease is for     USA NM-559993 - LEASE/WELL NAME - MM FED 1, MM FED 4, MM FED 5, 297, MM FED 7, MM FED 8, MM FED 9, , MM FED 11, MM 25 FED 12

Nature of debtor's interest     CONTRACT PARTY

State the term remaining     _____

List the contract number of any government contract     USA NM-559993

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

FRANCES KUNKEL

**2.441.** **Title of contract**     OIL & GAS LEASE

State what the contract or lease is for     USA NM-559993 - LEASE/WELL NAME - MM FED 1, MM FED 4, MM FED 5, 297, MM FED 7, MM FED 8, MM FED 9, , MM FED 11, MM 25 FED 12

Nature of debtor's interest     CONTRACT PARTY

State the term remaining     _____

List the contract number of any government contract     USA NM-43525

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

FRANCES KUNKEL

**2.442.** **Title of contract**     OIL & GAS LEASE

State what the contract or lease is for     USA NM-559993 - LEASE/WELL NAME - MM FED 1, MM FED 4, MM FED 5, 297, MM FED 7, MM FED 8, MM FED 9, , MM FED 11, MM 25 FED 12

Nature of debtor's interest     CONTRACT PARTY

State the term remaining     _____

List the contract number of any government contract     USA NM-29208

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

FRANCES KUNKEL

**2.443.** **Title of contract**     OIL & GAS LEASE

State what the contract or lease is for     USA NM-29208 - LEASE/WELL NAMES - RICK FED 2, RICK FED COM 1

Nature of debtor's interest     CONTRACT PARTY

State the term remaining     _____

List the contract number of any government contract     USA NM-29208

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

FRANCES KUNKEL

**2.444.** **Title of contract**     OIL & GAS LEASE

State what the contract or lease is for     USA NMLC-060821 - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 10

Nature of debtor's interest     CONTRACT PARTY

State the term remaining     _____

List the contract number of any government contract     USA NMLC-060821

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

FRANK A SANER

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |

| 2.445. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA LC-063345 - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 3 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FRANK BROCK, ET AL |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA LC-063345 | |

| 2.446. | **Title of contract** | YATES PETROLEUM CORPORATION OPERATING AGREEMENT DATED MARCH 17, 2005 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 33 EAST, NMPM, SECTION 36: S2, TOWNSHIP 10 SOUTH, RANGE 33 EAST, NMPM, SECTION 1: ALL | FRANK E NOVY TRUST |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.447. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NMLC-068474 - LEASE/ WELL NAME - DQSU 0019 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FRANK SANER |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-068474 | |

| 2.448. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-9299 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 57 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FRED BRAINARD |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM B-9299 | |

Debtor  **Remnant Oil Company, LLC**                                            Case number *(if known)* **19-70106**

| 2.449. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 9, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 8 SOUTH, RANGE 24 EAST, N.M.P.M., SECTION 1: S1/2, SECTION 12: W1/2; TOWNSHIP 8 SOUTH, RANGE 25 EAST, N.M.P.M., SECTION 6: W1/2, SECTION 7: W1/2 | FRED POOL , JR .. |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | _____ | |

| 2.450. | Title of contract | DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM | FREDERICK H MOWERY |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE | |
| | List the contract number of any government contract | _____ | |

| 2.451. | Title of contract | GAS DIVISION ORDER | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TITAN MASTER LEASE , LEASE ID 6365591 | |
| | Nature of debtor's interest | CONTRACT PARTY | FRONTIER FIELD SERVICES, LLC MJS |
| | State the term remaining | ON NOTICE | 4200 E. SKELLY DRIVE SUITE 700 |
| | List the contract number of any government contract | _____ | TULSA OK 74135 |

| 2.452. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-060476 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #066, NORTH SQUARE LAKE UNIT #067 | GAIL L VALENTINE |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NMLC-060476 | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |

**2.453.** | **Title of contract** | THUNDERBOLT PETROLEUM, LLC AGREEMENT DATED NOVEMBER 23, 1999 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | EDDY COUNTY, NM - SW/4 SECTION 16, T-18-S, R-29-E |
| | **Nature of debtor's interest** | CONTRACT PARTY | GENE SHUMATE P. 0. BOX 2473 MIDLAND TX 79702
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL, OR OTHERWISE |
| | **List the contract number of any government contract** | _____ |

**2.454.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | USA NMLC-029431 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #011, NORTH SQUARE LAKE UNIT #012, NORTH SQUARE LAKE UNIT #020, NORTH SQUARE LAKE UNIT #038, NORTH SQUARE LAKE UNIT #039 |
| | **Nature of debtor's interest** | CONTRACT PARTY | GEORGE ETZ
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | USA NMLC-029431 |

**2.455.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | USA NMLC-029431 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #198, NORTH SQUARE LAKE UNIT #199 |
| | **Nature of debtor's interest** | CONTRACT PARTY | GEORGE ETZ
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | USA NMLC-029431 |

**2.456.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | USA LC-055561 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 7 (INJ) |
| | **Nature of debtor's interest** | CONTRACT PARTY | GEORGE H WILLIAMS
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | USA LC-055561 |

**2.457.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | USA NMLC-060811 - LEASE/WELL NAME - DQSU 0017 |
| | **Nature of debtor's interest** | CONTRACT PARTY | GEORGE NIXON
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | USA NMLC-060811 |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.458.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | USA NM-04385 - LEASE/WELL NAME - ROCK QUEEN UNIT 0032 |
| **Nature of debtor's interest** | CONTRACT PARTY | GEORGE P LIVERMORE, INC
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | USA NM-04385 |

**2.459.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | ROBERT E DAUGHTRY ET AL, S P JOHNSON ESTATE, JOHNSON III ET AL, NM OSAGE COOP ROY CO, GH & EH COATES- LEASE/WELL NAME - BRENDA 1-19 |
| **Nature of debtor's interest** | CONTRACT PARTY | GH & EH COATES
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

**2.460.** | **Title of contract** | YATES PETROLEUM CORPORATION OPERATING AGREEMENT DATED MARCH 17, 2005 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | LEA COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 33 EAST, NMPM, SECTION 36: S2, TOWNSHIP 10 SOUTH, RANGE 33 EAST, NMPM, SECTION 1: ALL |
| **Nature of debtor's interest** | CONTRACT PARTY | GMX RESOURCES INC
| **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION |
| **List the contract number of any government contract** | _____ |

**2.461.** | **Title of contract** | THUNDERBOLT PETROLEUM, LLC AGREEMENT DATED NOVEMBER 23, 1999 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | EDDY COUNTY, NM - SW/4 SECTION 16, T-18-S, R-29-E |
| **Nature of debtor's interest** | CONTRACT PARTY | GORDON L. JANKE
| **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL, OR OTHERWISE | 2020 SAND HILL ROAD LAS CRUCES NM 88012
| **List the contract number of any government contract** | _____ |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.462.**    **Title of contract**      OIL & GAS LEASE

       **State what the contract or lease is for**      ST NM B-9359 - LEASE/WELL NAME - ROCK QUEEN UNIT 0039

       **Nature of debtor's interest**      CONTRACT PARTY

       **State the term remaining**      _____

       **List the contract number of any government contract**      ST NM B-9359

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GREAT WESTERN DRILLING CO

---

**2.463.**    **Title of contract**      OIL & GAS LEASE

       **State what the contract or lease is for**      ST NM B-9541 - LEASE/WELL NAME - ROCK QUEEN UNIT 0043

       **Nature of debtor's interest**      CONTRACT PARTY

       **State the term remaining**      _____

       **List the contract number of any government contract**      ST NM B-9541

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GREAT WESTERN DRILLING CO

---

**2.464.**    **Title of contract**      OIL & GAS LEASE

       **State what the contract or lease is for**      ST NM E-02855 - LEASE/WELL NAME - DQSU 0039

       **Nature of debtor's interest**      CONTRACT PARTY

       **State the term remaining**      _____

       **List the contract number of any government contract**      ST NM E-02855

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GULF OIL CORP

---

**2.465.**    **Title of contract**      OIL & GAS LEASE

       **State what the contract or lease is for**      ST NM E-5665 - LEASE/WELL NAME - DQSU 0043

       **Nature of debtor's interest**      CONTRACT PARTY

       **State the term remaining**      _____

       **List the contract number of any government contract**      ST NM E-5665

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GULF OIL CORP

---

**2.466.**    **Title of contract**      OIL & GAS LEASE

       **State what the contract or lease is for**      ST NM E-7662 - LEASE/WELL NAME - DQSU 0049

       **Nature of debtor's interest**      CONTRACT PARTY

       **State the term remaining**      _____

       **List the contract number of any government contract**      ST NM E-7662

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GULF OIL CORP

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.467.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | ST NM-E-7659 - LEASE/WELL NAME -DQSU 0054 |
| | **Nature of debtor's interest** | CONTRACT PARTY | GULF OIL CORP
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | ST NM-E-7659 |

**2.468.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | STELLA ZIMMERMAN ET AL - LEASE/WELL NAME - DQSU 0057 |
| | **Nature of debtor's interest** | CONTRACT PARTY | GULF OIL CORP
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**2.469.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | CLYDE ZIMMERMAN ET AL - LEASE/WELL NAME DQSU 0058 |
| | **Nature of debtor's interest** | CONTRACT PARTY | GULF OIL CORP
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**2.470.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | ST NM B-8459 - LEASE/WELL NAME - ROCK QUEEN UNIT 0037 |
| | **Nature of debtor's interest** | CONTRACT PARTY | GULF OIL CORP
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | ST NM B-8459 |

**2.471.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | ST NM E-5663 - LEASE/WELL NAME - ROCK QUEEN UNIT 0051 |
| | **Nature of debtor's interest** | CONTRACT PARTY | GULF OIL CORP
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | ST NM E-5663 |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.472. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-5758 - LEASE/WELL NAME - ROCK QUEEN UNIT 0052 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GULF OIL CORP |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM E-5758 | |

| 2.473. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | WILLIAM & CARRIE TULK - LEASE/WELL NAME - ROCK QUEEN UNIT 0068 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GULF OIL CORP |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.474. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | CLYDE & LELA BROWNING - LEASE/WELL NAME - ROCK QUEEN UNIT 0069 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GULF OIL CORP |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.475. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM OG-5119 - LEASE/WELL NAME NOT AVAILABLE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GULF OIL CORPORATION |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM OG-5119 | |

| 2.476. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | STELLA ZIMMERMAN ET AL & CLYDE ZIMMERMAN ET AL - LEASE/WELL NAMES - ZIMMERMAN 2, ZIMMERMAN A 1, ZIMMERMAN A 3, ZIMMERMAN A 4 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GULF OIL CORPORATION |
| | **State the term remaining** | ON NOTICE | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.477. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED OCTOBER 5, 1983 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - NE1/4 SECTION 13, TOWNSHIP 9 SOUTH, RANGE 25 EAST | |
| | **Nature of debtor's interest** | CONTRACT PARTY | H EDWARD TOLES III AGENT |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.478. | **Title of contract** | DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | H EUGENE ABBOTT |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE | |
| | **List the contract number of any government contract** | _____ | |

| 2.479. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-07781 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #031, NORTH SQUARE LAKE UNIT #033, NORTH SQUARE LAKE UNIT #035 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | H J LOE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-07781 | |

| 2.480. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-07781 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #072, NORTH SQUARE LAKE UNIT #074, NORTH SQUARE LAKE UNIT #075 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | H J LOE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-07781 | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.481.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | **State what the contract or lease is for** | USA NM-0812277 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #158, NORTH SQUARE LAKE UNIT #160 | H J LOE |

| | **Nature of debtor's interest** | CONTRACT PARTY |

| | **State the term remaining** | _____ |

| | **List the contract number of any government contract** | USA NM-0812277 |

**2.482.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | **State what the contract or lease is for** | ST NM E-9217 - LEASE/WELL NAME - ROCK QUEEN UNIT 0063 | H L FANNIN, JR |

| | **Nature of debtor's interest** | CONTRACT PARTY |

| | **State the term remaining** | _____ |

| | **List the contract number of any government contract** | ST NM E-9217 |

**2.483.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC. 12: E1/2, SEC. 13: N1/4NEJ1/4, TOWNSHIP .10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC 7: LOTS 3 , 4 , E1/2, , E1/2SW1/4 | H. E. TOL ES |

| | **Nature of debtor's interest** | CONTRACT PARTY |

| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |

| | **List the contract number of any government contract** | _____ |

Debtor    **Remnant Oil Company, LLC**                                         Case number *(if known)* **19-70106**

| 2.484. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY,NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SECTION 30: W1/2, SECTION 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NW1/4SW1/4, SE1/4, SECTION 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | H. E. TOLES |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | | |

| 2.485. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SECTION 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4, NE1/4; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC 30: W1/2, SEC 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST SEC 6: ALL, SEC 7: LOTS 3, 4 E1/2, E1/2SW1/4 | H. EDMOND TOLES AGENT |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.486.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED 14, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - SECTION 26: NE1/4, TOWNSHIP 9 SOUTH, RANGE 25 EAST, NMPM | H. EDWARD TOLES III, AGENT
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

**2.487.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED JULY 20, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - E/2 SECTION 7: LOTS L, 2, 3, 4:_, E/2W/2, SECTION 18, TOWNSHIP 9 SOUTH, RANGE 26 EAST | H. EDWARD TOLES, III, AGENT
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| | **List the contract number of any government contract** | _____ |

**2.488.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4 | H. EDWARD TOLES, III, AGENT 900 JACKSON STREET DALLAS TX 75202
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

Debtor **Remnant Oil Company, LLC**                                              Case number *(if known)* **19-70106**

| 2.489. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM | H. EDWARD TOLES, III, AGENT |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.490. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4 | H. EDWARD TOLES, III, AGENT 900 JACKSON STREET DALLAS TX 75202-4499 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.491. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1987 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4NE14, SEC 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH-, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SEC. 12: E1/2, SEC. 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | H. EDWARD TOLES, III, AGENT 900 JACKSON STREET DALLAS TX 75202-4499 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

Debtor **Remnant Oil Company, LLC**                                Case number *(if known)* **19-70106**

| 2.492. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ST NM VA-0831 - LEASE/WELL NAME - CHARLIE STATE 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | HANAGAN PETROLEUM CORP. |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM VA-0831 | |

| 2.493. | Title of contract | HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - ALL SECTION 12-TL3S-R27E: ALL SECTION 7-TL3S-R28E; KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4 SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4 SECTION 17 ALL LOCATED IN TL3S-R28E | HANAGAN PETROLEUM CORPORATION P. O. BOX 1737 ROSWELL NM 88202 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE. | |
| | List the contract number of any government contract | _____ | |

| 2.494. | Title of contract | MARBOB ENERGY CORPORATION OPERATING AGREEMENT DATED FEBRUARY 15, 2000 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - RANGER LAKE PROSPECT - TOWNSHIP 12 SOUTH, RANGE 34 EAST, SECTION 27: ALL | HANAGAN PETROLEUM CORPORATION P.O. BOX 1737 400 N. KENTUCKY (88201) ROSWELL NM 88202-1737 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.495. | Title of contract | CONCHO OIL & GAS CORP. DATED JANUARY 4, 2002 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 32 EAST, N.M.P.M. SECTION 26: EAST HALF (E/2) | |
| | Nature of debtor's interest | CONTRACT PARTY | HARLE, INC |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | _____ | |

| 2.496. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM B-8569 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #121 | |
| | Nature of debtor's interest | CONTRACT PARTY | HARRY B TELLYER |
| | State the term remaining | | |
| | List the contract number of any government contract | ST NM B-8569 | |

| 2.497. | Title of contract | HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - ALL SECTION 12-TL3S-R27E: ALL SECTION 7-TL3S-R28E; KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4 SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4 SECTION 17 ALL LOCATED IN TL3S-R28E | |
| | Nature of debtor's interest | CONTRACT PARTY | HENRY HOLDING CORPORATION 3525 ANDREWS HIGHWAY MIDLAND TX 79703 |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE. | |
| | List the contract number of any government contract | _____ | |

Debtor **Remnant Oil Company, LLC**                                  Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| **2.498.** | **Title of contract** | AMERIND, OIL CO. OPERATING AGREEMENT DATED MAY 1, 1983 |
| | **State what the contract or lease is for** | LEA COUNTY, NM - SW4 SECTION 21, TOWNSHIP 16 SOUTH, RANGE 37 EAST NMPM |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HILLIN OIL COMPANY,
A TEXAS CORPORATION
1212 MAIN STREET
SUITE 399
HOUSTON TX 77002

| | | |
|---|---|---|
| **2.499.** | **Title of contract** | CHESAPEAKE EXPLORATION LIMITED PARTNERSHIP OPERATING AGREEMENT DATED AUGUST 31, 2005 |
| | **State what the contract or lease is for** | LEA COUNTY, NM - WELL NAME: BRIGHT 2 STATE COM #1 TOWNSHIP 10 SOUTH, RANGE 33 EAST SECTION 2: NE/4 (AS TO DEPTHS BELOW 8,900') SE/4 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS 55 AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN FORCE SO LONG AS ANY SUCH WELL OR 56 WELLS PRODUCE, OR ARE CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HRB OIL & GAS, LTD.
MARGARET VONDER HOYA
6310 LEMMON AVE.
DALLAS TX 75209

| | | |
|---|---|---|
| **2.500.** | **Title of contract** | HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993 |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - ALL SECTION 12-TL3S-R27E: ALL SECTION 7-TL3S-R28E; KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4 SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4 SECTION 17 ALL LOCATED IN TL3S-R28E |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE. |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HUGH E. HANAGAN
P. O. BOX 329
ROSWELL NM 88202

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.501. | **Title of contract** | MARBOB ENERGY CORPORATION OPERATING AGREEMENT DATED FEBRUARY 15, 2000 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - RANGER LAKE PROSPECT - TOWNSHIP 12 SOUTH, RANGE 34 EAST, SECTION 27: ALL | HUGH E. HANAGAN P.O. BOX 1737 400 N. KENTUCKY (88201) ROSWELL NM 88202-1737 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.502. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-10417 - LEASE/WELL NAME - DQSU 0030 | INTERCOAST PETROLEUM CO INC |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM B-10417 | |

| 2.503. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SECTION 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4, NE1/4; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC 30: W1/2, SEC 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST SEC 6: ALL, SEC 7: LOTS 3, 4 E1/2, E1/2SW1/4 | IRA ELLIOTT |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.504. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC. 12: E1/2, SEC. 13: N1/4NEJ1/4, TOWNSHIP .10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC 7: LOTS 3 , 4 , E1/2, , E1/2SW1/4 | IRA ELLIOTT |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

| 2.505. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY,NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SECTION 30: W1/2, SECTION 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NW1/4SW1/4, SE1/4, SECTION 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | IRA ELLIOTT |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.506.** 

| **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4 | IRA L ELLIOTT 4508 W. 14TH ST. LUBBOCK TX 79416 |
| **Nature of debtor's interest** | CONTRACT PARTY | |
| **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| **List the contract number of any government contract** | _____ | |

**2.507.**

| **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1987 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4NE14, SEC 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH·, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SEC. 12: E1/2, SEC. 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | IRA L ELLIOTT |
| **Nature of debtor's interest** | CONTRACT PARTY | |
| **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| **List the contract number of any government contract** | _____ | |

**2.508.**

| **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED OCTOBER 5, 1983 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **State what the contract or lease is for** | CHAVES COUNTY, NM - NE1/4 SECTION 13, TOWNSHIP 9 SOUTH, RANGE 25 EAST | IRA L ELLIOTT |
| **Nature of debtor's interest** | CONTRACT PARTY | |
| **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION | |
| **List the contract number of any government contract** | _____ | |

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.509. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED JULY 20, 1981 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

IRA L. ELLIOTT

| | | |
|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - E/2 SECTION 7: LOTS L, 2, 3, 4:_, E/2W/2, SECTION 18, TOWNSHIP 9 SOUTH, RANGE 26 EAST |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| | **List the contract number of any government contract** | _____ |

| | | |
|---|---|---|
| 2.510. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

IRA L. ELLIOTT
4508 W. 14TH STREET
LUBBOCK TX 79416

| | | |
|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

| | | |
|---|---|---|
| 2.511. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED 14, 1984 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

IRA L. ELLIOTT

| | | |
|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - SECTION 26: NE1/4, TOWNSHIP 9 SOUTH, RANGE 25 EAST, NMPM |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

Debtor  **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.512. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**
CHAVES COUNTY, NM -
LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM

IRA L. ELLIOTT I

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**
IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract**  _____

---

2.513. **Title of contract**
BEARD OIL COMPANY OPERATING AGREEMENT DATED JUNE 23, 1981

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**
CHAVES COUNTY, NM -
N/2 SECTION 23., TOWNSHIP 9 SOUTH., RANGE 25 EAST

IRENE HOBBS ALLEN

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**
SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA OR 120 - DAYS AFTER ABANDONMENT OF WELL

**List the contract number of any government contract**  _____

---

2.514. **Title of contract**  OIL & GAS LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**
ST NM E-4192 - LEASE/WELL NAME - ROCK QUEEN UNIT 0050

J D HUNTER

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  ST NM E-4192

---

2.515. **Title of contract**  OIL & GAS LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**
ST NM E-1059 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 51

J E BEDINGFIELD

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  ST NM E-1059

---

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.516.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | USA NM-117807 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | J H HARBOLD |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-117807 | |

**2.517.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | ROBERT E DAUGHTRY ET AL, S P JOHNSON ESTATE, JOHNSON III ET AL, NM OSAGE COOP ROY CO, GH & EH COATES- LEASE/WELL NAME - BRENDA 1-19 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | J M HUBER CORP |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

**2.518.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | ST NM E-7661 - LEASE/WELL NAME - DQSU 0047 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | J M ZACHARY |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM E-7661 | |

**2.519.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | ST NM E-8333 - LEASE/WELL NAME - DQSU 0053 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | J M ZACHARY |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM E-8333 | |

**2.520.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | USA NM-8431 LEASE/WELL NAMES - PENJACK FED 1, PENJACK FED 2, PENJACK FED 3, PENJACK FED 4, PENJACK FED 6, PENJACK FED 7, PENJACK FED 8, PENJACK FED 9, PENJACK FED 10, PENJACK FED 11 Q | |
| | **Nature of debtor's interest** | CONTRACT PARTY | J PENROD TOLES |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-8431 | |

Debtor  **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| 2.521. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-8431 - LEASE/WELL NAMES - TYRELL FED COM 1, TYRELL FED COM 2, TYRELL 13 FED COM 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | J PENROD TOLES |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-8431 | |

| 2.522. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-17039 - LEASE/WELL NAMES - TYRELL FED COM 1, TYRELL FED COM 2, TYRELL 13 FED COM 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | J PENROD TOLES |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-17039 | |

| 2.523. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-17204 - LEASE/WELL NAMES - TYRELL FED COM 1, TYRELL FED COM 2, TYRELL 13 FED COM 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | J PENROD TOLES |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-17204 | |

| 2.524. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-26067 - LEASE/WELL NAMES - TYRELL FED COM 1, TYRELL FED COM 2, TYRELL 13 FED COM 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | J PENROD TOLES |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-26067 | |

| 2.525. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-068371 - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 7 | |
| | Nature of debtor's interest | CONTRACT PARTY | J R MILLER |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NMLC-068371 | |

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.526. | **Title of contract** | OIL & GAS LEASE |
| | **State what the contract or lease is for** | USA NMLC-062486 - LEASE/WELL NAME - DQSU 0016 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | USA NMLC-062486 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

J T BONNER

| | | |
|---|---|---|
| 2.527. | **Title of contract** | OIL & GAS LEASE |
| | **State what the contract or lease is for** | RUTH TAYLOR ET AL - LEASE/WELL NAME - TAYLOR 1 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

J T DICKERSON

| | | |
|---|---|---|
| 2.528. | **Title of contract** | AMERIND, OIL CO. OPERATING AGREEMENT DATED MAY 1, 1983 |
| | **State what the contract or lease is for** | LEA COUNTY, NM - SW4 SECTION 21, TOWNSHIP 16 SOUTH, RANGE 37 EAST NMPM |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

J. F. WEBRE
5701 WOODWAY
SUITE 236
HOUSTON TX 77057

| | | |
|---|---|---|
| 2.529. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 9, 1981 |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 8 SOUTH, RANGE 24 EAST, N.M.P.M., SECTION 1: S1/2, SECTION 12: W1/2; TOWNSHIP 8 SOUTH, RANGE 25 EAST, N.M.P.M., SECTION 6: W1/2, SECTION 7: W1/2 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JACK E. GRAGG

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.530. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | DAVID MCREA ET UX - LEASE/WELL NAME - FINCH FEE 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | JACK GRIFFIN |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.531. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED JULY 20, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - E/2 SECTION 7: LOTS L, 2, 3, 4:_, E/2W/2, SECTION 18, TOWNSHIP 9 SOUTH, RANGE 26 EAST | JACK L. MCCLELLAN |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | _____ | |

| 2.532. | Title of contract | DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM | JACK NAUMANN JR |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE | |
| | List the contract number of any government contract | _____ | |

| 2.533. | Title of contract | HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - ALL SECTION 12-TL3S-R27E: ALL SECTION 7-TL3S-R28E; KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4 SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4 SECTION 17 ALL LOCATED IN TL3S-R28E | JAMES GIST HC 12, BOX 1520 ROSWELL NM 88202 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE. | |
| | List the contract number of any government contract | _____ | |

