

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 25, 2019.**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Remnant Oil Company, LLC and | § | Case No. 19-70106 |
| Remnant Oil Operating, LLC, | § | Case No. 19-70107 |
| | § | |
| Debtors. | § | Chapter 11 |
| | § | |
| | § | (Jointly Administrated under |
| | § | Case No. 19-70106) |

**FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364, AND 507, BANKRUPTCY RULES 2002, 4001, 6004, AND 9014, (I) AUTHORIZING THE DEBTORS-IN-POSSESSION TO OBTAIN POSTPETITION FINANCING, (II) GRANTING LIENS AND PROVIDING ADMINISTRATIVE EXPENSE STATUS, (III) GRANTING ADEQUATE PROTECTION, AND (IV) GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of the Debtors, Remnant Oil Company, LLC, and Remnant Oil Operating, LLC (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), pursuant to sections 105(a), 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(d)(1), 364(e) and 507 of title 11 of the United States Code, 11 U.S.C. §§ 101, _et seq._ (the

"Bankruptcy Code"), and Rules 2002, 4001, 6004, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), seeking, among other things, entry of an order:

i.     Subject only to the Permitted Liens, authorizing the Debtors to obtain postpetition financing, consisting of a senior secured, multi-draw term loan (the "DIP Loan(s)", and together with all other obligations under the DIP Loan Documents (as defined below), the "DIP Obligations") to be advanced and made available to the Debtors in the aggregate maximum principal amount of $750,000 (the "DIP Facility") from Colorado Waterston, LLC (the "DIP Lender"), consistent with the terms and conditions of the *Debtor-in-Possession Loan and Security Agreement*, the form of which is attached hereto as **Exhibit 1** (with such changes or amendments, if any, as were or may be made with the agreement of the DIP Lender prior to or as a result of the Hearing (as defined herein) and as amended, supplemented or otherwise modified from time to time in accordance with the terms and conditions set forth herein, the "DIP Loan Agreement"),[1] and the Budget (as defined below, and together with the DIP Loan Agreement and any other document or instrument executed and/or delivered in connection with the DIP Facility, the "DIP Loan Documents") (A) to pay certain costs, fees and expenses related to the Chapter 11 Cases as provided for in this Order; and (B) to provide working capital and for other general corporate purposes of the Debtors.

ii.     Authorizing the Debtors to execute and enter into the DIP Loan Documents and to perform all such other and further acts as may be required in connection with the DIP Loan Documents, including the DIP Obligations, and all instruments, security agreements, assignments,

---

[1]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the DIP Loan Agreement.

pledges, mortgages, reaffirmations and other documents referred to therein or requested by the DIP Lender to give effect to the terms thereof;

iii.     Authorizing the Debtors to use proceeds of the DIP Facility as permitted in the DIP Loan Documents and in accordance with this Order;

iv.     Granting liens on and security interests in the DIP Collateral as follows: (a) pursuant to Bankruptcy Code sections 364(c)(2), valid, perfected, enforceable and non-avoidable first priority priming liens on and security interests in the portion of the DIP Collateral described in **Exhibit 2** and **Exhibit 3** that is not subject to valid, perfected and non-avoidable liens and (b) pursuant to Bankruptcy Code section 364(d)(1) valid, perfected, enforceable and non-avoidable first priority security interests upon all Collateral set forth on (i) **Exhibit 2** that is subject to valid mechanics' and materialmen's liens (collectively, the "Prepetition Mechanics' Liens"), and (ii) **Exhibit 4** that is subject to the prior perfected liens (the "Prepetition Primed Liens") of FirstCapital Bank, N.A. (the "Prepetition Lender"), in all cases senior to the Prepetition Primed Liens[2], (including without limitation any replacement or adequate protection liens granted postpetition to the Prepetition Lender under any cash collateral orders entered by the bankruptcy court) and the Prepetition Mechanics' Liens (collectively, the "DIP Collateral);

v.     Vacating and modifying the automatic stay pursuant to Bankruptcy Code § 362 to the extent necessary to implement and effectuate the terms and provisions of this Order and the DIP Loan Documents;

vi.     Granting the Prepetition Lender replacement liens on the property described in **Exhibit 5**; and

vii.     Granting the Debtors such other and further relief as is just and equitable.

---

[2] The collateral subject to the Prepetition Primed Liens is listed on Exhibit 4.

The Court having held a hearing on the Motion on September 5, 2019 (the "Interim Hearing") and on September 24, 2019 (the "Final Hearing"); the Court having considered all objections, if any, to the Motion; and upon the record made (a) by the Motion and the exhibits attached thereto; (b) the *Declaration of E. Willard Gray II in Support of Motion of Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507, Bankruptcy Rules 2002, 4001, 6004, and 9014, (I) Authorizing the Debtors-In-Possession to Obtain Postpetition Financing, (II) Granting Liens and Providing Administrative Expense Status, (III) Granting Adequate Protection, and (IV) Granting Related Relief* [Docket No. 120], and after due deliberation and consideration, and good and sufficient cause appearing therefor,

### IT IS HEREBY FOUND AND CONCLUDED THAT:[3]

a. On July 16, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief with the Court under chapter 11 of the Bankruptcy Code.

b. This Court has jurisdiction over the Chapter 11 Cases and the Motion pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of this case and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Court has authority to enter this Final DIP Order consistent with Article III of the United States Constitution.

c. Sufficient and adequate notice of the Motion and entry of an Interim DIP Order has been given pursuant to Bankruptcy Code §§ 102(1) and 364(c) and (d) and Bankruptcy Rules 2002 and 4001(c) to all entities entitled thereto such that no other or further notice of the Motion or of the entry of the Final DIP Order need be provided to any entity.

---

[3] The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to this proceeding pursuant to Bankruptcy Rule 9014. To the extent that any of the following findings of fact constitute conclusions of law, they are adopted as such. Pursuant to Bankruptcy Rule 7052, to the extent any of the following conclusions of law constitute findings of fact, they are adopted as such. Statements made by the Court from the bench during the Interim Hearing and Final Hearing shall constitute additional conclusions of law and findings of fact, as appropriate.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.       The Motion is GRANTED as set forth herein.

2.       Any objections to the Motion or to entry of this Final DIP Order that have not been withdrawn or otherwise resolved are hereby OVERRULED.

3.       The execution and delivery of the DIP Loan Agreement and other DIP Loan Documents by the Debtors is authorized and approved. Further, the Debtors are expressly authorized and directed to (a) execute and deliver to DIP Lender, as applicable, any other document of any kind required to be executed and delivered in connection with the DIP Loan Agreement and the other DIP Loan Documents; (b) take any action to carry out the intent and purpose of the DIP Loan Agreement and other DIP Loan Documents, including all such actions to create, protect, and perfect the DIP Liens in favor of the DIP Lender, and (c) comply with and perform all of the terms and conditions contained in the DIP Loan Agreement and other DIP Loan Documents. Upon execution and delivery of the DIP Loan Documents and entry of this Final DIP Order, the DIP Loan Documents shall constitute valid and binding obligations of the Debtors, are enforceable against the Debtors and any successor trustee, in accordance with the terms thereof. No obligation, payment, transfer or grant of security under the DIP Loan Documents as approved under this DIP Order shall be stayed, restrained, voided, voidable or recoverable under the Bankruptcy Code or applicable nonbankruptcy law, except to the extent this Order expressly provides otherwise.

4.       The Debtors are hereby authorized to borrow from the DIP Lender the DIP Loans in the maximum principal amount not to exceed $750,000 on the terms and conditions set forth in the DIP Loan Documents and this Final DIP Order and the budget attached hereto as Exhibit 6 (the "Budget").

5.     The DIP Obligations are subject to (i) an Origination Fee of $75,000, (ii) interest ("Interest") at the annual rate of fifteen percent (15%) per annum, and (iii) a Repayment Premium equal to 1.31 *less* the Origination Fee. Principal and accrued, unpaid Interest will be payable at the Maturity Date which is the earlier of (i) the date which is ninety (90) days following the date of the first Advance, (ii) the consummation of a sale of all of the assets or a portion of the assets of the Borrower pursuant to Section 363 of the Bankruptcy Code or otherwise; (iii) the effective date of a plan of reorganization or liquidation in the Cases; (iv) the date of filing or support by the Debtors of a plan of reorganization that does not provide for indefeasible payment in full in cash of all obligations owing hereunder; (v) entry of an order by the Bankruptcy Court converting the Cases to a proceeding or proceedings under Chapter 7 of the Bankruptcy Code; (vi) entry of a final order by the Bankruptcy Court dismissing the Cases; or (vii) the date of termination of the DIP Facility and the acceleration of any outstanding extension of credit under the DIP Loans in accordance with the terms of the DIP Loan Agreement. The fees and expenses relating to the DIP Facility, including the Origination Fee and Repayment Premium are authorized and approved for payment without further order of the Court.

6.     In addition to the Origination Fee and Repayment Premium, the Debtors are authorized and directed to pay the reasonable and documented costs and expenses of the DIP Lender associated with the preparation, execution, delivery and administration of the DIP Loan Documents and any amendment or waiver with respect thereto, as well as proceedings before the Court relating to the DIP Facility (including the reasonable fees, disbursements and other charges of counsel, financial advisors and other professionals and advisors) (the "DIP Lender Expenses"). The DIP Lender shall provide redacted copies of its respective invoices reflecting their professional costs, fees, and expenses incurred in connection with the DIP Loan Documents

(edited to delete any attorney-client communications, attorney work product, or other confidential information) to the Debtors, the United States Trustee, and the official committee of unsecured creditors (the "Committee"). Any such party may object to the reasonableness of any such costs, fees, and expenses. However, any such objection shall be forever waived and barred, and the Debtors shall promptly pay such invoiced DIP Lender Expenses, unless, within ten (10) calendar days of receipt of the invoice to which the objection relates or such later date as agreed to by the DIP Lender: (1) the objection is served upon the DIP Lender and its counsel; and (2) the objection describes with particularity the items or categories of fees, costs, and expenses that are the subject of the objection and provides the specific basis of the objection to each such item or category of fees, costs, and expenses. To the extent such objection cannot be resolved, the objection shall be filed with the Court and set for a hearing. Any objection to the fees, costs, and expenses set forth on any such invoice shall be limited to the reasonableness or necessity of the particular items or categories of the fees, costs, and expenses which are the subject of such objection. The disallowance of any such fees and expenses shall not affect the DIP Lender's right to collect such amounts from any person or entity other than the Debtors.

7.     The DIP Lender Expenses are not subject to the provisions of Bankruptcy Code §§ 327, 328, 329, 330, or 331 and will be paid pursuant to the DIP Loan Agreement without further order of this Court, except in the event the Court is required to adjudicate a dispute relating to payment of the DIP Lender Expenses.

8.     As security for the DIP Obligations, and as provided in the DIP Loan Documents and this Final DIP Order, the DIP Lender, shall have (effective and continuing, without the necessity of the execution, filing, and/or recordation of mortgages, security agreements, control agreements, patent security agreements, trademarks security agreements, pledge agreements,

financing statements, or otherwise): (a) pursuant to Bankruptcy Code sections 364(c)(2), valid, perfected, enforceable and non-avoidable first priority priming liens on and security interests in the portion of the DIP Collateral described in **Exhibit 2** and **Exhibit 3** that is not subject to valid, perfected and non-avoidable liens and (b) pursuant to Bankruptcy Code section 364(d)(1) valid, perfected, enforceable and non-avoidable first priority security interests upon all Collateral set forth on (i) **Exhibit 2** that is subject to the Prepetition Mechanics' Liens, and (ii) **Exhibit 4** that is subject to Prepetition Primed Liens of the Prepetition Lender  (including without limitation any replacement or adequate protection liens granted postpetition to the Prepetition Lender under any cash collateral orders entered by the bankruptcy court), and any and all rents, issues, products, offspring, proceeds and profits generated by any item of such DIP Collateral, without the necessity of any further action of any kind or nature by the DIP Lender in order to claim or perfect such rents, issues, products, offspring, proceeds and/or profits (together, the "DIP Liens").  The DIP Liens are senior and superior in priority to all other secured and unsecured creditors of the Debtors' estates, as well as to any administrative claimants with respect to the DIP Collateral, subject only to the Permitted Liens.  For the avoidance of doubt, the DIP Liens are to be paid first out of the DIP Collateral, prior to all creditors, including professionals or other administrative claimants in this case.

