**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Remnant Oil Company, LLC and | § | Case No. 19-70106 |
| Remnant Oil Operating, LLC, | § | Case No. 19-70107 |
| | § | |
| Debtors. | § | Chapter 11 |
| | § | |
| | § | (Jointly administered under |
| | § | Case No. 19-70106) |

## NOTICE OF CANCELLATION OF SALE HEARING

**PLEASE TAKE NOTICE** that pursuant to the *Order (I) Approving Bidding Procedures for the Sale Of Substantially All of the Debtors' Assets, (II) Authorizing the Selection of A Stalking Horse Bidder, (III) Approving Bid Protections, (IV) Scheduling an Auction and Hearing to Consider Such Sale of Assets, (V) Approving Assumption and Assignment Procedures Related to Such Sale, and (VI) Approving the Form and Manner of Related Notice* [Docket No. 133] (the "**Bidding Procedures Order**") and *Order Granting Debtors' Emergency Motion for (1) Extension of Bidding Procedures Deadlines, and (2) Continuance of October 23, 2019 Hearing on Debtors' Sale Motion* [Docket No. 172], a hearing on approval of a sale of the Debtors' assets was scheduled to be held on October 31, 2019 at 1:00 p.m. (CT) (the "**Sale Hearing**").

**PLEASE TAKE FURTHER NOTICE** that, while the Debtors received an offer for their Wind Rights prior to the Bid Deadline, they have determined in their business judgment that the offer is insufficient, and have, therefore, determined to reject it. Moreover, while the Debtors have received and are pursuing an indication of interest for their Caprock Assets, the indication of interest was received after the Bid Deadline. Accordingly, as the Debtors will not be moving forward with any asset sales at this time, the **Sale Hearing is cancelled**.

18311018.1
233559-10002

Dated: October 25, 2019
      Los Angeles, California

**LOEB & LOEB LLP**

*/s/   Bernard R. Given II*
Bernard R. Given II
State Bar No. 07990180
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067-4120
Telephone: 310-282-2000
Facsimile: 310-282-2200
Email:  bgiven@loeb.com

-and-

Daniel B. Besikof (admitted *pro hac vice*)
Bethany D. Simmons (admitted *pro hac vice*)
345 Park Avenue
New York, New York 10154
Telephone: 212-407-4000
Facsimile: 212-407-4990
Email:  dbesikof@loeb.com
       bsimmons@loeb.com

*Counsel to the Debtors and Debtors in Possession*

18311018.1
233559-10002

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2019, a true and correct copy of the above and foregoing Notice was caused to be served electronically on the parties registered to receive notice through the court's ECF noticing system.  I hereby further certify that within twenty four hours of the filing of this Notice, a true and correct copy of the above and foregoing Notice was caused to be served via first class U.S. mail, postage prepaid, on the parties on the 2002 list by the Debtors' claims and noticing agent, Donlin, Recano & Company, In

By:   */s/ Bernard R. Given*
         Bernard R. Given II

18311018.1
233559-10002