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.534. | Title of contract | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | JAMES K. LUSK |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.535. | Title of contract | CONCHO OIL & GAS CORP. DATED JANUARY 4, 2002 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 32 EAST, N.M.P.M. SECTION 26: EAST HALF (E/2) | JAMES M STOCKTON |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | _____ | |

| 2.536. | Title of contract | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | JAMES M. STOCKTON |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.537. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-28328 - LEASE/WELL NAME - PARSLEY FEDERAL 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | JANE S PARKER |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-28328 | |

| 2.538. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ST NM LG-6785 - LEASE/WELL NAME - PENROC STATE 23 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | JASON KELLAHIN |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM LG-6785 | |

| 2.539. | Title of contract | ROCK QUEEN UNIT AGREEMENT AND AMENDED UNIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES AND LEA COUNTIES, NM - STATE/FEDERAL/FEE, WATER FLOOD UNITI - DEVELOPMENT AND OPERATION OF ROCK QUEEN UNIT | |
| | Nature of debtor's interest | CONTRACT PARTY | JEAN ELIZABETH SUMMERS |
| | State the term remaining | ON NOTICE | |
| | List the contract number of any government contract | _____ | |

| 2.540. | Title of contract | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | |
| | Nature of debtor's interest | CONTRACT PARTY | JENNINGS & JENNINGS |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

Debtor **Remnant Oil Company, LLC**

Case number *(if known)* **19-70106**

| 2.541. | Title of contract | DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM | JILL K HALEY |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE | |
| | List the contract number of any government contract | _____ | |

| 2.542. | Title of contract | HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - ALL SECTION 12-TL3S-R27E; ALL SECTION 7-TL3S-R28E; KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4 SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4 SECTION 17 ALL LOCATED IN TL3S-R28E | JIMMIE R. PARKER, JR. P. O. DRAWER 2000 MIDLAND TX 79702 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE. | |
| | List the contract number of any government contract | _____ | |

| 2.543. | Title of contract | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | JOE G. FENN |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

Debtor **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| 2.544. | **Title of contract** | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | JOE KELLEY |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.545. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-38626 - LEASE/WELL NAME - PECOS RIVER FED 1 | JOE M PARSLEY |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-38626 | |

| 2.546. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | JOE STEELE ET UX - LEASE/WELL NAME - NIAGARA 3 FEE COM 2H | JOE STEELE ET UX |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor  **Remnant Oil Company, LLC**                    Case number *(if known)* **19-70106**

| | | | |
|---|---|---|---|
| 2.547. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SECTION 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4, NE1/4; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC 30: W1/2, SEC 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST SEC 6: ALL, SEC 7: LOTS 3, 4 E1/2, E1/2SW1/4 | JOHN ALLEN |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |
| 2.548. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1987 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4NE14, SEC 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH·, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SEC. 12: E1/2, SEC. 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | JOHN ALLEN |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

Debtor  **Remnant Oil Company, LLC**                                     Case number *(if known)* **19-70106**

| 2.549. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC. 12: E1/2, SEC. 13: N1/4NEJ1/4, TOWNSHIP .10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC 7: LOTS 3 , 4 , E1/2, , E1/2SW1/4 | JOHN ALLEN |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

| 2.550. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED JUNE 15, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 5 SOUTH, RANGE 25 EAST, N.M.P.M. SECTION 28: SW1/4 | JOHN D. CADIGAN |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.551. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-03844 - LEASE/WELL NAME - ROCK QUEEN UNIT 0031 | JOHN E COCHRAN, JR. |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-03844 | |

Debtor    **Remnant Oil Company, LLC**                                              Case number *(if known)* **19-70106**

| | | | |
|---|---|---|---|
| 2.552. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1987 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4NE14, SEC 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH·, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SEC. 12: E1/2, SEC. 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | JOHN F TOLES |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.553. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED OCTOBER 5, 1983 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - NE1/4 SECTION 13, TOWNSHIP 9 SOUTH, RANGE 25 EAST | JOHN F TOLES AGENT |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | | |

Debtor    **Remnant Oil Company, LLC**                                        Case number *(if known)* **19-70106**

| 2.554. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY,NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SECTION 30: W1/2, SECTION 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NW1/4SW1/4, SE1/4, SECTION 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | JOHN F TOLES AGENT |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

| 2.555. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED JULY 20, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - E/2 SECTION 7: LOTS L, 2, 3, 4:_, E/2W/2, SECTION 18, TOWNSHIP 9 SOUTH, RANGE 26 EAST | JOHN F. & H. E. TOLES, A PARTNERSHIP |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

Debtor **Remnant Oil Company, LLC**                                  Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.556. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOHN F. TOLES

| | |
|---|---|
| **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC. 12: E1/2, SEC. 13: N1/4NEJ1/4, TOWNSHIP .10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC 7: LOTS 3 , 4 , E1/2, , E1/2SW1/4 |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| **List the contract number of any government contract** | _____ |

| | | |
|---|---|---|
| 2.557. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOHN F. TOLES AGENT

| | |
|---|---|
| **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SECTION 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4, NE1/4; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC 30: W1/2, SEC 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST SEC 6: ALL, SEC 7: LOTS 3, 4 E1/2, E1/2SW1/4 |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| **List the contract number of any government contract** | _____ |

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.558. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM | JOHN F. TOLES, AGENT |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.559. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4 | JOHN HOLLAND TOLES 4716 61ST STREET LUBBOCK TX 79414 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.560. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4 | JOHN HOLLAND TOLES, AGENT 4716 61ST STREET LUBBOCK TX 79042 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

Debtor    **Remnant Oil Company, LLC**                                                     Case number *(if known)* **19-70106**

| 2.561. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED 14, 1984 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - SECTION 26: NE1/4, TOWNSHIP 9 SOUTH, RANGE 25 EAST, NMPM | JOHN HOLLAND TOLES, AGENT |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.562. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM LG-4446 - LEASE/WELL NAME - SUNBURST COX 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | JOHN L COX |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM LG-4446 | |

| 2.563. | Title of contract | ROCK QUEEN UNIT AGREEMENT AND AMENDED UNIT AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES AND LEA COUNTIES, NM - STATE/FEDERAL/FEE, WATER FLOOD UNITI - DEVELOPMENT AND OPERATION OF ROCK QUEEN UNIT | JOHN OWEN |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | ON NOTICE | |
| | List the contract number of any government contract | _____ | |

| 2.564. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-35158 - LEASE/WELL NAME - JILL FED 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | JOHN R BAKER |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-35158 | |

Debtor  **Remnant Oil Company, LLC**                                                  Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.565. | **Title of contract** | HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993 |

**State what the contract or lease is for**

CHAVES COUNTY, NM -
ALL SECTION 12-TL3S-R27E: ALL SECTION 7-TL3S-R28E;
KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4
SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4
SECTION 17 ALL LOCATED IN TL3S-R28E

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE.

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOHN R. GRAY & CAROLYN GRAY
JOINT TENANTS WITH RIGHT OF
SURVIVORSHIP
P. O. BOX 1182
ARTESIA NM 88211

---

2.566.  **Title of contract**  AGREEMENT FOR PROFESSIONAL SERVICES

**State what the contract or lease is for**  HYDROLOGIST AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  ON 7 - DAYS WRITTEN NOTICE

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOHN SHOMAKEKR & ASSOCIATES
INC.
JSAI
2611 BROADBENT PKWY NE
ALBUQUERQUE NM 87107

---

2.567.  **Title of contract**  LEGACY RESERVES OPERATING LP DATED DECEMBER 1, 2011

**State what the contract or lease is for**  LEA COUNTY, NM - RECORDED 5/22/2012, DOCUMENT 43859, BOOK 1779, PAGE 588
BARNES FEDERAL, PENROC "9" STATE, PENROC "10" STATE (BARNES FED)

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA OR 120 - DAYS AFTER ABANDONMENT OF WELL

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOHN THOMAS BRYANT AS
TRUSTEE OF THE REGINALD
BRYANT REVOCABLE TRUST
CREATED UNDER TRUST
AGREEMENT DATED APRIL 8, 2009
BRYANT CONSULTANTS INC
3360 WILEY POST RD
SUITE 100
CARROLLTON TX 75006

---

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.568.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | **State what the contract or lease is for** | CHAVES COUNTY,NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SECTION 30: W1/2, SECTION 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NW1/4SW1/4, SE1/4, SECTION 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | JOHN-ALLEN |

| | **Nature of debtor's interest** | CONTRACT PARTY |

| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |

| | **List the contract number of any government contract** | _____ |

**2.569.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED JULY 20, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | **State what the contract or lease is for** | CHAVES COUNTY, NM - E/2 SECTION 7: LOTS L, 2, 3, 4:_, E/2W/2, SECTION 18, TOWNSHIP 9 SOUTH, RANGE 26 EAST | JOHNSON ENTERPRISES LIMITED PARTNERSHIP |

| | **Nature of debtor's interest** | CONTRACT PARTY |

| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |

| | **List the contract number of any government contract** | _____ |

**2.570.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | **State what the contract or lease is for** | CHAVES COUNTY, NM - LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM | JOHNSON ENTERPRISES LIMITED PARTNERSHIP |

| | **Nature of debtor's interest** | CONTRACT PARTY |

| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN·FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |

| | **List the contract number of any government contract** | _____ |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.571. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED OCTOBER 5, 1983 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - NE1/4 SECTION 13, TOWNSHIP 9 SOUTH, RANGE 25 EAST | JOHNSON ENTERPRISES LIMITED PARTNERSHIP |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.572. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4 | JOHNSON ENTERPRISES, LTD. P.O. BOX 1713 ROSWELL NM 88202 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.573. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4 | JOHNSON ENTERPRISES, LTD. P. O. BOX 1713 ROSWELL NM 88202 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.574. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1987 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4NE14, SEC 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH·, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SEC. 12: E1/2, SEC. 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | JOHNSON ENTERPRISES, LTD. |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | | |

| 2.575. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED 14, 1984 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - SECTION 26: NE1/4, TOWNSHIP 9 SOUTH, RANGE 25 EAST, NMPM | JOHNSON ENTERPRISES, LTD. |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | | |

| 2.576. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ROBERT E DAUGHTRY ET AL, S P JOHNSON ESTATE, JOHNSON III ET AL, NM OSAGE COOP ROY CO, GH & EH COATES- LEASE/WELL NAME - BRENDA 1-19 | JOHNSON III ET AL, |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.577. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOHNSON PROPERTIES LTD PARTNERSHIP

**State what the contract or lease is for**

CHAVES COUNTY,NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SECTION 30: W1/2, SECTION 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NW1/4SW1/4, SE1/4, SECTION 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4

**Nature of debtor's interest**    CONTRACT PARTY

**State the term remaining**    SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

**List the contract number of any government contract**    _____

| | | |
|---|---|---|
| 2.578. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

JOHNSON PROPERTIES LTD., A PARTNERSHIP

**State what the contract or lease is for**

CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SECTION 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4, NE1/4; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC 30: W1/2, SEC 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST SEC 6: ALL, SEC 7: LOTS 3, 4 E1/2, E1/2SW1/4

**Nature of debtor's interest**    CONTRACT PARTY

**State the term remaining**    SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

**List the contract number of any government contract**    _____

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.579.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC. 12: E1/2, SEC. 13: N1/4NEJ1/4, TOWNSHIP .10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC 7: LOTS 3 , 4 , E1/2, , E1/2SW1/4 | JOHNSON PROPERTIES LTD., A PARTNERSHIP
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| | **List the contract number of any government contract** | _____ |

**2.580.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | USA NM-17204 - LEASE/WELL NAME - BO FEDERAL 1, JJ FED 2, JJ FED 3, JJ 1 FED COM 4 |
| | **Nature of debtor's interest** | CONTRACT PARTY | JOSEPH M THOMAS
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | USA NM-17204 |

**2.581.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | USA NM-17204 - LEASE/WELL NAME - BO FEDERAL 1, JJ FED 2, JJ FED 3, JJ 1 FED COM 4 |
| | **Nature of debtor's interest** | CONTRACT PARTY | JOSEPH M THOMAS
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | USA NM-12687 |

**2.582.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | USA NM-17204 - LEASE/WELL NAME - BO FEDERAL 1, JJ FED 2, JJ FED 3, JJ 1 FED COM 4 |
| | **Nature of debtor's interest** | CONTRACT PARTY | JOSEPH M THOMAS
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | USA NM-26067 |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.583.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | USA NM-10189 - LEASE/WELL NAME - MCCLURE J H B 22 SWD |

| **Nature of debtor's interest** | CONTRACT PARTY | JULIA MILLER HOPELY

| **State the term remaining** | _____ |

| **List the contract number of any government contract** | USA NMLC-065863 |

**2.584.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED JULY 20, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | CHAVES COUNTY, NM - E/2 SECTION 7: LOTS L, 2, 3, 4:_, E/2W/2, SECTION 18, TOWNSHIP 9 SOUTH, RANGE 26 EAST | KASTMAN OIL COMPANY

| **Nature of debtor's interest** | CONTRACT PARTY |

| **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |

| **List the contract number of any government contract** | _____ |

**2.585.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4 | KASTMAN OIL COMPANY P.O. BOX 5930 LUBBOCK TX 79408

| **Nature of debtor's interest** | CONTRACT PARTY |

| **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION |

| **List the contract number of any government contract** | _____ |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.586.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4 |
| | **Nature of debtor's interest** | CONTRACT PARTY | KASTMAN OIL COMPANY P. O. BOX 5930 LUBBOCK TX 79408
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

**2.587.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED 14, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - SECTION 26: NE1/4, TOWNSHIP 9 SOUTH, RANGE 25 EAST, NMPM |
| | **Nature of debtor's interest** | CONTRACT PARTY | KASTMAN OIL COMPANY
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

**2.588.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED OCTOBER 5, 1983 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - NE1/4 SECTION 13, TOWNSHIP 9 SOUTH, RANGE 25 EAST |
| | **Nature of debtor's interest** | CONTRACT PARTY | KASTMAN OIL COMPANY
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |

**2.589.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| **State what the contract or lease is for** | CHAVES COUNTY, NM - LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM | KASTMAN OIL-COMPANY

| **Nature of debtor's interest** | CONTRACT PARTY |

| **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |

| **List the contract number of any government contract** | _____ |

**2.590.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| **State what the contract or lease is for** | USA NMLC-060548 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #045 | KENNEDY OIL COMPANY

| **Nature of debtor's interest** | CONTRACT PARTY |

| **State the term remaining** | _____ |

| **List the contract number of any government contract** | USA NMLC-060548 |

**2.591.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| **State what the contract or lease is for** | USA NMLC-060548 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #133 | KENNEDY OIL COMPANY

| **Nature of debtor's interest** | CONTRACT PARTY |

| **State the term remaining** | _____ |

| **List the contract number of any government contract** | USA NMLC-060548 |

**2.592.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| **State what the contract or lease is for** | USA NMLC-060548 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #187 | KENNEDY OIL COMPANY

| **Nature of debtor's interest** | CONTRACT PARTY |

| **State the term remaining** | _____ |

| **List the contract number of any government contract** | USA NMLC-060548 |

**2.593.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| **State what the contract or lease is for** | USA NM-04246 - LEASE/WELL NAME - DQSU 0027 | KERR-MCGEE OIL INC

| **Nature of debtor's interest** | CONTRACT PARTY |

| **State the term remaining** | _____ |

| **List the contract number of any government contract** | USA NM-04246 |

Debtor    **Remnant Oil Company, LLC**                                         Case number *(if known)* **19-70106**

| 2.594. | Title of contract | AMERIND, OIL CO. OPERATING AGREEMENT DATED MAY 1, 1983 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - SW4 SECTION 21, TOWNSHIP 16 SOUTH, RANGE 37 EAST NMPM | KHS ASSOCIATES C/O EDUSCO SERVICE CORP. ATTENTION: MR. JOHN WATROUS 22 CHAMBERS STREET SUITE 300 PRINCETON NJ 08540 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.595. | Title of contract | CO2 PIPELINE RIGHT OF WAY AND ACCESS RIGHTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | RIGHT OF WAY AND ACCESS RIGHTS - PART OF SECTION 12, TOWNSHIP 11 SOUTH, RANGE 31 EAST | KOB-TV LLC KOB-TV 4 BROADCAST PLZ SW ALBUQUERQUE NM 87104 |
| | Nature of debtor's interest | GRANTEE | |
| | State the term remaining | AGREEMENT DATE 8/1/2010 | |
| | List the contract number of any government contract | _____ | |

| 2.596. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ST NM E-2635 - LEASE/WELL NAME - DQSU 0038 | L B HODGES |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM E-2635 | |

| 2.597. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ST NM B-9495 - LEASE/WELL NAME - ROCK QUEEN UNIT 0041 | L H & LILLIAN KENNEDY |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM B-9495 | |

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.598. | Title of contract | THUNDERBOLT PETROLEUM, LLC AGREEMENT DATED NOVEMBER 23, 1999 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EDDY COUNTY, NM - SW/4 SECTION 16, T-18-S, R-29-E | L. NEIL OR MARILYN BURCHAM 114 KAY LANE LAS CRUCES NM 88005 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL, OR OTHERWISE | |
| | List the contract number of any government contract | _____ | |

| 2.599. | Title of contract | CONCHO OIL & GAS CORP. DATED JANUARY 4, 2002 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 32 EAST, N.M.P.M. SECTION 26: EAST HALF (E/2) | LANTANA OIL CO |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | _____ | |

| 2.600. | Title of contract | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | LANTANA OIL. COMPANY |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.601. | Title of contract | CONCHO OIL & GAS CORP. DATED JANUARY 4, 2002 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 32 EAST, N.M.P.M. SECTION 26: EAST HALF (E/2) | LARRY ARNOLD |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | _____ | |

| 2.602. | Title of contract | CO2 PIPELINE RIGHT OF WAY AND ACCESS RIGHTS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RIGHT OF WAY AND ACCESS RIGHTS - PART OF SECTION 35, TOWNSHIP 11 SOUTH, RANGE 31 EAST | LEE CATTLE COMPANY MANAGEMENT LLC 176 LEE RANCH ROAD LOVINGTON NM 88260 |
| | Nature of debtor's interest | GRANTEE | |
| | State the term remaining | AGREEMENT DATE 8/23/2010 | |
| | List the contract number of any government contract | _____ | |

| 2.603. | Title of contract | DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM | LEECO ENERGY & INVESTMENTS |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE | |
| | List the contract number of any government contract | _____ | |

| 2.604. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-14847 - LEASE/WELL NAME - EMPIRE DEEP 29 FED 1 | LEONARD & LEVERS INC (STATE) |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-14847 | |

Debtor    **Remnant Oil Company, LLC**                                            Case number *(if known)* **19-70106**

| 2.605. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-14847 - LEASE/WELL NAME - EMPIRE DEEP 29 FED 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | LEONARD & LEVERS INC (STATE) |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-29281 | |

| 2.606. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-14847 - LEASE/WELL NAME - EMPIRE DEEP 29 FED 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | LEONARD & LEVERS INC (STATE) |
| | State the term remaining | | |
| | List the contract number of any government contract | ST NM B-1226-9 | |

| 2.607. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-14847 - LEASE/WELL NAME - EMPIRE DEEP 29 FED 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | LEONARD & LEVERS INC (STATE) |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-14840 | |

| 2.608. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-28501 - LEASE/WELL NAME - HILL FEDERAL 2 | |
| | Nature of debtor's interest | CONTRACT PARTY | LESSEE UNKNOWN |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NM-28501 | |

| 2.609. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-0107697 - LEASE/WELL NAME - JONES FEDERAL 2, JONES FEDERAL 3 | |
| | Nature of debtor's interest | CONTRACT PARTY | LESSEE UNKNOWN |
| | State the term remaining | | |
| | List the contract number of any government contract | USA NMLC-0107697 | |

Debtor **Remnant Oil Company, LLC**                                                Case number *(if known)* **19-70106**

| | | | |
|---|---|---|---|
| 2.610. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NMLC-029358 - LEASE/WELL NAME - JONES FEDERAL 3, | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSEE UNKNOWN |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NMLC-029358 | |

| | | | |
|---|---|---|---|
| 2.611. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LESSOR & LESSEE UNAVAILABLE - LEASE/WELL NAME - LONG ARROYO 2 SWD | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSEE UNKNOWN |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.612. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LEASE/WELL NAME - DQSU 0001 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSOR / LESSEE UNKNOWN |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.613. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LEASE/WELL NAME - DQSU 0002 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSOR / LESSEE UNKNOWN |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.614. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LEASE/WELL NAME - DQSU 0003 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSOR / LESSEE UNKNOWN |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.615. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - DQSU 0004 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSOR / LESSEE UNKNOWN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.616. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - DQSU 0005 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSOR / LESSEE UNKNOWN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.617. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - DQSU 0006 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSOR / LESSEE UNKNOWN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.618. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - DQSU 0007 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSOR / LESSEE UNKNOWN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.619. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - DQSU 0008 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSOR / LESSEE UNKNOWN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.620. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - DQSU 0009 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSOR / LESSEE UNKNOWN |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.621. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - DQSU 0011 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSOR / LESSEE UNKNOWN |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.622. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - DQSU 0012 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSOR / LESSEE UNKNOWN |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.623. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - EMPIRE DEEP 29 FED 2 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSOR / LESSEE UNKNOWN |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.624. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LESSOR & LESSEE UNAVAILABLE - LEASE/WELL NAME - LONG ARROYO 2 SWD | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSOR UNKNOWN |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 156 of 302

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.625. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASE/WELL NAME - ROCK QUEEN UNIT 0002 | |
| | Nature of debtor's interest | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.626. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASE/WELL NAME - ROCK QUEEN UNIT 0004 | |
| | Nature of debtor's interest | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.627. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASE/WELL NAME - ROCK QUEEN UNIT 0005 | |
| | Nature of debtor's interest | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.628. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASE/WELL NAME - ROCK QUEEN UNIT 0007 | |
| | Nature of debtor's interest | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

| 2.629. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEASE/WELL NAME - ROCK QUEEN UNIT 0009 | |
| | Nature of debtor's interest | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |

Debtor    **Remnant Oil Company, LLC**                                     Case number *(if known)* **19-70106**

| 2.630. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0010 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.631. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0011 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.632. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0013 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.633. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0015 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.634. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0017 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.635. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0018 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.636. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0019 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.637. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0020 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.638. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0021 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.639. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0022 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| **2.640.** **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0023 | |
| **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| **State the term remaining** | _____ | |
| **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| **2.641.** **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0024 | |
| **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| **State the term remaining** | _____ | |
| **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| **2.642.** **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0025 | |
| **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| **State the term remaining** | _____ | |
| **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| **2.643.** **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0026 | |
| **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| **State the term remaining** | _____ | |
| **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| **2.644.** **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0027 | |
| **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| **State the term remaining** | _____ | |
| **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.645.**    **Title of contract**     OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**     LEASE/WELL NAME - ROCK QUEEN UNIT 0070

**Nature of debtor's interest**     CONTRACT PARTY        LESSSOR / LESSEE NAMES NOT AVAILABLE

**State the term remaining**   _____

**List the contract number of any government contract**   _____

---

**2.646.**    **Title of contract**     OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**     LEASE/WELL NAME - ROCK QUEEN UNIT 0071

**Nature of debtor's interest**     CONTRACT PARTY        LESSSOR / LESSEE NAMES NOT AVAILABLE

**State the term remaining**   _____

**List the contract number of any government contract**   _____

---

**2.647.**    **Title of contract**     OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**     LEASE/WELL NAME - ROCK QUEEN UNIT 0073

**Nature of debtor's interest**     CONTRACT PARTY        LESSSOR / LESSEE NAMES NOT AVAILABLE

**State the term remaining**   _____

**List the contract number of any government contract**   _____

---

**2.648.**    **Title of contract**     OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**     LEASE/WELL NAME - ROCK QUEEN UNIT 0077

**Nature of debtor's interest**     CONTRACT PARTY        LESSSOR / LESSEE NAMES NOT AVAILABLE

**State the term remaining**   _____

**List the contract number of any government contract**   _____

---

**2.649.**    **Title of contract**     OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**     LEASE/WELL NAME - ROCK QUEEN UNIT 0078

**Nature of debtor's interest**     CONTRACT PARTY        LESSSOR / LESSEE NAMES NOT AVAILABLE

**State the term remaining**   _____

**List the contract number of any government contract**   _____

Debtor **Remnant Oil Company, LLC**      Case number *(if known)* **19-70106**

| 2.650. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0079 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.651. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0082 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.652. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0084 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.653. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0085 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.654. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0086 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.655.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — LEASE/WELL NAME - ROCK QUEEN UNIT 0087

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

**2.656.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — LEASE/WELL NAME - ROCK QUEEN UNIT 0088

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

**2.657.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — LEASE/WELL NAME - ROCK QUEEN UNIT 0089

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

**2.658.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — LEASE/WELL NAME - ROCK QUEEN UNIT 0090

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

**2.659.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — LEASE/WELL NAME - ROCK QUEEN UNIT 0091

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.660. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0092 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.661. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0093 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.662. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0094 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.663. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0095 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.664. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0096 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|--------|------------------------------|----------------------------------------|

| 2.665. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|------------------------|-----------------|------------------|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0097 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.666. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|------------------------|-----------------|------------------|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0098 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.667. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|------------------------|-----------------|------------------|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0100 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.668. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|------------------------|-----------------|------------------|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0102 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.669. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|------------------------|-----------------|------------------|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0106 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor     **Remnant Oil Company, LLC**                                                      Case number *(if known)* **19-70106**

---

2.670.  **Title of contract**                OIL & GAS LEASE                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        LEASE/WELL NAME - ROCK QUEEN UNIT 0301

   **Nature of debtor's interest**       CONTRACT PARTY                         LESSSOR / LESSEE NAMES NOT AVAILABLE

   **State the term remaining**        _____

   **List the contract number of any government contract**    _____

2.671.  **Title of contract**                OIL & GAS LEASE                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        LEASE/WELL NAME - ROCK QUEEN UNIT 0302