9.      For the avoidance of doubt, the DIP Collateral shall not include the collateral of 3-2-1 Partners, Ltd and the DIP Liens shall not extend to the collateral of 3-2-1 Partners, Ltd.

10.     This Final DIP Order shall be sufficient and conclusive evidence of the priority, perfection and validity of the DIP Liens granted herein, effective as of the date of this Final DIP Order, without any further action by Debtors or the DIP Lender and without the execution, filing or recordation of any financing statements, security agreements, mortgages, certificates or other

agreements, documents or instruments. Notwithstanding the foregoing, the Debtors shall execute and deliver to the DIP Lender such financing statements, mortgages, instruments, certificates, agreements and other documents as the DIP Lender may reasonably request from time to time to provide further evidence of the perfection of the DIP Liens, and any such documents filed by the DIP Lender shall be deemed filed as of the date of this Final DIP Order.

11.     Pursuant to Bankruptcy Code §§ 361, 363(e) and 364(d), as adequate protection of the interests of Prepetition Lender and solely to the extent of any diminution in the value of the Prepetition Collateral, the Debtor hereby grants to Prepetition Lender, a continuing valid, binding, enforceable and perfected postpetition replacement security interest in and lien on the assets listed in **Exhibit 5** to the same extent, validity and priority of the liens and security interests of Prepetition Lender in its collateral.  Such perfected postpetition adequate protection replacement liens are the "Senior Adequate Protection Liens". The Senior Adequate Protection Liens:  (1) shall be properly perfected, valid and enforceable liens without any further action by the Debtors or Prepetition Lender and without the execution, filing or recordation of any financing statements, security agreements, mortgages or other documents or instruments; (2) shall be senior to all other liens on the assets described in **Exhibit 5**, if any; and (3) shall remain in full force and effect notwithstanding any subsequent conversion or dismissal of the Chapter 11 Cases. Notwithstanding the foregoing, the Debtor is authorized to and shall execute and deliver to the Prepetition Lender such financing statements, mortgages, instruments and other documents as it may reasonably request from time to time to provide further evidence of the perfection of the Senior Adequate Protection Liens.

12.     While any portion of the DIP Obligations remains unpaid or any of the DIP Loan Documents remains in effect, the Debtors shall not seek entry of any order approving or

authorizing (under Bankruptcy Code §§ 105 or 364, or otherwise) (a) the granting of any lien or security interest in any of the DIP Collateral in favor of any party other than the DIP Lender or (b) the obtaining of credit or the incurring of indebtedness that is entitled to superpriority administrative status, in either case *pari passu* with or superior to that granted to the DIP Lender pursuant to this Final DIP Order, unless, in connection with any transaction cited in clause (a) or (b) of this Paragraph unless such request by the Debtors seek to authorize and direct that the full amount of the DIP Obligations shall first be paid indefeasibly and in full from the proceeds of the DIP Collateral (subject to satisfaction of the Permitted Liens).

13.     The DIP Facility shall terminate and the DIP Loans and all other DIP Obligations shall mature and be due and owing, upon DIP Lender's election, on the Maturity Date.  Written notice of the occurrence of the Maturity Date shall be given by electronic mail (or other electronic means) to the Notice Parties.

14.     The DIP Lender and the Prepetition Lender may not repossess, foreclose or seize any DIP Collateral after maturity without delivering to the Debtor, the Office of the United States Trustee, and the Committee, and filing with the Bankruptcy Court, a notice of the occurrence of the Maturity Date. At any time after the fifth business day after the delivery and filing of such notice, unless the Bankruptcy Court extends such deadline, the DIP Lender and the Prepetition Lender shall have automatic and immediate relief from the automatic stay with respect to the DIP Collateral (without regard to the passage of time provided for in Fed. R. Bankr. P. 4001(a)(3)), and shall be entitled to exercise any and all rights and remedies available to them under the DIP Loan Documents, the Prepetition Loan Documents or applicable law as may otherwise be applicable.

15.    The Debtors shall indemnify and hold harmless the DIP Lender, and each of its respective partners, members, officers, directors, employees, affiliates, successors, assigns, agents, counsel and other advisors (collectively, the "<u>Indemnified Parties</u>") from and against any and all claims, damages, losses, liabilities and expenses (including, without limitation, reasonable fees and expenses of counsel) that may be incurred by or asserted or awarded against any Indemnified Party, in each case arising out of or in connection with or by reason of, or in connection with the preparation for a defense of, any investigation, litigation or proceeding arising out of, related to or in connection with (a) the DIP Facility, the transactions contemplated thereby and in the DIP Loan Documents, and any use made or proposed to be made with the proceeds thereof and (b) the Chapter 11 Cases.

16.    The automatic stay imposed by Bankruptcy Code § 362(a) is hereby modified, to the extent necessary, to implement and effectuate the terms and conditions of this Final DIP Order.

17.    The Debtors are authorized to perform all acts and execute and comply with the terms of such other documents, instruments, and agreements in addition to the DIP Loan Documents, as the DIP Lender may reasonably require, as evidence of and for the protection of the DIP Obligations, or which otherwise may be deemed reasonably necessary by the DIP Lender to effectuate the terms and conditions of this Final DIP Order and the DIP Loan Documents. The Trustee and the DIP Lender are hereby authorized to implement, in accordance with the terms of the DIP Loan Documents, any non-material modifications of the DIP Loan Documents without further order of this Court.

18.    Upon the indefeasible payment in full in cash, and the termination of, the DIP Facility, and upon the request of the DIP Lender, the Debtors shall execute and deliver in favor

of DIP Lender a valid and binding termination and release agreement, in form and substance reasonably acceptable to the DIP Lender.

19.     Neither the Debtors nor any representative of any of any such estate (including any successor trustee) will invoke or seek to invoke the surcharge provisions of Bankruptcy Code §506(c), the enhancement of collateral provisions of Bankruptcy Code §552 (including, without limitation, the "equities of the case" exception under Bankruptcy Code §552(b)) or any other legal or equitable doctrine upon the DIP Lender or any of the DIP Collateral for the benefit of any party in interest, including any Trustee, the Committee, any other trustee, or any professionals engaged by any of the foregoing.

20.     By executing the DIP Loan Documents or taking any actions pursuant to this Final DIP Order, the DIP Lender shall not: (1) be deemed to be in control of the operations or liquidation of the Debtors or their respective estates; or (2) be deemed to be acting as a "responsible person" with respect to the operation, management, or liquidation of the Debtors or their respective estates.

21.     The DIP Lender shall not be subject to the equitable doctrine of marshaling or any other similar doctrine with respect to any of the DIP Collateral.

22.     The DIP Lender shall not be required to file any proof of claim in the Chapter 11 Cases for any claim under the DIP Loan Documents, or for any claim allowed herein.

23.     Unless the DIP Lender consents thereto, no order shall be entered confirming a plan in these Chapter 11 Cases unless such order provides for the indefeasible and final payment of the DIP Obligations in full in cash on the earlier of: (1) the effective date thereof; and (2) the Maturity Date.

24.     The DIP Lender's failure, at any time or times hereafter, to require strict performance by the Debtors (or by any successor trustee) of any provision of this Order or the DIP Loan Documents shall not waive, affect, or diminish any right of the DIP Lender thereafter to demand strict compliance and performance therewith. No delay on the part of the DIP Lender in the exercise of any right or remedy under this Order, the DIP Loan Documents, the Bankruptcy Code, or applicable nonbankruptcy law shall preclude any other or further exercise of any right or remedy. The DIP Lender shall not be deemed to have suspended or waived any of its rights or remedies under this Final DIP Order, the DIP Loan Documents, the Bankruptcy Code, or applicable nonbankruptcy law unless such suspension or waiver is in writing, signed by a duly authorized officer of such party, and directed to the Debtor.

25.     Any stay, modification, reversal, or vacation of this Final DIP Order shall not affect the validity and enforceability of any DIP Obligations of the Debtors to the DIP Lender incurred pursuant to this Final DIP Order or the validity, priority, or enforceability of any of the DIP Liens granted to the DIP Lender under this Final DIP Order. Notwithstanding any such stay, modification, reversal, or vacation, all DIP Liens granted under this Final DIP Order, the DIP Loans made pursuant to this Final DIP Order in respect of the DIP Loan Agreement, and all DIP Obligations incurred by the Debtors or the Debtors' estates pursuant hereto and pursuant to the terms of the DIP Loan Documents prior to the effective date of any such stay, modification, reversal, or vacation shall be governed in all respects by the original provisions of this Final DIP Order, and  the DIP Lender shall be entitled to all the rights, privileges, and benefits, including, without limitation, the DIP Liens, and priorities granted herein with respect to all such DIP Obligations.

26.     The provisions of this Final DIP Order and any actions taken pursuant hereto shall survive entry of any order which may be entered (a) confirming any plan of reorganization or liquidation in the Chapter 11 Cases (and, to the extent not satisfied in full, the DIP Obligations shall not be discharged by the entry of any such order, notwithstanding Bankruptcy Code § 1141(d)); (b) converting the Chapter 11 Cases to chapter 7 cases; (c) appointing a chapter 11 trustee, or (d) dismissing the Chapter 11 Cases. The terms and provisions of this Final DIP Order as well as the DIP Liens granted pursuant to this Final DIP Order and the DIP Loan Documents shall continue in full force and effect notwithstanding the entry of such order, and such DIP Liens, and any adequate protection liens shall maintain their priority as provided by this Final DIP Order until all of the DIP Obligations are paid indefeasibly and in full.

27.     The provisions of this Final DIP Order shall be binding upon and inure to the benefit of the DIP Lender, the Debtors, the Prepetition Lender and their respective successors and assigns, including any further trustee appointed or elected in the Chapter 11 Cases, whether under chapter 11 or chapter 7.

28.     If there is any inconsistency between the terms of the DIP Loan Documents and the provisions of this Final DIP Order, the provisions of this Final DIP Order shall control to the extent of such inconsistency.

29.     Notwithstanding Bankruptcy Rules 4001(a)(3), 6004(h), 6006(d), 7062, or 9014 of the Bankruptcy Rules or any other Bankruptcy Rule, or Rule 62(a) of the Federal Rules of Civil Procedure, this Final DIP Order shall be valid, take full effect, and be enforceable immediately upon entry hereof; there shall be no stay of execution or effectiveness of this Final DIP Order; and any stay of the effectiveness of this Final DIP Order that might otherwise apply is hereby waived for cause shown.