   **Nature of debtor's interest**       CONTRACT PARTY                         LESSSOR / LESSEE NAMES NOT AVAILABLE

   **State the term remaining**        _____

   **List the contract number of any government contract**    _____

2.672.  **Title of contract**                OIL & GAS LEASE                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        LEASE/WELL NAME - ROCK QUEEN UNIT 0303

   **Nature of debtor's interest**       CONTRACT PARTY                         LESSSOR / LESSEE NAMES NOT AVAILABLE

   **State the term remaining**        _____

   **List the contract number of any government contract**    _____

2.673.  **Title of contract**                OIL & GAS LEASE                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        LEASE/WELL NAME - ROCK QUEEN UNIT 0304

   **Nature of debtor's interest**       CONTRACT PARTY                         LESSSOR / LESSEE NAMES NOT AVAILABLE

   **State the term remaining**        _____

   **List the contract number of any government contract**    _____

2.674.  **Title of contract**                OIL & GAS LEASE                              **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**        LEASE/WELL NAME - ROCK QUEEN UNIT 0305

   **Nature of debtor's interest**       CONTRACT PARTY                         LESSSOR / LESSEE NAMES NOT AVAILABLE

   **State the term remaining**        _____

   **List the contract number of any government contract**    _____

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.675.** **Title of contract**  OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**  LEASE/WELL NAME - ROCK QUEEN UNIT 0306

**Nature of debtor's interest**  CONTRACT PARTY

LESSSOR / LESSEE NAMES NOT AVAILABLE

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**2.676.** **Title of contract**  OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**  LEASE/WELL NAME - ROCK QUEEN UNIT 0308

**Nature of debtor's interest**  CONTRACT PARTY

LESSSOR / LESSEE NAMES NOT AVAILABLE

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**2.677.** **Title of contract**  OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**  LEASE/WELL NAME - ROCK QUEEN UNIT 0309

**Nature of debtor's interest**  CONTRACT PARTY

LESSSOR / LESSEE NAMES NOT AVAILABLE

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**2.678.** **Title of contract**  OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**  LEASE/WELL NAME - ROCK QUEEN UNIT 0310

**Nature of debtor's interest**  CONTRACT PARTY

LESSSOR / LESSEE NAMES NOT AVAILABLE

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**2.679.** **Title of contract**  OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**  LEASE/WELL NAME - ROCK QUEEN UNIT 0311

**Nature of debtor's interest**  CONTRACT PARTY

LESSSOR / LESSEE NAMES NOT AVAILABLE

**State the term remaining**  _____

**List the contract number of any government contract**  _____

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.680. | **Title of contract** | OIL & GAS LEASE |
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0312 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

| | | |
|---|---|---|
| 2.681. | **Title of contract** | OIL & GAS LEASE |
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0313 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

| | | |
|---|---|---|
| 2.682. | **Title of contract** | OIL & GAS LEASE |
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0314 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

| | | |
|---|---|---|
| 2.683. | **Title of contract** | OIL & GAS LEASE |
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0315 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

| | | |
|---|---|---|
| 2.684. | **Title of contract** | OIL & GAS LEASE |
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0316 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | _____ |

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

Debtor    **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| 2.685. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0317 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.686. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0318 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.687. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0319 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.688. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0320 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.689. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - ROCK QUEEN UNIT 0321 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.690.** **Title of contract**     OIL & GAS LEASE

State what the contract or lease is for     LEASE/WELL NAME - ROCK QUEEN UNIT 0701

Nature of debtor's interest     CONTRACT PARTY

State the term remaining

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

**2.691.** **Title of contract**     OIL & GAS LEASE

State what the contract or lease is for     LEASE/WELL NAME - ROCK QUEEN UNIT 0702

Nature of debtor's interest     CONTRACT PARTY

State the term remaining

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

**2.692.** **Title of contract**     OIL & GAS LEASE

State what the contract or lease is for     LEASE/WELL NAME - ROCK QUEEN UNIT 0703

Nature of debtor's interest     CONTRACT PARTY

State the term remaining

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

**2.693.** **Title of contract**     OIL & GAS LEASE

State what the contract or lease is for     LEASE/WELL NAME - ROCK QUEEN UNIT 0704

Nature of debtor's interest     CONTRACT PARTY

State the term remaining

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

**2.694.** **Title of contract**     OIL & GAS LEASE

State what the contract or lease is for     LEASE/WELL NAME - ROCK QUEEN UNIT 0705

Nature of debtor's interest     CONTRACT PARTY

State the term remaining

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.695.** **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  LEASE/WELL NAME - ROCK QUEEN UNIT 0706

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

**2.696.** **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 10

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

**2.697.** **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 11 (INJ)

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

**2.698.** **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 12

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

**2.699.** **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 14

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

LESSSOR / LESSEE NAMES NOT AVAILABLE

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.700. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 15 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.701. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 17 (INJ) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.702. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 19 (INJ) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.703. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 20 (INJ) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.704. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 21 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.705. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 24 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.706. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 25 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.707. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 26 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.708. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 27 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.709. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 28 (INJ) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.710. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 30 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.711. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 31 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.712. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 32 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.713. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 34 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.714. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 35 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor **Remnant Oil Company, LLC**                    Case number *(if known)* **19-70106**

| 2.715. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 36 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.716. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 37 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.717. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 38 (INJ) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.718. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 41 (INJ) | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.719. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 3 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.720.** **Title of contract**　　　OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**　　　LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 7

**Nature of debtor's interest**　　　CONTRACT PARTY

LESSSOR / LESSEE NAMES NOT AVAILABLE

**State the term remaining**　　　_____

**List the contract number of any government contract**　　　_____

---

**2.721.** **Title of contract**　　　OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**　　　LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 9

**Nature of debtor's interest**　　　CONTRACT PARTY

LESSSOR / LESSEE NAMES NOT AVAILABLE

**State the term remaining**　　　_____

**List the contract number of any government contract**　　　_____

---

**2.722.** **Title of contract**　　　OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**　　　LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 10

**Nature of debtor's interest**　　　CONTRACT PARTY

LESSSOR / LESSEE NAMES NOT AVAILABLE

**State the term remaining**　　　_____

**List the contract number of any government contract**　　　_____

---

**2.723.** **Title of contract**　　　OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**　　　LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 11

**Nature of debtor's interest**　　　CONTRACT PARTY

LESSSOR / LESSEE NAMES NOT AVAILABLE

**State the term remaining**　　　_____

**List the contract number of any government contract**　　　_____

---

**2.724.** **Title of contract**　　　OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**　　　LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 13

**Nature of debtor's interest**　　　CONTRACT PARTY

LESSSOR / LESSEE NAMES NOT AVAILABLE

**State the term remaining**　　　_____

**List the contract number of any government contract**　　　_____

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

| 2.725. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 18 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.726. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 19 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.727. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 20 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.728. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 21 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.729. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 22 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor  **Remnant Oil Company, LLC**                    Case number *(if known)* **19-70106**

| 2.730. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 25 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.731. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 26 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.732. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 29 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.733. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 30 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.734. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE WELL NAME - WEST CAP QUEEN SAND UNIT 3 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Remnant Oil Company, LLC**                                         Case number *(if known)* **19-70106**

| 2.735. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE WELL NAME - WEST CAP QUEEN SAND UNIT 4 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.736. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE WELL NAME - WEST CAP QUEEN SAND UNIT 5 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.737. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE WELL NAME - WEST CAP QUEEN SAND UNIT 15 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.738. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE WELL NAME - WEST CAP QUEEN SAND UNIT 16 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.739. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE WELL NAME - WEST CAP QUEEN SAND UNIT 17 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| 2.740. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE WELL NAME - WEST CAP QUEEN SAND UNIT 18 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.741. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE WELL NAME - WEST CAP QUEEN SAND UNIT 20 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.742. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE WELL NAME - WEST CAP QUEEN SAND UNIT 21 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.743. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE WELL NAME - WEST CAP QUEEN SAND UNIT 24 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.744. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE WELL NAME - WEST CAP QUEEN SAND UNIT 25 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LESSSOR / LESSEE NAMES NOT AVAILABLE |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.745. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-00521 - LEASE/WELL NAME - DQSU 0034 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LILLIAN V BROWNE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM E-00521 | |

| 2.746. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-11644 - LEASE/WELL NAME - ROCK QUEEN UNIT 0046 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LILLIAN V BROWNE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM B-11644 | |

| 2.747. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-00473 - LEASE/WELL NAME - ROCK QUEEN UNIT 0048 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | LILLIAN V BROWNE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM E-00473 | |

| 2.748. | **Title of contract** | SURFACE USE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | SURFACE USE AGREEMENT - ALL OF SECTION 31, S/2 OF SECTION 30, ALL OF SECTION 32, TOWNSHIP 12 SOUTH, RANGE 32 EAST; ALL OF SECTIONS 1, 5, 6, 7, 8 AND 12, TOWNSHIP 13 SOUTH, RANGE 32 EAST; ALL OF SECTION 36, TOWNSHIP 12 SOUTH, RANGE 31 EAST | LIMESTONE LIVESTOCK LLC 76 ANGELL RD LOVINGTON NM 88260 |
| | **Nature of debtor's interest** | GRANTEE | |
| | **State the term remaining** | AGREEMENT DATE 5/10/2013 | |
| | **List the contract number of any government contract** | | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.749. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4 | LINCOLN ASTON P.O. BOX 3048 LA JOLLA CA 92038-3048 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.750. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM | LINCOLN ASTON |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.751. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SECTION 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4, NE1/4; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC 30: W1/2, SEC 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST SEC 6: ALL, SEC 7: LOTS 3, 4 E1/2, E1/2SW1/4 | LINCOLN ASTON |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| 2.752. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|

**State what the contract or lease is for**

CHAVES COUNTY, NM -
TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4

LINCOLN ASTON
P. O. BOX 3048
LA JOLLA CA 92038-3048

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract**

_____

| 2.753. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1987 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|

**State what the contract or lease is for**

CHAVES COUNTY, NM -
TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4NE14, SEC 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH·, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SEC. 12: E1/2, SEC. 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4

LINCOLN ASTON

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

**List the contract number of any government contract**

_____

Debtor  **Remnant Oil Company, LLC**                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.754. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LINCOLN ASTON

| | |
|---|---|
| **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC. 12: E1/2, SEC. 13: N1/4NEJ1/4, TOWNSHIP .10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC 7: LOTS 3 , 4 , E1/2, , E1/2SW1/4 |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| **List the contract number of any government contract** | _____ |

| | | |
|---|---|---|
| 2.755. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED 14, 1984 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LINCOLN ASTON

| | |
|---|---|
| **State what the contract or lease is for** | CHAVES COUNTY, NM - SECTION 26: NE1/4, TOWNSHIP 9 SOUTH, RANGE 25 EAST, NMPM |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |
| **List the contract number of any government contract** | _____ |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

| 2.756. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY,NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SECTION 30: W1/2, SECTION 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NW1/4SW1/4, SE1/4, SECTION 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | LINCOLN ASTON |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

| 2.757. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4 | LINDA TOLES CABE 3001 KEMP BLVD. #103 WICHITA FALLS TX 76308 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.758. | **Title of contract** | ROCK QUEEN UNIT AGREEMENT AND AMENDED UNIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES AND LEA COUNTIES, NM - STATE/FEDERAL/FEE, WATER FLOOD UNITI - DEVELOPMENT AND OPERATION OF ROCK QUEEN UNIT | LISA OWEN |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | ON NOTICE | |
| | **List the contract number of any government contract** | _____ | |

Debtor     **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.759. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM | LONNIE KEMPER |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.760. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-0557729 - LEASE/WELL NAME - ENGLISH FEDERAL 1 | LUCY M ENGLISH |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-0557729 | |

| 2.761. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-0557729 - LEASE/WELL NAMES - SUN FEDERAL 1, SUN FEDERAL 3 | LUCY M ENGLISH |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-0557729 | |

| 2.762. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-0752 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 44 | M J MCDONALD |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM B-0752 | |

| 2.763. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM LG-2979 - LEASE/WELL NAMES - PECOS STATE 16 2, PECOS STATE 16 3, PECOS STATE 16 4 | M RALPH LOWE INC |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM LG-2979 | |

Debtor  **Remnant Oil Company, LLC**

Case number *(if known)* **19-70106**

| | | | |
|---|---|---|---|
| **2.764.** | **Title of contract** | MARALO INC OPERATING AGREEMENT DATED OCTOBER 13, 1983 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - SECTION 16, T6S, R26E | |
| | **Nature of debtor's interest** | CONTRACT PARTY | M. RALPH LOWE, INC.<br>4600 POST OAK PLACE, SUITE #307<br>HOUSTON TX 77027 |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE | |
| | **List the contract number of any government contract** | _____ | |
| **2.765.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ST NM E-3003 - LEASE/WELL NAME - MOBIL STATE 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MAGNOLIA PETROLEUM COMPANY |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM E-3003 | |
| **2.766.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SECTION 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4, NE1/4; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC 30: W1/2, SEC 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST SEC 6: ALL, SEC 7: LOTS 3, 4 E1/2, E1/2SW1/4 | MAJORIE CONE KASTMAN |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| | | | |
|---|---|---|---|
| 2.767. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1987 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4NE14, SEC 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH·, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SEC. 12: E1/2, SEC. 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | MAJORIE CONE KASTMAN |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.768. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC. 12: E1/2, SEC. 13: N1/4NEJ1/4, TOWNSHIP .10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC 7: LOTS 3 , 4 , E1/2, , E1/2SW1/4 | MAJORIE CONE KASTMAN |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.769.** | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | CHAVES COUNTY,NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SECTION 30: W1/2, SECTION 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NW1/4SW1/4, SE1/4, SECTION 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4

MAJORIE CONE KASTMAN

Nature of debtor's interest | CONTRACT PARTY

State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

List the contract number of any government contract | _____

---

**2.770.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | MORRIS R ANTWEIL ET AL - LEASE/WELL NAME -DQSU 0056

Nature of debtor's interest | CONTRACT PARTY

MALCO REFINERIES INC

State the term remaining | _____

List the contract number of any government contract | _____

---

**2.771.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | USA NMLC-060812 - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 8

Nature of debtor's interest | CONTRACT PARTY

MALEC REFINERIES INC.

State the term remaining | _____

List the contract number of any government contract | USA NMLC-060812

---

**2.772.** | Title of contract | ROCK QUEEN UNIT AGREEMENT AND AMENDED UNIT AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for | CHAVES AND LEA COUNTIES, NM - STATE/FEDERAL/FEE, WATER FLOOD UNITI - DEVELOPMENT AND OPERATION OF ROCK QUEEN UNIT

MANFORD PRODUCTION CO

Nature of debtor's interest | CONTRACT PARTY

State the term remaining | ON NOTICE

List the contract number of any government contract | _____

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.773. | **Title of contract** | MARBOB ENERGY CORPORATION OPERATING AGREEMENT DATED FEBRUARY 15, 2000 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - RANGER LAKE PROSPECT - TOWNSHIP 12 SOUTH, RANGE 34 EAST, SECTION 27: ALL | MANZANO OIL CORPORATION P.O. BOX 2107 121 W. THIRD STREET (88201) ROSWELL NM 88202-1737 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.774. | **Title of contract** | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | MANZANO OIL CORPORATION |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.775. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM VA-0333 - LEASE/WELL NAME - SHELL 26 ST 3 | MANZANO OIL CORPORATION |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM VA-0333 | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| **2.776.** | Title of contract | RUBICON OIL & GAS I, LP OPERATING AGREEMENT DATED JUNE 1, 2001 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | LEA COUNTY, NM - ALL OF SECTIONS 16, 21, 28, 29, 31 & 32, T -23-S, R-38-E | |
| | Nature of debtor's interest | CONTRACT PARTY | MARATHON OIL COMPANY P.O.BOX552 MIDLAND TX 79702-0552 |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| **2.777.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | ST NM VB-0405 - LEASE/WELL NAME - FINA STATE 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | MARBOB ENERGY CORP. |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM VB-0405 | |

| **2.778.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | ST NM V0-6926 - LEASE/WELL NAME - TRIPLE TRES STATE 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | MARBOB ENERGY CORPORATION |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM V0-6926 | |

| **2.779.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | USA NM-17204 - LEASE/WELL NAME - BO FEDERAL 1, JJ FED 2, JJ FED 3, JJ 1 FED COM 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | MARGUERITE P SMITH |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-17204 | |

| **2.780.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | USA NM-17204 - LEASE/WELL NAME - BO FEDERAL 1, JJ FED 2, JJ FED 3, JJ 1 FED COM 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | MARGUERITE P SMITH |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-12687 | |

Debtor **Remnant Oil Company, LLC**

Case number *(if known)* **19-70106**

---

| 2.781. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-17204 - LEASE/WELL NAME - BO FEDERAL 1, JJ FED 2, JJ FED 3, JJ 1 FED COM 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | MARGUERITE P SMITH |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-26067 | |

| 2.782. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-8431 - LEASE/WELL NAMES - TYRELL FED COM 1, TYRELL FED COM 2, TYRELL 13 FED COM 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | MARGUERITE P SMITH |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-8431 | |

| 2.783. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-17039 - LEASE/WELL NAMES - TYRELL FED COM 1, TYRELL FED COM 2, TYRELL 13 FED COM 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | MARGUERITE P SMITH |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-17039 | |

| 2.784. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-17204 - LEASE/WELL NAMES - TYRELL FED COM 1, TYRELL FED COM 2, TYRELL 13 FED COM 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | MARGUERITE P SMITH |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-17204 | |

| 2.785. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-26067 - LEASE/WELL NAMES - TYRELL FED COM 1, TYRELL FED COM 2, TYRELL 13 FED COM 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | MARGUERITE P SMITH |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-26067 | |

Debtor    **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| 2.786. | **Title of contract** | ROCK QUEEN UNIT AGREEMENT AND AMENDED UNIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES AND LEA COUNTIES, NM - STATE/FEDERAL/FEE, WATER FLOOD UNITI - DEVELOPMENT AND OPERATION OF ROCK QUEEN UNIT | MARK J. MOURNE |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | ON NOTICE | |
| | **List the contract number of any government contract** | _____ | |

| 2.787. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM | MARSHALL & WINSTON, INC. |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.788. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4 | MARSHALL & WINSTON, INC. 310 WEST TOWER 10 DESTA DRIVE MIDLAND TX 79705 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.789.** Title of contract
MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989

State what the contract or lease is for
CHAVES COUNTY, NM -
TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4

Nature of debtor's interest
CONTRACT PARTY

State the term remaining
IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION

List the contract number of any government contract
_____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MARTHA TOLES FROST
RT. 1, BOX 159
SAN JON NM 88434

**2.790.** Title of contract
MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED OCTOBER 5, 1983

State what the contract or lease is for
CHAVES COUNTY, NM -
NE1/4 SECTION 13, TOWNSHIP 9 SOUTH, RANGE 25 EAST

Nature of debtor's interest
CONTRACT PARTY

State the term remaining
IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION

List the contract number of any government contract
_____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MARY ELLEN ASTON

**2.791.** Title of contract
MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED OCTOBER 5, 1983

State what the contract or lease is for
CHAVES COUNTY, NM -
NE1/4 SECTION 13, TOWNSHIP 9 SOUTH, RANGE 25 EAST

Nature of debtor's interest
CONTRACT PARTY

State the term remaining
IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION

List the contract number of any government contract
_____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MARYBETH MANGUM

Debtor    **Remnant Oil Company, LLC**                                                Case number *(if known)* **19-70106**

| 2.792. | **Title of contract** | DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MATCO 85 LTD |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE | |
| | **List the contract number of any government contract** | _____ | |

| 2.793. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM LG-6461 - LEASE/WELL NAME - LANE B 3 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MAURICE L BROWN |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM LG-6461 | |

| 2.794. | **Title of contract** | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MAYBERRY & MAYBERRY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.795. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM V0-9404 - LEASE/WELLNAME - NORTH CAPTROCK CELERO QN UT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MBF LAND SERVICES |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM V0-9404 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
| --- | --- | --- |

| 2.796. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | ST NM V0-9413 - LEASE/WELLNAME - NORTH CAPTROCK CELERO QN UT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MBF LAND SERVICES |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM V0-9413 | |

| 2.797. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | ST NM V0-9414 - LEASE/WELLNAME - NORTH CAPROCK CELERO QN UT 22 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MBF LAND SERVICES |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM V0-9414 | |

| 2.798. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | ST NM V0-9415 - LEASE/WELLNAME - NORTH CAPROCK CELERO QN UT 26 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MBF LAND SERVICES |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM V0-9415 | |

| 2.799. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | ST NM V0-9416 - LEASE/WELLNAME - NORTH CAPROCK CELERO QN UT 27 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MBF LAND SERVICES |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM V0-9416 | |

| 2.800. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | ST NM V0-9417 - LEASE/WELLNAME - NORTH CAPROCK CELERO QN UT 28 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MBF LAND SERVICES |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM V0-9417 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.801.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | ST NM V0-9409 - LEASE/WELLNAME - NORTH CAPROCK CELERO QN UT 31 |
| **Nature of debtor's interest** | CONTRACT PARTY | MBF LAND SERVICES
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | ST NM V0-9409 |

**2.802.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | ST NM V0-9423 - LEASE/WELLNAME - NORTH CAPTROK CELERO QN UT |
| **Nature of debtor's interest** | CONTRACT PARTY | MBF LAND SERVICES
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | ST NM V0-9423 |

**2.803.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | ST NM V0-9424 - LEASE/WELLNAME - NORTH CAPTROCK CELERO QN UT |
| **Nature of debtor's interest** | CONTRACT PARTY | MBF LAND SERVICES
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | ST NM V0-9424 |

**2.804.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | _____ |
| **Nature of debtor's interest** | CONTRACT PARTY | MCCLELLAN OIL COMPANY
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | USA NM-36409 |

**2.805.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | STEWART LUMBER CO. AND A.E. & LOIS BEAVERS - LEASE/WELL NAME - BEAVERS, BEAVERS FEE 1 |
| **Nature of debtor's interest** | CONTRACT PARTY | MCCLELLAN OIL CORP.
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | _____ |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.806. | Title of contract | BEARD OIL COMPANY OPERATING AGREEMENT DATED JUNE 23, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - N/2 SECTION 23., TOWNSHIP 9 SOUTH., RANGE 25 EAST | MCCLELLAN OIL CORPORATION |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA OR 120 - DAYS AFTER ABANDONMENT OF WELL | |
| | List the contract number of any government contract | _____ | |

| 2.807. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 13, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 7 SOUTH, RANGE 25 EAST, NMPM, SECTION 30, SW 1/4 (YATES PETRO ENTITIES) | MCCLELLAN OIL CORPORATION, ET AL |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN A.RTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN FORCE SO LONG AS ANY SUCH WELL .OR WELLS PRODUCE, OR ARE CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.808. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-062029 - LEASE/WELL NAME - BRAINARD FEDERAL 7, BRAINARD FEDERAL 8, BRAINARD FEDERAL 12 | MCKEE AND BASSETT |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NMLC-062029 | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.809.** Title of contract — HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993

State what the contract or lease is for — CHAVES COUNTY, NM - ALL SECTION 12-TL3S-R27E: ALL SECTION 7-TL3S-R28E; KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4 SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4 SECTION 17 ALL LOCATED IN TL3S-R28E

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE.