30. The Court has and will retain jurisdiction to enforce this Final DIP Order.

# EXHIBIT 1

**DIP Loan and Security Agreement**

**(TO COME)**

EXHIBIT 1 TO INTERIM ORDER                                        PAGE **16**

# EXHIBIT 2

**Exhibit 2-1: Caprock Leases**

| PROPERTY NAME | STATE | COUNTY | LESSOR | LESSEE | LEASE DATE | RECORDING DATA | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | USA LC-060811 | GEORGE NIXON | 9/1/1944 | NA | W/2SW/4, SW/4NW/4, SE/4, E/2SW/4 OF SECTION 15, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| WEST CAP QUEEN SAND, DRICKEY QUEEN SAND UNIT, ROCK QUEEN UNIT | NM | CHAVES | USA LC-060812-A | VIRGIL O HOPP | 7/1/1948 | NA | SW/4 OF SECTION 8, SE/4 OF SECTION 10, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | USA LC-068474 | FRANK SANER | 11/1/1947 | NA | N/2 OF SECTION 10, ALL OF SECTION 3, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | USA LC-070336 | PHILLIPS PETROLEUM COMPANY | 5/1/1947 | NA | NW/4NW/4, S/2NW/4, NE/4NW/4 OF SECTION 22, N/2NW/4, SW/4NW/4 OF SECTION 1, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | USA LC-070337 | PHILLIPS PETROLEUM COMPANY | 7/1/1948 | NA | SW/4 OF SECTION 10, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | USA LC-072006 | AMERICAN REPUBLIC CORP | 1/1/1950 | NA | NE/4NE/4, SE/4SE/4, W/2E/2 OF SECTION 11, SE/4 OF SECTION 8, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | USA NM-02419 | CITIES SERVICE OIL COMPANY | 9/1/1950 | NA | E/2NE/4, SW/4NE/4 OF SECTION 33, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | USA NM-03927 | CITIES SERVICE OIL COMPANY | 3/1/1951 | NA | SE/4 OF SECTION 33, SW/4 OF SECTION 34, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | USA NM-04246 | KERR-MCGEE OIL INC | 3/1/1951 | NA | E/2SW/4, SW/4SW/4 OF SECTION 33, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT, ROCK QUEEN UNIT | NM | CHAVES | STATE OF NM B08822 | EARL G LEVICK | 9/19/1940 | NA | E/2NE/4 OF SECTION 26, E/2SE/4, SW/4SE/4, NW/4SW/4 OF SECTION 35, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | STATE OF NM VC0009 | CIRCLE RIDGE PRODUCTION CO | 3/1/1990 | NA | SW/4NE/4 OF SECTION 16, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | STATE OF NM B10417 | INTERCOAST PETROLEUM CO INC | 7/6/1943 | NA | NE/4SE/4 OF SECTION 16, TOWNSHIP 14 SOUTH, RANGE 31 EAST |

## Exhibit 2-1: Caprock Leases

| PROPERTY NAME | STATE | COUNTY | LESSOR | LESSEE | LEASE DATE | RECORDING DATA | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|
| WEST CAP QUEEN SAND, DRICKEY QUEEN SAND UNIT, ROCK QUEEN UNIT | NM | CHAVES | STATE OF NM B10419 | BERNICE R PIATT | 7/6/1943 | NA | NW/4SW/4 OF SECTION 16, SE/4 OF SECTION 17, NE/4SW/4 OF SECTION 2, TOWNSHIP 14 SOUTH, RANGE 31 EAST; E/2NE/4 OF SECTION 22, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | STATE OF NM B10420 | WILLIAM SPURCK AND VADA SPURCK | 7/6/1943 | NA | NW/4SE/4, E/2NE/4, NW/4NE/4, SE/4NW/4, SE/4SW/4 OF SECTION 16, SE/4NE/4 OF SECTION 2, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | STATE OF NM E00478 | TEXAS PACIFIC COAL & OIL CO | 8/10/1945 | NA | SW/4NW/4 OF SECTION 16, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | STATE OF NM E00521 | LILLIAN V BROWNE | 9/10/1945 | NA | SE/4SW/4 OF SECTION 35, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT, ROCK QUEEN UNIT | NM | CHAVES | STATE OF NM E1380 | TEXAS PACIFIC COAL & OIL CO | 7/10/1947 | NA | NW/4SE/4 OF SECTION 22, TOWNSHIP 13 SOUTH, RANGE 31 EAST; SE/4 OF SECTION 2, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | STATE OF NM E01467 | TEXAS PACIFIC COAL & OIL CO | 9/10/1947 | NA | SW/4SE/4 OF SECTION 16, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | STATE OF NM E2635 | L B HODGES | 5/10/1949 | NA | SW/4SW/4 OF SECTION 35, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | STATE OF NM E02855 | GULF OIL CORP | 8/10/1949 | NA | NW/4NE/4 OF SECTION 2, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | STATE OF NM E02858 | UNION OIL CO OF CALIF | 8/10/1949 | NA | NE/4SW/4 OF SECTION 16, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | STATE OF NM E4810 | RALPH NIX | 12/11/1950 | NA | NW/4NW/4 OF SECTION 16, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | STATE OF NM E5665 | GULF OIL CORP | 10/10/1951 | NA | SE/4SE/4 OF SECTION 16, NE/4NE/4 OF SECTION 2, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | STATE OF NM E5988 | TEXAS PACIFIC COAL & OIL CO | 2/11/1952 | NA | NE/4, S/2NW/4 OF SECTION 35, TOWNSHIP 13 SOUTH, RNAGE 31 EAST |

## Exhibit 2-1: Caprock Leases

| PROPERTY NAME | STATE | COUNTY | LESSOR | LESSEE | LEASE DATE | RECORDING DATA | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|
| DRICKEY QUEEN SAND UNIT, ROCK QUEEN UNIT | NM | CHAVES | STATE OF NM E06401 | CITIES SERVICE OIL COMPANY | 8/11/1952 | NA | N/2SE/4 OF SECTION 23, NE/4SW/4, NW/4SE/4 OF SECTION 35, TOWNSHIP 13 SOUTH, RANGE 31 EAST; W/2W/2 OF SECTION 2, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | STATE OF NM E7661 | J M ZACHARY | 12/15/1953 | NA | SE/4NW/4, SE/4SW/4 OF SECTION 2, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | STATE OF NM E7662 | GULF OIL CORP | 12/15/1953 | NA | NE/4NW/4 OF SECTION 16, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | STATE OF NM E8333 | J M ZACHARY | 7/20/1954 | NA | NE/4NW/4 OF SECTION 2, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | MORRIS R ANTWEIL ET AL | MALCO REFINERIES INC | 6/28/1989 | NA | NW/4SE/4, E/2NE/4 OF SECTION 22, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT, ZIMMERMAN | NM | CHAVES | MRS STELLA ZIMMERMAN ET AL | GULF OIL CORP | 2/26/1946 | BOOK 15, PAGE 408 | W/2 OF SECTION 11, NE/4, E/2SE/4 OF SECTION 20, W/2 OF SECTION 21, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT, ZIMMERMAN | NM | CHAVES | CLYDE H ZIMMERMAN ET AL | GULF OIL CORP | 3/6/1946 | BOOK 16, PAGE 36 | W/2 OF SECTION 11, NE/4, E/2SE/4 OF SECTION 20, W/2 OF SECTION 21, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | W H MEDLIN ET UX | BRUCE K MATLOCK | 12/6/1944 | BOOK 14, PAGE 379 | W/2NE/4 OF SECTION 22, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | MRS STELLA ZIMMERMAN ET AL | UNION OIL CO OF CALIF | 10/8/1947 | BOOK 25, PAGE 7 | NW/4NE/4, NE/4NW/4, N/2SW/4, SW/4SW/4, NW/4NW/4, S/2NW/4, SE/4NW/4 OF SECTION 14, N/2NE/4, SE/4NW/4, NE/4NW/4, S/2NE/4 OF SECTION 15, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| WEST CAP QUEEN SAND UNIT | NM | CHAVES | STATE OF NM B10411 | W E LEE & ALLIE M LEE | 7/2/1943 | NA | E/2NE/4 OF SECTION 8, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| WEST CAP QUEEN SAND | NM | CHAVES | USA LC-068371 | J R MILLER | 8/1/1949 | NA | NE/4, S/2SW/4, N/2SW/4 OF SECTION 17, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| WEST CAP QUEEN SAND | NM | CHAVES | USA LC-060812 | MALEC REFINERIES INC | 6/1/1949 | NA | NW/4 OF SECTION 17, TOWNSHIP 14 SOUTH, RANGE 31 EAST |

## Exhibit 2-1: Caprock Leases

| PROPERTY NAME | STATE | COUNTY | LESSOR | LESSEE | LEASE DATE | RECORDING DATA | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|
| WEST CAP QUEEN SAND | NM | CHAVES | USA LC-060712 | ED SCHOCKLEY | 5/1/1947 | NA | NE/4 OF SECTION 21, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| WEST CAP QUEEN SAND | NM | CHAVES | USA LC-060821 | FRANK A SANER | 11/1/1947 | NA | W/2SE/4, NE/4SE/4 OF SECTION 21, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | CHAVES | USA LC-068288 | ETHEL P ERWIN | 8/1/1951 | NA | N/2N/2, S/2S/2 OF SECTION 25, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | CHAVES | USA NM-02509 | SKELLY OIL CO | 11/1/1950 | NA | E/2NW/4 OF SECTION 27, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | CHAVES | USA NM-03844 | JOHN E COCHRAN, JR | 2/1/1951 | NA | NE/4 OF SECTION 27, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | CHAVES | USA NM-04385 | GEORGE P LIVERMORE INC | 2/1/1951 | NA | SE/4 OF SECTION 27, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | CHAVES | STATE OF NM B08318 | WILLIAM SPURCK | 9/11/1939 | NA | SW/4NW/4 OF SECTION 23, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | CHAVES | STATE OF NM B10418 | WILLIAM SPURCK & VADA SPURCK | 7/6/1943 | NA | SE/4SW/4, NE/4SE/4 OF SECTION 22, SW/4SE/4 OF SECTION 23, NW/4, N/2SW/4, E/2SE/4 OF SECTION 26, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | CHAVES | STATE OF NM B8605 | WILLIAM SPURCK & VADA SPURCK | 4/8/1940 | NA | NW/4SW/4 OF SECTION 22, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | CHAVES | STATE OF NM B8459 | GULF OIL CORP | 1/4/1940 | NA | SE/4NE/4 OF SECTION 23, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | CHAVES | STATE OF NM B9359 | GREAT WESTERN DRILLING CO | 10/11/1941 | NA | S/2SW/4, NE/4SW/4 OF SECTION 24, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | CHAVES | STATE OF NM B9495 | L H KENNEDY & LILLIAN E KENNEDY | 1/29/1942 | NA | SW/4NE/4 OF SECTION 26, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | CHAVES | STATE OF NM B9541 | GREAT WESTERN DRILLING CO | 2/17/1942 | NA | ALL OF SECTION 36, NE/4SW/4 OF SECTION 22, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | LEA | STATE OF NM B11332 | BEN Q ADAMS | 7/10/1944 | NA | E/2SW/4 OF SECTION 30, TOWNSHIP 13 SOUTH, RANGE 32 EAST |
| ROCK QUEEN UNIT | NM | CHAVES | STATE OF NM B11644 | LILLIAN V BROWNE | 12/11/1944 | NA | SE/4SE/4 OF SECTION 22, TOWNSHIP 13 SOUTH, RANGE 31 EAST |