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MICHAEL G. HANAGAN
P.O. BOX 1737
ROSWELL NM 88202

**2.810.** Title of contract — THUNDERBOLT PETROLEUM, LLC AGREEMENT DATED NOVEMBER 23, 1999

State what the contract or lease is for — EDDY COUNTY, NM - SW/4 SECTION 16, T-18-S, R-29-E

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL, OR OTHERWISE

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MICHAEL JAMES IKARD
P. O.BOX331
CARLSBAD NM 88220

**2.811.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — USA NM-33953 - LEASE/WELL NAMES - AMOCO FEDERAL 2, AMOCO FEDERAL 3 SWD, AMOCO FEDERAL 4, AMOCO FEDERAL 5, AMOCO FEDERAL 6,

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — USA NM-34657

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MICHAEL W. GATES

**2.812.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — USA NM-33953 - LEASE/WELL NAMES - AMOCO FEDERAL 2, AMOCO FEDERAL 3 SWD, AMOCO FEDERAL 4, AMOCO FEDERAL 5, AMOCO FEDERAL 6,

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — USA NM-33953

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

MICHAEL W. GATES

Debtor **Remnant Oil Company, LLC**                                   Case number *(if known)* **19-70106**

| 2.813. | **Title of contract** | THUNDERBOLT PETROLEUM, LLC AGREEMENT DATED NOVEMBER 23, 1999 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EDDY COUNTY, NM - SW/4 SECTION 16, T-18-S, R-29-E | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MIKE BURCHAM RT 4 BOX231 COLCORDE OK 74338 |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL, OR OTHERWISE | |
| | **List the contract number of any government contract** | _____ | |

| 2.814. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA LC-061840-A - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 2 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MINNTEX OIL COMPANY |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA LC-061840-A | |

| 2.815. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MORRIS R ANTWEIL ET AL - LEASE/WELL NAME -DQSU 0056 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MORRIS R ANTWEIL ET AL |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.816. | **Title of contract** | CO2 PIPELINE RIGHT OF WAY AND ACCESS RIGHTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RIGHT OF WAY AND ACCESS RIGHTS - PART OF SECTION 35, TOWNSHIP 10 SOUTH, RANGE 31 EAST | |
| | **Nature of debtor's interest** | GRANTEE | MR. JACK LUCE & MRS. REBA LUCE HC 12 NBU BOX 334 TATUM NM 88267 |
| | **State the term remaining** | AGREEMENT DATE 9/13/2010 | |
| | **List the contract number of any government contract** | _____ | |

| 2.817. | **Title of contract** | CO2 PIPELINE RIGHT OF WAY AND ACCESS RIGHTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RIGHT OF WAY AND ACCESS RIGHTS - PART OF SECTIONS 34 AND 35, TOWNSHIP 10 SOUTH, RANGE 31 EAST | |
| | **Nature of debtor's interest** | GRANTEE | MR. JACK LUCE & MRS. REBA LUCE HC 12 NBU BOX 334 TATUM NM 88267 |
| | **State the term remaining** | AGREEMENT DATE 9/2/2010 | |
| | **List the contract number of any government contract** | _____ | |

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 200 of 302

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.818. | Title of contract | HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - ALL SECTION 12-TL3S-R27E: ALL SECTION 7-TL3S-R28E; KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4 SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4 SECTION 17 ALL LOCATED IN TL3S-R28E | MR. JOHN CADIGAN RIO PETROL, INC. ROBERT R. WALKER 300 HARBOR BLDG. 100 SECOND AVENUE EDMONDS WA 98020 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE. | |
| | List the contract number of any government contract | _____ | |

| 2.819. | Title of contract | MARALO INC OPERATING AGREEMENT DATED OCTOBER 13, 1983 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - SECTION 16, T6S, R26E | MYCA INDUSTRIES, INC. 207 S. FOURTH STREET ARTESIA NM 88210 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE | |
| | List the contract number of any government contract | _____ | |

| 2.820. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 1, 1982 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - ALL SECTION 13, E1/2 SECTION 14, ALL SECTION 23, N1/2, N1/2S1/2, S1/2SW1/2, SW1/4SE1/4SECTION 24, TOWNSHIP 10 SOUTH, RANGE 25 EAST, N.M.P.M. | MYCO INDUSTIRES, INC. 207 S FOURTH ST ARTESIA NM 88210 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.821.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 1, 1982 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | CHAVES COUNTY, NM - ALL SECTION 13, E1/2 SECTION 14, ALL SECTION 23, N1/2, N1/2S1/2, S1/2SW1/4, SW1/4SE1/4 SECTION 24, TOWNSHIP 10 SOUTH, RANGE 25 EAST, N.M.P.M. | MYCO INDUSTIRES, INC. 207 SOUTH FOURTH STREET ARTESIA NM 88210

| **Nature of debtor's interest** | CONTRACT PARTY

| **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION

| **List the contract number of any government contract** | _____

**2.822.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 13, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 7 SOUTH, RANGE 25 EAST, NMPM, SECTION 30, SW 1/4 (YATES PETRO ENTITIES) | MYCO INDUSTRIES, INC

| **Nature of debtor's interest** | CONTRACT PARTY

| **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN A.RTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN FORCE SO LONG AS ANY SUCH WELL .OR WELLS PRODUCE, OR ARE CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION

| **List the contract number of any government contract** | _____

**2.823.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4 | MYCO INDUSTRIES, INC. 207 SOUTH FOURTH STREET ARTESIA NM 88210

| **Nature of debtor's interest** | CONTRACT PARTY

| **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION

| **List the contract number of any government contract** | _____

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.824. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 1, 1982 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - ALL SECTION 13, E1/2 SECTION 14, ALL SECTION 23, N1/2, N1/2S1/2, S1/2 SW1/4, SW1/4 SE\1/4 SECTION 24, TOWNSHIP 10 SOUTH, RANGE 25 EAST, N.M.P.M. | MYCO INDUSTRIES, INC. |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.825. | **Title of contract** | MANZANO OIL CORPORATION OPERATING AGREEMENT (NOT DATED) EFFECTIVE JULY 31, 1990 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - TOWNSHIP 10 SOUTH. RANGE 32 EAST, NMPM, SECTION 35: NE/4 | MYCO INDUSTRIES, INC. 105 S FOURTH STREET ARTESIA NM 88210 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.826. | **Title of contract** | YATES PETROLEUM CORPORATION OPERATING AGREEMENT DATED MARCH 17, 2005 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 33 EAST, NMPM, SECTION 36: S2, TOWNSHIP 10 SOUTH, RANGE 33 EAST, NMPM, SECTION 1: ALL | MYCO INDUSTRIES, INC. |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

Debtor **Remnant Oil Company, LLC**                                                              Case number *(if known)* **19-70106**

| 2.827. | Title of contract | CONCHO OIL & GAS CORP. DATED JANUARY 4, 2002 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 32 EAST, N.M.P.M. SECTION 26: EAST HALF (E/2) | MYCO INDUSTRIES, INC. |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | _____ | |

| 2.828. | Title of contract | GOTHIC PRODUCTION COMPANY OPERATING AGREEMENT DATED AUGUST 1, 2000 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - SE1/4 OF SECTION 28-5S-25E AS TO ALL DEPTHS FROM THE SURFACE TO THE TOP OF THE WOLFCAMP FORMATION | NADEL & GUSSMAN PERMIAN, L.L.C. 601 N. MARIENFELD SUITE 508 MIDLAND TX 79701 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.829. | Title of contract | BEARD OIL COMPANY OPERATING AGREEMENT DATED JUNE 23, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - N/2 SECTION 23., TOWNSHIP 9 SOUTH., RANGE 25 EAST | NEW MEXICO OIL CORPORATION |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA OR 120 - DAYS AFTER ABANDONMENT OF WELL | |
| | List the contract number of any government contract | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

| 2.830. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 9, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 8 SOUTH, RANGE 24 EAST, N.M.P.M., SECTION 1: S1/2, SECTION 12: W1/2; TOWNSHIP 8 SOUTH, RANGE 25 EAST, N.M.P.M., SECTION 6: W1/2, SECTION 7: W1/2 | NEW MEXICO OIL CORPORATION |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

| 2.831. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ROBERT E DAUGHTRY ET AL, S P JOHNSON ESTATE, JOHNSON III ET AL, NM OSAGE COOP ROY CO, GH & EH COATES- LEASE/WELL NAME - BRENDA 1-19 | NM OSAGE COOP ROY CO, |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.832. | **Title of contract** | GULF OIL CORPORATION OPERATING AGREEMENT DATED JANUARY 25, 1982 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | LEA COUNTY, NM - S/2 OF SECTION 9, T-19-S, R-33-EV N.M.P.M. | NORTEX OIL & GAS COMPANY 403 WALL TOWERS WEST MIDLAND TX 79701 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **Remnant Oil Company, LLC**                                     Case number *(if known)* **19-70106**

| 2.833. | **Title of contract** | AMBASSADOR OIL CORPORATION OPERATING AGREEMENT DATED OCTOBER 1, 1963 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY NM - TRACTS 1, 2 , 2A, 3, . 4, 4A, 5A, 6, 7, 8, 8A, 9, 15 AND 16 | NOT LEGIBLE |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | THIS AGREEMENT SHALL CONTINUE IN FULL FORCE AND EFFECT SO LONG .AS THE UNIT AGREEMENT REMAINS IN FORCE AND EFFECT AND THEREAFTER UNTIL ALL UNIT WELLS HAVE BEEN.PLUGGED AND ABANDONED OR TURNED· OVER TO ORKING INTEREST OWNERS IN ACCORDANCE WITH ARTICLE 21 | |
| | **List the contract number of any government contract** | _____ | |

| 2.834. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED JULY 20, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - E/2 SECTION 7: LOTS L, 2, 3, 4:_, E/2W/2, SECTION 18, TOWNSHIP 9 SOUTH, RANGE 26 EAST | NOVALENE B. TOLES |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

| 2.835. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4 | NOVALENE B. TOLES P.O. BOX 518 HAPPY TX 79042 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.836. | Title of contract | BEARD OIL COMPANY OPERATING AGREEMENT DATED JUNE 23, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - N/2 SECTION 23., TOWNSHIP 9 SOUTH., RANGE 25 EAST | O. L. GRAGG |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA OR 120 - DAYS AFTER ABANDONMENT OF WELL | |
| | List the contract number of any government contract | _____ | |

| 2.837. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 9, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 8 SOUTH, RANGE 24 EAST, N.M.P.M., SECTION 1: S1/2, SECTION 12: W1/2; TOWNSHIP 8 SOUTH, RANGE 25 EAST, N.M.P.M., SECTION 6: W1/2, SECTION 7: W1/2 | O. L. GRAGG |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | _____ | |

| 2.838. | Title of contract | ROCK QUEEN UNIT AGREEMENT AND AMENDED UNIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES AND LEA COUNTIES, NM - STATE/FEDERAL/FEE, WATER FLOOD UNITI - DEVELOPMENT AND OPERATION OF ROCK QUEEN UNIT | OBOINC. |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | ON NOTICE | |
| | List the contract number of any government contract | _____ | |

| 2.839. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | ST NM V0-6654 - LEASE/WELL NAME - HOOD STATE 1 | OCEAN ENERGY INC |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM V0-6654 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.840.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — ST NM A-2614 - LEASE/WELLNAME - NEWMAN 32 STATE 1

**Nature of debtor's interest** — CONTRACT PARTY

OHIO OIL COMPANY

**State the term remaining** — _____

**List the contract number of any government contract** — ST NM A-2614

---

**2.841.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — ST NM A-2615 - LEASE/WELLNAME - NEWMAN 32 STATE 2

**Nature of debtor's interest** — CONTRACT PARTY

OHIO OIL COMPANY

**State the term remaining** — _____

**List the contract number of any government contract** — ST NM A-2615

---

**2.842.** | **Title of contract** | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M.

OLEN F. FEATHERSTONE II

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract** — _____

---

**2.843.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** — USA NM-17204 - LEASE/WELL NAME - BO FEDERAL 1, JJ FED 2, JJ FED 3, JJ 1 FED COM 4

**Nature of debtor's interest** — CONTRACT PARTY

OTTO G GREEN

**State the term remaining** — _____

**List the contract number of any government contract** — USA NM-17204

Debtor    **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| 2.844. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-17204 - LEASE/WELL NAME - BO FEDERAL 1, JJ FED 2, JJ FED 3, JJ 1 FED COM 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | OTTO G GREEN |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-12687 | |

| 2.845. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-17204 - LEASE/WELL NAME - BO FEDERAL 1, JJ FED 2, JJ FED 3, JJ 1 FED COM 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | OTTO G GREEN |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-26067 | |

| 2.846. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-8431 - LEASE/WELL NAMES - TYRELL FED COM 1, TYRELL FED COM 2, TYRELL 13 FED COM 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | OTTO G GREEN |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-8431 | |

| 2.847. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-17039 - LEASE/WELL NAMES - TYRELL FED COM 1, TYRELL FED COM 2, TYRELL 13 FED COM 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | OTTO G GREEN |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-17039 | |

| 2.848. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-17204 - LEASE/WELL NAMES - TYRELL FED COM 1, TYRELL FED COM 2, TYRELL 13 FED COM 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | OTTO G GREEN |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-17204 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.849. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-26067 - LEASE/WELL NAMES - TYRELL FED COM 1, TYRELL FED COM 2, TYRELL 13 FED COM 4 | |
| | Nature of debtor's interest | CONTRACT PARTY | OTTO G GREEN |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-26067 | |

| 2.850. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-89890 - LEASE/WELL NAME -CORBIN A FEDERAL 2 | |
| | Nature of debtor's interest | CONTRACT PARTY | OXY, USA INC |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-89890 | |

| 2.851. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-065561 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #115 | |
| | Nature of debtor's interest | CONTRACT PARTY | P S RUNYAN AND V J MOSER |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NMLC-065561 | |

| 2.852. | Title of contract | MARBOB ENERGY CORPORATION OPERATING AGREEMENT DATED JUNE 1, 2008 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - SECTION 24: S/2, TOWNSHIP 14 SOUTH, RANGE 34 EAST | |
| | Nature of debtor's interest | CONTRACT PARTY | PARROTT HEAD PROPERTIES LLC 1801 WEST SECOND STREET ROSWELL NM 88201 |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.853. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM E-1765 - LEASE/WELL NAME - PENROC STATE DV 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | PATRICK A DOHENY |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM E-1765 | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |

| 2.854. | **Title of contract** | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|--------|--------|--------|
| | **State what the contract or lease is for** | LEA COUNTY, NM -<br>SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | PECOS VALLEY ENERGY 1983, LTD |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.855. | **Title of contract** | AMERIND, OIL CO. OPERATING AGREEMENT DATED MAY 1, 1983 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|--------|--------|--------|
| | **State what the contract or lease is for** | LEA COUNTY, NM -<br>SW4 SECTION 21, TOWNSHIP 16 SOUTH, RANGE 37 EAST NMPM | PENNZOIL COMPANY<br>P. O. BOX 1828<br>MIDLAND TX 79702 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.856. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|--------|--------|--------|
| | **State what the contract or lease is for** | E H LUMPKIN ET UX, ET AL (35) - LEASE/WELL NAME - HIGGINS TRUST 1 | PENNZOIL COMPANY ET AL |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| 2.857. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|--------|--------|--------|--------|
| | **State what the contract or lease is for** | E H LUMPKIN ET UX, ET AL (35) - LEASE/WELL NAME - HIGGINS TRUST 2 | PENNZOIL COMPANY ET AL |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

Debtor  **Remnant Oil Company, LLC**

Case number *(if known)* **19-70106**

| 2.858. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-96248 - LEASE/WELL NAME - BARNES FEDERAL 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | PENROC OIL CORPORATION |
| | State the term remaining | _____ | PO BOX 2769 |
| | | | HOBBS NM 88241-2769 |
| | List the contract number of any government contract | USA NM-96248 | |

| 2.859. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-96248 - LEASE/WELL NAME - BARNES FEDERAL 2 | |
| | Nature of debtor's interest | CONTRACT PARTY | PENROC OIL CORPORATION |
| | State the term remaining | _____ | PO BOX 2769 |
| | | | HOBBS NM 88241-2769 |
| | List the contract number of any government contract | USA NM-96248 | |

| 2.860. | Title of contract | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | PHELPS ANDERSON |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.861. | Title of contract | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-35611, SEGREGATED OUT OF NM-153475 - LEASE/WELL NAME DALPORT ARCO FED COM 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | PHILLIP C. HOLT |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-35611 | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| 2.862. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-35611, SEGREGATED OUT OF NM-153475 - LEASE/WELL NAME DALPORT ARCO FED COM 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PHILLIP C. HOLT |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-349837 SEGREGATGED OUT OF NM-153475 | |

| 2.863. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-14847 - LEASE/WELL NAME - EMPIRE DEEP 29 FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PHILLIPS PETROLEUM CO |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-14847 | |

| 2.864. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-14847 - LEASE/WELL NAME - EMPIRE DEEP 29 FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PHILLIPS PETROLEUM CO |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-29281 | |

| 2.865. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-14847 - LEASE/WELL NAME - EMPIRE DEEP 29 FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PHILLIPS PETROLEUM CO |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM B-1226-9 | |

| 2.866. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-14847 - LEASE/WELL NAME - EMPIRE DEEP 29 FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PHILLIPS PETROLEUM CO |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-14840 | |

Debtor      **Remnant Oil Company, LLC**                                            Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.867. | **Title of contract** | OIL & GAS LEASE |
| | **State what the contract or lease is for** | ST NM E-3277 - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 13 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | ST NM E-3277 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PHILLIPS PETROLEUM CO

| | | |
|---|---|---|
| 2.868. | **Title of contract** | OIL & GAS LEASE |
| | **State what the contract or lease is for** | USA NMLC-070336 - LEASE/WELL NANE - DQSU 0022 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | USA NMLC-070336 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PHILLIPS PETROLEUM COMPANY

| | | |
|---|---|---|
| 2.869. | **Title of contract** | OIL & GAS LEASE |
| | **State what the contract or lease is for** | USA NMLC-070337 - LEASE/WELL NAME - DQSU 0023 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | USA NMLC-070337 |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PHILLIPS PETROLEUM COMPANY

| | | |
|---|---|---|
| 2.870. | **Title of contract** | MARBOB ENERGY CORPORATION OPERATING AGREEMENT DATED JUNE 1, 2008 |
| | **State what the contract or lease is for** | LEA COUNTY, NM - SECTION 24: S/2, TOWNSHIP 14 SOUTH, RANGE 34 EAST |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PITCH ENERGY CORPORATION
P.O. BOX 304
ARTESIA NM 88211-0304

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.871. | Title of contract | BEARD OIL COMPANY OPERATING AGREEMENT DATED JUNE 23, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - N/2 SECTION 23., TOWNSHIP 9 SOUTH., RANGE 25 EAST | PM AND R COMPANY |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA OR 120 - DAYS AFTER ABANDONMENT OF WELL | |
| | List the contract number of any government contract | _____ | |

| 2.872. | Title of contract | EMPLOYEE DENTAL INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EMPLOYEE DENTAL INSURANCE | |
| | Nature of debtor's interest | INSURANCE PROVIDER | PRINCIPAL FINANCIAL GROUP ATTN LEGAL DEPT PO BOX 10372 DES MOINES IA 50392-0002 |
| | State the term remaining | ON NOTICE OR FAILURE TO PAY PREMIUM | |
| | List the contract number of any government contract | _____ | |

| 2.873. | Title of contract | EMPLOYEE LIFE AND ACCIDENTAL DEATH INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EMPLOYEE LIFE INSURANCE AND ACCIDENTAL DEATH INSURANCE | |
| | Nature of debtor's interest | INSURANCE PROVIDER | PRINCIPAL FINANCIAL GROUP ATTN LEGAL DEPT PO BOX 10372 DES MOINES IA 50392-0002 |
| | State the term remaining | ON NOTICE OR FAILURE TO PAY PREMIUM | |
| | List the contract number of any government contract | _____ | |

| 2.874. | Title of contract | EMPLOYEE VISION VISION CARE EXPENSE INSURANCE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | EMPLOYEE VISION CARE EXPENSE INSURANCE | |
| | Nature of debtor's interest | INSURANCE PROVIDER | PRINCIPAL FINANCIAL GROUP ATTN LEGAL DEPT PO BOX 10372 DES MOINES IA 50392-0002 |
| | State the term remaining | ON NOTICE OR FAILURE TO PAY PREMIUM | |
| | List the contract number of any government contract | _____ | |

| 2.875. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-17594 - LEASE/WELL NAME -APACHE FED COM 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | PRISCILLA F GILMORE |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-17594 | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |

| 2.876. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NM-17432 - LEASE/WELL NAME - APACHE FED COM 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PRISCILLA F GILMORE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-17432 | |

| 2.877. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NM-98865 SEGREGATED OUT OF NM-1535A - LEASE/WELL NAME DALPORT FEDERAL 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PRISCILLA F GILMORE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-98865 SEGREGATED OUT OF NM-1535A | |

| 2.878. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NM-98865 SEGREGATED OUT OF NM-1535A - LEASE/WELL NAME DALPORT FEDERAL 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PRISCILLA F GILMORE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA-NM-17432 | |

| 2.879. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NM-17594 - LEASE/WELL NAME - FRIEND FEDERAL 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PRISCILLA F GILMORE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-17594 | |

| 2.880. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NM-17594 - LEASE/WELL NAME - FRIEND FEDERAL 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PRISCILLA F GILMORE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-17432 | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.881. | Title of contract | MARBOB ENERGY CORPORATION OPERATING AGREEMENT DATED JUNE 1, 2008 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - SECTION 24: S/2, TOWNSHIP 14 SOUTH, RANGE 34 EAST | |
| | Nature of debtor's interest | CONTRACT PARTY | PROSPECTOR LLC 1801 WEST SECOND STREET ROSWELL NM 88201 |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.882. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA LC-06209 - LEASE/WELL NAME - EMPIRE 34 FED 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | R E MCKEE & C N BASSETT |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA LC-062029 | |

| 2.883. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA LC-06209 - LEASE/WELL NAME - EMPIRE 34 FED 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | R E MCKEE & C N BASSETT |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-34462 | |

| 2.884. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA LC-06209 - LEASE/WELL NAME - EMPIRE 34 FED 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | R E MCKEE & C N BASSETT |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-10907A | |

| 2.885. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-117806 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 8 (INJ) | |
| | Nature of debtor's interest | CONTRACT PARTY | R S MAGRUDER |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-117806 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.886. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM B-7950 - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 16 | |
| | Nature of debtor's interest | CONTRACT PARTY | RALPH GALLINGER |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM B-7950 | |

| 2.887. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM E-4810 - LEASE/WELL NAME - DQSU 0041 | |
| | Nature of debtor's interest | CONTRACT PARTY | RALPH NIX |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM E-4810 | |

| 2.888. | Title of contract | DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM | RAY E JENSON |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE | |
| | List the contract number of any government contract | _____ | |

| 2.889. | Title of contract | CHESAPEAKE EXPLORATION LIMITED PARTNERSHIP OPERATING AGREEMENT DATED AUGUST 31, 2005 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - WELL NAME: BRIGHT 2 STATE COM #1 TOWNSHIP 10 SOUTH, RANGE 33 EAST SECTION 2: NE/4 (AS TO DEPTHS BELOW 8,900') SE/4 | REEDER ENERGY PARTNERS, L.P. BRYAN T. REEDER ONE ENERGY SQUARE 4925 GREENVILLE AVE., SUITE 200 DALLAS TX 75206 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS 55 AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN FORCE SO LONG AS ANY SUCH WELL OR 56 WELLS PRODUCE, OR ARE CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.890. | Title of contract | DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM | RICHARD D FOLGER |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE | |
| | List the contract number of any government contract | _____ | |

| 2.891. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED JUNE 15, 1984 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 5 SOUTH, RANGE 25 EAST, N.M.P.M. SECTION 28: SW1/4 | RIO PETROL INC |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.892. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 9, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 8 SOUTH, RANGE 24 EAST, N.M.P.M., SECTION 1: S1/2, SECTION 12: W1/2; TOWNSHIP 8 SOUTH, RANGE 25 EAST, N.M.P.M., SECTION 6: W1/2, SECTION 7: W1/2 | RIO PETROL, INC. |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.893.** 

| Title of contract | DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| State what the contract or lease is for | CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM | ROBERT C SNYDER |
| Nature of debtor's interest | CONTRACT PARTY | |
| State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE | |
| List the contract number of any government contract | _____ | |

**2.894.**

| Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| State what the contract or lease is for | USA NM-54428 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #159 | ROBERT E BOILING |
| Nature of debtor's interest | CONTRACT PARTY | |
| State the term remaining | _____ | |
| List the contract number of any government contract | USA NM-54428 | |

**2.895.**

| Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| State what the contract or lease is for | ROBERT E DAUGHTRY ET AL, S P JOHNSON ESTATE, JOHNSON III ET AL, NM OSAGE COOP ROY CO, GH & EH COATES- LEASE/WELL NAME - BRENDA 1-19 | ROBERT E DAUGHTRY ET AL |
| Nature of debtor's interest | CONTRACT PARTY | |
| State the term remaining | _____ | |
| List the contract number of any government contract | _____ | |

**2.896.**

| Title of contract | HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| State what the contract or lease is for | CHAVES COUNTY, NM - ALL SECTION 12-TL3S-R27E: ALL SECTION 7-TL3S-R28E; KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4 SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4 SECTION 17 ALL LOCATED IN TL3S-R28E | ROBERT J. LEONARD P. O. BOX · 400 ROSWELL NM 88202 |
| Nature of debtor's interest | CONTRACT PARTY | |
| State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE. | |
| List the contract number of any government contract | _____ | |

Debtor **Remnant Oil Company, LLC**                                              Case number *(if known)* **19-70106**

| 2.897. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-17594 - LEASE/WELL NAME -APACHE FED COM 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | ROBERT N FRIEND |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-17594 | |

| 2.898. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-17432 - LEASE/WELL NAME - APACHE FED COM 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | ROBERT N FRIEND |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-17432 | |

| 2.899. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-17594 - LEASE/WELL NAME - FRIEND FEDERAL 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | ROBERT N FRIEND |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-17594 | |

| 2.900. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-17594 - LEASE/WELL NAME - FRIEND FEDERAL 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | ROBERT N FRIEND |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-17432 | |

| 2.901. | Title of contract | HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - ALL SECTION 12-TL3S-R27E: ALL SECTION 7-TL3S-R28E; KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4 SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4 SECTION 17 ALL LOCATED IN TL3S-R28E | ROBERT N. ENFIELD P.O. BOX 2431 SANTA FE NM 87504 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE. | |
| | List the contract number of any government contract | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.902. | **Title of contract** | ROCK QUEEN UNIT AGREEMENT AND AMENDED UNIT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES AND LEA COUNTIES, NM - STATE/FEDERAL/FEE, WATER FLOOD UNITI - DEVELOPMENT AND OPERATION OF ROCK QUEEN UNIT | ROBERT OWEN |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | ON NOTICE | |
| | **List the contract number of any government contract** | _____ | |

| 2.903. | **Title of contract** | CO2 PIPELINE RIGHT OF WAY AND ACCESS RIGHTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RIGHT OF WAY AND ACCESS RIGHTS - PART OF SECTIONS 1 AND 23, TOWNSHIP 11 SOUTH, RANGE 31 EAST | ROBERT W MARLEY |
| | **Nature of debtor's interest** | GRANTEE | 45 CROSSROADS ROSWELL NM 88203 |
| | **State the term remaining** | AGREEMENT DATE 9/20/2010 | |
| | **List the contract number of any government contract** | _____ | |

| 2.904. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED JULY 20, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - E/2 SECTION 7: LOTS L, 2, 3, 4:_, E/2W/2, SECTION 18, TOWNSHIP 9 SOUTH, RANGE 26 EAST | ROGERS ASTON |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

| 2.905. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4 | ROGERS ASTON P.O. BOX 1090 ROSWELL NM 88202 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