## Exhibit 2-1: Caprock Leases

| PROPERTY NAME | STATE | COUNTY | LESSOR | LESSEE | LEASE DATE | RECORDING DATA | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|
| ROCK QUEEN UNIT | NM | LEA | STATE OF NM E35 | SOUTHERN PETROLEUM EXPLORATION | 1/10/1945 | NA | E/2NW/4 OF SECTION 30, TOWNSHIP 13 SOUTH, RANGE 32 EAST |
| ROCK QUEEN UNIT | NM | CHAVES | STATE OF NM E00473 | LILLIAN V BROWNE | 8/10/1945 | NA | N/2NW/4 OF SECTION 35, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | CHAVES | STATE OF NM E04191 | ATLANTIC REFINING | 9/11/1950 | NA | SW/4SE/4 OF SECTION 22, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | LEA | STATE OF NM E4192 | J D HUNTER | 9/11/1950 | NA | SE/4SW/4 OF SECTION 19, TOWNSHIP 13 SOUTH, RANGE 32 EAST |
| ROCK QUEEN UNIT | NM | CHAVES | STATE OF NM E5663 | GULF OIL CORP | 10/10/1951 | NA | SW/4SE/4, NW/4SE/4, SE/4SE/4, NW/4SW/4 OF SECTION 24, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | CHAVES | STATE OF NM E5758 | GULF OIL CORP | 11/10/1951 | NA | S/2SW/4 OF SECTION 26, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | LEA | STATE OF NM E7494 | SUPERIOR OIL CO | 10/20/1953 | NA | N/2NE/4, SW/4NE/4, W/2SE/4, NE/4SE/4, SE/4NE/4 OF SECTION 30, TOWNSHIP 13 SOUTH, RANGE 32 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | STATE OF NM E7659 | GULF OIL CORP | 12/15/1953 | NA | NW/4NE/4 OF SECTION 26, W/2NE/4 OF SECTION 22, E/2NW/4, NW/4NW/4, W/2NE/4, SW/4, SE/4SE/4 OF SECTION 23, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | LEA | STATE OF NM E8005 | W G ROSS | 3/16/1954 | NA | SE/4 OF SECTION 19, W/2W/2 OF SECTION 30, TOWNSHIP 13 SOUTH, RANGE 32 EAST |
| ROCK QUEEN UNIT | NM | LEA | STATE OF NM E8063 | EUGENE NEARBURG | 4/20/1954 | NA | SW/4NE/4 OF SECTION 19, TOWNSHIP 13 SOUTH, RANGE 32 EAST |
| ROCK QUEEN UNIT | NM | LEA | STATE OF NM E8149 | SUPERIOR OIL CO | 5/18/1954 | NA | NE/4SW/4 OF SECTION 19, TOWNSHIP 13 SOUTH, RANGE 32 EAST |
| ROCK QUEEN UNIT | NM | LEA | STATE OF NM E8226 | SUPERIOR OIL CO | 6/15/1954 | NA | SW/4SW/4 OF SECTION 19, TOWNSHIP 13 SOUTH, RANGE 32 EAST |
| ROCK QUEEN UNIT | NM | LEA | STATE OF NM E9217 | H L FANNIN JR | 7/19/1955 | NA | NW/4NW/4 OF SECTION 31, TOWNSHIP 13 SOUTH, RANGE 32 EAST |

# Exhibit 2-1: Caprock Leases

| PROPERTY NAME | STATE | COUNTY | LESSOR | LESSEE | LEASE DATE | RECORDING DATA | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|
| ROCK QUEEN UNIT | NM | CHAVES | W M TULK & CARRIE E TULK | GULF OIL CORP | 3/20/1946 | BOOK 16, PAGE 239 | S/2N/2, N/2S/2 OF SECTION 25, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| ROCK QUEEN UNIT | NM | CHAVES | CLYDE A BROWNING & LELA BROWNING | GULF OIL CORP | 1/26/1946 | BOOK 14, PAGE 418 | NE/4, S/2NW/4 OF SECTION 34, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | USA LC-062486 | J T BONNER | 4/1/1946 | NA | E/2 OF SECTION 5, ALL OF SECTION 4, ALL OF SECTION 9, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| OXY FEDERAL COM, WAKAN TANKA FEDERAL | NM | CHAVES | USA NM-080128 SEGREGATED OUT OF NM-2419 | CITIES SERVICE OIL COMPANY | 9/1/1950 | NA | SW/4 OF SECTION 27, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| KARANKAWA FEDERAL | NM | CHAVES | USA NM-91906 | CITIES SERVICE OIL COMPANY | 3/1/1951 | NA | SE/4 OF SECTION 28, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | USA NMNM-120355 | CELERO ENERGY II LP | 10/1/2008 | NA | SE/4 OF SECTION 34, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| WEST CAP QUEEN SAND | NM | CHAVES | STATE OF NM E3277 | PHILLIPS PETROLEUM COMPANY | 2/10/1950 | NA | SW/4SW/4 OF SECTION 16, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DRICKEY QUEEN SAND UNIT | NM | CHAVES | STATE OF NM VB1613 | BASIN LAND SERVICES | 3/1/2009 | `NA | SW/4NE/4 OF SECTION 2, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| APACHE FEDERAL COM, FRIEND FEDERAL | NM | CHAVES | USA NM-17594 | ROBERT N FRIEND | 3/1/1973 | NA | SE/4 OF SECTION 20, NW/4 OF SECTION 21, SE/4 OF SECTION 30, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| APACHE FEDERAL COM, DALPORT FEDERAL, FRIEND FEDERAL | NM | CHAVES | USA NM-17432 | PRISCILLA F GILMORE | 2/1/1973 | NA | SW/4 OF SECTION 20, LIMITED IN DEPTH FROM THE SURFACE TO A DEPTH OF 2,806 FEET, SW/4 OF SECTION 21, LIMITED IN DEPTH FROM THE SURFACE TO 2,850 FEET, NE/4 OF SECTION 30, LIMITED IN DEPTH FROM THE SURFACE TO A DEPTH OF 2,806 FEET, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| DALPORT ARCO FEDERAL COM | NM | CHAVES | USA NM-35611 | PHILLIP C HOLT | 3/1/1979 | NA | LOTS 1, 2, E/2NW/4 OF SECTION 7, TOWNSHIP 14 SOUTH, RANGE 31 EAST |

# Exhibit 2-1:  Caprock Leases

| PROPERTY NAME | STATE | COUNTY | LESSOR | LESSEE | LEASE DATE | RECORDING DATA | LEGAL DESCRIPTION |
|---|---|---|---|---|---|---|---|
| DALPORT ARCO FEDERAL COM | NM | CHAVES | USA NM-349837 SEGREGATED OUT OF NM-153475 | AMERICAN REPUBLIC CORP | 1/1/1950 | BOOK 31, PAGE 205 | NE/4 OF SECTION 7, LIMITED IN DEPTH TO 2,790 FEET, TOWNSHIP 14 SOUTH, RANGE 31 EAST |
| DALPORT FEDERAL | NM | CHAVES | USA NM-98865 SEGREGATED OUT OF NM-1535A | ALVER C DUNCAN | 3/1/1967 | BOOK 112, PAGE 838 | NW/4, NW/4NE/4 OF SECTION 20, LIMITED IN DEPTH FROM THE SURFACE TO 2,806 FEET, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| OXY FEDERAL COM | NM | CHAVES | USA NM-80127 SEGREGATED OUT OF NM-03927 | CITIES SERVICE OIL COMPANY | 3/1/1951 | NA | NW/4, SE/4 OF SECTION 29, LIMITED IN DEPTH FROM THE SURFACE TO A DEPTH OF 2,750 FEET, TOWNSHIP 13 SOUTH, RANGE 31 EAST |
| OXY FEDERAL COM, WAKAN TANKA FEDERAL | NM | CHAVES | USA NM-80128 SEGREGATED OUT OF NM-02419 | CITIES SERVICE OIL COMPANY | 9/1/1950 | BOOK 35, PAGE 173 | NE/4, SW/4 OF SECTION 29, LIMITED IN DEPTH FROM THE SURFACE TO A DEPTH OF 2,750 FEET, TOWNSHIP 13 SOUTH, RANGE 31 EAST |

# Exhibit 2-2: Caprock Wells and Wellbores

| PROPERTY | STATE | COUNTY | OPERATOR | WELL API NUMBER | COMMENTS |
|----------|-------|--------|----------|-----------------|----------|
| DQSU 0045 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501054 | |
| DQSU 0047 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501055 | |
| DQSU 0054 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000521156 | |
| DQSU 0055 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000521157 | |
| DQSU 0034 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501030 | |
| DQSU 0804 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501009 | |
| DQSU 0805 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500978 | |
| DQSU 0806 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500979 | |
| DQSU 0808 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500981 | |
| DQSU 0812 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501013 | |
| DQSU 0813 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500982 | |
| DQSU 0815 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500984 | |
| DQSU 0816 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500985 | |
| DQSU 0822 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500987 | |
| DQSU 0824 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500989 | |
| DQSU 0828 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501021 | |
| DQSU 0831 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500992 | |
| DQSU 0832 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500993 | |
| DQSU 0837 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000510158 | |
| DQSU 0704 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529198 | |
| DQSU 0016 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500973 | |
| DQSU 0017 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500971 | |
| DQSU 0018 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500977 | |
| DQSU 0019 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500976 | |
| DQSU 0022 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500969 | |
| DQSU 0023 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500972 | |
| DQSU 0024N | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500968 | |
| DQSU 0025 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500963 | |
| DQSU 0026 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501024 | |
| DQSU 0027 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501026 | |
| DQSU 0028 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501028 | |
| DQSU 0029 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501029 | |
| DQSU 0030 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501027 | |
| DQSU 0031 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501022 | |
| DQSU 0032 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501023 | |
| DQSU 0033 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501025 | |
| DQSU 0035 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501035 | |
| DQSU 0036 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501036 | |
| DQSU 0038 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501037 | |
| DQSU 0701 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529196 | |
| DQSU 0006 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500903 | |
| DQSU 0007 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500902 | |

# Exhibit 2-2: Caprock Wells and Wellbores

| PROPERTY | STATE | COUNTY | OPERATOR | WELL API NUMBER | COMMENTS |
|---|---|---|---|---|---|
| DQSU 0008 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500901 | |
| DQSU 0009 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500900 | |
| DQSU 0012 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500894 | |
| DQSU 0014 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500897 | |
| DQSU 0041 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501074 | |
| DQSU 0043 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501080 | |
| DQSU 0040 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501070 | |
| DQSU 0039 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501075 | |
| DQSU 0001 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500925 | |
| DQSU 0002 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500923 | |
| DQSU 0003 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500922 | |
| DQSU 0004 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500924 | |
| DQSU 0005 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500926 | |
| DQSU 0011 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500898 | |
| DQSU 0144 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000521132 | |
| DQSU 0053 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501127 | |
| DQSU 0049 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501129 | |
| DQSU 0147 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000521135 | |
| DQSU 0046 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501064 | |
| DQSU 0056 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000521153 | |
| DQSU 0057 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000521154 | |
| DQSU 0058 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000521155 | |
| APACHE FEDERAL COM 0001 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000521098 | |
| DALPORT ARCO FEDERAL COM 0001 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000520999 | |
| DALPORT FEDERAL 0001 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000520661 | |
| FRIEND FEDERAL 0001 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000520725 | |
| KARANKAWA FEDERAL 0001 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000521118 | |
| NORTH CAPROCK CELERO QUEEN 031 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500540 | WELLBORE ONLY |
| NORTH CAPROCK CELERO QUEEN 022 | NM | LEA | REMNANT OIL OPERATING LP | 3002500207 | WELLBORE ONLY |
| NORTH CAPROCK CELERO QUEEN 026 | NM | LEA | REMNANT OIL OPERATING LP | 3002500201 | WELLBORE ONLY |
| NORTH CAPROCK CELERO QUEEN 027 | NM | LEA | REMNANT OIL OPERATING LP | 3002500209 | WELLBORE ONLY |
| NORTH CAPROCK CELERO QUEEN 028 | NM | LEA | REMNANT OIL OPERATING LP | 3002500200 | WELLBORE ONLY |
| OXY FEDERAL COM 0001 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000521097 | |
| OXY FEDERAL COM 0002 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000521095 | |
| ROCK QUEEN UNIT 0301 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529192 | |
| ROCK QUEEN UNIT 0051 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500866 | |
| ROCK QUEEN UNIT 0052 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500865 | |