Debtor **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| 2.906. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM | ROGERS ASTON |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.907. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SECTION 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4, NE1/4; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC 30: W1/2, SEC 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST SEC 6: ALL, SEC 7: LOTS 3, 4 E1/2, E1/2SW1/4 | ROGERS ASTON |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | _____ | |

| 2.908. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4 | ROGERS ASTON P. O. BOX 1090 ROSWELL NM 88202 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

Debtor **Remnant Oil Company, LLC**                                         Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| **2.909.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1987 |

| | |
|---|---|
| **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4NE14, SEC 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH·, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SEC. 12: E1/2, SEC. 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ROGERS ASTON

| | | |
|---|---|---|
| **2.910.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 |

| | |
|---|---|
| **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC. 12: E1/2, SEC. 13: N1/4NEJ1/4, TOWNSHIP .10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC 7: LOTS 3 , 4 , E1/2, , E1/2SW1/4 |
| **Nature of debtor's interest** | CONTRACT PARTY |
| **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| **List the contract number of any government contract** | _____ |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ROGERS ASTON

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.911. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED 14, 1984 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - SECTION 26: NE1/4, TOWNSHIP 9 SOUTH, RANGE 25 EAST, NMPM | ROGERS ASTON |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.912. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED OCTOBER 5, 1983 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - NE1/4 SECTION 13, TOWNSHIP 9 SOUTH, RANGE 25 EAST | ROGERS ASTON |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.913. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY,NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SECTION 30: W1/2, SECTION 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NW1/4SW1/4, SE1/4, SECTION 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | ROGERS ASTON |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | _____ | |

Debtor  **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| 2.914. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-016795 - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 13 | |
| | Nature of debtor's interest | CONTRACT PARTY | ROLAND RICH WOOLLEY |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-016795 | |

| 2.915. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA LC-29403-B - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 7 | |
| | Nature of debtor's interest | CONTRACT PARTY | ROY H SMITH DRILLING CO |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA LC-29403-B | |

| 2.916. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA LC-029403A - LEASE/WELL NAME NOT AVAILABLE | |
| | Nature of debtor's interest | CONTRACT PARTY | ROY H SMITH, ET AL |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA LC-029403A | |

| 2.917. | Title of contract | YATES PETROLEUM CORPORATION OPERATING AGREEMENT DATED MARCH 17, 2005 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 33 EAST, NMPM, SECTION 36: S2, TOWNSHIP 10 SOUTH, RANGE 33 EAST, NMPM, SECTION 1: ALL | RUBICO OIL & GAS LP |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.918. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM V0-7069 - LEASE/WELL NAME - BRIGHT 2 STATE COM 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | RUBICON OIL & GAS, LP |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM V0-7069 | |

Debtor    **Remnant Oil Company, LLC**        Case number *(if known)* **19-70106**

| | | | |
|---|---|---|---|
| 2.919. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ST NM V0-7069 - LEASE/WELL NAME - BRIGHT 2 STATE COM 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RUBICON OIL & GAS, LP |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM V0-2469 | |
| 2.920. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RUTH TAYLOR ET AL - LEASE/WELL NAME - TAYLOR 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | RUTH TAYLOR ET AL |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.921. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ROBERT E DAUGHTRY ET AL, S P JOHNSON ESTATE, JOHNSON III ET AL, NM OSAGE COOP ROY CO, GH & EH COATES- LEASE/WELL NAME - BRENDA 1-19 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | S P JOHNSON ESTATE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.922. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SALLY A. ELLIS |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | | |

Debtor     **Remnant Oil Company, LLC**                                        Case number *(if known)* **19-70106**

| 2.923. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SALLY A. ELLIS 771 CRESCENT DR. BOULDER CO 80303 |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | | |

| 2.924. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SANTA FE ENERGY CO |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-63362 | |

| 2.925. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SANTA FE MINING INC - LEASE/WELL NAME - SANTA FE FEE 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SANTA FE ENERGY COMPANY |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.926. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SANTA FE MINING INC - LEASE/WELL NAME - SANTA FE FEE 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SANTA FE MINING INC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.927. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-13979 - LEASE/WELL NAME - LISA FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SHIRLEY STARMAN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-13979 | |

Debtor    **Remnant Oil Company, LLC**                                          Case number *(if known)* **19-70106**

| | | | |
|---|---|---|---|
| 2.928. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NM-10189 - LEASE/WELL NAMES - MCCLURE J H B 22 SWD, MCCLURE J H B 23 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SINCLAIR OIL & GAS COMPANY |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-10189 | |

| | | | |
|---|---|---|---|
| 2.929. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NM-02509 - LEASE/WELL NAME - ROCK QUEEN UNIT 0030 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SKELLY OIL COMPANY |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-02509 | |

| | | | |
|---|---|---|---|
| 2.930. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ST NM E-35 - LEASE/WELL NAME - ROCK QUEEN UNIT 0047 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SO. PETROLEUM EXPLORATION |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM E-35 | |

| | | | |
|---|---|---|---|
| 2.931. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NM-34649 - LEASE/WELL NAME - DANA FED 2, DANA FED 3, DANA FED 4, DANA FED 5 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SOUTHERN UNION EXP. CO. |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-34649 | |

| | | | |
|---|---|---|---|
| 2.932. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | USA NM-34649 - LEASE/WELL NAME - DANA FED 2, DANA FED 3, DANA FED 4, DANA FED 5 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SOUTHERN UNION EXP. CO. |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA NM-35925 | |

Debtor **Remnant Oil Company, LLC**    Case number *(if known)* **19-70106**

| 2.933. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM -34649 - LEASE/WELL NAME - SU FED 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | SOUTHERN UNION EXP. CO. |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-34649 | |

| 2.934. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM -35925 - LEASE/WELL NAME - SU FED 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | SOUTHERN UNION EXP. CO. |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-35925 | |

| 2.935. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM V0-5512 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 50 | |
| | Nature of debtor's interest | CONTRACT PARTY | SOUTHWESTERN ENERGY PRODUCTION COMPANY |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM V0-5512 | |

| 2.936. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4 | |
| | Nature of debtor's interest | CONTRACT PARTY | SOUTHWESTERN RESOURCES, INC. 1111 W. COUNTRY CLUB ROAD ROSWELL NM 88201 |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

Debtor    **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.937. | **Title of contract** | TERM ASSIGNMENT OF DEVELOPMENT RIGHTS AND AGREEMENT |

**State what the contract or lease is for**  EDDY COUNTY, NM - NORTH SQUARE LAKE UNIT - DEVELOPMENT RIGHTS, OPERATING RIGHTS AND LEASEHOLD WORKING INTERESTS

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  ON REASSIGNMENT

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SQUARE LAKE DRILLING LLC
CHRIS RODENFELS MANAGER
2704 BOTTICELLI DR
HENDERSON NV 89042

---

2.938.  **Title of contract**  GENERAL LIABILITY POLICY NO. 15T14218

**State what the contract or lease is for**  INSURANCE

**Nature of debtor's interest**  INSURED

**State the term remaining**  10/29/2019

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ST. PAUL FIRE & MARINE
INSURANCE COMPANY
P.O. BOX 650293
DALLAS TX 75265-0293

---

2.939.  **Title of contract**  AUTO POLICY NO. 15T14218

**State what the contract or lease is for**  INSURANCE

**Nature of debtor's interest**  INSURED

**State the term remaining**  10/29/2019

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ST. PAUL FIRE & MARINE
INSURANCE COMPANY
P.O. BOX 650293
DALLAS TX 75265-0293

---

2.940.  **Title of contract**  UMBRELLA POLICY NO. 15T14218

**State what the contract or lease is for**  INSURANCE

**Nature of debtor's interest**  INSURED

**State the term remaining**  10/29/2019

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ST. PAUL FIRE & MARINE
INSURANCE COMPANY
P.O. BOX 650293
DALLAS TX 75265-0293

---

2.941.  **Title of contract**  PROPERTY POLICY NO. 15T14218

**State what the contract or lease is for**  INSURANCE

**Nature of debtor's interest**  INSURED

**State the term remaining**  10/29/2019

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ST. PAUL FIRE & MARINE
INSURANCE COMPANY
P.O. BOX 650293
DALLAS TX 75265-0293

---

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.942.** **Title of contract**  SURFACE USE AGREEMENT

**State what the contract or lease is for**  SURFACE USE AGREEMENT NO. 0443-7 - 6 ACRES OF LAND IN THE SW/4SW/4 OF SECTION 23, TOWNSHIP 13 SOUTH, RANGE 31 EAST

**Nature of debtor's interest**  GRANTEE

**State the term remaining**  11/13/2019

**List the contract number of any government contract**  STATE OF NEW MEXICO 0443-7

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

**2.943.** **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  ST NM B-8876 - LEASE/WELL NAME - AURORA STATE 1

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  ST NM B-8876

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

**2.944.** **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  ST NM V0-7069 - LEASE/WELL NAME - BRIGHT 2 STATE COM 1

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  ST NM V0-7069

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

**2.945.** **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  ST NM V0-7069 - LEASE/WELL NAME - BRIGHT 2 STATE COM 1

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  ST NM V0-2469

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

**2.946.** **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  ST NM LG-4524 - LEASE/WELL NAME - CAL MON 1 (INJ)), CAL-MON 2, CAL-MON 3, CAL-MON 4, CAL-MON 5, CAL-MON 6

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  ST NM LG-4524

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.947.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — ST NM-B0-2071 - LEASE/WELL NAME - CARPER LEVERS 2

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — ST NM-B0-2071

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.948.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — ST NM VA-0831 - LEASE/WELL NAME - CHARLIE STATE 1

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — ST NM VA-0831

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.949.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — ST NM B0-8822 - LEASE/WELL NAME - DQSU 0028

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — ST NM B0-8822

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.950.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — ST NM VC-0009 - LEASE/WELL NAME - DQSU 0029

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — ST NM VC-0009

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.951.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — ST NM B-10417 - LEASE/WELL NAME - DQSU 0030

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — ST NM B-10417

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

Debtor **Remnant Oil Company, LLC**                                     Case number *(if known)* **19-70106**

| 2.952. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-10419 - LEASE/WELL NAME - DQSU 0031 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM B-10419 | |

| 2.953. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-10420 - LEASE/WELL NAME - DQSU 0032 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM B-10420 | |

| 2.954. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-00478 - LEASE/ WELL NAME - DQSU 0033 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM E-00478 | |

| 2.955. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-00521 - LEASE/WELL NAME - DQSU 0034 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM E-00521 | |

| 2.956. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-1380 - LEASE/WELL NAME - DQSU 0035 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM E-1380 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.957.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — ST NM E-01467 - LEASE/WELL NAME - DQSU 0036

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — ST NM E-01467

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

**2.958.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — ST NM E-2635 - LEASE/WELL NAME - DQSU 0038

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — ST NM E-2635

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

**2.959.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — ST NM E-02855 - LEASE/WELL NAME - DQSU 0039

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — ST NM E-02855

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

**2.960.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — ST NM E-02858 - LEASE/WELL NAME - DQSU 0040

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — ST NM E-02858

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

**2.961.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — ST NM E-4810 - LEASE/WELL NAME - DQSU 0041

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — ST NM E-4810

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.962.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — ST NM E-5665 - LEASE/WELL NAME - DQSU 0043

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — ST NM E-5665

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.963.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — ST NM E-5988 - LEASE/WELL NAME - DQSU 0045

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — ST NM E-5988

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.964.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — ST NM E-06401 - LEASE/WELL NAME - DQSU 0046

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — ST NM E-06401

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.965.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — ST NM E-7661 - LEASE/WELL NAME - DQSU 0047

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — ST NM E-7661

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.966.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — ST NM E-7662 - LEASE/WELL NAME - DQSU 0049

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — ST NM E-7662

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

---

| 2.967. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-8333 - LEASE/WELL NAME - DQSU 0053 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM E-8333 | |

| 2.968. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM-E-7659 - LEASE/WELL NAME -DQSU 0054 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM-E-7659 | |

| 2.969. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM VB-1613 - LEASE/WELL NAME - DQSU 0055 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM VB-1613 | |

| 2.970. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA NM-14847 - LEASE/WELL NAME - EMPIRE DEEP 29 FED 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM B-1226-9 | |

| 2.971. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM VB-0405 - LEASE/WELL NAME - FINA STATE 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM VB-0405 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.972.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — ST NM V0-6654 - LEASE/WELL NAME - HOOD STATE 1

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — ST NM V0-6654

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

**2.973.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — ST NM LG-6461 - LEASE/WELL NAME - LANE B 3

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — ST NM LG-6461

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

**2.974.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — ST NM E-3003 - LEASE/WELL NAME - MOBIL STATE 1

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — ST NM E-3003

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

**2.975.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — ST NM VA-0331 - LEASE/WELL NAME - NEW MEXICO STATE 1

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — ST NM VA-0331

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

**2.976.** Title of contract — OIL & GAS LEASE

State what the contract or lease is for — ST NM A-2614 - LEASE/WELLNAME - NEWMAN 32 STATE 1

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — ST NM A-2614

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.977. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM A-2615 - LEASE/WELLNAME - NEWMAN 32 STATE 2 | |
| | Nature of debtor's interest | CONTRACT PARTY | STATE OF NEW MEXICO |
| | State the term remaining | _____ | 310 OLD SANTA FE TRAIL |
| | List the contract number of any government contract | ST NM A-2615 | SANTA FE NM 87501 |

| 2.978. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM V0-9404 - LEASE/WELLNAME - NORTH CAPTROCK CELERO QN UT | |
| | Nature of debtor's interest | CONTRACT PARTY | STATE OF NEW MEXICO |
| | State the term remaining | _____ | 310 OLD SANTA FE TRAIL |
| | List the contract number of any government contract | ST NM V0-9404 | SANTA FE NM 87501 |

| 2.979. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM V0-9413 - LEASE/WELLNAME - NORTH CAPTROCK CELERO QN UT | |
| | Nature of debtor's interest | CONTRACT PARTY | STATE OF NEW MEXICO |
| | State the term remaining | _____ | 310 OLD SANTA FE TRAIL |
| | List the contract number of any government contract | ST NM V0-9413 | SANTA FE NM 87501 |

| 2.980. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM V0-9414 - LEASE/WELLNAME - NORTH CAPROCK CELERO QN UT 22 | |
| | Nature of debtor's interest | CONTRACT PARTY | STATE OF NEW MEXICO |
| | State the term remaining | _____ | 310 OLD SANTA FE TRAIL |
| | List the contract number of any government contract | ST NM V0-9414 | SANTA FE NM 87501 |

| 2.981. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM V0-9415 - LEASE/WELLNAME - NORTH CAPROCK CELERO QN UT 26 | |
| | Nature of debtor's interest | CONTRACT PARTY | STATE OF NEW MEXICO |
| | State the term remaining | _____ | 310 OLD SANTA FE TRAIL |
| | List the contract number of any government contract | ST NM V0-9415 | SANTA FE NM 87501 |

Debtor **Remnant Oil Company, LLC**                     Case number *(if known)* **19-70106**

| 2.982. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM V0-9416 - LEASE/WELLNAME - NORTH CAPROCK CELERO QN UT 27 | |
| | Nature of debtor's interest | CONTRACT PARTY | STATE OF NEW MEXICO |
| | State the term remaining | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | List the contract number of any government contract | ST NM V0-9416 | |

| 2.983. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM V0-9417 - LEASE/WELLNAME - NORTH CAPROCK CELERO QN UT 28 | |
| | Nature of debtor's interest | CONTRACT PARTY | STATE OF NEW MEXICO |
| | State the term remaining | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | List the contract number of any government contract | ST NM V0-9417 | |

| 2.984. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM V0-9409 - LEASE/WELLNAME - NORTH CAPROCK CELERO QN UT 31 | |
| | Nature of debtor's interest | CONTRACT PARTY | STATE OF NEW MEXICO |
| | State the term remaining | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | List the contract number of any government contract | ST NM V0-9409 | |

| 2.985. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM V0-9423 - LEASE/WELLNAME - NORTH CAPTROK CELERO QN UT | |
| | Nature of debtor's interest | CONTRACT PARTY | STATE OF NEW MEXICO |
| | State the term remaining | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | List the contract number of any government contract | ST NM V0-9423 | |

| 2.986. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM V0-9424 - LEASE/WELLNAME - NORTH CAPTROCK CELERO QN UT | |
| | Nature of debtor's interest | CONTRACT PARTY | STATE OF NEW MEXICO |
| | State the term remaining | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | List the contract number of any government contract | ST NM V0-9424 | |

Debtor    **Remnant Oil Company, LLC**          Case number *(if known)* **19-70106**

| 2.987. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM OG-1306 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #202, NORTH SQUARE LAKE UNIT #203, NORTH SQUARE LAKE UNIT #204 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM OG-1306 | |

| 2.988. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-2884-14 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #095, NORTH SQUARE LAKE UNIT #096 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM B-2884-14 | |

| 2.989. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-2884-14 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #095, NORTH SQUARE LAKE UNIT #096 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM B-2884-14 | |

| 2.990. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM LG-3324 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #106 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM LG-3324 | |

| 2.991. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-2884 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #117 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM B-2884 | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |

**2.992.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | ST NM B-2884-14 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #120 |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL
| | | | SANTA FE NM 87501
| | **List the contract number of any government contract** | ST NM B-2884-14 |

**2.993.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | ST NM B-2884-14 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #120 |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL
| | | | SANTA FE NM 87501
| | **List the contract number of any government contract** | ST NM B-2884-14 |

**2.994.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | ST NM B-8569 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #121 |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL
| | | | SANTA FE NM 87501
| | **List the contract number of any government contract** | ST NM B-8569 |

**2.995.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | ST NM OG-1306 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #147 |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL
| | | | SANTA FE NM 87501
| | **List the contract number of any government contract** | ST NM OG-1306 |

**2.996.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | ST NM E-7638 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #148 |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL
| | | | SANTA FE NM 87501
| | **List the contract number of any government contract** | ST NM E-7638 |

Debtor **Remnant Oil Company, LLC**                                        Case number *(if known)* **19-70106**

| 2.997. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM E-7638 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #164 | |
| | Nature of debtor's interest | CONTRACT PARTY | STATE OF NEW MEXICO |
| | State the term remaining | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | List the contract number of any government contract | ST NM E-7638 | |

| 2.998. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM OG-1306 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #165 | |
| | Nature of debtor's interest | CONTRACT PARTY | STATE OF NEW MEXICO |
| | State the term remaining | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | List the contract number of any government contract | ST NM OG-1306 | |

| 2.999. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM B-2884-14 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #185 | |
| | Nature of debtor's interest | CONTRACT PARTY | STATE OF NEW MEXICO |
| | State the term remaining | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | List the contract number of any government contract | ST NM B-2884-14 | |

| 2.1000. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM B-2884-14 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #185 | |
| | Nature of debtor's interest | CONTRACT PARTY | STATE OF NEW MEXICO |
| | State the term remaining | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | List the contract number of any government contract | ST NM B-2884-14 | |

| 2.1001. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM OG-5119 - LEASE/WELL NAME NOT AVAILABLE | |
| | Nature of debtor's interest | CONTRACT PARTY | STATE OF NEW MEXICO |
| | State the term remaining | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | List the contract number of any government contract | ST NM OG-5119 | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.1002. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM LG-2979 - LEASE/WELL NAMES - PECOS STATE 16 2, PECOS STATE 16 3, PECOS STATE 16 4 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM LG-2979 | |

| 2.1003. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM LG-6785 - LEASE/WELL NAME - PENROC STATE 23 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM LG-6785 | |

| 2.1004. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-1765 - LEASE/WELL NAME - PENROC STATE DV 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM E-1765 | |

| 2.1005. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM V0-8710 - LEASE/WELL NAME - RANGER LAKE 1 ST 1H | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM V0-8710 | |

| 2.1006. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B0-8318 - LEASE/WELL NAME - ROCK QUEEN UNIT 0033 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM B0-8318 | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.1007.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — ST NM B-10418 - LEASE/WELL NAME - ROCK QUEEN UNIT 0034

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — ST NM B-10418

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.1008.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — ST NM B-8605 - LEASE/WELL NAME - ROCK QUEEN UNIT 0035

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — ST NM B-8605

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.1009.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — ST NM B-8459 - LEASE/WELL NAME - ROCK QUEEN UNIT 0037

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — ST NM B-8459

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.1010.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — ST NM B-9359 - LEASE/WELL NAME - ROCK QUEEN UNIT 0039

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — ST NM B-9359

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.1011.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — ST NM B-9495 - LEASE/WELL NAME - ROCK QUEEN UNIT 0041

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — ST NM B-9495

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.1012. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-9541 - LEASE/WELL NAME - ROCK QUEEN UNIT 0043 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM B-9541 | |

| 2.1013. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-11332 - LEASE/WELL NAME - ROCK QUEEN UNIT 0045 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM B-11332 | |

| 2.1014. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-11644 - LEASE/WELL NAME - ROCK QUEEN UNIT 0046 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM B-11644 | |

| 2.1015. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-35 - LEASE/WELL NAME - ROCK QUEEN UNIT 0047 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM E-35 | |

| 2.1016. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-00473 - LEASE/WELL NAME - ROCK QUEEN UNIT 0048 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM E-00473 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.1017.** **Title of contract**     OIL & GAS LEASE

| | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for**     ST NM E-04191 - LEASE/WELL NAME - ROCK QUEEN UNIT 0049

**Nature of debtor's interest**     CONTRACT PARTY

**State the term remaining**     _____

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**List the contract number of any government contract**     ST NM E-04191

---

**2.1018.** **Title of contract**     OIL & GAS LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     ST NM E-4192 - LEASE/WELL NAME - ROCK QUEEN UNIT 0050

**Nature of debtor's interest**     CONTRACT PARTY

**State the term remaining**     _____

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**List the contract number of any government contract**     ST NM E-4192

---

**2.1019.** **Title of contract**     OIL & GAS LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     ST NM E-5663 - LEASE/WELL NAME - ROCK QUEEN UNIT 0051

**Nature of debtor's interest**     CONTRACT PARTY

**State the term remaining**     _____

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**List the contract number of any government contract**     ST NM E-5663

---

**2.1020.** **Title of contract**     OIL & GAS LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     ST NM E-5758 - LEASE/WELL NAME - ROCK QUEEN UNIT 0052

**Nature of debtor's interest**     CONTRACT PARTY

**State the term remaining**     _____

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**List the contract number of any government contract**     ST NM E-5758

---

**2.1021.** **Title of contract**     OIL & GAS LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     ST NM E-7494 - LEASE/WELL NAME - ROCK QUEEN UNIT 0053

**Nature of debtor's interest**     CONTRACT PARTY

**State the term remaining**     _____

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**List the contract number of any government contract**     ST NM E-7494

Debtor   **Remnant Oil Company, LLC**                             Case number *(if known)* **19-70106**

| 2.1022. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-8005 - LEASE/WELL NAME - ROCK QUEEN UNIT 0055 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM E-8005 | |

| 2.1023. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-8063 - LEASE/WELL NAME - ROCK QUEEN UNIT 0059 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM E-8063 | |

| 2.1024. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-8149 - LEASE/WELL NAME - ROCK QUEEN UNIT 0061 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM E-8149 | |

| 2.1025. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-8226 - LEASE/WELL NAME - ROCK QUEEN UNIT 0062 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM E-8226 | |

| 2.1026. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-9217 - LEASE/WELL NAME - ROCK QUEEN UNIT 0063 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM E-9217 | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.1027. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-08822 - LEASE/WELL NAME - ROCK QUEEN UNIT 0064 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL<br>SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM B-08822 | |

| 2.1028. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-10419 - LEASE/WELL NAME - ROCK QUEEN UNIT 0065 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL<br>SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM B-10419 | |

| 2.1029. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-1380 - LEASE/WELL NAME - ROCK QUEEN UNIT 0066 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL<br>SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM E-1380 | |

| 2.1030. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E0-6401 - LEASE/WELL NAME - ROCK QUEEN UNIT 0067 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL<br>SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM E0-6401 | |

| 2.1031. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM VA-0333 - LEASE/WELL NAME - SHELL 26 ST 3 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL<br>SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM VA-0333 | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.1032.** **Title of contract**          OIL & GAS LEASE

State what the contract or lease is for      ST NM V0-4556 - LEASE/WELL NAME - SNAKE EYES ST 1

Nature of debtor's interest      CONTRACT PARTY

State the term remaining      _____

List the contract number of any government contract      ST NM V0-4556

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

**2.1033.** **Title of contract**          OIL & GAS LEASE

State what the contract or lease is for      ST NM E-379 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 43

Nature of debtor's interest      CONTRACT PARTY

State the term remaining      _____

List the contract number of any government contract      ST NM E-379

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

**2.1034.** **Title of contract**          OIL & GAS LEASE

State what the contract or lease is for      ST NM B-0752 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 44

Nature of debtor's interest      CONTRACT PARTY

State the term remaining      _____

List the contract number of any government contract      ST NM B-0752

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

**2.1035.** **Title of contract**          OIL & GAS LEASE

State what the contract or lease is for      ST NM X0-2029 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 46

Nature of debtor's interest      CONTRACT PARTY

State the term remaining      _____

List the contract number of any government contract      ST NM X0-2029

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

**2.1036.** **Title of contract**          OIL & GAS LEASE

State what the contract or lease is for      ST NM B-6869 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 47

Nature of debtor's interest      CONTRACT PARTY

State the term remaining      _____

List the contract number of any government contract      ST NM B-6869

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

---

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.1037.** **Title of contract**  OIL & GAS LEASE

State what the contract or lease is for  ST NM V0-5512 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 50

Nature of debtor's interest  CONTRACT PARTY

State the term remaining  _____

List the contract number of any government contract  ST NM V0-5512

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.1038.** **Title of contract**  OIL & GAS LEASE

State what the contract or lease is for  ST NM E-1059 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 51

Nature of debtor's interest  CONTRACT PARTY

State the term remaining  _____

List the contract number of any government contract  ST NM E-1059

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.1039.** **Title of contract**  OIL & GAS LEASE