# Exhibit 2-2: Caprock Wells and Wellbores

| PROPERTY | STATE | COUNTY | OPERATOR | WELL API NUMBER | COMMENTS |
|---|---|---|---|---|---|
| ROCK QUEEN UNIT 0053 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500864 | |
| ROCK QUEEN UNIT 0063 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500859 | |
| ROCK QUEEN UNIT 0064 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500860 | |
| ROCK QUEEN UNIT 0065 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500861 | |
| ROCK QUEEN UNIT 0066 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500862 | |
| ROCK QUEEN UNIT 0030 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500891 | |
| ROCK QUEEN UNIT 0029 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500883 | |
| ROCK QUEEN UNIT 0031 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500886 | |
| ROCK QUEEN UNIT 0032 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500888 | |
| ROCK QUEEN UNIT 0033 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500890 | |
| ROCK QUEEN UNIT 0034 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500887 | |
| ROCK QUEEN UNIT 0316 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529185 | |
| ROCK QUEEN UNIT 0049 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500874 | |
| ROCK QUEEN UNIT 0015 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500835 | |
| ROCK QUEEN UNIT 0025 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500816 | |
| ROCK QUEEN UNIT 0315 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529184 | |
| ROCK QUEEN UNIT 0035 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500872 | |
| ROCK QUEEN UNIT 0009 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500839 | |
| ROCK QUEEN UNIT 0010 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500841 | |
| ROCK QUEEN UNIT 0310 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529155 | |
| ROCK QUEEN UNIT 0041 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500867 | |
| ROCK QUEEN UNIT 0026 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500808 | |
| ROCK QUEEN UNIT 0701 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529159 | |
| ROCK QUEEN UNIT 0702 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529160 | |
| ROCK QUEEN UNIT 0703 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529161 | |
| ROCK QUEEN UNIT 0704 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529162 | |
| ROCK QUEEN UNIT 0705 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529166 | |
| ROCK QUEEN UNIT 0319 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529210 | |
| ROCK QUEEN UNIT 0321 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529211 | |
| ROCK QUEEN UNIT 0082 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500945 | |
| ROCK QUEEN UNIT 0094 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500937 | |
| ROCK QUEEN UNIT 0085 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500930 | |
| ROCK QUEEN UNIT 0086 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500931 | |
| ROCK QUEEN UNIT 0087 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500936 | |
| ROCK QUEEN UNIT 0088 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500939 | |
| ROCK QUEEN UNIT 0089 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500943 | |
| ROCK QUEEN UNIT 0090 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500935 | |
| ROCK QUEEN UNIT 0091 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500932 | |
| ROCK QUEEN UNIT 0092 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500933 | |
| ROCK QUEEN UNIT 0093 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500934 | |
| ROCK QUEEN UNIT 0094 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500941 | |
| ROCK QUEEN UNIT 0095 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500942 | |

# Exhibit 2-2: Caprock Wells and Wellbores

| PROPERTY | STATE | COUNTY | OPERATOR | WELL API NUMBER | COMMENTS |
|---|---|---|---|---|---|
| ROCK QUEEN UNIT 0022 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500834 | |
| ROCK QUEEN UNIT 0305 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529149 | |
| ROCK QUEEN UNIT 0314 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529183 | |
| ROCK QUEEN UNIT 0037 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500875 | |
| ROCK QUEEN UNIT 0039 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500876 | |
| ROCK QUEEN UNIT 0043 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500881 | |
| ROCK QUEEN UNIT 0045 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500879 | |
| ROCK QUEEN UNIT 0046 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500878 | |
| ROCK QUEEN UNIT 0050 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500882 | |
| ROCK QUEEN UNIT 0023 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500813 | |
| ROCK QUEEN UNIT 0318 | NM | LEA | REMNANT OIL OPERATING LP | 3002541526 | |
| ROCK QUEEN UNIT 0077 | NM | LEA | REMNANT OIL OPERATING LP | 3002500298 | |
| ROCK QUEEN UNIT 0028 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500819 | |
| ROCK QUEEN UNIT 0320 | NM | LEA | REMNANT OIL OPERATING LP | 3002541527 | |
| ROCK QUEEN UNIT 0069 | NM | LEA | REMNANT OIL OPERATING LP | 3002500307 | |
| ROCK QUEEN UNIT 0096 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500928 | |
| ROCK QUEEN UNIT 0097 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500929 | |
| ROCK QUEEN UNIT 0027 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500812 | |
| ROCK QUEEN UNIT 0106 | NM | LEA | REMNANT OIL OPERATING LP | 3002500284 | |
| ROCK QUEEN UNIT 0311 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529156 | |
| ROCK QUEEN UNIT 0011 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500844 | |
| ROCK QUEEN UNIT 0047 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500869 | |
| ROCK QUEEN UNIT 0048 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500868 | |
| ROCK QUEEN UNIT 0018 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500821 | |
| ROCK QUEEN UNIT 0019 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500820 | |
| ROCK QUEEN UNIT 0067 | NM | LEA | REMNANT OIL OPERATING LP | 3002500306 | |
| ROCK QUEEN UNIT 0068 | NM | LEA | REMNANT OIL OPERATING LP | 3002500304 | |
| ROCK QUEEN UNIT 0073 | NM | LEA | REMNANT OIL OPERATING LP | 3002500305 | |
| ROCK QUEEN UNIT 0024 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500809 | |
| ROCK QUEEN UNIT 0308 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529158 | |
| ROCK QUEEN UNIT 0013 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500832 | |
| ROCK QUEEN UNIT 0017 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500831 | |
| ROCK QUEEN UNIT 0020 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500830 | |
| ROCK QUEEN UNIT 0021 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500825 | |
| ROCK QUEEN UNIT 0309 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529154 | |
| ROCK QUEEN UNIT 0306 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529150 | |
| ROCK QUEEN UNIT 0070 | NM | LEA | REMNANT OIL OPERATING LP | 3002500309 | |
| ROCK QUEEN UNIT 0071 | NM | LEA | REMNANT OIL OPERATING LP | 3002500312 | |
| ROCK QUEEN UNIT 0078 | NM | LEA | REMNANT OIL OPERATING LP | 3002500310 | |
| ROCK QUEEN UNIT 0079 | NM | LEA | REMNANT OIL OPERATING LP | 3002500311 | |
| ROCK QUEEN UNIT 0007 | NM | LEA | REMNANT OIL OPERATING LP | 3002500294 | |
| ROCK QUEEN UNIT 0002 | NM | LEA | REMNANT OIL OPERATING LP | 3002500286 | |

# Exhibit 2-2: Caprock Wells and Wellbores

| PROPERTY | STATE | COUNTY | OPERATOR | WELL API NUMBER | COMMENTS |
|----------|-------|--------|----------|-----------------|----------|
| ROCK QUEEN UNIT 0004 | NM | LEA | REMNANT OIL OPERATING LP | 3002500291 | |
| ROCK QUEEN UNIT 0005 | NM | LEA | REMNANT OIL OPERATING LP | 3002500292 | |
| ROCK QUEEN UNIT 0302 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529146 | |
| ROCK QUEEN UNIT 0303 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529147 | |
| ROCK QUEEN UNIT 0304 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529148 | |
| ROCK QUEEN UNIT 0317 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529194 | |
| ROCK QUEEN UNIT 0055 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500855 | |
| ROCK QUEEN UNIT 0059 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500854 | |
| ROCK QUEEN UNIT 0061 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500852 | |
| ROCK QUEEN UNIT 0062 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500851 | |
| ROCK QUEEN UNIT 0100 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500908 | |
| ROCK QUEEN UNIT 0102 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500906 | |
| ROCK QUEEN UNIT 0706 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529167 | |
| ROCK QUEEN UNIT 0312 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529181 | |
| ROCK QUEEN UNIT 0313 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000529182 | |
| ROCK QUEEN UNIT 0098 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000500904 | |
| WAKAN TANKA FEDERAL 0001 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000521075 | |
| WAKAN TANKA FEDERAL 0002 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000521082 | |
| WAKAN TANKA FEDERAL 0003 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000521088 | |
| WAKAN TANKA FEDERAL 0004 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000521092 | |
| WEST CAP QUEEN SAND 0003 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501094 | |
| WEST CAP QUEEN SAND 0004 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501092 | |
| WEST CAP QUEEN SAND 0012 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501079 | |
| WEST CAP QUEEN SAND 0005 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501097 | |
| WEST CAP QUEEN SAND 0006 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501099 | |
| WEST CAP QUEEN SAND 0010 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501100 | |
| WEST CAP QUEEN SAND 0011 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501098 | |
| WEST CAP QUEEN SAND 0007 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501090 | |
| WEST CAP QUEEN SAND 0008 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501091 | |
| WEST CAP QUEEN SAND 0015 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501108 | |
| WEST CAP QUEEN SAND 0016 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501107 | |
| WEST CAP QUEEN SAND 0021 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501109 | |

# Exhibit 2-2: Caprock Wells and Wellbores

| PROPERTY | STATE | COUNTY | OPERATOR | WELL API NUMBER | COMMENTS |
|---|---|---|---|---|---|
| WEST CAP QUEEN SAND 0013 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501103 | |
| WEST CAP QUEEN SAND 0017 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501116 | |
| WEST CAP QUEEN SAND 0018 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501115 | |
| WEST CAP QUEEN SAND 0020 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501117 | |
| WEST CAP QUEEN SAND 0023 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501120 | |
| WEST CAP QUEEN SAND 0024 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501119 | |
| WEST CAP QUEEN SAND 0025 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501118 | |
| ZIMMERMAN 0002 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501102 | |
| ZIMMERMAN A 0001 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501110 | |
| ZIMMERMAN A 0003 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501112 | |
| ZIMMERMAN A 0004 | NM | CHAVES | REMNANT OIL OPERATING LP | 3000501113 | |

# EXHIBIT 3

# **Exhibit 3**

1.      Wind Farm Lease, effective as of January 31, 2019, by and among (x) EDF Renewables, Inc., as Lessee, (y) TK Ranch, LLC, as Surface Lessor, and (z) Remnant Oil Company, LLC, as Wind Lessor, recorded at Book 00818, pages 01398 through 01425 in the records of the County Clerk of Chaves County, New Mexico.

2.      Wind Farm Lease, effective as of January 31, 2019, by and among (x) EDF Renewables, Inc., as Lessee, (y) TK Ranch, LLC, as Surface Lessor, and (z) Remnant Oil Company, LLC, as Wind Lessor, recorded at Book 00818, pages 01426 through 01428 in the records of the County Clerk of Chaves County, New Mexico.