State what the contract or lease is for  ST NM B-8318 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 52

Nature of debtor's interest  CONTRACT PARTY

State the term remaining  _____

List the contract number of any government contract  ST NM B-8318

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.1040.** **Title of contract**  OIL & GAS LEASE

State what the contract or lease is for  ST NM B-9299 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 57

Nature of debtor's interest  CONTRACT PARTY

State the term remaining  _____

List the contract number of any government contract  ST NM B-9299

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.1041.** **Title of contract**  OIL & GAS LEASE

State what the contract or lease is for  ST NM B-1483 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 59

Nature of debtor's interest  CONTRACT PARTY

State the term remaining  _____

List the contract number of any government contract  ST NM B-1483

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.1042. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B-8385 - LEASE/WELL NAMES - STATE CF 4, STATE CF 5 SWD, STATE CF 7, STATE CF 8, STATE CF 9 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM B-8385 | |

| 2.1043. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM LG-4446 - LEASE/WELL NAME - SUNBURST COX 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM LG-4446 | |

| 2.1044. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM-2464 - LEASE/WELL NAMES - TOLMAC STATE 1, TOLMAC STATE 2, TOLMAC STATE 3, TOLMAC STATE 4, TOLMAC STATE 5, TOLMAC STATE 6 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM-2464 | |

| 2.1045. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM V0-6926 - LEASE/WELL NAME - TRIPLE TRES STATE 1 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM V0-6926 | |

| 2.1046. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM B -9739 - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 14 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO |
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL SANTA FE NM 87501 |
| | **List the contract number of any government contract** | ST NM B -9739 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.1047.** **Title of contract**     OIL & GAS LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     ST NM B-8876 - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 15

**Nature of debtor's interest**     CONTRACT PARTY

**State the term remaining**     _____

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**List the contract number of any government contract**     ST NM B-8876

---

**2.1048.** **Title of contract**     OIL & GAS LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     ST NM B-7950 - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 16

**Nature of debtor's interest**     CONTRACT PARTY

**State the term remaining**     _____

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**List the contract number of any government contract**     ST NM B-7950

---

**2.1049.** **Title of contract**     OIL & GAS LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     ST NM B-8949 - LEASE/WELL NAME - TURKEY TRACK SEC 3 UNIT 17

**Nature of debtor's interest**     CONTRACT PARTY

**State the term remaining**     _____

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**List the contract number of any government contract**     ST NM B-8949

---

**2.1050.** **Title of contract**     OIL & GAS LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     ST NM L-332 - LEASE/WELL NAME - TWITTY BHF STATE 1

**Nature of debtor's interest**     CONTRACT PARTY

**State the term remaining**     _____

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**List the contract number of any government contract**     ST NM L-332

---

**2.1051.** **Title of contract**     OIL & GAS LEASE

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**     ST NM B-10419 - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 11

**Nature of debtor's interest**     CONTRACT PARTY

**State the term remaining**     _____

STATE OF NEW MEXICO
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**List the contract number of any government contract**     ST NM B-10419

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.1052.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | ST NM B-10411 - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 12 |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL
| | | | SANTA FE NM 87501
| | **List the contract number of any government contract** | ST NM B-10411 |

**2.1053.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | ST NM E-3277 - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 13 |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL
| | | | SANTA FE NM 87501
| | **List the contract number of any government contract** | ST NM E-3277 |

**2.1054.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | ST NM B-6631 - LEASE/WELL NAME - WILSON STATE 1 |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL
| | | | SANTA FE NM 87501
| | **List the contract number of any government contract** | ST NM B-6631 |

**2.1055.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | ST NM V0-2508 - LEASE/WELL NAME - YATES STATE 1 |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO
| | **State the term remaining** | _____ | 310 OLD SANTA FE TRAIL
| | | | SANTA FE NM 87501
| | **List the contract number of any government contract** | ST NM V0-2508 |

**2.1056.** | **Title of contract** | WATER RIGHTS AGREEMENT, WRA-WR-814 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | WATER RIGHTS |
| | **Nature of debtor's interest** | CONTRACT PARTY | STATE OF NEW MEXICO
| | **State the term remaining** | 11/28/2023 | COMMISSIONER OF PUBLIC LANDS
| | | | 301 OLD SANTA FE TRAIL
| | | | PO BOX 1148
| | **List the contract number of any government contract** | WR-814 | SANTA FE NM 87504-1148

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1057.** **Title of contract** — NEW MEXICO STATE LAND OFFICE WATER EASEMENT

**State what the contract or lease is for** — WATER RIGHTS

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — 11/28/2023

**List the contract number of any government contract** — WATER EASEMENT NUMBER; WR-85, OSE WELL FILE NUMBER; L-2661

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STATE OF NEW MEXICO
COMMISSIONER OF PUBLIC LANDS
301 OLD SANTA FE TRAIL
PO BOX 1148
SANTA FE NM 87504-1148

---

**2.1058.** **Title of contract** — EXTENSION OF TIME FOR BENEFICIAL USE OF WATER RIGHTS

**State what the contract or lease is for** — CERTIFICATE AND LICENSE NO. L-2661

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — 11/30/2022

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STATE OF NEW MEXICO
OFFICE OF STATE ENGINEER
1900 WEST SECOND STREET
ROSWELL NM 88201

---

**2.1059.** **Title of contract** — LICENSE AGREEMENT

**State what the contract or lease is for** — CERTIFICATE AND LICENSE NO. L-3776

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STATE OF NEW MEXICO
OFFICE OF STATE ENGINEER
1900 WEST SECOND STREET
ROSWELL NM 88201

---

**2.1060.** **Title of contract** — LICENSE AGREEMENT

**State what the contract or lease is for** — CERTIFICATE AND LICENSE NO. L-2661

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STATE OF NEW MEXICO
OFFICE OF STATE ENGINEER
1900 WEST SECOND STREET
ROSWELL NM 88201

---

**2.1061.** **Title of contract** — RIGHT OF WAY / EASEMENT

**State what the contract or lease is for** — RIGHT OF WAY OR EASEMENT NO. 30958 - SW/4SW/4 OF SECTION 16, NW/4NW/4, SW/4NW/4, NW/4SW/4, SW/4SW/4 OF SECTION 21, TOWNSHIP 13 SOUTH, RANGE 32 EAST

**Nature of debtor's interest** — GRANTEE

**State the term remaining** — _____

**List the contract number of any government contract** — STATE OF NM RW-30958

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STATE OF NEW MEXICO
STATE OF NEW MEXICO LAND OFFICE
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1062.** Title of contract

RIGHT OF WAY / EASEMENT

State what the contract or lease is for

RIGHT OF WAY OR EASEMENT NO. 24897 - 0.6072 ACRES IN THE SE/4SE/4 AND 0.2783 ACRES IN THE NE/4SE/4 OF SECTION 32, TOWNSHIP 13 SOUTH, RANGE 31 EAST

Nature of debtor's interest

GRANTEE

State the term remaining

_____

List the contract number of any government contract

STATE OF NM RW-24897

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
STATE OF NEW MEXICO LAND OFFICE
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.1063.** Title of contract

RIGHT OF WAY / EASEMENT

State what the contract or lease is for

RIGHT OF WAY OR EASEMENT NO. 31939 - SECTIONS 28 AND 29, TOWNSHIP 13 SOUTH, RANGE 32 EAST

Nature of debtor's interest

GRANTEE

State the term remaining

_____

List the contract number of any government contract

STATE OF NM RW-31939

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
STATE OF NEW MEXICO LAND OFFICE
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.1064.** Title of contract

RIGHT OF WAY / EASEMENT

State what the contract or lease is for

RIGHT OF WAY OR EASEMENT NO. 31938 - SECTIONS 29 AND 30, TOWNSHIP 13 SOUTH, RANGE 32 EAST

Nature of debtor's interest

GRANTEE

State the term remaining

_____

List the contract number of any government contract

STATE OF NM RW-31938

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
STATE OF NEW MEXICO LAND OFFICE
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.1065.** Title of contract

RIGHT OF WAY / EASEMENT

State what the contract or lease is for

RIGHT OF WAY OR EASEMENT NO. 32225 - S/2S/2 OF SECTION 26, W/2W/2 OF SECTION 35, TOWNSHIP 13 SOUTH, RANGE 31 EAST; W/2W/2 OF SECTION 2, TOWNSHIP 14 SOUTH, RANGE 31 EAST

Nature of debtor's interest

GRANTEE

State the term remaining

_____

List the contract number of any government contract

STATE OF NM RW-32225

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
STATE OF NEW MEXICO LAND OFFICE
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

**2.1066.** Title of contract

RIGHT OF WAY / EASEMENT

State what the contract or lease is for

RIGHT OF WAY OR EASEMENT NO. 35981 - SECTION 36, TOWNSHIP 18 SOUTH, RANGE 29 EAST

Nature of debtor's interest

GRANTEE

State the term remaining

_____

List the contract number of any government contract

STATE OF NM R-35981

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

STATE OF NEW MEXICO
STATE OF NEW MEXICO LAND OFFICE
310 OLD SANTA FE TRAIL
SANTA FE NM 87501

Debtor   **Remnant Oil Company, LLC**                                                          Case number *(if known)* **19-70106**

---

2.1067. **Title of contract**              RIGHT OF WAY / EASEMENT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**         RIGHT OF WAY OR EASEMENT NO. 35982 - SECTION 36, TOWNSHIP 18 SOUTH, RANGE 29 EAST

**Nature of debtor's interest**         GRANTEE                                          STATE OF NEW MEXICO
                                                                                        STATE OF NEW MEXICO LAND OFFICE
**State the term remaining**         _____                   310 OLD SANTA FE TRAIL
                                                                                        SANTA FE NM 87501
**List the contract number of any government contract**     STATE OF NM R-35982

---

2.1068. **Title of contract**              RIGHT OF WAY / EASEMENT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**         RIGHT OF WAY OR EASEMENT NO. 35983 - SECTION 36, TOWNSHIP 18 SOUTH, RANGE 29 EAST

**Nature of debtor's interest**         GRANTEE                                          STATE OF NEW MEXICO
                                                                                        STATE OF NEW MEXICO LAND OFFICE
**State the term remaining**         _____                   310 OLD SANTA FE TRAIL
                                                                                        SANTA FE NM 87501
**List the contract number of any government contract**     STATE OF NM R-35983

---

2.1069. **Title of contract**              RIGHT OF WAY / EASEMENT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**         RIGHT OF WAY OR EASEMENT NO. 31289 - BEGINS IN SECTION 29, TOWNSHIP 18 SOUTH, RANGE 21 EAST, AND ENDS IN SECTION 30, TOWNSHIP 18 SOUTH, RANGE 23 EAST                STATE OF NEW MEXICO
                                                                                        STATE OF NEW MEXICO LAND OFFICE
**Nature of debtor's interest**         GRANTEE                                          310 OLD SANTA FE TRAIL
                                                                                        SANTA FE NM 87501
**State the term remaining**         _____

**List the contract number of any government contract**     STATE OF NM RW-31289

---

2.1070. **Title of contract**              RIGHT OF WAY / EASEMENT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**         RIGHT OF WAY OR EASEMENT NO. 30740 - SECTION 23. TOWNSHIP 18 SOUTH, RANGE 21 EAST

**Nature of debtor's interest**         GRANTEE                                          STATE OF NEW MEXICO
                                                                                        STATE OF NEW MEXICO LAND OFFICE
**State the term remaining**         _____                   310 OLD SANTA FE TRAIL
                                                                                        SANTA FE NM 87501
**List the contract number of any government contract**     STATE OF NM RW-30740

---

2.1071. **Title of contract**              RIGHT OF WAY / EASEMENT                          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**         RIGHT OF WAY OR EASEMENT NO. 30784 - NE/4NE/4 OF SECTION 26, TOWNSHIP 18 SOUTH, RANGE 21 EAST

**Nature of debtor's interest**         GRANTEE                                          STATE OF NEW MEXICO
                                                                                        STATE OF NEW MEXICO LAND OFFICE
**State the term remaining**         _____                   310 OLD SANTA FE TRAIL
                                                                                        SANTA FE NM 87501
**List the contract number of any government contract**     STATE OF NM RW-30784

---

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.1072.** | **Title of contract** | WATER EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | WATER EASEMENT NO. STATE OF NM WR-85 - ALL OF SECTION 24, TOWNSHIP 14S, RANGE 31E |
| **Nature of debtor's interest** | GRANTEE | STATE OF NEW MEXICO STATE OF NEW MEXICO LAND OFFICE 310 OLD SANTA FE TRAIL SANTA FE NM 87501
| **State the term remaining** | 11/28/2023 |
| **List the contract number of any government contract** | STATE OF NM WR-85 |

**2.1073.** | **Title of contract** | WATER EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | WATER EASEMENT NO. STATE OF NM WR-814 - ALL OF SECTION 16, TOWNSHIP 13S, RANGE 32E ALL OF SECTION 21, TOWNSHIP 13S, RANGE 32E ALL OF SECTION 28, TOWNSHIP 13S, RANGE 32E ALL OF SECTION 33, TOWNSHIP 13S, RANGE 32E | STATE OF NEW MEXICO STATE OF NEW MEXICO LAND OFFICE 310 OLD SANTA FE TRAIL SANTA FE NM 87501
| **Nature of debtor's interest** | GRANTEE |
| **State the term remaining** | 11/28/2023 |
| **List the contract number of any government contract** | STATE OF NM WR-814 |

**2.1074.** | **Title of contract** | WATER EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | WATER EASEMENT NO. STATE OF NM WM-192 - NW/4NW/4 OF SECTION 26, TOWNSHIP 13S, RANGE 31E |
| **Nature of debtor's interest** | GRANTEE | STATE OF NEW MEXICO STATE OF NEW MEXICO LAND OFFICE 310 OLD SANTA FE TRAIL SANTA FE NM 87501
| **State the term remaining** | ANNUAL |
| **List the contract number of any government contract** | STATE OF NM WM-192 |

**2.1075.** | **Title of contract** | WATER EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | WATER EASEMENT NO. STATE OF NM WM-191 - SE/4NW/4 OF SECTION 26, TOWNSHIP 13S, RANGE 31E |
| **Nature of debtor's interest** | GRANTEE | STATE OF NEW MEXICO STATE OF NEW MEXICO LAND OFFICE 310 OLD SANTA FE TRAIL SANTA FE NM 87501
| **State the term remaining** | ANNUAL |
| **List the contract number of any government contract** | STATE OF NM WM-191 |

**2.1076.** | **Title of contract** | WATER EASEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | WATER EASEMENT NO. STATE OF NM WM-190 - SE/4NW/4 OF SECTION 36, TOWNSHIP 13S, RANGE 31E |
| **Nature of debtor's interest** | GRANTEE | STATE OF NEW MEXICO STATE OF NEW MEXICO LAND OFFICE 310 OLD SANTA FE TRAIL SANTA FE NM 87501
| **State the term remaining** | ANNUAL |
| **List the contract number of any government contract** | STATE OF NM WM-190 |

Debtor    **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

---

2.1077.  **Title of contract**          WATER EASEMENT                                          State the name and mailing address
                                                                                                for all other parties with whom the
         **State what the contract or**  WATER EASEMENT NO. STATE OF NM WM-221 - E/2NE/4        debtor has an executory contract or
         **lease is for**                OF SECTION 16, TOWNSHIP 14S, RANGE 31E                 unexpired lease

         **Nature of debtor's interest** GRANTEE                                                STATE OF NEW MEXICO
                                                                                                STATE OF NEW MEXICO LAND
         **State the term remaining**    ANNUAL                                                 OFFICE
                                                                                                310 OLD SANTA FE TRAIL
         **List the contract number of** STATE OF NM WM-221                                     SANTA FE NM 87501
         **any government contract**

2.1078.  **Title of contract**          CO2 PIPELINE RIGHT OF WAY AND ACCESS RIGHTS            State the name and mailing address
                                                                                                for all other parties with whom the
         **State what the contract or**  RIGHT OF WAY AND ACCESS RIGHTS - PART OF               debtor has an executory contract or
         **lease is for**                SECTION 6, TOWNSHIP 11 SOUTH, RANGE 32 EAST;           unexpired lease
                                         PART OF SECTIONS 12, 13, 23, 24 AND 26, TOWNSHIP 11
                                         SOUTH, RANGE 31 EAST; PART OF SECTIONS 2, 11, 14,      STATE OF NEW MEXICO
                                         23, AND 35, TOWNSHIP 12 SOUTH, RANGE 31 EAST;          STATE OF NEW MEXICO LAND
                                         PART OF SECTIONS 11 AND 14, TOWNSHIP 13 SOUTH,         OFFICE
                                         RANGE 31 EAST                                          310 OLD SANTA FE TRAIL.
                                                                                                SANTA FE NM 87501
         **Nature of debtor's interest** GRANTEE

         **State the term remaining**    9/30/2045

         **List the contract number of** STATE OF NEW MEXICO 32004
         **any government contract**

2.1079.  **Title of contract**          OIL & GAS LEASE                                        State the name and mailing address
                                                                                                for all other parties with whom the
         **State what the contract or**  STELLA ZIMMERMAN ET AL - LEASE/WELL NAME - DQSU        debtor has an executory contract or
         **lease is for**                0057                                                   unexpired lease

         **Nature of debtor's interest** CONTRACT PARTY                                         STELLA ZIMMERMAN ET AL

         **State the term remaining**    _____

         **List the contract number of** _____
         **any government contract**

2.1080.  **Title of contract**          OIL & GAS LEASE                                        State the name and mailing address
                                                                                                for all other parties with whom the
         **State what the contract or**  STELLA ZIMMERMAN ET AL - LEASE/WELL NAMES -            debtor has an executory contract or
         **lease is for**                DQSU 0147, DQSU 0701, DQSU 0704, DQSU 0804, DQSU        unexpired lease
                                         0805, DQSU 0806, DQSU 0808, DQSU 0812, DQSU 0813,
                                         DQSU 0815, DQSU 0816, DQSU 0822, DQSU 0824, DQSU        STELLA ZIMMERMAN ET AL
                                         0828, DQSU 0831, DQSU 0832, DQSU 0837

         **Nature of debtor's interest** CONTRACT PARTY

         **State the term remaining**    _____

         **List the contract number of** _____
         **any government contract**

2.1081.  **Title of contract**          OIL & GAS LEASE                                        State the name and mailing address
                                                                                                for all other parties with whom the
         **State what the contract or**  STELLA ZIMMERMAN ET AL & CLYDE ZIMMERMAN ET AL         debtor has an executory contract or
         **lease is for**                - LEASE/WELL NAMES - ZIMMERMAN 2, ZIMMERMAN A 1,       unexpired lease
                                         ZIMMERMAN A 3, ZIMMERMAN A 4
                                                                                                STELLA ZIMMERMAN ET AL
         **Nature of debtor's interest** CONTRACT PARTY

         **State the term remaining**    ON NOTICE

         **List the contract number of** _____
         **any government contract**

---

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 259 of 302

Debtor **Remnant Oil Company, LLC**

Case number *(if known)* **19-70106**

2.1082. **Title of contract**

DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**

CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM

STEPHEN J. NAZARENUS

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE

**List the contract number of any government contract**

_____

2.1083. **Title of contract**

HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**

CHAVES COUNTY, NM - ALL SECTION 12-TL3S-R27E: ALL SECTION 7-TL3S-R28E; KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4 SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4 SECTION 17 ALL LOCATED IN TL3S-R28E

STEPHEN W. SPEER
SPEEREX LIMITED PARTNERSHIP
P. O. BOX 266
ROSWELL NM 88202

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE.

**List the contract number of any government contract**

_____

2.1084. **Title of contract**

MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 9, 1981

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**

CHAVES COUNTY, NM - TOWNSHIP 8 SOUTH, RANGE 24 EAST, N.M.P.M., SECTION 1: S1/2, SECTION 12: W1/2; TOWNSHIP 8 SOUTH, RANGE 25 EAST, N.M.P.M., SECTION 6: W1/2, SECTION 7: W1/2

STEVENS OIL COMPANY

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

**List the contract number of any government contract**

_____

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1085.** | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED JUNE 15, 1984 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 5 SOUTH, RANGE 25 EAST, N.M.P.M. SECTION 28: SW1/4 | STEVENS OIL COMPANY
| | Nature of debtor's interest | CONTRACT PARTY |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |
| | List the contract number of any government contract | _____ |

**2.1086.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | State what the contract or lease is for | STEWART LUMBER CO. AND A.E. & LOIS BEAVERS - LEASE/WELL NAME - BEAVERS, BEAVERS FEE 1 | STEWART LUMBER CO.
| | Nature of debtor's interest | CONTRACT PARTY |
| | State the term remaining | _____ |
| | List the contract number of any government contract | _____ |

**2.1087.** | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | State what the contract or lease is for | ROBERT E DAUGHTRY ET AL, S P JOHNSON ESTATE, JOHNSON III ET AL, NM OSAGE COOP ROY CO, GH & EH COATES- LEASE/WELL NAME - BRENDA 1-19 | STOLTZ, WAGNER & BROWN
| | Nature of debtor's interest | CONTRACT PARTY |
| | State the term remaining | _____ |
| | List the contract number of any government contract | _____ |

**2.1088.** | Title of contract | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | State what the contract or lease is for | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | SUNBURST EXPLORATION, INC.
| | Nature of debtor's interest | CONTRACT PARTY |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |
| | List the contract number of any government contract | _____ |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1089.** **Title of contract**
HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**
CHAVES COUNTY, NM -
ALL SECTION 12-TL3S-R27E: ALL SECTION 7-TL3S-R28E; KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4 SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4 SECTION 17 ALL LOCATED IN TL3S-R28E

SUNVALLEY ENERGY CORPORATION
108 E. THIRD ST., SUITE 406
ROSWELL NM 88201

**Nature of debtor's interest**
CONTRACT PARTY

**State the term remaining**
SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE.

**List the contract number of any government contract**
_____

**2.1090.** **Title of contract**
OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**
ST NM E-7494 - LEASE/WELL NAME - ROCK QUEEN UNIT 0053

**Nature of debtor's interest**
CONTRACT PARTY

SUPERIOR OIL CO

**State the term remaining**
_____

**List the contract number of any government contract**
ST NM E-7494

**2.1091.** **Title of contract**
OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**
ST NM E-8149 - LEASE/WELL NAME - ROCK QUEEN UNIT 0061

**Nature of debtor's interest**
CONTRACT PARTY

SUPERIOR OIL CO

**State the term remaining**
_____

**List the contract number of any government contract**
ST NM E-8149

**2.1092.** **Title of contract**
OIL & GAS LEASE

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for**
ST NM E-8226 - LEASE/WELL NAME - ROCK QUEEN UNIT 0062

**Nature of debtor's interest**
CONTRACT PARTY

SUPERIOR OIL CO

**State the term remaining**
_____

**List the contract number of any government contract**
ST NM E-8226

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.1093. | **Title of contract** | HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - ALL SECTION 12-TL3S-R27E: ALL SECTION 7-TL3S-R28E; KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4 SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4 SECTION 17 ALL LOCATED IN TL3S-R28E | T. T. SANDERS, JR. P. O. BOX 550 ROSWELL NM 88202 |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE. | |
| | **List the contract number of any government contract** | _____ | |

| 2.1094. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-00478 - LEASE/ WELL NAME - DQSU 0033 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TEXAS PACIFIC COAL & OIL CO |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM E-00478 | |

| 2.1095. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-1380 - LEASE/WELL NAME - DQSU 0035 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TEXAS PACIFIC COAL & OIL CO |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM E-1380 | |

| 2.1096. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-01467 - LEASE/WELL NAME - DQSU 0036 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TEXAS PACIFIC COAL & OIL CO |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM E-01467 | |

| 2.1097. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM E-5988 - LEASE/WELL NAME - DQSU 0045 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TEXAS PACIFIC COAL & OIL CO |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM E-5988 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1098.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | **State what the contract or lease is for** | ST NM E-1380 - LEASE/WELL NAME - ROCK QUEEN UNIT 0066 | |

| | **Nature of debtor's interest** | CONTRACT PARTY | TEXAS PACIFIC COAL & OIL CO |

| | **State the term remaining** | _____ | |

| | **List the contract number of any government contract** | ST NM E-1380 | |

**2.1099.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED JULY 20, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | **State what the contract or lease is for** | CHAVES COUNTY, NM - E/2 SECTION 7: LOTS L, 2, 3, 4:_, E/2W/2, SECTION 18, TOWNSHIP 9 SOUTH, RANGE 26 EAST | TEX-MEX DRILLING COMPANY |

| | **Nature of debtor's interest** | CONTRACT PARTY | |

| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |

| | **List the contract number of any government contract** | _____ | |

**2.1100.** | **Title of contract** | CONCHO OIL & GAS CORP. DATED JANUARY 4, 2002 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | **State what the contract or lease is for** | LEA COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 32 EAST, N.M.P.M. SECTION 26: EAST HALF (E/2) | THE ALLAR COMPANY |

| | **Nature of debtor's interest** | CONTRACT PARTY | |

| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |

| | **List the contract number of any government contract** | _____ | |

**2.1101.** | **Title of contract** | CONCHO OIL & GAS CORP. DATED JANUARY 4, 2002 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | **State what the contract or lease is for** | LEA COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 32 EAST, N.M.P.M. SECTION 26: EAST HALF (E/2) | THE JAMES K LUSK AND MARTHA L LUSK TRUST |

| | **Nature of debtor's interest** | CONTRACT PARTY | |

| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |

| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.1102.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | ST NM B-8385 - LEASE/WELL NAMES - STATE CF 4, STATE CF 5 SWD, STATE CF 7, STATE CF 8, STATE CF 9 |
| | **Nature of debtor's interest** | CONTRACT PARTY | THE TEXAS COMPANY
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | ST NM B-8385 |

**2.1103.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED JULY 20, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - E/2 SECTION 7: LOTS L, 2, 3, 4:_, E/2W/2, SECTION 18, TOWNSHIP 9 SOUTH, RANGE 26 EAST | THE TOLES COMPANY
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| | **List the contract number of any government contract** | _____ |

**2.1104.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4 | THE TOLES COMPANY P.O. DRAWER 1300 ROSWELL NM 88202
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1105.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | **State what the contract or lease is for** | CHAVES COUNTY, NM - LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM | THE TOLES COMPANY |

| | **Nature of debtor's interest** | CONTRACT PARTY |

| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |

| | **List the contract number of any government contract** | _____ |

**2.1106.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 1, 1982 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | **State what the contract or lease is for** | CHAVES COUNTY, NM - ALL SECTION 13, E1/2 SECTION 14, ALL SECTION 23, N1/2, N1/2S1/2, S1/2 SW1/4, SW1/4 SE\1/4 SECTION 24, TOWNSHIP 10 SOUTH, RANGE 25 EAST, N.M.P.M. | THE TOLES COMPANY |

| | **Nature of debtor's interest** | CONTRACT PARTY |

| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |

| | **List the contract number of any government contract** | _____ |

**2.1107.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4 | THE TOLES COMPANY P. O. DRAWER 1300 ROSWELL NM 88202 |

| | **Nature of debtor's interest** | CONTRACT PARTY |

| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION |

| | **List the contract number of any government contract** | _____ |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1108.** **Title of contract**

MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 1, 1982

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

CHAVES COUNTY, NM -
ALL SECTION 13, E1/2 SECTION 14, ALL SECTION 23, N1/2, N1/2S1/2, S1/2SW1/2, SW1/4SE1/4SECTION 24, TOWNSHIP 10 SOUTH, RANGE 25 EAST, N.M.P.M.