# EXHIBIT 4

# Exhibit 4

| LEASE/WELL NAME | STATE | COUNTY | API# | WI | NRI | LESSOR | LESSEE | LEASE DATE | LEGAL DESCRIPTION | ACRES | DEPTH RIGHTS/COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BARTON A FEDERAL 1 | NM | EDDY | 3001510160 | 1.000000 | 0.730000 | USA NMLC-070242-A | WILLIAM YODER MCCLELLAN OIL CORP | 5/1/1951 7/28/1979 | NE/4NW/4 OF SEC 22, T19S-R31E | 40 | SURFACE TO 2450 FEET |
| BEAVERS FEE 1 | NM | CHAVES | 3006561826 | 1.000000 | 0.750000 | STEWART LUMBER CO. | | 7/28/1979 | SE/4, SE/4SW/4 OF SEC 3, T9S-R25E | 200 | ALL |
| BOT FEDERAL 1 | NM | EDDY | 3008561042 | 1.000000 | 0.750000 | A.E. & ALIDA DILLABURS | BEARD OIL COMPANY | 7/12/1979 | NE/4 AND SE/4SW/4 OF SEC 3, T9S-R25E | 240 | NO INFO |
| BRAINARD FEDERAL 7 | NM | EDDY | 3001510842 | 1.000000 | 0.700000 | USA NMLC-062029 | MCKEE AND BASSETT | 5/1/1942 | N2SE4, S2SW4, SW4SE4, NW4SW4 AND LOT 3 OF SEC 18, T19S-R29E | 280 | NO INFO |
| BRAINARD FEDERAL 12 | NM | EDDY | 3001510853 | 1.000000 | 0.700000 | USA NMLC-062029 | MCKEE AND BASSETT | 5/1/1942 | AS ABOVE | AS ABOVE | NO INFO |
| BRAINARD FEDERAL 13 | NM | EDDY | 3001524027 | 1.000000 | 0.700000 | USA NMLC-062029 | MCKEE AND BASSETT | 5/1/1942 | AS ABOVE | AS ABOVE | NO INFO |
| CHAMA FEED 1 | NM | EDDY | 3001519607 | 1.000000 | 0.750000 | USA NM-100530 | COSTILLA ENERGY INC | 3/1/1998 | S2 OF SEC 4, T18S-R23E | 320 | ALL |
| CHAMA A FED 2H | NM | EDDY | 3001526208 | 1.000000 | 0.750000 | USA NM-100530 | COSTILLA ENERGY INC | 3/1/1998 | S2 OF SEC 4, T18S-R23E | 320 | ALL |
| CHAVES 1 FED 1 | NM | CHAVES | 3006561565 | 1.000000 | 0.750000 | USA NM-042584 | UNITED WESTERN MINERALS CO. | 12/0/1956 | INSOFAR AND ONLY INSOFAR AS SAID LEASE COVERS | 480 | ALL |
| CHAVES A FED 1 (ABO) | NM | CHAVES | 3006561565 | 1.000000 | 0.750000 | USA NM-042584 | UNITED WESTERN MINERALS CO. | 12/0/1956 | AS ABOVE | AS ABOVE | ALL |
| CHAVES A FED 1 (WCF) | NM | CHAVES | 3006561565 | 1.000000 | 0.750000 | USA NM-042584 | UNITED WESTERN MINERALS CO. | 12/0/1956 | AS ABOVE | AS ABOVE | ALL |
| CHAVES A FED 2 (ABO) | NM | CHAVES | 3006561566 | 1.000000 | 0.750000 | USA NM-042584 | UNITED WESTERN MINERALS CO. | 12/0/1956 | AS ABOVE | AS ABOVE | ALL |
| CHAVES A FED 5 (ABO) | NM | CHAVES | 3006561596 | 1.000000 | 0.750000 | USA NM-042584 | UNITED WESTERN MINERALS CO. | 12/0/1956 | AS ABOVE | AS ABOVE | ALL |
| CHAVES A FED 5 (PENN) | NM | CHAVES | 3006561596 | 1.000000 | 0.750000 | USA NM-042584 | UNITED WESTERN MINERALS CO. | 12/0/1956 | AS ABOVE | AS ABOVE | ALL |
| CHAVES A FED 6 (ABO) | NM | CHAVES | 3006563177 | 1.000000 | 0.750000 | USA NM-042584 | UNITED WESTERN MINERALS CO. | 12/0/1956 | AS ABOVE | AS ABOVE | ALL |
| CHAVES A FED 6 (ABO) | NM | CHAVES | 3006563571 | 0.975000 | 0.731250 | USA NM-042584 | UNITED WESTERN MINERALS CO. | 12/0/1956 | AS ABOVE | AS ABOVE | ALL |
| CHAVES A 17 FED 5 (ABO) | NM | CHAVES | 3006563666 | 0.975000 | 0.731250 | USA NM-042584 | UNITED WESTERN MINERALS CO. | 12/0/1956 | AS ABOVE | AS ABOVE | ALL |
| COMANCHE HILL 18 FED 1 | NM | CHAVES | 3006563815 | 1.000000 | 0.750000 | USA NM-114964 | CHALFANT PROPERTIES INC. | 12/1/2005 | LOTS 1-4, E2W2, E2, W2 ALL OF SEC 18 AND ALL OF SEC 24, T18S-R23E | 1278 | ALL |
| CORBIN A FEDERAL 2 | NM | LEA | 3025015759 | 1.000000 | 0.750000 | USA NM-89890 | OXY USA INC | 10/1/1971 12/1/1991 | LOT 1 AND 2 AND THE NE/4 OF SEC 3 T18S-R34E | 119.73 | SURFACE TO 4950 FT |
| EMPIRE DEEP 29 FED 1 | NM | EDDY | 3001510113 | 1.000000 | 0.750000 | USA NM-44847 USA NM-44840 USA NM-29291 ST NM B-1236-9 | PHILLIPS PETROLEUM CO LEONARD & LEVERS INC (STATE) | 12/1/1991 6/1/1972 6/1/1972 10/14/1932 | SEC 29, T17S-R29E, LESS AND EXCEPT WELLBORE | 600 40 | NO INFO |
| EMPIRE DEEP 29 FED 2 | NM | EDDY | 3001532252 | | | | | | SEC 29, T17S-R29E, LESS AND EXCEPT WELLBORE | AS ABOVE | NO INFO |
| EMPIRE 34 FED 1 | NM | EDDY | 3012521290 | 0.720000 | 0.540000 | R.E. MCKEE & C.N BASSETT | | 5/1/1942 | NE/4, N/2SE/4, AND LOTS 1-2, SEC 34, T18S-R29E | 320 | NO INFO LEASE LOST (LEGACY) |
| ENGLISH FEDERAL 1 | NM | EDDY | 3001505769 | 1.000000 | 0.780000 | USA NM-0524 | FEATHERSTONE FARMS LTD | 6/1/1997- 4/1/1953 | N2/4, N2SE/4, AND LOTS 1-2, SEC 30, T19S-R29E | 320 | NO INFO |
| FINNSTATE 1 | NM | EDDY | 3001524073 | 1.000000 | 0.780000 | USA NM-0524 | LUCY MENGLISH | 4/1/1953 | SW4NW4 OF SEC 36, T18S-R29E | 40 | NO INFO |
| FINCH FEE 1 | NM | CHAVES | 3006561613 | 0.750000 | 0.562500 | DAVID MORGAN & LTX CLELLA M FINCH | MARBOB ENERGY CORP. | 10/26/1977 3/7/1972 | SW4NE4 OF SEC 36, T18S-R29E | 320 | SURFACE TO THE BASE OF THE ABO FORMATION |
| LISA FED 1 | NM | CHAVES | 3006562109 | 1.000000 | 0.895459 | USA NM-43979 | SHIRLEY STARMAN | 7/1/1971 | LOTS 1, 2, 3 AND 4 AND THE E2W2, SEC 18, T9S-R24E | 320 | SURFACE TO THE BASE OF THE ABO FORMATION |
| LUKE FED COM 1 | NM | CHAVES | 3006561469 | 0.527278 | 0.395459 | USA NM-15290 USA NM-20338 | CHARLOTTE BAHN E.A. WITTER | 4/1/1972 4/1/1974 | S2 OF SEC 13 AND THE N2S2, SE4SW4 AND SW4SE2 OF SEC 24, T19S-R25E | 560 | SEC 24: SURFACE TO 4025 FT, N2: SURFACE TO TOP OF THE WOLFCAMP SAND, WHICHEVER IS LESS |
| LUSK-22 FEDERAL 1 | NM | EDDY | 3021525366 | 1.000000 | 0.750000 | USA NM-44894 | COQUINA OIL CORPORATION | 5/1/1981 | NW4NW4, S2NW4 AND SW4SW4 SEC 24, T18S-R29E | 200 | ABO FORMATION ONLY |
| LUSK-22 FEDERAL 2 | NM | EDDY | 3021525366 | 1.000000 | 0.750000 | USA NM-44894 | COQUINA OIL CORPORATION | 5/1/1981 | NW4NW4, S2NW4 AND SW4SW4 SEC 24, T18S-R29E | AS ABOVE | ABO FORMATION ONLY |
| LUSK SEVEN RIVERS UNIT 1 | NM | LEA | 3025321301 | 1.000000 | 0.746691 | USA NM-859993 USA NM-43825 USA NM-29208 | E R THORHUNTER W N PRICE | 11/1/1951 3/1/1951 | LOT SW4NW4 OF SEC 19, T19S-R32E | AS ABOVE | NO INFO |
| LUSK SEVEN RIVERS UNIT 2 | NM | LEA | 3025320411 | 1.000000 | 0.746691 | | AS ABOVE | AS ABOVE | SEC 23: T19S-R25E: SE4 | AS ABOVE | AS ABOVE |
| LUSK SEVEN RIVERS UNIT 4 | NM | LEA | 3025324339 | 1.000000 | 0.746691 | | AS ABOVE | AS ABOVE | SEC 25: T19S-R25E: ALL | AS ABOVE | AS ABOVE |
| LUSK SEVEN RIVERS UNIT 5 | NM | LEA | 3025321200 | 1.000000 | 0.746691 | | AS ABOVE | AS ABOVE | SEC 26, T19S-R25E: SE4 AND N2NE4 | AS ABOVE | AS ABOVE |
| LUSK SEVEN RIVERS UNIT 6 | NM | LEA | 3025321309 | 1.000000 | 0.746691 | | AS ABOVE | AS ABOVE | SEC 35, T19S-R25E: NE4 | AS ABOVE | AS ABOVE |
| LUSK SEVEN RIVERS UNIT 7 | NM | LEA | 3025329369 | 1.000000 | 0.746691 | | AS ABOVE | AS ABOVE | SEC 30, T9S-R26E: E2SW2, E2W2 AND LOTS 1-4 | AS ABOVE | AS ABOVE |
| LUSK SEVEN RIVERS UNIT 8 | NM | LEA | 3021531758 | 1.000000 | 0.746691 | | AS ABOVE | AS ABOVE | SEC 31: T9S-R26E: E2, S2NW2, E2W2 AND LOTS 1-4 | AS ABOVE | AS ABOVE |
| MCKEE WILSON 1 | NM | EDDY | 3001505499 | 1.000000 | 0.745195 | USA NM-018668 | CHARLES B GONSALES | 8/1/1954 | SE4NW4 AND NE4NW4 OF SEC 34, T18S-R29E | 80 | SURFACE TO 4 2266 FT OR BASE OF QUEEN SAND, WHICHEVER IS LESS |
| MCKEE WILSON 2 | NM | EDDY | 3001503569 | 1.000000 | 0.745195 | USA NM-018668 | CHARLES B GONSALES | 8/1/1954 | SE4NW4 AND NE4NW4 OF SEC 34, T18S-R29E | AS ABOVE | SURFACE TO 4 2266 FT OR BASE OF QUEEN SAND, WHICHEVER IS LESS |
| MILLER FEDERAL 1 | NM | LEA | 3025340982 | 1.000000 | 0.737200 | USA NMLC-067985-B USA NMLC-067220 | JULIA MILLER HOPELY | 11/1/1940 | LOT 1 SW4NW4 OF SEC 18, T19S-R32E | 40.48 | SURFACE TO 2700 FT |
| MM FED 4 | NM | CHAVES | 3001502449 | 1.000000 | 0.750000 | | COSTILLA B GONSALES INC | 3/1/1998 | LOTS 1 AND 4 AND THE S2NW4 OF SEC 3, T18S-R23E | 120 | NO INFO |
| MM FED 5 | NM | CHAVES | 3001502459 | 1.000000 | 0.750000 | | AS ABOVE | AS ABOVE | | AS ABOVE | AS ABOVE |
| MM FED 6 | NM | CHAVES | 3001502461 | 1.000000 | 0.750000 | | AS ABOVE | AS ABOVE | | AS ABOVE | AS ABOVE |
| MM FED 7 | NM | CHAVES | 3001502493 | 1.000000 | 0.750000 | | WILLIAM J BRAGG E.A WITTER FRANCES KUNNEL | 5/16/1966 6/25/1981 12/20/1976 | SEC 23, T9S-R25E: SE4 SEC 25, T9S-R25E: ALL SEC 2a, T9S-R25E: SE4 AND N2NE4 SEC 35, T9S-R25E: N24 SEC 30, T9S-R26E: E2SW2, E2W2 AND LOTS 1-4 SEC 31, T9S-R26E: E2, S2NW2, E2W2 AND LOTS 1-4 | 1912.48 | SEC 23: T9S-R25E SEC 25: T9S-R25E: TOP OF WOLFCAMP SEC 2a: SURFACE TO TOP OF GLORIETA SEC 35: SURFACE TO TOP WOLFCAMP SEC 30: TOP GLORIETA TO TOP WOLFCAMP SEC 31: LOTS 1-2, E2SW4 & E2: TOP GLORIETA TO TOP WOLFCAMP SEC 31: LOTS 3-4, E2SW4: SURFACE TO TOP GLORIETA |
| MM FED 8 | NM | CHAVES | 3001502601 | 1.000000 | 0.750000 | | AS ABOVE | AS ABOVE | | AS ABOVE | AS ABOVE |
| MM FED 9 | NM | CHAVES | 3001502612 | 1.000000 | 0.750000 | | AS ABOVE | AS ABOVE | | AS ABOVE | AS ABOVE |
| MM FED COM 10 | NM | CHAVES | 3001502676 | 1.000000 | 0.750000 | | AS ABOVE | AS ABOVE | | AS ABOVE | AS ABOVE |
| MM 23 FED 1 | NM | CHAVES | 3001502690 | 1.000000 | 0.750000 | | AS ABOVE | AS ABOVE | | AS ABOVE | AS ABOVE |
| MM 25 FED 12 | NM | CHAVES | 3006563712 | 0.975000 | 0.731250 | | AS ABOVE | AS ABOVE | | AS ABOVE | AS ABOVE |
| NIAGARA 3 FEE COM 1H | NM | CHAVES | 3001536237 | 1.000000 | 0.750000 | USA NM-018530 | EOG RESOURCES | 3/1/1998 | LOTS 1 AND 4 AND THE S2NW4 OF SEC 3, T18S-R23E | 120 | AS ABOVE |
| NIAGARA 3 FEE COM 2H | NM | EDDY | 3001536168 | 1.000000 | 0.750000 | JOE STEELE ET UX | CHARLES E JONES | 5/16/2008 | SE4NE4 AND THE S2NE4 OF SEC 3, T18S-R23E | 120 | AS ABOVE |
| OHIO JONES 1 | NM | EDDY | 3001503999 | 1.000000 | 0.737200 | USA NMLC-029598 USA NM-0524 | CHARLES E JONES | 11/1/1940 | SE4NE4 AND W2NE4 OF SEC 2a, T19S-R31E | 120 | SURFACE TO 2700 FT |
| OHIO JONES 2 | NM | EDDY | 3001505766 | 1.000000 | 0.737200 | | AS ABOVE | AS ABOVE | | AS ABOVE | SURFACE TO 2700 FT |