THE TOLES COMPANY
PO BOX 1300
ROSWELL NM 88201

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract**  _____

**2.1109.** **Title of contract**

MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 1, 1982

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

CHAVES COUNTY, NM -
ALL SECTION 13, E1/2 SECTION 14, ALL SECTION 23, N1/2, N1/2S1/2, S1/2SW1/4, SW1/4SE1/4 SECTION 24, TOWNSHIP 10 SOUTH, RANGE 25 EAST, N.M.P.M.

THE TOLES COMPANY
P.O. BOX 1300
ROSWELL NM 88201

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract**  _____

**2.1110.** **Title of contract**

MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED 14, 1984

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

CHAVES COUNTY, NM -
SECTION 26: NE1/4, TOWNSHIP 9 SOUTH, RANGE 25 EAST, NMPM

THE TOLES COMPANY

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract**  _____

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1111.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED OCTOBER 5, 1983 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - NE1/4 SECTION 13, TOWNSHIP 9 SOUTH, RANGE 25 EAST |
| | **Nature of debtor's interest** | CONTRACT PARTY | THE TOLES COMPANY
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

**2.1112.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED OCTOBER 5, 1983 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - NE1/4 SECTION 13, TOWNSHIP 9 SOUTH, RANGE 25 EAST |
| | **Nature of debtor's interest** | CONTRACT PARTY | THELMA J EVANTS
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

**2.1113.** | **Title of contract** | BEARD OIL COMPANY OPERATING AGREEMENT DATED JUNE 23, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - N/2 SECTION 23., TOWNSHIP 9 SOUTH., RANGE 25 EAST |
| | **Nature of debtor's interest** | CONTRACT PARTY | THELMA J. EVANS
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA OR 120 - DAYS AFTER ABANDONMENT OF WELL |
| | **List the contract number of any government contract** | _____ |

**2.1114.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| | **State what the contract or lease is for** | ST NM E-7638 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #148 |
| | **Nature of debtor's interest** | CONTRACT PARTY | TIDE WATER ASSOCIATED OIL COMPANY
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | ST NM E-7638 |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|--------|------------------------------|---------------------------------------|

| 2.1115. | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---------|------------------------|-----------------|---|
| | **State what the contract or lease is for** | ST NM E-7638 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #164 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TIDE WATER ASSOCIATED OIL COMPANY |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM E-7638 | |

| 2.1116. | **Title of contract** | HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---------|------------------------|-----------------|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - ALL SECTION 12-TL3S-R27E: ALL SECTION 7-TL3S-R28E; KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4 SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4 SECTION 17 ALL LOCATED IN TL3S-R28E | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TIERRA OIL COMPANY P. O. BOX 1354 ROSWELL NM 88202 |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE. | |
| | **List the contract number of any government contract** | _____ | |

| 2.1117. | **Title of contract** | PURCHASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---------|------------------------|-----------------|---|
| | **State what the contract or lease is for** | RESERVATION OF EASEMENT RIGHTS - CHAVES, COUNTY, NM - TK RANCH LLC | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TK RANCH, LLC 3409 SIX SHOOTER LOVINGTON NM 88260 |
| | **State the term remaining** | ON NOTICE | |
| | **List the contract number of any government contract** | _____ | |

| 2.1118. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---------|------------------------|-----------------|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM | |
| | **Nature of debtor's interest** | CONTRACT PARTY | TOM BOYD 'DRILLING CO., INC. |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.1119.** **Title of contract**

MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1987

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TOM BOYD DRILLING COMPANY INC

**State what the contract or lease is for**

CHAVES COUNTY, NM -
TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4NE14, SEC 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH·, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SEC. 12: E1/2, SEC. 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

**List the contract number of any government contract**

_____

**2.1120.** **Title of contract**

MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TOM BOYD DRILLING COMPANY INC

**State what the contract or lease is for**

CHAVES COUNTY,NM -
TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SECTION 30: W1/2, SECTION 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NW1/4SW1/4, SE1/4, SECTION 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST,
SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

**List the contract number of any government contract**

_____

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

| | | |
|---|---|---|
| 2.1121. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SECTION 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4, NE1/4; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC 30: W1/2, SEC 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST SEC 6: ALL, SEC 7: LOTS 3, 4 E1/2, E1/2SW1/4 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TOM BOYD DRILLING COMPANY, INC.

| | | |
|---|---|---|
| 2.1122. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 |
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC. 12: E1/2, SEC. 13: N1/4NEJ1/4, TOWNSHIP .10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC 7: LOTS 3 , 4 , E1/2, , E1/2SW1/4 |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TOM BOYD DRILLING COMPANY, INC.

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1123.** **Title of contract**

MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED OCTOBER 5, 1983

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

CHAVES COUNTY, NM -
NE1/4 SECTION 13, TOWNSHIP 9 SOUTH, RANGE 25 EAST

TOM P STEPHENS DEALING IN HIS SOLE AND SEPARATAE PROPERTY

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 60 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract** _____

**2.1124.** **Title of contract**

CONCHO OIL & GAS CORP. DATED JANUARY 4, 2002

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

LEA COUNTY, NM -
TOWNSHIP 10 SOUTH, RANGE 32 EAST, N.M.P.M. SECTION 26: EAST HALF (E/2)

TOM P STEPHENS TRUST

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

**List the contract number of any government contract** _____

**2.1125.** **Title of contract**

MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED JULY 20, 1981

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for**

CHAVES COUNTY, NM -
E/2 SECTION 7: LOTS L, 2, 3, 4:_, E/2W/2, SECTION 18, TOWNSHIP 9 SOUTH, RANGE 26 EAST

TOM P. STEPHENS

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

**List the contract number of any government contract** _____

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

**2.1126.** Title of contract

MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for

CHAVES COUNTY, NM -
TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4

TOM P. STEPHENS
P.O. BOX 698
ROSWELL NM 88202

Nature of debtor's interest

CONTRACT PARTY

State the term remaining

IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION

List the contract number of any government contract

_____

**2.1127.** Title of contract

MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for

CHAVES COUNTY, NM -
LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM

TOM P. STEPHENS

Nature of debtor's interest

CONTRACT PARTY

State the term remaining

IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION

List the contract number of any government contract

_____

**2.1128.** Title of contract

MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State what the contract or lease is for

CHAVES COUNTY, NM -
TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4

TOM P. STEPHENS
P. O. BOX 698
ROSWELL NM 88202

Nature of debtor's interest

CONTRACT PARTY

State the term remaining

IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION

List the contract number of any government contract

_____

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.1129. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1987 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4NE14, SEC 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH·, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SEC. 12: E1/2, SEC. 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4 | TOM P. STEPHENS |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | | |

| 2.1130. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED 14, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - SECTION 26: NE1/4, TOWNSHIP 9 SOUTH, RANGE 25 EAST, NMPM | TOM P. STEPHENS |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.1131. | **Title of contract** | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | TOM P. STEPHENS |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.1132. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SECTION 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4, NE1/4; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC 30: W1/2, SEC 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST SEC 6: ALL, SEC 7: LOTS 3, 4 E1/2, E1/2SW1/4 | TOM STEPHENS |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

Debtor **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | | |
|---|---|---|
| 2.1133. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 |

| | |
|---|---|
| | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | TOM STEPHENS |

**State what the contract or lease is for**
CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC. 12: E1/2, SEC. 13: N1/4NEJ1/4, TOWNSHIP .10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC 7: LOTS 3 , 4 , E1/2, , E1/2SW1/4

**Nature of debtor's interest**
CONTRACT PARTY

**State the term remaining**
SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

**List the contract number of any government contract**
_____

| | | |
|---|---|---|
| 2.1134. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 |

| | |
|---|---|
| | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | TOM STEPHENS |

**State what the contract or lease is for**
CHAVES COUNTY,NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SECTION 30: W1/2, SECTION 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NW1/4SW1/4, SE1/4, SECTION 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4

**Nature of debtor's interest**
CONTRACT PARTY

**State the term remaining**
SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

**List the contract number of any government contract**
_____

| | | |
|---|---|---|
| 2.1135. | **Title of contract** | WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY POLICY NO. UB-7J356845-18-N4-G |

| | |
|---|---|
| | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ONE TOWER SQ HARTFORD CT 06183 |

**State what the contract or lease is for**
INSURANCE

**Nature of debtor's interest**
INSURED

**State the term remaining**
10/29/2019

**List the contract number of any government contract**
_____

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1136.** | Title of contract | DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM | TROBAUGH PROPERTIES |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE | |
| | List the contract number of any government contract | _____ | |

**2.1137.** | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SECTION 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4, NE1/4; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC 30: W1/2, SEC 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST SEC 6: ALL, SEC 7: LOTS 3, 4 E1/2, E1/2SW1/4 | TRUMAN HAMITT |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | _____ | |

**2.1138.** | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NE1/4SW1/4, SE1/4, SEC. 12: E1/2, SEC. 13: N1/4NEJ1/4, TOWNSHIP .10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC 7: LOTS 3 , 4 , E1/2, , E1/2SW1/4 | TRUMAN HAMITT |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1139.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1978

| | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for** | CHAVES COUNTY,NM -
TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC. 26: SE1/4, SEC. 35: E1/2NE1/4, NW1/4NE1/4, SEC. 36: ALL; TOWNSHIP 9 SOUTH, RANGE SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SECTION 30: W1/2, SECTION 31: ALL; TOWNSHIP 10 SOUTH, RANGE 25 EAST, SEC 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, NW1/4SW1/4, SE1/4, SECTION 12: E1/2, SEC 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST,
SEC. 6: ALL, SEC. 7: LOTS 3, 4, E1/2, E1/2SW1/4

TRUMAN HAMITT

**Nature of debtor's interest** | CONTRACT PARTY

**State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

**List the contract number of any government contract** | _____

**2.1140.** | **Title of contract** | BEARD OIL COMPANY OPERATING AGREEMENT DATED JUNE 23, 1981

| | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for** | CHAVES COUNTY, NM -
N/2 SECTION 23., TOWNSHIP 9 SOUTH., RANGE 25 EAST

TRUMAN HAMMIT

**Nature of debtor's interest** | CONTRACT PARTY

**State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA OR 120 - DAYS AFTER ABANDONMENT OF WELL

**List the contract number of any government contract** | _____

**2.1141.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989

| | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

**State what the contract or lease is for** | CHAVES COUNTY, NM -
TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4

TRUMAN HAMMIT
822 W. 19TH STREET
PORTALES NM 88130

**Nature of debtor's interest** | CONTRACT PARTY

**State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract** | _____

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |

**2.1142.** **Title of contract**
MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981

**State what the contract or lease is for**
CHAVES COUNTY, NM -
LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM

**Nature of debtor's interest**
CONTRACT PARTY

**State the term remaining**
IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract**
_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TRUMAN HAMMIT

**2.1143.** **Title of contract**
MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987

**State what the contract or lease is for**
CHAVES COUNTY, NM -
TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4

**Nature of debtor's interest**
CONTRACT PARTY

**State the term remaining**
IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract**
_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TRUMAN HAMMIT
822 W. 19TH ST.
PORTALES NM 88130

**2.1144.** **Title of contract**
MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 27, 1987

**State what the contract or lease is for**
CHAVES COUNTY, NM -
TOWNSHIP 9 SOUTH, RANGE 25 EAST, SEC. 25: ALL, SEC 26: SE1/4, SEC 35: E1/2NE1/4, NW1/4NE14, SEC 36: ALL; TOWNSHIP 9 SOUTH, RANGE 26 EAST, SEC. 30: W1/2, SEC. 31: ALL; TOWNSHIP 10 SOUTH·, RANGE 25 EAST, SEC. 1: NE1/4NE1/4, S1/2NE1/4, SE1/4NW1/4, E1/2SW1/4, SEC. 12: E1/2, SEC. 13: N1/2NE1/4; TOWNSHIP 10 SOUTH, RANGE 26 EAST, SEC. 6: ALL, SEC. 7: LOTS 3 4, E1/2, E1/2SW1/4

**Nature of debtor's interest**
CONTRACT PARTY

**State the term remaining**
SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

**List the contract number of any government contract**
_____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

TRUMAN HAMMIT

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1145.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED 14, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | **State what the contract or lease is for** | CHAVES COUNTY, NM - SECTION 26: NE1/4, TOWNSHIP 9 SOUTH, RANGE 25 EAST, NMPM | TRUMAN HAMMIT |

| | **Nature of debtor's interest** | CONTRACT PARTY |

| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |

| | **List the contract number of any government contract** | _____ |

**2.1146.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | **State what the contract or lease is for** | ST NM E-02858 - LEASE/WELL NAME - DQSU 0040 | UNION OIL CO. OF CALIFORNIA |

| | **Nature of debtor's interest** | CONTRACT PARTY |

| | **State the term remaining** | _____ |

| | **List the contract number of any government contract** | ST NM E-02858 |

**2.1147.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | **State what the contract or lease is for** | STELLA ZIMMERMAN ET AL - LEASE/WELL NAMES - DQSU 0147, DQSU 0701, DQSU 0704, DQSU 0804, DQSU 0805, DQSU 0806, DQSU 0808, DQSU 0812, DQSU 0813, DQSU 0815, DQSU 0816, DQSU 0822, DQSU 0824, DQSU 0828, DQSU 0831, DQSU 0832, DQSU 0837 | UNION OIL CO. OF CALIFORNIA |

| | **Nature of debtor's interest** | CONTRACT PARTY |

| | **State the term remaining** | _____ |

| | **List the contract number of any government contract** | _____ |

**2.1148.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | **State what the contract or lease is for** | USA NMLC-063927 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #003, NORTH SQUARE LAKE UNIT #004 | UNITED STATES OF AMERICA OFFICE OF NATURAL RESOURCES REVENUE (ONRR) PO BOX 25627 DENVER CO 80225-0627 |

| | **Nature of debtor's interest** | CONTRACT PARTY |

| | **State the term remaining** | _____ |

| | **List the contract number of any government contract** | USA NMLC-063927 |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1149.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | USA NMLC-060543 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #005 |
| **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES OF AMERICA OFFICE OF NATURAL RESOURCES REVENUE (ONRR) PO BOX 25627 DENVER CO 80225-0627
| **State the term remaining** | |
| **List the contract number of any government contract** | USA NMLC-060543 |

**2.1150.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | USA NMLC-068064 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #007, NORTH SQUARE LAKE UNIT #008 |
| **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES OF AMERICA OFFICE OF NATURAL RESOURCES REVENUE (ONRR) PO BOX 25627 DENVER CO 80225-0627
| **State the term remaining** | |
| **List the contract number of any government contract** | USA NMLC-068064 |

**2.1151.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | USA NMLC-0609071 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #024, NORTH SQUARE LAKE UNIT #025 |
| **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES OF AMERICA OFFICE OF NATURAL RESOURCES REVENUE (ONRR) PO BOX 25627 DENVER CO 80225-0627
| **State the term remaining** | |
| **List the contract number of any government contract** | USA NMLC-0609071 |

**2.1152.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | USA NM-75501 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #041, NORTH SQUARE LAKE UNIT #043 |
| **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES OF AMERICA OFFICE OF NATURAL RESOURCES REVENUE (ONRR) PO BOX 25627 DENVER CO 80225-0627
| **State the term remaining** | |
| **List the contract number of any government contract** | USA NM-75501 |

**2.1153.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | USA NM-07781 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #056 |
| **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES OF AMERICA OFFICE OF NATURAL RESOURCES REVENUE (ONRR) PO BOX 25627 DENVER CO 80225-0627
| **State the term remaining** | |
| **List the contract number of any government contract** | USA NMLC-068064 |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1154.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | USA NMLC-060723 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #058, NORTH SQUARE LAKE UNIT #059 |
| **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES OF AMERICA OFFICE OF NATURAL RESOURCES REVENUE (ONRR) PO BOX 25627 DENVER CO 80225-0627
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | USA NMLC-060723 |

**2.1155.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | USA NMLC-060548 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #060 |
| **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES OF AMERICA OFFICE OF NATURAL RESOURCES REVENUE (ONRR) PO BOX 25627 DENVER CO 80225-0627
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | USA NM-71796 |

**2.1156.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | USA NMLC-068064 - LEASE/WELL NAME 'NORTH SQUARE LAKE UNIT #078 |
| **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES OF AMERICA OFFICE OF NATURAL RESOURCES REVENUE (ONRR) PO BOX 25627 DENVER CO 80225-0627
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | USA NMLC-068064 |

**2.1157.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | USA NMLC-0609071 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #079 |
| **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES OF AMERICA OFFICE OF NATURAL RESOURCES REVENUE (ONRR) PO BOX 25627 DENVER CO 80225-0627
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | USA NMLC-0609071 |

**2.1158.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| **State what the contract or lease is for** | USA NMLC-060723 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #081 |
| **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES OF AMERICA OFFICE OF NATURAL RESOURCES REVENUE (ONRR) PO BOX 25627 DENVER CO 80225-0627
| **State the term remaining** | _____ |
| **List the contract number of any government contract** | USA NMLC-060723 |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
| --- | --- | --- | --- |

| 2.1159. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | USA NM-71796 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #083 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES OF AMERICA OFFICE OF NATURAL RESOURCES REVENUE (ONRR) PO BOX 25627 DENVER CO 80225-0627 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-71796 | |

| 2.1160. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | USA NM-0149954 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #089 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES OF AMERICA OFFICE OF NATURAL RESOURCES REVENUE (ONRR) PO BOX 25627 DENVER CO 80225-0627 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-0149954 | |

| 2.1161. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | USA NM-04361 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #091 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES OF AMERICA OFFICE OF NATURAL RESOURCES REVENUE (ONRR) PO BOX 25627 DENVER CO 80225-0627 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NM-04361 | |

| 2.1162. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | USA NMLC-90266 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #092 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES OF AMERICA OFFICE OF NATURAL RESOURCES REVENUE (ONRR) PO BOX 25627 DENVER CO 80225-0627 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NMLC-90266 | |

| 2.1163. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| | **State what the contract or lease is for** | USA NMLC-068064 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #097, NORTH SQUARE LAKE UNIT #099, NORTH SQUARE LAKE UNIT #100, NORTH SQUARE LAKE UNIT #101, NORTH SQUARE LAKE UNIT #102 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | UNITED STATES OF AMERICA OFFICE OF NATURAL RESOURCES REVENUE (ONRR) PO BOX 25627 DENVER CO 80225-0627 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | USA NMLC-068064 | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.1164.** **Title of contract** OIL & GAS LEASE

**State what the contract or lease is for** — USA NMLC-068064 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #123, NORTH SQUARE LAKE UNIT #124, NORTH SQUARE LAKE UNIT #125, NORTH SQUARE LAKE UNIT #127

**Nature of debtor's interest** CONTRACT PARTY

**State the term remaining** _____

**List the contract number of any government contract** USA NMLC-068064

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED STATES OF AMERICA
OFFICE OF NATURAL RESOURCES
REVENUE (ONRR)
PO BOX 25627
DENVER CO 80225-0627

---

**2.1165.** **Title of contract** OIL & GAS LEASE

**State what the contract or lease is for** — USA NMLC-068064 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #142

**Nature of debtor's interest** CONTRACT PARTY

**State the term remaining** _____

**List the contract number of any government contract** USA NMLC-068064

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED STATES OF AMERICA
OFFICE OF NATURAL RESOURCES
REVENUE (ONRR)
PO BOX 25627
DENVER CO 80225-0627

---

**2.1166.** **Title of contract** OIL & GAS LEASE

**State what the contract or lease is for** — USA NMLC-065885 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #144

**Nature of debtor's interest** CONTRACT PARTY

**State the term remaining** _____

**List the contract number of any government contract** USA NMLC-065885

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED STATES OF AMERICA
OFFICE OF NATURAL RESOURCES
REVENUE (ONRR)
PO BOX 25627
DENVER CO 80225-0627

---

**2.1167.** **Title of contract** OIL & GAS LEASE

**State what the contract or lease is for** — USA NMLC-068064 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #145

**Nature of debtor's interest** CONTRACT PARTY

**State the term remaining** _____

**List the contract number of any government contract** USA NMLC-068064

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED STATES OF AMERICA
OFFICE OF NATURAL RESOURCES
REVENUE (ONRR)
PO BOX 25627
DENVER CO 80225-0627

---

**2.1168.** **Title of contract** OIL & GAS LEASE

**State what the contract or lease is for** — USA NMLC-068064 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #162

**Nature of debtor's interest** CONTRACT PARTY

**State the term remaining** _____

**List the contract number of any government contract** USA NMLC-068064

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED STATES OF AMERICA
OFFICE OF NATURAL RESOURCES
REVENUE (ONRR)
PO BOX 25627
DENVER CO 80225-0627

---

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1169.** **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  USA NM-75501 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #177

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  USA NM-75501

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED STATES OF AMERICA
OFFICE OF NATURAL RESOURCES
REVENUE (ONRR)
PO BOX 25627
DENVER CO 80225-0627

**2.1170.** **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  USA NM-71796 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #192

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  USA NM-71796

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED STATES OF AMERICA
OFFICE OF NATURAL RESOURCES
REVENUE (ONRR)
PO BOX 25627
DENVER CO 80225-0627

**2.1171.** **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  USA NM-71796 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #200

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  USA NM-71796

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED STATES OF AMERICA
OFFICE OF NATURAL RESOURCES
REVENUE (ONRR)
PO BOX 25627
DENVER CO 80225-0627

**2.1172.** **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  USA NM-022584 - LEASE/WELL NAMES - CHAVES A FED 1, CHAVES A FED 1 (ABO), CHAVES A FED 1 (WCP), CHAVES A FED 2 (ABO), CHAVES A FED 3, CHAVES A FED 3 (ABO), CHAVES A FED 3 (PENN), CHAVES A FED 4 (ABO), CHAVES A FED 6 (ABO), CHAVES A 17 FED 5 (ABO)

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  USA NM-022584

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

UNITED WESTERN MINERALS CO.