Page 1

**Exhibit 4**

| LEASE/WELL NAME | STATE | COUNTY | API# | NRI | WI | LESSOR | LESSEE | LEASE DATE | LEGAL DESCRIPTION | ACRES | DEPTH RIGHTS/COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PENJACK FED 1 | NM | CHAVES | 3000560331 | 0.750000 | 1.000000 | USA NM-8431 | J PENROD TOLES | 1/1/1969 | SEC 12, T10S-R25E: E/2 SEC 8, T10S-R26E: SE/4NW/4,SENW/4,SE/4NE/4 AND LOTS 1-7 | 1440 | NO INFO |
| PENJACK FED 2 | NM | CHAVES | 3000562365 | 0.750000 | 1.000000 | USA NM-8431 | J PENROD TOLES | 1/1/1969 | SEC 7, T10S-R26E: E/2, E/2SW/4 AND LOTS 1 AND 4 | AS ABOVE | NO INFO |
| PENJACK FED 3 | NM | CHAVES | 3000562495 | 0.750000 | 1.000000 | USA NM-8431 | J PENROD TOLES | 1/1/1969 | AS ABOVE | AS ABOVE | NO INFO |
| PENJACK FED 4 | NM | CHAVES | 3000562544 | 0.750000 | 1.000000 | USA NM-8431 | J PENROD TOLES | 1/1/1969 | AS ABOVE | AS ABOVE | NO INFO |
| PENJACK FED 5 | NM | CHAVES | 3000562562 | 0.750000 | 1.000000 | USA NM-8431 | J PENROD TOLES | 1/1/1969 | AS ABOVE | AS ABOVE | NO INFO |
| PENJACK FED 6 | NM | CHAVES | 3000562611 | 0.750000 | 1.000000 | USA NM-8431 | J PENROD TOLES | 1/1/1969 | AS ABOVE | AS ABOVE | NO INFO |
| PENJACK FED 8 | NM | CHAVES | 3000562672 | 0.750000 | 1.000000 | USA NM-8431 | J PENROD TOLES | 1/1/1969 | AS ABOVE | AS ABOVE | NO INFO |
| PENJACK FED 9 | NM | CHAVES | 3000562916 | 0.593125 | 0.791250 | USA NM-8431 | J PENROD TOLES | 1/1/1969 | AS ABOVE | AS ABOVE | NO INFO |
| PENJACK FED 10 | NM | CHAVES | 3000563591 | 0.975000 | 0.791250 | USA NM-8431 | J PENROD TOLES | 1/1/1969 | AS ABOVE | AS ABOVE | NO INFO |
| PENJACK FED 11 Q | NM | CHAVES | 3000563592 | 0.975000 | 0.975000 | USA NM-8431 | J PENROD TOLES | 1/1/1969 | AS ABOVE | AS ABOVE | NO INFO |
| STATE CF 4 | NM | CHAVES | 3000559274 | 1.000000 | 1.000000 | ST NM B-8385 | THE TEXAS COMPANY | 11/10/1939 | E/2 AND SW/4 OF SEC 13, T11S-R27E | AS ABOVE | ALL |
| STATE CF 5 SWD | NM | CHAVES | 3000560304 | 0.600000 | 0.600000 | ST NM B-8385 | THE TEXAS COMPANY | 11/10/1939 | E/2 AND SW/4 OF SEC 13, T11S-R27E | AS ABOVE | ALL |
| STATE CF 7 | NM | CHAVES | 3000562888 | 0.750000 | 1.000000 | ST NM B-8385 | THE TEXAS COMPANY | 11/10/1939 | E/2 AND SW/4 OF SEC 13, T11S-R27E | AS ABOVE | ALL |
| STATE CF 8 | NM | CHAVES | 3000562827 | 1.000000 | 1.000000 | ST NM B-8385 | THE TEXAS COMPANY | 11/10/1939 | E/2 AND SW/4 OF SEC 13, T11S-R27E | AS ABOVE | ALL |
| STATE CF 9 | NM | CHAVES | 3000562882 | 1.000000 | 1.000000 | ST NM B-8385 | THE TEXAS COMPANY | 11/10/1939 | E/2 AND SW/4 OF SEC 13, T11S-R27E | AS ABOVE | ALL |
| SUZANNE FED 1 | NM | CHAVES | 3000561947 | 0.527273 | 0.527273 | USA NM-18213 | DON J LEEMAN | 5/1/1973 | S/2NE/4 AND SE/4 OF SEC 14 AND N2, NE/4SW/4 AND N2SE/4 OF SEC 23, T10S-R25E | 680 | SURFACE TO 4752 FT |
| TURKEY TRACK SEC 1 UNIT | | **4 STATE LEASES** | | | | | | | | | |
| TURKEY TRACK SEC 1 UNIT 5 | NM | EDDY | 3001510454 | 0.750000 | 1.000000 | | | | | | |
| TURKEY TRACK SEC 1 UNIT 7 | NM | EDDY | 3001503711 | 0.750000 | 1.000000 | | | | | | |
| TURKEY TRACK SEC 1 UNIT 8 | NM | EDDY | 3001503554 | 0.750000 | 1.000000 | | | | | | |
| TURKEY TRACK SEC 1 UNIT 9 | NM | EDDY | 3001503557 | 0.750000 | 1.000000 | | | | | | |
| TURKEY TRACK SEC 1 UNIT 10 | NM | EDDY | 3001503552 | 0.750000 | 1.000000 | | | | | | |
| TURKEY TRACK SEC 1 UNIT 11 | NM | EDDY | 3001503559 | 0.750000 | 1.000000 | | | | | | |
| TURKEY TRACK SEC 1 UNIT 13 | NM | EDDY | 3001503553 | 0.750000 | 1.000000 | | | | | | |
| TURKEY TRACK SEC 1 UNIT 14 | NM | EDDY | 3001503550 | 0.750000 | 1.000000 | | BERNICE R PRATT | 7/30/1941 | SE/4SE/4 OF SEC 1, T19S-R29E | 40 | SURFACE TO TOP OF THE SAN ANDRES |
| TURKEY TRACK SEC 1 UNIT 15 | NM | EDDY | 3001503549 | 0.750000 | 1.000000 | ST NM B-8576 | B E SPENCER | 11/12/1940 | LOT 2 (NW/4NE/4), S2NE/4, N2SE/4, SW/4SE/4 OF SEC 3, T19S-R29E | 240 ml | SURFACE TO TOP OF THE SAN ANDRES |
| TURKEY TRACK SEC 1 UNIT 16 | NM | EDDY | 3001503560 | 0.750000 | 1.000000 | ST NM B-7950 | RALPH GALLINGER | 10/1/1939 | NE4SW4 OF SEC 3, T19S-R29E | 40 | SURFACE TO TOP OF THE SAN ANDRES |
| TURKEY TRACK SEC 1 UNIT 17 | NM | EDDY | 3001521968 | 1.000000 | 1.000000 | ST NM B-8949 | B E SPENCER | 1/10/1941 | SW4NW4 OF SEC 3, T19S-R29E; SE4, SE4NE4 AND SE4NW4 OF SEC 4, T19S-R29E | 160 | SW4NW4; SURFACE TO 1 0 215 FT REMAINDER; SURFACE TO TOP OF THE SAN ANDRES |
| TURKEY TRACK SEC 1 UNIT 18 | NM | EDDY | 3001521990 | 0.750000 | 1.000000 | | | | | | |
| TURKEY TRACK SEC 1 UNIT 19 | NM | EDDY | 3001523993 | 0.750000 | 1.000000 | | | | | | |
| TURKEY TRACK SEC 1 UNIT 20 | NM | EDDY | 3001523118 | 0.750000 | 1.000000 | | | | | | |
| TURKEY TRACK SEC 1 UNIT 21 | NM | EDDY | 3001523208 | 0.750000 | 1.000000 | | | | | | |
| TURKEY TRACK SEC 1 UNIT 22 | NM | EDDY | 3001523243 | 0.750000 | 1.000000 | | | | | | |
| TURKEY TRACK SEC 1 UNIT 25 | NM | EDDY | 3001523751 | 0.750000 | 1.000000 | | | | | | |
| TURKEY TRACK SEC 1 UNIT 26 | NM | EDDY | 3001523761 | 0.750000 | 1.000000 | | | | | | |
| TURKEY TRACK SEC 1 UNIT 29 | NM | EDDY | 3001525148 | 1.000000 | 1.000000 | | | | | | |
| TURKEY TRACK SEC 1 UNIT 30 | NM | EDDY | 3001525102 | 1.000000 | 1.000000 | | | | | | |
| TYRELL FED COM 1 | NM | CHAVES | 3000561781 | 0.527273 | 0.527273 | USA NM-8431 USA NM-17039 USA NM-17284 USA NM-24067 | J PENROD TOLES ARTHUR E MEINHART EDITH C GREEN MARGUERITE P SMITH | 1/1/1969 12/1/1972 1/1/1973 9/1/1975 | SEC 13, T10S-R25E: N2 SEC 23, T10S-R25E: S2SE4, SE4SW4 SEC 24, T10S-R25E: NE4 | 600 | ABO FORMATION ONLY |
| TYRELL FED COM 2 | NM | CHAVES | 3000562217 | 0.488564 | 0.527273 | AS ABOVE | AS ABOVE | AS ABOVE | AS ABOVE | AS ABOVE | ABO FORMATION ONLY |
| TYRELL 13 FED COM 4 | NM | CHAVES | 3000563763 | 0.502273 | 0.500278 | AS ABOVE | AS ABOVE | AS ABOVE | AS ABOVE | AS ABOVE | ABO FORMATION ONLY |