Debtor    **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| 2.1173. | **Title of contract** | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | VALLEY OIL & GAS COMPANY |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| 2.1174. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | USA LC-062412 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 9 (INJ) | VALLEY REFINING COMPANY |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | USA LC-062412 | |

| 2.1175. | **Title of contract** | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | VERDE VISTA ENERGY |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1176.** | **Title of contract** | HPC/30 LONG ARROYO PROSPECT OPERATING AGREEMENT DATED AUGUST 10, 1993 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| **State what the contract or lease is for** | CHAVES COUNTY, NM - ALL SECTION 12-TL3S-R27E: ALL SECTION 7-TL3S-R28E; KAYWAL OPTION ACREAGE, IF CHOOSEN, BEING SW/4 SECTION 5, S/2 SECTION 6, W/2 SECTION 8 & NW/4 SECTION 17 ALL LOCATED IN TL3S-R28E | VERDE VISTA ENERGY CO. P. O. BOX 310 ROSWELL NM 88202

**Nature of debtor's interest** | CONTRACT PARTY

**State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE.

**List the contract number of any government contract** | _____

---

**2.1177.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | USA NMLC-063105 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #046

**Nature of debtor's interest** | CONTRACT PARTY | VILLAS P SHELDON AND DALE RESLER

**State the term remaining** | _____

**List the contract number of any government contract** | USA NMLC-063105

---

**2.1178.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | USA NM-11596 - LEASE/WELL NAME - PJ FED COM 2

**Nature of debtor's interest** | CONTRACT PARTY | VINCENT J DUNCAN

**State the term remaining** | _____

**List the contract number of any government contract** | USA NM-11596

---

**2.1179.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | USA NMLC-060812A - LEASE/WELL NAME - DQSU 0018

**Nature of debtor's interest** | CONTRACT PARTY | VIRGIL O HOPP

**State the term remaining** | _____

**List the contract number of any government contract** | USA NMLC-060812A

---

**2.1180.** | **Title of contract** | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**State what the contract or lease is for** | USA NMLC-060812A - LEASE/WELL NAME - ROCK QUEEN UNIT 0028

**Nature of debtor's interest** | CONTRACT PARTY | VIRGIL O HOPP

**State the term remaining** | _____

**List the contract number of any government contract** | USA NMLC-060812A

---

Debtor  **Remnant Oil Company, LLC**                                                    Case number *(if known)* **19-70106**

| 2.1181. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-060812A - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 6 | |
| | Nature of debtor's interest | CONTRACT PARTY | VIRGIL O HOPP |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NMLC-060812A | |

| 2.1182. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA LC-060503 - API & LEASE/WELL NAME NOT AVAILABLE | |
| | Nature of debtor's interest | CONTRACT PARTY | VIRGINIA WOODS SHAW |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA LC-060503 | |

| 2.1183. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA LC-061153 - LEASE/WELL NAME - PEARSALL QUEEN SAND UNIT 18 | |
| | Nature of debtor's interest | CONTRACT PARTY | VIRGINIA WOODS SHAW |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA LC-061153 | |

| 2.1184. | Title of contract | AMERIND, OIL CO. OPERATING AGREEMENT DATED MAY 1, 1983 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - SW4 SECTION 21, TOWNSHIP 16 SOUTH, RANGE 37 EAST NMPM | VIVIAN L. SMITH ATTENTION MR BILL FINNEGAN 2000 WEST LOOP SOUTH SUITE 1900 HOUSTON TX 77027 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.1185. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ST NM B-10411 - LEASE/WELL NAME - WEST CAP QUEEN SAND UNIT 12 | |
| | Nature of debtor's interest | CONTRACT PARTY | W E & ALLIE LEE |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | ST NM B-10411 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |

2.1186.  **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  ST NM X0-2029 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 46

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  ST NM X0-2029

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

W F DAUGHERITY

---

2.1187.  **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  ST NM E-8005 - LEASE/WELL NAME - ROCK QUEEN UNIT 0055

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  ST NM E-8005

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

W G ROSS

---

2.1188.  **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  W H MEDLIN ET UX - DQSU 0144

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

W H MEDLIN ET UX

---

2.1189.  **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  USA NMLC-067982-B - LEASE/WELL NAMES - LUSK SEVEN RIVERS UNIT 1, LUSK SEVEN RIVERS UNIT 2, LUSK SEVEN RIVERS UNIT 3, LUSK SEVEN RIVERS UNIT 4, LUSK SEVEN RIVERS UNIT 5, LUSK SEVEN RIVERS UNIT 7, LUSK SEVEN RIVERS UNIT 8

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  USA NMLC-067982-B

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

W N PRICE

---

2.1190.  **Title of contract**  OIL & GAS LEASE

**State what the contract or lease is for**  USA NMLC-067230 - LEASE/WELL NAMES - LUSK SEVEN RIVERS UNIT 1, LUSK SEVEN RIVERS UNIT 2, LUSK SEVEN RIVERS UNIT 3, LUSK SEVEN RIVERS UNIT 4, LUSK SEVEN RIVERS UNIT 5, LUSK SEVEN RIVERS UNIT 7, LUSK SEVEN RIVERS UNIT 8

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  USA NMLC-067230

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

W N PRICE

---

Debtor  **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| | | | |
|---|---|---|---|
| 2.1191. | **Title of contract** | CO2 PIPELINE RIGHT OF WAY AND ACCESS RIGHTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RIGHT OF WAY AND ACCESS RIGHTS - PART OF SECTION 26, TOWNSHIP 12 SOUTH, RANGE 31 EAST | |
| | **Nature of debtor's interest** | GRANTEE | W T TIVIS |
| | **State the term remaining** | AGREEMENT DATE 8/20/2010 | P.O. BOX 1614 EUNICE NM 88231 |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.1192. | **Title of contract** | SURFACE USE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SURFACE USE AGREEMENT - E/2, N/2SW/4, SE/4SW/4 OF SECTION 22, W/2, SE/4, S/2NE/4, NW/4NE/4 OF SECTION 23, SW/4, W/2SE/4, SE/4SE/4 OF SECTION 24, TOWNSHIP 13 SOUTH, RANGE 31 EAST | |
| | **Nature of debtor's interest** | GRANTEE | WANDA L WILLIAMS C/O MS. LEE ANN WILLIAMS 3409 SIX SHOOTER LOVINGTON NM 88260 |
| | **State the term remaining** | AGREEMENT DATE 11/1/2010 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.1193. | **Title of contract** | CO2 PIPELINE RIGHT OF WAY AND ACCESS RIGHTS | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RIGHT OF WAY AND ACCESS RIGHTS - PART OF SECTIONS 2, 23 AND 24, TOWNSHIP 13 SOUTH, RANGE 31 EAST | |
| | **Nature of debtor's interest** | GRANTEE | WANDA L WILLIAMS C/O MS. LEE ANN WILLIAMS 3409 SIX SHOOTER LOVINGTON NM 88260 |
| | **State the term remaining** | AGREEMENT DATE 9/3/2010 | |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.1194. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ST NM OG-1306 - LEASE/WELL NAMES - NORTH SQUARE LAKE UNIT #202, NORTH SQUARE LAKE UNIT #203, NORTH SQUARE LAKE UNIT #204 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | WE INTERNATIONAL OIL AND GAS CORPORATION |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM OG-1306 | |

| | | | |
|---|---|---|---|
| 2.1195. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | ST NM OG-1306 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #147 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | WE INTERNATIONAL OIL AND GAS CORPORATION |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | ST NM OG-1306 | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.1196. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ST NM OG-1306 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #165 | |
| | **Nature of debtor's interest** | CONTRACT PARTY | WE INTERNATIONAL OIL AND GAS CORPORATION |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | ST NM OG-1306 | |

| 2.1197. | **Title of contract** | BEARD OIL COMPANY OPERATING AGREEMENT DATED JUNE 23, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - N/2 SECTION 23., TOWNSHIP 9 SOUTH., RANGE 25 EAST | WESTERN OIL PRODUCERS |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA OR 120 - DAYS AFTER ABANDONMENT OF WELL | |
| | **List the contract number of any government contract** | _____ | |

| 2.1198. | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 9, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - TOWNSHIP 8 SOUTH, RANGE 24 EAST, N.M.P.M., SECTION 1: S1/2, SECTION 12: W1/2; TOWNSHIP 8 SOUTH, RANGE 25 EAST, N.M.P.M., SECTION 6: W1/2, SECTION 7: W1/2 | WES-TEX DRILLING COMPANY |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | **List the contract number of any government contract** | _____ | |

| 2.1199. | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WILLIAM & CARRIE TULK - LEASE/WELL NAME - ROCK QUEEN UNIT 0068 | WILLIAM & CARRIE TULK |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.1200.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | ST NM B-10420 - LEASE/WELL NAME - DQSU 0032 |
| | **Nature of debtor's interest** | CONTRACT PARTY | WILLIAM & VADA SPURCK
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | ST NM B-10420 |

**2.1201.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | ST NM B-10418 - LEASE/WELL NAME - ROCK QUEEN UNIT 0034 |
| | **Nature of debtor's interest** | CONTRACT PARTY | WILLIAM & VADA SPURCK
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | ST NM B-10418 |

**2.1202.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | ST NM B-8605 - LEASE/WELL NAME - ROCK QUEEN UNIT 0035 |
| | **Nature of debtor's interest** | CONTRACT PARTY | WILLIAM & VADA SPURCK
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | ST NM B-8605 |

**2.1203.** | **Title of contract** | OIL & GAS LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | USA NM-14294 - LEASE/WELL NAMES - PZ FED 1, PZ FED 2 |
| | **Nature of debtor's interest** | CONTRACT PARTY | WILLIAM A & EDWARD R HUDSON
| | **State the term remaining** | _____ |
| | **List the contract number of any government contract** | USA NM-14294 |

**2.1204.** | **Title of contract** | DAKOTA RESOURCES, INC OPERATING AGREEMENT DATED FEBRUARY 15, 1988 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - WANAN TANKA FEDERAL - THE SW/4 OF SECTION 27, T-13- S, R-31-E, NMPM |
| | **Nature of debtor's interest** | CONTRACT PARTY | WILLIAM F SMITH
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART 51 OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE |
| | **List the contract number of any government contract** | _____ |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.1205.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — USA NM-559993 - LEASE/WELL NAME - MM FED 1, MM FED 4, MM FED 5, 297, MM FED 7, MM FED 8, MM FED 9, , MM FED 11, MM 25 FED 12

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — USA NM-559993

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILLIAM J BRAGG

---

**2.1206.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — USA NM-559993 - LEASE/WELL NAME - MM FED 1, MM FED 4, MM FED 5, 297, MM FED 7, MM FED 8, MM FED 9, , MM FED 11, MM 25 FED 12

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — USA NM-43525

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILLIAM J BRAGG

---

**2.1207.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — USA NM-559993 - LEASE/WELL NAME - MM FED 1, MM FED 4, MM FED 5, 297, MM FED 7, MM FED 8, MM FED 9, , MM FED 11, MM 25 FED 12

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — USA NM-29208

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILLIAM J BRAGG

---

**2.1208.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — ST NM B0-8318 - LEASE/WELL NAME - ROCK QUEEN UNIT 0033

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — ST NM B0-8318

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILLIAM SPURCK

---

**2.1209.** **Title of contract** — OIL & GAS LEASE

**State what the contract or lease is for** — ST NM B-8318 - LEASE/WELL NAME - SOUTH RED LAKE II UNIT 52

**Nature of debtor's interest** — CONTRACT PARTY

**State the term remaining** — _____

**List the contract number of any government contract** — ST NM B-8318

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

WILLIAM SPURCK

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

| 2.1210. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NMLC-070242-A - LEASE/WELL NAME - BARTON A FEDERAL 1 | |
| | Nature of debtor's interest | CONTRACT PARTY | WILLIAM V BYRD |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NMLC-070242-A | |

| 2.1211. | Title of contract | OIL & GAS LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | USA NM-16069 - LEASE/WELL NAMES - COYOTE FED 1, COYOTE FED 2, COYOTE FED 3, COYOTE FED 4Y, COYOTE FED 5 | |
| | Nature of debtor's interest | CONTRACT PARTY | WILLIS GUY WADE |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | USA NM-16069 | |

| 2.1212. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 9, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - TOWNSHIP 8 SOUTH, RANGE 24 EAST, N.M.P.M., SECTION 1: S1/2, SECTION 12: W1/2; TOWNSHIP 8 SOUTH, RANGE 25 EAST, N.M.P.M., SECTION 6: W1/2, SECTION 7: W1/2 | |
| | Nature of debtor's interest | CONTRACT PARTY | WORKING INTEREST OWNERS |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REM.AIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT ARCA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | _____ | |

| 2.1213. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM | |
| | Nature of debtor's interest | CONTRACT PARTY | WORKING INTEREST OWNERS |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1214.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 13, 1981 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | CHAVES COUNTY, NM -
TOWNSHIP 7 SOUTH, RANGE 25 EAST, NMPM, SECTION 30, SW 1/4
(YATES PETRO ENTITIES) | YATES DRILLING COMPANY

| **Nature of debtor's interest** | CONTRACT PARTY |

| **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN A.RTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS
AGREEMENT SHALL CONTINUE IN FORCE SO LONG AS ANY SUCH WELL .OR WELLS PRODUCE, OR ARE CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION |

| **List the contract number of any government contract** | _____ |

**2.1215.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | CHAVES COUNTY, NM -
TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4 | YATES DRILLING COMPANY
207 SOUTH FOURTH STREET
ARTESIA NM 88210

| **Nature of debtor's interest** | CONTRACT PARTY |

| **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION |

| **List the contract number of any government contract** | _____ |

**2.1216.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 1, 1982 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| **State what the contract or lease is for** | CHAVES COUNTY, NM -
ALL SECTION 13, E1/2 SECTION 14, ALL SECTION 23, N1/2, N1/2S1/2, S1/2 SW1/4, SW1/4 SE\1/4 SECTION 24, TOWNSHIP 10 SOUTH, RANGE 25 EAST, N.M.P.M. | YATES DRILLING COMPANY

| **Nature of debtor's interest** | CONTRACT PARTY |

| **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |

| **List the contract number of any government contract** | _____ |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.1217.** | **Title of contract** | MARALO INC OPERATING AGREEMENT DATED OCTOBER 13, 1983 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - SECTION 16, T6S, R26E |
| | **Nature of debtor's interest** | CONTRACT PARTY | YATES DRILLING COMPANY
207 S. FOURTH STREET · ·
ARTESIA NM 88210
| | **State the term remaining** | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE |
| | **List the contract number of any government contract** | _____ |

**2.1218.** | **Title of contract** | MANZANO OIL CORPORATION OPERATING AGREEMENT (NOT DATED) EFFECTIVE JULY 31, 1990 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | LEA COUNTY, NM - TOWNSHIP 10 SOUTH. RANGE 32 EAST, NMPM, SECTION 35: NE/4 |
| | **Nature of debtor's interest** | CONTRACT PARTY | YATES DRILLING COMPANY
105 S FOURTH STREET
ARTESIA NM 88210
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

**2.1219.** | **Title of contract** | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 1, 1982 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
| | **State what the contract or lease is for** | CHAVES COUNTY, NM - ALL SECTION 13, E1/2 SECTION 14, ALL SECTION 23, N1/2, N1/2S1/2, S1/2SW1/2, SW1/4SE1/4SECTION 24, TOWNSHIP 10 SOUTH, RANGE 25 EAST, N.M.P.M. |
| | **Nature of debtor's interest** | CONTRACT PARTY | YATES DRILLING COMPANY
207 S FOURTH ST
ARTESIA NM 88210
| | **State the term remaining** | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION |
| | **List the contract number of any government contract** | _____ |

Debtor **Remnant Oil Company, LLC**

Case number *(if known)* **19-70106**

---

**2.1220.** **Title of contract**

YATES PETROLEUM CORPORATION OPERATING AGREEMENT DATED MARCH 17, 2005

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

YATES DRILLING COMPANY

**State what the contract or lease is for**

LEA COUNTY, NM -
TOWNSHIP 9 SOUTH, RANGE 33 EAST, NMPM, SECTION 36: S2, TOWNSHIP 10 SOUTH, RANGE 33 EAST, NMPM, SECTION 1: ALL

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract**

---

**2.1221.** **Title of contract**

MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 1, 1982

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

YATES DRILLING COMPANY
207 SOUTH FOURTH STREET
ARTESIA NM 88210

**State what the contract or lease is for**

CHAVES COUNTY, NM -
ALL SECTION 13, E1/2 SECTION 14, ALL SECTION 23, N1/2, N1/2S1/2, S1/2SW1/4, SW1/4SE1/4 SECTION 24, TOWNSHIP 10 SOUTH, RANGE 25 EAST, N.M.P.M.

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract**

---

**2.1222.** **Title of contract**

CONCHO OIL & GAS CORP. DATED JANUARY 4, 2002

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

YATES DRILLING COMPANY

**State what the contract or lease is for**

LEA COUNTY, NM -
TOWNSHIP 10 SOUTH, RANGE 32 EAST, N.M.P.M. SECTION 26: EAST HALF (E/2)

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

**List the contract number of any government contract**

---

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.1223.** **Title of contract**

MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 13, 1981

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

YATES PETROLEUM CORPORATION

**State what the contract or lease is for**

CHAVES COUNTY, NM -
TOWNSHIP 7 SOUTH, RANGE 25 EAST, NMPM, SECTION 30, SW 1/4
(YATES PETRO ENTITIES)

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

IN THE EVENT THE WELL DESCRIBED IN A.RTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS
AGREEMENT SHALL CONTINUE IN FORCE SO LONG AS ANY SUCH WELL .OR WELLS PRODUCE, OR ARE CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract**

_____

**2.1224.** **Title of contract**

MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 24, 1989

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

YATES PETROLEUM CORPORATION
105 SOUTH FOURTH STREET
ARTESIA NM 88210

**State what the contract or lease is for**

CHAVES COUNTY, NM -
TOWNSHIP 10 SOUTH, RANGE 25 EAST, SECTION 1: SW1/4

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract**

_____

**2.1225.** **Title of contract**

MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 1, 1981

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

YATES PETROLEUM CORPORATION

**State what the contract or lease is for**

CHAVES COUNTY, NM -
LOTS 3, 4, SW1/4 NW1/4, SE1/4 NW1/4 SECTION 1, TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM

**Nature of debtor's interest**

CONTRACT PARTY

**State the term remaining**

IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract**

_____

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

**2.1226.** **Title of contract**
MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 1, 1982

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

YATES PETROLEUM CORPORATION

**State what the contract or lease is for**
CHAVES COUNTY, NM -
ALL SECTION 13, E1/2 SECTION 14, ALL SECTION 23, N1/2, N1/2S1/2, S1/2 SW1/4, SW1/4 SE\1/4 SECTION 24, TOWNSHIP 10 SOUTH, RANGE 25 EAST, N.M.P.M.

**Nature of debtor's interest**
CONTRACT PARTY

**State the term remaining**
IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract** _____

**2.1227.** **Title of contract**
MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED APRIL 7, 1987

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

YATES PETROLEUM CORPORATION
207 SOUTH FOURTH ST.
ARTESIA NM 88210

**State what the contract or lease is for**
CHAVES COUNTY, NM -
TOWNSHIP 10 SOUTH, RANGE 25 EAST NMPM, SECTION 1: LOTS 1, 2, S1/4NE1/4

**Nature of debtor's interest**
CONTRACT PARTY

**State the term remaining**
IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION

**List the contract number of any government contract** _____

**2.1228.** **Title of contract**
MARALO INC OPERATING AGREEMENT DATED OCTOBER 13, 1983

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

YATES PETROLEUM CORPORATION
207 S. FOURTH STREET
ARTESIA NM 88210

**State what the contract or lease is for**
CHAVES COUNTY, NM -
SECTION 16, T6S, R26E

**Nature of debtor's interest**
CONTRACT PARTY

**State the term remaining**
SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARE CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE

**List the contract number of any government contract** _____

| Debtor | **Remnant Oil Company, LLC** | Case number *(if known)* **19-70106** |
|---|---|---|

| 2.1229. | Title of contract | MANZANO OIL CORPORATION OPERATING AGREEMENT (NOT DATED) EFFECTIVE JULY 31, 1990 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - TOWNSHIP 10 SOUTH. RANGE 32 EAST, NMPM, SECTION 35: NE/4 | YATES PETROLEUM CORPORATION 105 S FOURTH STREET ARTESIA NM 88210 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 180 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.1230. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 1, 1982 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - ALL SECTION 13, E1/2 SECTION 14, ALL SECTION 23, N1/2, N1/2S1/2, S1/2SW1/2, SW1/4SE1/4SECTION 24, TOWNSHIP 10 SOUTH, RANGE 25 EAST, N.M.P.M. | YATES PETROLEUM CORPORATION 207 S FOURTH ST ARTESIA NM 88210 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| 2.1231. | Title of contract | MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED MARCH 1, 1982 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | CHAVES COUNTY, NM - ALL SECTION 13, E1/2 SECTION 14, ALL SECTION 23, N1/2, N1/2S1/2, S1/2SW1/4, SW1/4SE1/4 SECTION 24, TOWNSHIP 10 SOUTH, RANGE 25 EAST, N.M.P.M. | YATES PETROLEUM CORPORATION 207 SOUTH FOURTH STREET ARTESIA NM 88210 |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

| Debtor | **Remnant Oil Company, LLC** | | Case number *(if known)* **19-70106** |
|---|---|---|---|

**2.1232.** **Title of contract** — CONCHO OIL & GAS CORP. DATED JANUARY 4, 2002

State what the contract or lease is for — LEA COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 32 EAST, N.M.P.M. SECTION 26: EAST HALF (E/2)

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

YATES PETROLEUM CORPORATION

---

**2.1233.** **Title of contract** — OIL & GAS LEASE

State what the contract or lease is for — ST NM LG-3324 - LEASE/WELL NAME - NORTH SQUARE LAKE UNIT #106

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — ST NM LG-3324

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

YATES PETROLEUM CORPORATION

---

**2.1234.** **Title of contract** — OIL & GAS LEASE

State what the contract or lease is for — ST NM V0-2508 - LEASE/WELL NAME - YATES STATE 1

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — _____

List the contract number of any government contract — ST NM V0-2508

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

YATES PETROLEUM CORPORATION

---

**2.1235.** **Title of contract** — MCCLELLAN OIL CORPORATION OPERATING AGREEMENT DATED NOVEMBER 13, 1981

State what the contract or lease is for — CHAVES COUNTY, NM - TOWNSHIP 7 SOUTH, RANGE 25 EAST, NMPM, SECTION 30, SW 1/4 (YATES PETRO ENTITIES)

Nature of debtor's interest — CONTRACT PARTY

State the term remaining — IN THE EVENT THE WELL DESCRIBED IN A.RTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN FORCE SO LONG AS ANY SUCH WELL .OR WELLS PRODUCE, OR ARE CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 120 DAYS FROM CESSATION OF ALL PRODUCTION

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

YATES PETROLEUM CORPORATION, ET AL

---

Debtor    **Remnant Oil Company, LLC**                                    Case number *(if known)* **19-70106**

| 2.1236. | Title of contract | CONCHO OIL & GAS CORP. DATED JANUARY 4, 2002 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - TOWNSHIP 10 SOUTH, RANGE 32 EAST, N.M.P.M. SECTION 26: EAST HALF (E/2) | |
| | Nature of debtor's interest | CONTRACT PARTY | YATES-MCMINN DRILLING VENTURE 1984-1 |
| | State the term remaining | SO LONG AS ANY OF THE OIL AND GAS LEASES SUBJECT TO THIS AGREEMENT REMAIN OR ARC CONTINUED IN FORCE AS TO ANY PART OF THE CONTRACT AREA, WHETHER BY PRODUCTION, EXTENSION, RENEWAL OR OTHERWISE, AND/OR SO LONG AS OIL AND/OR GAS PRODUCTION CONTINUES FROM ANY LEASE OR OIL AND GAS INTEREST | |
| | List the contract number of any government contract | _____ | |

| 2.1237. | Title of contract | MANZANO OIL CORPORATION OPERATING AGREEMENT DATED SEPTEMBER 1, 1984 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | LEA COUNTY, NM - SW/4 SECTION 25; SE/4 SECTION 26, W/2 SECTION 36 AND THE E/2 AND SW/4 SECTION 35 ALL IN T-10-S, R-32-E, N.M.P.M.; LOTS 1, 2 AND SE/4SE/4 OF SECTION 6, LOTS 3 AND 4 SECTION 5 ALL IN T-11-S, R-33-E, N.M.P.M. | YATES-MCMINN LTD |
| | Nature of debtor's interest | CONTRACT PARTY | |
| | State the term remaining | IN THE EVENT THE WELL DESCRIBED IN ARTICLE VI.A., OR ANY SUBSEQUENT WELL DRILLED UNDER ANY PROVISION OF THIS AGREEMENT, RESULTS IN PRODUCTION OF OIL AND/OR GAS IN PAYING QUANTITIES, THIS AGREEMENT SHALL CONTINUE IN· FORCE SO LONG AS ANY SUCH WELL OR WELLS PRODUCE, OR ARC CAPABLE OF PRODUCTION, AND FOR AN ADDITIONAL PERIOD OF 90 DAYS FROM CESSATION OF ALL PRODUCTION | |
| | List the contract number of any government contract | _____ | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2"><strong>Debtor name:</strong> Remnant Oil Company, LLC</td></tr>
<tr><td colspan="2"><strong>United States Bankruptcy Court for the:</strong> Western District of Texas</td></tr>
<tr><td colspan="2"><strong>Case number (if known):</strong> 19-70106</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1. FIRST GRAY CORPORATION <br><br>C/O E. WILL GRAY II | 6 DESTA DRIVE STE 5100 MIDLAND TX 79705 | KODIAK GAS SERVICES, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2. REMNANT MIDSTREAM PIPELINE COMPANY LLC <br><br>C/O E. WILL GRAY II | 6 DESTA DRIVE STE 5100 MIDLAND TX 79705 | KODIAK GAS SERVICES, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3. REMNANT OIL OPERATING COMPANY, LLC <br><br>ATTN E. WILL GRAY II CEO | 6 DESTA DRIVE STE 5100 MIDLAND TX 79705 | KODIAK GAS SERVICES, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4. REMNANT OIL OPERATING COMPANY, LLC <br><br>ATTN E. WILL GRAY II CEO | 6 DESTA DRIVE STE 5100 MIDLAND TX 79705 | 3-2-1 PARTNERS, LTD. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.5. REMNANT OILFIELD SERVICES LLC <br><br>C/O E. WILL GRAY II | 6 DESTA DRIVE STE 5100 MIDLAND TX 79705 | KODIAK GAS SERVICES, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6. REMNANT RENEWABLE RESOURCES LLC <br><br>C/O E. WILL GRAY II | 6 DESTA DRIVE STE 5100 MIDLAND TX 79705 | KODIAK GAS SERVICES, LLC | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor **Remnant Oil Company, LLC**                                      Case number *(if known)* **19-70106**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7.   WS OIL AND GAS LIMITED<br><br>C/O E. WILL GRAY II | 6 DESTA DRIVE<br>STE 5100<br>MIDLAND TX 79705 | KODIAK GAS SERVICES, LLC | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

**Debtor name:** Remnant Oil Company, LLC

**United States Bankruptcy Court for the:** Western District of Texas

**Case number (if known):** 19-70106

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8/27/2019
          MM/DD/YYYY

✗    */s/ E. Will Gray II*
_____
Signature of individual signing on behalf of debtor

E. Will Gray II
Printed name

Chief Executive Officer
Position or relationship to debtor