# EXHIBIT 5

## Exhibit 5

| Well Name | Remnant WI | Remnant NRI | API # | Completion Type | Completion Status | Producing Method | TD | Formation | Field |
|---|---|---|---|---|---|---|---|---|---|
| Cal-Mon 6 | 0.810000 | 0.607500 | 3001525889 | Oil | Active | Pumping Rod | 2920 | Grayburg | Loco Hills |
| Charlie State 1 | 0.365000 | 0.273750 | 3000562980 | Oil | Active | Pumping Rod | 7956 | Silurio-Devonian | Long Arroyo |
| Chaves A 17 Federal Com 5 | 0.975000 | 0.731250 | 3000563606 | Gas | Active | Flowing | 5120 | Abo | Pecos Slope |
| Coyote Draw Federal 3 | 1.000000 | 0.750000 | 3000561354 | Gas | Active | Flowing | 3875 | Abo | Pecos Slope |
| Coyote Federal 1 | 0.875000 | 0.656250 | 3000560978 | Gas | Active | Flowing | 4005 | Abo | Pecos Slope |
| Coyote Federal 3 | 0.756593 | 0.567445 | 3000561099 | Gas | Active | Flowing | 4000 | Abo | Pecos Slope |
| Dana Federal 2 | 1.000000 | 0.750000 | 3000561138 | Gas | Active | Flowing | 4108 | Abo | Pecos Slope |
| Dana Federal 3 | 1.000000 | 0.750000 | 3000561435 | Gas | Active | Flowing | 4300 | Abo | Pecos Slope |
| J H McClure B 23 | 1.000000 | 0.750000 | 3002527821 | Oil | Active | Pumping Rod | 7055 | Tubb, Drinkard | Dollarhide |
| Jones Federal 2 | 1.000000 | 0.750000 | 3001505783 | Oil | Active | Rod Pump | 2431 | Yates | Lusk West |
| Jones Federal 3 | 1.000000 | 0.750000 | 3001505782 | Oil | Active | Rod Pump | 3092 | Yates | Lusk West |
| Lusk 20 Federal 1 | 1.000000 | 0.750000 | 3001525505 | Oil | Active | Rod Pump | 2300 | Yates | Hackberry North |
| McClellan Moc Federal 1 | 1.000000 | 0.750000 | 3000561305 | Gas | Active | Flowing | 4200 | Abo | Pecos Slope |
| McClellan Moc Federal 10 | 1.000000 | 0.750000 | 3000562442 | Gas | Active | Flowing | 4260 | Abo | Pecos Slope |
| McClellan Moc Federal 11 | 1.000000 | 0.750000 | 3000562443 | Gas | Active | Flowing | 4275 | Abo | Pecos Slope |
| McClellan Moc Federal 12 | 1.000000 | 0.750000 | 3000563163 | Gas | Active | Flowing | 4050 | Abo | Pecos Slope |
| McClellan Moc Federal 14 | 1.000000 | 0.750000 | 3000563176 | Gas | Active | Flowing | 4170 | Abo | Pecos Slope |
| McClellan Moc Federal 17 | 1.000000 | 0.750000 | 3000563197 | Gas | Active | Flowing | 4200 | Abo | Pecos Slope |
| McClellan Moc Federal 18 | 1.000000 | 0.750000 | 3000563224 | Gas | Active | Flowing | 4125 | Abo | Pecos Slope |
| McClellan Moc Federal 19 | 1.000000 | 0.750000 | 3000563227 | Gas | Active | Flowing | 4200 | Abo | Pecos Slope |
| McClellan Moc Federal 2 | 1.000000 | 0.750000 | 3000561650 | Gas | Active | Flowing | 4175 | Abo | Pecos Slope |
| McClellan Moc Federal 20 | 1.000000 | 0.750000 | 3000563228 | Gas | Active | Flowing | 4050 | Abo | Pecos Slope |
| McClellan Moc Federal 21 | 1.000000 | 0.750000 | 3000563255 | Gas | Active | Flowing | 4110 | Abo | Pecos Slope |
| McClellan Moc Federal 22 | 0.625000 | 0.468750 | 3000563254 | Gas | Active | Flowing | 4177 | Abo | Pecos Slope |
| McClellan Moc Federal 3 | 1.000000 | 0.750000 | 3000561793 | Gas | Active | Flowing | 4101 | Abo | Pecos Slope |
| McClellan Moc Federal 4 | 1.000000 | 0.750000 | 3000561827 | Gas | Active | Flowing | 4200 | Abo | Pecos Slope |
| McClellan Moc Federal 5 | 1.000000 | 0.750000 | 3000562006 | Gas | Active | Flowing | 4200 | Abo | Pecos Slope |
| McClellan Moc Federal 6 | 1.000000 | 0.750000 | 3000562007 | Gas | Active | Flowing | 4128 | Abo | Pecos Slope |
| McClellan Moc Federal 7 | 1.000000 | 0.750000 | 3000562159 | Gas | Active | Flowing | 4170 | Abo | Pecos Slope |
| McClellan Moc Federal 8 | 0.750000 | 0.562500 | 3000562170 | Gas | Active | Flowing | 4215 | Abo | Pecos Slope |
| McClellan Moc Federal 9 | 1.000000 | 0.750000 | 3000562339 | Gas | Active | Flowing | 4200 | Abo | Pecos Slope |
| Penroc State 23 1 | 0.875000 | 0.656250 | 3002526566 | Oil | Active | Pumping Rod | 11264 | Wolfcamp | Caprock East |
| Penroc State DV 1 | 1.000000 | 0.750000 | 3002527893 | Oil | Active | Pumping Rod | 10450 | Cisco | Caprock East |
| PI Federal Com 2 | 0.500000 | 0.375000 | 3000562047 | Oil | Active | Flowing | 4550 | Abo | Pecos Slope |
| PZ Federal 1 | 1.000000 | 0.750000 | 3000561043 | Gas | Active | Flowing | 4603 | Abo | Pecos Slope |
| PZ Federal 2 | 1.000000 | 0.750000 | 3000561998 | Gas | Active | Flowing | 4630 | Abo | Pecos Slope |
| Rick Federal 1 | 1.000000 | 0.750000 | 3000562533 | Gas | Active | Flowing | 4390 | Abo | Pecos Slope South |
| Sun Federal 1 | 1.000000 | 0.750000 | 3001505770 | Oil | Active | Rod Pump | 3581 | Yates | North Hackberry |
| Tenneco Federal 1 | 0.931528 | 0.698646 | 3001505794 | Oil | Active | Rod Pump | 2205 | Yates | North Hackberry |
| Tennessee Federal 2 | 1.000000 | 0.738000 | 3001510161 | Oil | Active | Rod Pump | 3860 | Yates | North Hackberry |
| Tolmac State 2 | 1.000000 | 0.750000 | 3000561551 | Gas | Active | Flowing | 4510 | Abo | Pecos Slope |
| Tolmac State 4 | 1.000000 | 0.750000 | 3000562209 | Gas | Active | Flowing | 4420 | Abo | Pecos Slope |

# EXHIBIT 6

**Remnant Oil Operating LLC**
**Projected Cash Flow**
**Dated: September 23, 2019**
($ 000s)

| Week Ending: | Week 1 14-Jul Actual | Week 2 28-Jul Actual | Week 3 4-Aug Actual | Week 4 11-Aug Actual | Week 5 18-Aug Actual | Week 6 25-Aug Actual | Week 7 1-Sep Actual | Week 8 8-Sep Actual | Week 9 15-Sep Actual | Week 10 22-Sep Actual | Week 11 29-Sep Projected | Week 12 6-Oct Projected | Week 13 13-Oct Projected | Week 14 20-Oct Projected | Week 15 27-Oct Projected | Week 16 3-Nov Projected | Week 17 10-Nov Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow Pre-Financing:** | | | | | | | | | | | | | | | | | |
| Total Receipts | 1,125 | 49,105 | 6,172 | 6,717 | 0 | 120,186 | 55,244 | 0 | 3,536 | 79,807 | 50,200 | 1,125 | 1,125 | 71,125 | 50,200 | 1,125 | 1,125 |
| Total Operating Disbursements | (7,512) | (66,126) | (6,337) | (290,463) | (12,539) | (108,428) | (30,450) | (40,127) | (129,760) | (114,659) | (119,935) | (134,796) | (3,192) | (97,989) | (106,991) | (60,412) | (35,602) |
| Total Operating Cash Flow | (6,387) | (17,021) | (165) | (283,746) | (12,539) | 11,758 | 24,794 | (40,127) | (126,223) | (34,852) | (69,705) | (133,671) | (2,067) | (26,864) | (56,761) | (59,287) | (34,477) |
| UST Fees | | | | | | | | | | | | | | | | | |
| Debtors' Professional Fees | | | | | | | | | | | | | | | | | |
| Restructuring & Chapter 11 Disbursements | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (5,200) | 0 | 0 | 0 | 0 | 0 |
| Cash Flow Pre-Financing | (6,387) | (17,021) | (165) | (283,746) | (12,539) | 11,758 | 24,794 | (40,127) | (126,223) | (36,852) | (69,705) | (138,871) | (2,067) | (26,864) | (56,761) | (59,287) | (34,477) |
| **Cash Flow from Financing / Non-Operating Activities** | | | | | | | | | | | | | | | | | |
| DIP Term Loan Issuance | | | | 350,000 | | | | | 300,000 | | 450,000 | | | | | | |
| DIP Interest | | | | | | | | | | | | | | | | | |
| DIP Fee/Lender Expenses | | | | | | | | | | (75,000) | (15,000) | | | | | | |
| Adequate Protection | 0 | (27,852) | 0 | 0 | 0 | 0 | (27,852) | 0 | (24,200) | 0 | (18,449) | 0 | 0 | (4,200) | (18,449) | 0 | (18,750) |
| Cash Flow From Financing / Non-Op Activities | 0 | (27,852) | 0 | 350,000 | 0 | 0 | (27,852) | 0 | 275,800 | (75,000) | 416,551 | 0 | 0 | (4,200) | (18,449) | 0 | (18,750) |
| **Net Cash Flow** | (6,387) | (44,873) | (165) | 66,254 | (12,539) | 11,758 | (3,058) | (40,127) | 149,577 | (111,852) | 346,846 | (138,871) | (2,067) | (31,064) | (75,210) | (59,287) | (53,227) |
| **Cash Schedule** | | | | | | | | | | | | | | | | | |
| Beginning Cash Balance | 0 | 3,657 | 26,859 | 26,859 | 48,075 | 35,536 | 47,295 | 44,237 | 4,110 | 153,687 | 41,835 | 388,680 | 249,809 | 247,742 | 216,677 | 141,467 | 82,180 |
| DIP Revolver Draw / (Paydown) | | | | | | | | | | | | | | | | | |
| Net Cash Flow | (6,387) | (44,873) | (165) | 66,254 | (12,539) | 11,758 | (3,058) | (40,127) | 149,577 | (111,852) | 346,846 | (138,871) | (2,067) | (31,064) | (75,210) | (59,287) | (53,227) |
| Ending Cash Balance | 3,657 | 26,859 | 26,859 | 48,075 | 35,536 | 47,295 | 44,237 | 4,110 | 153,687 | 41,835 | 388,680 | 249,809 | 247,742 | 216,677 | 141,467 | 82,180 | 28,953 |
| **Liquidity Summary** | | | | | | | | | | | | | | | | | |
| Ending Cash Balance | 3,657 | 26,859 | 26,859 | 48,075 | 35,536 | 47,295 | 44,237 | 4,110 | 153,687 | 41,835 | 388,680 | 249,809 | 247,742 | 216,677 | 141,467 | 82,180 | 28,953 |
| **Total Liquidity** | 3,657 | 26,859 | 26,859 | 48,075 | 35,536 | 47,295 | 44,237 | 4,110 | 153,687 | 41,835 | 388,680 | 249,809 | 247,742 | 216,677 | 141,467 | 82,180 | 28,953 |