

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

In Re:

Remnant Oil Company, LLC and
Remnant Oil Operating, LLC,

          Debtors.

Case No. 19-70106-TMD
Case No. 19-70107-TMD
_____







COURT REPORTING

LEGAL VIDEOGRAPHY

VIDEOCONFERENCING

TRIAL PRESENTATION

MOCK JURY SERVICES

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS

**DEPOSITION OF**

**EVERETT WILLARD GRAY, II**

**TAKEN ON**
**WEDNESDAY, October 23, 2019**
**10:03 A.M.**

**CONGRESS CENTER**
**100 SOUTH CONGRESS AVENUE, SUITE 2000**
**AUSTIN, TEXAS 78704**

(800) 528-3335

NAEGELIUSA.COM

19-70106-smr  Doc#232-1  Filed 11/27/19  Entered 11/27/19 11:01:45  Exhibit Deposition  Transcript of Everett Willard Gray - II  Pg 2 of 375

Everett Gray, II          October 23, 2019   (NDT Assgn #32197-1          Page 2

```
 1                        APPEARANCES

 2

 3    APPEARING ON BEHALF OF THE PLAINTIFF, THE OFFICIAL

 4    OF UNSECURED CREDITORS:

 5    KELSI HUNT, ESQUIRE

 6    Brinkman Portillo Ronk, APC

 7    4333 Park Terrace Drive, Suite 205

 8    Westlake Village, CA  91361

 9    (818) 597-2992

10    (818) 597-2998 (Fax)

11    kelsi@brinkmanlaw.com

12

13    and

14

15    DAREN BRINKMAN, ESQUIRE

16    Brinkman Portillo Ronk, APC

17    4333 Park Terrace Drive, Suite 205

18    Westlake Village, CA  91361

19    (818) 597-2992

20    (818) 597-2998 (Fax)

21    db@brinkmanlaw.com

22

23

24

25
```

1

2                    **APPEARANCES CONTINUED**

3

4  **APPEARING ON BEHALF OF THE DEBTORS, REMNANT**

5  **OIL COMPANY, LLC, AND REMNANT OIL OPERATING, LLC:**

6  BETHANY D. SIMMONS, ESQUIRE

7  **Loeb & Loeb LLC**

8  345 Park Avenue

9  New York, NY  10154

10  (212) 407-4982

11  (646) 924-3681 (Fax)

12  bsimmons@loeb.com

13

14  **APPEARING ON BEHALF OF BAKER PETROLITE, LLC,**

15  **AND BAKER HUGHES OIL FIELD OPERATIONS, LLC:**

16  BLAKE HAMM, ESQUIRE

17  **Snow Spence Green, LLP**

18  2929 Allen Parkway, Suite 2800

19  Houston, TX  77019

20  (713) 335-4868

21  (713) 335-4848 (Fax)

22  blakehamm@snowspencelaw.com

23

24

25

1            **APPEARANCES CONTINUED**

2

3    **APPEARING ON BEHALF OF KODIAK GAS SERVICES:**

4    JOHN THOMAS OLDHAM, ESQUIRE

5    **Okin Adams, LLP**

6    1113 Vine Street, Suite 201

7    Houston, TX  77002

8    (713) 255-8881

9    (888) 865-2118 (Fax)

10   joldham@okinadams.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**NAEGELI**
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

```
 1                            INDEX

 2                                                    Page

 3

 4   EXAMINATION BY MS. HUNT                            9

 5

 6   EXAMINATION BY MR. OLDHAM                         120

 7

 8   EXAMINATION BY MR. HAMM                           186

 9

10   EXAMINATION BY MR. OLDHAM                         244

11

12   BY MR. BRINKMAN:                                  268

13

14

15

16

17

18

19

20

21

22

23

24

25
```

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

```
 1                          EXHIBITS

 2   Exhibit                                      Page

 3

 4      1      AMENDED NOTICE TO TAKE 2004          12

 5             EXAMINATION OF THE DEBTORS

 6

 7      2      DECLARATION                          44

 8

 9      3      EMAIL STREAM                        112

10

11      4      LETTER FROM CIRCLE RIDGE            115

12

13      5      WIND FARM LEASE                     133

14

15      6      LETTER FROM TRINITY MIDSTREAM       173

16

17      7      EMAIL STREAM                        180

18

19      8      INVESTOR PRESENTATION               184

20

21      9      REMNANT OIL CONSOLIDATED            229

22             FINANCIAL STATEMENTS

23

24     10      GLOBAL NOTES                        235

25
```



1

2                         EXHIBITS CONTINUES

3    Exhibit                                            Page

4

5     11        CONFIDENTIAL INFORMATION               248

6               MEMORANDUM

7

8     12        EMAIL                                   254

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**DEPOSITION OF**

**EVERETT WILLARD GRAY, II**

**TAKEN ON**

**WEDNESDAY, October 23, 2019**

**10:03 A.M.**


1    **THE REPORTER:**  We are on the record.  Will

8 please introduce yourselves and state whom you represent.

9    **MS. HUNT:**  Good morning.  Kelsi Hunt from

10 Portillo Ronk on behalf of the Official Committee of

11 Creditors of Remnant Oil.

12    **MR. BRINKMAN:**  Daren Brinkman of the same firm,

13 Brinkman Portillo Ronk.

14    **MR. HAMM:**  Blake Hamm from Snow Spence Green,

15 representing Baker Petrolite, LLC, and Baker Hughes Oil

16 Operations, LLC.

17    **MR. OLDHAM:**  J. T. Oldham for Kodiak Gas

18 LLC.

19    **MS. SIMMONS:**  Bethany Simmons, Loeb and Loeb

20 behalf of the Debtors, Remnant Oil Company, LLC, and

21 Oil Operating, LLC.

22    **THE REPORTER:**  All right.  Mr. Gray, please

23 your right hand.

24 **EVERETT WILLARD GRAY, II,** having been first duly sworn,

25 examined, and testified as follows:



1  EXAMINATION

2  BY MS. HUNT:

3      Q.   Good morning.  My name is Kelsey Hunt.  This

4  Brinkman.

5      A.   Good morning.

6      Q.   We represent the Committee in this case.  Can

7  please state and spell your name for the record?

8      A.   Yes.  My full legal name is Everett Willard

9  E-v-e-r-e-t-t W-i-l-l-a-r-d G-r-a-y, II.

10     Q.   Thank you.  Have you ever given a deposition

11     A.   Yes, ma'am.

12     Q.   Okay.  How many times, approximately?

13     A.   Three.

14     Q.   Were those depositions in connection with

15  Company or Remnant Oil Operating?

16         MS. HUNT:  And just for ease of this deposition,

17  going to refer to those two entities collectively as

18  unless I specify one or the other.

19  BY MS. HUNT:

20     Q.   So, sorry, the question was:  Were those

21  in connection with your work at Remnant?

22     A.   No.

23     Q.   Okay.  I'm going to go over some ground rules,

24  since you've been deposed before, I'll try to be brief.

25         The oath that you've taken here today is the

1  oath that you would take in a court of law.  You must tell

2  truth.  It carries the same penalty of perjury as if you

3  testifying in a court.  Do you understand?

4       A.   Yes, ma'am.

5       Q.   The court reporter is making a transcript of

6  everything we say here today.  You will have a chance to

7  and review that transcript and make any changes that you

8  are appropriate and then sign it.  Is that understood?

9       A.   Yes, ma'am.

10      Q.   I am going to ask you questions.  I don't want

11  guess or speculate about an answer.  If you can give me an

12  educated estimate, then I am entitled to that response.

13  do not know and you do not remember, please just tell me

14  you don't know or don't remember.

15      A.   Yes, ma'am.

16      Q.   If you don't understand the question that I ask,

17  which is entirely possible because I am not educated in

18  and gas field, please just tell me you don't understand

19  will attempt to rephrase my question.

20      A.   Yes, ma'am.

21      Q.   The court reporter can only take down verbal

22  responses.  Please try to avoid answering with hand

23  head nods, things of that nature.  And please try to let

24  finish my question and I will try to let you finish your

25  response.

1      A.    Yes, ma'am.

2      Q.    Okay.  Is there any reason you feel you cannot

3  your best testimony today?

4      A.    No, ma'am.

5      Q.    Did you review any documents to prepare yourself

6  this deposition?

7      A.    Just a couple.

8      Q.    Okay.  And what -- what documents were those?

9      A.    I believe I provided those to my counsel.

10     Q.    Okay.

11          MS. HUNT:  And those are included in Volume IV,

12  Bethany?

13          MS. SIMMONS:  Yes.

14          MS. HUNT:  Okay.  Thank you.

15          MS. SIMMONS:  Only with the exception, actually,

16  the schedules and SoFAs.

17          MS. HUNT:  Okay.

18          MS. SIMMONS:  We didn't include those.

19  BY MS. HUNT:

20     Q.    Have you spoken to anyone other than your

21  about giving testimony today?

22     A.    Yes.

23     Q.    Who was that?

24     A.    My two business partners.

25     Q.    Okay.



1      A.    And also two of my employees.

2      **Q.    Okay.  Can you give me their names?**

3      A.    Britt Hirth and Patrick Seale.

4      **Q.    Okay.  And are those your employees or your**

5  **partners?**

6      A.    Reed Gilmore is my business partner.

7      **Q.    Okay.**

8      A.    Bob Stitzel is my business partner.  Britt Hirth

9  an employee.  And Pat Seale, pardon me, is a consultant.

10      **Q.    Okay.  Do you understand that you are here**

11  **today on behalf of Remnant as its person most qualified to**

12  **testify to certain topics?**

13      A.    Yes, ma'am.

14      **Q.    Okay.  I am going to hand you a document called**

15  **Amended Notice of Intent to Take a 2004 Examination of the**

16  **Debtors and E. Willard Gray, II, and Request for**

17  **Documents.**

18          **(WHEREUPON, Exhibit 1 was marked for**

19          **MS. HUNT:**  Can you please mark this as Exhibit

20  And I have one more.

21          **COUNSEL:**  Okay.

22  **BY MS. HUNT:**

23      **Q.    Have you seen this document before?**

24      A.    Yes, ma'am.

25      **Q.    Can you please turn with me to page number 6.**


NAEGELI DEPOSITION & TRIAL          (800)528-3335
NAEGELIUSA.COM

1  No. 1 is listed as "All transfers of money, property, or

2  value from Remnant Oil Company, LLC, and/or Remnant Oil

3  Operating, LLC, to each of the following persons or

4  for the time period January 1, 2018 through the

5  then there is a list A through Z.

6          Are you the person most qualified at Remnant to

7  testify to that topic?

8      A.   Yes, ma'am.

9      Q.   Okay.  Topic No. 2 is "All transfers of money,

10  property, or other value to Remnant Oil Company, LLC,

11  Remnant Oil Operating, LLC, from each of the following

12  or entities from the time period

13  January 1, 2018 through the present," and then there is

14  that continues on to page 7, but goes A through Z.

15          Are you the person most qualified at Remnant to

16  testify to that topic?

17      A.   Yes, ma'am.

18      Q.   Topic No. 3 is the "Debtors' relationship,

19  but not limited to common ownership, control, and shared

20  employee(s), shared liability or assets, contractual

21  and organizational hierarchy with each of the following

22  entities," and then there is a list A through Q.

23          Are you the person most qualified at Remnant to

24  testify to that topic?

25      A.   Yes, ma'am.

```
 1        Q.    Okay.   Topic No. 4 is "Statements made in the

 2   Declaration of E. Willard Gray, II, in support of

 3   Chapter 11 Petitions and First Day Pleadings (Doc. No.

 4              Are you the person most qualified at Remnant to

 5   testify to that topic?

 6        A.    Yes, ma'am.

 7        Q.    Topic No. 5 is "The Debtors' budgets, as filed

 8   this case related to the Debtors' cash collateral

 9   DIP, DIP financing motions (Doc. Nos. 20, 42, 100, and

10              Are you the person at Remnant most qualified to

11   testify to that topic?

12        A.    Yes, ma'am.

13        Q.    Topic No. 6 is "All sources of operating revenue

14   non-operating income, investments, and/or revenue for the

15   Debtors."

16              Are you the person at Remnant most qualified to

17   testify to that topic?

18        A.    Yes, ma'am.

19        Q.    Topic No. 7, "Communications, expenditures,

20   relationships with private investment companies, media

21   advertisers and/or promoters from January 1, 2019

22   present."

23              Are you the person most qualified at Remnant to

24   testify to that topic?

25        A.    Yes, ma'am.
```

 1    Q.    Topic No. 8 is "Communications between Remnant

 2  Seaport Global from January 1, 2019 through the present,

 3  including but not limited to any and all marketing plan

 4  marketing budget(s), presentation(s) internally between

 5  and Seaport and externally from Seaport to potential

 6        Are you the person most qualified at Remnant to

 7  testify to that topic?

 8    A.    Yes, ma'am.

 9    Q.    Topic No. 9 is "Production of oil and gas wells

10  owned, leased, and/or controlled by the Debtors from

11  2013 through the present."

12        Are you the person most qualified at Remnant to

13  testify to that topic?

14    A.    Yes, ma'am.

15    Q.    Topic 10 is the "Value of the Debtors' assets,

16  including, but not limited to, the Caprock Assets."

17        Are you the person most qualified at Remnant to

18  testify to that topic?

19    A.    Yes, ma'am.

20    Q.    Topic No. 11 is "The Debtors' acquisition and

21  whether through sale or other transfer of well interests

22  Texas from January 1, 2015 to the present, including but

23  limited to well interests owned by Remnant Oil

24  in Texas District 7C, Texas District 8, and Texas District

25        Are you the person most qualified at Remnant to

1  testify to that topic?

2      A.   Yes, ma'am.

3      Q.   Topic 12 is "Bids received by the Debtors for

4  Caprocks Assets, or any of them."

5           Are you the person most qualified at Remnant to

6  testify to that topic?

7      A.   Yes, ma'am.

8      Q.   Topic No. 13 is "Evaluations, estimates,

9  forecasting of reserves for the Caprock Assets by a

10 reservoir, or reserve engineer."

11          Are you the person most qualified at Remnant to

12 testify to that topic?

13     A.   Yes, ma'am.

14     Q.   And Topic No. 14 is "Valuations and appraisals

15 Caprock Assets by a production, reservoir or reserve

16          Are you the person most qualified at Remnant to

17 testify to that topic?

18     A.   Yes, ma'am.

19     Q.   Okay.  Thank you.  Okay, I'm going to go back to

20 Topic No. 1 now and start with actual questions.  So Topic

21 1 is transfers of money property, or other value from

22 to other persons or entities from January 1, 2018 to the

23 present.  Sub A is yourself, E. Willard Gray, II.

24          Do you have an estimate of how much money has

25 transferred from Remnant to you from January 1, 2018 to

1  present?

2      A.    Personally, it does not go to me.  It goes to

3  company that I control, WS Oil and Gas, Limited.

4      Q.    Okay.  So that's down at sub K.  Do you have an

5  estimate of how much money has been transferred to WS

6  Gas, Limited, from Remnant in that time period?

7      A.    It will be broken down into -- into two answers:

8  One, was the information that was provided in the SoFAs.

9      Q.    Mm-hmm.

10     A.    And -- but previous, since it didn't cover that

11 period, would be an additional approximately $150,000.

12     Q.    Okay.  So in terms of money transferred to you

13 personally, the total would be 0?

14     A.    That's correct, yes, ma'am.

15     Q.    Okay.  Was there any transfer of property from

16 Remnant to either you, personally, or WS Oil and Gas in

17 time period?

18     A.    No, ma'am.

19     Q.    Sub B is M. Reed Gilmore, Jr.  And just to

20 you said that is your business partner?

21     A.    Correct.  Yes, ma'am.

22     Q.    Okay.  How much has Remnant transferred to him

23 January 1, 2018 to the present?

24     A.    Similar to my structure as all partners, we're

25 through -- through our limited partnerships.  So Mr. Reed

 1  Gilmore, Jr., would be -- if he were compensated, which he

 2  not -- been paid 0 -- would be through Gilmore Oil and

 3      **Q.    So he has been paid nothing from January 1, 2018**

 4  **now.**

 5      A.    That is correct.  Yes, ma'am.

 6      **Q.    Okay.  Robert K. Stitzel.  Is that your other**

 7  **business partner?**

 8      A.    That's the third and final.  Yes, ma'am.

 9      **Q.    Okay.  So how is he paid?**

10      A.    He is paid through RS Resources Limited.

11      **Q.    Okay.  That's down at Z.  So in terms of**

12  **money to him personally, that total would be 0?**

13      A.    That's correct, yes, ma'am.

14      **Q.    Do you have an estimate of how much would have**

15  **transferred to RS Resources Limited?**

16      A.    Similar to the answer I have given for my -- for

17  own personal, for WS Oil and Gas, it would be broken out

18  two parts.  So the -- it would be the -- the data that was

19  provided in the SoFAs, and then in addition to $90,000

20  approximately.

21      **Q.    Sub D is H. Patrick Seale and that, I believe,**

22  **testified earlier is an independent contractor.**

23      A.    That's correct.

24      **Q.    Okay.  Can -- or do you know if he is**

25  **personally?**



```
 1        A.    He is compensated through Seale Energy Partners.
 2   Although he is under, as disclosed previously, he is
 3   his -- he receives health benefits through Remnant Oil
 4        Q.    Okay.
 5        A.    Pardon me, Remnant Oil Operating.
 6        Q.    So do you receive health benefits also?
 7        A.    Yes, ma'am.  I do.
 8        Q.    And does Reed Gilmore receive health benefits?
 9        A.    No, ma'am.  He does not.
10        Q.    Does Robert Stitzel receive health benefits?
11        A.    Yes, ma'am.  He does.
12        Q.    Do you know how much Remnant has transferred
13   Energy Partners from January 1, 2018 through the present?
14        A.    I can't give an exact estimate to the full
15   but other than him being on the health benefits which
16   to approximately $2,100 per month.  But we had paid him
17   previously when he was consulting on a more full-time
18        Q.    Okay.  Is that previous to January 1, 2018?
19        A.    Yes, ma'am.
20        Q.    In terms of transfers to Patrick Seale
21   would that be 0?
22        A.    Yes, ma'am.
23        Q.    Sub E --
24        A.    Pardon me.  Sorry, ma'am.
25        Q.    No, go ahead.
```

1    A.   Actually, so it's -- it's two parts:  One,

2    H. Patrick Seale does receive the health benefits

3        Q.   Okay.

4    A.   Not Seale Energy Partners.

5        Q.   Okay.  Understood.  Sub E is J. Britt Hirth.

6    tell me who that is?

7    A.   Yes, ma'am.  J -- Mr. -- Mr. Hirth is an

8    Remnant Oil Operating and he's our VP of Operations.

9        Q.   Okay.  Do you know whether J. Britt Hirth gets

10   personally or through some company?

11   A.   He is paid personally.

12       Q.   Okay.  Do you have an estimate of how much he

13   been paid by Remnant from January 1, 2018 to the present?

14   A.   His annual approximate salary is around $200,000

15   benefits as well as a company vehicle.

16       Q.   The benefits that you mentioned, does that

17   health coverage?

18   A.   Yes, ma'am.

19       Q.   Does that -- do the benefits include anything

20   A.   It includes health, dental, vision, and a small

21   portion of term life insurance.

22       Q.   Do you know approximately how much those

23   cost Remnant per month, per year, on any basis?

24   A.   Would you like that question broken down by

25   all -- all employees, or at the G and A level, or at the

 1  level?

 2      Q.   I guess we will do them all, but --

 3      A.   Yes, ma'am.  Yes, ma'am.  It's all -- so all-

 4  encompassing, it's approximately $21,000 per month for

 5  Cross and Blue Shield.  And it's approximately $1,300

 6  total for principal which is the vision and dental

 7  well as the life.

 8      Q.   Okay.  Does Mr. Hirth work out of the Midland,

 9  office?

10      A.   He does.  Yes, ma'am.

11      Q.   Does he travel for work?

12      A.   Yes, ma'am, he does.

13      Q.   Is he the only employee who has a company

14      A.   No, ma'am, he is not.

15      Q.   Who else has a company vehicle?

16      A.   Myself, WS Oil and Gas Limited has provided a

17  vehicle.

18      Q.   Is there anyone else?

19      A.   Yes, ma'am.  Then we have seven field

20  all of those individuals are provided a company vehicle.

21      Q.   Okay.  You mentioned "field employees."  Are

22  individuals all employees of Remnant or are any of them

23  contractors?

24      A.   We have both:  Seven employees.

25      Q.   Okay.  So the ones who are provided company



1    are they all employees?

2         A.    Yes, ma'am.

3         Q.    Okay.  Do you know approximately how many field

4    consultants you have?

5         A.    Currently, we have Chris Smith who is a

6    David Carpenter is a consultant.  Justin Alexander is a

7    consultant, and Reed -- Butch Reed Pumping Services is a

8    consultant.

9         Q.    Okay.

10        A.    In the field.  I believe there's -- so -- so a

11   of four.

12        Q.    Thank you.  Going back to this list under

13   1, sub F is David A. Richards.  Can you tell me who that

14        A.    Yes, ma'am.  Mr. Richards is our contract

15        Q.    Do you know whether Mr. Richards is compensated

16   personally or through a company?

17        A.    Personally.

18        Q.    And how much has Remnant paid Mr. Richards from

19   January 1, 2018 to the present?

20        A.    I can't tell you the exact amount, but I can

21   his monthly amount that he's paid.

22        Q.    Okay.

23        A.    That is $7,500 per month.

24        Q.    Do you know if that amount has changed since

25   2018?

1    A.    It was a stair-stepping for a 90 -- it was a

2    trial period.  So the first month it was, obviously, it

3    stepped from 5,500 for the first month, 6,500 for the

4    month.  And once we decided to keep him after the trial,

5    agreed upon for 7,500 per month thereon.

6         **Q.    Okay.  And was he hired in 2018?**

7    A.    He was -- he's been around for about seven

8         **Q.    Okay.  Sub G is Vicki Kay.  Can you tell me**

9    **is?**

10   A.    Yes, ma'am.  Ms. Kay is our head of legal and

11   and she is paid as a consultant.  And she is an --

12   an attorney as well.

13        **Q.    Okay.  And is Ms. Kay paid individually or**

14   **company?**

15   A.    Through a company.

16        **Q.    Do you know the name of that company?**

17   A.    Yes, ma'am.  VK --

18        **MR. OLDHAM:**  What --

19        **THE DEPONENT:**  -- VK Interests.

20   BY MS. HUNT:

21        **Q.    How much has Remnant paid through VK Interests**

22   **January 1, 2018 to the present?**

23   A.    I don't know the exact amount, but I do know the

24   exact amount she is paid monthly, and she's paid $12,000 a

25   month.

1      Q.    Has she been working with Remnant since before

2   January 1, 2018?

3      A.    Yes, ma'am.  Ms. Kay joined the Remnant team

4   of 2016.

5      Q.    Sub H is Victoria Stitzel.  Can you tell me

6   is?

7      A.    Yes.  Victoria Stitzel was a former employee,

8   the daughter of Bob Stitzel.

9      Q.    When you say "former," when was Victoria --

10     A.    Oh, I'm sorry.  My, my apologies.  Victoria

11  yes, that's his daughter-in-law.  My apologies.

12     Q.    Daughter-in-law.

13     A.    And she no longer, as of two weeks ago, works at

14  Remnant.

15     Q.    When she was working at Remnant, what did she

16     A.    She was office administration, production

17  and would assist other team members with other items that

18  needed their assistance.

19     Q.    Okay.  Was Ms. Stitzel fired or did she quit, or

20  what were the circumstances of her leaving the company?

21     A.    She -- she left the company --

22     Q.    Okay.

23     A.    -- on her own free will.

24     Q.    Do you know how much Ms. Stitzel was being

25  Remnant on a monthly or other basis?

 1      A.    She was paid on an hourly basis, and I believe

 2 commensurate with her college degree.  It was around $18

 3 hour.

 4      Q.    **Sub I is Sarah R. Gray.  Can you tell me who**

 5      A.    Sarah R. Gray is my estranged wife.

 6      Q.    **Okay.  Does she do work for Remnant?**

 7      A.    No, ma'am.  She does not.

 8      Q.    **Did she ever do work for Remnant?**

 9      A.    No, ma'am.

10            **MR. OLDHAM:**  Did you say "estranged" or

11 wife?  Estranged?

12            **THE DEPONENT:**  Estranged.

13            **MS. HUNT:**  Is that your paper?

14            **COUNSEL:**  Hmm-mm.

15 **BY MS. HUNT:**

16      Q.    **How long have you been estranged from your wife?**

17      A.    Approximately 1.4 months.

18      Q.    **Do you know if Remnant transferred any money**

19 **Gray from January 1, 2018 to the present?**

20      A.    No monies have been transferred to Sarah.

21      Q.    **Were there any transfers of property to Sarah?**

22      A.    No, ma'am.  No transfers.

23      Q.    **Sub J is First Gray Corporation.  Can you tell**

24 **what that is?**

25      A.    Yes, ma'am.  First Gray Corporation is a general



1  manager for my limited partnerships that I own.

2      Q.   Okay.  So First Gray would be the general

3  WS Oil and Gas?

4      A.   Yes, ma'am.  Correct.

5          MR. OLDHAM:  Can we clarify?  General partner of

6  Oil and Gas?

7          THE DEPONENT:  Yes, sir.

8  BY MS. HUNT:

9      Q.   Do you know if there have been any transfers

10 or property from Remnant to First Gray Corporation?

11     A.   No, ma'am.  None to First Gray Corp.

12     Q.   Sub M is Remnant Renewable Resources, LLC.

13 tell me what that is?

14     A.   Yes, ma'am.  Remnant Renewable Resources is a

15 that is owned by WS Oil and Gas Limited, RS Resources

16 and Gilmore Oil and Gas Limited.

17     Q.   What does Remnant Renewable Resources do?

18     A.   It currently has no assets or -- or any sort of

19 business, nor has it ever.

20     Q.   Okay.

21     A.   May -- may I add something?

22     Q.   Yes.

23     A.   My apologies.  Also, it's also owned a portion

24 Sarah R. Gray.

25     Q.   Okay.  Going back to First Gray Corporation



1  a second, you said it's the general partner of your other

2  limited partnerships, LLCs.  I asked about WS Oil and Gas.

3  What other limited partnerships or LLCs is First Gray

4  Corporation a general partner of?

5          **MS. SIMMONS:**  Objection.  Outside the scope.

6          **MR. OLDHAM:**  You can answer.

7          **MR. BRINKMAN:**  Are you instructing your

8  to answer?

9          **MS. SIMMONS:**  It's outside the scope.  I don't

10 he needs to answer that question.

11         **MR. OLDHAM:**  Just for clarification, Mr. Gray,

12 your attorney is going to make various objections

13 the day.  She is going to make some questions and what

14 you.  Unless she instructs you not to answer something,

15 free to answer if you know.

16         **THE DEPONENT:**  Yes, sir.

17         **MR. OLDHAM:**  Fair enough?

18         **THE DEPONENT:**  Yes, sir.

19 **BY MS. HUNT:**

20     Q.    So do you know whether First Gray Corporation is

21 general partner of any other entity other than WS Oil

22 Limited?

23     A.    I'll defer to my counsel.

24         **MS. SIMMONS:**  Objection.  It's outside the

25 -- he -- he doesn't need to answer that question.



 1              **MS. HUNT:**  Okay.  So you're instructing the

 2  --

 3              **MR. OLDHAM:**  But not -- if he knows the answer

 4              **MS. HUNT:**  -- not to answer?

 5              **MR. OLDHAM:**  -- he needs to answer it unless

 6  instructing him not to.

 7              **MS. SIMMONS:**  Well, do you know the answer to

 8  question?  Do you know?

 9              **THE DEPONENT:**  Yes, ma'am.  I know.

10              **MS. SIMMONS:**  You can answer the question.

11              **THE DEPONENT:**  Okay.

12              **MS. SIMMONS:**  Whether or not you know.

13              **THE DEPONENT:**  Yes, ma'am.  I know.

14  **BY MS. HUNT:**

15       **Q.   Okay.  And can you tell me what those entities**

16              **MS. SIMMONS:**  Objection.  Outside the scope.

17  don't need to answer that question.  Don't answer that

18  question.

19              **THE DEPONENT:**  Yes, ma'am.

20              **MR. OLDHAM:**  So we have an instruction not to

21  and an objection to the question.  Just for purposes of

22  record.

23  **BY MS. HUNT:**

24       **Q.   Are there any other entities on this list A**

25  **under Topic No. 1 that First Gray Corporation is a general**



 1  partner of?

 2       A.   Yes, ma'am.

 3       Q.   **What are those entities?**

 4       A.   Item No. X as in x-ray, As Life Trends Limited.

 5       Q.   **Is that the only one?**

 6       A.   No, ma'am.  Formerly, No. R, Bird Dog Resources,

 7  which is -- which is now -- oh, pardon me.  That was owned

 8  WS Oil and Gas Limited not First Gray Corp.  Bird Dog

 9  Resources, LLC, no longer exists; it's been shut down.

10       Q.   **Okay.  Are there any other entities on this list**

11  **First Gray Corporation is a general partner of?**

12       A.   WS Oil and Gas has ownership in several of these

13  entities through -- through its GP which is First Gray

14  Corporation.

15       Q.   **Okay.**

16       A.   On this list.

17       Q.   **And what are those entities that WS Oil and**

18  **an interest --**

19       A.   Item No. M as in Mary, Remnant Renewable

20  LLC.  Item No. N as in Nancy, Remnant Midstream Pipeline

21  Company, LLC.  O as in Oscar, Remnant Oilfield Services,

22  P as in Paul, Mescalero Water company.  Q, Silverleaf

23  LLC.  And I believe I've already mentioned As Life Trends,

24  under -- under subsection X.

25       Q.   **Okay.  All right.  Remnant Midstream Pipeline**



1  **Company, LLC, appears at sub N as in Nancy.  Can you**

2  **what that LLC is?**

3      A.   It's a company that was formed by WS Oil and

4  Resources, Gilmore Oil and Gas, and also Sarah R. Gray.

5  no assets, nor has it ever conducted any business.

6      **Q.   Can you tell me about Remnant Oil Field**

7  **LLC?**

8      A.   Yes, ma'am.  It is a company that's owned by

9  and Gas Limited, RS Resources Limited, Gilmore Oil and Gas

10  Limited, and Sarah R. Gray.  It has 0 assets, nor has it

11  had any business activity.

12      **Q.   And can you tell me about Mescalero Water**

13      A.   Yes, ma'am.  It's an entity that's owned by WS

14  and Gas Limited, RS Resources Limited, Gilmore Oil and Gas

15  Limited, and Sarah R. Gray.  It, too, has no assets, nor

16  ever been in -- in any sort of operations.

17      **Q.   Do you know whether that entity is an LLC?**

18      A.   It is, yes, ma'am.  It is an LLC.

19      **Q.   Can you tell me about Silverleaf Energy, LLC?**

20      A.   Yes, ma'am.  That is a company that's owned by

21  and Gas Limited, RS Resources Limited, and Gilmore Oil and

22  Limited, and Sarah R. Gray.  It's a holding company with

23  assets that have been transferred to it.

24      **Q.   Does that LLC conduct any business?**

25      A.   No, ma'am, it does not.  Nor has it ever.



1      Q.    Bird Dog Resources, LLC, you stated no longer

2   Do you know when it was dissolved?

3      A.    That is a good question because I spoke with

4   and it shows -- it should have been dissolved two years

5   don't know if it officially was dissolved, but it has

6   any operations nor any assets in it.

7      Q.    Sub S is Remnant Oil Co.  Do you know what

8      A.    Yes, ma'am.  That is the -- an entity that's

9   WS Oil and Gas, RS Resources Limited, Gilmore Oil and Gas

10  Limited, and Sarah R. Gray.

11     Q.    Does that entity have assets?

12     A.    Yes, ma'am.  It owns the working interest in

13  the oil wells that we own, and other assets such as the

14  pipeline, wind rights, and water rights.

15        MS. SIMMONS:  Just so the record is clear, Will,

16  you -- are you referring to Remnant Oil Co. as the -- it's

17  it's not a different entity from Remnant Oil Company, LLC,

18  is it?

19        THE DEPONENT:  Remnant --

20        MS. SIMMONS:  Because it -- it's unclear.

21        THE DEPONENT:  Oh, Remnant Oil Company and

22  Oil Company, LLC, are the -- one and same.

23  BY MS. HUNT:

24     Q.    Okay.  Do you know whether there is an entity

25  Remnant Oil Company, Inc., or any other designation?



NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1    A.    Yes, ma'am.  I do.  There's -- there's other

2  companies named Remnant Oil Company in Texas.

3    **Q.    Are they related to Remnant Oil Company, LLC, or**

4  **Remnant Oil Operating, LLC?**

5    A.    No, ma'am, they are not.

6    **Q.    Okay.  Do you know what Bluebird Energy, Corp.**

7    A.    Yes, ma'am, it's the general partner for Gilmore

8  and Gas, LP.

9    **Q.    Has Remnant transferred any money, property,**

10  **to Bluebird Energy Corp since the beginning of 2018?**

11    A.    No, ma'am, it has not.

12    **Q.    Sub U says Gilmore Oil and Gas, LP, which**

13  **be a duplication, so I will skip that one.  Steelhead**

14  **LLC.  Do you know what that is?**

15    A.    This would be a best guess and I do -- I do know

16  it is -- that Reed Gilmore has some sort of affiliation

17  Steelhead Ventures.

18    **Q.    Do you know if Remnant has transferred any**

19  **property, or value to Steelhead Ventures?**

20    A.    No, ma'am, we have not.

21    **Q.    Do you know what Dala Petroleum Corp. is?**

22    A.    Yes, ma'am, I do.

23    **Q.    Can you tell me --**

24    A.    It was a corporation I used to work for.

25    **Q.    Did you have an ownership interest in it?**


NAEGELI DEPOSITION & TRIAL      (800)528-3335      NAEGELIUSA.COM

1      A.    Yes, ma'am, I did.

2      **Q.    Do you know approximately when you had an**

3  **interest in Dala Petroleum Corp.?**

4      A.    Yes, ma'am, approximately from --

5  2013 to the end of 2014.

6      **Q.    When did -- when was Remnant founded?**

7      A.    It was founded in February of 2016.

8          **COUNSEL:**  What was that, sir?

9          **MR. OLDHAM:**  He said February of 2016.

10 **BY MS. HUNT:**

11     **Q.    So then would it be accurate to state that you**

12 **not have an interest in Dala Petroleum Corp. at the same**

13 **that you had an interest in Remnant?**

14     A.    That's correct.  Yes, ma'am.

15     **Q.    Okay.  And has Remnant ever transferred any**

16 **value, property to Dala Petroleum Corp.?**

17     A.    No, ma'am, they have not.

18     **Q.    On Gilmore Oil and Gas, has Remnant**

19 **money, property, or other value to that entity from**

20 **2018 to present?**

21     A.    Gilmore Oil and Gas, LP?

22     **Q.    Yes.**

23     A.    No, ma'am, they have not.

24     **Q.    Okay.  As Life Trends LTD, you previously stated**

25 **First Gray Corporation has an interest in that.  What is**

1 **entity?**

2     A.    It is a company that has not operated since

3 has no assets.  It is currently in the process of being

4 down.

5     **Q.    Okay.  So is it fair to say that Remnant has**

6 **transferred anything to that entity?**

7     A.    That is correct, ma'am.  No transfers have

8 to that entity.

9     **Q.    Do you know what Stitzel Corp. is?**

10    A.    Yes, ma'am.  Stitzel Corp. is the GP for RS

11 Limited.

12    **Q.    And has Remnant transferred any money, property,**

13 **other value since the beginning of 2018 to Stitzel Corp.?**

14    A.    Other than as I explained to the partner,

15 Resources, no, ma'am, it has not.

16    **Q.    Okay.  The list A through Z under Topic No. 2 is**

17 **same as the list under Topic No. 1?**

18    A.    Yes, ma'am.

19    **Q.    Thank you.  So we just talked about transfers**

20 **Remnant to these various persons and entities.  Topic 2**

21 **the same question but in the reverse.**

22    A.    Yes, ma'am.

23    **Q.    Whether any money, property, value has been**

24 **transferred from the persons or entities to Remnant.**

25    A.    Correct.  So contributions of either money,



NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1  or et cetera to the debtors.

2      Q.    Correct.  Have you, personally, contributed

3  property, or other values to the debtor since the

4  2018?

5      A.    I, personally, have not.  WS Oil and Gas Limited

6      Q.    What has WS Oil and Gas contributed?

7      A.    Since the present time, since 2016,

8  want to say just under a million dollars.

9      Q.    Was that all in cash?

10     A.    It was in cash and also deferred notes.

11     Q.    Were these deferred notes repayable to WS Oil

12  Gas?

13     A.    They were repayable to RS Resources and

14  and Gas Limited that were payable to myself, WS -- WS

15  Gas.

16     Q.    Okay.  So Gilmore Oil and Gas also contributed

17  deferred notes then?  Is that correct?

18     A.    Gilmore Oil and Gas has essentially just --

19  contributed cash to Remnant Oil Company since inception.

20     Q.    Do you know approximately how much?

21     A.    Yes, ma'am, approximately $7,000,000 in cash

22  formation.

23         MR. OLDHAM:  Was that in the form of a cash call

24  was that a promissory note?

25         THE DEPONENT:  Yes, sir, as a promissory note.

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1          **MR. OLDHAM:**  Okay.  Has the money been repaid?

2          **THE DEPONENT:**  No, sir, it has not.

3   **BY MS. HUNT:**

4          **Q.   Do you know when that money is due to be repaid?**

5          A.   No, ma'am.  I -- I don't know the answer to

6   Can I also add something?

7          **Q.   Yes.**

8          A.   I apologize.  He also added an additional

9   post-petition as a DIP provider via -- via Gilmore Oil and

10  on top of the contribution of $7,000,000.

11         **Q.   Okay.  You also mentioned RS Resources Limited.**

12  **that entity made contributions to Remnant?**

13         A.   Since inception, yes, ma'am.

14         **Q.   Do you know approximately how much?**

15         A.   Approximately $60,000.

16         **Q.   In what form?**

17         A.   Cash.  Well, pardon me, let me back up.  So

18  the formation, he contributed $400,000 which was a loan to

19  company.

20         **Q.   Has that been repaid?**

21         A.   No, ma'am, it has not.  But that note has been

22  assigned to myself, WS Oil and Gas.

23         **Q.   Okay.  So Remnant no longer has liability on**

24  **note?**

25         A.   It does -- it does to myself.  It has



NAEGELI                    (800)528-3335
DEPOSITION & TRIAL          NAEGELIUSA.COM

1  that note to WS Oil and Gas Limited which has not been

2  **Q.   Has Reed Gilmore, personally, other than through**

3  **Gilmore Oil and Gas, transferred money, property, or value**

4  **Remnant?**

5  A.   No, ma'am.

6  **Q.   Okay.  Has Robert Stitzel, personally,**

7  **anything to Remnant?**

8  A.   None except through RS Resources.

9  **Q.   Has Patrick Seale transferred money, property,**

10  **other value to Remnant?**

11  A.   No, ma'am, he has not.

12  **Q.   Has Britt Hirth transferred money, property,**

13  **value to Remnant?**

14  A.   Under "value," prior to his employment, he was a

15  consultant which was so as set forth in the SoFAS.  He

16  approximately $21,000.

17  **Q.   Do you know approximately when Britt Hirth**

18  **being a consultant to being an employee?**

19  A.   I don't have the exact date, but I would say

20  approximately late 2017.  And I'd like to also go back, my

21  apologies.  H. Patrick Seale, also, per the SoFAS, does

22  outstanding balance as well, which has not been paid back,

23  believe, in the amount of $120,000.

24  **Q.   Is that for his work as a consultant?**

25  A.   Yes, ma'am.


NAEGELI
DEPOSITION & TRIAL
(800)528-3335
NAEGELIUSA.COM

1    Q.   Okay.  Has David Richards transferred money,

2  property, or other value to Remnant?

3    A.   No, ma'am.

4    Q.   Okay.  Has Vicki Kay transferred money,

5  other value to Remnant?

6    A.   No, ma'am.

7    Q.   Has Victoria Stitzel transferred money,

8  other value to Remnant?

9    A.   No, ma'am.

10    Q.   Has Sarah Gray transferred money, property, or

11  value to Remnant?

12    A.   No, ma'am.

13    Q.   Has First Gray Corporation, as an individual

14  not through WS, transferred money, property, or value to

15  Remnant?

16    A.   No, ma'am.

17    Q.   Has Remnant Renewable Resources, LLC,

18  money, property, or other value to Remnant?

19    A.   No, ma'am.

20    Q.   Has Remnant Midstream Pipeline Company, LLC,

21  transferred money, property, or other value to Remnant?

22    A.   No, ma'am.

23    Q.   Has --

24        MR. OLDHAM:   Is there any other entity on here

25  has transferred money or property to Remnant?

```
 1              THE DEPONENT:  No, sir.

 2              MR. OLDHAM:  Okay.  That we haven't already

 3   about?

 4              THE DEPONENT:  Yes, sir.

 5              MR. OLDHAM:  Okay.

 6   BY MS. HUNT:

 7        Q.   Can you tell me why the $400,000 note was

 8   to WS Oil and Gas?

 9        A.   He was in default of payment.  RS Resources was

10   -- was in default of payment.

11              MR. OLDHAM:  Did you mean RS Resources was in --

12   that he was in default of payment to RS Resources?

13              THE DEPONENT:  That's correct; thus, RS

14   in default of payment to me.  So WS Oil and Gas assumed

15   note which I -- which has been restructured with the

16   BY MS. HUNT:

17        Q.   Do you know approximately how much Remnant

18   that note right now?

19        A.   On that particular note, $400,000.

20        Q.   Okay.  It's not accruing interest?

21        A.   No, ma'am, it's not.

22        Q.   Have you produced that note to Counsel?

23        A.   I cannot recall.

24        Q.   Has --

25              MS. SIMMONS:  It hasn't been produced, but it
```



1  called for in production.  You can -- you -- if you make a

2  request for the production, we can try to find it.

3        **MS. HUNT:**  Okay.

4        **MS. SIMMONS:**  If anybody asks for it.

5        **MR. BRINKMAN:**  Can you produce that?

6        **MS. SIMMONS:**  I, just -- I assume we can find

7  I'll make a note to --

8        **MR. BRINKMAN:**  Yes.

9        **MS. SIMMONS:**  -- follow up.

10 **BY MS. HUNT:**

11       **Q.   Okay.  Number 3 is the Debtors' relationship**

12 **various entities.  Does First Gray Corporation have any**

13 **relationship with Remnant other than the fact that you own**

14 **of them?**

15       A.   No, it does not.

16       **Q.   Is the same true for WS Oil and Gas?**

17       A.   Same for -- yes -- yes -- I'm sorry, one more

18 Can you please repeat the question?

19       **Q.   Sure.  Other than the fact that you own or**

20 **ownership interest in both Remnant and WS Oil and Gas,**

21 **any other relationship between those entities?**

22       A.   No, no.

23       **Q.   Are there any --**

24       **MR. OLDHAM:**  Can I request for clarification.

25 Relationship between the two entities with what do we



```
 1              MS. HUNT:  Common ownership or control.
 2   I was referring to with that question.
 3              MR. OLDHAM:  Okay.
 4   BY MS. HUNT:
 5       Q.   Are there any shared liabilities between Remnant
 6   WS Oil and Gas?
 7       A.   Yes, ma'am, there are shared liability.
 8       Q.   To whom are those liabilities owed?
 9       A.   To First Capital Bank, 3-2-1 Partners, and
10   Services.
11       Q.   Does First Gray Corporation have any common
12   with Remnant?
13       A.   No, ma'am, other than through WS Oil and Gas
14       Q.   Okay.  Are there any assets that are owned
15   Remnant and First Gray Corporation?
16       A.   No, ma'am, there are not.
17       Q.   How about WS Oil and Gas?
18       A.   No, ma'am, there are not.
19       Q.   Okay.  Does WS Oil and Gas have a guarantee on
20   Remnant's debt with First Capital?
21       A.   Yes, ma'am, we do.
22       Q.   And was that a guarantee on 3-2-1 Partners,
23       A.   Yes, ma'am.  It's a personal guarantee, correct.
24              MR. OLDHAM:  Personal guarantee with Will
25   WS, or with First Gray?
```



 1        **THE DEPONENT:**  It's with Will Gray and WS Oil

 2   Limited.  Yes, sir.

 3   **BY MS. HUNT:**

 4        **Q.   Did any other entity guarantee Remnant's debts?**

 5        A.   Yes, they did.

 6        **Q.   What entities are those?**

 7        A.   Gilmore Oil and Gas and Reed Gilmore

 8   First Capital Bank.  Also Reed Gilmore and Gilmore Oil and

 9   with Cargill.  And those are his only two.  And then RS

10   Resources and Bob Stitzel is with First Capital Bank and

11   is all.

12        **Q.   Did any other person or entity guarantee the 3-**

13   **Partners debt?**

14        A.   I, myself, was the only partner that

15   -- that particular note.

16        **Q.   Okay.**

17        **MR. OLDHAM:**  Is there any co-debts on Schedule H

18   need to be admitted, in other words 3-2-1 Partners, co-

19   or Remnant Oil Operating?  So just the two remnant Oil

20   are just the two debtors?  Those are the only two liable

21   2-1 Partners?

22        **THE DEPONENT:**  And it should have been

23   should be amended.  Yes, sir.

24        **MR. OLDHAM:**  Okay.

25   **BY MS. HUNT:**

1    **Q.    Have you, personally, guaranteed any other debts**

2    **Remnant?**

3        A.    No, ma'am, I have not.

4    **Q.    Has WS Oil and Gas guaranteed any other debts of**

5    **Remnant?**

6        A.    Other than what I have spoken of, no, ma'am, I

7    not.

8    **Q.    Okay.  If you review the list here D through P**

9    **we already discussed Q, are there any of those entities**

10   **have shared liability with Remnant?**

11       A.    No, ma'am, they do not.

12   **Q.    Do you know who is liable with Remnant to**

13       A.    Yes, ma'am.  In the judgment that was filed,

14   WS Oil and Gas Limited.  I think -- and I do think that

15   were other entities named within that, but I do -- I

16   recall all of the specific entities.

17   **Q.    Okay.**

18       **MR. OLDHAM:**  And I see that the document has

19   produced, the agreed judgment.  The entities are listed on

20   agreed judgment.

21       **MS. HUNT:**  Yeah.  I believe at least two of D,

22   F are included on that debt.

23       **MR. OLDHAM:**  Excuse me?

24       **MS. HUNT:**  Two have been.  I believe at least

25   D, E, and F are included on the Kodiak debt, but we have

1  documents.

2          **MR. OLDHAM:**  Okay.  Let's take a break?

3          **COUNSEL:**  Yeah.  Take a break.

4          **THE REPORTER:**  We're off the record.

5          **(WHEREUPON, a recess was taken.)**

6          **THE REPORTER:**  We are on the record.

7  **BY MS. HUNT:**

8      **Q.**   **Okay.  We are, I think, almost finished with**

9  **No. 3, but one last thing.  If you look at sub D through**

10 **are there any of those entities that have any shared**

11 **with Remnant?**

12     A.   No, ma'am.  No shared assets.

13     **Q.**   **Topic No. 4 is "Statements made in the**

14 **E. Willard Gray, II, in support of Chapter 11 Petitions**

15 **First Day Pleadings."  I am going to hand you that**

16          **(WHEREUPON, Exhibit 2 was marked for**

17         **MS. HUNT:**  And will you mark that as Exhibit 2

18 please?  Thank you.

19 **BY MS. HUNT:**

20     **Q.**   **Can you please turn to page number 22 which is**

21 **last page.  Is that your signature?**

22     A.   Yes, ma'am, it is.

23     **Q.**   **Please turn to page 3.  In paragraph number 6,**

24 **last sentence reads, "The remaining 45 wells in the Non-**

25 **Properties are scattered wells, many of which will be**

 1  for potential divestiture at a future date."  Did I read

 2  correctly?

 3        A.    That is -- yes.

 4        Q.    Can you explain what you mean by "evaluated"

 5  sentence?

 6        A.    So "evaluation" could mean a multitude of

 7  things.  Can you kind of further expound on that what

 8  what you're trying to -- what you really want to know

 9        Q.    I'm wondering how Remnant is trying to

10  wells and what markers it might be looking for in order to

11  determine whether or not to divest at a future date.

12        A.    These are a lot of stranded wells that are one-

13  So essentially trying to locate off-set operators that

14  want to acquire them for P and A liability, or could we go

15  on geological perspective and go back up and find oil they

16  "behind pipe."

17        Q.    So does that mean that Remnant definitely

18  get rid of them but just doesn't know how?

19        A.    No, ma'am.  It means that we will evaluate

20  potential divestiture at a later date.

21        Q.    Is that something that you would do in-house or

22  something you would hire someone else to do?

23        A.    Those particular wells, we would probably

24        Q.    Do you --

25            MR. OLDHAM:  So what's -- what's the hold --

1  What's the hold up?

2          THE DEPONENT:  The hold up on that was to --

3  understand what the Caprock bids were.

4          MR. OLDHAM:  You can't dual-track them?

5          THE DEPONENT:  We wanted to keep a lot of

6  to reorganize around.

7          MR. OLDHAM:  Okay.  It says "evaluated for

8  divestiture at a future date."  Have they been evaluated?

9          THE DEPONENT:  No, sir, they have not.  Some --

10 pardon me, some have and some have not.

11         MR. OLDHAM:  How many?

12         THE DEPONENT:  I'd say five.

13         MR. OLDHAM:  Five of the 45?

14         THE DEPONENT:  Yes, sir.

15         MR. OLDHAM:  Okay.  So the other 40 are waiting

16 --

17         THE DEPONENT:  Waiting on to determine what

18 outcome of the -- the Caprock marketing process.

19         MR. OLDHAM:  Has that run its course?

20         THE DEPONENT:  Yes, sir, it has.

21         MR. OLDHAM:  Okay.  So what as the outcome?

22         THE DEPONENT:  The outcome was no bids were

23 on the Caprock Asset.  An offer was submitted past the

24 from Mr. Bill Briscoe.

25         MR. OLDHAM:  Okay.  So now that we're past that



```
 1  point, can they be evaluated now?

 2           THE DEPONENT:  Yes, sir.

 3           MR. OLDHAM:  Okay.  Who's going to do that?

 4           THE DEPONENT:  I would like to confer with the

 5  Creditor's Committee.  There are two firms that we'd

 6  utilize to actually mark it a number of assets that go

 7  the 45 wells.

 8           MR. OLDHAM:  Okay.  Have you reached out to the

 9  Committee to consult with them about that?

10           THE DEPONENT:  That was part of what I like to

11  spoke with counsel on that this morning to do that

12           MR. OLDHAM:  I'm sorry, so that's a yes?

13           THE DEPONENT:  Yes.

14           MR. OLDHAM:  Okay.  So you've conferred with

15  counsel, or with the committee?

16           THE DEPONENT:  With my counsel.

17           MR. OLDHAM:  Okay.

18           MS. SIMMONS:  Just be careful you're not

19  any kind of privileged information.

20           THE DEPONENT:  Mm-hmm.

21           MR. OLDHAM:  Okay.  Sorry, go ahead.

22  BY MS. HUNT:

23      Q.   Do you have an idea of how much it's going to

24  get those remaining wells evaluated?

25      A.   I do not.  No.
```



1    Q.   As you sit here right now, do you know the names

2   those two firms that you were considering for marketing

3   assets?

4    A.   Yes.

5    Q.   What are those names?

6    A.   PLS -- it was formerly known as PLS.  I don't

7   the -- the new name.

8        MR. HAMM:  AEG.

9        THE DEPONENT:  It's -- it's changed.  And

10  Energy Net.

11       COUNSEL:  Mr. Hamm, did you say A-G-E?

12       MR. HAMM:  I think it's AEG.

13       COUNSEL:  AEG.  Thank you.

14  BY MS. HUNT:

15   Q.   Okay.  In paragraph 7, still on page 3, you

16  "Remnant owns wind rights valued at $4,000,000 and water

17  valued at $3,000,000."  Who did those valuations?

18   A.   The wind rights were internal valuations and the

19  water rights were also internal valuations.

20   Q.   Can you explain how you got to those numbers?

21   A.   Based upon market -- market pricing.

22   Q.   So did someone at Remnant go out and look at

23  wind rights and water rights that were available?

24   A.   On the wind, no; on the water, yes.

25   Q.   How was market pricing for wind rights

**NAEGELI**
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1      A.    Essentially, we looked at the potential for the

2   turbines to be placed on the assets over the life period

3   lease of 34 years.

4      **Q.    Do you have a copy of the lease, the lease**

5   **just talked about?**

6      A.    Yes.

7      **Q.    Okay.**

8          **MS. HUNT:**  Has that been provided.

9          **MS. SIMMONS:**  Yes.

10         **MS. HUNT:**  Okay.  Do you happen to know in

11   it was because I didn't see it.

12         **MS. SIMMONS:**  It would be in the first batch.

13         **MR. OLDHAM:**  ROC-1365 through -- those are Bates

14   Numbers for the record -- ROC-1395.

15         **MS. HUNT:**  I'm not sure why I missed that.

16   you.

17         **MS. SIMMONS:**  Can we go off the record for

18   second?

19         **(WHEREUPON, a recess was taken.)**

20         **THE REPORTER:**  We are on the record.

21   BY MS. HUNT:

22      **Q.    You stated the term of the lease is 34 years; is**

23   **correct?**

24      A.    That's correct.

25      **Q.    So I'm reading from ROC-1369 which is page 5**



19-70106-smr Doc#232-1 Filed 11/27/19 Entered 11/27/19 11:01:45 Exhibit Deposition Page 50
Everett Gray, II          October 23, 2019   NDT Assgb #32197-1

Transcript of Everett Willard Gray - II Pg 50 of 375

1    **lease. It says, "The term of this lease begins on the**

2    **effective date and terminates upon the earlier of: a)**

3    **after the effective date, or b) the date the lease is**

4    **terminated as permitted herein or by operations law." Was**

5    **lease executed six years ago?**

6       A.   No, it was not.

7       **Q.   Okay. Is there any sort of amendment to this**

8    **that would affect the term?**

9       A.   No.

10       **Q.   Okay. So as far as you know, the term is 40**

11       A.   It would be what's stated in the document.

12       **Q.   Okay.**

13       **MR. OLDHAM:**  Which document?

14       **THE DEPONENT:**  In the --

15       **MR. OLDHAM:**  The -- the declaration or the

16    lease?

17       **THE DEPONENT:**  In the actual lease.

18       **MR. OLDHAM:**  How did you get 34 years?

19       **THE DEPONENT:**  I -- that was -- that was

20    what it was.

21    **BY MS. HUNT:**

22       **Q.   It appears to me that this lease was executed in**

23    **approximately January 2019. Does that sound right to you?**

24       A.   Yes, ma'am.

25       **Q.   Okay. In paragraph 7 of your declaration, you**



1   about "minimum royalty payments for over 30 years."  Do

2   know what those royalty payments are?  Are they a

3   Are they a fixed number?

4        A.    It was a fixed number that escalated based on

5   number of acres under the lease.

6        Q.    Just for clarity, you talk about two different

7   leases.  Is that true for both of them?

8        A.    That's correct.  To my knowledge, correct.

9             MS. SIMMONS:  Let the record reflect, Mr. Gray

10  not have a copy of the wind lease in front of him.

11  BY MS. HUNT:

12       Q.    At the end of this paragraph 7 of your

13  you state that the net present value was approximately

14  $4,000,000.  Do you know how you got to that number?

15       A.    Deriving the number of the minimum royalty

16  that was described in the wind lease over the life of

17  life of the property.

18            MR. OLDHAM:  How much in royalty of wind rights?

19            THE DEPONENT:  Currently, right now, nothing.

20            MR. OLDHAM:  So you anticipate that number going

21            THE DEPONENT:  So right now, yes, sir.

22            MR. OLDHAM:  All right.

23  BY MS. HUNT:

24       Q.    When do you anticipate that number going up?

25       A.    Payments will begin in Q3 of 2020.



 1      Q.    Okay.  Is that based on any conditions, or is

 2  fixed date?

 3      A.    It's based on -- there are conditions.

 4      Q.    Do you know what the conditions are?

 5      A.    That is out of the scope of my knowledge.  It

 6  been verbally communicated to me by EDF.  That's when --

 7  when they think they will have their first phase

 8      Q.    So Remnant receiving royalty payments is

 9  upon construction of some kind?

10      A.    Correct.  Construction is underway right now.

11      Q.    Okay.

12      A.    The transmission line is being laid.

13      Q.    Do actual wind turbines need to be on Remnant

14  property before Remnant receives royalties?

15      A.    Yes.  I need to clarify that.  No, because there

16  minimum royalties even if there's no turbines placed on

17  property.

18      Q.    This value of $4,000,000, was that calculated

19  assuming that there would be turbines on the property?

20      A.    No, ma'am.  I believe that was calculated

21  no turbines on the property.

22      Q.    So do you believe this to be a base number, this

23  $4,000,000?

24      A.    To the best of my knowledge.

25          MR. OLDHAM:  And the minimum payments, when do



NAEGELI
DEPOSITION & TRIAL          (800)528-3335
                            NAEGELIUSA.COM

 1  begin?

 2          THE DEPONENT:  They begin -- the first set will

 3  begin, again from as previously stated, from what we've

 4  told by EDF, in sometime in Q3 of 2020.

 5          MR. OLDHAM:  I thought you said the construction

 6  supposed to be completed by Q3 of 2020.

 7          THE DEPONENT:  The payments will kick in when

 8  turbines are --

 9          MR. OLDHAM:  And -- and I believe her question

10  correct me if I'm wrong -- was that are there minimum

11  that you would receive if there are no turbines?

12          THE DEPONENT:  Yes, sir.  Yeah, I -- I -- I

13  said that there's -- regardless if they put turbines on

14  property, we would still receive minimum payments that are

15  forth in the document.

16          MR. OLDHAM:  And that's what aggregates to the

17  $4,000,000?

18          THE DEPONENT:  That's correct, yes, sir.

19          MR. OLDHAM:  Okay.  So if they're constructing

20  turbines on the property, the number is going to be

21  significantly higher than that; right?

22          THE DEPONENT:  It could be, yes, sir.

23          MR. OLDHAM:  Okay.  Why did you use a figure

24  the fact that they can never put -- or never build

25  Remnant property?

 1          **THE DEPONENT:**  Because we -- we didn't know if

 2    would or not.

 3          **MR. OLDHAM:**  And the -- the minimum monthly

 4    that start at Q3 that we've been referencing in the

 5    declaration, are those written into the actual lease

 6          **THE DEPONENT:**  Yes, sir, they are.

 7          **MR. OLDHAM:**  Okay.  And you said there were

 8    agreements?

 9          **THE DEPONENT:**  Yes, sir.

10          **MR. OLDHAM:**  Okay.  I've only seen one of

11    one that counsel has been reading from.  Is the other

12    how are they different?

13          **THE DEPONENT:**  The original one is -- was

14    believe, in late September.

15          **MR. OLDHAM:**  Okay.

16          **THE DEPONENT:**  And then additional -- yeah, so

17    - that's how.

18          **MR. OLDHAM:**  Okay.  And this is -- part of

19    just a term of art in the legal industry.  When we say

20    "amended" in the legal industry, we're referring back to

21    same lease as opposed to two leases.

22          **THE DEPONENT:**  That's correct.  They took one

23    and divided it into two.

24          **MR. OLDHAM:**  Okay.  When was that?

25          **THE DEPONENT:**  That was approximately in



1 this year, of 2019.

2          **MR. OLDHAM:**  Okay.  They "they" pronoun used

3 sentence, you is it?  EDF?

4          **THE DEPONENT:**  EDF.  Yes, sir.

5          **MR. OLDHAM:**  Okay.  So two different leases with

6 They took one lease that you had pre-petition and split it

7 September of this year?

8          **THE DEPONENT:**  That's correct.  Yes, sir.

9          **MR. OLDHAM:**  Does that change the valuation of

10 $3,000,000, or $4,000,000?

11          **THE DEPONENT:**  No.  It's -- it's still a

12 I don't -- that I -- I -- I, honestly, cannot give a

13 whether it's going to be higher than that.

14          **MR. OLDHAM:**  Okay.  But you know it's not

15 any lower than that.

16          **THE DEPONENT:**  Right.  It's the -- the minimum

17 royalty payment stayed the same.

18          **MR. OLDHAM:**  Okay.  So what was the basis for

19 offering $100,000?

20          **THE DEPONENT:**  I can't answer that.

21          **MR. OLDHAM:**  Okay.  And just for the record, I

22 I'm cutting in because I'm trying to save us some time

23 having to bring up irrelevant stuff; is that okay?

24          **MR. BRINKMAN:**  Can produce those two amended

25          **THE DEPONENT:**  Oh, yes, yes, sir.

 1          **MS. SIMMONS:**  To the extent they haven't already

 2  produced.

 3  **BY MS. HUNT:**

 4      **Q.   Okay.  I want to just clarify a couple of**

 5  **This declaration is dated July 16, 2019, which you can**

 6  **by turning to page 22 if you wish.  And in --**

 7      A.   Yes, ma'am.

 8      **Q.   -- in July, you say Remnant -- I'm reading from**

 9  **paragraph 7.**

10      A.   Mm-hmm.

11      **Q.   Second sentence:  Remnant Company executed a**

12  **lease with EDF Renewables Development, Inc., ("EDF") on**

13  **December 11, 2018 for approximately 960 acres.  A separate**

14  **lease was executed with EDF that same day -- date,**

15  **day -- for an additional approximately 3,190 acres.**

16      A.   My prior statement was incorrect.

17      **Q.   Okay.**

18      A.   From counsel inquiring if -- if it was one lease

19  was then segregated into two.  There were two leases pre-

20  petition.

21      **Q.   Okay.**

22      A.   In September of this year, of '19, they just

23  still kept two leases but just broke out the acreage

24  differently.

25      **Q.   So the two leases cover the same acres now as**

1  **did pre-petition.  They were just re-written.**

2      A.    That's correct.

3      **Q.    Okay.**

4           **MR. OLDHAM:**  Why were they re-written?

5           **THE DEPONENT:**  To the best of my knowledge, it

6  re-written -- EDF had sold the project to Tucson Electric,

7  and, basically, it was -- they wanted to include a larger

8  portion of one of the leases within what they call their

9  I.

10          **MR. OLDHAM:**  I got you.

11          **THE DEPONENT:**  Can I have one minute, please, to

12 speak with my counsel?

13          **MS. HUNT:**  Yes, let's go off the record.

14          **(WHEREUPON, a recess was taken.)**

15          **THE REPORTER:**  We are on the record.

16          **THE DEPONENT:**  I did want to expound on my -- on

17 on the wind rights because I don't believe -- we've

18 the documents I believe, but we also have -- so,

19 when you start to calculate the minimum annual royalty, so

20 look at these two leases.

21          One thing also that we have is not an actual

22 but Remnant also owns 50 percent interest in approximately

23 acres as well that's adjacent to these assets.  Now,

24 lease because we're not the executor of those lease --

25 wind rights like we are with these particular leases.

1            So whenever we bought assets from Legacy

2    the Caprock Assets that were effective April 1 of 2017, we

3    assigned, of course, the surface, and, you know, and the

4    They had essentially retained a 50 percent wind right on

5    surface they had sold -- sold to a group called Limestone

6    Livestock.

7            So, again, there's no actual lease, but -- so,

8    essentially it's a -- we have a 50 percent royalty in that

9    acreage.  I just wanted to make sure that that everyone

10   understood that.  So when we start, you know, to calculate

11   everything, that's how -- that's part of the asset base.

12           **MR. OLDHAM:**  Is that listed somewhere on the

13   schedules?

14           **THE DEPONENT:**  I don't know the answer to that.

15           **MR. OLDHAM:**  Okay.  But you consider it an

16   right?

17           **THE DEPONENT:**  Oh, yes, sir.

18           **MR. OLDHAM:**  Okay.  What's the royalty on that?

19           **THE DEPONENT:**  It was -- it's inclusive of the

20   the $4,000,000 valuation.

21           **MR. OLDHAM:**  Of the wind rights, or of the

22           **THE DEPONENT:**  Of the wind rights.

23           **MR. OLDHAM:**  Okay.

24           **MR. HAMM:**  So would it be fair to characterize

25   as that Remnant Oil Company owns 50 percent royalty and

 1  additional wind right acreage that is owned by Legacy?

 2          **THE DEPONENT:**  That is owned by Limestone.

 3          **MR. HAMM:**  Owned by Limestone.

 4          **THE DEPONENT:**  Conveyed by Legacy.

 5          **MR. OLDHAM:**  And you said that's part of the

 6  $4,000,000 valuation?

 7          **THE DEPONENT:**  Yes, sir.  Correct.

 8          **MR. OLDHAM:**  Okay.  This is -- part of this is

 9  confusion about the oil industry.  Previously, it was my

10  understanding that you said the $4,000,000 valuation was

11  on minimum monthly payments that begin Q3 of next year

12  next 40 years, the terms of which are all written in the

13  that were produced.

14          **THE DEPONENT:**  Right.

15          **MR. OLDHAM:**  Or in the leases that were

16          **THE DEPONENT:**  Right.

17          **MR. OLDHAM:**  If it's based on the minimum

18  payments, how does this additional 50 percent royalty

19  calculate into that number?

20          **THE DEPONENT:**  We are just looking at the

21  using the same calculations that our lease stipulated.

22          **MR. OLDHAM:**  When you say "we," you mean the

23          **THE DEPONENT:**  Yes, sir.

24          **MR. OLDHAM:**  Okay.  So and those are not

25  the two leases?

1        **THE DEPONENT:**  That is correct.  Yes, sir.

2        **MR. OLDHAM:**  Okay.

3        **MR. HAMM:**  And Limestone owns the executive

4   for the additional acreage?

5        **THE DEPONENT:**  Yes, sir, they do.

6        **MR. OLDHAM:**  So did I misstate your prior

7   when I say the $4,000,000 is based on minimum monthly

8   that begin Q3 of 2020 and they run for 40 years?

9        **THE DEPONENT:**  It's based upon the -- all of the

10  all of the wind assets that the debtors own.

11       **MR. OLDHAM:**  Okay.  So the minimum monthly

12  and something else, the 50 percent royalty.

13       **THE DEPONENT:**  Well, that's -- that's

14  the minimum.  So -- so essentially, if they put 0 wind

15  on any of the -- the wind rights that we own, then -- then

16  we're subject to minimum royalty payments.

17       **MR. OLDHAM:**  Okay.  Do you list royalty payments

18  the 50 percent that you just described?

19       **THE DEPONENT:**  That's correct.  Yes, sir.

20       **MR. OLDHAM:**  Okay.  But that's not listed in the

21  leases.

22       **THE DEPONENT:**  No, sir, it's not.

23       **MR. OLDHAM:**  Okay.  Who pays that?

24       **THE DEPONENT:**  That's be -- that'll be paid

25  by EDF or whoever operates the -- the -- the wind farm.



1           **MR. OLDHAM:**  So --

2           **THE DEPONENT:**  It will not -- it will not be

3    Limestone.

4           **MR. OLDHAM:**  So is there an actual lease for

5           **THE DEPONENT:**  We don't have a copy of that, but

6    there is a -- there is a lease.

7           **MR. OLDHAM:**  Who is it with?

8           **THE DEPONENT:**  Limestone and EDF.

9           **MR. OLDHAM:**  Okay.

10          **MR. HAMM:**  Is this TEP taking over that

11          **THE DEPONENT:**  I don't know the answer to that.

12          **MR. HAMM:**  Okay.

13          **MR. OLDHAM:**  And so the $4,000,000 valuation

14   on the minimum monthly payments under the two leases

15   talked about that you all produced.  What is that

16          **THE DEPONENT:**  I -- I don't know off the top

17   head.

18          **MR. OLDHAM:**  When you put the declaration

19   what did you do to come up with that number?

20          **THE DEPONENT:**  We used the two leases in

21   the 50 percent wind rights that we do not have a lease

22   determine that valuation.

23          **MR. OLDHAM:**  Okay.  What are the minimum monthly

24   payments for that 50 percent?

25          **THE DEPONENT:**  I don't know the answer to that



1  the top of my head.

2        **MR. OLDHAM:**  Can you give me a general number?

3        **THE DEPONENT:**  I really can't answer that.

4        **MR. OLDHAM:**  Do you -- do you know when they

5        **THE DEPONENT:**  They start upon the completion of

6  Phase I.

7        **MR. OLDHAM:**  Okay.  When is that?

8        **THE DEPONENT:**  Approximately Q3 of 2020 from

9  I've been verbally told by EDF.

10       **MR. OLDHAM:**  Okay.  What -- what's the

11 we could look at to see what interests the debtors have?

12       **THE DEPONENT:**  The assignment and bill of sale

13 was effectuated April 1st of 2017 from Legacy Reserves.

14       **MR. OLDHAM:**  Okay.

15       **THE DEPONENT:**  In addition to the conveyance

16 that Legacy executed with Limestone.

17       **MR. OLDHAM:**  Okay.  And is -- how is EDF a party

18 those documents?

19       **THE DEPONENT:**  They're not party to either of

20 two of those documents.

21       **MR. OLDHAM:**  All right.  So and we'd also need

22 whatever lease agreement is between EDF and --

23       **THE DEPONENT:**  And Limestone.

24       **MR. OLDHAM:**  -- Limestone; correct?

25       **THE DEPONENT:**  And we do not have a copy of



NAEGELI
DEPOSITION & TRIAL        (800)528-3335
NAEGELIUSA.COM

1     **MR. OLDHAM:**  Can you --

2         **THE DEPONENT:**  I was told verbally that they

3   was the exact same lease.  And we will request a copy of

4         **MR. OLDHAM:**  Okay.  The exact same lease as to

5   to what?  As these two?  I don't mean exact same lease,

6         **THE DEPONENT:**  Right, we will --

7         **MR. OLDHAM:**  -- are they the same terms?

8         **THE DEPONENT:**  I will ask for it.  Yes, sir.

9   ask for -- for the lease that -- that Limestone executed.

10        **MR. OLDHAM:**  Okay.  Of the $4,000,000, how

11  attributed to that 50 percent?

12        **THE DEPONENT:**  I don't know off the top of my

13        **MR. OLDHAM:**  What would you need to take a

14        **THE DEPONENT:**  Sit down with two of my business

15  partners just to -- to run the math on that.

16        **MR. OLDHAM:**  Okay.  And --

17        **THE DEPONENT:**  It's been a while since we --

18  did that math.

19        **MR. OLDHAM:**  Okay.  And $4,000,000 is a general

20  number.  I'm just --

21        **THE DEPONENT:**  Yes, sir.

22        **MR. OLDHAM:**  -- I'm trying -- I'm trying to say,

23  okay, is it third, third, third?  Is it, here's 50 percent

24  this --

25        **THE DEPONENT:**  No, sir.  It's -- it's -- it's



1  it's -- it's different based upon, you know -- of course

2  have a 75 percent royalty on the two leases.  So there

3  -- so there would be more inherent value on -- plus it's a

4  larger acreage span.  So when you start trying to break

5  know, like -- like you had mentioned a third, third, third

6          **MR. OLDHAM:**  Mm-hmm.

7          **THE DEPONENT:**  -- it would be different

8  for each lease and for the 50 percent wind rights.

9          **MR. OLDHAM:**  Okay.  And you don't know for that

10  -- the 50 percent wind rights if there is a lease; right?

11          **THE DEPONENT:**  I know there is a lease.

12          **MR. OLDHAM:**  You do?

13          **THE DEPONENT:**  Yes, sir.  That's been confirmed

14  verbally by EDF.

15          **MR. OLDHAM:**  Okay.  And do you not have a copy

16          **THE DEPONENT:**  No, sir, I do not.

17          **MR. OLDHAM:**  Okay.  When you put together the

18  $4,000,000 number in the declaration, I presume you had

19  with EDF?

20          **THE DEPONENT:**  Yes, sir.

21          **MR. OLDHAM:**  How were you able to -- was it a

22  year-lease just like these, or was it a different term?

23          **THE DEPONENT:**  It was, she said, the exact lease

24  we executed.

25          **MR. OLDHAM:**  Okay.  And "she" being who?

```
 1            THE DEPONENT:  Sela Maceda.

 2            MR. OLDHAM:  And she is at EDF?

 3            THE DEPONENT:  Yes, sir.

 4            MR. OLDHAM:  Okay.  Do you know if they will

 5  a copy of the lease if you asked for it?

 6            THE DEPONENT:  I can't answer that question.

 7            MR. OLDHAM:  Will you agree to ask for it?

 8            THE DEPONENT:  Yes, sir.

 9  BY MS. HUNT:

10       Q.   When you were referring to Limestone, do you

11  actual legal name of that company at all?

12       A.   No.

13       Q.   Okay.  And I know you said this but I missed it.

14  50 percent royalty, approximately how many acres?

15       A.   Approximately 1200 plus or minus.

16       Q.   Okay.

17       A.   And, again, that's my best guess off the top

18  head.

19       Q.   Okay.  In terms of the royalty payments, you

20  believe that they will start Q3 2020.  Will they

21  set number of years, for the term of the lease, or do

22  how long they will continue for?

23       A.   The way we had -- pardon me.  The way the

24  have interpreted that is that it would -- it would

25  until the termination of the lease.
```

1      Q.    Okay.  I have turned to page 4 of your

2  Can you go there with me?

3      A.    Yes, ma'am.

4      Q.    In paragraph 8, you discuss water rights.  The

5  sentence starts, "A third party hydrologist."  Do you know

6  that was or what company they were affiliated with?

7      A.    John Shoemaker and Associates also known as

8      Q.    What -- do you know when John Shoemaker and

9  Associates assumed 40-plus years of water saturation?

10     A.    I can't recall.  I'd say, my best guess would be

11  2018.

12     Q.    Were they hired by Remnant?

13     A.    Yes.

14     Q.    At the end of this paragraph, you give a

15  the water licenses of approximately $3,000,000.  Can you

16  me how you got to that number?

17     A.    Yes, ma'am.  There is two methodologies to that.

18  was looking at a -- on a per-acre foot basis appraisal

19  water rights go for within southeastern New Mexico.

20  Additionally, on the ability to sell fresh water on an

21  basis as opposed to selling the water rights outright.

22     Q.    When you say "the ability to sell fresh water on

23  ongoing basis," is there a concern about a lack of

24  the fresh water?

25     A.    In New Mexico, yes.  Pardon me.  There is not

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1  of concern.  Fresh water is in great demand because of the

2  and gas industry within southeastern New Mexico.

3       Q.   Okay.  So it was just taking into account --

4       A.   The two different --

5       Q.   -- what profit you would make from the two

6  lands, I guess?

7       A.   Yes, ma'am.  It would be based upon the two

8  methodologies.

9            MR. OLDHAM:  How do those licenses work?

10            THE DEPONENT:  They work in perpetuity as long

11  what they call beneficial water rights are produced.

12            MR. OLDHAM:  Okay.  So as long as you're using

13  water, do you continue to use it?

14            THE DEPONENT:  Yes, sir.

15            MR. BRINKMAN:  Are you continuing to use it?

16            THE DEPONENT:  Currently, right now, we are not

17  utilizing it at all.  But we have an -- we have an

18  with the OSE, which is the Office of State Engineers,

19  us -- giving us additional time, I believe, to 2022 to put

20  water to beneficial use.

21            MR. OLDHAM:  Do you have the ability to put it

22  use?

23            THE DEPONENT:  Yes, sir.

24            MR. OLDHAM:  How?

25            THE DEPONENT:  One is injecting it into the oil



1  formation at Caprock, the Rock Queen unit.  Another is

2  it commercially.

3          **MR. OLDHAM:**  I'm sorry, my question is much

4  than that.  I'm just wondering how you get it out of the

5  ground.

6          **THE DEPONENT:**  A buyer would need to lay a

7  to -- to our particular water field.

8          **MR. OLDHAM:**  Okay.

9          **THE DEPONENT:**  There is -- there are two

10 water -- freshwater lines that do come off the Caprock.

11 are located in close proximity to our water rights, the

12 debtors' water rights.

13         **MR. OLDHAM:**  Okay.  If you were running that

14 across other people's property, presumably you would

15 pay them for an easement, too; correct?

16         **THE DEPONENT:**  That --

17         **MR. OLDHAM:**  If you're using it outside of the

18 Caprock.

19         **THE DEPONENT:**  Yes, sir.  That is correct, you

20 have to negotiate surface use agreements.

21         **MR. OLDHAM:**  Okay.

22         **THE DEPONENT:**  The -- the vast majority of the

23 landowners are within this area.

24         **MR. OLDHAM:**  The third-party engineers, the

25 of the evaluation, JSA and Associates -- I don't

1  his name is?

2          THE DEPONENT:  The valuation was not derived

3  JSAI.

4          MR. OLDHAM:  How did you get to that number?

5          THE DEPONENT:  It was based upon two

6  One was on a per-acre foot basis what you could sell,

7  water rights, water we can sell to New Mexico as well as a

8  potential cash flow to sell to a third-party.

9          MR. OLDHAM:  Okay.  Did you take into account

10 if selling to a third party -- how did you -- how do you

11 the water that you sell to the third party?

12         THE DEPONENT:  Determining the -- what the

13 market environment dictates in different areas within

14 southeastern New Mexico, and also -- and further

15 within our particular area.

16         MR. OLDHAM:  Okay.  So how did you do that?

17 the methodology?

18         THE DEPONENT:  Was discussing with potential

19 what they would pay.

20         MR. OLDHAM:  Did you have certain buyers in

21         THE DEPONENT:  Yes, sir.

22         MR. OLDHAM:  Who were they?

23         THE DEPONENT:  Caprock Water and Select Energy

24 Services.

25         MR. OLDHAM:  Okay.



1          **THE DEPONENT:**  And Westall Operating.

2          **MR. OLDHAM:**  Okay.  How did they plan to get the

3   water?

4          **THE DEPONENT:**  From the Caprock -- pardon me.

5   Caprock Water and Westall Operating, to my knowledge,

6   from the Caprock.  Select Energy Services does not have

7   lines in the Caprock.

8          **MR. OLDHAM:**  Okay.  So if they currently get

9   the Caprock, why would they even come to you to buy it?

10         **THE DEPONENT:**  For the necessity.  Because

11  more water.

12         **MR. OLDHAM:**  Okay.  So they have their own

13  but if they're expanding then they would get it elsewhere.

14         **THE DEPONENT:**  They need to grow their -- their

15  -- from my understanding, their business is growing, the

16  for water is growing; therefore, they need more water.

17         **MR. OLDHAM:**  All right.  But why can't they just

18  get it, so to speak?

19         **THE DEPONENT:**  You cannot -- it's very difficult

20  - to expand your beneficial use.

21         **MR. OLDHAM:**  I got you.  So they would have to

22  elsewhere -- assuming they're not able to just get a

23  for additional barrels of water per day, they would have

24  elsewhere to purchase it; right?

25         **THE DEPONENT:**  That is my understanding.  But,

1  I'm not a water expert, so --

2          **MR. OLDHAM:** But you --

3          **THE DEPONENT:** -- to the best -- to the best

4  knowledge, that's correct.

5          **MR. OLDHAM:** Right. But you are the guy that

6  the declaration that said it was worth $3,000,000.

7          **THE DEPONENT:** Yes, sir. You're correct.

8          **MR. OLDHAM:** And I'm just wondering, I'm just

9  to glean what your understanding is of how that water is

10 $3,000,000 --

11         **THE DEPONENT:** Understood.

12         **MR. OLDHAM:** I just wonder what --

13         **THE DEPONENT:** Understood. So -- so, for

14 water can sell anywhere from a dollar to twenty-five cents

15 third party.

16         **MR. OLDHAM:** Right.

17         **THE DEPONENT:** Meaning -- meaning -- so we,

18 essentially, from that methodology derived a minimum value

19 what we could sell the water for to a third party.

20         **MR. OLDHAM:** I got you.

21         **THE DEPONENT:** Less operating costs.

22         **MR. OLDHAM:** So you took some, essentially an

23 estimate of like you would the amount; right? It's like

24 it's like barrels per day, this is how much we can use,

25 how much to transport it, etc.?

1      **THE DEPONENT:**  Correct.

2      **MR. OLDHAM:**  And it was or was not including the

3  of negotiating easements and rights of way to get the

4  somewhere else?

5      **THE DEPONENT:**  That was inclusive.

6      **MR. OLDHAM:**  Inclusive of the rights of way.

7      **THE DEPONENT:**  So prior negotiations with one

8  included they would lay the line.

9      **MR. OLDHAM:**  Another entity would?

10      **THE DEPONENT:**  Correct.

11      **MR. OLDHAM:**  What entity was that?

12      **THE DEPONENT:**  Select Energy Services.

13      **MR. OLDHAM:**  Okay.  How much were you going to

14  for that?

15      **THE DEPONENT:**  They -- there was a range.  The

16  approximate cost, to my knowledge, was between $700,000 to

17  $800,000 to lay that line.

18      **MR. OLDHAM:**  For how -- what distance?

19      **THE DEPONENT:**  For 23 -- approximately 23 miles.

20      **MR. OLDHAM:**  Okay.  And that would take the

21  from wherever you get it with your license to what

22      **THE DEPONENT:**  To where that Select Energy

23  has an existing infrastructure to move it to areas where

24  customers need it.

25      **MR. OLDHAM:**  Okay.  Would they have to cross



1  other surface rights, or surface right ownership?  Did

2  that entire 23 miles?

3          **THE DEPONENT:**  They would need to require

4  agreements.

5          **MR. OLDHAM:**  Okay.  So it was 800,000, 7,

6  plus whatever they had to pay to get an easement through

7  properties.

8          **THE DEPONENT:**  I was just told that number

9  I don't know if that was inclusive of SUAs, Surface Use

10  Agreements or not.

11          **MR. OLDHAM:**  Okay.  What do you think that

12  would be?  Do you have any idea?

13          **THE DEPONENT:**  I don't know.  I can't answer

14          **MR. OLDHAM:**  I'm not trying to be confusing

15  I'm just wondering how can you not answer that question,

16  you can say that there is a certain number?

17          **THE DEPONENT:**  So understanding if they lay

18  to us, basically, using a calculation, a methodology of

19  understanding what's the margin to do that.  So we -- we

20  determined understanding what the royalty rate is to pay

21  State less a -- a percentage of op ex depending on what it

22  would cost to pump the water and what we could sell it

23          **MR. OLDHAM:**  Okay.  So the number could be a lot

24  higher for the water, or --

25          **THE DEPONENT:**  It's the -- it's -- yeah, it's to

```
 1  best of my -- exactly, yes, sir.

 2          MR. OLDHAM:  Okay.  Have you all marketed the

 3  rights to anyone?

 4          THE DEPONENT:  Other than those three parties

 5  previously mentioned, no sir.

 6          MR. OLDHAM:  Okay.  Why?

 7          THE DEPONENT:  We were -- we were needing the

 8  for use to repressure the field at the Rock Queen unit.

 9          MR. OLDHAM:  You said "were."  Up until when?

10          THE DEPONENT:  We're not -- we don't -- I'm

11  can -- can you please rephrase that?  I --

12          MR. OLDHAM:  Sure.

13          THE DEPONENT:  I'm sorry.

14          MR. OLDHAM:  Have you made any attempts to

15  these two water licenses to a third party?

16          THE DEPONENT:  Yes, sir, we have made attempts

17  three entities that were mentioned previously.

18          MR. OLDHAM:  Okay.  That was Select --

19          THE DEPONENT:  Caprock Water and Westall

20          MR. OLDHAM:  And Westall Operating.  When was

21          THE DEPONENT:  That was in --

22          MR. OLDHAM:  Was it pre- or post-petition?

23          THE DEPONENT:  Pre.

24          MR. OLDHAM:  Okay.

25          THE DEPONENT:  No.  And we've also -- I have
```



1  spoken with Select post-petition.

2      **MR. OLDHAM:**  Okay.  Have they made any offers to

3  purchase those?

4      **THE DEPONENT:**  They have not.  No.

5      **MR. OLDHAM:**  Has Seaport Global, to your

6  marketed the two water licenses?

7      **THE DEPONENT:**  No, sir, they -- best -- to my

8  knowledge, no.

9      **MR. OLDHAM:**  Why wouldn't those assets be listed

10 under Seaport's authority to market?

11     **THE DEPONENT:**  I think the -- the ultimate buyer

12 the Caprock Assets, specifically the Rock Queen unit in

13 from a tentacle perspective on reservoir maintenance with

14 miscibility, that buyer has multiple options to maintain

15 reservoir pressure.  One is to buy a new $CO_2$ and use

16 water, or they could use the fresh water in lieu of $CO_2$.

17     **MR. OLDHAM:**  I got you.  That -- that's a great

18 answer for a different question.  My question was:  Why

19 Seaport actively marketing the two water licenses for

20     **THE DEPONENT:**  We did not want to -- well, the

21 is:  I don't know.

22     **MR. OLDHAM:**  Okay.  To your knowledge, they're

23 marketing the Caprock Assets?

24     **THE DEPONENT:**  The Caprock Assets which were the

25 pipeline, the working interest, and the water all in one

1  package.

2          **MR. OLDHAM:**  Pipeline -- say it again.

3          **THE DEPONENT:**  The pipeline --

4          **MR. OLDHAM:**  Mm-hmm.

5          **THE DEPONENT:**  -- the working interest, and

6  rights.

7          **MR. OLDHAM:**  I'm sorry, did you say marketing

8  water licenses?

9          **THE DEPONENT:**  Well, it -- it was -- it was

10 as one -- one -- one asset.

11         **MR. OLDHAM:**  So Seaport Global is actually

12 the two water licenses?

13         **THE DEPONENT:**  It was part of their -- not as

14 separate water, meaning "let's go out and find the water

15 buyers."  They were marketing it as part of a package to

16 reactivate the Rock Queen unit.

17         **MR. OLDHAM:**  Okay.  So they are actively

18 the two water licenses, the pipeline which is different

19 the pipeline to be built for the water theoretically.

20         **THE DEPONENT:**  Correct.

21         **MR. OLDHAM:**  Okay.  And the working interest

22 Caprock Assets; correct?

23         **THE DEPONENT:**  Correct.

24         **MR. OLDHAM:**  Anything else?

25         **THE DEPONENT:**  No, sir.



 1              **MR. OLDHAM:**   What other assets does Remnant

 2              **THE DEPONENT:**   Remnant assets has what we call

 3    basically Caprock Assets and our non-Caprock Assets.   So

 4    Caprock Assets consist of the -- what we consider the wind

 5    rights, the pipeline, the water rights, and our working

 6    interest.

 7              **MR. OLDHAM:**   Okay.   So Seaport Global is -- was

 8    marketing the pipeline, the working interest on the

 9    Assets, and the two water licenses; correct?

10              **THE DEPONENT:**   Correct.

11              **MR. OLDHAM:**   What is the -- sorry, go ahead.

12              **MS. SIMMONS:**   Just to clarify.   So just to be

13    since this is the Committee's Rule 2004 Notice, and you

14    objected to Kodiak appearing and asking questions, and

15    it can continue.   What I don't want to see happen is the

16    Committee doesn't get a chance to ask all their

17    we have to come back, or -- you know, it's cross-

18    -- we just need to be clear about who -- who is taking

19    deposition.

20              **MR. OLDHAM:**   Fair enough.   We have cross-noticed

21    deposition.   We've also appeared here by agreement.   If we

22    into an issue of timing, we can certainly -- we will

23    the court about whether we need more time and the

24    that.

25              I will stipulate to some amount of time.   I

**NAEGELI**
DEPOSITION & TRIAL

**(800)528-3335**
NAEGELIUSA.COM

1  it's -- it's not a question.  It is exactly what we're

2  do is to understand what's going on.

3          **MS. SIMMONS:**  And -- and that's why I will

4  to allow it.  I -- I just want to be clear that we're

5  reserve all rights if the Committee wants to come back and

6  additional questions because there is this kind of cross-

7  noticing and irregular, multiple attorneys asking

8  at one time without note -- it fully being their witness.

9          We're trying to be transparent and helpful and

10  provide the information that you guys are seeking.  But it

11  irregular and I just want the record to reflect that.  And

12  the, the debtors are going to reserve their rights on that

13  --

14          **MR. OLDHAM:**  Fair enough.  Sure.

15          **MR. HAMM:**  And this is Blake Hamm for Baker

16  I'd like to reserve some time at the end to ask questions,

17  that's agreeable.

18          **MS. SIMMONS:**  No objection to that because, like

19  said, we're trying to be here and be transparent and

20  But, you know, our time here is limited today, so, you

21  just want that to be clear.

22          **MR. OLDHAM:**  Okay.  I will stop in time for

23  questions.  I just want to clarify though that Seaport

24  is currently marketing three assets of the debtors;

25          **THE DEPONENT:**  That's correct.

1          **MR. OLDHAM:**  There are assets other than those

2   that the debtor owns; correct?

3          **THE DEPONENT:**  Correct.

4          **MR. OLDHAM:**  What are they?

5          **THE DEPONENT:**  Outside the Caprock Assets, which

6   described previously, we have what we call our five

7   areas.  That's the North Square Lake unit, the South Great

8   II unit, Hackberry --

9          **MR. OLDHAM:**  Mm-hmm.

10          **THE DEPONENT:**  -- Turkey Track, Lusk Seven

11  Then we have our --

12          **MR. OLDHAM:**  What is -- what is the water plane?

13          **THE DEPONENT:**  Water plane area is secondary

14  recovery.

15          **MR. OLDHAM:**  Okay.  Sorry, keep going.

16          **THE DEPONENT:**  Yes, sir.

17          **MR. OLDHAM:**  Five -- five waterflood areas.

18          **THE DEPONENT:**  With -- and then we do have

19  off wells that are outside those particular waterflood

20  The additional assets would be also 17,000 acres of

21  approximately dry gas in the Pecos slope area and then

22  approximately 45 individual kind of one-off wells

23  amongst Eddy, Lea, and Chaves counties in New Mexico.

24  have --

25          **MR. OLDHAM:**  Approximately how many

1 one-offs?

2          **THE DEPONENT:**  Approximately 45.

3          **MR. OLDHAM:**  Okay.

4          **THE DEPONENT:**  And the debtors also own a small

5 overriding royalty interest in a lease in West Texas.  I

6 know the exact overriding royalty amount.

7          **MR. OLDHAM:**  So as we sit here, debtors I

8 gave me seven, I'll call it buckets of assets:  The

9 the working interest in Caprock, and the two water

10 which is what is currently being marketed by Seaport

11 and then the five waterflood areas, the dry gas

12 17,000 acres, the 45 one-off wells and a small overriding

13 royalty interest in West Texas.  Are there any other

14          **THE DEPONENT:**  Did you include the wind rights

15 that?

16          **MR. OLDHAM:**  No, I didn't.  The wind rights

17 and --

18          **MR. HAMM:**  Seaport is not marketing wind rights;

19 correct?

20          **THE DEPONENT:**  Yes, sir.  Correct.

21          **MR. OLDHAM:**  And the non-Caprock Assets, what is

22 that?  Or the -- does that include the 45 one-off wells?

23          **THE DEPONENT:**  Yes, sir.

24          **MR. OLDHAM:**  Okay.  So we have the three that

25 Global is marketing and we have five waterflood areas, the

1 gas for 17,000 acres, the 45 one-off wells, the small

2 overriding royalty interest in West Texas, and the wind

3          **THE DEPONENT:**  That is correct.

4          **MR. OLDHAM:**  Are there any other assets?

5          **THE DEPONENT:**  No, sir.

6          **MR. OLDHAM:**  Okay.  Thank you.

7          Sorry, Kelsi.  Go ahead.

8 BY MS. HUNT:

9     **Q.    When did you come up with this $3,000,000**

10 **for the water licenses?**

11     A.    When we were assigned the -- we signed the

12 from -- with EDF.

13     **Q.    Okay.  So that was around December 2018, January**

14 **2019; somewhere around there?**

15     A.    Somewhere around there, yes, ma'am.  I'm sorry.

16 Pardon me.  I'm clarifying.  Did you say wind rights or

17 rights?

18     **Q.    I did say water, but --**

19     A.    Okay.  My apologies.

20     **Q.    -- I was going to go back to wind.  So --**

21     A.    Well, let me -- let me answer the water rights.

22 water rights were calculated, I would say, in late 2017.

23     **Q.    Why was it done at that time?**

24     A.    Well, it was part of the understanding how the

25 of the Caprock -- the overall value for the property.



1      Q.    Were you trying to sell the property at that

2      A.    We were -- we were open to anything of a

3  alternative process.

4      Q.    So it was late 2017 when you contacted Caprock

5  Select, and Westall about what they would pay in order

6  your idea for the value?

7      A.    It was around that approximate time.  Yes,

8      Q.    Okay.

9      A.    To the best of my knowledge.

10     Q.    Okay.  Do you have any valuations or

11  the water rights done by anyone other than Remnant?

12     A.    No, ma'am, we do not.

13     Q.    Do you have any valuations or appraisals of

14  rights done by anyone other than Remnant?

15     A.    No, ma'am, we do not.

16     Q.    In paragraph 9 of your declaration, I'm still on

17  4, you discuss "senior secured debt" and you list number

18  Michael Ramsey.  Is that debt paid off?

19     A.    No, ma'am, it still exists.

20     Q.    Do you know approximately how much is owed?

21     A.    $250,000.

22     Q.    Is that the principal amount of that debt?

23     A.    That's all-inclusive.

24     Q.    Is there interest accruing?

25     A.    I can't recall.



1    **Q.    Has anyone guaranteed that debt?**

2    A.    No, no, ma'am.

3    **Q.    Is that debt owed by both debtors or one?**

4    A.    Remnant Oil Company.

5    **Q.    It's a company debt.  So no other person or**

6    **liable on that.**

7    A.    Pardon me.  It is a -- it's a senior secured

8    on the South Red Lake II unit.

9    **Q.    Okay.  Is that -- that's a non-Caprock Asset?**

10    A.    Yes, ma'am.

11    **MR. BRINKMAN:**  You said it's senior.  Is there

12    another interest under lien on that same piece of

13    **THE DEPONENT:**  I think there are some M and Ms.

14    **MR. BRINKMAN:**  Did you say --

15    **THE DEPONENT:**  M and M.  Mary and Mary.  M and

16    **BY MS. HUNT:**

17    **Q.    What assets does First Capital Bank of Texas**

18    **lien on?**

19    A.    I can provide that schedule.  I don't have it

20    of my head.

21    **Q.    Okay.  Would that be the same answer for 3-2-1**

22    **Partners?**

23    A.    3-2-1, specifically, has it on the North

24    unit.

25    **Q.    And just to clarify, in this paragraph 9 it says**



 1  2-1 Ventures."  Is -- is that 3-2-1 Partners?

 2      A.   Yes, ma'am.

 3      Q.   A little over in the paragraph, you discuss non-

 4  recurring costs, a "one-time general and administrative

 5  of approximately $1,146,779."  Can you just give me an

 6  of what those costs included?

 7      A.   Yes, ma'am.  So that was legal fees to help

 8  the water licenses.  That was also engineering and geology

 9  all of our -- on all of our assets except the gas

10  also the setting up of accounting systems, and certain

11  consultants.

12      Q.   When you say "engineering and geology," what

13  was done in the startup phase with engineering and

14      A.   So that's a very -- could you please be more

15  with that question?

16      Q.   Yes.  Okay.  When Remnant was first starting,

17  and was seeking out engineering services, what

18  were those for?  Was Remnant evaluating potential well

19  purchases at that time or something else?

20      A.   Yes, ma'am, we were -- we were evaluating

21  acquisitions.

22      Q.   Would all of the engineering and geology

23  have been geared towards acquisition?

24      A.   Not all of them, no.

25      Q.   What else would an engineer would have done

1  Remnant being fully operational?

2      A.   Well, there's pre and there's post.  So the

3  would be for valuation purposes, understanding what the

4  is relative to what the -- the cost is.

5      Q.   Okay.  Do you know how much of this

6  1.15 million was engineering cost?

7      A.   I do not know off the top of my head.  No.

8      Q.   Okay.  Would a geologist have the same sort of

9  in terms of trying to value wells?

10     A.   Yes, ma'am.

11     Q.   How long after Remnant formed did it acquire

12  interests in oil and gas wells?

13     A.   Remnant had existing wells on -- on day 1.

14     Q.   How did they get those?

15     A.   I contribute -- the three partners contributed

16  wells.

17     Q.   Okay.  Do you know approximately how many

18  contributed?

19     A.   Approximately 40.

20     Q.   Has Remnant agreed to pay anything for those

21  contributions?

22     A.   The partners -- pardon me.  No.

23     Q.   Did the partners get equity for those

24     A.   Yes.

25     Q.   You then discuss non-recurring costs in 2017 and



1  totaling approximately $4,275,000.  What were those

2       A.    Those costs are associated with primarily the

3  Assets meaning the working interest within the Caprock,

4  also the North Square Lake unit.

5       Q.    So the North Square Lake unit is not a Caprock

6       A.    That's correct.

7       Q.    Okay.

8       A.    It's one of the five waterflood zones.

9       Q.    You state the "non-recurring costs were

10 Were they anticipated to be that high?

11      A.    They were not anticipated to be that high.  No.

12      Q.    What were you anticipating those costs to be?

13      A.    I can't recall at this time.

14      Q.    You state Remnant's members provided the company

15 funds in excess of $8,000,000.  Is there anyone included

16 that that's not you, Mr. Stitzel, or

17 Mr. Gilmore?

18      A.    No, ma'am.

19      Q.    Okay.  In paragraph 10 you say, "Remnant

20 Caprock properties from Legacy Reserves LP in May 2017."

21 Earlier, I thought I heard you say April 2017.

22      A.    It was acquired in May with an effective date of

23 April 1.

24      Q.    Okay.  So what was the process whereby Remnant

25 to purchase the Caprock Properties?



NAEGELI
DEPOSITION & TRIAL                    (800)528-3335
                                      NAEGELIUSA.COM

1      A.   I don't understand.  I'm sorry, I don't

2  the question.

3      Q.   **Okay.  Right now Seaport is marketing the**

4  **properties.  Was there a company marketing them at that**

5  **that contacted you to see if you were a potential buyer?**

6      A.   Legacy Reserves contacted us directly.

7      Q.   **Okay.  Did you have any prior relationship with**

8  **Legacy?**

9      A.   Yes, we did.

10     Q.   **What was that relationship?**

11     A.   We had previously acquired wells from them

12     Q.   **Were those some of the non-Caprock properties?**

13     A.   These were wells that were -- that were both

14  in Texas and New Mexico.

15     Q.   **Do you know if Legacy Reserves had a marketing**

16  **company for the Caprock properties?**

17     A.   For what period?

18     Q.   **Prior to Remnant buying them in April-May 2017.**

19     A.   They had one in 2015.

20     Q.   **Okay.  I guess they were unable to sell in**

21     A.   Correct.

22     Q.   **-- to the best of your knowledge.  We talked a**

23  **bit about the Rock Queen unit or the -- you had stated**

24  **were pressure issues due to some sort of water dispute.**

25  **sorry that I don't know the right words to use on this.**

1  **basically it wasn't producing, or what was the issue**

2      A.   So I -- understand, not in the oil business.  So

3  so, essentially what happened was when we first looked at

4  acquiring the property, we understood that it was not

5  at the time because of they were taking what they call

6  CO2."

7          That contract was terminated upon us buying the

8  property.  So therefore we were not saddled with that

9  was our intent to recycle the 18 BCF that has been

10  into the Rock Queen unit in addition to the 16,000 barrels

11  fresh water a day to maintain reservoir pressure, to

12  miscibility.

13      **Q.   Okay.  And you state in paragraph 10 that "the**

14  **Mexico State Land Office restricted the use of fresh water**

15  **oil and gas purposes"?**

16      A.   That's correct.

17      **Q.   Okay.**

18      **MR. OLDHAM:**  How did they restrict the use of

19  for oil and gas purposes?

20      **THE DEPONENT:**  The State Land Commissioner

21  Dunn issued a decree stating you could not use fresh water

22  oil and gas purposes.

23      **MR. OLDHAM:**  Okay.  And when did that change?

24      **THE DEPONENT:**  It hasn't changed.  We were

25  obtain a waiver.

```
 1          MR. OLDHAM:  I got you.  So it's a land rush.

 2   of two months after that date, he issues a cease and

 3   moratorium letter.

 4          THE DEPONENT:  Yes, sir.

 5          MR. OLDHAM:  And then you had to -- all the

 6   had to -- or whoever is going to use the fresh water had

 7   then apply for some license or permit.

 8          THE DEPONENT:  Correct.  Yes, sir.

 9          MR. OLDHAM:  Okay.  So you didn't buy the water

10   licenses from Legacy.  You got them from New Mexico?

11          THE DEPONENT:  No, sir.  It was part of the

12          MR. OLDHAM:  Okay.

13          THE DEPONENT:  We bought them with Legacy.  The

14   policy did not go in effect until after we bought it from

15   Legacy, which no one knew about.

16   BY MS. HUNT:

17       Q.   When did you obtain the waiver?

18       A.   Let me clarify what -- what that -- how we did

19   I don't know the exact date.  There were two rights of

20   So how they restricted the debtors from using the water,

21   would not renew the rights of ways.  So therefore we

22   use our water.

23          We were able to negotiate with the State Land

24   with Commissioner Dunn, that it was in the best interest

25   State of New Mexico to let us use our water.  Thus --
```

NAEGELI
DEPOSITION & TRIAL

(800) 528-3335
NAEGELIUSA.COM

1  -- he issued us brand-new rights of ways to make it much

2  cleaner for -- for the -- for the debtors.

3      **Q.    Do you know approximately how long it was after?**

4      A.    I want to say we -- it was in -- I want to say

5  December of '18 is when we were able to -- sometime around

6  there I believe, to the best of my knowledge.

7      **Q.    So from approximately July 2017 to December**

8  **were not able to use fresh water?**

9      A.    That's correct.  We were actually -- let me --

10 rescind that.  Legacy was not using any of the water.  So,

11 therefore, we had to do work on the water wells.  So we

12 able to even take fresh water in the allowable amounts.

13 once we did work over the wells, the land policy kicked

14     **Q.    So from the time you bought the Caprock**

15 **you were not able to use the fresh water until you got the**

16 **rights of ways.**

17     A.    Full -- correct, yeah.

18     **Q.    Okay.**

19         **MR. OLDHAM:**  Is that -- is that a new license?

20         **THE DEPONENT:**  The -- the licenses exist.

21 L3667, L2661.  They -- they still exist.  It's just the

22 of ways that -- that had been renewed and been restated.

23         **MR. OLDHAM:**  Okay.  And the two licenses that

24 part of that, those were purchased from Legacy?

25         **THE DEPONENT:**  Correct.  That was part of the

1  purchase.  Yes, sir.

2          **MR. OLDHAM:**  What else was purchased from

3          **THE DEPONENT:**  Part of the -- all of the Caprock

4  assets.

5          **MR. OLDHAM:**  So the pipeline, the working

6  and the two water licenses?

7          **THE DEPONENT:**  Yes.  And -- and there was also

8  surface -- a surface, like a ranch, a small ranch.

9          **MR. OLDHAM:**  So an actual surface estate?

10          **THE DEPONENT:**  Yes, sir.

11          **MR. OLDHAM:**  How many acres?

12          **THE DEPONENT:**  Oh, man.  Off the top of my head,

13  I don't know.  It would be approximately close to what was

14  the two leases that were further described earlier in

15  to -- well, no, that was -- that didn't have the surface.

16  was around 3800 acres, I believe.

17          **MR. OLDHAM:**  Okay.  The debtors still have those

18  acres?

19          **THE DEPONENT:**  We -- we sold the surface to --

20  To Troy -- to Mr. Troy Kirby.

21          **MR. OLDHAM:**  To TK Ranch?

22          **THE DEPONENT:**  Yes, sir.

23          **MR. OLDHAM:**  So he's going to be the surface

24  the wind rights.

25          **THE DEPONENT:**  That's correct.  And -- and a 25



 1 percent royalty owner.

 2          **MR. OLDHAM:**  Okay. I think you said 50

 3 -

 4          **THE DEPONENT:**  Yes, sir.

 5          **MR. OLDHAM:**  How much did you sell that to TK

 6 for?

 7          **THE DEPONENT:**  I believe for half a million

 8          **MR. OLDHAM:**  When was that?

 9          **THE DEPONENT:**  I don't have the exact date.

10          **MR. OLDHAM:**  Okay.

11          **THE DEPONENT:**  I want to say '18.  Sometime in

12          **MR. OLDHAM:**  Okay.

13          **MS. SIMMONS:**  Whenever you have a minute, when

14 at a good stopping point, let's take a quick break.

15          **MS. HUNT:**  Yeah.  Now is good.

16          **THE REPORTER:**  We are off the record.

17          **(WHEREUPON, a luncheon recess was taken.)**

18          **THE REPORTER:**  We're on the record.

19 **BY MS. HUNT:**

20      **Q.   Okay.  I'd like to talk a little bit about the**

21 **marketing efforts for Remnant's assets.  When we were**

22 **earlier, you mentioned that Seaport is marketing the**

23 **assets.  How did you come to choose Seaport?**

24      A.   That's a -- that's a good question.  You know,

25 been in the business for -- for a while, you know, I



1   know, the debtors know as well as my partners, you know,

2   various marketing agencies and there's a number of

3   for instance, again, PLS, and I don't know who they are --

4   again, AEG, I think is what Mr. Hamm said earlier.

5          But PLS, they were actually our first choice and

6   went to them and they declined our engagement because of

7   time -- the -- the time -- the timeline.  Then there's

8   Net.  And Energy Net would be a good one for our non-

9   because we're not as technical.

10         And with Seaport, I mean, there's probably a

11  dozen of, I would say, boutique investment banking firms

12  handle, you know, market type of asset marketing.  And

13  known Michael Bodino, you know, for a number of years.

14  if you're in the oil and gas business, you know all the

15  investment bankers.

16         But to be -- but to get to the point, they

17  Elk -- in the Elk Petroleum case marketing the assets,

18  specifically the $CO_2$ asset.  So the -- the Caprock

19  $CO_2$ asset.  And -- and so just for an acronym, it's

20  -- called an EOR property, Enhanced Oil Recovery, which is

21  niche of the upstream market.

22         So not everyone, just because you have an oil

23  is going to be a potential buyer.  I mean, there's

24  whether it's a what they call, you know, a secondary, a

25  waterflood, or an EOR, or polymer flood.

 1            So what Seaport was doing was marketing their

 2    with -- with Elk Petroleum.  Now, granted, again,

 3    state, different -- different type of asset, but they were

 4    contacting EOR buyers within that universe.

 5            And I had contacted -- so after, we're just

 6    call them PLS.  Again, I don't know the -- I'll get the

 7    here later.

 8        **Q.   Okay.**

 9        A.    But after they declined our engagement, you

10    did know they were marketing.  So I called up Bedino.  I

11    listen, you know, how -- can you give me some just general

12    guidance on the number of people that have -- that have,

13    know, been looking at the deal.

14        **Q.   Okay.  Just to clarify, Bodino is with --**

15        A.    Michael Bodino is I believe one of the marketing

16    he's -- he's with the Seaport Global.

17        **Q.   He's with Seaport.**

18        A.    Yes, ma'am.

19        **Q.   Okay.**

20        A.    One of the investment bankers.

21        **Q.   Okay.**

22        A.    And you know, his comment was that that they

23    were having a lot of interest from a lot of different

24    meaning not the typical -- your typical EOR buyers.

25    coming from some different universes, maybe some family

 1  offices, maybe some institutional investors, private

 2  companies, things of that nature.

 3          So just wasn't -- it wouldn't be the group who

 4  groups I would know that I would just call up, you know,

 5  Company A, B, C, D, and E.  Because to be -- to be honest,

 6  -- our property is unique in the sense where it's

 7  non-cash flow asset as it stands today.  It is in New

 8  and some people view that as a negative because of the --

 9  because of the regulatory which it is what it is.  I mean,

10  every state has their own -- their own issues.

11          But in talking with Seaport, you know, Utah is

12  different where in a sense where -- this is on tribal

13  So tribal lands are also very -- from a regulatory

14  very different to operate and with a -- as well.  So the

15  commonalities that I saw were:  One, you had, most

16  they were -- they were -- they were focusing on the EOR

17  universe, those specific buyer groups.

18          And those specific buyer groups did understand

19  regulatory environment that they would be bidding on.  And

20  based upon that information and, you know, the other

21  that I knew of, Energy Net, you know --

22          **MR. OLDHAM:**  Object as nonresponsive.

23  **BY MS. HUNT:**

24      **Q.   You can continue.**

25      A.    Okay.

1      MR. OLDHAM:  You can answer.

2      THE DEPONENT:  Okay.  Oh, yeah.  So yes, so then

3  there's Energy Net.  But again, at the end of the day it

4  really because they had I guess just come fresh off the --

5  -- the Elk process.

6  BY MS. HUNT:

7      Q.   Okay.

8      A.   And I didn't know -- I didn't know the results.

9  basically -- Seaport, basically said that, you know,

10  getting bids from, you know, really cruddy to, you know,

11  decent bids.

12      Q.   Okay.  When you mentioned Utah, that's the Elk

13  Petroleum?

14      MR. OLDHAM:  Objection.  Non-responsive.

15  BY MS. HUNT:

16      Q.   Is Utah -- were you referencing the Elk

17      A.   Yes, ma'am.

18      Q.   Okay.  So Remnant doesn't have anything in Utah;

19  right?

20      A.   Oh, no, ma'am.

21      Q.   Okay.

22      A.   No.  Oh, no, ma'am.  No, no, no.  It -- it was

23  that was the property that they were marketing for Elk

24  Petroleum.

25      Q.   Okay.  So Remnant reached out to PLS or whatever

1  **called now, Energy Net, and Seaport Global.  Did they**

2  **-- did Remnant reach out to any other firm?**

3       A.   No.  Due to the timing, those were the -- the

4  three that we put -- we put in.  And, again, PLS was --

5            **COUNSEL:**  It's a --

6            **THE DEPONENT:**  -- the energy advisor.  PLS was

7  was, again, the first choice.  Seaport was our second.

8  again, based on the -- their marketing, that's -- that's

9  went with.  So -- but basically that's what we -- the

10 felt that would be the most logical -- the most -- the

11 logical choice.

12 **BY MS. HUNT:**

13      **Q.   Okay.  How did you come up with that list of**

14      A.   Just being in the industry.

15      **Q.   Did you consider reaching out to TenOaks?**

16      A.   Yes.  I -- I -- I've discussed with TenOaks in

17 past, actually.

18      **Q.   Okay.**

19      A.   I've spoken with TenOaks and I asked them, pre-

20 petition, would they, you know, understanding, you know,

21 they marketed the assets in 2015, you know, what were

22 offers.  You know, could they -- could they reveal what

23 offers were, and they said no.  But, basically, they said,

24 know, we're not going to take a non-cash flowing

25 market.  That was -- and that was back, you know, pre-

1      Q.    Okay.  So pre-petition, do you think that was

2  in 2019?

3      A.    I would say late '18, '19, just trying to get

4  feedback from -- from TenOaks.  You know, obviously they

5  know, they ran a pretty -- a pretty long, you know, a

6  long process for -- for that asset.

7      Q.    So that -- that's why I'm asking about them

8  obviously.

9      A.    Yes, ma'am.

10     Q.    Post-petition, the reason you didn't reach out

11     A.    Just from -- from their previous response:

12  not going to mess with a non-cash flowing property.

13     Q.    Okay.  So in terms of pre-petition marketing,

14  there any other firms you reached out to to market the

15     A.    Yes.  So ROTH -- ROTH Capital was helping us

16  what we call our strategic alternative process, and what

17  encompasses it's an umbrella that really encompasses a

18  multitude of different things whether it's a capital

19  investment, private equity sponsorship, mezzanine debt,

20  venture, DrillCos.  I mean, really anything and everything

21  makes sense to increase the value of the property.

22          We had, you know, they introduced us to a number

23  different parties, and, but at the end of the day, the

24  -- the Caprock asset with a negative cash flow was kind of

25  you know, the -- the elephant in the room.

1     Q.   Okay.  Did you reach out to any entities or

2  directly?

3     A.   I did, yes.  So I, I personally reached out to

4  -- to companies.  Yes, I did.

5     Q.   Do you know approximately how many?

6     A.   I don't -- I can't recall specifically, but I do

7  a couple, I mean, some names I remember obviously.

8     Q.   Okay.

9     A.   So Trinity -- Trinity Upstream; Sabinal,

10  S-a-b-i-n-a-l, Energy; Tabula Rasa.  That's going to be

11  It's -- it's an interesting spelling.  I also, I've

12  to Oxy, Occidental; Tengasco; Evolution Petroleum; Field

13  Petroleum; Elk Petroleum; and there may be some others,

14  the top of my head, I can't.  Those -- those are the

15  I -- that I can recall.

16     Q.   Okay.  When you reached out to these

17  were you marketing to them?

18          MS. SIMMONS:  Objection.

19          THE DEPONENT:  Sorry.

20          MS. SIMMONS:  It -- it's vague.  It's a group of

21  companies.

22  BY MS. HUNT:

23     Q.   Okay.  Were you trying to sell different

24  these various -- or different portions of Remnant's assets

25  these various entities?

1    A.    Just the Caprock assets which -- which, again,

2  defined by the pipeline, the working interest, and the

3  rights.

4    **Q.    Did any of these entities that you reached out**

5  **express any interest?**

6    A.    Yes.  We went through -- we went through a

7  you know, obviously, the -- you know, due diligence as

8  And then we also -- we also did meet with Baker Hughes

9  in regards to potential financing, but that was unable

10 to fruition.

11   **Q.    Okay.**

12   A.    But that wasn't to sell the property.  That

13 to help us recapitalize.

14   **Q.    Okay.  With Baker Hughes.**

15   A.    Correct.  Via -- via Baker -- Baker Capital

16 Solutions.

17   **Q.    Okay.  Can you tell me who ASEC is?**

18   A.    Oh, ASEN?

19   **Q.    Sure.  I probably have the acronym wrong.**

20   A.    American Standard Energy.  Yes, that is another

21 group.

22   **Q.    All right.**

23   A.    And they're out of Midland, Texas.

24   **Q.    Okay.  And did you talk to them about selling**

25 **Assets, or all assets, or --**



```
 1        A.    We've talked about a multitude of different

 2  strategies whether it's a merger, whether it's they buy

 3  company outright, or just simply Caprock.

 4        Q.    Okay.  Why did a merger never occur between

 5  and ASEN?

 6        A.    The negative cash flow.  The burn rate was just

 7  -- they felt was just too great a risk.

 8        Q.    So they decided they didn't want to do it

 9  or they were offering you a package that you deemed

10  unacceptable?

11        A.    They -- they declined it outright.

12        Q.    Okay.  And is that the same reason that they

13  purchase Remnant outright?

14        A.    Yes, ma'am.  Correct.

15        Q.    Okay.  Was there some sort of due diligence

16  that ASEN went through?

17        A.    Yes.

18        Q.    And that resulted in them just totally walking

19        A.    Correct.

20        Q.    Okay.  Did you ever contact any entities to buy

21  Remnant's wind rights?

22        A.    Other than asking EDF if they would, no.

23        Q.    When did you ask EDF if they would buy the wind

24  rights?

25        A.    I would say shortly after we signed our lease
```

```
 1  them.  Not the amended, but the original two leases.

 2       Q.   Okay.  So December 2018, January 2019?

 3       A.   Yes, ma'am.

 4       Q.   When did Remnant first acquire the wind rights?

 5       A.   Effective April 1 of 2017.

 6       Q.   Okay.  So that was part of the purchase from

 7       A.   Correct.

 8            MR. OLDHAM:  Wind or water?  Wind?

 9            THE DEPONENT:  Yes.

10            MR. OLDHAM:  Are you talking about the two

11  with EDF, or are you talking about the 50 percent?

12            THE DEPONENT:  I took her question to -- to --

13  entertain all wind rights.

14  BY MS. HUNT:

15       Q.   Were there different acquisition bids for

16  wind rates?

17       A.   No, ma'am.

18       Q.   Okay.  So they were all the same.  Did you

19  out to any companies to ask whether they were interested

20  buying the five waterflood zones of non-Caprock assets

21  Remnant has?

22       A.   Yes, ma'am, we have.

23       Q.   Who did you reach out to about those?

24       A.   Bayou City.  It's a private equity company.

25  -- they're not a portfolio company, they're actually a PE
```



1  company in Houston; Avalon Resources; an individual

2  Prasad, P-r-a-s-a-d; Boaz Energy, B-o-a-z Energy,

3  of Midland; Percussion Petroleum.  That's all I can

4  this time.

5       Q.   Okay.  How -- how did you --

6       A.   Oh, Rover -- I forgot to mention Rover

7       Q.   Rover?

8       A.   Rover, R-o-v-e-r.

9       Q.   Okay.  How did you offer those properties?

10 offer them as like a package deal?

11      A.   We were -- it was kind of whatever would make

12 to the group.  And I think back then, you know, Rover

13 it and didn't -- you know, we tried to do the whole

14 but obviously they're not EOR, individual, so that kind of

15 that's why they -- they didn't like it.  So I said, well,

16 great, we can -- let's -- let's break out the other

17       And then they got caught up buying a much larger

18 in Texas.  So we kind of fell to the -- to the back burner

19 -- I tried to reach out -- continued to contact and

20 came to fruition.

21      Q.   Okay.  Approximately when was this that you were

22 reaching out?

23      A.   Sometime in 2018.

24      Q.   Did any company other than Rover express any

25 interest?

1    A.   Avalon.

2    Q.   Okay.  And what happened with Avalon that they

3 end up --

4    A.   They ended up buying the SandRidge Permian Trust

5 assets.  So, again, a much larger deal that we fell to the

6 wayside.

7    Q.   Have you ever contacted or hired a marketing

8 about marketing the non-Caprock assets?

9    A.   We talked about briefly with -- actually, yes,

10 PLS.

11    Q.   Was this pre-petition?

12    A.   Yes, ma'am, pre-petition, and they took it to

13 and I cannot recall their name.  But they, again, were

14 at -- for larger deals, more production.

15    Q.   Okay.  So in terms of post-petition, have you

16 out to anyone to try to sell the non-Caprock assets?

17    A.   Yes.  I've reached out to Raj Prasad again.

18    Q.   Did you get any sort of response?

19    A.   He's -- he's -- we're working with him right now

20 it.  And also Avalon, but it's not Avalon itself.  It's

21 the principals who has got -- who -- who was, I guess,

22 of Avalon, has interest.  And so he is currently -- he had

23 signed a CA with Seaport, and he is in -- in our -- he's

24 data room currently going through North Square Lake.

25    Q.   Okay.

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1    A.    I did also reach out to another entity that had

2  purchased an asset from us before, Greg Chase, C-h-a-s-e.

3    **Q.    Okay.  Did you get a response from -- from Greg**

4  **Chase?**

5    A.    Yeah, he offered us $200,000 for the Lusk Seven

6  Rivers unit.

7    **Q.    Was this post-petition?**

8    A.    Yes, ma'am.  Just for -- it was just a verbal.

9    **Q.    Okay.  What -- what was the name of the unit?**

10    A.    Lusk Seven Rivers unit.

11    **Q.    So what came of that offer?**

12    A.    He said he had to get bank approval and I have

13  heard from him since.

14    **Q.    How long ago was that?**

15    A.    Three weeks ago.

16    **Q.    Okay.  Have you followed up?**

17    A.    Yeah.  Yes, ma'am.

18    **Q.    And is he just nonresponsive?**

19    A.    Yes, ma'am, nonresponsive.

20    **Q.    Other than Raj Prasad, and the principal of**

21  **do you know the name of the principal at Avalon?  Sorry.**

22    A.    His name is Monty Montgomery.  He's out of

23  Texas.

24    **Q.    Okay.  Other than Raj Prasad, Monty**

25  **Greg Chase, have you reached out to anyone about the non-**

1  Caprock properties post-petition?

2      A.   Yes.  One other individual was Rory McMinn.

3      Q.   **Did you hear back from Rory?**

4      A.   He's -- he's evaluating one small property,

5  CF, C as in Charlie, F as in Frank.  He's still doing

6  diligence.

7      Q.   **Is State CF, is that a unit?  Is that, like, one**

8  **well?**

9      A.   It's one of those -- kind of those other non-

10 waterflood, what we call kind of those other, kind of

11 wells.

12     Q.   **Okay.  So you've mentioned a couple of times now**

13 **the Caprock assets are not producing cash flow.  Is that**

14 **because of the New Mexico water restriction on use of**

15 **water, or is there some other reason?**

16     A.   It's simply based on production versus expense

17 profile.

18     Q.   **Okay.  Is there a plan in place to fix the**

19 **cash flow?**

20     A.   There is, and it requires capital.

21     Q.   **Okay.**

22     A.   Without capital, the plan won't work.

23     Q.   **What is the plan if you can just briefly**

24 **Do they need to clean up wells?  Do they need to install**

25 **equipment?**

1      A.    It would -- it's a -- it's a multitude of

2   things primarily consisting of injecting the 16,000

3   water a day for a period of no less than nine months and

4   wellbore clean outs.

5      **Q.    Has the injection of fresh water begun again?**

6      A.    We're -- we are injecting fresh water but not to

7   full max because we still have a couple of the water wells

8   -- we don't have the cash to work them over.

9      **Q.    Okay.**

10     A.    So I would say we're injecting approximately

11  again, this is all -- around 6,000 barrels a day.

12     **Q.    So that 6,000 barrels a day, that number can't**

13  **increased until --**

14     A.    We work over the water wells.

15     **Q.    Okay.  Is this plan being presented to potential**

16  **buyers or this --**

17     A.    Oh, they -- they knew about it, yes.

18     **Q.    Okay.  So part of the reserve analysis of what**

19  **Seaport, you know, when we were marketing the assets, that**

20  **obviously the sales pitch.  How do you -- how do you**

21  **this to -- to get it to -- to work where it's producing**

22  **its original production curve.  Because it's been there**

23          So, typically, it's classified as what they call

24  "PDNP," Proved Developed Non-producing.  So therefore it's

25  considered PODS, meaning Proved and Developed.  It has

1   before.  It's just how do you get it back there?  What

2   has to be spent and what's your rate of return to get

3        Q.   Okay.  So has -- since you have begun re-

4   the, what you said was approximately 6,000 barrels a

5   that had any effect on production?

6        A.   It has not because the way the Rock Queen unit

7   up, you have to have the compressor running in order to

8   wells producing.

9        Q.   And the --

10       A.   Because, again, it's part of -- we half of --

11  just -- technically speaking, half our wells are what they

12  "gas assist."  And so if there's no injection pressure

13  compressor, you can't, basically, kick-start the well to

14  they call "unload it" to produce oil.

15       Q.   Okay.

16       A.   So that's why we can't produce that much on --

17  or tell the effect.

18       Q.   **So the compressor is not running right now.**

19       A.   No, ma'am.  It hasn't run in almost 12 months.

20       Q.   **Why is that?**

21       A.   It's for lack of payment to Kodiak Gas Services.

22            **MR. OLDHAM:**  Object to as nonresponsive.

23            **MS. SIMMONS:**  That's not your question.

24            **MR. OLDHAM:**  It doesn't mean I can't object if

25  nonresponsive to the answer.

1  BY MS. HUNT:

2      Q.   Did Kodiak shut the compressor off, or did

3  make the decision to turn the compressor off?

4      A.   They shut it off.

5      Q.   Okay.

6          MR. OLDHAM:   Why did they make that decision?

7  know.

8          THE DEPONENT:   Due to lack of payment.

9  BY MS. HUNT:

10     Q.   Did -- were there ever any expressions of

11  post-petition in -- of an entity coming forth to say they

12  wanted to be a stalking-horse bidder for any of Remnant's

13  assets?

14     A.   Yes, ma'am.

15     Q.   What -- what entity expressed an interest in

16     A.   It was an acronym G as in Gray, L as in Lima,

17  Delta.

18     Q.   And what assets were those?

19     A.   There were two different offers:  For all the

20  or just for Caprock.

21     Q.   And were both of those offers by GLD?

22     A.   Yes, ma'am.

23     Q.   What happened with the offer on all of the

24     A.   They were -- so, obviously, we were looking

25  DIP, you know, the budgets that had been filed.  And so

1  our lack of capital, we just -- the debtors had worked

2  them and provided them all the data that they needed.

3         They actually had discussions, in-depth

4  with Baker Hughes as well to understand the reports that

5  did provide for the debtors, and essentially they just

6  they -- they knew we were basically out of cash and it

7  like they were trying to get us to -- to a point where

8  could, maybe have us -- just, you know, move to a

9  something like that.

10        They were -- they were not being responsive and

11  that's when we were -- where we had to bring the -- you

12  try to entice them to say "would you like to be," you

13  "the DIP provider as well," just to kind of enhance, you

14  just to get them to keep moving forward.

15     Q.    Mm-hmm.

16     A.    And they were -- they said, yes, we'd like to do

17  that.  But, again, it was just lack of -- they just, you

18  it was stalled -- it was what I would consider stall

19     Q.    Okay.  So then they made an offer for just the

20  Caprock assets after that?

21     A.    It was -- no, it was -- it was during all of

22  well.  So they made -- so they made an offer on the

23  well.

24     Q.    Okay.

25     A.    With the idea, with the intent of trying to

NAEGELI
DEPOSITION & TRIAL
(800)528-3335
NAEGELIUSA.COM

1  recapitalize the company around the remaining assets.

2      **Q.   So why didn't they go forward with that?**

3      A.   Once -- because once we basically submitted our

4  budget to the -- to -- to the bankruptcy court, we were

5  capital, and we had to have a DIP.  And they were --

6  not providing it.  They weren't -- they were stonewalling,

7  stonewalling, stonewalling.  And so, therefore, we had to

8  identify another DIP provider immediately.  And when we

9  that, they, basically, just kind of went silent.

10     **Q.   Okay.  So they wanted all or nothing basically?**

11     A.   And we offered that to them.  We -- it was

12 function of where we had to have cash by a set date to

13 payroll and that was communicated to them, and they -- I

14 just -- they weren't doing it.

15     **Q.   Okay.  There's a document that I will find here.**

16 **Okay.  I have an email here, and the Bates Stamp for some**

17 **reason is not on my printout, but the Bates Stamp of**

18 **is ROC-0004782.**

19          **MS. SIMMONS:**  What was that again?

20          **MS. HUNT:**  The Bates Stamp number ROC-0004782.

21          **MS. SIMMONS:**  Okay.

22          **MS. HUNT:**  Is the first page.

23 **BY MS. HUNT:**

24     **Q.   Do you recognize this?**

25     A.   Yes, ma'am.



1      Q.    Can you tell me what it is?

2      A.    This was an email between Daniel Gordon of GLD

3 myself.

4            (WHEREUPON, Exhibit 3 was marked for

5 BY MS. HUNT:

6      Q.    Okay.  This email says "Will, thanks for the

7 today.  We will rework our value for Caprock and get

8 you with a proposal."  Do you remember the call that he's

9 referring to?

10     A.    I do.  Yes, ma'am.

11     Q.    What happened on that call that made him say "We

12 rework our value on Caprock"?

13     A.    The initial offer was for all the assets, and it

14 an offer that would not have been sufficient for any

15 whatsoever.  And so we -- we were -- so I basically

16 what would you -- what would you do just Caprock with the

17 intent of recapitalizing the remaining assets.  And so

18 - that was the purpose for the call.

19     Q.    Do you remember what the -- what the offer was

20 of the assets?

21     A.    $7,000,000.

22     Q.    Why was that offer rejected?

23            MR. HAMM:  Do you want to have the court

24 mark it?

25            MS. HUNT:  Yes.  Can we mark this as Exhibit 3?

 1          THE REPORTER:  Exhibit 3 is marked.

 2          MR. HAMM:  Okay.

 3          MS. HUNT:  Thank you.

 4          MR. HAMM:  Thank you.

 5          THE DEPONENT:  Why was that turned down?

 6   BY MS. HUNT:

 7      Q.   Yes.

 8      A.   Because that was basically an offer that would

 9   protect any -- it would get the senior -- the senior

10   creditors.  It wouldn't help the unsecureds whatsoever.

11      Q.   Okay.  I appreciate that.  Is --

12      A.   And -- and I hope our unsecured would as well.

13      Q.   Yeah.  Was it rejected because of the

14   Was it rejected because --

15      A.   It was rejected because we feel the assets

16   a lot more than seven million.

17      Q.   Okay.  What do you feel the Caprock assets are

18      A.   That is a great question.  Knowing how much

19   has been put -- been put into the Caprock area, the

20   in this current environment, it's very difficult right now

21   the A and D upstream market, it's a -- it's a buyer's

22          And so, I mean, I would hope -- I was hoping our

23   our hopes would be to get 8 to 10,000,000 for -- for the

24   Caprock asset that Seaport was marketing based upon our

25   marketing environment.  But, you know, do I feel is it

NAEGELI
DEPOSITION & TRIAL        (800)528-3335
                          NAEGELIUSA.COM

```
 1   more than that?  I do.  With -- with the pipeline and

 2   and the -- and the 6.5 million barrels of remaining

 3        Q.   Okay.

 4        A.   But willing seller, willing buyer.  It's just --

 5        Q.   Right.

 6            MR. OLDHAM:  So what -- I'm sorry.  What did you

 7   it was worth, what you felt it was worth?

 8            THE DEPONENT:  We are -- the debtors felt the

 9   property that Seaport was marketing was worth between 8 to

10   was our -- was our hopes.

11            MR. OLDHAM:  What did you think it was worth?

12            THE DEPONENT:  Are you asking me personally,

13   what -- what do I think it's worth?

14            MR. OLDHAM:  Mm-hmm.

15            THE DEPONENT:  I think the parts are greater

16   sum.  If you were to break out the pipeline and the

17   - and the pipeline.  So there's -- it's -- it's just

18   know --

19            MR. OLDHAM:  Just the numbers.

20            THE DEPONENT:  Yeah.  You know what?

21   don't have a good number.

22            MR. OLDHAM:  So you hoped 8 to 10, somewhere

23   than 8 to 10?

24            THE DEPONENT:  I'm sorry --

25            MR. OLDHAM:  I thought you said that you hoped
```



1  8 to 10.

2          THE DEPONENT:  We hoped that we get -- that

3  hope for what the bids --

4          MR. OLDHAM:  Right.

5          THE DEPONENT:  -- would bring in.

6          MR. OLDHAM:  Right.  So do you think it's

7  or less than 8 to 10?

8          THE DEPONENT:  Apparently, based upon what

9  with Seaport, it's less than 8 to 10.

10          MR. OLDHAM:  I'm asking what do you think it's

11          THE DEPONENT:  8 to 10.

12          MR. OLDHAM:  Okay.  Thanks.

13  BY MS. HUNT:

14      Q.  So speaking of what happened with Seaport, I

15  here a one-page, I suppose offer, or an offer and then a

16  page letter with questions on it which I think can be

17  considered together.  We will mark this Exhibit 4.

18          (WHEREUPON, Exhibit 4 was marked for

19          THE REPORTER:  Exhibit 4 is marked.

20  BY MS. HUNT:

21      Q.  Do you recognize this?

22      A.  Yes, ma'am.

23      Q.  Can you tell me what they are?

24      A.  Right.  The first one was a letter from

25  Mr. Briscoe, also Circle Ridge Production.  This is the --



1   what he goes by -- for the offer of the Caprock asset.

2       Q.   Okay.  And then this longer one?

3       A.   For the other one -- the longer one was the

4   one.

5       Q.   Oh, okay.  And then the second one.

6       A.   The second one was to clarify:  Well, what is

7   offer.

8       Q.   Okay.  So the second one was to give you an

9       A.   That's correct.

10      Q.   Okay.  So this is dated yesterday as we sit here

11  this deposition.  Have you heard anything from

12  Mr. Briscoe since these two letters?

13      A.   Yes.

14      Q.   Okay.  When was that?

15      A.   This morning via -- via phone.

16      Q.   And what did he tell you this morning?

17      A.   I'm trying to set up a field visit for -- as

18  possible, and to answer several of the questions that he

19  addressed in his first letter.

20      Q.   Okay.  Did you get a field visit set up?

21      A.   He's looking at the dates right now.  We are

22  prepared to provide him -- we will be available whenever

23  wants to be.

24      Q.   Okay.  So number 1 on this longer letter, he

25  about an easement for a period of five years.  We talked

1  this briefly off the record earlier.  But you said he was

2  confused by something and this isn't -- there is no

3  there's no five-year expiration and, again, I'm --

4      A.    Yeah, what's the question?  I'm sorry?

5      Q.    -- probably misstating, but --

6      A.    No, it's okay.  Yeah, yeah, just -- so what's

7  question, or I'm sorry?

8      Q.    So he is -- he's expressing worry in this

9  that an easement of five years starting in December 2018

10  expire if the water for secondary oil recovery for

11  was not being used.  So the question is, you know, is that

12  does he have foundation to worry about that, or has the

13  been used properly to preserve that?

14      A.    He does not have foundation for that worry.

15  discussed that and I went into the specifics within the

16  different water easements, and he feels comfortable with

17  now.

18      Q.    Okay.  Is there an expiration date coming up in

19  December of 2023?

20      A.    I don't know the exact renewal date for the

21  but it was -- it is -- it was a five-year and I believe,

22  stated earlier in the deposition, I believe it was

23  December of '18.

24      Q.    Okay.  So he states here:  What guarantee is

25  that the agreement will be renewed after its expiration in

1  **years.  What is your response to that?**

2      A.    I cannot predict any state policy.  No one can

3  State of New Mexico.  And that he -- it's simply at the

4  of, you know -- I just, that's what I told him.  I'm,

5  - I can't give any certainty.

6      **Q.    Okay.**

7      A.    Everyone in the oil and gas business is at the

8  of the -- the -- the regulatory agencies that govern the

9  governing bodies.  But they also realize and they know

10  you know, the windfall of revenue that they received is

11  of the oil and gas industry and he agrees with that.

12     **Q.    Okay.  He states "Circle Ridge previously**

13  **property many years ago."  You stated, I think, that you**

14  **it from Legacy.**

15     A.    Correct.

16     **Q.    Do you know -- did Circle Ridge own it before**

17     A.    Oh, yes.

18     **Q.    Okay.  So he -- at the end of paragraph 2, he**

19  **that he would like to "check for possible environmental**

20  **problems."  Are there any environmental problems that**

21  **of?**

22     A.    We submitted, I believe, in -- yes, there are

23  several, but are they daunting or overburdensome?

24  not.  We have done a phenomenal job in remediating, you

25  per the BLM guidelines in the State of New Mexico, a

1  job with that and we have a good relationship with that to

2  ensure that any buyer that would look at this, that's

3  be a big issue.  And so the answer is, no, it's -- it's

4  going to be a big issue at all.

5       **Q.   Okay.  Are there any outstanding issues with the**

6  **and Gas Commission of New Mexico that would prevent the**

7  **transfer of the wells?**

8       A.   That's a -- that's a good question.  So right

9  we've produced ACOI which stands for Agreed Compliance

10  Inactive Wells with the -- with the NMOCD, which is the

11  Mexico Oil Conservation Division, we are out of compliance

12  that agreement.

13          So, typically, what that states is when you

14  of compliance on your inactive well list, you cannot

15  wells to other operators.  In speaking with the Assistant

16  Attorney General of New Mexico, he said if we brought a

17  qualified buyer, they would waive that -- they would waive

18  that.

19       **Q.   Okay.  Do you have that in writing anywhere?**

20       A.   We have it just verbal.

21       **Q.   Do you know what a "qualified buyer" is?**

22       A.   Anyone that has cash.

23       **Q.   Are there any sort of licenses that would need**

24  **obtained?**

25       A.   Yes, ma'am.

1      Q.    So would a qualified buyer need to have those

2  licenses before the transfer?

3      A.    Yes, ma'am.

4      Q.    Okay.

5      A.    But you can still own wells and not operate

6      Q.    Okay.  So can you own wells without a license

7      A.    Mm-hmm.  Yes.

8      Q.    So you just need a license to operate.

9      A.    Correct.

10     Q.    Got it.  Does any member -- or has any member of

11 Remnant previously worked for Circle Ridge?

12     A.    No.

13          MS. HUNT:  Can we take five minutes, please?

14          THE REPORTER:  We're off the record.

15          (WHEREUPON, a recess was taken.)

16          THE REPORTER:  We are on the record.

17          MS. HUNT:  The Committee reserves its right to

18 follow up questions based on what comes up in the

19 this exam, but we will pass questioning for the time being

20 whoever wants to take it.

21 EXAMINATION

22 BY MR. OLDHAM:

23     Q.    Mr. Gray, my name is J.T. Oldham.  I represent

24 Gas Services in this bankruptcy.  We've met before;

25     A.    Yes, sir.

1  **Q.** **The same rules that Ms. Hunt read you at the**

2 **beginning of the deposition, they still apply.**

3  A. Yes, sir.

4  **Q.** **As I would have told you before, you're in**

5 **here.  If you need to get out, take a break, go to the**

6 **bathroom, it's your call.  Just let me know.**

7  A. Yes, sir.

8  **Q.** **I had a couple of questions for you before lunch**

9 **had to do with the marketing and sale of non-Caprock**

10 **Do you remember that?**

11  A. Would you please refresh my memory?

12  **Q.** **Prior to our lunchbreak, I thought your**

13 **that you had not actively marketed the non-Caprock assets.**

14 **When we came back from lunch, I thought your testimony was**

15 **you actually had.**

16  A. I just -- my apologies.  I thought "had we"

17 we hired a firm to market those.

18  **Q.** **I got you.  And have you hired a firm?**

19  A. No, sir.

20  **Q.** **Okay.  Are you planning to?**

21  A. Yes, sir.

22  **Q.** **When are you going to do that?**

23  A. I'd like to go out and do that and have someone

24 identified this week.

25  **Q.** **Okay.  So you're going to -- do you have**



1  mind?

2      A.   Yes, sir.

3      Q.   **Who is that?**

4      A.   The PLS -- PLS first and then after that

5      Q.   **Okay.  So you don't have one specifically in**

6  **but you have an idea who you'd like to engage.**

7      A.   Yes, sir.

8      Q.   **Okay.  Why haven't you done that already?**

9      A.   It was our hopes to have enough cash from the

10 the Caprock assets to reorganize around our remaining non-

11 Caprock assets.

12     Q.   **Okay.  At what point did the company make the**

13 **decision that instead of marketing these non-Caprock**

14 **sale that it would now market them for sale?**

15     A.   What we had liked to market would be

16 the North Square Lake unit.  To keep -- to keep that one

17 remaining asset to reorganize around.

18     Q.   **My question was in this -- as of the petition**

19 **you did not plan to market the non-Caprock assets for**

20 **that a fair statement?**

21     A.   That's a fair -- yes, sir.

22     Q.   **Okay.  And as we're sitting here on October**

23 **named a couple of firms that you would be looking to**

24 **market and sell those assets.**

25     A.   Correct.

1    Q.    So between July 19, 2019 and today, when did the

2    decision change?

3    A.    This week when bids were due.

4    Q.    Okay.  So it was Monday?

5    A.    Yes, sir.

6    Q.    And so the impetus for selling those assets is

7    substantial enough bid wasn't received by the date?

8    A.    Correct.

9    Q.    And the $6,000,000 offer letter that we've

10   to earlier, I forget which exhibit it was.

11          MS. SIMMONS:  Four.

12          MR. OLDHAM:  Four?

13   BY MR. OLDHAM:

14   Q.    Obviously, it's not a bid yet, but assuming

15   Ridge Production or whoever actually would buy the non

16   buy the Caprock Assets for $6,000,000, would you still

17   sell the non-Caprock assets?

18   A.    Yes.

19   Q.    Okay.  So --

20   A.    Well, pardon me, I have to qualify that.  We

21   like to sell everything, to market everything inclusive of

22   wind rights with the -- with the appropriate firm.  I

23   think that PLS or Energy Net would be the appropriate

24          I think there's probably individuals -- I'm

25   wind expert, but I'd like to research that ASAP to find

NAEGELI
DEPOSITION & TRIAL        (800)528-3335
NAEGELIUSA.COM

1  firm for, specifically, the wind.  But the remaining

2  excluding the North Square Lake, we'd like to market

3  immediately.

4       Q.   Okay.  We -- we talked about eight assets of the

5  company:  The pipeline, the working interest, and the

6  licenses.  We -- I think we agreed to call those the

7  assets.  We have the five waterflood areas, the dry gas of

8  approximately 17,000 square feet [sic], the 45 one-off

9  the small overriding royalty interest in West Texas, and

10 wind rights; correct?

11      A.   Yes, sir.

12      Q.   You just mentioned -- was it Ron Boler, or I'm

13 not Ron Boler -- what was the asset you just mentioned?

14      A.   North Square Lake unit.

15      Q.   Yes, sir.  Which one of the -- which -- North

16 Lake unit is which one of those?

17      A.   It falls within the five waterfloods.

18      Q.   Okay.  Okay.  And the basis for that marketing

19 non-Caprock assets -- and when I say "Caprock," it's

20 to Caprock.

21      A.   Okay.

22      Q.   Seaport's marketing Caprock assets and then

23 fall into the bucket of non-Caprock assets.  The

24 now market those or try to sell those is based on what?

25      A.   The bids.  The -- obviously the -- the lack of

1  or -- or the expectations of the divestiture of the

2  assets that we received this week.

3      Q.   Okay.  Anything else, or just that?

4      A.   Just that.  That's -- we -- we don't want to

5  them, but we realize we need to sell them to help protect

6  everyone.

7      Q.   Okay.  And so -- so the deadline was Monday.  It

8  would logically follow that the decision was made Monday,

9  between Monday and today.

10     A.   Correct.

11     Q.   Okay.  What bid would you need to have

12 order not to market the non-Caprock assets?

13     A.   8 to 10.

14     Q.   Can you be any more specific than 8 to 10, or

15     A.   That's just -- yeah, that's just the range.

16     Q.   Okay.  Of the eight assets that you've listed,

17 eight buckets of assets that are listed, which of these

18 purchased from Legacy?

19     A.   The dry gas, the 17,000 acres.

20     Q.   Okay.

21     A.   The wind rights and a handful of the 45 wells.

22     Q.   And that was -- was not purchased from Legacy?

23     A.   That -- that was -- yeah.  Some of those -- some

24 those -- there's a subset of those 45 wells that -- that

25 purchased from Legacy.

1      Q.    Okay.   And the Caprock Assets were purchased

2  who?

3      A.    Legacy.

4      Q.    Okay.   This is probably a question -- of the

5  buckets of assets that we've talked about, the eight

6  assets that the debtor has, were any of those eight

7  or acquired in some -- from some other entity other than

8  Legacy?

9      A.    Yes, they were.

10     Q.    Okay.   Which ones were those?

11     A.    We have the North Square Lake unit.

12     Q.    And that's the five waterflood units?

13     A.    The five waterfloods, yes.   So they -- they

14  various different names.   The five waterfloods.

15     Q.    Okay.

16     A.    And then there's a -- and then a portion of

17  wells.   What we call like the -- those -- we call those

18  outliers.

19     Q.    Okay.   How many are those?

20     A.    I don't know off the top of my head the exact

21     Q.    Ballpark, 50 percent?

22     A.    Oh, gosh, no.   Maybe 10 percent.

23     Q.    Okay.   So everything else was acquired from

24     A.    Correct.

25     Q.    The five waterflood areas, and the ballpark 10



1  percent of the 45 one-off wells, how were those acquired?

2      A.   Can you please be clear on when you say "how

3  they acquired"?

4      Q.   Sure.  I think we agree the others, everything

5  those two the debtors got from Legacy.

6      A.   Right.

7      Q.   So we have two buckets of assets.  And who did

8  the five waterflood areas from?

9      A.   Oh, okay.  Okay.  LLJ Ventures.

10     Q.   Okay.

11     A.   That was North Square Lake.

12     Q.   When was that?

13     A.   That was February, I believe February of 2017.

14     Q.   Okay.  And how about for the 10 percent or

15 many of the 45 one-off wells?

16     A.   Those would be -- those would be in addition

17 other four waterfloods and those were -- pardon me, three

18 waterfloods.  I apologize, the South Red Lake II unit was

19 Legacy Reserves.  I apologize.  There's so many assets.

20          So of -- of the five waterfloods, four of

21 acquired from other entities.  The North Square Lake

22 LLJ Ventures and then the other three is what the partners

23 contributed to -- to start Remnant Oil Company.

24     Q.   Okay.  So with LLJ Ventures, you acquired the

25 Square Lake unit from them in February 2017.



```
 1        A.    Correct.

 2        Q.    The other four waterflood areas were contributed

 3   --

 4        A.    The three.  I'm sorry, the three.  I apologize.

 5   apologize.  The five -- of the five waterfloods, one of

 6   was part of the Legacy package.  So there was,

 7   four that were --

 8        Q.    Okay.

 9        A.    -- acquired outside the Legacy.

10        Q.    I got you.

11        A.    One being LLJ Ventures.

12        Q.    And the other three.

13        A.    The other three were contributed by the partners

14   start Remnant Oil Company.

15        Q.    Okay.  And then what about the plus or minus 10

16   percent of the 45 one-off wells?

17        A.    That was also part of contribution of the

18   kick off Remnant.

19        Q.    And who contributed those?

20        A.    WS Oil and Gas Limited, Gilmore Oil and Gas

21   and RS Resources Limited.

22        Q.    Okay.  All in equal quantities, or who put up

23        A.    It was a -- it was a third, a third, a third.

24        Q.    I understand that's the ownership of the

25   I'm wondering who contributed what.
```

```
 1      A.    We all owned a third, a third, a third of the
 2  So we all contributed.
 3      Q.    I got you.  And you owned a third, a third, a
 4  of the assets through a different company?
 5      A.    Through our individual limited partnerships.
 6      Q.    Okay.  So you're all one-third interest owners
 7      A.    That's correct.
 8      Q.    In plus or minus 10 percent of the one-off wells
 9  three of the five waterflood areas.
10      A.    Correct.
11      Q.    Which three were those?
12      A.    Those were the Turkey Track.
13      Q.    Okay.
14      A.    Hackberry, and Lusk Seven Rivers unit.
15      Q.    Okay.  How much did you pay for the -- how
16  you pay Legacy for the balance of the assets?
17      A.    I do not know the answer to that as those were
18  acquired in 2016 in a large package.
19      Q.    I thought you said 2017 April.
20      A.    No, that was from LLJ Ventures.
21      Q.    Okay.  So you acquired --
22      A.    The dry -- the dry gas assets in the South Red
23  one of the waterflood areas, those are what we
24  were part of a large package that we -- that we bought
25  Legacy.
```

1    Q.    Can you --

2    A.    In April of '16.

3    Q.    Okay.  You've done -- you've purchased assets

4  Legacy on one -- the debtors have purchased assets from

5  on only one occasion; right?  On one occasion?

6    A.    We've done two transactions with Legacy

7    Q.    Okay.  The first transaction was in '16.

8    A.    April of 2016.

9    Q.    Okay.  And the second was April of '17?

10   A.    Yes, sir.

11   Q.    Okay.  The transaction in April of '16 was for

12 assets?

13   A.    It was for a number of Texas wells that we

14 divested other than the small little overriding royalty

15 interest that I have disclosed.

16   Q.    Okay.

17   A.    And then the dry gas, the 17,000 acres of dry

18   Q.    Okay.

19   A.    The South Red Lake II unit.

20   Q.    Okay.

21   A.    And again a handful of those 45, kind of, one-

22 wells.

23   Q.    Okay.  And that was in April of '16?

24   A.    Yes, sir.

25   Q.    So April of '17, you bought the Caprock



 1   the pipeline, working interest, and the two water

 2       A.   And the surface; correct.

 3       Q.   As well as --

 4       A.   And the wind.

 5       Q.   -- the wind rights.  And how about any of the 45

 6   off wells?

 7       A.   No.  Those were -- those were in '16.

 8       Q.   Okay.  So in '17, Caprock assets and wind

 9       A.   Correct.

10       Q.   How much did you pay in April of '17 for those

11   assets?

12       A.   We paid 2.5 million.

13       Q.   Okay.  Was it cash deal, was it financed?

14       A.   It was a combination of cash and also financed.

15       Q.   Okay.  How did you improve the property such

16   now believe that it's worth 8 to 10,000,000?

17       A.   We perfected the water rights.  So during this

18   two things have occurred:  One is -- pardon me, three

19   have occurred.  There is the uptake of commodity pricing.

20   Second is we have perfected the water rights.  The third

21   the -- the -- the value of the wind rights which were non-

22   existent when we purchased the assets.

23          And something that has also come about

24   it's called Rule 45Q and that's a brand of rule that's

25   I would -- I would call it similar to kind of what the

 1  and --

 2       Q.   **Solar energy tax credit?**

 3       A.   Yes, sir.

 4       Q.   **Okay.**

 5       A.   So --

 6       Q.   **Wind rights.  I'm sorry.**

 7       A.   Oh, yeah.  So essentially Rule 45Q deals

 8  with CO2, the sequestration and storage.  The acronym is

 9  CCSU, Carbon Capture Storage Utilization.  So

10  have to sequester the CO2 and then they have to store it.

11  therefore the Caprock the way that it's set up

12  speaking is a perfect storage facility for that CO2.

13  the pipeline that connects to the Cortez line, it's --

14  it's -- it's just a perfect situation for that.

15       Q.   **How much of the 2.5 million was attributable**

16  **wind rights?**

17       A.   We actually attributed -- it wasn't -- it was

18  the wind because it -- we attributed it to the surface.

19       Q.   **Okay.  Did you purchase any wind rights?  Or did**

20  **simply purchase the surface from Legacy?**

21       A.   Both.

22       Q.   **Okay.  Did Legacy just have the surface**

23  **They didn't know that they could lease it out for wind**

24  **utilization?**

25       A.   They did know.  And they had been -- they were

 1 contacted previously and declined to accept an offer.

 2      **Q.   Okay.  And do you attribute any value in that?**

 3      A.   No because the -- the company that did it was --

 4 a -- they had, I mean, gone away.

 5      **Q.   I got you.  But you believe now they're worth**

 6 **3,000,000 or 4,000,000?**

 7      A.   4,000,000.

 8      **Q.   4,000,000.  So how did it go from 0 to**

 9      A.   Because EDF has come in there and signed leases.

10 we have two -- we have two leases that basically provide a

11 minimum royalty -- royalty payment for 30 to 40 years.

12 have the exact number, I apologize.

13      **Q.   It's okay.**

14          **MR. OLDHAM:**  Sorry, did we mark this earlier?

15 have one of them I believe.

16          **MS. SIMMONS:**  It wasn't marked.

17          **MR. OLDHAM:**  Let's mark this one.  This will be

18 -- we're up to Exhibit 5?

19          **THE REPORTER:**  Mm-hmm.

20          **(WHEREUPON, Exhibit 5 was marked for**

21          **MR. OLDHAM:**  You will have to forgive me because

22 (3:05:32).

23 **BY MR. OLDHAM:**

24      **Q.   Exhibit 5, I represent is ROC-1365 through ROC-**

25 **Can you take a look at that?**



1    A.    Yes, sir.

2    **Q.    And I'm simply wondering where in the lease it**

3  **that the royalty payments begin in Q3 of 2020 and last for**

4  **years.**

5    A.    It doesn't state that in -- in this document.

6  states that when the wind farm goes into operational

7  when the minimum royalty payments start.

8    **Q.    That's not what you said earlier though; right?**

9  **said, earlier, you get a minimum payment that starts in Q3**

10 **will last for 40 years or earlier, whatever the term was.**

11   A.    Right.

12   **Q.    I said, okay, well, how did you get that number.**

13 **said, it was annual lease.**

14   A.    I apologize.  So that was -- the minimum royalty

15 in the lease once the wind farm goes into operations.

16   **Q.    Okay.  Can you show that to us?**

17   A.    I -- at this time, I do not know because my

18 partner who is a landman attorney did this.  But I can

19 because I know I'm in the royalties.

20       **MS. SIMMONS:**  Objection.  This document speaks

21 itself.  I mean, if you're asking for a legal

22 not an attorney.

23       **MR. OLDHAM:**  I didn't, Bethany.  I just asked

24 show me which page he's referring to based on his prior

25 testimony.

```
 1            MS. SIMMONS:  And that testimony will reflect --
 2    -- the -- the record will reflect the prior testimony
 3            MR. OLDHAM:  Okay.
 4    BY MR. OLDHAM:
 5        Q.   I'm still waiting for your answer, sir.
 6        A.   Okay.  On Exhibit C, it discusses minimum annual
 7    operating payment.
 8        Q.   What's the Bates number?
 9        A.   It's -- it just says page 1, Exhibit C towards
10    very end.  It's 1393.
11        Q.   Okay.  What's the minimum annual operating
12        A.   Years 1 through 10, 95,700 per year.  Years 11
13    through 20, 11,650 [sic] per year.  Years 21 through end
14    term, $127,600 per year.
15        Q.   Okay.  And is there anything that needs to
16    prior to those payments, those minimum annual payments
17    in?
18        A.   Yes.  They -- they have to have -- it has to
19    operations, the wind farm.
20        Q.   Okay.  So theoretically, it could be worth
21    4,000,000, but until it's in operation, there are no
22    payments; would that be fair?
23        A.   That -- that's a fair -- yes, sir.
24        Q.   Okay.  Are they in operation right now?
25        A.   They are constructing right now.
```



1    Q.    Okay.  So they -- they're not in operation

2  otherwise you'd be receiving a royalty payment.

3    A.    Yes, sir.

4    Q.    Okay.  With the projected to finish or complete

5  construction by Q3 of 2020?

6    A.    As verbally stated by EDF to us; correct.

7    Q.    Okay.  And the 50 percent interest in not

8  leases, the -- in the other --

9    A.    Right.

10    Q.    How is that structured?

11    A.    From what I've been told by EDF, it's the

12  of this lease.

13    Q.    Okay.

14    A.    So in with -- so rather than our 75 percent,

15  be at 50 percent.

16    Q.    Okay.  So the minimum annual payments they're

17  about in this case the debtors own 75 percent of that.

18    A.    Right.

19    Q.    Who is the other 25?

20    A.    It's -- it's TK Ranch.

21    Q.    Okay.  Because there is the surface on it?

22    A.    That was the deal we made with them when we --

23  we divested of the ranch.

24    Q.    Okay.  The other 50 percent that we've talked

25  what percentage does the debtors own, do the debtors own

1  that, of the 50 percent?

2      A.   50 percent.

3      Q.   Okay.  Who owns the other 50?

4      A.   I -- I -- I can't answer that.

5      Q.   How did the debtors come about owning that 50

6  percent?

7      A.   We acquired that from Legacy.

8      Q.   Okay.  You acquired -- you acquired 100

9  then sold 50 percent?

10     A.   We acquired 50.

11     Q.   50.  Same question.  Is it -- if the terms of

12 agreement are the same, do you know if the construction of

13 actual wind turbines or whatever they're putting there

14 set to be finished by Q3 of 2020?

15     A.   On that acreage, I know they have two phases,

16 do not know on that particular acreage where they stand.

17     Q.   Okay.  How much is that 50 percent worth?  Do

18 do you have an opinion as to the value of it?

19     A.   We just essentially just kind of did the math on

20 based on what these terms looked like and did it on the

21 acre basis.

22     Q.   Okay.  And is that accounted for in the

23 valuation?

24     A.   Yes, sir.  Yeah, yes, sir.

25     Q.   And has that value changed since the time you



1  the declaration?

2      A.   I think it has changed.  It's gone up a little

3      Q.   **And -- sorry, go ahead.**

4      A.   Yes, sir.  Because they have come out with

5  call "turbine sitings."  Meaning when we -- when pre-

6  we didn't know there were going to be turbines on the

7  or not because they -- they don't specify it.  Since

8  construction has began, they have determined the number of

9  where some of these turbines are going to be located,

10  of those turbines will be on our leasehold.

11      Q.   **I got you.  I just want to clarify it.  So if**

12  **no construction, then you don't receive anything.**

13      A.   That's correct.

14      Q.   **And if there was no construction pre-petition,**

15  **theoretically, they're not worth anything, now they begin**

16  **construction.  So at some point when they complete, now**

17  **start receiving royalty payments; is that your**

18      A.   That's my understanding.  Correct.

19      Q.   **When did you come to learn that they were**

20  **construction on the 50 percent interest?**

21      A.   When -- I would say several weeks ago.

22      Q.   **Okay.**

23          **MS. SIMMONS:**  Just to be clear.  The 50 percent

24  interest or the 75 percent interest?

25          **MR. OLDHAM:**  50.

1    **THE DEPONENT:**  Several weeks ago.

2    **MS. SIMMONS:**  Okay.

3    **THE DEPONENT:**  When they started construction on

4    that.

5    **BY MR. OLDHAM:**

6    **Q.   Okay.**

7    A.   Because again we're -- we're not in charge of

8    **Q.   Correct.  Fair enough.  Prior to that, they**

9    **worth anything.  But since they have begun construction,**

10   **saying, theoretically.**

11   A.   Right.

12   **Q.   So when did you sign your declaration?**

13   A.   On July -- I believe it was July 16th of 2019.

14   **Q.   Okay.  So how could you possibly take those**

15   **into consideration for the wind rights if you just found**

16   **couple of weeks ago that they were going to do**

17   A.   We, basically, had signed the lease.  But,

18   that was prior -- pre-petition.  But we also were privy to

19   they were doing with Tucson Electric, TEP, and they

20   that TEP had the PPA signed or purchased it, pre-petition.

21   **Q.   I'm sorry, I -- I don't follow.  I know you said**

22   **prior to them actually doing construction --**

23   A.   Right.

24   **Q.   -- there was no value.**

25   A.   There's -- right.  So it's -- it's a projected



**NAEGELI**
**DEPOSITION & TRIAL**          **(800)528-3335**
                               **NAEGELIUSA.COM**

1 | So --

2 |     **Q.    Okay.**

3 |     A.    -- when I looked at it, so basically between

4 | and my two partners, we had an existing lease.

5 |     **Q.    Right.**

6 |     A.    And the lease could be worth nothing until

7 | it.

8 |     **Q.    Right.**

9 |     A.    If they don't build it, the lease is worth 0.

10 |     **Q.    Correct.**

11 |     A.    So when we put in my declaration that I signed

12 | July 16th, we knew that basically they were going to build

13 | because they had executed a PPA with Tucson Electric, TEP.

14 | upon execution of the PPA, they're obligated to build it.

15 |     **Q.    When you say "they," who is the they?**

16 |     A.    EDF.

17 |     **Q.    Okay.  So you knew, pre-petition, EDF --**

18 |     A.    Was -- was with TEP --

19 |     **Q.    Okay.**

20 |     A.    -- And also other communications from EDF, from

21 | -- from CILA regarding items that they were -- that they

22 | commencing with the project, even though they have not

23 | construction, but they were commencing.

24 |     **Q.    Okay.  Does the valuation change depending on**

25 | **number of turbines?**

1    A.    Yes, sir.

2    Q.    And I'm saying "turbine."  I'm assuming it's

3  propeller thing?

4    A.    Yeah.

5    Q.    Okay.  How does it change depending on the

6  turbines they put on there?

7    A.    It's the greater of.

8    Q.    Okay.

9    A.    So you have a minimum or whatever the turbine

10 produces and I -- I cannot tell you how much -- what --

11 that produces.

12   Q.    Okay.  So how do you put a valuation on it?

13   A.    On a minimum royalty payment.

14   Q.    What's the minimum royalty for this 50 percent?

15   A.    I -- I don't --

16        MS. SIMMONS:  Asked and answered.  He already

17 didn't know.

18 BY MR. OLDHAM:

19   Q.    You don't know what the minimum royalty

20 I'm -- I'm not trying to confuse you.

21   A.    Oh, no, no, no.  No, no, no.  It -- no, no,

22 I'm sorry.  It would be the same terms as in the lease.

23   Q.    Okay.

24   A.    From what -- from what I was told by EDF, and I

25 -- and I stated previously I hadn't seen that lease.

1      Q.    Have you -- you may have asked -- I may have

2  this before.   Have you asked for the lease?

3      A.    We have not.  No.

4      Q.    Okay.  These two leases are worth how much?

5          MS. SIMMONS:  Objection.  Asked and answered.  I

6  think we've gone all this over and over and over again.

7  BY MR. OLDHAM:

8      Q.    You put a valuation of $4,000,000 on the wind

9  correct?

10     A.    Correct.

11     Q.    How much is attributable to the 50 percent

12 much is attributable to the 75 percent here?

13     A.    I don't have the exact answer.

14     Q.    Okay.  How did you come to the number 4,000,000?

15     A.    Taking the numbers of what -- on a per-acre

16 just calculating what the acreage was on the 50 percent.

17     Q.    Taking the acre -- as far as the --

18     A.    The --

19     Q.    -- what's been leased?

20     A.    So the formula -- so the formula that's been set

21 forth on the lease.

22     Q.    Okay.

23     A.    And then just simply applying that to the --

24 acreage that was on the 50 percent of the wind rights.

25     Q.    I got you.  And then times 0.5.

```
 1        A.   Yes, sir.

 2        Q.   Fair enough.  You said your valuation has or

 3   changed since the day you say you signed the petition?

 4             MS. SIMMONS:  Objection.  Asked and answered.

 5             THE DEPONENT:  Okay.

 6             MR. OLDHAM:  You can answer.

 7             MS. SIMMONS:  You can --

 8             THE DEPONENT:  Oh, answer.  Okay, I'm sorry.

 9             MS. SIMMONS:  Yeah.

10             THE DEPONENT:  My apologies.  Okay, so -- I'm

11   can you please repeat the question?

12             MR. OLDHAM:  Can you read it back to him?

13             MR. HAMM:  He'll read it back to you.

14             THE DEPONENT:  Oh.  All right.

15   BY MR. OLDHAM:

16        Q.   Has the valuation changed?  That was my

17             THE DEPONENT:  Oh.  I believe they have

18   there -- we do know that there's -- they are going to what

19   call site turbines on the acreage.  How much?  I cannot --

20   cannot quantify that.

21   BY MR. OLDHAM:

22        Q.   Pardon my ignorance.  Does that mean that

23   putting more turbines on the acreage as opposed to the

24   monthly payment?

25        A.   When I signed the declaration, we didn't know
```



1 many turbines they were going to put on our property.

2   **Q.   Right.**

3   A.   As of right now, we have -- we -- we know how

4 turbines are going to be -- approximately going to be

5 the property.

6   **Q.   With the 75 percent or the 50?**

7   A.   Both.

8   **Q.   Okay.**

9   A.   So there's --

10   **Q.   And --**

11   A.   -- well, right now, under the two leases that we

12 have.  So under the newly amended lease, which is the

13 one, there's going to be one turbine plus one

14 that they could put one on.  On the 50 percent, we just

15 out they're going to put five turbines on that property.

16   **Q.   Okay.  So five turbines going for 50 percent**

17 **and then we have one, and maybe two on the 75 percent?**

18   A.   Correct.  Right.

19   **Q.   Okay.  What is the payout for the one,**

20 **on 75 percent interest property?**

21   A.   I have no clue because that's -- that's --

22 above my pay grade.  Looking at how many megawatts it

23 and it's a floating rate, I -- I can't answer that.

24   **Q.   I got you.  Since you're the CEO, who's above**

25 **pay grade?**

```
 1        A.    My partners and I share -- even though it's a

 2   we share equal partnership.

 3        Q.    Okay.  What would you need to do to assess the

 4   of the 75 percent interest for the two wind leases as we

 5   here today?

 6        A.    I'd like to hire a -- a valuation expert.

 7        Q.    Okay.  And the same question for the five

 8   the 50 percent interest.

 9        A.    Same -- same response.  We need to hire a

10   expert on the wind.

11        Q.    I'm assuming you've hired one.

12        A.    No, sir.  We have not.

13        Q.    No.  Have you been looking for one?

14        A.    No.  I've been busy trying to sell Caprock.

15        Q.    I got you.  Do you plan to look for somebody

16   those?

17        A.    What, sir?

18        Q.    Do you have any plans to find someone to

19   sell those?

20        A.    Absolutely.  What we'd like to do is -- or to

21   determine -- it will not be the two -- the two firms I've

22   mentioned previously that would market the oil and gas

23   I believe it would be a complete different entity that

24   specializes in renewable energies.

25        Q.    Okay.
```



1    A.    And I will work with EDF to determine who that

2  be as quickly as possible.

3    Q.    **The $100,000 bid that was made, who made that**

4    A.    That was through York Capital.

5    Q.    **And you were -- the $100,000 was a bid or**

6  **purchase what?**

7    A.    The -- I haven't actually seen the full bid.

8    Q.    **Okay.**

9    A.    So I don't know if it was for -- I -- I

10  was for the two leases and the 50 percent.

11    Q.    **Okay.  How did York -- York Capital?**

12    A.    York.

13    Q.    **How did York come to find out that you were**

14  **interested in selling the wind leases?**

15    A.    When they were doing the -- their due

16  determine if they were going to provide a DIP or not,

17  obviously they looked at, you know, all the various

18  collateral, and they, essentially said that, you know,

19  like to make an offer on the wind, and I think it's a

20  duty to say, listen, I think -- listen, what we have, if

21  makes -- if it makes monetary sense then, yeah, let's --

22  evaluate it.

23    Q.    **Did you know that they had made the $100,000?**

24    A.    Not until they wired in their 10 percent

25    Q.    **Okay.  Did you have any conversations with**



1  **that?**

2      A.    None.

3      **Q.    Why not?**

4      A.    I was working with Bill Briscoe to solely

5  getting -- getting him to bring in his number.

6      **Q.    Okay.  Are you curious as to why they offered**

7  **$100,000?**

8      A.    No.

9      **Q.    Why?**

10     A.    These -- I think it's several young men that

11  basically are just trying to bottom-feed on a company

12  that's struggling and trying to pick up an asset for two

13  on the dollar if not less.

14     **Q.    Okay.  You feel like it wasn't really an offer?**

15     A.    No.

16     **Q.    Okay.**

17     A.    To me it was a one, like a $1 offer in my

18     **Q.    I got you.  Would it be a fair statement that it**

19  **so low that it didn't warrant a response?**

20     A.    I would -- in my opinion, I would still like

21  back to them to see could they -- will they go up or not.

22  don't think they will.  That's just my opinion.

23          I think if they would like the wind rights, I

24  if -- if the Court would allow us to market -- to market

25  wind rights with a reputable company, I would, you know,

1  percent encourage them to participate in that.

2      Q.   So you -- you haven't responded to their

3  offer yet.

4      A.   Yes.  Correct.

5      Q.   Okay.  And you do or don't plan to respond?

6      A.   I need to discuss with my partners.

7      Q.   Okay.

8          MS. SIMMONS:  Daren, do you need a break?

9          MR. OLDHAM:  Are you --

10         MS. SIMMONS:  Looks like he does not.

11 BY MR. OLDHAM:

12     Q.   Are you concerned that they think the value is

13 100,000?

14         MR. BRINKMAN:  I ask you --

15         THE DEPONENT:  No, I'm not concerned.

16 BY MR. OLDHAM:

17     Q.   Are you interested -- if they offer -- I mean

18 like somebody giving you 20 bucks for a Ferrari; right?

19 --

20     A.   That -- that's a --

21     Q.   -- how the valuation is.

22     A.   That's a fair statement.  Yes.

23     Q.   Are you at least a little curious as to how they

24 up with their 20 bucks for a Ferrari?

25     A.   In talking with -- in talking with Tenaci,



1 one of the individuals I've been dealing with specifically

2 York Capital, I was asking him what his -- you know, how

3 -- because he -- he would -- basically was walking

4 know, his how do you -- how do you value these.

5       And now that I was able to provide him the

6 originally, it was difficult, you know, other than to

7 the minimum --

8     **Q.**   **Payment.**

9     A.   -- the minimum royalty payment, it was -- you

10 couldn't model past that.  I mean, hypothetically you

11     **Q.**   **Right.**

12     A.   But not accurately.  And so what they felt was

13 - that basically, that, you know, when he does the --

14 part of their fund.  Their fund is a distress buy fund.

15     **Q.**   **Okay.  Do you know why they only offered**

16     A.   No, sir.  I do not.

17     **Q.**   **Okay.  Do you think it's a fair statement to say**

18 **they don't value those assets as highly as you do?**

19     A.   Correct.

20     **Q.**   **In fact, it's two different worlds; right?  I**

21 **$100,000 and you're saying $4,000,000 bare minimum.**

22     A.   Correct.

23     **Q.**   **Okay.  The $6,000,000 contingent off of whatever**

24 **want to call it from the -- was it Circle Oil?  Circle**

25 **Production, Inc., do you consider that a legitimate offer?**

NAEGELI
DEPOSITION & TRIAL    (800)528-3335
NAEGELIUSA.COM

 1    A.    I do.

 2    Q.    Subject to the contingencies listed out?

 3    A.    Correct.

 4    Q.    Who over at Circle Ridge Productions have you

 5 dealing with?

 6    A.    Bill Briscoe.

 7    Q.    Okay.  And did you know him before this hopeful

 8 transaction?

 9    A.    The first time I met Mr. Briscoe was in May of

10 after we bought Legacy because he was a -- he's a 5

11 royalty owner across all of our -- well, Caprock assets,

12 the oil and gas assets.

13    Q.    Okay.

14    A.    And back then we were distributing revenue

15 that's how Legacy did it.  And so I would call the royalty

16 owners, just introduce myself.  And so that's how I met

17 Briscoe because as a 5 percent holder, he has a

18 he owns a significant piece of the Caprock.

19    Q.    Okay.  Fair to say it was an introduction made

20 Seaport?

21    A.    That's correct.

22    Q.    Have any introductions been made by Seaport?

23    A.    Yes.

24    Q.    Okay.  Who was that?  And if it's a list of

25 tell me the --

1      A.    They're --

2      Q.    Let me -- strike that.  Do you think it's --

3  had a good experience with Seaport?  Do you think

4  their job?

5      A.    Yes, I do.

6      Q.    Why is that?

7      A.    You know, they -- they -- they did bring some

8  to the table that I've never heard of -- really, I've

9  heard before in the EOR business.

10     Q.    Okay.

11     A.    Which really surprised me.  And those came out

12 Elk Petroleum bid process -- those -- those individual

13 And, you know, we did one data room presentation that this

14 gentleman was a ex -- with Netherland Sewell, NSAI,

15 engineer who was probably one of the most intelligent

16 I've ever met, and I've never heard of this guy before.

17 just -- yes, so -- so -- so to go back, to answer your

18 question, they -- they -- they did a good job.

19     Q.    Okay.  They made various introductions or

20 people that you hadn't heard of before?

21     A.    Correct.

22     Q.    They made one data room presentation.

23     A.    Correct.

24     Q.    Anything else that you can think of?

25     A.    I answered questions via email on -- for --



NAEGELI
DEPOSITION & TRIAL          (800)528-3335
                            NAEGELIUSA.COM

 1  couple of -- of their bidders, potential bidders.

 2      **Q.   Okay.   Okay.**

 3      A.   And they still have one potential company out

 4  - pardon me, I -- I forget the name because I don't know.

 5      **Q.   Okay.**

 6      A.   I think it's -- I've never heard of them before,

 7  it's essentially just an assumption of liability.   It's

 8  cash offer.

 9      **Q.   Okay.   And the one quasi-offer that you have,**

10  **$6,000,000 offer, was not through Seaport; correct?   I**

11  **knew Bill Briscoe before.**

12      A.   Oh, yeah, he -- correct.   Yeah, it was -- it was

13  Remnant's contact.

14      **Q.   Okay.**

15      A.   The debtors' contact.

16      **Q.   Okay.**

17      A.   In fact, I -- I introduced a number of -- of

18  I've been dealing with to Seaport.

19      **Q.   I got you.   Why did Mr. Briscoe submit an**

20  **in the matter of interest after the bid deadline?**

21      A.   He --

22      **Q.   Is he not aware of the bid deadline?**

23      A.   Mr. Briscoe is a, I would say, an

24  the realm of how to work through a bankruptcy process on a

25  Sale.

1     Q.    Uh-huh.

2     A.    And so therefore would rather deal on a

3 basis rather than -- he just doesn't -- per his terms,

4 saw the 50-page bidding document, he about passed out.  He

5 he read two pages and said I just -- if you don't get what

6 want, let me know.

7     **Q.    Okay.  He obviously hasn't been out there, and**

8 **a couple of other issues that he needs to clear up.**

9 **you first contact Mr. Briscoe?**

10     A.    I was talking with Mr. Briscoe prior to the

11 engagement of Seaport updating him on all the items that

12 have, you know, for the field.

13     **Q.    All right.**

14     A.    With the water, with the -- with the pipeline,

15 the Rule 45Q, helping him understand how -- how he can

16 economics of the asset because what he had to understand

17 how much capital does he have to bring to make this work.

18     **Q.    Did he know that there was a bid deadline?**

19     A.    Yes.  Yes, he knew.

20     **Q.    So he just gave us a hard time about it?**

21     A.    No, I -- I wouldn't say he's being difficult

22 whatsoever.  I wouldn't classify that whatsoever.

23 Unfortunately -- I wish you all knew Mr. Briscoe and you

24 understand.

25     **Q.    That's why I'm asking you.**

 1    A.    Yeah.  No, he is -- he's a -- he's a -- to my

 2  knowledge, I've been working with him, he's an honorable

 3    Q.    Mm-hmm.

 4    A.    He's just an -- he's an older gentleman, an old

 5  school oil and gas guy that just does things the way he

 6    Q.    Okay.

 7    A.    He -- he does understand it's through a

 8  and that -- that makes him feel comfortable for title,

 9  though -- but --

10    Q.    Does he -- do you know if he has the financial

11  capacity to actually bring $6,000,000 to the table?

12    A.    That was my first question when we started

13  negotiating a long time ago and his answer was he -- he

14  putting some of his own cash in it and also his bank was

15  financing the rest.

16    Q.    Okay.  So maybe, maybe not.

17    A.    I have requested a letter from his financial

18  institution.

19    Q.    I got you.  Okay.  Assuming he could come up

20  6,000,000 and his financial went through and he

21  Caprock assets, is it the debtors' position that there

22  need to sell the other assets?

23    A.    It's the debtors' position that we would need to

24  the other assets except the North Square Lake.  We've --

25  been through a -- a myriad of different scenarios on how

1  make this work with what little cash is left over from

2  sale, and we will need to proceed with a divestiture of

3  pods except keeping the North Square Lake unit to -- to

4  recapitalize around.

5      Q.  Okay.  How much is the North Square Lake unit

6      A.  I would put it at a value between -- and this is

7  going to be a broad range.  I would put somewhere

8  $3,000,000.

9      Q.  Okay.  Why hang on to that as opposed to the

10     A.  It has better -- when you -- when you look at --

11  you model it out from the development standpoint, it has

12  rates or returns and better IRRs.

13     Q.  Okay.  So it's --

14     A.  Working on it.

15     Q.  -- at least by people's standards, the most

16  marketable.  It's the most attractive to you.

17     A.  To -- to -- to use, correct.

18     Q.  Okay.

19     A.  There are some -- some intricacies on the land

20  that would make it difficult to market in regards that

21  wellbore only property.  We don't own any of the

22  rights.  So that would make it -- so most people do not

23  wellbore only wells --

24     Q.  Okay.

25     A.  -- or wellbore only packages.



1    **Q.    So you would not be the operator; is that fair?**

2    A.    No, we are the operator.

3    **Q.    You would be the --**

4    A.    No, we are the operator.  Right.  We are the

5    of the North Square Lake unit.

6    **Q.    Okay.**

7    A.    For the -- for the unitized interval.

8    **Q.    Okay.**

9    A.    For the unit.

10   **Q.    How much money do the debtors have right now?**

11   **much cash in the bank?**

12   A.    As of this morning, I believe with the inclusion

13   the utility placeholder, 327,000 and change.

14   **Q.    What's the utility placeholder?**

15   A.    I think it's $32,800 that was mandated by the

16   Trustee.

17          **MS. SIMMONS:**  He's referring to the deposit that

18   had to --

19          **MR. OLDHAM:**  Which --

20          **MS. SIMMONS:**  -- for the insurance.  So it's --

21   **BY MR. OLDHAM:**

22   **Q.    So 3 -- you said 327?**

23   A.    I believe 327 and change.  Yes, sir.

24   **Q.    Okay.  Less security deposit and change.  So how**

25   **can the debtors last without a sale -- without any**


NAEGELI
DEPOSITION & TRIAL        (800)528-3335
NAEGELIUSA.COM

1  **DIP financing?**

2      A.    Well, on -- we're looking at two scenarios.   One

3  there's obviously the repayment of the debt to Car

4  Waterton -- Waterston that we need to address and that

5  have enough cash to sustain us through that period.

6          So if -- if, so for instance if we -- we are

7  moving out of our offices and moving into Reed Gilmore's

8  office space that he's not going to charge us anything

9  that's going to save us quite a bit of money.  And two

10 we've let two other individuals go on top of that.

11     **Q.    Who did you let go?**

12     A.    We let go one of the field pumpers, Jed

13 then also one of the officer manager, or the other

14 Victoria Stitzel.

15     **Q.    Okay.**

16     A.    The sale -- and should Mr. Briscoe come through,

17 we can probably get into this later on post-deposition

18 - how do we -- how does this make sense on the

19 basis.

20     **Q.    Right.  My question is:  Let's suppose**

21 Mr. Briscoe, the cautious gentleman that he is, for

22 reason decides not to purchase these assets.  On the

23 the debtors have in the bank right now, how much longer

24 last on that cash?

25     A.    We could last until the -- until the DIP is

```
 1  but what we --

 2       Q.   When is that?

 3       A.   I want to say it's in early December I believe

 4  -- that's a best guess, I think.

 5       Q.   Okay.  Early December?

 6       A.   I think so.  Yes, sir.

 7       Q.   Okay.

 8            MR. OLDHAM:  Is that fair?

 9            MS. SIMMONS:  You mean when the -- the

10  It is a 90-day DIP from the date of the first draw.  I

11  know -- I don't know the exact date off the top of my head

12            MR. OLDHAM:  Okay.

13            MS. SIMMONS:  -- but -- but is when it matures.

14  BY MR. OLDHAM:

15       Q.   Okay.  On your website, your presentation

16  the 43-page presentation that's on there, what is that

17       A.   That was for just kind of a -- a marketing

18  for the company on, you know, what assets do we have, what

19  we own, to -- to garner any sort of, you know, interest

20  people that were visiting the website that were -- that

21  noticed, you know, of -- of -- to our Chapter 1 filing.

22       Q.   Right.  There's nothing in there that says the

23  company is in bankruptcy; right?

24       A.   No.

25       Q.   So how would anyone know that?
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

```
 1      A.   I don't know the answer to that.

 2      Q.   Why does it say "Remnant Oil Company LP," and

 3 goes on to say that "Remnant Oil Company LP is a Texas

 4 Partnership."

 5      A.   That's incorrect.

 6      Q.   There's -- that entity doesn't exist; right?

 7      A.   No, sir.

 8      Q.   Okay.

 9      A.   My apologies.  Yes.

10      Q.   Okay.  Remnant Oil Company Holdings, the Nevada

11 entity that was created in March of this year.  What is

12      A.   That was to be utilized on a strategy that we

13 working with with Baker Hughes with on a go public basis

14 was a, obviously, a Nevada Corp. that did not come to

15      Q.   Okay.

16      A.   So no assets, no operations.

17      Q.   So it does nothing?

18      A.   Yes, sir.

19      Q.   Okay.  Sante Fe resources.  What's the

20 there?

21      A.   It's -- I am -- WS Oil and Gas is the sole owner

22 that, and it has no assets, no operations.

23      Q.   Okay.

24           MR. OLDHAM:  I think we've gone for an hour.

25 take a 10-minute and reorganize.
```

1          **MS. HUNT:**  Okay.

2          **THE REPORTER:**  We're off the record.

3          **(WHEREUPON, a recess was taken.)**

4          **THE REPORTER:**  We are on the record.

5    **BY MR. OLDHAM:**

6          **Q.   Okay.  Mr. Gray, outside of the -- the CEO,**

7    **the CEO of both entities?**

8          A.   The title for CEO, the managing member for

9    Oil Operating, CEO for Remnant Oil Company.

10         **Q.   Okay.  Aside from your roles in those two**

11   **are you currently working for any other companies?**

12         A.   No.  Well, I take that -- I mean, I am doing

13   consulting.  Pardon me.  I am doing some consulting, yes.

14         **Q.   Okay.**

15         A.   But not as a full-time employee.

16         **Q.   I got you.  What company have you consulted?**

17         A.   It's called Challenge Group.

18         **Q.   Okay.  Is that a -- is it an oil and gas outfit?**

19         A.   They -- it's a marketing company.  They market

20   minerals.

21         **Q.   And what do you do in it?  Consulting what?**

22         **MS. SIMMONS:**  Objection.  This stuff's all

23   the scope.  I'll allow it for the -- you know, I -- I -- I

24   it.  You're trying to get some -- get some of his

25   so I'll allow it, but if it goes too far off the -- off

 1  track, I'll have to instruct him not to answer.

 2          **MR. OLDHAM:**  Okay.

 3          **THE DEPONENT:**  Just to make introductions to

 4  in Midland.

 5  **BY MR. OLDHAM:**

 6      **Q.   Okay.  And it's -- I think you said a side gig**

 7  **side job?**

 8      A.   Yes, sir.

 9      **Q.   Okay.  How long have you been doing that?**

10      A.   About two months, three months; not that long.

11      **Q.   Okay.  Did you start before the petition date or**

12  **after?**

13      A.   You know, I've always kind of done consulting on

14  -- I mean, always since -- that's what WS was originally

15  from back in 2005.

16      **Q.   Okay.**

17      A.   So, but it's never been -- it's just kind of a

18  side thing.  So I've helped out this one gentleman at

19  Group, just, you know, on and off for years.

20      **Q.   Okay.  So is it a just a term commitment as**

21  **how long you're going to be consulting?**

22      A.   No, it's just a -- it's just kind of, like, hey,

23  here's a deal he's marketing, and he may market a deal

24  year, or maybe every three years.

25      **Q.   I got you.  And --**

**NAEGELI**
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

```
 1        A.    And then -- and then, yeah.  And that's --

 2        Q.    So --

 3        A.    -- that's who -- and that's who -- that's --

 4   all who I'm --

 5        Q.    The Challenge Group is based in Midland?

 6        A.    In Houston.

 7        Q.    In Houston.

 8        A.    Yes, sir.

 9        Q.    Okay.  How are you compensated by Challenge

10        A.    Just a success fee.

11        Q.    Okay.  So if you can't successfully sell

12   asset is, then that's it.

13        A.    If my introductions don't do -- right.  Yes,

14        Q.    Fair enough.  What's the time commitment for

15   versus the debtors?

16        A.    I pretty much do mostly on the weekend.  I've

17   really swamped just, you know, obviously with the -- the

18   marketing process, with the production of documents and

19   that.  So just on the weekends is kind of what I've been

20   with that.

21              I mean, I do some stuff after work, but I'm

22   say 95, 99 percent of my time is dedicated to Remnant Oil

23   Company to the -- to the debtors.

24        Q.    Okay.  So 9 to 10-ish, or -- or it may vary

25   on the week, but --
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1    A.    Yeah, all -- all my money is in the company.  So

2  therefore I am highly vested to ensure a successful

3  this Chapter 11.

4    **Q.    And what is a successful outcome in your mind?**

5    A.    A reorganization around the North Square Lake

6  And a successful one in my mind is where the Court

7  -- everyone gets paid back including the monies that

8  and my partners have put in.  That equals success.

9    **Q.    Okay.**

10    A.    I know it's not -- it may not -- I mean, and

11  not be immediate.

12    **Q.    Okay.**

13    A.    But you know, I do think, you know, speaking

14  everyone today, you know, on a positive note, has, you

15  brought some really good ideas to the forefront on how

16  manage the process moving forward with our -- with our

17  base.

18          And so, you know, that -- from -- I'm getting

19  positive from -- from the feedback thus far.  So I

20  again it's not -- it's not going to happen tomorrow, but

21  meaning we're not -- meaning, you know, we're not --

22  step one is Mr. Briscoe.  If that doesn't occur, then

23          We have the wind rights, you know, I think --

24  getting the idea of getting that appraised.  Getting that

25  -- having a -- a renewable company that actually markets

1  renewables to do that, to -- to, I mean, so I think that's

2  that's a positive outcome.  I know I'm kind of long-winded

3  that, I apologize, but --

4       Q.    You're good.

5       A.    -- you know, when you're kind of -- I mean,

6  highly revered of the company, you kind of get somewhat

7  emotional to it.

8       Q.    I got you.  Why did you file bankruptcy?

9       A.    One of my partners, Reed Gilmore, again, Gilmore

10 and Gas was loaning money to -- to kind of keep us afloat,

11 unfortunately we were unable to come to terms and I think,

12 know, I disclosed that we were working with Baker

13 in a potential recapitalization, and unfortunately it just

14 didn't -- it wasn't able to -- to occur by no fault of

15 anyone's.

16          It's just, you know, it's just business.  And

17 once that -- once that occurred, you know, Reed just said,

18 know, his liquidity somewhat dried up.

19      Q.    I got you.  The assets located in West Texas,

20 you -- I believe you said you acquired those from Legacy

21 you've sold some or all of them?

22      A.    Right.

23      Q.    When -- when was that?

24      A.    2016.

25      Q.    Okay.  So they had been acquired from Legacy



NAEGELI
DEPOSITION & TRIAL          (800)528-3335
                            NAEGELIUSA.COM

1  first transaction.

2       A.   That's correct, yeah.

3       Q.   And you sold them to who?

4       A.   I believe we put all -- have you seen all the --

5  we've provided all those documents.  Have you seen all

6  We put all the -- all the assignments and PSAs and -- I

7  know there's so much there.

8       Q.   No -- no, you're fine.  I just -- I get to ask

9  questions today.

10      A.   Oh, yes, sir.

11      Q.   And again --

12      A.   My apologies.

13      Q.   No, you're good.

14      A.   Okay.  Yes, we have 7S Oil and Gas, QP, Inc.,

15  Rock, Adcor and Robert Wash.  I believe there are five.

16  may be one other one.  I think those were -- there were

17      Q.   And they all were within 2016?

18      A.   Yes, sir.

19      Q.   Okay.  And what's the time period?  So if you

20  the assets I think you said in April 2016.

21      A.   We liquidated everything by the end of September

22  '16.

23      Q.   Okay.  So it had to have been between April

24  September of '16.

25      A.   '16.  Mm-hmm, correct.



1     Q.    Okay.  And why did you sell that?

2     A.    We bought them specifically because of -- they

3  being over-operated, meaning the op ex was really high by

4  Legacy.  And so by us just simply operating them, we

5  could increase the reserve value.  So once we took that

6  we were easily, it was very easy to demonstrate that and

7  flip it because what we wanted to do was take that capital

8  then reinject it into our assets in New Mexico.

9     Q.    And did that happen?

10    A.    Yes.

11    Q.    How much did you sell those five for?

12    A.    There -- pardon me, real quick.  There was a

13  one, that was McClure.  Our sixth one.  There's -- I knew

14  there's another one.  McClure.  I apologize.

15    Q.    Okay.

16    A.    2.9 million.

17    Q.    Okay.

18    A.    To 7S Oil and Gas.  McClure was around, I

19  half a million.  Somewhere in there I think.  Between

20  500.  Robert Wash was 20,000.  Adcor was, like, 57,000.

21  then the QP was, like, 56,000 and change.  And White

22  like, 10.

23    Q.    Okay, 10 million?

24    A.    Oh, sorry.  No, 10,000.

25    Q.    Okay.  So about 3,000,000 and some change in



NAEGELI
DEPOSITION & TRIAL
(800)528-3335
NAEGELIUSA.COM

1      A.   A little over that, yes, sir.

2      Q.   **Okay.  And that 3,000,000 and change went where?**

3      A.   We paid down the debt -- so we borrowed all --

4  paid $1,900,000 for that from First.  So we borrowed 100

5  percent of the acquisition price from First Capital Bank

6  that.

7      Q.   **Okay, so --**

8      A.   And then a large chunk of that went back to pay

9  --

10      Q.   **So 1.9 million to pay back --**

11      A.   Not all of it, but the vast majority of it did.

12      Q.   **Okay.  So 1.7-ish.**

13      A.   Somewhere there.  I -- I don't know.  I don't

14  exact numbers, but --

15      Q.   **I got you.  We will say 1.6.  Is it somewhere in**

16  **there?**

17      A.   I -- I don't know the -- 100 percent --

18      Q.   **Okay.  Fair enough.**

19      A.   -- the answer.

20      Q.   **If you had the 1.9, it wasn't more than 1.9.**

21      A.   That's correct.

22      Q.   **Okay.  And then the balance went where?**

23      A.   We did also -- we paid a bunch of reworks

24  on the four waterfloods.

25      Q.   **Okay.**

1    A.    And then we also used some of that capital to

2  Caprock as well.

3    Q.    **To finance the purchase of the second -- the**

4  **purchase?**

5    A.    Yes.  And also -- and also the North Square Lake

6  unit.

7    Q.    **Okay.  I know you're set up to be a contractor/**

8  **consultant, whatever it shows on the budget that's being**

9  **proposed.  Forgive my lack of knowledge of the common**

10 **How much are you paid on a monthly basis from the debtors?**

11   A.    Currently, 15,000 a month.

12   Q.    **Okay.  And has that always been the case?**

13   A.    No, sir.  Previously, it was $25,000 per

14 that was approved by Reed.

15   Q.    **Okay.  And that was for what time period?**

16   A.    Since inception.  Since '16.

17   Q.    **Okay.  So from '16 up through July of '19?**

18   A.    Correct.

19   Q.    **Okay.  And was that made in the form of --**

20 **just a consulting payment?**

21   A.    Yes, sir, to WS Oil and Gas.

22   Q.    **Do you have a consulting contract with the**

23   A.    No, sir.

24   Q.    **Okay.  Have you ever taken a dividend or**

25 **recently, a K1 from the debtors?**

```
 1        A.    No.  No one's ever had a distribution on a K1.

 2        Q.    Okay.

 3        A.    Or -- or a distribution, or taken capital out

 4   equity standpoint.

 5        Q.    Were you taking capital out?

 6        A.    No.

 7        Q.    Okay.  Outside of the consulting contract and

 8   15,000 a month, or previously 25,000 a month --

 9        A.    Mm-hmm.

10        Q.    -- have you ever taken any other money out?  And

11   don't mean expense reimbursements.

12        A.    Right.

13        Q.    But actual distribution or something.

14        A.    We did pay ourselves back something in early

15   from the sale of the -- the -- the Legacy assets.

16        Q.    That would be early '17?

17        A.    No, that would have been '16.

18        Q.    You held Legacy assets until April of '16.

19        A.    And we sold them in September of '16.

20        Q.    Right.  So how could you pay yourself back in

21   2016?

22        A.    I mean, pardon me, late '16.  Right.  We had

23   had put some dollars in, but it -- we didn't -- it

24   whole lot.  So it was just for payment of some loans

25   had made.
```

NAEGELI
DEPOSITION & TRIAL    (800)528-3335
NAEGELIUSA.COM

1       Q.   I got you.  And that was late '16 early '17.

2       A.   No, it was -- it was in '16.

3       Q.   Okay.  How do you remember the definitive

4  '16?

5       A.   Because I remember it was '16.

6       Q.   How much was that?

7       A.   I don't know the number.

8       Q.   How do you know it was '16?

9       A.   Because we closed in -- we got the last monies

10  7S in September and reimbursed ourselves -- not -- just a

11  portion of what was due.  Just --

12       Q.   Okay.

13       A.   -- I think we put in, like, I don't know the

14  amounts, but it wasn't a substantial, it wasn't anything

15       Q.   Okay.  What was the purpose of that?

16       A.   Just to recoup some of our -- you know, we had

17  -- we had turned a profit on that asset, and just to

18  some of that money.  It was no return of equity or

19  that sort.

20       Q.   That's why people are in business; right?  To

21  money.

22       A.   Yes, sir.

23       Q.   Nobody would fault you for that.  I'm just

24  figure out generally speaking how much was it?

25       A.   I really -- I -- I -- I can't answer because I

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1  -- I just don't -- I don't know the exact number.  So any

2  figure I give you is -- is going to be inaccurate.

3       **Q.   I got you.  Okay.**

4       A.   I'm not trying to be difficult.  I'm just -- I

5  really, honestly --

6       **Q.   That's --**

7       A.   -- because the partners have put in different

8  amounts.

9       **Q.   No, for sure.**

10       A.   And so -- and I don't remember what -- I can

11  what I was paid.

12       **Q.   What were you paid?**

13       A.   I was paid $130,000.

14       **Q.   Okay.  And that was late '16?**

15       A.   That was late '16.  I would -- I would say

16  or August of '16.

17       **Q.   Okay.  Do you think it was more or less for**

18  **and Stitzel?**

19       A.   Oh, it would be either the same or less.

20       **Q.   Okay.  Are Gilmore and Stitzel both still**

21  **or consultants of the debtors?**

22       A.   Yes, sir.

23       **Q.   Have they both been paid as consultants for the**

24  **debtors?**

25       A.   Mr. -- Bob is.  Mr. Stitzel is.  And Reed is



NAEGELI DEPOSITION & TRIAL     (800)528-3335   NAEGELIUSA.COM

 1  Reed does not take a salary.

 2        Q.    Okay.  Why is that?

 3        A.    He -- he does work for -- he's got a family -- a

 4  private family office and so he spends maybe about 50

 5  of his time at Remnant.

 6        Q.    Okay.

 7        A.    And so he wants Remnant to succeed so

 8  doesn't want to burden -- be burdensome.

 9        Q.    I got you.  Was he ever getting a salary?

10        A.    No, sir.

11        Q.    I got you.  Does he actually do work for the

12        A.    Yes, sir.

13        Q.    He does.  Outside of -- what is the consulting

14  entity, or the entity that you consult occasionally in

15        A.    WS Oil and Gas is who --

16        Q.    Right.  But you currently work with -- I

17  name.

18        A.    Oh, Challenge Group?

19        Q.    Yeah.

20        A.    Yes, sir.

21        Q.    Outside of that, are there any other entities or

22  other work that you do?

23        A.    I did one.  I had a -- a small engagement just

24  a model together for someone in Midland.

25        Q.    When was that?



1    A.    That was probably three or four months ago.

2    Q.    Okay.

3    A.    That was a week -- it's like a weekend.  It's

4  like a weekend assignment.

5    Q.    And would that be considered similar to the

6  consulting gig?

7    A.    It was just kind of a -- yes, very similar,

8    Q.    Okay.  And do you remember who the group was?

9    A.    The Hanging H Ranch.

10    Q.    Okay.  Were you paid for the work you did?

11    A.    Yes, sir.

12    Q.    How much?

13    A.    $10,000.

14        MR. OLDHAM:    Let me see if I've gone through all

15  exhibits real quick.

16  BY MR. OLDHAM:

17    Q.    I only have one copy of these and frankly I

18  know if they're important enough to go make copies.  First

19  going to hand you --

20        MR. OLDHAM:    What are we up to?

21        THE REPORTER:    6.

22  BY MR. OLDHAM:

23    Q.    Exhibit 6 is going to be ROC-778 through ROC-

24  just so we're clear on the record, the highlighting on

25  is purchase price.  That wasn't there when the document

1  produced.  Do you see the sentences that I have

2      A.   Yes, sir.

3          THE REPORTER:  Do you want to mark -- do you

4  mark that?

5          MR. OLDHAM:  Yes, please.

6          (WHEREUPON, Exhibit 6 was marked for

7  BY MR. OLDHAM:

8      Q.   Let me not get ahead of myself.  Do you

9  document?

10     A.   Oh, absolutely.

11     Q.   What is that?

12     A.   It was a letter of intent to purchase the

13  from Trinity Midstream that's -- and they're backed by

14     Q.   Okay.  So Trinity Midstream made an offer to

15  the pipeline with -- within the realm of Caprock assets?

16     A.   Yes, sir.

17     Q.   Okay.  So they just wanted to purchase that one

18  piece?

19     A.   Well, contingent on --

20     Q.   Take-or-pay.

21     A.   Contingent on take-or-pay.

22     Q.   I got you.

23     A.   Well, yeah, basically because they were

24  with us taking what they call an MDQ, Minimum Daily

25     Q.   What -- the take-or-pay?



NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1    A.   Yes, sir, yeah.

2         **THE REPORTER:**  What was that?

3         **MR. OLDHAM:**  The take-or-pay part.

4         **THE REPORTER:**  Thank you.

5    BY MR. OLDHAM:

6    **Q.   When did they make that offer?**

7    A.   That was in April of -- April 20th, 2018.

8    **Q.   Okay.  And the -- the offer was for the pipeline**

9    **the take-or-pay portion of that contract; right?**

10   A.   It was for us to enter into a new contract

11   correct.

12   **Q.   And what was the consideration being offered?**

13   A.   For $5,000,000.

14   **Q.   Okay.  You didn't do that deal; right?**

15   A.   We did not do the deal.

16   **Q.   Okay.  Why is that?**

17   A.   Because they pulled the deal.

18   **Q.   They pulled it?  What does that mean?**

19   A.   They -- they, basically, said due to our

20   situation -- they requested our financials.  They felt

21   could not pay for the MDQs and they did not feel

22   and then having stuck with a pipeline with an operator who

23   couldn't pay for the quantities that they were making.  So

24   pulled it.

25   **Q.   Understanding the financials were where they**

 1  not approved by Trinity --

 2       A.   Right.

 3       Q.   -- did Remnant or did the debtors have the

 4  to perform under the MDQ?

 5       A.   We felt that we did and we tried to convince

 6  Midstream and their equity buyers that we did.

 7       Q.   Were you actually producing at that point enough

 8  meet the MDQ?

 9       A.   No, no, no.  We -- we weren't taking any --

10  whatsoever.

11       Q.   I got you.

12       A.   What they were concerned about is if we had a

13  new contract on day 1, and what we had negotiated was it

14  be a six-month delay.  So what they would do is they would

15  the debtors $5,000,000 for the pipeline.  We then would go

16  put those dollars into reworking the Rock Queen unit.

17       Q.   I got you.

18       A.   Then, in month seven, then that's when the --

19  when the, us taking new CO2 would begin.

20       Q.   I got you.

21       A.   Oh, and then -- pardon me.  Do -- do you mind if

22  add something else, please?

23       Q.   Please do.

24       A.   And then one of the other conditions was that

25  wanted us to personally guarantee the $5,000,000 for

1  -- if we messed up, like, if he couldn't -- if we,

2  you know, for whatever reason we're financially insolvent.

3      **Q.   I got you.   It wasn't a loan though; right?**

4  **--**

5      A.   No, it was not -- yeah, it was an outright

6      **Q.   So how could you guarantee?**

7      A.   That's what our question was.   That was our --

8  was what our question was to them.   Because originally

9  negotiated that, that was never part of the deal.

10         They just wanted -- so what their issues were

11  Okay, we're going to buy your pipeline, six months down

12  road oil goes to 20 and that happens, you can't -- you

13  pay for the gas.   We don't want your pipeline then.   So

14  therefore you're going to pay us back for the pipeline.

15  was -- that's how they changed the deal on us.

16     **Q.   I got you.   So it was a different deal than**

17  **there was just additional guarantees that are not, still**

18     A.   There were additional guarantees that were not

19  of this.   They were not subject in this, in this

20  document.

21     **Q.   Okay.   I'm not trying to make a bigger deal**

22  **--**

23     A.   Yes, sir.

24     **Q.   -- than it is.   I thought you said that they**

25  **ones that backed out after they saw your financials.**

1  I'm hearing you say is you were not interested in the deal

2  they brought in additional terms.

3       A.   Oh, no, no, no.  We -- one was --

4       Q.   Do you understand the two points of what I'm

5       A.   Yes.  What you're saying is -- to clarify what

6  asking was:  Okay, you didn't -- you liked the deal

7  but when they came in to -- and said, okay, we want you to

8  a personal guarantee on this, that's when we backed

9  that -- is that the -- is that --

10      Q.   I thought your testimony earlier was that

11  took a look at the financials of the debtors and pulled

12  They said, no, thank you.

13           What I thought you just said was that the

14  were not interested in the deal it was offered by Trinity.

15  other words, the debtors terminated it as opposed to

16  Midstream terminated it.

17      A.   Oh, no.  No, what happened was Trinity Midstream

18  terminated it.

19      Q.   Okay.

20      A.   We were pushing forward, forward and even

21  lower the price on the pipeline to make it work.

22      Q.   Okay.  Is Sarah Hughes Gray still the owner of

23  and Gas Limited?

24      A.   Yes, she is.  Yes, sir.

25      Q.   Okay.  What is her ownership interest?



1    A.    I believe she still owns 50 percent as of today.

2    **Q.    Okay.  You made the distinction "as of today."**

3    A.    I believe -- I believe she still owns it, yeah.

4    **Q.    Okay.  It hasn't recently changed; has it?**

5    A.    I -- I thought during our mediation I -- I

6    her from that and but it's all been a blur because she

7    -- and again this is just the most -- my -- myself and her

8    she still claims that she has it.  And I don't know what

9    record with the State --

10   **Q.    I got you.**

11   A.    -- of ownership documents of WS Oil and Gas.  I

12   couldn't tell you.

13   **Q.    Okay.  The 15,000 a month that you're paid**

14   **debtors.**

15   A.    Mm-hmm.

16   **Q.    I believe you testified at the beginning of**

17   **that it was paid to WS Oil and Gas Limited and then to**

18   **that correct?**

19   A.    That's correct.  Right.

20   **Q.    Okay.  Does half of it go to Sarah Hughes Gray?**

21   A.    Since we're not divorced yet, we still share a

22   checking account, and, and act as if we're just -- but

23   two separate houses.

24   **Q.    Fair enough.  So is that a yes?**

25   A.    Can I talk to my counsel for a second?



1    Q.   I -- I -- I'd like an answer to the question.

2         MS. SIMMONS:  Can you repeat the question?

3  BY MR. OLDHAM:

4    Q.   Of the 15,000 that is paid monthly to WS Oil and

5  Limited, does 50 percent of that go to Sarah Hughes Gray?

6    A.   I don't know what percentage goes to her.

7  whatever she spends.  I mean, I would say, it's safe to

8  -- she can claim -- it just varies monthly.

9    Q.   Okay.  She has a 50 percent ownership interest

10  Oil and Gas Limited; correct?

11   A.   Yes.

12   Q.   Okay.  And the money that is paid to WS Oil

13  Limited from the debtors for your -- for the debtors

14  a joint account --

15   A.   Right.

16   Q.   -- that she has access to.

17   A.   That's correct.

18   Q.   Some or all of it, depending on the month, she

19  spends.

20   A.   Correct.

21   Q.   Okay.  She doesn't currently do work for the

22  does she?

23   A.   Does not.  No.

24   Q.   Okay.

25        MR. OLDHAM:  This is going to be Exhibit 7, 7.

```
 1              (WHEREUPON, Exhibit 7 was marked for

 2  BY MR. OLDHAM:

 3      Q.    Bates No. ROC-3287 through 3291.  And so that we

 4  a clear record, ROC-3290, I've highlighted several

 5  That's mine -- that was done by me.  That wasn't

 6  that.  So --

 7      A.    Mm-hmm.

 8      Q.    Mr. Gray, if you'll take a second to familiarize

 9  yourself with the document?  Let me know when you're

10      A.    Sure.

11            COUNSEL:  Okay.

12            THE DEPONENT:  Yes, sir.

13  BY MR. OLDHAM:

14      Q.    Do you recognize the document?

15      A.    Yes, I do.

16      Q.    What is that?

17      A.    That was an email to York Capital.

18      Q.    Okay.  And the email was from you?

19      A.    Yes, it was.

20      Q.    And can you read the highlighted portion for us?

21      A.    "We greatly appreciate your time spent to

22  do not think you will be able to get to a price we feel

23  be commensurate with the value of our wind right.  I do

24  know if you have ever invested $8,000,000 of your own

25  into a venture, but I can ensure you that we will credit
```

1  these assets before we give them away."

2  **Q.  When did you send that?**

3  A.   If I look in here there's a page 329.  It's

4  be on September 13th.

5  **Q.  Okay.**

6  A.   It was probably September 12th.

7  **Q.  Okay.  What did you mean when you said "We will**

8  **credit bid on the assets"?**

9  A.   That they were -- went to market, that I --

10  -- we could actually bid on it if we're allowed to.  I

11  know the bankruptcy process.  Maybe I -- maybe I can't.  I

12  don't know.

13  **Q.  Okay.  And it's not for me to say one way or**

14  **I'm just asking you:  When you said the words "We will**

15  **bid on the assets," what did you mean?**

16  A.   Meaning that we would rather us buy those than

17  give them away.

18  **Q.  And your comment on "us" or "we" is speaking**

19  **whom?**

20  A.   Gilmore Oil and Gas.  Reed Gilmore, and Bob

21  RS Resources, and myself WS Oil and Gas.

22  **Q.  Okay.  Credit bid -- where would you come up**

23  **money to credit bid on those assets?**

24  A.   Through Reed, Mr. Gilmore.

25  **Q.  Okay.  At this point, how much outstanding**



1  owed between the three of you?

2      A.    As previously stated, I believe 7,000,000 to Mr.

3  Gilmore, a million to myself, and I believe I think I said

4  60,000 to -- to Mr. Stitzel.

5      Q.    **Okay.  Is that bid secured by the assets of the**

6  **debtors?**

7      A.    Oh, pardon me.  And 350 on top of that for

8  Mr. Gilmore for his DIP.

9      Q.    **The DIP?  I got you.**

10     A.    The only thing that's secured is -- through

11  is the water rights.

12     Q.    **But outside of that, any other secured**

13  **any of the debtors' assets?**

14     A.    No, sir.

15     Q.    **Okay.  In your mind, what would a credit bid**

16  **assets be?**

17     A.    It would be more than 100,000.

18     Q.    **Okay.  So the bottom is 100,000, what is the**

19     A.    What we put in there that they're worth 4.  I

20  know if we had paid 4 for them, but -- because we're not

21  renewable individuals.  But I could see where probably

22  1,500,000 to 2,000,000 would be a good purchase price.

23     Q.    **Do you have 1,500,000 to 2,000,000 to credit bid**

24  **those assets?**

25     A.    I do not.  No.

NAEGELI
DEPOSITION & TRIAL          CELEBRATING 40 YEARS IN BUSINESS          (800)528-3335
NAEGELIUSA.COM

1    Q.   Okay.  Does Reed Gilmore?

2    A.   I would have to ask Mr. Gilmore.  I cannot say

3  sure.

4    Q.   Okay.  All right.  I'm going to hand you what

5  produced as ROC-292 through ROC-310.

6         (WHEREUPON, Exhibit 8 was marked for

7  BY MR. OLDHAM:

8    Q.   This is the June Investor Presentation from June

9  2019.

10   A.   Okay.

11   Q.   Do we have an exhibit number on there?

12   A.   Yeah.  Okay, yes, sir.

13   Q.   I flagged a page number, page 9.

14   A.   Correct.

15   Q.   What is that?

16   A.   It was a recapitalization executive summary that

17 we're -- we were trying to raise $6,000,000 of equity.

18   Q.   Okay.  That was June of '19.  Did you prepare

19 for someone in particular?

20   A.   Just for a number of investors.  One, we did

21 did two conferences to try to raise capital and then

22 private investors.

23   Q.   Okay.  Did you actually raise any capital?

24   A.   We had some commitments, but it was all -- it

25 contingent on the banker coming in.



1      Q.   Okay.

2      A.   And, unfortunately, I think -- as mentioned

3  previously, just unfortunately, it just didn't happen.

4      Q.   I got you.  Was the goal or the thought to put

5  together some type of Regulation D fund?

6      A.   Yes, it was.

7      Q.   Okay.  Did you actually have the limited

8  documents drafted?

9      A.   I think we got up to the term sheet, but I don't

10  cannot recall if -- I'd have to go back through and look

11  have -- had that.  I know we had the term sheet.

12     Q.   Okay.  How about a private placement memorandum.

13     A.   I don't think I had one.  I'll have to double-

14     Q.   Okay.  When you went to these two conferences --

15     A.   Right.

16     Q.   -- they were fairly expensive; correct?  Is that

17  many -- do you know remember how much they were.  Did

18  at any of these events?

19     A.   Yes, sir.  One was $7,500 and the other was, I

20  believe 7,000.

21     Q.   Okay.  So from 14, 15,000.

22     A.   Mm-hmm.

23     Q.   And however much it cost to put together

24  materials.

25            COUNSEL:  You're shaking your head.

1  BY MR. OLDHAM:

2      Q.  Did you --

3          COUNSEL:  Is that a  yes?

4  BY MR. OLDHAM:

5      Q.  Did you --

6          MR. OLDHAM:  I haven't asked the question.  I

7  finished the question.

8          COUNSEL:  Oh, I'm sorry.

9  BY MR. OLDHAM:

10     Q.  You didn't raise any dollars from this; correct?

11     A.  Correct.

12         MR. OLDHAM:  In the interest of time, we will

13  the witness.  I might have a few follow ups, but it's --

14         MR. HAMM:  Thank you.

15  EXAMINATION

16  BY MR. HAMM:

17     Q.  Mr. Gray, Blake Hamm, here for Baker Petrolite

18  Baker Hughes Oil Field Operations.

19     A.  Yes, sir.

20     Q.  We talked a little bit about the Remnant

21  Remnant Oil Company and Remnant Oil Operating, Inc.,

22  2016; do you remember that?

23     A.  Yes, sir.

24     Q.  Okay.  Did you -- could you go into a little

25  detail and explain how these -- who formed these



1  whose idea was it, and -- and how they were formed?

2      A.   Sure.  Actually, Remnant Oil Operating was

3  WS Oil and Gas Operated and that was formed in October

4      Q.   Okay.

5      A.   And I -- and I purchased the initial well set

6  WS Oil and Gas in 2015.

7      Q.   Okay.  And those were the three other

8      A.   Yes, sir, and a handful of the others.

9      Q.   Right.  So WS Oil and Gas, LTD, is that right?

10     A.   Limited.

11     Q.   Limited.

12     A.   It's limited, yes.

13     Q.   WS Oil and Gas Limited purchased that initial

14  assets in 2015.

15     A.   '15, October of 2015.

16     Q.   Okay.  And -- and how did that go from WS Oil

17  Properties to Remnant Oil Properties?

18     A.   So both Gilmore Oil and Gas and RS Resources

19  purchased an interest, an equal interest in that -- in

20  those -- in those specific wells, and then we

21  wells into Remnant Oil Company.

22     Q.   And how much did WS Oil and Gas initially pay

23  these assets, these initial assets?

24     A.   I paid $100,000.

25     Q.   And how much did Gilmore and RS pay WS for their



1  **number of shares?**

2      A.   They paid -- it was cash and a note is how

3  it.

4      **Q.   But how much?**

5      A.   Oh, how much.  Okay.  Stitzel was $200,000

6  $400,000 note, and Reed was -- pardon me, Mr. Gilmore,

7  Gilmore Oil and Gas I want to say -- I mean, let me

8  -- I want to say paid -- I want to say 200 cash and 200 in

9  note.  But how that -- how it transpired was just to

10 little how -- background how it happened is WS Oil and Gas

11 bought the wells.  RS Resources came in and bought half,

12 percent of those wells, thus the higher valuation.

13         Then, Gilmore came in and bought half of what we

14 owned.  So then he paid Bob as well on -- Mr. Stitzel

15 on what he owned.

16     **Q.   So that RS payment was 200 cash to WS Oil and**

17 **plus a $400,000 note to WS O and G.**

18     A.   Right.  But what they did rather than giving the

19 is that they contributed the money -- the monies to -- to

20 Remnant Oil Company and gave us some cash.

21     **Q.   Okay.**

22     A.   I didn't want to take all the cash and then the

23 company has got assets with no cash.

24     **Q.   Okay.**

25     A.   Because that's why I took a deferred payment.


NAEGELI
DEPOSITION & TRIAL
(800)528-3335
NAEGELIUSA.COM

1    Q.   So the notes were owed to WS.

2    A.   No, the notes were owed -- the notes were owed

3    from RS Resources.

4    Q.   Mm-hmm.

5    A.   But then RS Resources had a note from Remnant

6    Company.

7    Q.   Okay.  I'm going to have to work that out in

8    It seems more complicated --

9    A.   Yes, sir.

10   Q.   So after this initial 2016 transaction?

11   A.   That occurred, I believe, in January of '16,

12   sir.  I believe Stitzel -- pardon me, Stitzel bought

13   want to say maybe December of '15 and then Mr. Gilmore

14   -- in early, like, new year, January 2nd or 3rd.

15   Q.   And then when was Remnant Oil Company formed?

16   A.   Officially formed mid -- I mean, I would say

17   January 9th and 18th, sometime -- of '16.

18   Q.   Okay.  And --

19   A.   And then WS -- I'm sorry, sir.

20   Q.   And so is it correct when that was formed, WS

21   Gas, R Gas and Gilmore Oil -- Oil and Gas each contributed

22   their one-third ownership in this additional set of

23   to Remnant --

24   A.   That's correct.

25   Q.   -- Oil Company.



1        A.    Correct.

2        Q.    **Okay.  And about $400,000 then went in the**

3   **Oil Company as well; is that right?**

4        A.    There is that amount, and then Bob, also --

5   Stitzel also took a deferred payment and Reed put in

6   or something like that of capital to capitalize the

7        Q.    **So are there any loan agreements between Remnant**

8   **Company and any of its owners?**

9        A.    Yes, sir.

10        Q.    **Okay.  And what are those?**

11        A.    Those are -- those were the original loan

12   that were just formed whenever the loans were made in

13   of '16.

14        Q.    **And how many are there?**

15        A.    There's one to Mr. Gilmore and one to -- to

16   upon that initial transaction.

17        Q.    **Okay.  And is that between Remnant Oil Company**

18   **Gilmore Oil and Gas?**

19        A.    Gilmore Oil and Gas and RS Resources.

20        Q.    **And one between Remnant Oil Company and RS --**

21        A.    Resources --

22        Q.    **-- Resources.**

23        A.    -- Limited.  Yes, sir.

24        Q.    **And copies of those documents exist?**

25        A.    Yes, sir.



NAEGELI
DEPOSITION & TRIAL        (800)528-3335
NAEGELIUSA.COM

1    Q.    And were -- those were January 2016 documents?

2    A.    Yes, sir.

3    Q.    And under the Gilmore Oil and Gas, Remnant Oil

4  Agreement, how much is owed to Gilmore Oil and Gas?

5    A.    Off the top of my head, I -- I don't know.

6    Q.    Approximately?

7    A.    Oh, let's say 700,000, somewhere around there;

8  600,000.

9    Q.    Okay.  And approximately under the January

10 agreement between Remnant Oil Company and RS Resources,

11 much does Remnant Oil Company owe to RS Resources?

12   A.    It was 400,000.

13   Q.    Are those loans paid or do they remain unpaid?

14   A.    They remain unpaid.

15   Q.    Are there any other loans agreements between

16 Oil Company and any of its owners?

17   A.    Yes, there are.

18   Q.    Okay.  What are those?

19   A.    Those are subsequent loans that have been made

20 company since the formation and approximately 7,000,000 of

21 is to -- is documented with Gilmore Oil and Gas.

22   Q.    How is that documented?

23   A.    In a promissory note.

24   Q.    What's the date of that promissory note?

25   A.    Sometime -- I want to say in '19 -- we -- we

 1 just haven't formalized everything.

 2      Q.   When in '19?

 3      A.   I can't state specifically.

 4      Q.   Pre- or post-bankruptcy?

 5      A.   Pre.

 6      Q.   Approximately how long before bankruptcy?

 7      A.   I can't state with 100 percent accuracy.  It was

 8 pre -- it was pre-filing.

 9      Q.   Who maintains a copy of this $7,000,000

10 note?

11      A.   We all three have copies of it, and then our

12 corporate counsel has it as well.

13      Q.   Who's your corporate counsel?

14      A.   Abbey Sikes from Sikes -- Rendall Sikes.

15      Q.   Who drafted this promissory note?

16      A.   Rendall Sikes I believe.  It was -- it was -- it

17 based on the we used, I want to say, on the very first

18      Q.   When Did Mr. Gilmore or Gilmore Oil and Gas, I

19 assume, pay the $7,000,000 to Remnant Oil Company?

20      A.   It was over a period since 2016 all the way up

21 through pre-petition.

22      Q.   Has Remnant Oil Company ever made any payments

23 to Gilmore Oil and Gas on account of these what you're

24 characterizing as loans?

25      A.   Right.  As I stated previously, we did a -- we



1  contributed some additional capital on top of that.  I

2  know the exact amounts but it was -- it was -- it was when

3  divested of the Texas assets in September of '16, and I

4  we all -- I -- I know I was like 120 to 130, and I think

5  Gilmore is about the same.  Other than that, he has not

6  repaid.  But that was -- but that's because he had, he put

7  additional dollars in as well.

8       Q.   Are there any loans owed to WS Oil and Gas?

9       A.   Yes, sir, there are.

10      Q.   Okay, and what's that loan?

11      A.   That's around approximately -- I assumed the

12  from RS Resources.

13      Q.   When you say you, you mean WS Oil and Gas?

14      A.   Yes, sir.

15      Q.   Okay.  We need to be careful --

16      A.   Okay.

17      Q.   -- about using the correct terminology.

18      A.   Yes, sir.

19      Q.   Because of problems like that.  So WS Oil and

20  say assumed the note that Remnant Oil owed to RS Resources

21      A.   That's correct.

22      Q.   -- is that right?  So instead of Remnant Oil

23  owing RS Resources 400,000, it's your position that

24  Company owes WS Oil and Gas 400,000 --

25      A.   That's correct.

1    Q.   -- is that right?  Are there any other loans

2  Remnant Oil Company owes to its owners that we haven't yet

3  discussed?

4    A.   I put in -- WS Oil and Gas put in an additional

5  approximately half a million dollars, 525 during -- during

6  time as well.

7    Q.   During what time?

8    A.   During the time period between 2016 and 2018.

9    Q.   Okay.  Is -- is there a loan agreement, or a

10  promissory note --

11   A.   Yes, sir, a promissory note.

12   Q.   -- related to that?

13   A.   Yes, sir.

14   Q.   Okay.  And when was that promissory note

15   A.   Around the same time when Mr. -- Mr. -- when

16  Oil and Gas's was drafted to -- just to finalize

17   Q.   And Mr. Sikes drafted that as well?

18   A.   Ms. Sikes.

19   Q.   Ms. Sikes.

20   A.   Yes, sir.

21   Q.   Rendall is -- is a female?

22   A.   Rendall Sikes.  Abby Sikes is the --

23   Q.   Abby Sikes.

24   A.   Yes, sir.

25   Q.   Rendall Sikes is the law firm?



```
 1        A.    Yes, sir.

 2        Q.    Do you know who -- and it's Abby Sikes; right?

 3        A.    I believe she drafted it.  Mr. Gilmore handled

 4   drafting of the -- of the notes.

 5        Q.    Mr. Gilmore is an attorney; right?

 6        A.    Yes, sir.  Not a practicing attorney.

 7        Q.    But he was for a long time based on his

 8   your website; right?

 9        A.    Oh, yeah.  He was --

10        Q.    Okay.

11        A.    Yes, sir.

12        Q.    Corporate counsel for Cabela's.

13        A.    Yes, that's correct.

14        Q.    Land attorney for major oil companies.

15        A.    Yes, sir.

16        Q.    But as we sit here today, you can't tell me when

17   these promissory notes were drafted?

18        A.    I want to say --

19        Q.    Or executed.

20        A.    Executed?  I cannot give an exact -- I know in

21   I can't -- I just can't give an exact date.

22        Q.    So I want to talk a little bit about the

23   between Remnant Operating and Remnant Oil Company.

24   general terms, is it correct that Remnant Oil Company owns

25   working interests in the oil and gas properties and
```

NAEGELI
DEPOSITION & TRIAL
(800)528-3335
NAEGELIUSA.COM

1   Operating operates those working interests.

2       A.   That's correct.

3       Q.   Is there any type of operating agreement between

4   Remnant Operating and Remnant Oil Company?

5       A.   There is not.

6       Q.   Does Remnant Operating only operate properties

7   by Remnant Oil Company?

8       A.   Yes, sir.

9       Q.   Are there any other nonoperating working

10  owners besides Remnant Oil Company and Properties operated

11  Remnant Operating?

12      A.   There are.

13      Q.   And who are those?

14      A.   There's a number of them.

15      Q.   Too many to remember?

16      A.   Too many.  Yes, sir.  Yeah.  But -- and the --

17  they're not --

18      Q.   Is --

19      A.   -- they're not large numbers.  It's a lot of

20  decimal interests.

21      Q.   Right because Remnant Oil Company owns the large

22  majority of the working interest.

23      A.   Like 97 percent average working interest owner

24  approximately.

25          MR. OLDHAM:  I thought, I thought you said the

1  gentleman made a $6,000,000 request for an offer owned 5

2  percent?

3          **THE DEPONENT:**  That's a royalty.

4          **MR. HAMM:**  5 percent of royalties.

5          **MR. OLDHAM:**  I thought you said you were talking

6  about --

7          **MR. HAMM:**  Is it royalty or an override?

8          **THE DEPONENT:**  It's -- well, it's royalties and

9  override, depending on that, yeah.  Override.

10         **MR. OLDHAM:**  Okay.

11 **BY MR. HAMM:**

12     **Q.   An overriding royalty.**

13     A.   Yes, sir.

14     **Q.   So he just gets checks.**

15     A.   That's all he does.  Mailbox money.  Yes, sir.

16     **Q.   Does Remnant -- is Remnant operating a party**

17 **joint operating --**

18     A.   Just the -- just the JOAs that we have is our

19 partners.

20     **Q.   Okay.  So Remnant Operating is a party to JOAs**

21 **non-operating working interest owners besides Remnant Oil?**

22     A.   Yes, sir.  So we -- we assumed the JOAs from the

23 individuals that had -- that had -- that had non-op

24 owners.

25     **Q.   Who assumed the JOAs?**


NAEGELI
DEPOSITION & TRIAL     (800)528-3335
NAEGELIUSA.COM

1      A.    Remnant Oil Operating.

2      **Q.    Regardless, Remnant Oil Company is, you said,**

3  **97 percent working interest owner across the board;**

4      A.    Maybe a little bit higher.  Somewhere around

5  Yes, sir.

6      **Q.    All right.  So does Remnant Oil Operating JIB**

7  **Oil Company?**

8      A.    It does not.  No.

9      **Q.    Why not?**

10     A.    We just have never done it that way on

11  purposes.

12     **Q.    How does Remnant Oil Operating know how much**

13  **for -- I'm sorry, how much -- how does Remnant -- if there**

14  **no JIBS --**

15     A.    Right.

16     **Q.    -- how does Remnant Oil Company know how much it**

17  **for lease operating expenses?**

18     A.    We just basically transfer the money over,

19  necessary from Remnant Oil Company to Remnant Oil

20     **Q.    But it's Remnant Operating that contracts with**

21  **vendors and do the work out on the leases; correct?**

22     A.    That's correct.  Yes, sir.

23     **Q.    And who makes the decision on how much to pay**

24  **them and operating for its leased operating expenses at**

25  **Oil.**

1     A.   Do -- do what, sir?

2     Q.   At Remnant Oil, who from Remnant Oil makes the

3  decision on how much money the operating company is

4  get.

5     A.   Oh, it's just -- it's at cost.

6     Q.   I want to go back for a minute and talk about

7  the ownership interest.  Is it a correct statement that WS

8  and Gas Limited, RS --

9     A.   Resources --

10    Q.   -- Resources --

11    A.   -- Limited.

12    Q.   -- Limited, and Gilmore Oil and Gas Limited each

13 a 33 percent interest in Remnant Oil?

14    A.   Remnant Oil Company and then we need to add,

15 interest which is WS Oil and Gas, and you'll need to

16 that in half for Sarah R. Gray.

17    Q.   When was that divided in half?

18    A.   Probably about a year and three months ago,

19 around there.

20    Q.   Okay.

21    A.   There's documentation on that.

22    Q.   So First Gray Corporation is the general partner

23 WS Oil and Gas; right?

24    A.   Correct.

25    Q.   And does WS Oil and Gas do its own taxes?



1    A.    Yeah, yes.

2    **Q.    And who does -- who does those taxes?**

3    A.    Dutton, Harris and Associates.

4    **Q.    Does WS Oil and Gas take deductions for the**

5    **money that it contributes to Remnant Oil?**

6    A.    We just take -- we get our K1s and that's what

7    take our deduction from.

8    **Q.    And why is it allowed those deductions?**

9    A.    That's a CPA question.

10        **MS. SIMMONS:**  Objection.

11    **BY MR. HAMM:**

12    **Q.    Do you know?**

13    A.    I don't know.  Just -- my CPA.

14    **Q.    And who's your CPA?**

15    A.    Dutton, Harris and Associates.

16    **Q.    Where is Dutton, Harris and Associates located?**

17    A.    Midland, Texas.

18    **Q.    Does Dutton, Harris and Associates also handle**

19    **Remnant Oil's taxes?**

20    A.    No, sir.

21    **Q.    Who does that?**

22    A.    Albeck Financial Services out of Houston, Texas.

23    **Q.    What percentage of interest does First Gray**

24    **Corporation own in WS Oil and Gas as its general partner?**

25    A.    Yeah, it's -- it's in the file.  I apologize.  I



1  it's in the SoFAs.  We -- we list it in there.  I

2  Off the top of my head, I just -- whatever the typical

3  structure is.  It's -- it's either about 1 percent or -- I

4  apologize.  I --

5       Q.   Who are the other partners in WS Oil and Gas?

6       A.   Oh, myself and -- myself which is E. Willard

7  Sarah Gray.

8       Q.   So the partners in WS Oil and Gas are First Gray

9  Corporation, yourself, and Sarah Gray.

10      A.   Yes, sir.

11      Q.   Okay.  And are you and Sarah Gray limited

12  WS Oil and Gas?

13      A.   Yes, sir.

14      Q.   Is there a partnership agreement for WS Oil

15      A.   Yes, there is.  Yes, sir.

16      Q.   Who maintains that?

17      A.   I do.

18      Q.   And is there a company agreement for Remnant Oil

19  Company?

20      A.   There is.  Yes, sir.

21      Q.   And do you have a copy of that as well?

22      A.   Yes, sir.

23      Q.   And is there, likewise, a company agreement for

24  Remnant Operating?

25      A.   Yes, sir.

1      Q.    Okay.  And you would also have a copy of that?

2      A.    Yes, sir.

3            MR. BRINKMAN:  Can you -- can you provide copies

4  that?

5            THE DEPONENT:  Sure.

6            MS. SIMMONS:  I'll add it to the list of

7  like us to supplement.

8            MR. BRINKMAN:  Okay.

9            MS. SIMMONS:  Yes.

10  BY MR. HAMM:

11      Q.    Did Remnant Oil Company hold board meetings?

12      A.    It had meetings.  I don't think we've had

13  board meetings.

14      Q.    Okay.  Same question for Remnant Operating.

15      A.    Same answer.  We've had meetings but never an

16  official annual meeting.

17      Q.    So are there minutes, meeting minutes related to

18  operation of either company?

19      A.    There are -- there are some official minutes,

20      Q.    Okay.  Who has those?

21      A.    We -- all the partners have copies of those that

22  can produce.

23      Q.    Okay.  Thank you.

24      A.    Yes, sir.

25      Q.    If you could, I'd appreciate that.  Have you



1  heard of a person or a company called Tripp Wommack?

2       A.   Tripp Wommack.

3       Q.   **Tripp Wommack.**

4       A.   Yes, sir.

5       Q.   **Who's -- who's that?**

6       A.   Tripp Wommack.

7       Q.   **Who is Tripp Wommack?**

8       A.   Tripp Wommack is an individual in Midland,

9  who's a well-known oil and gas individual.

10      Q.   **Does Mr. Wommack have any association with**

11 **Oil Company?**

12      A.   No, sir.

13      Q.   **Or Remnant Operating?**

14      A.   None.  No, sir.

15      Q.   **Have you heard from American Standard since the**

16 **bankruptcy was filed?**

17      A.   Yes, sir.

18      Q.   **Okay.  And what has been the discussions with**

19 **American Standard?**

20      A.   Trying to get them to come in to do some sort of

21 merger prior to the bid date on Monday.  The last time I

22 communication with American Standard was Friday at 3:00

23 o'clock.

24      Q.   **Friday at 3:00 o'clock.**

25      A.   Yeah.



NAEGELI
DEPOSITION & TRIAL    (800)528-3335
NAEGELIUSA.COM

1    Q.    What were those conversations on Friday at 3:00

2  o'clock?

3    A.    It was the essentially the managing individual

4  pushing to try to -- I don't know what the offer was,

5  get his -- their financial backer Pentwater Capital to

6  him to submit a bid.

7    Q.    And who's the managing member you're talking

8  American Standard?

9    A.    Steve Person, P-e-r-s-o-n.

10   Q.    Did the debtors receive a bid from Mr. Person?

11   A.    No, sir, we did not.

12   Q.    Have you ever done business with Mr. Person

13   A.    No, sir, I have not.

14   Q.    Aside from what we've talked about in this

15  deposition?

16   A.    Right.  No, sir.  No, have not.  Nor with

17  Mr. Wommack.

18   Q.    You talked about consulting fees that the debtor

19  would pay to WS Oil and Gas before; right?

20   A.    Yes, sir.

21   Q.    Did those payments go to WS Oil and Gas or did

22  go to you?

23   A.    They went to WS Oil and Gas.

24   Q.    And RS Resources also --

25   A.    Yes, sir.

1   Q.   -- received consulting payments; right?

2   A.   Yes, sir.

3   Q.   And those payments went to RS Resources or

4   Mr. Stitzel?

5   A.   RS Resources.

6   Q.   And you may have already done this but I

7   it down.   If you could state your position with each of

8   companies?

9   A.   Sure.   The title is CEO of Remnant Oil

10  and just managing member of Remnant Oil Operating, LLC.

11  Q.   Okay.   Can we just go quickly through the

12  debts against Remnant Oil Company?

13  A.   Yes, sir.

14  Q.   Okay.   So I know that there's somebody named

15  3-2-1.

16  A.   3-2-1 Partners.

17  Q.   Partners?   And how much is the debt owed to

18  3-2-1?

19  A.   400 and -- approximately $490,000.

20  Q.   And that is secured by what?

21  A.   The North Square Lake unit.

22  Q.   And there's a security agreement on that?

23  A.   Yes, sir.

24  Q.   All right.   And is it filed?

25  A.   It's filed.   Yes, sir.


NAEGELI
DEPOSITION & TRIAL          (800)528-3335
NAEGELIUSA.COM

1      Q.   Filed how?

2      A.   With the County -- Eddy County.

3      Q.   Eddy County?  What other -- if you just kind

4  one by one.

5      A.   Sure.

6      Q.   What other --

7      A.   First Capital Bank.

8      Q.   First Capital Bank.

9      A.   And they're approximately 2.8 million.  And

10  secured by a number of -- number of properties within the

11  portfolio.

12          MR. BRINKMAN:  Do you have a value for that?

13          THE DEPONENT:  I can't tell you off the top of

14  head.

15  BY MR. HAMM:

16      Q.   Can you say what properties they have liens on

17  speaking generally in the buckets?

18      A.   Oh, yes, sir.  Yeah.

19      Q.   If you know.

20      A.   Yeah, in the buckets, yes.  I would say the

21  gas -- the gas bucket, the Pecos Slope, which is the dry

22  and then they have on the Turkey Track -- so let's go

23  some of the waterfloods.  The Turkey Track.

24      Q.   Okay.

25      A.   The Hackberry.



1      Q.    Okay.

2      A.    Lusk Seven Rivers unit.  And then some of the

3  properties that are of value -- some of the others are the

4  State CF Lease and JH McClure, the Penroc, P-e-n-r-o-c,

5  two wells there, and then the Chama, C-h-a-m-a, and the

6  Niagara, N-i-a-g-a-r-a, the Fena, the Wilson, the

7  C-k-e-e, that's some -- there may be a couple other ones

8  those are -- those are the majority.

9      Q.    Are any of these in the Caprock assets --

10     A.    No, sir.

11     Q.    -- that you're talking about?

12     A.    No.  There's no senior lender on the Caprock

13  It's -- it's unencumbered other than the M and Ms.

14         MS. SIMMONS:  And the DIP.

15         MR. HAMM:  Which DIP?

16         MS. SIMMONS:  The larger of the two DIPs.  And

17  so the record is clear, I'm not sure from Will's, there --

18  there are also replacement liens granted to First

19  I'm not sure if what he listed includes that.

20         THE DEPONENT:  It did.

21  BY MR. HAMM:

22     Q.    Okay.  And who are the two DIP loaners again?

23     A.    Gilmore Oil and Gas.

24     Q.    Okay.  And that -- that DIP loan is what?

25     A.    350 I believe, and it was secured by the water



1  rights.

2      Q.    I can't remember.  Was that the first or second?

3      A.    That was the first.

4      Q.    That was the first DIP loan.  The second one was

5  water?

6      A.    750.  The water -- the water, I believe.

7      Q.    And that was secured by the Caprock?

8      A.    The Caprock.  Yes, sir, the pipeline, the wind

9  because the wind was unencumbered.  I mean, obviously, all

10 Caprock was unencumbered.

11     Q.    Okay.  What other entities besides 3-2-1

12 First Capital Bank -- I'm excluding M and Ms.

13     A.    Oh, understood.  And then Ramsey, Dr. Michael

14 and he's owed $250,000, and it's secured by the South

15 II unit.  That's one of the waterflood buckets.  And it's

16 probably the -- it's the least valuable of all the --

17 waterfloods.

18     Q.    Any others?

19     A.    On the -- I don't know how -- so Kodiak has a

20 the compressor, it's their compressor.

21     Q.    Okay.  And Kodiak is 3.3?

22     A.    I believe so, yes.

23         MR. OLDHAM:  Is it a lien on the compressor,

24 their compressor?

25         THE DEPONENT:  Oh, it's their compressor.

```
 1  It's -- Kodiak -- Kodiak owns that.

 2          MR. OLDHAM:  So how will they have security

 3  in it?

 4  BY MR. HAMM:

 5      Q.   Okay.  Fair enough.

 6      A.   Yes, sir.

 7          MR. OLDHAM:  Sorry, I was writing.

 8          MR. BRINKMAN:  Could we get copies of the

 9  Ramsey loan docs?

10  BY MR. HAMM:

11      Q.   Okay.  And what's the total approximate debt?

12      A.   Let's -- let's do the buckets; right?

13      Q.   Okay.

14      A.   So that's just kind of how we do it.  So we --

15  covered the secured.

16      Q.   Correct.

17      A.   So that -- that was inclusive of Kodiak.  I

18  it's approximately 3.3.

19      Q.   Yes, sir.

20      A.   So those -- so that's one silo.  The next silo

21  going to be the AP, the unsecureds, and I believe that's

22  approximately, I want to say around just under 4,000,000.

23  --

24      Q.   Are you including amounts listed on the

25  owed to owners of the companies?
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1       A.    No, sir.

2       Q.    Okay.  That's exclusive --

3       A.    That's exclusive of all the notes that are

4   Gilmore Oil and Gas, WS Oil and Gas, and RS Resources.

5   -- that's not --

6       Q.    WS Oil and Gas?

7       A.    Yes, sir.  But that's -- again, that's a

8   bucket, yes, sir.

9       Q.    Okay.

10      A.    So just the AP, they have no ownership within

11  debtor.

12      Q.    Right.

13      A.    Then the third silo is Cargill.

14      Q.    What's Cargill?

15      A.    Cargill is a trading platform for derivatives.

16      Q.    Mm-hmm.

17      A.    And that was the unwinding of our hedges.  And

18  liability is 3.8 million.  It is approximately 3.8.  It is

19  unsecured.

20      Q.    And it's owed to who?

21      A.    Cargill.

22      Q.    Cargill is the name?

23      A.    Incorporated.  Cargill -- it's the massive

24  Corporations that own --

25      Q.    Okay.



NAEGELI
DEPOSITION & TRIAL                    (800)528-3335
                                       NAEGELIUSA.COM

1     A.   And then the fourth bucket would be just the

2  payable to the -- to the equity owners of the debtors.

3     **Q.   Some of that is also secured debt, the M and M**

4  **right?**

5     A.   Yes, sir.

6     **Q.   Okay.**

7     A.   And there were also -- within that four, there

8  also some settlement agreements that we were able to

9  pre-petition, that with a number of vendors that I just

10 ahead and kind of put that full amount there because I

11 know how that -- I did not know how filing a Chapter 11

12 affect those settlement agreements.

13    **Q.   Let's talk about the bank account.  Would it**

14 **- pre-petition, how many bank accounts did Remnant**

15 **have?**

16    A.   We had two accounts at First Capital Bank.

17    **Q.   And what were those accounts used for?**

18    A.   Remnant Oil Company, Remnant Oil Operating

19 general operating purposes.

20    **Q.   I'm just talking about Remnant Operating right**

21    A.   Yes, sir.  Okay, just for -- just for the

22 of the -- the field.

23    **Q.   So there were two accounts that Remnant**

24 **had?**

25    A.   No, my apologies.  Remnant Oil Operating had one

1  account.

2       Q.   Okay.

3       A.   Remnant Oil Company had one account.

4       Q.   **And were those the same accounts since the**

5  **were -- were started pre-petition dates?**

6       A.   Yes, sir, correct, since formation date.

7       Q.   **No other accounts.**

8       A.   There are other accounts.

9       Q.   Okay.

10      A.   So prior to pre-filing, I would say 40 days

11  filing, we switched banks to Western National, WTNB.

12  me, West Texas National Bank, WTNB.  And, again, it was

13  account for Remnant Oil Operating and Remnant Oil Company.

14      Q.   **Why did you switch accounts 40 days prior to**

15      A.   We didn't know -- having not gone through

16  before -- we had some cash at First -- at First Capital

17  and we did not know if they were going to freeze the

18  what, so we -- we just acted cautiously to open that

19  and so we can share operations because again we just

20  know how that -- how that would go.

21      Q.   **Okay.  You were afraid that First -- was it**

22  **Capital -- what's it called?**

23      A.   First Capital Bank.

24      Q.   **Bank?**

25      A.   Yes, sir.



1    **Q.   For your accounts or something?**

2    A.    Correct.  I just didn't know.  Yes, sir.  So

3  the pre-petition date, there were a total of four accounts

4  although there was 0 balance at First Capital Bank.

5    **Q.   But only one for each company at a time.**

6    A.    That's correct.  Yes, sir.  So I'll put it

7  Yeah, so let's just -- let's just take Remnant Oil Company

8  example.

9    **Q.   Okay.**

10   A.    You had one at West Texas National Bank, and you

11  one at First Capital Bank.

12   **Q.   Right.**

13   A.    Right.  Okay.

14   **Q.   Wait.**

15   A.    Yes, sir.

16   **Q.   Did Remnant Oil JIB non-operating working**

17  **owners --**

18   A.    Yes, sir.

19   **Q.   -- send JIBs to them?**

20   A.    Yes, sir.

21   **Q.   And what's the name of that company that handled**

22  **that for Remnant Oil?  PS2?**

23   A.    P2 Energy Services.  A lot of times there'll be

24  references you'll see P2ES.  And they're out of Fort

25  Texas.

1      Q.    Did P2ES always handle Remnant Oil Operating's

2   and gas accounting?

3      A.    Yes, sir.  Let me -- pardon me.  Let me back up.

4   were using Albeck Financial Services from January of

5   to March of 2016.  From then on, P2 Energy Services

6   all -- all of our accounting.  But prior to that --

7   had no JIBs.

8      Q.    Do any of the non-operating, non-operating

9   interest owners owe JIBs to Remnant Oil?  Any

10  out there?

11     A.    As of right now, there's only three payment,

12  three -- three non-ops that we have in suspense and it's

13  it's less than $1,000 in -- in -- in total.  We -- we have

14  really good non-op partners, like, EOGs for instance and

15     Q.    You already testified there are no actual

16  agreements between Remnant -- either Remnant company and

17  owners; right?

18     A.    That -- that's correct.

19     Q.    I want to go through the -- just a few things on

20  schedules mostly dealing with what I'll call  "insiders."

21     A.    Sure.

22     Q.    Did you review the schedules before they were

23     A.    Yes, sir.

24     Q.    There's -- I'm looking at Remnant Oil Operating

25  schedules right now and there's an unsecured debt listed

```
 1  First Gray Corporation in an undetermined amount.  Do

 2  what that's about?

 3       A.   That is a mistake.  There's -- yeah, that should

 4  amended because nothing's owed to First Gray Corporation.

 5       Q.   There's $2,700 owed to an H. Patrick Seale.

 6  know what that's for?

 7       A.   Yes, sir.  That's an expense report that

 8       Q.   There's $19,409 owed to J. Britt Hirth.  Do

 9  why Remnant Oil Operating owes Mr. Hirth that -- that

10       A.   Yes, sir.  It was unpaid consulting fees prior

11  employment.

12       Q.   When was Mr. Hirth employed by Remnant Oil

13       A.   His formal employment was, I want to say in

14  2018.

15       Q.   And this is an amount that's owed -- is owed

16  for sometime prior to that?

17       A.   He -- he was consulting for Remnant Oil

18  prior to his full-time employment.

19       Q.   Is there a consulting agreement?

20       A.   There was never a consulting agreement with

21  Mr. -- with Mr. Hirth.

22       Q.   Remnant Midstream Pipeline Company, LLC, is

23  a creditor of Remnant Oil Operating.  Do you know why that

24  would be?

25       A.   No, that's -- that's a mistake.
```

1      Q.    Remnant Oil Operating Company is listed as a

2   of Remnant Oil Operating.  Do you know why that would be?

3            MS. SIMMONS:  So I -- I can tell you why that's

4   -- I think those might have been.  It's because they're

5   debtors to Kodiak and it's a contingent liability.

6            MR. HAMM:  Does --

7            MS. SIMMONS:  Those -- those are -- those are

8   that he wouldn't necessarily know.  And I -- in fact after

9   First Gray Corp., I'd have to go back and check why

10  an undetermined amount.  But it could also be because it's

11  contingent amounts.  I -- I don't know off the top of my

12           MR. HAMM:  That's fair.  I just --

13           MS. SIMMONS:  But, yeah, I -- I -- I have to

14  and look but Will might not know exactly why those --

15           MR. HAMM:  And if he doesn't know, he doesn't

16           MS. SIMMONS:  -- why those might have been --

17  those decisions might have been made.

18           MR. HAMM:  That's fine.  If he doesn't know, he

19  doesn't know.  That's fine.

20           MS. HUNT:  First Gray was named on the Kodiak

21  judgment, so that's probably there.

22           THE DEPONENT:  Because I just don't --

23  BY MR. HAMM:

24      Q.    Do you know why Remnant Oil Field Services, LLC,

25  would be listed as a creditor on Remnant Oil Operating

NAEGELI
DEPOSITION & TRIAL          (800)528-3335
NAEGELIUSA.COM

1  **schedules?**

2      A.    I think it was the same response, that it was

3  by Kodiak as a --

4          **MR. OLDHAM:**   I think it's -- whatever he just

5  Remnant Oil and Gas Limited, First Gray --

6  **BY MR. HAMM:**

7      Q.    **What about Remnant Renewable Resources?**

8  **there any reason that you're aware of why Remnant Oil**

9  **- Remnant Oil Operating would owe any money to Remnant --**

10     A.    Renewable.

11     Q.    **-- Renewable Resources?**

12     A.    Not off -- no, sir.  Not off the top of my head,

13  sir.

14     Q.    **That's fine.  There's Remnant Oil operating**

15  **schedules, there's a $65,906 debt owed to Seale Energy**

16  **LP.  Do you know what that's about?**

17     A.    Yes, sir.  That was for consulting -- unpaid

18  consulting services.

19     Q.    **So Seale Energy Partners, LP, performed**

20  **services for Remnant Oil Operating?**

21     A.    Correct.

22     Q.    **What type of consulting?**

23     A.    Evaluations of -- when we -- when we were

24  together all the -- the appraisals post-acquisition, our

25  PD and P schedules, helping assist the geologists in

1  determining, you know, cross-sections, you know, these

2  services involved going to the subsurface library, better

3  understanding the communication between the various zones

4  within each of the buckets of the waterfloods.

5      **Q.   Is there an agreement related to this, a written**

6  **agreement?**

7      A.   It was just on a monthly -- it was just kind of

8  -- it was a verbal monthly -- monthly.

9      **Q.   Are there invoices?**

10     A.   There's -- no, there was -- there were invoices,

11  sir.

12     **Q.   Okay.  So the debtor could produce those**

13  **that --**

14     A.   That's -- yes, sir.

15     **Q.   Okay.  So there's some documentation of that?**

16     A.   Yes, sir.

17     **Q.   I was going to ask why WS Oil and Gas Limited is**

18  **listed as a creditor of Remnant Oil Operating in an**

19  **undetermined amount, but I'm going to assume you don't**

20  **it's probably related to the same Kodiak issue; am I**

21     A.   (No audible response.)

22     **Q.   Who's Zimmerman Oil Inc.?**

23     A.   He was a contract supervisor for us.

24     **Q.   Okay.  Now I'm going to switch over to Remnant**

25  **Company for a minute if that's okay.**

1    A.    Mm-hmm.

2          **MS. SIMMONS:**  And just for the record, you're

3    about the Remnant Oil Company's schedules and SoFAs?

4          **MR. HAMM:**  Schedules, yes, ma'am.  I will ask a

5    series of questions about debts listed on Remnant Oil

6    schedules.

7    **BY MR. HAMM:**

8        **Q.    I'm looking for my first question.  What -- is**

9    **debtor -- the debtor's already moved out the Claydesta**

10   **Building?**

11       A.    Not yet.  We will be moved before November 15th.

12       **Q.    And when will the last rent check be owed then?**

13       A.    We're going to prorate it.  It will be prorated,

14   it will be due by the end of the month, prorated for --

15   you know, half of that.

16       **Q.    Okay.  So on Remnant Oil Company schedules,**

17   **W. Gray, II, is listed as a -- as a creditor in an**

18   **amount.  Do you know why that is?**

19       A.    I do not know off the top of my head.  No.

20       **Q.    Everett W. Gray, II, is also listed as a**

21   **that Remnant Oil Company owed $353,449.08.  Do you know**

22   **that is?**

23       A.    That should have been WS Oil and Gas.

24       **Q.    And is that related to the note that we talked**

25   **earlier?**



1      A.   Some of the notes, yes, sir.  That would --

2  That has been documented.  Yes, sir.

3      **Q.   The one that Rendall Sikes put together?**

4           **COUNSEL:**  Rendall?

5           **THE DEPONENT:**  Yes, sir.

6  **BY MR. HAMM:**

7      **Q.   Rendall Sikes.  Sorry.  Rendall Sikes.**

8      A.   Yes, sir.

9      **Q.   Thank you.  I know Ms. Sikes.  First Gray**

10 **is listed as a creditor of Remnant Oil Company in an**

11 **undetermined amount.  Do you know why that is?**

12     A.   I do not.

13          **MS. SIMMONS:**  Again, it was because of

14 liabilities I believe.

15 **BY MR. HAMM:**

16     **Q.   Gilmore Oil and Gas, LP, is listed as a creditor**

17 **the amount of $3,578,050.  Do you know why that is?**

18     A.   For some of the loans that he has put in.

19     **Q.   Is this directly related to the promissory**

20 **we discussed that Rendall Sikes put together?**

21     A.   I believe there are -- there are two promissory

22 notes, yes, sir.

23     **Q.   So there's two promissory notes.**

24     A.   I think they were broken up into two.  Yes, sir.

25     **Q.   Why is that?**



1    A.   I have no -- I -- I cannot recall.

2    Q.   **But regardless, you can produce copies of all**

3  **promissory notes.**

4    A.   Oh, yes, sir.

5    Q.   **And then Gilmore Oil and Gas, LP, is also listed**

6  **creditor in the amount of $3,643,000.  So do you think**

7  **related to the other promissory note?**

8    A.   Yes, sir.

9    Q.   **And I do see there is one that's says "Notes**

10 **A" and "Notes Payable B."**

11   A.   Yes, sir.

12   Q.   **Why would Remnant Oil Company list royalty**

13 **creditors of Remnant Oil Company?  Why wouldn't they be**

14 **creditors of Remnant Oil Operating?**

15   A.   Since we own -- I think it's because since we

16 the properties, we would -- we would be responsible to

17 owners that were held in suspense, meaning the minimum

18 payments that -- that --

19   Q.   **I'm just saying typically, the operating**

20 **are the ones that are responsible for paying the royalty**

21 **owners.**

22   A.   I think in this -- in --

23   Q.   **I don't know.**

24   A.   Yeah, yeah.  I mean, so how I've seen it is that

25 since we're the owner of the well -- I mean, because

1  else could, theoretically operate the well, ABC Operating

2  Company.  It wouldn't be them that owes them the money.

3  going to be -- it's going to be the owner of the well.

4      **Q.   Okay.  Is Remnant current on its royalty**

5      A.   I think we are paid out -- I think we're

6  we just processed -- to answer your question, I think

7  our normal due -- in normal course of business, yes.

8      **Q.   In general, if there's some Remnant affiliate**

9  **listed in an undetermined amount, do you think that would**

10 **probably relate back to the same Kodiak issue again.  So**

11 **question:  Remnant Midstream Pipeline Company, LLC, is**

12 **as a creditor of Remnant Oil Company in an undetermined**

13 **Do you know why that is?**

14      **MS. SIMMONS:**  I think asked and answered.  I

15 have to go back and check.  I don't -- he -- he -- there's

16 lot of information in those schedules that weren't

17 noticed on this topic.  We're happy to provide you some

18 information off the record if you got some specific

19      **THE DEPONENT:**  I -- I do know specifically

20 monies owed to Remnant Midstream from Remnant Oil Company.

21 can answer that.

22 **BY MR. HAMM:**

23      **Q.   How much money does Remnant Oil Company owe to**

24 **Remnant Oil Operating, if you know?**

25      A.   Right now, we -- we -- we don't see it that way.

1  It's just how we handled -- it's just how we do our books.

2  -- so it's -- it's kind of one and the same.  Even

3  have two separate books, Remnant Oil Operating is

4  -- Remnant Oil Company is current with Remnant Oil

5       Q.    And you said Remnant Oil Operating never JIBs

6  Oil Company; right?

7       A.    That's correct.

8       Q.    And that there's no operating agreement

9  right?

10      A.    Correct.

11      Q.    But there are separate books kept?

12      A.    Yes, sir.

13      Q.    Who keeps up with how much Remnant Oil Company

14 Remnant Oil Operating?

15      A.    P2 Energy Services will handle -- handles the --

16 up to the general ledger level, control level.

17      Q.    Okay.  So again I'm switching back to the

18 Company schedules and there's a couple of entries here

19 Resources Limited.  Okay, now, one is -- it says for

20 Reimbursements, Remnant Oil owes RS Resources $20,510.  Is

21 right?

22      A.    That's -- that's approximately right?

23      Q.    What -- what -- what expenses did RS have?

24      A.    Just over the years, fuel, his truck

25 were supposed to make his truck payments.  I mean,

1  that nature.  So they just -- they just accrued over a

2  period of time.

3       Q.   What -- what truck?

4       A.   Just he's -- he's got -- he's got his own truck.

5  part of that consulting agreement, verbal agreement is

6  would pay for his vehicle.

7       Q.   When were these verbal agreements reached?

8       A.   In 2016.

9       Q.   And -- and who agreed to these verbal

10 All the owners?

11      A.   Yes, sir.

12      Q.   WS Oil and Gas, and Gilmore Oil and Gas, and RS

13 Resources?

14      A.   Yes, sir.

15      Q.   And -- and according to this verbal agreement,

16 - what was RS owed from the company?

17      A.   Just the past expense reports that he -- that he

18 submitted.

19      Q.   That he submitted.  So if RS submits an expense

20 report then Remnant Oil owes it.

21      A.   Well, there needs to be a back up to

22 claims on what -- on why he's owed what.

23      Q.   And who reviews these expense statements?

24      A.   The partners do.

25      Q.   Okay.



1    A.   So, for instance, if -- if Mr. Gilmore -- pardon

2  - if RS Resources submits it then both Gilmore and WS will

3  review it.

4    **Q.   And you're telling me it was verbally agreed**

5  **Remnant Oil Company would make RS Resources Limited's car**

6  **payments?**

7    A.   His truck payments.  He was in the field,

8  in the field two, three times a week.

9    **Q.   And has -- what -- what kind of truck is it?**

10   A.   A Tundra.

11   **Q.   And had Remnant Oil always made those truck**

12   A.   Since the beginning, yes, sir.

13   **Q.   Who owns that truck?**

14   A.   Mr. Stitzel -- RS -- I don't know.  Stitzel -- I

15  not know how that's owned.

16   **Q.   And another -- does Remnant Oil make any other**

17  **payments?**

18   A.   They do for the enterprise fleet for our fleet

19  vehicles.

20   **Q.   Is there a verbal agreement to make WS Oil and**

21  **car payments?**

22   A.   Yes, sir.  I have a fleet vehicle.  Yes, sir.

23   **Q.   And it says down here RS Resources Limited is**

24  **additional $444,457 on a note payable.  I thought that was**

25  **$400,000 note..**

 1      A.    A $400,000 note, correct.  He had put in

 2  dollars in that we -- we hadn't mentioned earlier.  It was

 3  -- I think I said -- my recollection was 60,000, but I

 4  that was inclusive of his -- of his reimbursement, of his

 5  outstanding expense report.  So if you subtract the

 6  then tack on the 20,000, that would -- that's why it

 7  with that approximately 60,000.

 8      Q.    **Understood.**

 9      A.    Yes, sir.

10      **MS. SIMMONS:**  And just to get on the record

11  that Mr. Gray doesn't actually have a copy of the

12  statements in front of him, so we're going off of what

13  you're reading.  So we don't -- we don't have a copy.

14      **MR. HAMM:**  Okay.

15  **BY MR. HAMM:**

16      Q.    **But it's your testimony that $444,457 is**

17  **owed to WS Oil and Gas.**

18      A.    The -- I would say 400,000.  Yes, sir.  The

19  would be -- would be owed to RS Resources.

20      Q.    **Is there a separate note for the balance that --**

21  **think you testified that there was a -- a written loan**

22  **agreement or note for 400,000.**

23      A.    Right.

24      Q.    **Right?**

25      A.    Right.

1      Q.    Is there some sort of written note or

2  the extra 44,000?

3      A.    I'd have to go back and check.  I think that was

4  in 2016.  I need to confirm that.

5      Q.    But you don't know.

6      A.    I don't know.  No, sir.

7      Q.    Okay.  And then now here's an additional entry

8  Resources Limited owed $425,000 in -- in it says

9  you know what that is about?

10     A.    That -- I do not know what that's about.  That

11 have been -- that's a mistake.

12     Q.    Well, how about -- I mean, I can print out a

13 this --

14     A.    No.  Understood.  Yeah.

15          MR. OLDHAM:  Which one are you talking about?

16 Remnant Oil Company or Remnant Oil Operating?

17          MR. HAMM:  Remnant Oil Company.

18          MS. SIMMONS:  And again we have to go back and

19 There's a lot of stuff in those schedules and statements.

20          MR. HAMM:  I'll just --

21          MS. SIMMONS:  We -- we'd have to go back and

22 see the backup for and --

23          THE DEPONENT:  Do you mind if I scroll back up

24 second?

25 BY MR. HAMM:

 1       Q.   Sure.  Here -- here's a mouse if that helps.

 2       A.   I just want to see this one with -- okay.  Yeah,

 3  sir.  No.  I -- I need to go back and verify that.

 4       Q.   Very well.

 5            MR. OLDHAM:  Do you have it?

 6            MR. HAMM:  Is that the SoFAs?

 7            MS. SIMMONS:  Yes.

 8            MR. OLDHAM:  For Remnant Oil Company.

 9            MS. SIMMONS:  Okay.

10  BY MR. HAMM:

11       Q.   And you prefer -- you -- well.  You've

12  - the statements of financial affairs that were filed --

13       A.   Yes, sir.

14       Q.   -- for the debtors; right?

15       A.   That's correct.

16       Q.   And they're accurate to the best of your

17       A.   To the best of my knowledge, yes.

18            MR. OLDHAM:  Are you going to pull those out of

19  there?

20  BY MR. HAMM:

21       Q.   You said Dutton, Harris and Associates does WS

22  and Gas's taxes?

23       A.   Correct.

24       Q.   Do you know if they also do taxes for R and S

25  Resources or Gilmore Oil and Gas?



```
 1        A.    I do know they do RS Resources.  I can't speak

 2  I don't think they do Gilmore Oil and Gas's.

 3        Q.    Do you know who does Gilmore Oil and Gas's

 4        A.    I do not.  No.

 5        Q.    I'll have to ask Mr. Gilmore.

 6        A.    Yes, sir.

 7              MS. SIMMONS:  We can go off for a while.  I

 8  -- am I correct?

 9              MR. HAMM:  Absolutely.

10              COURT REPORTER:  Off the record.

11              (WHEREUPON, a recess was taken.)

12              MR. HAMM:  Back on the record and I have marked

13  Exhibits 9 and 10.

14              (WHEREUPON, Exhibit 9, Exhibits 10 were marked

15  identification.)

16  BY MR. HAMM:

17        Q.    Can I ask a few questions about some

18  financial statements that were produced for year end 2018?

19        A.    Yes, sir.

20        Q.    I think that's Exhibit 9.

21              MS. HUNT:  What's the Bates Stamp number?

22              THE DEPONENT:  ROC-0004853.

23              MS. HUNT:  Thank you.

24  BY MR. HAMM:

25        Q.    Did you have any part in creating this
```



1  **financial statement?**

2      A.    Other than just supplying data to the -- to our

3  financial advisors --

4      **Q.    And who are they?**

5      A.    To P2 Energy Solutions and Albeck Financial

6      **Q.    And who actually created this?**

7      A.    The -- this was -- the final product was Albeck

8  Financial Services, our CPAs.

9      **Q.    Why did you have your CPAs do this?**

10     A.    Because P2 Energy Solutions does not provide CPA

11  services.

12     **Q.    But I'm asking, was there a purpose for creating**

13  **did -- was somebody asking for a balance sheet or a --**

14     A.    That's -- we -- that's how -- that's how the

15  -- that's how we looked at it just on a consolidated

16     **Q.    Okay.**

17     A.    So we -- we do have separate financial

18  both Remnant Oil Company and Remnant Oil Operating.

19     **Q.    Are there additional consolidated financial**

20  **statements besides this one?**

21     A.    No, sir.

22     **Q.    But there are additional ones for each company?**

23     A.    Yes, sir.

24     **Q.    I'm looking at page 3 which is Bates label ROC-**

25  **which is the -- lists assets and liabilities, and it says**



1  "Total Assets $1,058,000."  That seems to be slightly

2  than the numbers we've been talking about today for the

3  of the assets.  Why is that?

4      A.    So, essentially, when you look at what we've

5  our assets less depreciation, I mean we've -- we've -- for

6  value versus a market value there's -- that's just two

7  different worlds.  So let's just say someone was buy or

8  a -- a brand-new Porsche for 20 bucks, but you can sell it

9  $20,000, you'd book it that you bought it for 20.

10        So, for instance, when we bought -- you know, we

11  bought a lot of these assets, we bought -- we bought

12  inexpensively, and then, of course, because of

13  side.  So -- I'm sorry.

14      Q.    And has remnant provided these consolidated

15  sheets to any third parties, I mean, outside of the

16  here?

17      A.    Just -- just our -- our financial institution

18  Capital Bank.

19      Q.    Are these accurate to the best of your

20  2018?

21      A.    Yes, sir.

22      Q.    So on the book value, Remnant Oil Company's --

23  ask this -- let me rephrase.  On the book value, have

24  Oil Company's, has the value of Remnant Oil Company's

25  ever exceeded the value for the amount of its liabilities?

1    A.    I -- I apologize.  Can you ask the question

2    Q.    Yes.  Like, I'm looking at this -- the book

3  said; right?

4    A.    Yes, sir.

5    Q.    Total assets $1,058,000.

6    A.    Right.

7    Q.    Total liability is $17,274,000; correct?

8    A.    Right.

9    Q.    So and Remnant Oil was created on or about,

10 in January 2016; right?

11   A.    Yes, sir.

12   Q.    Okay.  So since January 2016 has the value,

13 value of Remnant Oil's assets ever exceeded the amount

14 liabilities?

15   A.    No.

16   Q.    Okay.  I'm looking at page 5 of the consolidated

17 financial statements, ROC-4857 and there's a note "Accrued

18 Liabilities."

19   A.    Mm-hmm.

20   Q.    And here it says "The company has accrued

21 due to Everett Will Gray, II, Marquis Gilmore, and Robert

22 Stitzel" is that right?  Is that how you pronounce it,

23 or is it Stitzel?  I'm not --

24   A.    It's -- it's Stitzel.

25   Q.    Stitzel -- "amounting to these amounts."  Did


NAEGELI DEPOSITION & TRIAL        (800)528-3335
NAEGELIUSA.COM

1  of the debtors ever owe salaries to you, Mr. Gilmore,

2  Stitzel?

3      A.   So those should have read WS Oil and Gas,

4  and Gas and RS Resources, and there were periods during

5  year where we didn't take salaries.  Reed had, although he

6  never took a salary, he -- he would -- he, I guess, for

7  first year, accrued salaries even though he didn't take

8      Q.   Okay.  Now, I'm looking at the back, page 6

9  Bates label ROC-4858, and looking at the sentence that

10 "As of December 31, 2018, the Company has outstanding

11 due."

12     A.   Yes, sir.

13     Q.   So is this correct that as of this date one of

14 debtors had a loan due to WS Oil and Gas Limited in the

15 of $953,449?

16     A.   Yes, sir.  And that was -- and again, that was

17 the assumption of the $400,000 note from RS Resources.  So

18 you look over at -- respectively, over to RS Resources,

19 see it's 44,458.

20     Q.   Yes, I think you list RS Resources Limited

21 loan due of $44,458.

22     A.   That's correct.  Yes, sir.

23     Q.   And -- and here for Gilmore Oil and Gas as of

24 December 31, 2018, it just has 4.771 million.

25     A.   That's correct.

1     **Q.    Did Gilmore Oil and Gas loan additional funds?**

2     A.    Yes, he did.

3     **Q.    In 2019?**

4     A.    Yes, sir.

5     **Q.    When was that?**

6     A.    All the way throughout the year in various

7 in various states.

8     **Q.    And which bank account would these loans be**

9 **into?  The oil company or the operating?**

10    A.    Reed, sometimes, would put them in both.  But --

11 pardon me, Mr. -- Gilmore Oil and Gas would wire the funds

12 both accounts sometimes.

13    **Q.    So you'd have to look at both bank account**

14 **to figure it out.**

15    A.    And to -- to see where -- to see where the cash

16 deposit was made.

17    **Q.    Okay.**

18    A.    I do know that Mr. -- I -- I do know that he's

19 in '19 around another $3,000,000 or just under and

20 his aggregate number of approximately 7,000,000 comes into

21 play.

22    **Q.    I thought at some point I'd seen in a filing**

23 **owners were converting debt to equity.**

24    A.    Yes, sir.  That -- that was -- was our

25 recapitalization plan that we were -- when we were going

1  to work with Baker Hughes and raise -- try to raise

2  We were going to, basically, take the notes payable that

3  due, you know, to -- to mainly Gilmore Oil and Gas and

4  WS Resources, we were going to work that to equity and

5  wipe out the -- just to be -- to pursue money.  So we

6  have hard --

7      **Q.   So it wasn't in the filing.  That was -- I'm**

8  **stating that was --**

9      A.   Yes, sir.

10     **Q.   -- that wasn't in some documents --**

11     A.   That wasn't --

12     **Q.   -- that were produced in connection with this**

13  **proposed restructuring.**

14     A.   Yes, sir.

15     **Q.   Okay.  And if you would look, I think what's**

16  **marked as Exhibit 10.**

17          **(WHEREUPON, Exhibit 10 was marked for**

18  **identification.)**

19  **BY MR. HAMM:**

20     **Q.   These are just Remnant Oil Operating SoFAs.**

21  **Generally, who paid employees?  Was it Remnant Oil**

22  **was it Remnant Oil Company?**

23     A.   Remnant Oil Operating would pay the -- all the

24  employees.  Most times most funds were paid to consultants

25  to employees via Operating.

1    Q.   And -- and who did Remnant Oil Company pay?

2    A.   There may had been some instances where they

3  some consultants through the oil company.  So, for

4  there was, like, for -- for legal purposes or for

5  that were doing like reserve evaluations, you know,

6  third-party lender, things of that nature.

7    Q.   And looking at these SoFAs, I just have a few

8  questions about some of the transfers that are listed in

9    A.   Mm-hmm.

10    Q.   Again, this is Remnant Oil Company and I'm

11  page 8 the bottom right hand corner and looking at some

12  transfers to some entity called Bridge Capital

13    A.   Yes, sir.

14    Q.   Well, I guess it's page 8 of the -- once you get

15  the document.

16    A.   Oh, oh, oh.  Yes, sir.

17    Q.   Okay.  Do you see entries 3.38 through 3.41,

18  transfers listed --

19    A.   Mm-hmm.

20    Q.   -- Bridge Capital Corporation within the 90 days

21  prior to the petition date?

22    A.   Yes, sir.

23    Q.   Okay.  Why were those payments made?

24    A.   Those -- so Bridge Capital Corporation was

25  Remnant in working with a lot of our vendors to try to

1  settlement plans in place.

2       Q.   Okay.

3       A.   And those were their fees.

4       Q.   **And when did Bridge Capital Corporation quit**

5  **work for Remnant?**

6       A.   They're still kind of helping out a little bit.

7       Q.   Okay.

8       A.   They're helping us.  I mean, they were -- they

9  working with a -- you know, working with a number of

10 vendors, I think, you know, they were working with

11 Services' counsel as well and were very familiar with

12 the intricacies of -- of all of the transaction as well as

13 a number of other vendors.

14      Q.   **And so is Bridge Capital Corporation still**

15 **Remnant Operating?**

16      A.   They have an outstanding invoice pre-petition,

17 but right now, it's, we -- we still needed some help

18 so it was just one.  That's all.  So at -- so not on a

19 basis like they were.

20      Q.   **In here, in the Notes section it says**

21      A.   Mm-hmm.

22      Q.   **What does that refer to?**

23      A.   The settlement agreements that they helped

24      Q.   **Oh, not that Remnant Oil had a settlement**

25 **with Bridge Capital Corporation.  But you're saying that**



1  Capital Corporation was helping set up settlements?

2      A.   Yes, sir.  So, basically, suppliers or vendors

3  checked as well as "others settlement."

4      Q.   Mm-hmm.  And just looking on the next page, for

5  example, Castillo's Licenses-To-Kill.

6      A.   Yes, sir.

7      Q.   Okay.  First of all, I have to ask:  What is

8      A.   He comes out to our field trailer and he kills

9  that are mentioned under the trailer.  He gets out

10 there.

11     Q.   Thank you.  Rattlesnakes and stuff?

12     A.   You name -- yeah, you name it.

13     Q.   So there it also says "Suppliers or Venders and

14 Settlement."  Was there a settlement agreement with

15     A.   Yes, sir, there were a number of settlement

16 agreements that Bridge Capital put -- set -- help set in

17     Q.   But there is no settlement agreement with Bridge

18 Capital.

19     A.   No, sir.

20     Q.   Okay.  If you'll look on page 16, I'm looking at

21 entry 3.87, the creditor is First Capital Bank.

22     A.   Yes, sir.

23     Q.   $7,000.

24     A.   Mm-hmm.

25     Q.   And then in Other it says "Check and Delete

1  mark."  What is that about?

2      A.  I don't know.

3      Q.  Okay.  On page 30, looking at entries 3.171 and

4  3.172, the Russell K. Hall.  Looks like there were

5  $10,000 and $5,911.  Do you see that?

6      A.  Mm-hmm.

7      Q.  What were those for?

8      A.  Those were for third-party -- he's our third-

9  reserve auditor.

10     Q.  What did Jesse Gilmore do to earn consulting

11     A.  He does a lot of junior land work.  So having

12 together just a number of -- everything that Ms. Kay,

13 needs assistance with.  So division oil analysis, and

14 just, you know, land -- land information.

15     Q.  How old is Jesse?

16     A.  Jesse is 27.

17     Q.  Okay.  And then beginning on page 43, through

18 page 49.

19     A.  Mm-hmm.

20     Q.  There's a series of transfers to Remnant Oil

21 correct?  And how -- and typically a lot of them are round

22 numbers.  Why were these payments made in general?

23     A.  To Remnant Oil Company?

24     Q.  Yes, sir.

25     A.  All right.  So I think -- so I believe Gilmore


NAEGELI
DEPOSITION & TRIAL
(800)528-3335
NAEGELIUSA.COM

1  and Gas had wired money to Remnant Oil Operating and those

2  funds were then -- were then -- would be transferred

3  Remnant Oil Company to make payments on behalf of

4  Company

5      Q.   And who -- who would decide when those transfers

6  should be made?

7      A.   All the partners had -- had a say so whenever

8  was any --

9      Q.   And then beginning on page 50 to 52, do you

10  $15,000 consulting fees paid to RS Resources I was talking

11  about earlier?

12     A.   Mm-hmm.  Yes, sir.

13     Q.   No written consulting agreement; right?

14     A.   No, sir.

15     Q.   And then beginning on page 53 and going

16  58, there's a series of transfers to WS Oil and Gas,

17  right?

18     A.   Yes, sir.

19     Q.   Okay.  When it says "Accrued Consulting Fee,"

20  does that mean?

21     A.   There were a lot of times during the history

22  company when I wouldn't get paid my monthly fee, so it

23  accrue.

24     Q.   Why did Remnant Oil Operating make the

25  pay accrued consulting fees shortly before bankruptcy?

1    A.    We felt that -- that that would be appropriate

2  to get me caught up -- help me in getting me caught up

3    **Q.    So is it fair to say when it says "consulting**

4  **that relates to the typical $25,000 payment to WS Oil**

5  **And when it says "accrued consulting fee" that is a**

6  **some past amount due.**

7    A.    Correct.

8    **Q.    So what are the debtors' plans now?**

9    A.    The debtors' plans now are to work with Bill

10  to essentially make that $6,000,000 offer come to

11  secure a letter of financial assurance from his financial

12  institution by next week to be able to submit -- to submit

13  our counsel, and then work with close -- on it, and then

14  with closing, you know, before -- before the end of

15        And, simultaneously, what we would like to do --

16  again, I mean we're -- in my mind, we're all in the same

17  here -- is to work collaboratively and say, okay, so we

18  the wind rights and we start looking at the different

19  saying who do we determine -- determine quickly.  In fact,

20  during the break I -- I emailed EDF who -- who would be

21  best recommendation would be to help market renewable, you

22  know, turbines.

23        So I think we need to identify a marketing group

24  that and -- and run a process on that.  And then, also,

25  determine who would be best -- best-suited to market the

1  remaining assets the -- so the four waterfloods, the gas

2  assets, and the others.  And -- and we have the data.

3  we -- remember we have talked about that and how we

4  the dollars towards that.

5          It's just a simple fact of let's -- let's get it

6  there, let's have a marketing firm get out there and

7  that and see what we can do.

8      **Q.   So, specifically, Mr. Briscoe's offer is on the**

9  **Caprock; is that right?**

10     A.   It's on Caprock.  Yes, sir.  So that's for the

11 pipeline, that's for the working interest, and for the

12 rights.  And that's for $6,000,000.  And so when -- so the

13 was to take any remaining capital around that.  And

14 I -- you have to pardon my ignorance, I'm -- this is my

15 time having to go through bankruptcy so I don't know

16 allowed or what's not allowed --

17     **Q.   Okay.**

18     A.   -- with that.  But, basically, I would assume we

19 would have to submit a plan to the creditors committee and

20 trustee saying this is how we think would best serve all

21 parties involved, all classes of creditors just to make

22 that, you know, we recoup or do the very best we can.

23          And -- and so -- and like you just said, I'm

24 long-winded going back to what now?  How -- what's --

25 the game plan?  And that is to retain North Square Lake,

1  know, reduce our debt as much as possible on divestiture

2  other assets, take whatever cash is left over and then

3  then basically rework the wells on North Square Lake.

4       **Q.    Now you're -- is it fair to say that you are in**

5  **control of the debtors' bankruptcy issues?**

6       A.    Myself and my two business partners.

7       **Q.    Okay.  Do you know when the debtors' exclusivity**

8  **period runs to file a plan of reorganization?**

9       A.    I do not know.  No, sir.

10      **Q.    And I think I heard earlier that the debtors**

11 **out of money to operate in early December of this year; is**

12 **--**

13      A.    That's right.  End of November, early

14 sir.

15      **Q.    Okay.  And once that happens, how -- how does**

16 **operate?**

17      A.    That's a very good question.  I don't know the

18 to that.  Obviously, the Briscoe -- the closing

19 of -- of Bill Briscoe would be monumental in making the

20 plan happen.

21      **Q.    Yes.  Have you -- if you -- have you put any**

22 **into putting together a plan yet?**

23      A.    I have.  Yes, sir, I have.  Just in case --

24 some closing risks happen.  This is the oil and gas

25 I've been through -- I have come up to the five yard

1  sometimes things happen, sometimes they don't.  It's

2  No matter -- you know, sector agnostic.  So then what?

3            And so, you know, there -- there are some

4  ideas that I would like to --

5            **MS. SIMMONS:**  Just -- just be careful you're not

6  revealing any kind of privileged information.

7            **THE DEPONENT:**  Yeah.  That I would like to share

8  counsel so I can get their advice on.

9  **BY MR. HAMM:**

10     **Q.   Okay.  Is it the debtors' intent to file a**

11  **reorganization and disclosure statement prior to the end**

12  **their exclusivity period, whenever that may be?**

13            **MS. SIMMONS:**  Again, that would be privileged

14  information we're evaluating.

15  **BY MR. HAMM:**

16     **Q.   Do the debtors intend to file a plan of**

17  **reorganization prior to their exclusivity --**

18     A.   We're -- we're currently evaluating that.

19     **Q.   Currently evaluating.  Okay.  Understood.**

20            **MR. HAMM:**  All right.  I'll pass the witness.

21  you, sir.

22            **THE DEPONENT:**  Yes, sir.

23            **MR. OLDHAM:**  Ms. Simmons, a couple of follow

24  **EXAMINATION**

25  **BY MR. OLDHAM:**


**NAEGELI** (800)528-3335
DEPOSITION & TRIAL   NAEGELIUSA.COM

1      Q.    Who's Energy IR, LLC?

2      A.    Energy IR, LLC was an individual that was hired,

3   Holmes, to help assist in identifying qualified

4   the Reg D offering.

5      Q.    Okay and that was Reg D offer; is that correct?

6      A.    It never transpired.

7      Q.    Was that supposed to be through Cargill or was

8   different?

9      A.    Oh, Cargill is completely separate.

10     Q.    Okay.  So when did -- when did those plans get

11  canceled?

12     A.    Everything came to an end in June and I think

13  when we had discussions with Baker Capital Solutions that

14  unfortunately we had -- both teams had worked tirelessly

15  to -- to come to an agreement.  I think once we realized

16  it just it wasn't going to happen, that's when we said,

17  know what, let's -- we just need to be kind of going into

18  Chapter 11 and just -- and see what we can do from there.

19     Q.    Okay.  Mr. Hamm asked you about the SoFAs for

20  Oil Operating, LLC.

21     A.    Yes, sir.

22     Q.    I'm looking at the Remnant Oil Company, LLC,

23  I don't believe that I have an extra copy so you're just

24  to have to -- I'll represent to you that I'm reading right

25  the page.  It looks like there's a series of transfers

1  from 30,000 to 38, 35, 10,000, a number of different

2  to Remnant Oil Operating from Remnant Oil Company.

3  just listed as intercompany transfers.  What's the gist of

4  this?

5         A.    It was -- it was some of the same functions

6  when Gilmore Oil and Gas would wire money in, sometimes it

7  would be into Remnant Oil Operating and sometimes it would

8  into Remnant Oil Company.  And so, obviously, which entity

9  needed the cash, an intercompany transfer would occur.

10        Q.    Okay.  How else would Remnant Oil Company have

11  money to transfer to Remnant Oil Operating other than Mr.

12  Gilmore's entity --

13        A.    Just --

14        Q.    -- wiring.

15        A.    Through the -- the sale of oil and oil and gas

16  for that purpose.

17        Q.    Okay.  Payroll was run through Remnant Oil

18  correct?

19        A.    That's correct.  Yes, sir.

20        Q.    Okay.  And the consulting fees were paid by

21  as well?

22        A.    Yes, sir.  There may had been sometimes some

23  consulting fees were paid by Remnant Oil Company dependent

24  the services that were provided by the consultant.

25        Q.    Okay.  So for the WS Oil and Gas, Limited, the

1  various transfers -- that -- and that's your company;

2      A.   That's correct.

3      Q.   The ones that say "accrued consulting fee,"

4  a different consulting than the consulting you did for

5  Oil Operating?

6      A.   It -- you know, there was no duplication.

7      Q.   Okay.  4.24 is 7/31/2018.  It says it's for loan

8  repayment to WS Oil and Gas Limited.  Were there

9  that were made to Remnant Oil Company as opposed to

10 Operating?

11     A.   I would have to go back and look.

12     Q.   Okay.  Does Remnant Oil Company owe WS Oil and

13 Limited money based on prior loans as of the filing?

14     A.   Yes, sir.

15     Q.   Okay.  And is that different than the amounts

16 we've already covered?

17     A.   No, sir.

18     Q.   Okay.  The loans that were made from WS Oil

19 Limited, were they made to Remnant Oil Operating or

20 Company?

21     A.   Remnant Oil Company.

22     Q.   Okay.

23          COUNSEL:  Okay.

24          MR. OLDHAM:  Is that 11?  What exhibit number

25 at?

```
 1          THE REPORTER:  11.

 2          MR. OLDHAM:  11?

 3          (WHEREUPON, Exhibit 11 was marked for

 4  identification.)

 5  BY MR. OLDHAM:

 6     Q.   I'm going to hand you Confidential Information

 7  Memorandum.  I believe this was prepared by Seaport, ROC-

 8  through ROC-2258.

 9     A.   Thank you.

10     Q.   Take a look at it and let me know if -- if you

11  recognize the document.

12     A.   Yes, sir.  I recognize the document.

13     Q.   Are those the marketing materials that Seaport

14  has used to market the Caprock assets?

15     A.   One second.  I'm turning just to make sure

16  the --

17     Q.   Okay.

18     A.   -- page 8.  Yes, sir, this is the -- the

19  information memorandum used by Seaport to market the

20  assets.

21     Q.   Are Caprock assets currently producing?

22     A.   The -- there are some assets producing on the

23  Caprock, yes.  The Rock Queen unit --

24     Q.   Okay.

25     A.   -- there -- is not -- is not producing.
```



1     **Q.    Okay.  What assets are producing?**

2     A.    The Drickey Queen Sand unit.

3     **Q.    Uh-huh.**

4     A.    And I believe the Wakan Tanka one of them, one

5     wells is, and Karankawa.  Spelling is, I apologize, is

6     be difficult, but Wakan Tanka is W-a-k-a-n, Wanka -- W-a

7     that's wrong.  W-a-n-k-a T-a-k-a-n (sic) and the

8     a-r-a-n-k-a-w-a.

9     **Q.    Okay.  So two wells are producing but the others**

10    **not?**

11    A.    Well, the Drickey Queen unit which is the

12    single unit is producing.  It's at 10 barrels a day

13    It's basically, it's -- we just have a lot of wellbores

14    are slow in production.  They have -- they have holes in

15    tubings, very simple mechanical issues.

16    **Q.    But they are producing.**

17    A.    Yes, sir.

18    **Q.    Okay.  Who are you selling oil to?**

19    A.    HollyFrontier.

20    **Q.    Okay.  If you flip to the back of it, it says**

21    **financials or company financials.**

22    A.    Sure.

23    **Q.    It's probably the last five pages or so.**

24    A.    Okay.  I'm just looking for it.  I have

25    Highlights as the last page.  Producer.  We don't want

 1  don't want the diagrams.  Fresh Water -- Potential --

 2  Water.

 3      Q.   Let's just turn to the last page.  That's fine.

 4      A.   Yes, sir.

 5      Q.   Let's just start there.

 6      A.   Okay.

 7      Q.   Do you see the part where it talks about the CO2

 8  compressor unit with 4,500?

 9      A.   Yes, sir.

10      Q.   Do you see where --

11      A.   Yes, sir, I see it.  Yes, sir.

12      Q.   This is where it gives me heartburn.  It doesn't

13  "this doesn't belong to us."  It doesn't say "this is

14  compressor.  They own it."  It just lists it on there as

15  it's an asset that's open to being sold.

16      A.   Okay.

17      Q.   Do you agree with anything I've just said?

18      A.   I do not.

19      Q.   Okay.  Why?

20      A.   It's just -- because it says "available."

21      Q.   You agree it's -- the debtors don't own the

22  compressor.

23      A.   Agreed.

24      Q.   Okay.

25      A.   In the marketing, Seaport did make it clear we

1  own the compressor.

2      Q.   I got you.  Why didn't you put WS Oil and Gas

3  in the bankruptcy?

4      A.   I don't know.

5      Q.   Why didn't you put First Gray Corporation in the

6  bankruptcy?

7      A.   I don't know.

8      Q.   From the wells -- the assets from New Mexico, do

9  of them cover P and A liability?

10     A.   There is P and A liability within the entire

11 portfolio bar, yes.

12     Q.   Okay.  Sorry.  Go ahead.

13     A.   Yes, sir, there is approximately 10 wells that

14 to be -- that have been identified as P and A.

15     Q.   Okay.  They currently need to be P and A?

16     A.   Yes.

17     Q.   Okay.  Are those within the Caprock assets?

18     A.   There is -- there's several.  I don't know the

19 number, but there's several within the Caprock Assets.

20     Q.   Okay.  And do the debtors have any bonds or

21 for the P and A work?

22     A.   The schedule of -- so with the bonding, we are

23 based upon the new requirements.  Under the State of New

24 Mexico, we are deficient in our current bonding.

25     Q.   Okay.



1    A.    They raised the bonding to just -- on -- on all

2  different levels.  So, meaning, you get a blanket bond

3  went from 50,000 to 250.  That was one issue.  So we're

4  with the BLM on our bonding, but we're deficient with

5  with the what they call the New Mexico Oil Conservation

6  Division both on our blanket bond and our single well

7    Q.    **Is that -- the blanket bond, is that for just**

8  **operating wells or is that for specifically P and A work?**

9    A.    That's for just -- just basic operating.

10    Q.    **Okay.  Do you have any specific P and A bonding?**

11    A.    Yes, we do.

12    Q.    **Okay.  What is that?**

13    A.    I believe there's approximately 27 wells.

14    Q.    **Okay.**

15    A.    And what they call under P and A it's -- it's

16  they -- how New Mexico classifies it as inactive wells

17  classified as any oil that has not produced in the past 15

18  months.

19    Q.    **Do you agree with that?**

20    A.    Oh, that's -- yes.  So -- so -- so, for instance

21    Q.    **I mean --**

22    A.    I'm --

23    Q.    **-- do you have any wells that haven't produced**

24  **past 15 months but which you're trying to rework as**

25  **plug and abandon.**

NAEGELI
DEPOSITION & TRIAL          (800)528-3335
NAEGELIUSA.COM

```
 1        A.    Absolutely, yes, sir.

 2        Q.    Okay.  And did you have to put up a either a

 3   bond or purchase insurance for any of the P and A?

 4        A.    So we have our surety bonds through the same

 5   -- with our travelers insurance.

 6        Q.    Okay.

 7        A.    They -- they -- they do all of our surety

 8   of course they -- they do -- they cover all of our bonding

 9   A to Z.

10        Q.    Okay.  Do you -- did you have to put up anything

11   escrow as part of that?

12        A.    No, we did not.

13        Q.    Okay.  In other words, once you plug and abandon

14   wells, there's no money to be returned.

15        A.    That's correct.

16        Q.    Okay.

17        A.    We just don't pay the premium any more in that

18   particular well.

19        Q.    Okay.  Did both of the debtors file tax

20   2018?

21        A.    Yes, sir.

22        Q.    How about 2017?

23        A.    Yes, sir.

24        Q.    And 2016?

25        A.    Yes, sir.
```

1      Q.    Were those filed recently or were they at the

2  the year?  Do you know?

3      A.    '16, '17 and then we completed '18 prior to the

4  deadline.

5      Q.    Okay.

6            MR. OLDHAM:  Let's mark this as Exhibit 12.

7            (WHEREUPON, Exhibit 12 was marked for

8  identification.)

9  BY MR. OLDHAM:

10     Q.    Do you recognize Exhibit 12?

11     A.    Yes, sir, I do.

12     Q.    Do you see at the bottom of the email.  I forget

13 the gentleman that sent -- that sent it to you.

14     A.    It was James Obulaney from Denham Capital.

15     Q.    Yes, sir.  Do you remember receiving that?

16     A.    Yes, sir, I do.

17     Q.    Do you see the -- and I apologize, I --

18 don't -- I only have one copy.  Do you see the provision

19 he is mentioning the deal with Trinity Midstream?

20     A.    Yes, sir.

21     Q.    Can you read that sentence for us?

22     A.    "Thanks Will.  Could you give me the quick

23 the Trinity deal?  Which -- what pipeline is being

24 them?  (I thought Kinder owned the pipe)."

25     Q.    And then above that you responded to him.

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1      A.    Yes.  "We own the 18.5 mile CO2 pipeline."

2      **Q.    So when he -- the gentleman reaches out to you**

3  **Denham Capital and says which pipeline are you divesting**

4  **Trinity.  The deal that we talked about earlier today**

5  **March of 2018; right?**

6      A.    Mm-hmm.

7      **Q.    There haven't been any current plans to divest**

8  **pipeline to Trinity since the bankruptcy filing; correct?**

9      A.    Right.  We just submitted that letter of

10  them.  They were -- Denham Capital is a private equity

11  --

12     **Q.    Okay.**

13     A.    -- and we were -- we were attempting to be PE-

14  by them --

15     **Q.    Okay.**

16     A.    -- as part of the restructure from Chapter 11.

17     **Q.    So when he says he talks about the Trinity**

18  **pipeline or the pipeline you're divesting to --**

19     A.    Mm-hmm.

20     **Q.    -- Trinity Midstream, one could read that and**

21  **oh, he believes that the pipeline is still being**

22  **Trinity Midstream as of September 2019; right?**

23     A.    During the conversation that we spoke --

24     **Q.    Okay.**

25     A.    -- what we talked about was part of the deal

1 based upon their financial balance sheet as a private

2 sponsor, Trinity would buy the pipeline -- we could go

3 look -- and so therefore it would reduce their amount of

4 capital to their entry cost.

5       Q.    When was the last time you talked to anybody

6 Trinity?

7       A.    I talked to -- I talked to Trinity probably

8 month ago.

9       Q.    Okay.

10      A.    The CEO.

11      Q.    They said we wouldn't do the deal before because

12 financials were in disarray, but now that you filed

13 we're in?

14      A.    They said --

15      Q.    Okay.

16      A.    -- basically if someone comes in that is a

17 operator that has strong balance sheet, we would

18 -- we would reconsider selling the pipeline, or, pardon

19 would reconsider buying the pipeline.

20      Q.    Okay.  Did Denham Capital contact you?

21      A.    No.  The -- the last email that we received from

22 Denham is -- they did quite a bit of work on it.  It was

23 unfortunately, just due to the negative cash flow that

24 it wasn't kind of on their -- it just wasn't

25 -- they were -- they were looking for something that was

1  flow positive right off the bat, to back a conventional

2      **Q.   I got you.  You testified earlier that Kodiak**

3  **shut down the compressor unit.  Is that what you testified**

4      A.   That was correct.

5      **Q.   Okay.  Is the reason they -- you couldn't**

6  **compressor unit because of the monies due to Kodiak, or is**

7  **because of the electricity that it took to run the giant**

8  **compressor?**

9      A.   It was a combination of -- of all of -- of all

10 operational expenses associated with running the Rock

11 unit.

12     **Q.   Okay.  How much was it a month to run the Rock**

13 **unit?**

14     A.   To run the Rock -- Rock Queen unit, it

15 just the -- just the electrical bill for the compressor

16 around $115,000 a month.  And then that's when production

17 started to drop so therefore it was -- that's -- that's

18 course, we couldn't make payments to vendors.

19     **Q.   I got you.  The money from oil and gas sales**

20 **shows up on the budgets have been submitted, and where**

21 **money come from?**

22     A.   It comes directly from -- there's multiple

23 - or pardon me, buy markers.

24     **Q.   Mm-hmm.**

25     A.   So HolyFrontier --



1     Q.    Okay.

2     A.    -- and also Plains.  Those are our two crude

3  marketing companies.

4     Q.    Okay.

5     A.    HolyFrontier does direct deposit.  Plains writes

6  check.

7     Q.    And so if there's money that shows up as cash

8  the production, I want to say -- I forget the

9  It's from either HolyFrontier or Plains --

10    A.    Plains Marketing.

11    Q.    -- for the sale of oil.

12    A.    Correct.  Yes, sir.

13    Q.    Okay.  And the sale of what you said there was

14 two -- two units on the Caprock assets that produced right

15    A.    Right.

16    Q.    And they were dividends.

17    A.    Dividends.

18    Q.    Okay.  So which of the actual wells are

19    A.    So everything -- so when you look at the five

20 waterfloods, there's production on the five waterfloods

21 there's production on the what we call "the others"

22 the five waterfloods.

23    Q.    The 45?

24    A.    Yes, sir.

25    Q.    Okay.

```
1      A.   It's approximately 125 gross barrels a day.

2      Q.   For --

3      A.   For the entire portfolio.

4      Q.   The 5 and the 45?

5      A.   For the entire portfolio would be oil and gas --

6 Caprock and non-Caprock is 125 barrels a day.

7      Q.   Okay.  And I think you said it was about 8

8 day of Caprock assets.

9      A.   It was 10 barrels for the Drickey and -- yeah,

10 around, approximately 10 barrels a day on the Caprock

11     Q.   Okay.  So 115 per day on the five waterfloods

12 --

13     A.   Others.

14     Q.   -- what did we call them, for the one-off?

15     A.   And the -- the gas is throwing off about 600 Mcf

16 day right now.  The problem with the net gas is that the

17 differential for the Waha Basis is -- it's negative.

18     Q.   So you're not selling any gas?

19     A.   No, we are selling gas, but revenue checks

20 the 30 to $40,000 range.  They've gone down to $1,000.

21     Q.   Okay.

22     A.   Because of the differential.

23     Q.   Is HolyFrontier claiming some of the gas?

24     A.   No.  IACX -- we have -- we have multiple gas

25     Q.   IACX?
```



 1      A.    Yes, sir.  That's one.  We're talking about

 2   - there's probably maybe five of them.

 3      **Q.    Sure.**

 4      A.    So we have IACX, Lucid Energy, DCP, Targa --

 5      **Q.    Okay.**

 6      A.    -- Energy Transfer, and Frontier.

 7      **Q.    Okay.  So if we see cash inflow here, it's**

 8   **from HolyFrontier, Plains Marketing or one of the five you**

 9   **named.**

10      A.    Right.  But since gas is so, basically, it's

11   the Permian, it's -- it's going to be primarily from

12   Plains.

13      **Q.    Okay.  And how much of the -- between the five**

14   **waterfloods and the 45 one-off units, I think we said**

15   **approximately 115 barrels a day.**

16      A.    Correct.

17      **Q.    What's the split between the 5 waterfloods and**

18   **one-off wells?**

19      A.    I'm going to say the 45 one-offs are probably

20   around 45 barrels a day.

21      **Q.    Okay, so --**

22      A.    Or 40 barrels a day -- say 40 --

23      **Q.    Okay, so --**

24      A.    -- I think is a -- is a good number.

25      **Q.    Okay.  And then the five waterfloods, is there**



1    A.    The North Square Lake right now is the leader.

2    **Q.    Okay.**

3    A.    We -- we were able to do some work out there

4  with Reed's capital prior to pre-petition, prior to filing

5  which really helped out.

6    **Q.    How many barrels a day for the -- for the North**

7  **Square Lake unit?**

8    A.    We're doing somewhere between I would say 50

9  Somewhere there.  It's a weird unit.  Some days it's 50,

10  days it may be 80.  It's -- it's really random how it

11  On average, I would say, let's just say, you know, 60.

12    **Q.    Okay.**

13    A.    We were down.  We lost our H pump which hurt

14  production last month because we couldn't inject our water

15  dispose our water, so but that was fixed.  That was part

16  -- that was part of the 13-week budget that we submitted

17  there to -- to fix the pump to get the production back up,

18  the production is back up now.

19    **Q.    Okay.  As far as field hands, who's working on**

20  **North Square Lake unit?**

21    A.    We have three.  So on the five waterfloods, we

22  three full-time employees.

23    **Q.    Okay.**

24    A.    Chad Murray, Roberto Dela Cruz, and Timothy

25    **Q.    Okay.  And what about for the 45 one-offs?**

1    A.    Those are a lot of our -- I would say maybe 10

2  those, 10 or 15 of those are still covered by three of

3  company pumpers because they're somewhat in close

4  the five waterfloods.

5    Q.    I got you.

6    A.    And then we have our four consultants --

7  pumpers.

8    Q.    Okay.  And then for the Caprock Assets?

9    A.    We had four -- we had four pumpers and let one

10  of tomorrow.  That's, you know, one of the employees.

11  just to kind of cut cost a little more.

12    Q.    Okay.  Whose manning the -- the water wells?

13    A.    Our -- our field foreman, Arnie Baeza.

14    Q.    Okay.

15    A.    He's based at Caprock and he's been at Caprock

16  2007.  So he's probably one of -- he is, I would say,

17  our most valuable assets.

18    Q.    And so since he's at Caprock, if you sold

19  theoretically, those employees would go with the assets?

20    A.    Yeah.

21    Q.    Is that the practice?

22    A.    Yes, sir.

23    Q.    Okay.

24    A.    So right now when you look at Caprock from a

25  perspective, it's a burn rate of probably of about $70,000

**NAEGELI**
DEPOSITION & TRIAL

(800) 528-3335
NAEGELIUSA.COM

19-70106-smr Doc#232-1 Filed 11/27/19 Entered 11/27/19 11:01:45 Exhibit Deposition
Transcript of Everett Willard Gray II Pg 263 of 375

Everett Gray II          October 23, 2019    NDT Assgn #32197-1          Page 263

1  month.

2     **Q.    Right now?**

3     A.    Yes.   Because the reason for that is you have

4  the personnel on there, and then you have what we're doing

5  maintain -- the one thing that we have to do is in order

6  maintain the unit -- unitization agreement on the Rock

7  which is one of the -- which is one of the high --

8  to either produce oil or show secondary efforts which

9  have got to put water into the ground which equates to

10  two large H pumps and it's still a very high electric

11  It's still, probably 30,000 to run those two H pumps.

12     **Q.    I got you.**

13     A.    So that's -- so we cannot lose that unit.

14  that has to protect our -- that has to protect all of us.

15           **MR. HAMM:**   How many wells are in North Square

16           **THE DEPONENT:**   North Square Lake it's around

17  around -- between injectors and producers, probably

18  Somewhere around there.   That property is, like I said, is

19  it's a very good property.   It's probably, when you look

20  margins and what the buzz words are in the Permian, that

21  it's a phenomenal property.   It -- it would take enough

22  like Caprock would.   It's a $100,000,000 CAPEX to fully

23  that unit.   It was the same as Caprock.

24           That's why -- that's why we want to retain

25  order to reorganize around that one asset.   It's -- it's

1  perfect.  The cash flow's -- and our goal is -- a part

2  to go back and I don't want to say too much, but part of

3  goal is to reduce or G and A.  I mean, go -- go bare

4  that's -- we have to have it.

5          **MR. HAMM:**  What are you all netting off that

6  Square Lake right now?

7          **THE DEPONENT:**  I'd say right now -- well,

8  it's probably throwing off 20 to 25,000 a month right now.

9  When we got --

10         **MR. HAMM:**  Net.

11         **THE DEPONENT:**  -- we've got -- net.  And we've

12  wells shut.

13  **BY MR. OLDHAM:**

14      **Q.   I think we talked about it.  It hasn't been**

15  **for sale; correct?**

16      A.   Right now we do have -- someone did reach out

17  that.  As I mentioned previously, one of the gentleman --

18      **Q.   Did you market it?  You haven't marketed it yet.**

19      A.   I -- I've reached out to -- to an individual.

20      **Q.   Okay.**

21      A.   We -- if we have to, we will do -- I mean, we

22  we will confer with counsel and my two partners to better

23  understand what's, you know, what we need to do

24  to --

25      **Q.   Okay.  But my question is it seems like your**

1  **real asset that's cash flow positive at least as of**

2  **not currently being marketed for sale; is that correct?**

3      A.   That's correct.

4      **Q.   Okay.**

5      A.   But there is -- when you look at that property

6  though, although it does cash flow, you have to remember

7  well -- it's a wellbore-only property.  That's one of

8  that's the only hickey it has on it.  So within the

9  I'm sure within all the documents, the individual that has

10 undeveloped acreage, if we had the -- if we had that

11 then -- then it would be very simplistic to market that.

12          But right now the other issue is besides it

13 wellbore only, it has an extremely low what they call a

14 Revenue Interest Reach, NRI.  So it's 100 percent working

15 interest and a 61 percent net revenue interest.

16     **Q.   Mm-hmm.**

17     A.   But we bought it -- we bought it that way

18 that.  But we bought the asset to be the operator of

19 be the fly in the ointment.

20     **Q.   Okay.**

21     A.   You can only have one operator of record on a

22 So therefore his undeveloped acreage would have to come

23 us to develop that.  And he's very friendly with Remnant.

24 -- he's -- he's a very -- a very good guy.

25          **MR. HAMM:**  Who is that?

1        **THE DEPONENT:** His name is Chris Rosenfeld. His

2  you will see North Square Lake Drilling.

3  **BY MR. OLDHAM:**

4        **Q.   And pardon JT's liberal arts brain.  I thought**

5  **said earlier that that was by far the most valuable asset.**

6        A.   It is.

7        **Q.   And what you just said was there's hair in**

8  **that's why it hasn't been marketed.**

9        A.   I -- I apologize.  It's the most -- because when

10  say "it's the most valuable" and you look at the PDP value

11       **Q.   I didn't say that.**

12       A.   I guess -- no.  I guess -- I'm sorry -- I'm

13  What I'm saying is, yes, it is the most valuable because

14  have to look at what the reserve value is.

15       **Q.   Okay  And so --**

16       A.   So just because it's the most valuable doesn't

17  it's the most marketable.

18       **Q.   I got you.  So even though it's the most**

19  **because it's not the most marketable it hasn't been**

20       A.   That's correct.

21       **Q.   Okay.  Have you given any thought to doing**

22       A.   Yes.  We've given thought to everything.

23       **Q.   Okay.  Why isn't that being done now?**

24       A.   Again, we were waiting -- as previously

25  were waiting to see what was going -- what was going to

1  on the Caprock's -- Caprock offers.

2      Q.   How has that played out?

3          MS. SIMMONS:  Objection.  Asked and answered.

4  been -- we've been down this road before.  I feel like --

5          MR. OLDHAM:  Yeah.  You are right.

6          MS. SIMMONS:  -- we're beating a dead horse at

7  point.

8  BY MR. OLDHAM:

9      Q.   Here -- here -- here, the -- the bid -- the bid

10 deadline has come and gone.  The offers are not here.

11 you going to do?  That's the question.  We're past the

12 standing around with our hands in our pockets.  We need

13 something to happen.  What would be a reasonable

14 divest of the other assets, the non-Caprock assets.

15     A.   Right.  So looking with --

16         MS. SIMMONS:  Objection.  This -- again, this is

17 outside the scope at this point.  I mean --

18         MR. OLDHAM:  Okay.  You still have to answer.

19         MS. SIMMONS:  You can answer.

20         THE DEPONENT:  Okay.  So to work with Mr.

21 --

22 BY MR. OLDHAM:

23     Q.   So for the non-Caprock Assets.

24     A.   Oh, for the non -- it -- it would be to --

25 decide who to go market those assets with.  What -- what's

NAEGELI

(800)528-3335

DEPOSITION & TRIAL        NAEGELIUSA.COM

1  most appropriate firm?  Is it PLS or is it Energy Net?

2  then, simultaneously this week, understand who would be

3  best to market the wind rights to do that immediately.

4          **MR. HAMM:**  Do you think Rosenfeld has any

5  buying this North Square Lake?

6          **THE DEPONENT:**  I have a call scheduled to him

7  tomorrow.

8          **MR. HAMM:**  Okay.  He seems like he'd be the

9  guy if it was going to happen.

10         **THE DEPONENT:**  He's -- he -- I understand.

11 I have a call into him.

12         **MR. OLDHAM:**  I appreciate your time, sir.

13         **THE DEPONENT:**  Yes, sir.

14         **MR. HAMM:**  All right.  Well, you all drive safe.

15 you going back to --

16         **THE REPORTER:**  Does that conclude the

17         **MR. BRINKMAN:**  I have one or two follow ups.

18         **MR. OLDHAM:**  Oh, sorry.

19         **THE DEPONENT:**  Yes, sir.

20 BY MR. BRINKMAN:

21     Q.    **Do you know who the owners are of 3-2-1**

22     A.    Yes.  It's -- well, I know of one partner.  I

23 know if there's multiple partners.  I just know one.

24     Q.    **Who's that?**

25     A.    Thomas Howes.



1   **Q.   Okay.   How did you find them previously?**

2   A.   I have known Tom as an investor for a couple of

3   years.

4   **Q.   Has there been anything else he's invested in**

5   **you?**

6   A.   No.  In the past, he was invested in Dala

7   **Q.   What was that?**

8   A.   That was another company that was listed

9   that I used to work for.

10   **Q.   Okay.  Are there any other business dealings**

11   **in the past?**

12   A.   Other than what's mentioned?  No.

13   **Q.   Okay.  One of the things that were asking**

14   **the valuations or estimates for your reserves by a reserve**

15   **engineer.  Do you have anything like that?**

16   A.   Yes, sir.

17   **Q.   Okay.**

18   A.   Yes, sir.

19   **MR. BRINKMAN:**  Were those part of the -- the

20   that were produced last month?

21   **MS. SIMMONS:**  We have already been producing

22   productions.

23   **MR. BRINKMAN:**  Okay.

24   **MS. SIMMONS:**  Okay.

25   BY MR. BRINKMAN:

1      **Q.    Was that generated by Britt Hirth?**

2      A.    No, sir.  That was generated by Russell K.

3   Associates.

4      **Q.    Are they an outside firm that you hired?**

5      A.    Yes, sir.

6      **Q.    Where are they located?**

7      A.    In Midland, Texas.

8      **Q.    Your projection on cash usage where you said you**

9   **about a month -- early December, late November, does that**

10  **include any spending on additional marketing?**

11     A.    I mean, anyone that we hire to market's going to

12  on -- it has to be on success basis.

13     **Q.    Okay.**

14          **MR. BRINKMAN:**  No further questions.

15          **THE REPORTER:**  That concludes the deposition.

16          **MS. HUNT:**  Yes.

17          **THE REPORTER:**  All right.  Ms. Hunt, would you

18  the original transcript?

19          **MS. SIMMONS:**  I don't know.  I do not handle

20          **THE REPORTER:**  Do you want the transcript?

21          **MR. HAMM:**  Yes, I do.

22          **MS. SIMMONS:**  Well, we want the transcript,

23  Gray would you like him to review?

24          **THE REPORTER:**  Yes, so you'll get the transcript

25  --

1          **MR. OLDHAM:**  Do you want to read and sign?

2          **THE REPORTER:**  Do you want to read and sign for

3  -- do you want me to send that to Ms. --

4          **MS. SIMMONS:**  Yes.

5          **THE REPORTER:**  All right.  So you'll take a

6          **MS. HUNT:**  A copy.

7          **THE REPORTER:**  All right.  Mr. Oldham, would you

8  a copy?

9          **MR. OLDHAM:**  Yes.  I just want a, like, a

10  version.

11          **THE REPORTER:**  No problem.  And Mr. Hamm, you

12  you'd like a copy?

13          **MR. HAMM:**  Yes, please.

14          **THE REPORTER:**  All right.

15          **(WHEREUPON, the deposition of EVERETT WILLARD**

16  **II, was concluded at 6:15 p.m.)**

17

18

19

20

21

22

23

24

25

```
 1                        CERTIFICATE

 2

 3       I, Ryan Batterson, do hereby certify that I reported

 4  all proceedings adduced in the foregoing matter and that

 5  foregoing transcript pages constitutes a full, true, and

 6  accurate record of

 7  said proceedings to the best of my ability.

 8

 9       I further certify that I am neither related to

10  counsel or any part to the proceedings nor have any

11  interest in the outcome of the proceedings.

12

13       IN WITNESS HEREOF, I have hereunto set my hand this

14  11th day of November, 2019.

15

16

17

18

19

20  /S/  Ryan Batterson

21

22

23

24

25
```

1  Date:        November 12, 2019  Assignment #: 32197-1

2  Attorney: Bethany Simmons, Esquire

3  Deponent: Evertt Gray, II

4  Case:      Remnant Oil Company

5

6  **ATTORNEY - TRANSCRIPT ENCLOSED:**  Signature of your client

7  is required.  Please have your client make any corrections

8  necessary.  Sign the Correction Sheet where indicated.

9  Forward a COPY of the executed Correction Sheet

10  the attorney(s) listed below.  (The Address(es) can be

11  on the Appearance page of the deposition.)  Also, send a

12  COPY of the executed Correction Sheet to our corporation.

13

14

15

16

17

18

19

20

21  CC:  Naegeli Deposition & Trial

22       Kelsi Hunt, Esquire

23       John Oldham, Esquire

24       Blake Hamm, Esquire

25

```
 1              CORRECTION SHEET

 2  Deposition of: Evertt Gray, II   Date: 10/23/19

 3  Regarding:    Remnant Oil Company

 4  Reporter:     Batterson/Taylor

 5  _____

 6  Please make all corrections, changes or clarifications

 7  to your testimony on this sheet, showing page and line

 8  number.  If there are no changes, write "none" across

 9  the page.  Sign this sheet on the line provided.

10  Page    Line   Reason for Change

11  _____  _____  _____

12  _____  _____  _____

13  _____  _____  _____

14  _____  _____  _____

15  _____  _____  _____

16  _____  _____  _____

17  _____  _____  _____

18  _____  _____  _____

19  _____  _____  _____

20  _____  _____  _____

21  _____  _____  _____

22  _____  _____  _____

23  _____  _____  _____

24            Signature_____

25               Evertt Gray, II
```



```
 1                        DECLARATION

 2  Deposition of: Evertt Gray, II    Date: 10/23/19

 3  Regarding:     Remnant Oil Company

 4  Reporter:      Batterson/Taylor

 5  _____

 6

 7  I declare under penalty of perjury the following to

 8  be true:

 9

10  I have read my deposition and the same is true and

11  accurate save and except for any corrections as made

12  by me on the Correction Page herein.

13

14  Signed at _____, _____

15  on the _____ day of _____, 2019.

16

17

18

19

20

21

22

23

24              Signature_____

25                        Evertt Gray, II
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

| $ | | | |
|---|---|---|---|
| **$1** 147:17 | **$17,274,000** | **$4,000,000** | **$5,911** 239:5 |
| **$1,000** 214:13 | 232:7 | 48:16 51:14 | **$6,000,000** |
| 259:20 | **$18** 25:2 | 52:18 52:23 | 123:9 |
| **$1,058,000** | **$19,409** 215:8 | 53:17 55:10 | 123:16 |
| 231:1 232:5 | **$2,100** 19:16 | 58:20 | 149:23 |
| **$1,146,779** | **$2,700** 215:5 | 59:6 | 152:10 |
| 84:5 | **$20,000** 231:9 | 59:10 | 154:11 |
| **$1,300** 21:5 | **$20,510** | 60:7 | 184:17 |
| **$1,900,000** | 223:20 | 61:13 63:10 | 197:1 235:1 |
| 167:4 | **$200,000** | 63:19 64:18 | 241:10 |
| **$10,000** | 20:14 105:5 | 137:22 | 242:12 |
| 173:13 | 188:5 | 142:8 | **$60,000** 36:15 |
| 239:5 | **$21,000** | 149:21 | **$600,000** |
| **$100,000** | 21:4 37:16 | **$4,275,000** | 190:5 |
| 55:19 146:3 | **$25,000** | 86:1 | **$65,906** |
| 146:5 | 168:13 | **$40,000** | 217:15 |
| 146:23 | 241:4 | 259:20 | **$7,000** 238:23 |
| 147:7 148:2 | **$250,000** | **$400,000** | **$7,000,000** |
| 149:15 | 82:21 | 36:18 | 35:21 36:10 |
| 149:21 | 208:14 | 39:7 | 112:21 |
| 187:24 | **$3,000,000** | 39:19 188:6 | 192:9 |
| **$100,000,000** | 48:17 55:10 | 188:17 | 192:19 |
| 263:22 | 66:15 | 190:2 | **$7,500** |
| **$115,000** | 71:6 | 225:25 | 22:23 |
| 257:16 | 71:10 | 226:1 | 185:19 |
| **$12,000** 23:24 | 81:9 | 233:17 | **$70,000** |
| **$120,000** | 155:8 | **$425,000** | 262:25 |
| 37:23 | 234:19 | 227:8 | **$700,000** |
| **$127,600** | **$3,578,050** | **$44,458** | 72:16 |
| 135:14 | 220:17 | 233:21 | **$8,000,000** |
| **$130,000** | **$3,643,000** | **$444,457** | 86:15 |
| 171:13 | 221:6 | 225:24 | 181:24 |
| **$15,000** | **$32,800** | 226:16 | **$800,000** |
| 240:10 | 156:15 | **$490,000** | 72:17 |
| **$150,000** | **$350,000** 36:8 | 205:19 | **$90,000** 18:19 |
| 17:11 | **$353,449.08** | **$5,000,000** | **$953,449** |
| | 219:21 | 175:13 | 233:15 |
| | | 176:15 | |
| | | 176:25 | |

**NAEGELI**
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

**0**

**0** 17:13
18:2
18:12 19:21
30:10 60:14
132:17
133:8 140:9
213:4

**0.5** 142:25

**1**

**1** 12:18 12:19
13:1 13:4
13:13 14:21
15:2
15:10 15:22
16:20 16:21
16:22 16:25
17:23
18:3
19:13 19:18
20:13 22:13
22:19 23:22
24:2
25:19 28:25
33:19 34:17
58:2
85:13 86:23
102:5
116:24
135:9
135:12
158:21
176:13
201:3

**1,500,000**
183:22
183:23

**1.15** 85:6

**1.4** 25:17

**1.6** 167:15

**1.7-ish**
167:12

**1.9** 167:10
167:20
167:20

**10** 15:15
86:19 88:13
114:9
114:22
114:23
115:1 115:7
115:9
115:11
125:13
125:14
126:22
126:25
127:14
128:15
129:8
135:12
146:24
166:22
166:23
229:13
229:14
235:16
235:17
249:12
251:13
259:9
259:10
262:1 262:2

**10,000** 166:24
246:1

**10,000,000**
113:23
131:16

**10:03** 8:5

**100** 14:9
137:8
147:25
167:4
167:17
192:7
265:14

**100,000**
148:13
183:17
183:18

**10-ish** 162:24

**10-minute**
159:25

**11** 14:3 15:20
44:14 56:13
135:12
163:3
211:11
245:18
247:24
248:1 248:2
248:3
255:16

**11,650** 135:13

**115** 259:11
260:15

**12** 16:3
108:19
254:6 254:7
254:10

**120** 193:4

**1200** 65:15

**121** 263:17

**125** 259:1
259:6

**12th** 182:6

**13** 16:8

**130** 193:4

**1300** 57:22

**1393** 135:10

**13th** 182:4

**13-week**
261:16

**14** 16:14
185:21

**15** 187:15
189:13
252:17
252:24
262:2

**15,000** 168:11
169:8
179:13
180:4
185:21

**157** 14:9

**15th** 219:11

**16** 56:5 130:2
130:7
130:11
130:23
131:7
165:22
165:23
165:24
165:25
168:16
168:17
169:17
169:18
169:19
169:22
170:1 170:2
170:4 170:5
170:8
171:14

171:15
171:16
189:11
189:17
190:13
193:3
238:20
254:3

**16,000**
88:10 107:2

**16th** 139:13
140:12

**17** 130:9
130:25
131:8
131:10
169:16
170:1 254:3

**17,000**
79:20 80:12
81:1
124:8
125:19
130:17

**18** 88:9
90:5
92:11
98:3 117:23
254:3

**18.5** 255:1

**18th** 189:17

**19** 56:22 98:3
123:1
168:17
184:18
191:25
192:2
234:19

**1st** 62:13

───────
   **2**
───────

**2** 13:9
34:16 34:20
44:16 44:17
118:18
155:7

**2,000,000**
183:22
183:23

**2.5** 131:12
132:15

**2.8** 206:9

**2.9** 166:16

**20** 14:9
135:13
148:18
148:24
150:24
177:12
231:8 231:9
264:8

**20,000** 166:20
226:6

**200** 188:8
188:8
188:16

**2004** 12:15
77:13

**2005** 161:15

**2007** 262:16

**2013** 15:11
33:5 34:2

**2014** 33:5

**2015** 15:22
87:19 87:20
97:21 187:3
187:6

187:14
187:15

**2016** 24:4
33:7 33:9
35:7 129:18
130:8
164:24
165:17
165:20
169:14
169:21
186:22
189:10
191:1 191:9
192:20
194:8 214:4
214:5 224:8
227:4
232:10
232:12
253:24

**2017** 37:20
58:2
62:13 81:22
82:4
85:25 86:20
86:21 87:18
90:7
102:5
127:13
127:25
129:19
150:9
253:22

**2018** 13:4
13:13 16:22
16:25 17:23
18:3
19:13 19:18
20:13 22:19
22:25 23:6

23:22
24:2
25:19 32:10
33:20 34:13
35:4
56:13 66:11
81:13 85:25
90:7
92:11 102:2
103:23
117:9 175:7
194:8
215:14
229:18
231:20
233:10
233:24
253:20
255:5

**2019** 8:4
14:21
15:2
50:23
55:1 56:5
81:14
98:2
102:2 123:1
139:13
184:9
195:20
234:3
255:22

**2020** 51:25
53:4 53:6
60:8 62:8
65:20 134:3
136:5
137:14

**2022** 67:19

**2023** 117:19

**20th** 175:7

NAEGELI
DEPOSITION & TRIAL

CELEBRATING
40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

**21** 135:13

**2-1** 42:21
84:1

**22** 44:20 56:6

**23** 8:4
72:19 72:19
73:2

**23rd** 122:22

**25** 91:25
136:19

**25,000**
169:8 264:8

**250** 252:3

**27** 239:16
252:13

**2nd** 189:14

---
3
---

**3** 13:18 40:11
42:20
44:9
44:23 48:15
82:17 83:25
112:4
112:25
113:1
156:22
230:24

**3,000,000**
133:6
166:25
167:2

**3,190** 56:15

**3.171** 239:3

**3.172** 239:4

**3.3** 208:21
209:18

**3.38** 236:17

**3.41** 236:17

**3.8** 210:18
210:18

**3.87** 238:21

**3:00** 203:22
203:24
204:1

**3:05:32**
133:22

**30** 51:1
133:11
239:3
259:20

**30,000**
246:1
263:11

**31** 233:10
233:24

**3-2-1** 41:9
41:22 42:12
42:18 83:21
83:23
84:1 205:15
205:16
205:18
208:11
268:21

**327** 156:22
156:23

**327,000**
156:13
157:22

**329** 182:3

**3291** 181:3

**33** 199:13

**34** 49:3 49:22

50:18

**35** 246:1

**350** 166:19
183:7
207:25

**363** 152:24

**38** 246:1

**3800** 91:16
91:17

**3rd** 189:14

---
4
---

**4** 14:1
44:13
66:1
82:17
115:17
115:18
115:19
183:19
183:20

**4,000,000**
133:6 133:7
133:8 133:8
135:21
142:14
209:22

**4,500** 250:8

**4.24** 247:7

**4.771** 233:24

**40** 46:15 50:2
50:10 59:12
60:8
64:21 85:19
133:11
134:3
134:10
212:10
212:14

260:22
260:22

**400** 205:19

**400,000**
191:12
193:23
193:24
226:5
226:18
226:22

**40-plus** 66:9

**42** 14:9

**43** 239:17

**43-page**
158:16

**44,000** 227:2

**44,458** 233:19

**45** 44:24
46:13
47:7
79:22
80:2
80:12 80:22
81:1
124:8
125:21
125:24
126:16
127:1
127:15
128:16
130:21
131:5
258:23
259:4
259:11
260:14
260:17
260:19
260:20

261:25

**45Q** 131:24
132:7
153:15

**48** 264:11

**49** 239:18

---
5
---

**5** 14:7
49:25
133:18
133:20
133:24
150:10
150:17
197:1 197:4
232:16
259:4
260:17

**5,500** 23:3

**50** 57:22 58:4
58:8
58:25 59:18
60:12 60:18
61:21 61:24
63:11 63:23
64:8
64:10 65:14
92:2 102:11
126:21
136:7
136:15
136:24
137:1 137:2
137:3 137:5
137:9
137:10
137:11
137:17
138:20
138:23

138:25
141:14
142:11
142:16
142:24
144:6
144:14
144:16
145:8
146:10
172:4 179:1
180:5 180:9
188:11
240:9 261:8
261:9

**50,000** 252:3

**500** 166:20

**50-page** 153:4

**52** 240:9

**525** 194:5

**53** 240:15

**56,000** 166:21

**57,000** 166:20

**58** 240:16

---
6
---

**6** 12:25 14:13
44:23
173:21
173:23
174:6 233:8

**6,000**
107:11
107:12
108:4

**6,000,000**
154:20

**6,500** 23:3

**6.5** 114:2

**6:15** 271:16

**60** 261:11

**60,000**
183:4 226:3
226:7

**600** 259:15

**600,000** 191:8

**61** 265:15

---
7
---

**7** 13:14 14:19
48:15 50:25
51:12
56:9 73:5
110:8
180:25
180:25
181:1

**7,000** 185:20

**7,000,000**
183:2
191:20
234:20

**7,500** 23:5

**7/31/2018**
247:7

**70** 261:8

**700,000** 191:7

**75** 64:2
136:14
136:17
138:24
142:12
144:6
144:17
144:20
145:4

**750** 208:6

**7C** 15:24

**7S** 165:14
166:18
170:10

---
8
---

**8** 15:1
15:24
66:4 113:23
114:9
114:22
114:23
115:1 115:7
115:9
115:11
125:13
125:14
131:16
184:6
236:11
236:14
248:18
259:7

**80** 261:10

**800,000**
73:5 73:5

**8A** 15:24

---
9
---

**9** 14:3 15:9
82:16 83:25
162:24
184:13
229:13
229:14
229:20

**90** 23:1
236:20

**90-day** 23:1

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

158:10

**95** 162:22

**95,700** 135:12

**960** 56:13

**97** 196:23
198:3

**99** 162:22

**9th** 189:17

_____

A
_____

**A.M** 8:5

**abandon**
252:25
253:13

**Abbey** 192:14

**Abby** 194:22
194:23
195:2

**ABC** 222:1

**ability** 66:20
66:22 67:21

**able** 64:21
70:22 88:24
89:23
90:5 90:8
90:12 90:15
149:5
164:14
181:22
211:8
241:12
261:3

**absolutely**
118:23
145:20
174:10
229:9 253:1

**accept** 133:1

**access** 180:16

**according**
224:15

**account**
67:3 69:9
179:22
180:14
192:23
211:13
212:1 212:3
212:13
212:18
234:8
234:13

**accounted**
137:22

**accounting**
84:10
198:10
214:2 214:6

**accounts**
211:14
211:16
211:17
211:23
212:4 212:7
212:8
212:14
213:1 213:3
234:12

**accrue** 240:23

**accrued** 224:1
232:17
232:20
233:7
240:19
240:25
241:5 247:3

**accruing**
39:20 82:24

**accuracy**
192:7

**accurate**
33:11
228:16
231:19

**accurately**
149:12

**ACOI** 119:9

**acquire** 45:14
85:11 102:4

**acquired**
86:19 86:22
87:11 87:13
126:7
126:23
127:1 127:3
127:21
127:24
128:9
129:18
129:21
129:23
137:7 137:8
137:8
137:10
164:20
164:25

**acquiring**
88:4

**acquisition**
15:20 84:23
102:15
167:5

**acquisitions**
84:21

**acre** 137:21

142:17

**acreage** 56:23
58:9 59:1
59:20
60:4
61:10
64:4 137:15
137:16
142:16
142:24
143:19
143:23
265:10
265:10
265:22

**acres** 51:5
56:13 56:15
56:25 57:23
65:14 79:20
80:12
81:1
91:11 91:16
91:18
125:19
130:17

**acronym** 93:19
100:19
109:16
132:8

**across**
68:14
150:11
198:3

**act** 179:22

**acted** 212:18

**actively**
75:19 76:17
121:13

**activity**
30:11

**actual**
16:20 50:15
50:17 52:13
54:5
57:21
58:7 61:4
65:11
91:9 137:13
169:13
214:15
258:18

**actually**
11:15
20:1 47:6
76:11
90:9 93:5
97:17
102:25
104:9 110:3
121:15
123:15
132:17
139:22
146:7
146:13
154:11
157:6
163:25
172:11
176:7
182:10
184:23
185:7 187:2
222:5
226:11
226:16
230:6

**Adcor**
165:15
166:20

**add** 26:21
36:6 176:22

199:14
202:6

**added** 36:8

**addition**
18:19 61:20
62:15 88:10
91:14
127:16

**additional**
17:11
36:8
54:16 56:15
59:1
59:18
60:4
67:19 70:23
78:6
79:20
156:25
177:17
177:18
178:2
189:22
193:1 193:7
194:4
225:24
226:1 227:7
230:19
230:22
234:1
270:10

**Additionally**
66:20

**address** 157:4

**addressed**
116:19

**adjacent**
57:23

**administratio**
**n** 24:16

**administrativ**
**e** 84:4

**admitted**
42:18

**advertisers**
14:21

**advice** 244:8

**advisor** 97:6

**advisors**
230:3

**AEG** 48:8
48:12 48:13
93:4

**affairs**
228:12

**affect** 50:8
211:12

**affiliate**
222:8

**affiliated**
66:6

**affiliation**
32:16

**afloat** 164:10

**afraid** 212:21

**against**
205:12

**A-G-E** 48:11

**agencies** 93:2
118:8

**aggregate**
234:20

**aggregates**
53:16

**agnostic**
244:2

**ago** 24:13
31:4 50:5
105:14
105:15
118:13
138:21
139:1
139:16
154:13
173:1
199:18
256:8

**agreeable**
78:17

**agreed** 23:5
43:19 43:20
85:20 119:9
124:6 224:9
225:4
250:23

**agreement**
54:5
62:22 77:21
117:25
119:12
137:12
191:4
191:10
194:9 196:3
201:14
201:18
201:23
205:22
215:19
215:20
218:5 218:6
223:8 224:5
224:5
224:15
225:20
226:22
227:1

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

237:24
238:14
238:17
240:13
245:15
263:6

**agreements**
54:8
68:20
73:4
73:10 190:7
190:11
191:15
211:8
211:12
214:16
224:7 224:9
237:23
238:16

**ahead** 19:25
47:21 77:11
81:7
138:3 174:8
211:10
251:12

**Albeck** 200:22
214:4 214:6
230:5 230:7

**Alexander**
22:6

**all-inclusive**
82:23

**allow** 78:4
147:24
160:23
160:25
204:5

**allowable**
90:12

**allowed**

182:10
200:8
242:16
242:16

**allowing**
67:18

**already** 29:23
39:2 43:9
56:1
122:8
141:16
205:6
214:15
219:9
247:16
269:21

**alternative**
82:3
98:16
144:13

**am** 10:10
10:12 10:17
12:14 44:15
159:21
160:12
160:13
163:2
218:20
229:8

**amended** 12:15
42:23 54:13
54:20 55:24
102:1
144:12
215:4

**amendment**
50:7

**American**
100:20
203:15

203:19
203:22
204:8

**amongst** 79:23

**amount**
19:14 22:20
22:21 22:24
23:23 23:24
37:23 71:23
77:25
80:6
82:22 116:8
190:4 200:4
211:10
215:1 215:9
215:15
216:10
218:19
219:18
220:11
220:17
221:6 222:9
222:12
231:25
232:13
233:14
241:6 256:3

**amounting**
232:25

**amounts** 90:12
170:14
171:8 193:2
209:24
216:11
232:25
234:6
247:15

**analysis**
107:18
239:13

**analyst** 24:16

**and/or** 13:2
13:10 14:14
14:19 14:21
15:10

**announced**
139:19

**annual**
20:14 57:19
134:13
135:6
135:11
135:16
136:16
202:16

**answer**
10:11 18:16
27:6 27:8
27:10 27:14
27:15 27:25
28:3 28:4
28:5 28:7
28:10 28:17
28:17 28:20
36:5
55:20 58:14
61:11 61:25
62:3 65:6
73:13 73:15
75:18 75:20
81:21 83:21
96:1 108:25
116:18
119:3
129:17
135:5 137:4
142:13
143:6 143:8
144:23
151:17
154:13

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

159:1 161:1
167:19
170:25
180:1
202:15
222:6
222:21
243:17
267:18
267:19

**answered**
141:16
142:5 143:4
151:25
222:14
267:3

**answering**
10:22

**answers** 17:7

**anticipate**
51:20 51:24

**anticipated**
86:9
86:10 86:11

**anticipating**
86:12

**anybody**
40:4 256:5

**anyone**
11:20 21:18
74:3
82:11 82:14
83:1
86:15
104:16
105:25
119:22
158:25
270:11

**anyone's**

164:15

**anything**
20:19
34:6 37:7
76:24
82:2
85:20 96:18
98:20
116:11
125:3
135:15
138:12
138:15
139:9
151:24
157:8
170:14
170:18
250:17
253:10
269:4
269:15

**anywhere**
71:14
119:19

**AP** 209:21
210:10

**apologies**
24:10 24:11
26:23 37:21
81:19
121:16
143:10
159:9
165:12
211:25

**apologize**
36:8 127:18
127:19
128:4 128:5
133:12

134:14
164:3
166:14
200:25
201:1 201:4
232:1 249:5
254:17
266:9

**Apparently**
115:8

**appeared**
77:21

**appearing**
77:14

**appears**
30:1
32:12 50:22

**apply** 89:7
121:2

**applying**
142:23

**appraisal**
66:18

**appraisals**
16:14 82:10
82:13
217:24

**appraised**
163:24

**appreciate**
113:11
181:21
202:25
268:12

**appropriate**
10:8 123:22
123:23
241:1 268:1

**approval**
105:12

**approved**
168:14
176:1

**approximate**
20:14 72:16
82:7 209:11

**approximately**
9:12
17:11 18:20
19:16 20:22
21:4 21:5
22:3
25:17
33:2 33:4
33:4 35:7
35:20 35:21
36:14 36:15
37:16 37:17
37:20 39:17
50:23 51:13
54:25 56:13
56:15 57:22
62:8
65:14 65:15
66:15 72:19
79:21 79:22
79:25
80:2
80:11 82:20
84:5 85:5
85:17 85:19
86:1 90:3
90:7
91:13
99:5 103:21
107:10
108:4 124:8
144:4 191:6
191:9
191:20

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

192:6
193:11
194:5
196:24
205:19
206:9
209:18
209:22
210:18
223:22
226:7
234:20
251:13
252:13
259:1
259:10
260:15

**April** 58:2
62:13 86:21
86:23 102:5
129:19
130:2 130:8
130:9
130:11
130:23
130:25
131:10
165:20
165:23
169:18
175:7 175:7

**April-May**
87:18

**a-r-a-n-k-a-
w-a** 249:8

**area** 68:23
69:15 79:13
79:21
113:19

**areas** 69:13
72:23

79:7
79:17 80:11
80:25 124:7
126:25
127:8 128:2
129:9
129:23

**Arnie** 262:13

**art** 54:19

**arts** 266:4

**ASAP** 123:25

**ASEC** 100:17

**ASEN** 100:18
101:5
101:16

**Aside**
160:10
204:14

**assess** 145:3

**asset** 46:23
58:11 58:15
76:10
83:9 86:5
93:12 93:18
93:19
94:3 95:7
98:6
98:24 105:2
113:24
116:1
122:17
124:13
147:12
153:16
162:12
163:16
170:17
250:15
263:25
265:1

265:18
266:5

**assets**
13:20 15:15
15:16
16:4 16:9
16:15 26:18
30:5
30:10 30:15
30:23
31:6
31:11 31:13
34:3
34:25 41:14
44:10 44:12
47:6 48:3
49:2
57:23
58:1 58:2
60:10
75:9
75:12 75:23
75:24 76:22
77:1 77:2
77:3 77:3
77:4 77:9
78:24
79:1 79:5
79:20
80:8
80:13 80:21
81:4
83:17
84:9 84:9
86:3 91:4
92:21 92:23
93:17 93:18
97:21 98:14
99:24 100:1
100:25
100:25
102:20

103:16
104:5 104:8
104:16
106:13
107:19
109:13
109:18
109:19
109:23
110:20
111:1
112:13
112:17
112:20
113:15
113:17
121:9
121:13
122:10
122:11
122:13
122:19
122:24
123:6
123:16
123:17
124:1 124:4
124:7
124:19
124:22
124:23
125:2
125:12
125:16
125:17
126:1 126:5
126:6 127:7
127:19
129:1 129:4
129:16
129:22
130:3 130:4
130:12

130:25
131:8
131:11
131:22
139:14
145:22
149:18
150:11
150:12
154:21
154:22
154:24
157:22
158:18
159:16
159:22
164:19
165:20
166:8
169:15
169:18
174:15
182:1 182:8
182:15
182:23
183:5
183:13
183:16
183:24
187:14
187:23
187:23
188:23
193:3 207:9
207:12
230:25
231:1 231:3
231:5
231:11
231:24
232:5
232:13
242:1 242:2

243:2
248:14
248:20
248:21
248:22
249:1 251:8
251:17
251:19
258:14
259:8
259:10
262:8
262:17
262:19
267:14
267:14
267:23
267:25

**assigned**
36:22
58:3 81:11

**assignment**
62:12 173:4

**assignments**
165:6

**assist**
24:17
108:12
217:25
245:3

**assistance**
24:18
239:13

**Assistant**
119:15

**assisting**
236:24

**associated**
86:2 257:10

**Associates**

66:7 66:9
68:25 200:3
200:15
200:16
200:18
228:21
270:3

**association**
203:10

**assume** 40:6
192:19
218:19
242:18

**assumed** 39:14
66:9 193:11
193:20
197:22
197:25

**assuming**
52:19 70:22
123:14
141:2
145:11
154:19

**assumption**
152:7
233:17

**assurance**
241:11

**attempt** 10:19

**attempting**
255:13

**attempts**
74:14 74:16

**attorney**
23:12 27:12
119:16
134:18
134:22

195:5 195:6
195:14

**attorneys**
78:7

**attractive**
155:16

**attributable**
132:15
142:11
142:12

**attribute**
133:2

**attributed**
63:11
132:17
132:18

**Aubrey** 88:20

**audible**
218:21

**auditor** 239:9

**August** 171:16

**authority**
75:10

**available**
48:23
116:22
250:20

**Avalon**
103:1 104:1
104:2
104:20
104:20
104:22
105:20
105:21

**average**
196:23
261:11

NAEGELI
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

19-70106-smr Doc#232-1 Filed 11/27/19 Entered 11/27/19 11:01:45 Exhibit Deposition Transcript of Everett Willard Gray - II Pg 287 of 375

Everett Gray, II          October 23, 2019   (ND1 Assign #32197-1          Page 287

avoid 10:22

aware
 152:22
 217:8

away 101:18
 133:4 182:1
 182:17

_____
        B
backed 174:13
 177:25
 178:8

backer 204:5

background
 188:10

backup 227:22

Baeza 262:13

Baker 8:15
 8:15
 78:15 100:8
 100:14
 100:15
 100:15
 110:4 110:4
 159:13
 164:12
 186:17
 186:18
 235:1
 245:13

balance 37:22
 129:16
 167:22
 213:4
 226:18
 226:20
 230:13
 231:14
 256:1

256:17

ballpark
 126:21
 126:25

bank 41:9
 42:8
 42:10 83:17
 105:12
 154:14
 156:11
 157:23
 167:5 206:7
 206:8
 208:12
 211:13
 211:14
 211:16
 212:12
 212:16
 212:23
 212:24
 213:4
 213:10
 213:11
 231:18
 234:8
 234:13
 238:21

banker 184:25

bankers 93:15
 94:20

banking 93:11

bankruptcy
 111:4
 120:24
 152:24
 154:7
 158:23
 164:8
 182:11
 192:6

203:16
 212:15
 240:25
 242:15
 243:5 251:3
 251:6 255:8
 256:12

banks 212:11

bar 251:11

bare 149:21
 264:3

barrels 70:23
 71:24 88:10
 107:2
 107:11
 107:12
 108:4 114:2
 249:12
 259:1 259:6
 259:7 259:9
 259:10
 260:15
 260:20
 260:22
 261:6

base 52:22
 58:11
 163:17

based 48:21
 51:4 52:1
 52:3
 52:20 53:23
 59:10 59:17
 60:7 60:9
 61:13
 64:1 67:7
 69:5
 95:20
 97:8 106:16
 113:24
 115:8

120:18
 124:24
 134:24
 137:20
 162:5
 190:15
 192:17
 195:7
 247:13
 251:23
 256:1
 262:15

basic 252:9

basically
 57:7
 73:18
 77:3 88:1
 96:9 96:9
 97:9
 97:23
 108:13
 110:6 111:3
 111:9
 111:10
 112:15
 113:8
 133:10
 139:17
 140:3
 140:12
 147:11
 149:3
 149:13
 174:23
 175:19
 177:1
 198:18
 235:2 238:2
 242:18
 243:3
 249:13
 256:16

260:10

**basis** 19:17
20:23 24:25
25:1
55:18 66:18
66:21 66:23
69:6 124:18
137:21
142:15
153:3
157:19
159:13
168:10
230:15
237:19
259:17
270:12

**bat** 257:1

**batch** 49:10
49:12

**Bates** 49:13
111:16
111:17
111:20
135:8 181:3
229:21
230:24
233:9

**bathroom**
121:6

**Bayou** 102:24

**BCF** 88:9

**beating** 267:6

**Bedino** 94:10

**begin** 51:25
53:1 53:2
53:3
59:11 60:8

134:3
138:15
176:19

**beginning**
32:10 34:13
35:3
121:2
138:19
179:16
225:12
239:17
240:9
240:15

**begins** 50:1
233:9

**begun** 107:5
108:3 139:9

**behalf** 8:10
8:20
12:11 240:3

**behest** 118:3

**behind** 45:16

**believe**
11:9
18:21 22:10
25:1
29:23 37:23
43:21 43:24
52:20 52:22
53:9
53:12 54:14
57:17 57:18
65:20 67:19
80:7 90:6
91:16
92:7
94:15
117:21
117:22
118:22

127:13
131:16
133:5
133:15
139:13
143:17
145:23
146:9
156:12
156:23
158:3
164:20
165:4
165:15
166:18
179:1 179:3
179:3
179:16
183:2 183:3
185:20
189:11
189:12
192:16
195:3
207:25
208:6
208:22
209:21
220:14
220:21
239:25
245:23
248:7 249:4
252:13

**believes**
255:21

**belong** 250:13

**beneficial**
67:11 67:20
70:20

**benefits** 19:3

19:6 19:8
19:10 19:15
20:2
20:15 20:16
20:19 20:22

**besides**
196:10
197:21
208:11
230:20
265:12

**best** 11:3
32:15 52:24
57:5
65:17 66:10
71:3 71:3
74:1 75:7
82:9
87:22 89:24
90:6
158:4
163:15
228:16
228:17
231:19
241:21
241:25
242:20
242:22
268:3

**best-suited**
241:25

**Bethany**
8:19
11:12
134:23

**better** 155:10
155:11
155:12
218:2
264:22

beyond 47:6

bid 123:7
123:14
125:11
146:3 146:3
146:5 146:7
151:12
152:20
152:22
153:18
181:25
182:8
182:10
182:15
182:22
182:23
183:5
183:15
183:23
203:21
204:6
204:10
267:9 267:9

bidder 109:12

bidders
151:12
152:1 152:1

bidding 95:19
153:4

bids 16:3
46:3
46:22 96:10
96:11
102:15
115:3 123:3
124:25
124:25

bigger 177:21

bill 46:24
62:12 147:4

150:6
152:11
241:9
243:19
257:15
263:10

Bird 29:6
29:8 31:1

bit 87:23
92:20 138:2
157:9
186:20
195:22
198:4 237:6
256:22

Blake 8:14
78:15
186:17

blanket 252:2
252:6 252:7

BLM 118:25
252:4

Blue 21:4
21:5

Bluebird 32:6
32:10

blur 179:6

board 198:3
202:11
202:13

Boaz 103:2

B-o-a-z 103:2

Bob 12:8 24:8
42:10
171:25
182:20
188:14
190:4

190:15

bodies 118:9

Bodino
93:13 94:14
94:15

Boler
124:12
124:13

bond 252:2
252:6 252:7
253:3

bonding
251:22
251:24
252:1 252:4
252:10
253:7 253:8

bonds
251:20
252:6 253:4

bones 264:3

book 231:5
231:9
231:22
231:23
232:2
232:12

books 223:1
223:3
223:11

borrowed
167:3 167:4

bottom 183:18
236:11
254:12

bottom-feed
147:11

bought 58:1

89:13 89:14
90:14
118:13
129:24
130:25
150:10
165:19
166:2
188:11
188:11
188:13
189:12
231:9
231:10
231:11
231:11
231:11
265:17
265:17
265:18

boutique
93:11

Brad 245:2

brain 266:4

brand
131:24
176:12

brand-new
90:1 231:8

break 44:2
44:3 64:4
92:14
103:16
114:16
121:5 148:8
241:20

Bridge 236:12
236:20
236:24
237:4

237:14
237:25
237:25
238:16
238:17

**brief** 9:24

**briefly** 104:9
106:23
117:1

**bring** 55:23
110:11
115:5 147:5
151:7
153:17
154:11

**Brinkman**
8:9 8:12
8:12 8:13
9:4 27:7
40:5 40:8
55:24 67:15
83:11 83:14
148:14
202:3 202:8
206:12
209:8
268:17
268:20
269:19
269:23
269:25
270:14

**Briscoe** 46:24
115:25
116:12
147:4 150:6
150:9
150:17
152:11
152:19
152:23

153:9
153:10
153:23
157:16
157:21
163:22
241:9
243:18
243:19
267:20

**Briscoe's**
242:8

**Britt** 12:3
12:8 20:5
20:9
37:12 37:17
215:8 270:1

**broad** 155:7

**broke** 56:23

**broken** 17:7
18:17 20:24
220:24

**brought**
119:16
151:19
163:15
178:2

**bucket** 124:23
206:21
210:8 211:1

**buckets**
80:8 125:17
126:5 126:5
127:7
146:17
206:17
206:20
208:15
209:12
218:4

241:18

**bucks**
148:18
148:24
231:8

**budget**
111:4 168:8
261:16

**budget(s** 15:4

**budgets**
14:7 109:25
257:20

**build** 53:24
140:6 140:9
140:12
140:14

**Building**
219:10

**built** 76:19

**bunch** 167:23

**burden** 172:8

**burdensome**
172:8

**burn** 101:6
262:25

**burner** 103:18

**business**
11:24
12:4 12:6
12:8
17:20
18:7
26:19
30:5
30:11 30:24
63:14 70:15
88:2
92:25 93:14

118:7
134:17
151:9
164:16
170:20
204:12
222:7 243:6
243:24
244:1
262:24
269:10

**busy** 145:14

**Butch** 22:7

**buy** 70:9
75:15
89:9
101:2
101:20
101:23
123:15
123:16
149:14
155:22
167:5 168:1
177:11
182:16
231:7 256:2
257:23

**buyer** 68:6
75:11 75:14
87:5
93:23 95:17
95:18 114:4
119:2
119:17
119:21
120:1

**buyer(s** 15:5

**buyers**
66:23 69:18
69:20 76:15

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

| | | | |
|---|---|---|---|
| 94:4 | 176:3 | 237:14 | 92:22 93:18 |
| 94:24 | **CAPEX** | 237:25 | 98:24 100:1 |
| 107:16 | 263:21 | 238:1 | 100:24 |
| 176:6 | 263:22 | 238:16 | 101:3 106:1 |
| 259:24 | **capital** | 238:18 | 106:13 |
| **buyer's** | 41:9 | 238:21 | 109:20 |
| 113:21 | 41:20 | 242:13 | 110:20 |
| **buying** | 42:8 | 245:13 | 110:22 |
| 87:18 | 42:10 83:17 | 254:14 | 112:7 |
| 88:7 102:20 | 98:15 98:18 | 255:3 | 112:12 |
| 103:17 | 100:15 | 255:10 | 112:16 |
| 104:4 | 106:20 | 256:4 | 113:17 |
| 256:19 | 106:22 | 256:20 | 113:19 |
| 268:5 | 108:1 110:1 | 261:4 | 113:24 |
| **buzz** 263:20 | 111:5 | **capitalize** | 116:1 |
| | 113:18 | 190:6 | 122:10 |
| ——— | 146:4 | **Caprock** 15:16 | 122:11 |
| C | 146:11 | 16:9 | 123:16 |
| **CA** 104:23 | 149:2 | 16:15 | 124:6 |
| **Cabela's** | 153:17 | 46:3 | 124:19 |
| 195:12 | 166:7 167:5 | 46:18 46:23 | 124:20 |
| **calculate** | 168:1 169:3 | 58:2 | 124:22 |
| 57:19 58:10 | 169:5 | 58:21 | 125:1 126:1 |
| 59:19 | 181:17 | 68:1 | 130:25 |
| **calculated** | 184:21 | 68:10 68:18 | 131:8 |
| 52:18 52:20 | 184:23 | 69:23 | 132:11 |
| 81:22 | 190:6 193:1 | 70:4 70:5 | 145:14 |
| **calculating** | 204:5 206:7 | 70:6 70:7 | 150:11 |
| 142:16 | 206:8 | 70:9 | 150:18 |
| **calculation** | 207:18 | 74:19 75:12 | 154:21 |
| 73:18 | 208:12 | 75:23 75:24 | 168:2 |
| **calculations** | 211:16 | 76:22 | 174:15 |
| 59:21 | 212:16 | 77:3 77:4 | 207:9 |
| **canceled** | 212:22 | 77:8 79:5 | 207:12 |
| 245:11 | 212:23 | 80:9 | 208:7 208:8 |
| **capacities** | 213:4 | 81:25 | 208:10 |
| 160:10 | 213:11 | 82:4 86:2 | 242:9 |
| **capacity** | 231:18 | 86:3 86:5 | 242:10 |
| 154:11 | 236:12 | 86:20 86:25 | 248:14 |
| | 236:20 | 87:3 | 248:19 |
| | 236:24 | 87:16 90:14 | 248:21 |
| | 237:4 | 91:3 | 248:23 |
| | | | 251:17 |

**NAEGELI**
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

251:19
258:14
259:6 259:8
259:10
262:8
262:15
262:15
262:18
262:18
262:24
263:22
263:23
267:1

**Caprocks** 16:4

**Caprock's**
267:1

**Capture** 132:9

**car** 157:3
225:5
225:16
225:21

**Carbon** 132:9

**careful** 47:18
193:15
244:5

**Cargill**
42:9 210:13
210:14
210:15
210:21
210:22
210:23
210:23
245:7 245:9

**Carpenter**
22:6

**carries** 10:2

**case** 9:6 14:8
93:17

136:17
168:12
243:23

**cash** 14:8
35:9
35:10 35:19
35:21 35:23
36:17
69:8
98:24 101:6
106:13
106:19
107:8 110:6
111:12
119:22
122:9
131:13
131:14
152:8
154:14
155:1
156:11
157:5
157:24
188:2 188:5
188:8
188:16
188:20
188:22
188:23
212:16
212:17
234:15
243:2 246:9
256:23
256:25
258:7 260:7
264:1 265:1
265:6 270:8

**Castillo's**
238:5
238:14

**caught** 103:17
241:2 241:2

**cautious**
157:21

**cautiously**
212:18

**CCSU** 132:9

**cease** 89:2

**cents** 71:14
147:12

**CEO** 144:24
160:6 160:7
160:8 160:9
205:9
256:10

**certain** 12:12
69:20 73:16
84:10

**certainly**
77:22

**certainty**
118:5

**cetera** 35:1

**CF** 106:5
106:7 207:4

**Chad** 261:24

**Challenge**
160:17
161:18
162:5 162:9
172:18

**Chama** 207:5

**C-h-a-m-a**
207:5

**chance** 10:6
77:16

**change** 55:9

88:23 123:2
140:24
141:5
156:13
156:23
156:24
166:21
166:25
167:2

**changed** 22:24
48:9
88:24
137:25
138:2 143:3
143:16
177:15
179:4

**changes** 10:7

**Chapter**
14:3
44:14 110:8
158:21
163:3
211:11
245:18
255:16

**characterize**
58:24

**characterizin
g** 192:24

**charge**
72:13 121:4
139:7 157:8

**Charlie** 106:5

**Chase** 105:2
105:4
105:25

**C-h-a-s-e**
105:2

19-70106-smr Doc#232-1 Filed 11/27/19 Entered 11/27/19 11:01:45 Exhibit Deposition Transcript of Everett Willard Gray II Pg 293 of 375 Page 293

Everet Gray, II                    October 23, 2019    (NDT Assgn # 3197-1

Chaves 79:23

check
118:19
216:9
219:12
222:15
227:3
227:18
227:21
238:25
258:6

checked 238:3

checking
179:22

checks 197:14
259:19

choice 93:5
97:7 97:11

choose 92:23

Chris 22:5
266:1

chunk 167:8

CILA 140:21

Circle 115:25
118:12
118:16
120:11
123:14
149:24
149:24
150:4

circumstances
24:20

City 102:24

C-k-e-e 207:7

claim 180:8

claimed 179:6

claiming
259:23

claims
179:8
224:22

clarification
27:11 40:24

clarify 17:19
26:5
52:15
56:4
77:12 78:23
83:25 89:18
94:14 116:6
138:11
178:5

clarifying
81:16

clarity 51:6

classes
242:21

classified
107:23
252:17

classifies
252:16

classify
153:22

Claydesta
219:9

clean 28:21
106:24
107:4

cleaner 90:2

clear 31:15
77:12 77:18
78:4
78:21 127:2

138:23
153:8
173:24
181:4
207:17
250:25

close 68:11
91:13
241:13
262:3

closed 170:9

closing
241:14
243:18
243:24

clue 144:21

co 31:7 31:16
216:4

CO2 75:15
75:16
88:6
93:18 93:19
132:8
132:10
132:12
176:9
176:19
250:7 255:1

co-debtors
42:18

co-debts
42:17

collaborative
ly 241:17

collateral
14:8 146:18

collectively
9:17

college 25:2

combination
131:14
257:9

comes
120:18
234:20
238:8
256:16
257:22

comfortable
117:16
154:8
175:21

coming
94:25
109:11
117:18
184:25

commencing
140:22
140:23

commensurate
25:2 181:23

comment 94:22
182:18

commercially
68:2

Commission
119:6

Commissioner
88:20 89:24

commitment
161:20
162:14

commitments
184:24

committee

| | | | |
|---|---|---|---|
| 8:10 9:6 | **company** | 152:3 | 201:19 |
| 47:5 47:9 | 8:20 9:15 | 158:18 | 201:23 |
| 47:15 77:16 | 13:2 | 158:23 | 202:11 |
| 78:5 120:17 | 13:10 | 159:2 159:3 | 202:18 |
| 242:19 | 17:3 19:3 | 159:10 | 203:1 |
| **Committee's** | 20:10 20:15 | 160:9 | 203:11 |
| 77:13 | 21:13 21:15 | 160:16 | 205:9 |
| **commodity** | 21:20 21:25 | 160:19 | 205:12 |
| 131:19 | 22:16 23:14 | 162:23 | 211:18 |
| **common** | 23:15 23:16 | 163:1 | 212:3 |
| 13:19 40:12 | 24:20 24:21 | 163:25 | 212:13 |
| 41:1 | 29:21 29:22 | 164:6 | 213:5 213:7 |
| 41:11 168:9 | 30:1 30:3 | 186:21 | 213:21 |
| **commonalities** | 30:8 | 187:21 | 214:16 |
| 95:15 | 30:12 30:20 | 188:20 | 215:22 |
| **communicated** | 30:22 31:17 | 188:23 | 216:1 217:8 |
| 52:6 111:13 | 31:21 31:22 | 189:6 | 218:25 |
| **communication** | 31:25 | 189:15 | 219:5 |
| 203:22 | 32:2 32:3 | 189:25 | 219:16 |
| 218:3 | 34:2 | 190:3 190:6 | 219:21 |
| **communication** | 35:19 36:19 | 190:8 | 220:10 |
| **s** 14:19 | 38:20 56:11 | 190:17 | 221:12 |
| 15:1 140:20 | 58:25 65:11 | 190:20 | 221:13 |
| **companies** | 66:6 83:4 | 191:10 | 222:2 222:8 |
| 14:20 | 83:5 | 191:11 | 222:11 |
| 32:2 95:2 | 86:14 | 191:16 | 222:12 |
| 99:1 99:4 | 87:4 | 191:20 | 222:20 |
| 99:16 99:21 | 87:16 | 192:19 | 222:23 |
| 99:23 | 95:5 | 192:22 | 223:4 223:6 |
| 102:19 | 101:3 | 193:22 | 223:13 |
| 160:11 | 102:24 | 193:24 | 223:18 |
| 186:20 | 102:25 | 194:2 | 224:16 |
| 186:25 | 103:1 | 195:23 | 225:5 |
| 195:14 | 103:13 | 195:24 | 227:16 |
| 205:8 | 103:24 | 196:4 196:7 | 227:17 |
| 209:25 | 104:7 111:1 | 196:10 | 228:8 |
| 212:4 | 122:12 | 196:21 | 230:18 |
| 221:19 | 124:5 | 198:2 198:7 | 230:22 |
| 258:3 | 127:23 | 198:16 | 232:20 |
| | 128:14 | 198:19 | 233:10 |
| | 129:4 133:3 | 199:3 | 234:9 |
| | 147:11 | 199:14 | 235:22 |
| | 147:25 | 201:18 | 236:1 236:3 |


NAEGELI DEPOSITION & TRIAL    CELEBRATING 40 YEARS IN BUSINESS    (800)528-3335    NAEGELIUSA.COM

236:10
239:20
239:23
240:3 240:4
240:22
245:22
246:2 246:8
246:10
246:23
247:1 247:9
247:12
247:20
247:21
249:21
262:3 269:8

**Company's**
219:3
231:22
231:24
231:24

**compensated**
18:1
18:24
19:1
22:15 162:9

**complete**
136:4
138:16
145:23

**completed**
52:7 53:6
254:3

**completely**
245:9

**completion**
62:5

**compliance**
119:9
119:11
119:14

**complicated**
189:8

**compressor**
108:7
108:13
108:18
109:2 109:3
208:20
208:20
208:23
208:24
208:25
250:8
250:14
250:22
251:1 257:3
257:6 257:8
257:15

**concern** 66:23
67:1

**concerned**
148:12
148:15
176:12

**conclude**
268:16

**concluded**
271:16

**concludes**
270:15

**conclusion**
134:21

**condensed**
271:9

**conditions**
52:1 52:3
52:4 176:24

**conduct** 30:24

**conducted**

30:5

**confer** 47:4
264:22

**conferences**
184:21
185:14

**conferred**
47:14

**confidential**
248:6
248:18

**confirm**
56:5 227:4

**confirmed**
64:13

**confuse**
141:20

**confused**
117:2

**confusing**
73:14

**confusion**
59:9

**connection**
9:14 9:21
235:12

**connects**
132:13

**Conservation**
119:11
252:5

**consider**
58:15
77:4
97:15
110:18
149:25

**consideration**
139:15
175:12

**considered**
107:25
115:17
173:5

**considering**
48:2

**consist** 77:4

**consisting**
107:2

**consolidated**
229:17
229:25
230:15
230:19
231:14
232:16

**constructing**
53:19
135:25

**construction**
52:9
52:10
53:5
136:5
137:12
138:8
138:12
138:14
138:16
138:20
139:3 139:9
139:16
139:22
140:23

**consult**
47:9 172:14

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

19-70106-smr Doc#232-1 Filed 11/27/19 Entered 11/27/19 11:01:45 Exhibit Deposition Transcript of Everett Willard Gray - II Pg 296 of 375

Everett Gray, II          October 23, 2019    (ND1 Assgn # 32197-1          Page 296

**consultant**
12:9 22:5
22:6 22:7
22:8
23:11 37:15
37:18 37:24
168:8
246:24

**consultants**
22:4
84:11
171:21
171:23
235:24
236:3 236:4
262:6

**consulted**
160:16

**consulting**
19:17
160:13
160:13
160:21
161:13
161:21
168:20
168:22
169:7
172:13
173:6
204:18
205:1
214:15
215:10
215:17
215:19
215:20
217:17
217:18
217:19
217:22
224:5

239:10
240:10
240:13
240:19
240:25
241:3 241:5
246:20
246:23
247:3 247:4
247:4

**contact**
101:20
103:19
152:13
152:15
153:9
256:20

**contacted**
82:4 87:5
87:6 94:5
104:7 133:1

**contacting**
94:4

**contacts**
152:17

**contingencies**
150:2

**contingent**
149:23
174:19
174:21
184:25
216:5
216:11
220:13

**continue**
65:20 65:22
65:24 67:13
77:15
78:3 95:24

**continued**
103:19

**continues**
13:14

**continuing**
67:15

**contract**
22:14
88:7 168:22
169:7 175:9
175:10
176:13
218:23
262:6

**contractor**
18:22 168:7

**contractors**
21:23

**contracts**
198:20

**contractual**
13:20

**contribute**
85:15

**contributed**
35:2 35:6
35:16 35:19
36:18 85:15
85:18
127:23
128:2
128:13
128:19
128:25
129:2
187:20
188:19
189:21
193:1

**contributes**
200:5

**contribution**
36:10
128:17

**contributions**
34:25 36:12
85:21 85:23

**control** 13:19
17:3 41:1
223:16
243:5

**controlled**
15:10

**controller**
22:14

**conventional**
257:1

**conversation**
255:23

**conversations**
146:25
204:1

**converting**
234:23

**conveyance**
62:15

**Conveyed** 59:4

**convince**
176:5

**copies** 173:18
190:24
192:11
202:3
202:21
209:8 221:2

**copy** 49:4
51:10

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

61:5
62:25
63:3
64:15
65:5 173:17
192:9
201:21
202:1
226:11
226:13
227:12
245:23
254:18
271:5 271:6
271:8
271:12

**corner** 236:11

**Corp** 26:11
29:8 32:6
32:10 32:21
33:3
33:12 33:16
34:9
34:10 34:13
159:14
216:9

**corporate**
192:12
192:13
195:12

**corporation**
25:23 25:25
26:10 26:25
27:4
27:20 28:25
29:11 29:14
32:24 33:25
38:13 40:12
41:11 41:15
199:22
200:24

201:9 215:1
215:4 220:9
236:12
236:20
236:24
237:4
237:14
237:25
238:1 251:5

**Corporations**
210:24

**correct** 17:14
17:21
18:5
18:13 18:23
26:4
33:14
34:7
34:25
35:2
35:17 39:13
41:7
41:23 49:23
49:24
51:8 51:8
52:10 53:10
53:18 54:22
55:8 57:2
59:7 60:1
60:19 62:24
68:15 68:19
71:4 71:7
72:1
72:10 76:20
76:22 76:23
77:9
77:10 78:24
78:25
79:2 79:3
80:19 80:20
81:3 86:6
87:21 88:16

89:8 90:9
90:17 90:25
91:25
100:15
101:14
101:19
102:7 116:9
118:15
120:9
120:24
122:25
123:8
124:10
125:10
126:24
128:1 129:7
129:10
131:2 131:9
136:6
138:13
138:18
139:8
140:10
142:9
142:10
144:18
148:4
149:19
149:22
150:3
150:21
151:21
151:23
152:10
152:12
155:17
165:2
165:25
167:21
168:18
175:11
179:18
179:19

180:10
180:17
180:20
184:14
185:16
186:10
186:11
189:20
189:24
190:1
193:17
193:21
193:25
195:13
195:24
196:2 198:3
198:21
198:22
199:7
199:24
209:16
212:6 213:2
213:6
214:18
217:21
223:7
223:10
226:1
228:15
228:23
229:8 232:7
233:13
233:22
233:25
239:21
241:7 245:5
246:18
246:19
247:2
253:15
255:8 257:4
258:12
260:16



264:15
265:2 265:3
266:20

**correctly**
45:2

**Cortez** 132:13

**cost** 20:23
47:23
72:2
72:16 73:22
85:4 85:6
88:8 185:23
199:5 256:4
262:11

**costs** 71:21
84:4 84:4
84:6
85:25
86:1 86:2
86:9 86:12

**counsel** 8:7
11:9
11:20 12:21
25:14 27:23
33:8
39:22
44:3
47:11 47:15
47:16 48:11
48:13 54:11
56:18 57:12
97:5 179:25
181:11
185:25
186:3 186:8
192:12
192:13
195:12
220:4
237:11
241:13

244:8
247:23
264:22

**counsel's**
78:22

**counties**
79:23

**County**
206:2 206:2
206:3

**couple** 11:7
56:4 99:7
106:12
107:7 121:8
122:23
139:16
152:1 153:8
207:7
223:18
244:23
269:2

**course**
46:19
58:3 64:1
222:7
231:12
253:8
257:18

**court** 10:1
10:3 10:5
10:21 77:23
111:4
112:23
147:24
163:6
229:10

**cover** 17:10
56:25 251:9
253:8

**coverage**

20:17

**covered**
209:15
247:16
262:2

**CPA** 31:3
200:9
200:13
200:14
230:10

**CPAs** 230:8
230:9

**crazy** 170:14

**created**
159:11
230:6 232:9

**creating**
229:25
230:12

**credit**
132:2
181:25
182:8
182:14
182:22
182:23
183:15
183:23

**creditor**
215:23
216:1
216:25
218:18
219:17
219:20
220:10
220:16
221:6
222:12
238:21

**creditors**
8:11 113:10
221:13
221:14
242:19
242:21

**Creditor's**
47:5

**cross** 21:5
72:25 78:6

**cross-
notice**
77:17

**cross-noticed**
77:20

**cross-
sections**
218:1

**cruddy** 96:10

**crude** 258:2

**Cruz** 261:24

**curious** 147:6
148:23

**current** 69:12
113:20
113:24
222:4 223:3
223:4
251:24
252:3 255:7

**currently**
20:2 22:5
26:18
34:3
51:19 67:16
70:8
78:24 80:10
104:22
104:24

160:11
168:11
172:16
180:21
244:18
244:19
248:21
251:15
265:2

**curve** 107:22

**customers**
72:24

**cut** 262:11

**cutting** 55:22

---

D

**Daily** 174:24

**Dala** 32:21
33:3
33:12 33:16
269:6

**Dallas** 105:22

**Dan** 9:3

**Daniel** 112:2

**Daren** 8:12
148:8

**data** 18:18
104:24
110:2
151:13
151:22
230:2 242:2

**date** 37:19
45:1
45:11 45:20
46:8
46:23
50:2 50:3
50:3 52:2

56:14 86:22
89:2
89:19
92:9 111:12
117:18
117:20
122:18
123:7 158:9
158:10
158:11
161:11
181:21
191:24
195:21
203:21
212:6 213:3
233:13
236:21

**dated** 56:5
116:10

**dates**
116:21
170:3 212:5

**daughter** 24:8

**daughter-in-
law** 24:11
24:12

**daunting**
118:23

**David** 22:6
22:13 38:1

**day** 14:3
27:13 44:15
56:14 56:15
70:23 71:24
85:13 88:11
96:3
98:23 107:3
107:11
107:12

108:4 143:3
176:13
249:12
259:1 259:6
259:8
259:10
259:11
259:16
260:15
260:20
260:22
261:6

**days** 212:10
212:14
236:20
261:9
261:10

**DCP** 260:4

**dead** 267:6

**deadline**
125:7
152:20
152:22
153:18
254:4
267:10

**deal** 94:13
103:10
103:17
104:5
131:13
136:22
153:2
161:23
161:23
175:14
175:15
175:17
177:9
177:15
177:16

177:21
178:1 178:6
178:14
254:19
254:23
255:4
255:25
256:11
266:7

**dealing** 75:12
149:1 150:5
152:18
214:20

**dealings**
269:10

**deals**
104:14
132:7

**debt** 41:20
42:13 43:22
43:25 82:17
82:18 82:22
83:1 83:3
83:5
98:19 157:3
167:3
182:25
205:17
209:11
211:3
214:25
217:15
234:23
243:1

**debtor** 35:3
79:2
126:6
204:18
210:11
218:12
219:9

**debtors**
35:1
39:15  42:20
59:22  60:10
62:11  65:23
68:12  78:12
78:24
80:4  80:7
83:3
89:20
90:2
91:17
93:1
110:1  110:5
114:8  127:5
128:24
130:4
136:17
136:25
136:25
137:5
152:15
154:21
154:23
156:10
156:25
157:23
162:15
162:23
168:10
168:22
168:25
171:21
171:24
172:11
176:3
176:15
178:11
178:13
178:15
179:14
180:13
180:13

180:21
183:6
183:13
204:10
211:2  216:5
228:14
233:1
233:14
241:8  241:9
243:5  243:7
243:10
244:10
244:16
250:21
251:20
253:19

**debtor's**
219:9

**Debtors**
8:20
12:16  13:18
14:7  14:8
14:15  15:10
15:15  15:20
16:3  40:11

**debts** 42:4
43:1  43:4
205:12
219:5

**December**
56:13  81:13
90:5  90:7
102:2  117:9
117:19
117:23
158:3  158:5
189:13
233:10
233:24
243:11
243:13

270:9

**decent** 96:11

**decide**
240:5
267:25

**decided**
23:4  101:8

**decides**
157:22

**decimal**
196:20

**decision**
109:3  109:6
122:13
123:2
124:23
125:8
198:23
199:3
240:24

**decisions**
216:17

**declaration**
14:2
44:13  50:15
50:25  51:12
54:5  56:5
61:18  64:18
66:1  71:6
82:16  138:1
139:12
140:11
143:25

**declined** 93:6
94:9  101:11
133:1

**decree** 88:21

**dedicated**
162:22

**deduction**
200:7

**deductions**
200:4  200:8

**deemed** 101:9

**default**
39:9
39:10  39:12
39:14

**defer** 27:23

**deferred**
35:10  35:11
35:17
188:25
190:5

**deficient**
251:24
252:4

**defined** 100:2

**definitely**
45:17

**definitive**
170:3

**degree** 25:2

**Dela** 261:24

**delay** 176:14

**Delete** 238:25

**Delta** 109:17

**demand** 67:1
70:15

**demonstrate**
166:6

**Denham** 254:14
255:3
255:10
256:20

| | | | |
|---|---|---|---|
| 256:22 | 54:9 | 68:22 | 90:20 90:25 |
| **dental** | 54:13 54:16 | 69:2 69:5 | 91:3 91:7 |
| 20:20 21:6 | 54:22 54:25 | 69:12 69:18 | 91:10 91:12 |
| | 55:4 55:8 | 69:21 69:23 | 91:19 91:22 |
| **dependent** | 55:11 55:16 | 70:1 70:4 | 91:25 |
| 52:8 246:23 | 55:20 55:25 | 70:10 70:14 | 92:4 92:7 |
| | 57:5 | 70:19 70:25 | 92:9 |
| **depending** | 57:11 57:16 | 71:3 71:7 | 92:11 |
| 73:21 | 58:14 58:17 | 71:11 71:13 | 96:2 97:6 |
| 140:24 | 58:19 58:22 | 71:17 71:21 | 99:19 102:9 |
| 141:5 | 59:2 59:4 | 72:1 72:5 | 102:12 |
| 162:24 | 59:7 | 72:7 | 109:8 113:5 |
| 180:18 | 59:14 59:16 | 72:10 72:12 | 114:8 |
| 197:9 | 59:20 59:23 | 72:15 72:19 | 114:12 |
| | 60:1 60:5 | 72:22 | 114:15 |
| **DEPONENT** | 60:9 | 73:3 73:8 | 114:20 |
| 23:19 25:12 | 60:13 60:19 | 73:13 73:17 | 114:24 |
| 26:7 | 60:22 60:24 | 73:25 | 115:2 115:5 |
| 27:16 27:18 | 61:2 61:5 | 74:4 74:7 | 115:8 |
| 28:9 | 61:8 | 74:10 74:13 | 115:11 |
| 28:11 28:13 | 61:11 61:16 | 74:16 74:19 | 139:1 139:3 |
| 28:19 31:19 | 61:20 61:25 | 74:21 74:23 | 143:5 143:8 |
| 31:21 35:25 | 62:3 62:5 | 74:25 | 143:10 |
| 36:2 39:1 | 62:8 | 75:4 75:7 | 143:14 |
| 39:4 | 62:12 62:15 | 75:11 75:20 | 143:17 |
| 39:13 | 62:19 62:23 | 75:24 | 148:15 |
| 42:1 | 62:25 | 76:3 76:5 | 161:3 |
| 42:22 | 63:2 63:6 | 76:9 | 181:12 |
| 46:2 46:5 | 63:8 | 76:13 76:20 | 197:3 197:8 |
| 46:9 | 63:12 63:14 | 76:23 76:25 | 202:5 |
| 46:12 46:14 | 63:17 63:21 | 77:2 | 206:13 |
| 46:17 46:20 | 63:25 | 77:10 78:25 | 207:20 |
| 46:22 | 64:7 | 79:3 79:5 | 208:25 |
| 47:2 47:4 | 64:11 64:13 | 79:10 79:13 | 216:22 |
| 47:10 47:13 | 64:16 64:20 | 79:16 79:18 | 220:5 |
| 47:16 47:20 | 64:23 | 80:2 80:4 | 222:19 |
| 48:9 | 65:1 65:3 | 80:14 80:20 | 227:23 |
| 50:14 50:17 | 65:6 65:8 | 80:23 | 229:22 |
| 50:19 51:19 | 67:10 67:14 | 81:3 81:5 | 244:7 |
| 51:21 | 67:16 67:23 | 83:13 83:15 | 244:22 |
| 53:2 53:7 | 67:25 | 88:20 88:24 | 263:16 |
| 53:12 53:18 | 68:6 68:9 | 89:4 89:8 | 264:7 |
| 53:22 | 68:16 68:19 | 89:11 89:13 | 264:11 |
| 54:1 54:6 | | | |

266:1
267:20
268:6
268:10
268:13
268:19

**deposed** 9:24

**deposit**
146:24
156:17
156:24
234:16
258:5

**deposition**
8:1 9:10
9:16 11:6
77:19 77:21
116:11
117:22
121:2
204:15
268:16
270:15
271:15

**depositions**
9:14 9:20

**depreciation**
231:5
231:12

**derivatives**
210:15

**derived**
69:2 71:18

**Deriving**
51:15

**describe**
106:23

**described**
51:16 60:18

**designation**
31:25

**desist** 89:2

**destination**
72:21

**detail** 186:25

**details**
254:22

**determine**
45:11 46:17
61:22
145:21
146:1
146:16
241:19
241:19
241:25

**determined**
48:25 73:20
138:8

**determining**
69:12 218:1

**develop**
263:22
265:23

**Developed**
107:24
107:25

**development**
56:12
155:11
155:21

**diagrams**
250:1

**dictates**
69:13

**different**

31:17
45:6 51:6
54:12
55:5 64:1
64:7
64:22
67:4 67:5
67:7
69:13 75:18
76:18 93:23
94:2 94:3
94:3
94:23 94:25
95:12 95:14
98:18 98:23
99:23 99:24
101:1
102:15
102:15
107:1
109:19
117:16
126:14
129:4
145:23
149:20
154:25
171:7
177:16
210:7 231:1
231:7 237:9
241:18
244:3 245:8
246:1 247:4
247:15
252:2

**differential**
259:17
259:22

**differently**
56:24

**difficult**

70:19
113:20
149:6
153:21
155:20
171:4 249:6

**diligence**
100:7
101:15
106:6
146:15

**DIP** 14:9 14:9
36:9 109:25
110:13
111:5 111:8
146:16
157:1
157:25
158:10
183:8 183:9
183:10
207:14
207:15
207:22
207:24
208:4

**DIPs** 207:16

**direct** 258:5

**directly**
60:24
87:6 99:2
220:19
257:22

**disarray**
256:12

**disclosed**
19:2 130:15
164:12

**disclosure**
244:11

discuss
66:4
82:17
84:3
85:25 148:6

discussed
43:9
97:16
117:15
194:3
220:20

discusses
135:6

discussing
47:18 69:18

discussions
110:3 110:3
203:18
245:13

dispose
261:15

dispute 87:24

dissolved
31:2 31:4
31:5

distance
72:18

distinction
179:2

distress
149:14

distributing
150:14

distribution
168:24
169:1 169:3
169:13

District

15:24 15:24
15:24

divest
45:11 255:7
267:14

divested
104:21
130:14
136:23
193:3
254:23
255:21

divesting
255:3
255:18

divestiture
45:1
45:20
46:8
125:1 155:2
243:1

divide 199:15

divided 54:23
199:17

dividend
168:24

dividends
258:16
258:17

division
119:11
239:13
252:6

divorced
179:21

Doc 14:3 14:9

docs 209:9

document

12:14 12:23
43:18 44:15
50:11 50:13
53:15 62:10
62:15
111:15
134:5
134:20
153:4
173:25
174:9
177:20
181:9
181:14
236:15
248:11
248:12

documentation
199:21
218:15

documented
191:21
191:22
220:2

documents
11:5 11:8
12:17
44:1
57:18 62:18
62:20
162:18
165:5
179:11
185:8
190:24
191:1
235:10
265:9

Dog 29:6 29:8
31:1

dollar

71:14
147:13

dollars
35:8 92:7
169:23
176:16
186:10
193:7 194:5
226:2 242:4

done 81:23
82:11 82:14
84:13 84:25
107:25
118:24
122:8 130:3
130:6 151:3
161:13
181:5
198:10
204:12
205:6
266:23

double-
check
185:13

dozen 93:11

Dr 82:17
208:13

drafted 185:8
192:15
194:14
194:16
194:17
195:3
195:17

drafting
195:4

draw 158:10

Drickey 249:2

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

249:11
259:9

**dried** 164:18

**DrillCos**
98:20

**Drilling**
266:2

**drive** 268:14

**drop** 257:17

**dry** 79:21
80:11 80:25
124:7
125:19
129:22
129:22
130:17
130:17
206:21

**dual-track**
46:4

**due** 36:4
87:24
97:3
100:7
101:15
106:5 109:8
109:25
123:3
146:15
157:25
170:11
175:19
219:14
222:7
232:21
233:11
233:14
233:21
235:3 241:6
256:23

257:6

**duly** 8:24

**Dunn** 88:21
89:24

**duplication**
32:13 247:6

**during**
36:17
110:21
131:17
179:5 194:5
194:5 194:7
194:8 233:4
240:21
241:20
255:23

**duties** 85:8

**Dutton**
200:3
200:15
200:16
200:18
228:21

**duty** 146:20

───────────

E

**earlier** 18:22
50:2
86:21 91:14
92:22
93:4 98:1
117:1
117:22
123:10
133:14
134:8 134:9
134:10
178:10
219:25
226:2

240:11
243:10
255:4 257:2
266:5

**early**
116:17
158:3 158:5
169:14
169:16
169:20
170:1
189:14
215:13
243:11
243:13
270:9

**earn** 239:10

**ease** 9:16

**easement**
68:15
73:6 116:25
117:2 117:9

**easements**
72:3 117:16

**easily** 166:6

**easy** 166:6

**economic** 88:4

**economics**
153:16

**Eddy** 79:23
206:2 206:3

**EDF** 52:6 53:4
55:3 55:4
55:5
56:12 56:12
56:14
57:6
60:25
61:8 62:9

62:17 62:22
64:14 64:19
65:2
81:12
101:22
101:23
102:11
133:9 136:6
136:11
140:16
140:17
140:20
141:24
146:1
241:20

**educated**
10:12 10:17

**effect**
89:14 108:5
108:17

**effective**
50:2 50:3
58:2
86:22 102:5

**effectuated**
62:13

**efforts** 92:21
94:1 263:8

**eight** 124:4
125:16
125:17
126:4 126:5
126:6

**either**
17:16 34:25
62:19
171:19
201:3
202:18
210:10

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

214:16
232:25
253:2 258:9
260:7 263:8

**electric** 57:6
139:19
140:13
263:10

**electrical**
257:15

**electricity**
257:7

**elephant**
98:25

**Elk** 93:17
93:17
94:2 96:5
96:12 96:16
96:23 99:13
151:12

**else** 20:19
21:15 21:18
45:22 60:12
72:4
76:24 84:19
84:25
91:2
125:3
126:23
151:24
176:22
222:1
246:10
269:4

**elsewhere**
70:13 70:22
70:24

**email**
111:16
111:17

112:2 112:6
151:25
181:17
181:18
254:12
256:21

**emailed**
241:20

**emotional**
164:7

**employed**
215:12

**employee** 12:9
20:7
21:13
24:7
37:18
160:15

**employee(s**
13:20

**employees**
12:1 12:4
20:25 21:19
21:21 21:22
21:24
22:1 171:20
235:21
235:24
235:25
261:22
262:10
262:19

**employment**
37:14
215:11
215:13
215:18

**encompasses**
98:17 98:17

**encompassing**

21:4

**encourage**
148:1

**energies**
145:24

**energy** 19:1
19:13
20:4
29:22 30:19
32:6
32:10 48:10
69:23
70:6
72:12 72:22
93:7 93:8
95:21
96:3 97:1
97:6
99:10
100:20
103:2 103:2
122:4
123:23
132:2
213:23
214:5
217:15
217:19
223:15
230:5
230:10
245:1 245:2
260:4 260:6
268:1

**engage**
122:6
122:23

**engagement**
93:6 94:9
153:11
172:23

**engineer**
16:10 16:15
84:25
151:15
269:15

**engineering**
84:8
84:12 84:13
84:17 84:22
85:6

**engineers**
67:18 68:24
151:15

**enhance**
110:13

**Enhanced**
93:20

**ensure**
119:2 163:2
181:25

**enter** 175:10

**enterprise**
225:18

**entertain**
102:13

**entice** 110:12

**entire** 73:2
251:10
259:3 259:5

**entirely**
10:17

**entities** 9:17
13:3
13:12 13:22
16:22 28:15
28:24
29:3
29:10 29:13

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

29:17 34:20
34:24 40:12
40:21 40:25
42:6
42:19
43:9
43:15 43:16
43:19 44:10
74:17
99:1
99:25 100:4
101:20
127:21
160:7
172:21
208:11

**entitled**
10:12

**entity**
27:21 30:13
30:17
31:8
31:11 31:17
31:24 33:19
34:1 34:6
34:8
36:12 38:13
38:24
42:4
42:12
72:7 72:9
72:11
83:5
105:1
109:11
109:15
126:7
145:23
159:6
159:11
172:14
172:14

236:12
246:8
246:12

**entries**
223:18
236:17
239:3

**entry** 227:7
238:21
256:4

**environment**
69:13 95:19
113:20
113:25

**environmental**
118:19
118:20

**EOGs** 214:14

**EOR** 93:20
93:25
94:4
94:24 95:16
103:14
151:9

**equal**
128:22
145:2
187:19

**equals** 163:8

**equates** 19:15
263:9

**equipment**
106:25

**equity**
85:23
95:1
98:19
102:24
169:4

170:18
176:6
184:17
211:2
234:23
235:4
255:10
256:1

**escalated**
51:4

**escrow** 253:11

**essentially**
35:18 45:13
49:1 58:4
58:8
60:14 71:18
71:22
88:3 95:6
110:5 128:6
132:7
137:19
146:18
152:7 204:3
231:4
241:10

**estate** 91:9

**estimate**
10:12 16:24
17:5
18:14 19:14
20:12 71:23

**estimates**
16:8 269:14

**estranged**
25:5
25:10 25:11
25:12 25:16

**et** 35:1

**evaluate** 45:9
45:19

146:22

**evaluated**
44:25
45:4 46:7
46:8 47:1
47:24

**evaluating**
84:18 84:20
106:4
244:14
244:18
244:19

**evaluation**
45:6 68:25

**evaluations**
16:8 217:23
236:5

**events** 185:18

**Everett** 9:8
219:16
219:20
232:21

**E-v-e-r-e-t-t**
9:9

**EVERETT** 8:2
8:24 271:15

**everyone** 58:9
93:22 118:7
125:6 163:7
163:14

**everything**
10:6
58:11 98:20
122:15
123:21
123:21
126:23
127:4
165:21



192:1
194:16
239:12
245:12
258:19
266:22

**Evolution**
99:12

**ex** 73:21
151:14
166:3

**exact** 19:14
22:20 23:23
23:24 37:19
63:3 63:4
63:5
64:23
80:6
89:19
92:9 117:20
126:20
133:12
136:11
142:13
158:11
167:14
170:13
171:1 193:2
195:20
195:21
251:18

**exactly**
74:1 78:1
216:14

**exam** 120:19
179:16

**Examination**
9:1 12:15
120:21
186:15

244:24

**examined** 8:25

**example** 213:8
238:5

**exceeded**
231:25
232:13

**except** 37:8
84:9 154:24
155:3

**exception**
11:15

**excess** 86:15

**excluding**
124:2
208:12

**exclusive**
210:2 210:3

**exclusivity**
243:7
244:12
244:17

**Excuse** 43:23

**executed** 50:5
50:22 56:11
56:14 62:16
63:9
64:24
117:22
140:13
195:19
195:20

**execution**
140:14

**executive**
60:3 184:16

**executor**

57:24

**exhibit** 12:18
12:19 44:16
44:17 112:4
112:25
113:1
115:17
115:18
115:19
123:10
133:18
133:20
133:24
135:6 135:9
173:23
174:6
180:25
181:1 184:6
184:11
229:14
229:20
235:16
235:17
247:24
248:3 254:6
254:7
254:10

**exhibits**
173:15
229:13
229:14

**exist** 90:20
90:21 159:6
190:24

**existent**
131:22

**existing** 68:9
72:23 85:13
140:4

**exists** 29:9

31:1 82:19

**expand** 70:20

**expanding**
70:13

**expectations**
125:1

**expenditures**
14:19

**expense**
106:16
169:11
215:7
223:19
224:17
224:19
224:23
226:5

**expenses**
198:17
198:24
223:23
257:10

**expensive**
185:16

**experience**
151:3

**expert** 71:1
123:25
145:6
145:10

**expiration**
117:3
117:18
117:25

**expire** 117:10

**explain**
45:4 48:20

**NAEGELI**
DEPOSITION & TRIAL

*CELEBRATING* 40 *YEARS IN BUSINESS*

(800)528-3335
NAEGELIUSA.COM

186:25

**explained**
34:14

**expound**
45:7 57:16

**express** 100:5
103:24

**expressed**
109:15

**expressing**
117:8

**expressions**
109:10

**extension**
67:17

**extent** 56:1

**externally**
15:5

**extra** 227:2
245:23

**extremely**
265:13

―――――――――
F
―――――――――
**facility**
132:12

**fact** 40:13
40:19 53:24
149:20
152:17
216:8
226:10
241:19
242:5

**fair** 27:17
34:5
58:24 77:20
78:14

122:20
122:21
135:22
135:23
139:8 143:2
147:18
148:22
149:17
150:19
156:1 158:8
162:14
167:18
179:24
209:5
216:12
241:3 243:4

**fairly** 185:16

**fall** 124:23

**falls** 124:17

**familiar**
237:11

**familiarize**
181:8

**family**
94:25 172:3
172:4

**farm** 60:25
134:6
134:15
135:19

**fault**
164:14
170:23

**Fe** 159:19

**February** 33:7
33:9 127:13
127:13
127:25

**fee** 162:10

240:19
240:22
241:3 241:5
247:3

**feedback** 98:4
163:19

**feel** 10:7
11:2 113:15
113:17
113:25
147:14
154:8
175:21
181:22
267:4

**feels** 117:16

**fees** 84:7
204:18
215:10
227:8 237:3
239:10
240:10
240:25
246:20
246:23

**feet** 124:8

**fell** 103:18
104:5

**felt** 97:10
101:7 114:7
114:8
149:12
175:20
176:5 241:1

**female** 194:21

**Fena** 207:6

**Ferrari**
148:18
148:24

**fiduciary**
146:19

**field** 8:15
10:18 20:25
21:19 21:21
22:3
22:10
30:6 68:7
74:8
99:12
116:17
116:20
153:12
157:12
186:18
211:22
216:24
225:7 225:8
238:8
261:19
262:13

**fifth** 166:12

**figure**
53:23
170:24
171:2
234:14

**file** 164:8
200:25
243:8
244:10
244:16
253:19

**filed** 14:7
43:13
109:25
203:16
205:24
205:25
206:1
214:22

**NAEGELI**
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

228:12
254:1
256:12

**filing** 158:21
211:11
212:11
212:14
234:22
235:7
247:13
255:8 261:4

**filings** 265:8

**final** 18:8
230:7

**finalize**
194:16

**finance** 168:3

**financed**
131:13
131:14

**financial**
154:10
154:17
154:20
175:19
200:22
204:5 214:4
228:12
229:18
230:1 230:3
230:5 230:8
230:17
230:19
231:17
232:17
241:11
241:11
256:1

**financially**
177:2

**financials**
175:20
175:25
177:25
178:11
249:21
249:21
256:12

**financing**
14:9
100:9
154:15
157:1

**fine** 165:8
216:18
216:19
217:14
250:3

**finish**
10:24 10:24
136:4

**finished** 44:8
137:14
186:7

**fired** 24:19

**firm** 8:12
55:12
97:2 121:17
121:18
123:22
123:23
124:1
194:25
242:6 268:1
270:4

**firms** 47:5
48:2
93:11 98:14
122:23
145:21

**first** 8:24
14:3 23:2
23:3
25:23 25:25
26:2
26:10 26:11
26:25
27:3
27:20 28:25
29:8
29:11 29:13
33:25 38:13
40:12
41:9
41:11 41:15
41:20 41:25
42:8
42:10 44:15
46:2
49:12
52:7 53:2
83:17 84:16
88:3 93:5
97:7
102:4
111:22
115:24
116:3
116:19
122:4 130:7
150:9 153:9
154:12
158:10
165:1 167:4
167:5
173:18
192:17
199:22
200:23
201:8 206:7
206:8
207:18
208:2 208:3

208:4
208:12
211:16
212:16
212:16
212:21
212:21
212:23
213:4
213:11
215:1 215:4
216:9
216:20
217:5 219:8
220:9
231:17
233:7 238:7
238:21
242:14
251:5

**five** 46:12
46:13
79:6
79:17 79:17
80:11 80:25
86:8 102:20
116:25
117:9
117:25
120:13
124:7
124:17
124:22
126:12
126:13
126:14
126:25
127:8
127:20
128:5 128:5
129:9
144:15

144:16
145:7
165:15
165:16
166:11
243:25
249:23
258:19
258:20
258:22
259:11
260:2 260:8
260:13
260:25
261:21
262:4

**five-year**
117:3
117:21

**fix** 106:18
261:17

**fixed** 51:3
51:4 52:2
261:15

**flagged**
184:13

**fleet**
225:18
225:18
225:22

**flip** 166:7
249:20

**floating**
144:23

**flood** 93:25

**flow** 69:8
95:7
98:24 101:6
106:13
106:19

256:23
257:1 258:7
265:1 265:6

**flowing** 97:24
98:12

**flow's** 264:1

**fly** 265:19

**focus** 147:4

**focusing**
95:16

**foot** 66:18
69:6

**forecasting**
16:9

**forefront**
163:15

**foreman**
262:13

**forget** 123:10
152:4
254:12
258:8

**forgive**
133:21
168:9

**forgot**
103:6
172:16

**form** 35:23
36:16
168:19

**formal** 215:13

**formalized**
192:1

**formation**
35:22 36:18
68:1 191:20

212:6

**formed** 30:3
85:11
161:14
186:21
186:25
187:1 187:3
189:15
189:16
189:20
190:12

**former** 24:7
24:9

**formerly** 29:6
48:6

**formula**
142:20
142:20

**Fort** 213:24

**forth** 37:15
53:15
109:11
142:21

**forward**
110:14
111:2
163:16
178:20
178:20

**foundation**
117:12
117:14

**founded**
33:6 33:7

**fourth** 211:1

**Frank** 106:5

**frankly**
173:17

**free** 24:23
27:15
260:10

**freeze** 212:17

**fresh** 66:20
66:22 66:24
67:1
75:16 88:11
88:14 88:21
89:6 90:8
90:12 90:15
96:4 106:14
107:5 107:6
250:1 250:1

**freshwater**
68:10

**Friday** 203:22
203:24
204:1

**friendly**
265:23

**front** 51:10
226:12

**Frontier**
260:6

**fruition**
100:10
103:20
159:14
241:10

**fuel** 223:24

**full** 9:8
19:14 90:17
107:7 146:7
211:10

**full-time**
19:17
160:15
215:18

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

| | | | |
|---|---|---|---|
| 261:22 | 31:9 31:9 | 160:18 | 199:25 |
| **fully** 78:8 | 32:8 | 164:10 | 200:4 |
| 85:1 116:21 | 32:12 33:18 | 165:14 | 200:24 |
| 263:22 | 33:21 | 166:18 | 201:5 201:8 |
| **function** | 35:5 35:6 | 168:21 | 201:12 |
| 111:12 | 35:12 35:14 | 172:15 | 201:14 |
| **functions** | 35:15 35:16 | 177:13 | 203:9 |
| 246:5 | 35:18 | 178:23 | 204:19 |
| **fund** 149:14 | 36:9 | 179:11 | 204:21 |
| 149:14 | 36:22 | 179:17 | 204:23 |
| 149:14 | 37:1 37:3 | 180:4 | 206:21 |
| 185:5 | 39:8 | 180:10 | 206:21 |
| **funds** 86:15 | 39:14 40:16 | 180:12 | 206:21 |
| 234:1 | 40:20 | 182:20 | 207:23 |
| 234:11 | 41:6 41:9 | 182:21 | 210:4 210:4 |
| 235:24 | 41:13 41:17 | 187:3 187:6 | 210:6 214:2 |
| 240:2 | 41:19 | 187:9 | 217:5 |
| **future** 45:1 | 42:1 42:7 | 187:13 | 218:17 |
| 45:11 46:8 | 42:8 43:4 | 187:16 | 219:23 |
| | 43:14 | 187:18 | 220:16 |
| | 67:2 | 187:22 | 221:5 |
| ——— G ——— | 79:21 80:11 | 188:7 | 224:12 |
| | 81:1 84:9 | 188:10 | 224:12 |
| **game** 242:25 | 85:12 88:15 | 188:16 | 226:17 |
| **garner** 158:19 | 88:19 88:22 | 189:21 | 228:25 |
| | 93:14 | 189:21 | 233:3 233:4 |
| **gas** 8:17 | 108:12 | 189:21 | 233:14 |
| 10:18 | 108:21 | 190:18 | 233:23 |
| 15:9 17:3 | 118:7 | 190:19 | 234:1 |
| 17:6 | 118:11 | 191:3 191:4 | 234:11 |
| 17:16 | 119:6 | 191:21 | 235:3 |
| 18:2 | 120:24 | 192:18 | 237:10 |
| 18:17 21:16 | 124:7 | 192:23 | 240:1 |
| 26:3 26:6 | 125:19 | 193:8 | 240:16 |
| 26:15 26:16 | 128:20 | 193:13 | 241:4 242:1 |
| 27:2 | 128:20 | 193:19 | 243:24 |
| 27:21 | 129:22 | 193:24 | 246:6 |
| 29:8 | 130:17 | 194:4 | 246:15 |
| 29:12 29:17 | 130:17 | 195:25 | 246:25 |
| 30:3 30:4 | 145:22 | 199:8 | 247:8 |
| 30:9 30:9 | 150:12 | 199:12 | 247:12 |
| 30:14 30:14 | 154:5 | 199:15 | 247:18 |
| 30:21 30:21 | 159:21 | 199:23 | 251:2 |

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

257:19
259:5
259:15
259:16
259:18
259:19
259:23
259:24
260:10

**Gas's**
194:16
225:20
228:22
229:2 229:3

**geared** 84:23

**general** 25:25
26:2 26:5
27:1 27:4
27:21 28:25
29:11
32:7 62:2
63:19
84:4
94:11
119:16
195:24
199:22
200:24
211:19
222:8
223:16
239:22

**generally**
170:24
206:17
235:21

**generated**
270:1 270:2

**generates**
144:22

**gentleman**
151:14
154:4
157:21
161:18
197:1
254:13
255:2
264:17

**geological**
45:15

**geologically**
132:11

**geologist**
85:8

**geologists**
217:25

**geology**
84:8
84:12 84:13
84:22

**gestures**
10:22

**gets** 20:9
163:7
197:14
238:9

**getting** 96:10
147:5 147:5
163:18
163:24
163:24
163:24
172:9 241:2

**giant** 257:7

**gig** 161:6
173:6

**Gilmore** 12:6

17:19
18:1 18:2
19:8
26:16
30:4 30:9
30:14 30:21
31:9 32:7
32:12 32:16
33:18 33:21
35:13 35:16
35:18
36:9 37:2
37:3 42:7
42:7 42:8
42:8
86:17
128:20
164:9 164:9
171:17
171:20
182:20
182:20
182:24
183:3 183:8
184:1 184:2
187:18
187:25
188:6 188:7
188:13
189:13
189:21
190:15
190:18
190:19
191:3 191:4
191:21
192:18
192:18
192:23
193:5
194:15
195:3 195:5
199:12

207:23
210:4
220:16
221:5
224:12
225:1 225:2
228:25
229:2 229:3
229:5
232:21
233:1 233:3
233:23
234:1
234:11
235:3
239:10
239:25
246:6

**Gilmore's**
157:7
246:12

**gist** 246:3

**given** 9:10
18:16
266:21
266:22

**gives** 250:12

**giving**
11:21 67:19
148:18
188:18

**GLD** 109:21
112:2

**glean** 71:9

**Global** 15:2
75:5
76:11
77:7
78:23 80:10
80:25 94:16



**goal** 185:4
264:1 264:3

**gone** 133:4
138:2 142:6
159:24
173:14
212:15
259:20
267:10

**Gordon** 112:2

**gosh** 126:22

**govern** 118:8

**governing**
118:9

**GP** 29:13
34:10

**grade**
144:22
144:25

**granted**
94:2 207:18

**Gray** 8:22 9:8
12:16
14:2
16:23
25:4 25:5
25:19 25:23
25:25
26:2
26:10 26:11
26:24 26:25
27:3
27:11 27:20
28:25
29:8
29:11 29:13
30:4
30:10 30:15

30:22 31:10
33:25 38:10
38:13 40:12
41:11 41:15
41:24 41:25
42:1
44:14
51:9 109:16
120:23
160:6
178:22
179:20
180:5 181:8
186:17
199:16
199:22
200:23
201:6 201:7
201:8 201:9
201:11
215:1 215:4
216:9
216:20
217:5
219:17
219:20
220:9
226:11
232:21
251:5
270:23

**G-r-a-y** 9:9

**GRAY** 8:2 8:24
271:15

**great** 67:1
75:17
79:7
101:7
103:16
113:18

**greater**

114:15
141:7

**greatly**
181:21

**Green** 8:14

**Greg** 105:2
105:3
105:25

**gross** 259:1

**ground** 9:23
68:5 263:9

**group** 58:5
95:3
99:20
100:21
103:12
104:12
160:17
161:19
162:5 162:9
172:18
173:8
241:23

**groups** 95:4
95:17 95:18
95:20

**grow** 70:14

**growing** 70:15
70:16

**guarantee**
41:19 41:22
41:23 41:24
42:4
42:12
117:24
176:25
177:6 178:8

**guaranteed**
42:14

43:1 43:4
83:1

**guarantees**
177:17
177:18

**guess** 10:11
21:2
32:15 65:17
66:10
67:6
87:20
96:4 104:21
158:4 233:6
236:14
266:12
266:12

**guidance**
94:12

**guidelines**
118:25

**guy** 71:5
151:16
154:5
265:24
268:9

**guys** 78:10

---

H

**Hackberry**
79:8 129:14
206:25

**hair** 266:7

**half** 92:7
93:10
108:10
108:11
166:19
179:20
188:11
188:13

194:5
199:16
199:17
219:15

**Hall** 239:4
270:2

**Hamm** 8:14
8:14 48:8
48:11 48:12
58:24
59:3 60:3
61:10 61:12
78:15 78:15
80:18
93:4 112:23
113:2 113:4
143:13
186:14
186:16
186:17
197:4 197:7
197:11
200:11
202:10
206:15
207:15
207:21
209:4
209:10
216:6
216:12
216:15
216:18
216:23
217:6 219:4
219:7 220:6
220:15
222:22
226:14
226:15
227:17
227:20

227:25
228:6
228:10
228:20
229:9
229:12
229:16
229:24
235:19
244:9
244:15
244:20
245:19
263:15
264:5
264:10
265:25
268:4 268:8
268:14
270:21
271:11
271:13

**hand** 8:23
10:22 12:14
44:15
173:19
184:4
236:11
248:6

**handful**
125:21
130:21
187:8

**handle**
93:12
200:18
214:1
223:15
270:19

**handled** 195:3
213:21

223:1

**handles**
223:15

**hands**
261:19
267:12

**hang** 155:9

**Hanging** 173:9

**happen**
49:10 77:15
135:15
163:20
166:9 185:3
243:20
243:24
244:1
245:16
267:13
268:9

**happened** 88:3
104:2
109:23
112:11
115:8
115:14
178:17
188:10

**happens**
177:12
243:15

**happy** 222:17

**hard** 99:10
153:20
235:6

**Harris**
200:3
200:15
200:16
200:18

228:21

**haven't**
39:2 56:1
77:13 122:8
146:7 148:2
186:6 186:6
192:1 194:2
252:23
255:7
264:18

**having** 8:24
55:23 92:24
94:23
163:25
175:22
212:15
239:11
242:15

**head** 10:23
23:10 61:17
62:1
63:12 65:18
83:20
85:7
91:12 99:14
126:20
158:11
185:25
189:7 191:5
201:2
206:14
216:11
217:12
219:19

**health** 19:3
19:6 19:8
19:10 19:15
20:2
20:17 20:20

**hear** 106:3

**heard** 86:21

105:13
116:11
151:8 151:9
151:16
151:20
152:6 203:1
203:15
243:10

**hearing** 178:1

**heartburn**
250:12

**he'd** 268:8

**hedges** 210:17

**held** 169:18
221:17

**He'll** 143:13

**help** 84:7
100:13
113:10
125:5
236:25
237:17
238:16
241:2
241:21
245:3

**helped** 161:18
237:23
261:5

**helpful**
78:9 78:19

**helping** 98:15
153:15
217:25
237:6 237:8
238:1

**helps** 228:1

**herein** 50:4

**here's**
63:23
161:23
227:7 228:1

**he's** 20:8
22:21
23:7
91:23 94:16
94:16 94:17
104:19
104:19
104:23
105:22
106:4 106:4
106:5 112:8
116:21
117:8
134:21
134:24
150:10
153:21
154:1 154:1
154:2 154:4
154:4
156:17
157:8
161:23
172:3
208:14
224:4 224:4
224:4
224:22
234:18
239:8
262:15
262:15
262:16
262:18
265:23
265:23
265:24
265:24

268:10
269:4

**hey** 161:22

**hickey** 265:8

**hierarchy**
13:21

**high** 86:10
86:11 166:3
263:7
263:10

**higher**
53:21 55:13
73:24
188:12
198:4

**highlighted**
174:1 181:4
181:20

**highlighting**
173:24

**Highlights**
249:25

**highly** 149:18
163:2 164:6

**hire** 45:22
145:6 145:9
270:11

**hired** 23:6
66:12 104:7
121:17
121:18
145:11
245:2 270:4

**Hirth** 12:3
12:8 20:5
20:7 20:9
21:8
37:12 37:17

215:8 215:9
215:12
215:21
270:1

**history**
240:21

**Hmm-mm** 25:14

**hold** 45:25
46:1 46:2
202:11

**holder** 150:17

**holding** 30:22

**Holdings**
159:10

**holes** 249:14

**HollyFrontier**
249:19

**Holmes** 245:3

**Holy** 260:11

**HolyFrontier**
257:25
258:5 258:9
259:23
260:8

**honest** 95:5

**honestly**
55:12
114:20
171:5

**honorable**
154:2

**hope** 113:12
113:22
115:3

**hoped**
114:22
114:25

115:2

hopeful 150:7

hopes
113:23
114:10
122:9

hoping 113:22

horse 267:6

hour 25:3
159:24

hourly 25:1

houses 179:23

Houston 103:1
162:6 162:7
200:22

Howes 268:25

Hughes 8:15
78:15 100:8
100:14
110:4
159:13
164:12
178:22
179:20
180:5
186:18
235:1

Hunt 8:9
8:9 9:2 9:3
9:16 9:19
11:11 11:14
11:17 11:19
12:19 12:22
23:20 25:13
25:15
26:8
27:19
28:1 28:4
28:14 28:23

31:23 33:10
36:3 39:6
39:16
40:3
40:10
41:1 41:4
42:3
42:25 43:21
43:24
44:7
44:17 44:19
47:22 48:14
49:8
49:10 49:15
49:21 50:21
51:11 51:23
56:3
57:13
65:9 81:8
83:16 89:16
92:15 92:19
95:23
96:6
96:15 97:12
99:22
102:14
109:1 109:9
111:20
111:22
111:23
112:5
112:25
113:3 113:6
115:13
115:20
120:13
120:17
121:1 160:1
216:20
229:21
229:23
270:16
270:17

271:6

hurt 261:13

hydrologist
66:5

hypotheticall
y 149:10

_____

I

IACX 259:24
259:25
260:4

I'd 37:20
46:12 66:10
78:16 92:20
121:23
123:25
145:6 180:1
185:10
202:25
216:9 227:3
234:22
264:7

idea 47:23
73:12
82:6 110:25
122:6
163:24
187:1
242:12

ideas
163:15
244:4

identificatio
n 12:18
44:16 112:4
115:18
133:20
174:6 181:1
184:6
229:15

235:18
248:4 254:8

identified
121:24
251:14

identify
111:8
241:23

identifying
245:3

ignorance
143:22
242:14

II 8:2 8:24
9:8 9:9
12:16
14:2
16:23 44:14
79:8 83:8
127:18
130:19
208:15
219:17
219:20
232:21
271:16

I'll 9:24
27:23
40:7 80:8
94:6 160:23
160:25
161:1
185:13
202:6 213:6
214:20
227:20
229:5
231:22
244:20
245:24

**I'm** 9:16 9:23
16:19 24:10
40:17
45:9
47:12 49:15
49:25 53:10
55:22 55:22
56:8
63:20 63:22
63:22
68:3 68:4
71:1 71:8
71:8
73:14 73:15
74:10 74:13
76:7
81:15 81:16
82:16
87:1
87:24
98:7
114:6
114:24
115:10
116:17
117:3 117:4
117:7 118:4
123:24
124:12
128:4
128:25
132:6 134:2
134:19
135:5 139:9
139:21
141:2 141:2
141:20
141:20
141:22
143:8
143:10
145:11
148:15

153:25
162:4
162:21
163:18
164:2 164:5
170:23
171:4 171:4
173:18
177:21
178:1 178:4
182:14
184:4 186:8
189:7
189:19
198:13
207:17
207:19
208:12
211:20
214:24
218:19
218:24
219:8
221:19
223:17
230:12
230:24
231:13
232:2
232:16
232:23
233:8 235:7
236:10
238:20
242:14
242:23
245:22
245:24
248:6
248:15
249:24
252:22
260:19

265:9
266:12
266:12
266:13

**immediate**
163:11

**immediately**
47:11 111:8
124:3 268:3

**impetus** 123:6

**important**
173:18

**importantly**
95:15

**improve**
131:15

**inaccurate**
171:2

**inactive**
119:10
119:14
252:16

**Inc** 31:25
56:12
149:25
165:14
186:21
218:22

**inception**
35:19 36:13
168:16

**include** 11:18
20:16 20:19
57:7
80:14 80:22
270:10

**included**
11:11 43:22

43:25
72:8 84:6
86:15

**includes**
20:20
207:19

**including**
13:18
15:3
15:16 15:22
72:2
163:7
209:24

**inclusion**
156:12

**inclusive**
58:19 60:13
72:5 72:6
73:9 123:21
209:17
226:4

**income** 14:14

**Incorporated**
210:23

**incorrect**
56:16 159:5

**increase**
98:21 166:5

**increased**
107:13

**independent**
18:22

**in-depth**
110:3

**individual**
38:13 79:22
103:1
103:14

106:2 129:5
151:12
157:13
203:8 203:9
204:3 245:2
264:19
265:9

**individually**
23:13

**individuals**
21:20 21:22
123:24
149:1
157:10
183:21
197:23

**industry**
54:19 54:20
59:9 67:2
97:14
118:11

**inexpensively**
231:12

**inflow** 260:7

**information**
17:8
47:19 78:10
95:20
160:24
222:16
222:18
239:14
244:6
244:14
248:6
248:19

**infrastructur
e** 72:23

**inherent** 64:3

**in-house**
45:21

**initial**
112:13
187:5
187:13
187:23
189:10
190:16

**initially**
178:6
187:22

**inject** 261:14

**injected** 88:9

**injecting**
67:25 107:2
107:6
107:10

**injection**
107:5
108:12

**injectors**
263:17

**inquiring**
56:18

**insiders**
214:20

**insolvent**
177:2

**install**
106:24

**instance**
71:13
93:3
157:6
214:14
225:1
231:10

236:3
252:20

**instances**
236:2

**instead**
122:13
193:22

**institution**
154:18
231:17
241:12

**institutional**
95:1

**instruct**
161:1

**instructing**
27:7 28:1
28:6

**instruction**
28:20

**instructs**
27:14

**insurance**
20:21
21:6 156:20
251:20
253:3 253:5

**intelligent**
151:15

**intend** 244:16

**intent**
12:15
88:9 110:25
112:17
174:12
244:10
255:9

**intercompany**

246:3 246:9

**interest**
29:18 31:12
32:25
33:3
33:12 33:13
33:25 39:20
40:20 57:22
59:18 75:25
76:5
76:21
77:6 77:8
80:5 80:9
80:13
81:2
82:24 83:12
86:3
89:24
91:5
94:23 100:2
100:5
103:25
104:22
109:10
109:15
124:5 124:9
129:6
130:15
131:1 136:7
138:20
138:24
138:24
144:20
145:4 145:8
152:20
158:19
178:25
180:9
183:12
186:12
187:19
187:19

**NAEGELI**
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

196:9
196:22
196:23
197:21
197:23
198:3 199:7
199:13
199:15
200:23
209:2
213:16
214:9
242:11
265:14
265:15
265:15
268:4

**interested**
102:19
146:14
148:17
178:1
178:14

**interesting**
99:11

**interests**
15:21 15:23
23:19 23:21
62:11 85:12
195:25
196:1
196:20

**internal**
48:18 48:19

**internally**
15:4

**interpreted**
65:24

**interval**
156:7

**intricacies**
155:19
237:12

**introduce** 8:8
150:16

**introduced**
98:22
152:17

**introduction**
150:19

**introductions**
150:22
151:19
161:3
162:13

**invested**
181:24
269:4 269:6

**investigating**
69:14

**investment**
14:20 93:11
93:15 94:20
98:19
185:23
249:24

**investments**
14:14

**investor**
184:8 269:2

**investors**
95:1 184:20
184:22
245:3

**invoice**
237:16

**invoices**
218:9

218:10
218:12

**invoicing**
237:14

**involved**
218:2
242:21

**IR** 245:1
245:2

**irregular**
78:7 78:11

**irrelevant**
55:23

**IRRs** 155:12

**isn't** 75:18
117:2
266:23

**issue** 77:22
88:1
119:3 119:4
218:20
222:10
252:3
265:12

**issued**
88:21 90:1

**issues**
87:24
89:2
95:10 119:5
153:8
177:10
243:5
249:15

**Item** 29:4
29:19 29:20

**items** 24:17
140:21

153:11

**IV** 11:11

**I've** 29:23
54:10
62:9
93:12 97:16
97:19 99:11
104:17
136:11
145:14
145:21
149:1 151:8
151:8
151:16
151:16
152:6
152:18
154:2
161:13
161:18
162:16
162:19
173:14
181:4
221:24
243:25
250:17
264:19

———————
J
**J.T** 120:23

**James** 254:14

**January**
13:4
13:13 14:21
15:2
15:10 15:22
16:22 16:25
17:23
18:3
19:13 19:18

20:13 22:19
22:24 23:22
24:2
25:19 33:19
50:23 81:13
102:2
189:11
189:14
189:17
190:12
191:1 191:9
214:4
232:10
232:12

**Jed** 157:12

**Jesse**
239:10
239:15
239:16

**JH** 207:4

**JIB** 198:6
213:16

**JIBs** 198:14
213:19
214:7 214:9
214:9 223:5

**JOAs** 197:18
197:20
197:22
197:25

**job** 118:24
119:1 151:4
151:18
161:7

**John** 66:7
66:8

**joined** 24:3

**joint** 98:19
179:21

180:14
197:17

**jointly** 41:14

**Jr** 17:19 18:1

**JSA** 68:25

**JSAI** 66:7
69:3

**JT's** 266:4

**judgment**
43:13 43:19
43:20
216:21

**July** 56:5
56:8 90:7
123:1
139:13
139:13
140:12
168:17

**June** 184:8
184:8
184:18
245:12

**junior** 239:11

**Justin** 22:6

---
K
---
**K1** 168:25
169:1

**K1s** 200:6

**Karankawa**
249:5 249:7

**Kay** 23:8
23:10 23:13
24:3 38:4
239:12
239:12

**Kelsey** 9:3

**Kelsi** 8:9
81:7

**kick** 53:7
128:18

**kicked** 90:13

**kicking**
135:16

**kick-start**
108:13

**kills** 238:8

**Kinder** 254:24

**Kirby** 91:20

**knew** 89:15
95:21
107:17
110:6
140:12
140:17
152:11
153:19
153:23
166:4
166:13

**knowledge**
51:8 52:5
52:24
57:5 70:5
71:4
72:16
75:5 75:8
75:22
82:9
87:22
90:6
154:2 168:9
228:16
228:17
231:19

**known** 48:6
66:7
93:13 269:2

**Kodiak** 8:17
41:9
43:12 43:25
77:14
108:21
109:2
120:23
208:19
208:21
209:1 209:1
209:17
216:5
216:20
217:3
218:20
222:10
237:10
257:2 257:6

**Kodiak's**
250:13

---
L
---
**L2661** 90:21

**L3667** 90:21

**label**
230:24
233:9

**lack** 66:23
66:25
108:21
109:8 110:1
110:17
124:25
168:9

**laid** 52:12

**Lake** 79:7
79:7 83:8

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800) 528-3335
NAEGELIUSA.COM

83:23
86:4 86:5
104:24
122:16
124:2
124:14
124:16
126:11
127:11
127:18
127:21
127:25
130:19
154:24
155:3 155:5
156:5 163:5
168:5
205:21
208:14
242:25
243:3 261:1
261:7
261:20
263:15
263:16
264:6 266:2
268:5

**land** 23:10
88:14 88:20
89:1
89:23 90:13
155:19
195:14
239:11
239:14
239:14

**landman**
134:18

**landowners**
68:23

**lands** 67:6

95:12 95:13

**large**
129:18
129:24
167:8
196:19
196:21
263:10

**larger** 57:7
64:4 103:17
104:5
104:14
207:16

**largest**
249:11

**last** 44:9
44:21 44:24
134:3
134:10
156:25
157:24
157:25
170:9
203:21
219:12
249:23
249:25
250:3 256:5
256:21
261:14
269:20

**late** 37:20
54:14 81:22
82:4 98:3
169:22
170:1
171:14
171:15
270:9

**later** 45:20

94:7 157:17

**law** 10:1 50:4
194:25

**lay** 68:6 72:8
72:17 73:17

**Lea** 79:23

**leader** 261:1

**learn** 138:19

**lease** 49:3
49:4 49:4
49:22
50:1 50:1
50:3 50:5
50:7
50:16 50:17
50:22
51:5
51:10 51:16
54:5 54:7
54:21 54:22
55:6
56:12 56:14
56:18 57:21
57:24 57:24
58:7
59:21
61:4 61:6
61:21 62:22
63:3 63:4
63:5 63:9
64:8
64:10 64:11
64:23
65:5
65:21 65:25
80:5 101:25
132:23
134:2
134:13
134:15
136:12

139:17
140:4 140:6
140:9
141:22
141:25
142:2
142:21
144:12
198:17
207:4

**leased**
15:10
142:19
198:24

**leasehold**
138:10

**leases** 51:7
54:21
55:5
55:24 56:19
56:23 56:25
57:8
57:20 57:25
59:12 59:15
59:25 60:21
61:14 61:20
64:2
81:11 91:14
102:1
102:10
133:9
133:10
136:8 142:4
144:11
145:4
146:10
146:14
198:21

**least** 43:21
43:24
148:23

155:15
208:16
265:1

**leaving** 24:20

**ledger** 223:16

**Legacy** 58:1
59:1 59:4
62:13 62:16
86:20
87:6 87:8
87:15 89:10
89:13 89:15
90:10 90:24
91:2
102:6
118:14
118:16
125:18
125:22
125:25
126:3 126:8
126:23
127:5
127:19
128:6 128:9
129:16
129:25
130:4 130:4
130:6
132:20
132:22
137:7
150:10
150:15
164:20
164:25
166:4
169:15
169:18

**legal** 9:8
23:10 54:19

54:20 65:11
84:7 134:21
236:4

**legitimate**
149:25

**lender** 207:12
236:6

**less** 71:21
73:21 107:3
114:22
115:7 115:9
147:13
156:24
171:17
171:19
214:13
231:5

**let's** 44:2
57:13 76:14
92:14
103:16
103:16
133:17
146:21
146:21
157:20
159:24
191:7
206:22
209:12
209:12
211:13
213:7 213:7
231:7 242:5
242:5 242:6
245:17
250:3 250:5
254:6
261:11

**letter** 89:3
115:16

115:24
116:19
116:24
123:9
154:17
174:12
241:11
255:9

**letters**
116:12

**level** 20:25
21:1 223:16
223:16

**levels** 252:2

**liabilities**
41:5 41:8
220:14
230:25
231:25
232:14
232:18

**liability**
13:20 36:23
36:25
41:7
41:11 43:10
45:14 152:7
210:18
216:5 232:7
251:9
251:10

**liable**
42:20 43:12
83:6

**liberal** 266:4

**library** 218:2

**license** 70:22
72:21
89:7
90:19 120:6

120:8

**licenses**
66:15
67:9
70:12 74:15
75:6
75:19
76:8
76:12 76:18
77:9 80:9
81:10
84:8
89:10 90:20
90:23
91:6 119:23
120:2 124:6
131:1

**Licenses-To-
Kill** 238:5

**lien** 83:12
83:18
208:19
208:23

**liens**
206:16
207:18
211:3

**lieu** 75:16

**life** 20:21
21:7 29:4
29:23 33:24
49:2
51:16 51:17

**likewise**
201:23

**Lima** 109:16

**Limestone**
58:5 59:2
59:3 60:3

61:3 61:8
62:16 62:23
62:24
63:9 65:10

**limited** 13:19
15:3
15:16 15:23
17:3 17:6
17:25 18:10
18:15 21:16
26:1
26:15 26:15
26:16
27:2 27:3
27:22
29:4 29:8
30:9 30:9
30:10 30:14
30:14 30:15
30:21 30:21
30:22
31:9
31:10 34:11
35:5
35:14 36:11
37:1
41:13
42:2
43:14 78:20
128:20
128:20
128:21
129:5 159:3
178:23
179:17
180:5
180:10
180:13
185:7
187:10
187:11
187:12

187:13
190:23
199:8
199:11
199:12
199:12
201:11
217:5
218:17
223:19
225:23
227:8
233:14
233:20
240:16
246:25
247:8
247:13
247:19
251:2

**Limited's**
225:5

**line** 52:12
68:13
72:8
72:17 73:17
132:13
243:25

**lines** 68:10
70:7

**liquidated**
165:21

**liquidity**
164:18

**list** 13:5
13:13 13:22
22:12 28:24
29:10 29:16
34:16 34:17
43:8
60:17 82:17

97:13
119:14
150:24
201:1 202:6
221:12
233:20

**listed** 13:1
43:19 58:12
59:24 60:20
75:9 125:16
125:17
150:2
207:19
209:24
214:25
215:22
216:1
216:25
217:2
218:18
219:5
219:17
219:20
220:10
220:16
221:5 222:9
222:11
236:8
236:18
246:3 269:8

**listen**
94:11
146:20
146:20

**lists**
230:25
250:14

**little** 84:3
87:22 92:20
130:14
138:2

148:23
155:1 167:1
186:20
186:24
188:10
195:22
198:4 237:6
262:11

**Livestock**
58:6

**LLC** 8:15 8:16
8:18 8:20
8:21 13:2
13:3
13:10 13:11
15:23 26:12
26:14
29:6 29:9
29:20 29:21
29:21 29:23
30:1 30:2
30:7
30:17 30:18
30:19 30:24
31:1
31:17 31:22
32:3 32:4
32:14 38:17
38:20 205:9
205:10
215:22
216:24
222:11
245:1 245:2
245:20
245:22

**LLCs** 27:2
27:3

**LLJ** 127:9
127:22
127:24

128:11
129:20

**LLP** 8:14 8:19

**loan** 36:18
177:3 190:7
190:11
191:3 191:9
193:10
194:9
207:24
208:4 209:9
226:21
233:14
233:21
234:1 247:7

**loaners**
207:22

**loaning**
164:10

**loans**
169:24
190:12
191:13
191:15
191:19
192:24
193:8 194:1
220:18
233:10
234:8 247:8
247:13
247:18

**locate** 45:13

**located** 68:11
138:9
164:19
200:16
270:6

**Loeb** 8:19
8:19

**logical** 97:10
97:11 268:8

**logically**
125:8

**long** 25:16
65:22 67:10
67:12 85:11
90:3 98:5
98:6 105:14
154:13
156:24
161:9
161:10
161:21
192:6 195:7
224:1

**longer**
24:13
29:9 31:1
36:23 116:2
116:3
116:24
157:23

**long-winded**
164:2
242:24

**lose** 263:13

**loss** 15:20

**lost** 261:13

**lot** 45:12
46:5
73:23 94:23
94:23
113:16
169:24
196:19
213:23
222:16
227:19
231:11

236:25
239:11
239:21
240:21
249:13
262:1

**low** 147:19
265:13

**lower** 55:15
68:3 178:21

**LP** 18:2
32:8
32:12 33:21
86:20 159:2
159:3
217:16
217:19
220:16
221:5

**LTD** 29:23
33:24 187:9

**Lucid** 260:4

**lunch** 121:8
121:14

**lunchbreak**
121:12

**luncheon**
92:17

**Lusk** 79:10
105:5
105:10
129:14
207:2

―――――――
M
―――――――

**ma'am** 9:11
10:4 10:9
10:15 10:20
11:1 11:4

12:13 12:24
13:8
13:17 13:25
14:6
14:12 14:18
14:25
15:8
15:14 15:19
16:2 16:7
16:13 16:18
17:14 17:18
17:21
18:5 18:8
18:13
19:7 19:9
19:11 19:19
19:22 19:24
20:7
20:18
21:3 21:3
21:10 21:12
21:14 21:19
22:2
22:14 23:10
23:17
24:3 25:7
25:9
25:22 25:25
26:4
26:11 26:14
28:9
28:13 28:19
29:2 29:6
30:8
30:13 30:18
30:20 30:25
31:8
31:12
32:1 32:5
32:7
32:11 32:20
32:22
33:1 33:4

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

33:14 33:17
33:23
34:7
34:10 34:15
34:18 34:22
35:21
36:5
36:13 36:21
37:5
37:11 37:25
38:3 38:6
38:9
38:12 38:16
38:19 38:22
39:21
41:7
41:13 41:16
41:18 41:21
41:23
43:3 43:6
43:11 43:13
44:12 44:22
45:19 50:24
52:20
56:7 66:3
66:17
67:7
81:15
82:7
82:12 82:15
82:19
83:2
83:10
84:2 84:7
84:20 85:10
86:18 94:18
96:17 96:20
96:22
98:9 101:14
102:3
102:17
102:22
104:12

105:8
105:17
105:19
108:19
109:14
109:22
111:25
112:10
115:22
119:25
120:3 219:4

**Maceda** 65:1

**Mailbox**
197:15

**mainly** 235:3

**maintain**
75:14 88:11
88:11 263:5
263:6

**maintains**
192:9
201:16

**maintenance**
75:13

**major** 195:14

**majority**
68:22
167:11
196:22
207:8

**man** 91:12
154:2

**manage** 163:16

**manager**
26:1 26:2
157:13

**managing**
160:8 204:3

204:7
205:10

**mandated**
156:15

**manning**
262:12

**manufacturers**
132:9

**March** 24:3
159:11
214:5 255:5

**margin** 73:19

**margins**
263:20

**mark** 12:19
44:17
47:6 112:24
112:25
115:17
133:14
133:17
174:3 174:4
239:1 254:6

**marked**
12:18 44:16
112:4 113:1
115:18
115:19
133:16
133:20
174:6 181:1
184:6
229:12
229:14
235:16
235:17
248:3 254:7

**markers** 45:10
257:23

**market**
48:21 48:21
48:25 69:13
74:14 75:10
93:12 93:21
97:25 98:14
113:21
113:21
121:17
122:14
122:15
122:19
122:24
123:21
124:2
124:24
125:12
145:18
145:22
147:24
147:24
155:20
160:19
161:23
182:9 231:6
241:21
241:25
242:6
248:14
248:19
264:18
265:11
267:25
268:3

**marketable**
155:16
266:17
266:19

**marketed** 74:2
75:6 76:9
80:10 97:21
121:13

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

264:14
264:18
265:2 266:8
266:19

**marketing**
15:3 15:4
46:18
48:2
75:19 75:23
76:7
76:11 76:15
76:17
77:8
78:24 80:18
80:25
87:3 87:4
87:15 92:21
92:22
93:2
93:12 93:17
94:1
94:10 94:15
96:23
97:8
98:13 99:17
104:7 104:8
107:19
113:24
113:25
114:9 121:9
122:13
124:18
124:22
158:17
160:19
161:23
162:18
241:23
242:6
248:13
250:25
258:3

258:10
260:8
270:10

**markets**
163:25

**market's**
270:11

**Marquis**
232:21

**Mary** 29:19
83:15 83:15

**massive**
210:23

**material**
158:17

**materials**
158:15
185:24
248:13

**math** 63:15
63:18
137:19

**matter** 152:20
244:2

**matures**
158:13

**maturity**
158:9

**max** 107:7

**may** 26:21
26:21 86:20
86:22 99:13
142:1 142:1
150:9
161:23
162:24
163:10
163:10

165:16
205:6 207:7
236:2
244:12
246:22
261:10

**maybe** 94:25
95:1
110:8
126:22
144:17
154:16
154:16
161:24
172:4 182:9
182:11
182:11
189:13
198:4 260:2
262:1

**M-c** 207:6

**McCkee** 207:6

**McClure**
166:13
166:14
166:18
207:4

**Mcf** 259:15

**McMinn** 106:2

**MDQ** 174:24
176:4 176:8

**MDQs** 175:21

**mean** 39:11
45:4 45:6
45:17 59:22
63:5
93:10 93:13
93:23
95:9 98:20

99:7 108:24
111:13
113:22
133:4
134:21
143:22
148:17
149:10
149:20
152:10
158:9
160:12
161:14
162:21
163:10
164:1 164:5
165:6
169:11
169:22
170:25
175:18
180:7 182:7
182:15
188:7
189:16
193:13
208:9
221:24
221:25
223:25
227:12
231:5
231:15
237:8
240:20
241:16
252:21
264:3
264:21
266:16
267:17
270:11

19-70106-smr Doc#232-1 Filed 11/27/19 Entered 11/27/19 11:01:45 Exhibit Deposition Transcript of Everett Willard Gray - II Pg 327 of 375

Everett Gray, II          October 23, 2019    (ND1)Assign#32797-1          Page 327

meaning 71:17
  71:17 76:14
  86:3
  94:24
  107:25
  138:5
  163:21
  163:21
  163:21
  166:3
  182:16
  221:17
  252:2
means 45:19
  263:8
meant 121:16
mechanical
  249:15
media 14:20
mediation
  179:5
meet 100:8
  176:8
meeting
  202:16
  202:17
meetings
  202:11
  202:12
  202:13
  202:15
megawatts
  144:22
member 120:10
  120:10
  160:8 204:7
  205:10
members 24:17

86:14
memorandum
  185:12
  248:7
  248:19
memory 121:11
men 147:10
mention 103:6
mentioned
  20:16 21:21
  29:23 36:11
  64:5 74:5
  74:17 92:22
  96:12
  106:12
  124:12
  124:13
  145:22
  185:2 226:2
  238:9
  264:17
  269:12
mentioning
  254:19
mercy 118:7
merger
  101:2 101:4
  203:21
Mescalero
  29:22 30:12
mess 98:12
messed 177:1
met 120:24
  150:9
  150:16
  151:16
methodologies
  66:17

67:8 69:5
methodology
  69:17 71:18
  73:18
Mexico
  66:19 66:25
  67:2 69:7
  69:14 79:23
  87:14 88:14
  89:10 89:25
  95:7 106:14
  118:3
  118:25
  119:6
  119:11
  119:16
  166:8 251:8
  251:24
  252:5
  252:16
mezzanine
  98:19
Michael 82:18
  93:13 94:15
  208:13
  209:8
mid 189:16
Midland
  21:8 100:23
  103:3 161:4
  162:5
  172:14
  172:24
  200:17
  203:8 270:7
Midstream
  29:20 29:25
  38:20
  174:13
  174:14

176:6
  178:16
  178:17
  215:22
  222:11
  222:20
  254:19
  255:17
  255:20
  255:22
mile 255:1
miles 72:19
  73:2
million
  35:8 85:6
  92:7 113:16
  114:2
  131:12
  132:15
  166:16
  166:19
  166:23
  167:10
  183:3 194:5
  206:9
  210:18
  233:24
mind 69:20
  122:1 122:5
  163:4 163:6
  176:21
  183:15
  227:23
  241:16
mine 181:5
minerals
  160:20
minimum
  51:1
  51:15 52:16

52:25 53:10
53:14
54:3
55:16 57:19
59:11 59:17
60:7
60:11 60:14
60:16 61:14
61:23 71:18
133:11
134:7 134:9
134:14
135:6
135:11
135:16
136:16
141:9
141:13
141:14
141:19
143:23
149:7 149:9
149:21
174:24
221:17

**minus** 65:15
128:15
129:8

**minute**
57:11 92:13
199:6
218:25

**minutes**
120:13
202:17
202:17
202:19

**miscibility**
75:14 88:12

**missed**
49:15 65:13

**misstate** 60:6

**misstating**
117:5

**mistake** 215:3
215:25
227:11

**Mm-hmm** 17:9
47:20 56:10
64:6 76:4
79:9 110:15
114:14
120:7
133:19
154:3
165:25
169:9
179:15
181:7
185:22
189:4
210:16
219:1
232:19
236:9
236:19
237:21
238:4
238:24
239:6
239:19
240:12
255:6
255:19
257:24
265:16

**model** 149:6
149:10
153:15
155:11
172:24

**modeling** 16:8

**Monday**
123:4 125:7
125:8 125:9
203:21

**monetary**
146:21

**money** 13:1
13:9
16:21 16:24
17:5
17:12 18:12
25:18
26:9 32:9
32:18 33:15
33:19 34:12
34:23 34:25
35:2 36:1
36:4 37:3
37:9
37:12
38:1 38:4
38:7
38:10 38:14
38:18 38:21
38:25
156:10
157:9 163:1
164:10
169:10
170:18
170:21
180:12
181:24
182:23
188:19
197:15
198:18
199:3 200:5
217:9 222:2
222:23
235:5 240:1
243:11

246:6
246:11
247:13
253:14
257:19
257:21
258:7

**monies**
25:20 163:7
170:9
188:19
222:20
257:6

**Montgomery**
105:22
105:24

**month** 19:16
20:23
21:4 21:5
22:23
23:2 23:3
23:4 23:5
23:25
168:11
168:13
169:8 169:8
176:18
179:13
180:18
219:14
256:8
257:12
257:16
261:14
263:1 264:8
269:20
270:9

**monthly** 22:21
23:24 24:25
54:3
59:11 59:17

60:7
60:11 61:14
61:23
143:24
168:10
180:4 180:8
218:7 218:8
218:8
240:22

**months** 23:7
25:17
89:2
107:3
108:19
161:10
161:10
173:1
177:11
199:18
252:18
252:24

**Monty**
105:22
105:24

**monumental**
243:19

**moratorium**
89:3

**morning** 8:9
9:3 9:5
47:11
116:15
116:16
156:12

**mostly** 162:16
214:20

**motions**
14:8 14:9

**mouse** 228:1

**move** 72:23

110:8

**moved** 219:9
219:11

**moving** 110:14
157:7 157:7
163:16

**multiple**
75:14
78:7 257:22
259:24
268:23

**multitude**
45:6
98:18 101:1
107:1

**Murray** 261:24

**myriad** 154:25

**myself**
21:16 35:14
36:22 36:25
42:14 42:22
112:3 140:3
150:16
174:8 179:7
182:21
183:3 201:6
201:6 243:6

——————
N
——————

**Nancy** 29:20
30:1

**National**
212:11
212:12
213:10

**nature**
10:23
95:2
224:1 236:6

**necessarily**
216:8

**necessary**
198:19

**necessity**
70:10

**negative** 95:8
98:24 101:6
106:18
256:23
259:17

**negotiate**
68:20 89:23
211:8
237:23

**negotiated**
153:2
176:13
177:9

**negotiating**
72:3 154:13

**negotiations**
72:7

**net** 48:10
51:13
93:8 93:8
95:21
96:3 97:1
122:4
123:23
259:16
264:10
264:11
265:13
265:15
268:1

**Netherland**
151:14

**netting** 264:5

**Nevada** 159:10
159:14

**newly** 144:12

**Niagara** 207:6

**N-i-a-g-a-r-a**
207:6

**niche** 93:21

**nine** 107:3

**NMOCD** 119:10

**Nobody** 170:23

**nods** 10:23

**non** 84:3
105:25
106:9
122:10
123:15
131:21
267:24

**non-caprock**
44:24

**non-Caprock**
77:3
80:21
83:9
87:12
93:8 102:20
104:8
104:16
121:9
121:13
122:13
122:19
123:17
124:19
124:23
125:12
259:6
267:14

267:23

**non-cash** 95:7
97:24 98:12

**None** 26:11
37:8
147:2
203:14

**non-op** 197:18
197:23
214:14

**nonoperating**
196:9

**non-operating**
14:14
197:21
213:16
214:8 214:8

**non-ops**
214:12

**Non-producing**
107:24

**non-recurring**
85:25 86:9

**nonresponsive**
95:22
105:18
105:19
108:22
108:25

**Non-**
**responsive**
96:14

**nor** 26:19
30:5
30:10 30:15
30:25
31:6 204:16

**normal**

222:7 222:7

**North** 79:7
83:23
86:4 86:5
104:24
122:16
124:2
124:14
124:15
126:11
127:11
127:21
127:24
154:24
155:3 155:5
156:5 163:5
168:5
205:21
242:25
243:3 261:1
261:6
261:20
263:15
263:16
264:5 266:2
268:5

**Nos** 14:9

**note** 35:24
35:25 36:21
36:24
37:1 39:7
39:15 39:18
39:19 39:22
40:7
42:15
78:8 163:14
188:2 188:6
188:9
188:17
188:18
189:5
191:23

191:24
192:10
192:15
193:11
193:20
194:10
194:11
194:14
219:24
220:19
221:7
225:24
225:25
226:1
226:20
226:22
227:1
232:17
233:17

**notes** 35:10
35:11 35:17
189:1 189:2
189:2 195:4
195:17
210:3 211:1
220:1
220:22
220:23
221:3 221:9
221:10
235:2
237:20

**nothing**
18:3
51:19
103:19
111:10
140:6
158:22
159:17

**nothing's**

215:4

**Notice**
12:15 77:13

**noticed**
158:21
222:17

**noticing** 78:7

**November**
219:11
241:14
243:13
270:9

**NRI** 265:14

**NSAI** 151:14

---

O

**oath** 9:25
10:1

**object**
95:22
108:22
108:24

**objected**
77:14

**objection**
27:5
27:24 28:16
28:21 78:18
96:14 99:18
134:20
142:5 143:4
160:22
200:10
267:3
267:16

**objections**
27:12

**obligated**

140:14

**obligations**
222:4

**obtain**
88:25 89:17

**obtained**
119:24

**Obulaney**
254:14

**obviously**
23:2
57:18
98:4 98:8
99:7
100:7
103:14
107:20
109:24
123:14
124:25
146:17
153:7 157:3
159:14
162:17
208:9
243:18
246:8

**occasion**
130:5 130:5

**occasionally**
172:14

**Occidental**
99:12

**occur** 101:4
163:22
164:14
246:9

**occurred**
131:18

131:19
164:17
189:11

**o'clock**
203:23
203:24
204:2

**October** 8:4
122:22
187:3
187:15

**offer** 46:23
103:9
103:10
105:11
109:23
110:19
110:22
112:13
112:14
112:19
112:22
113:8
115:15
115:15
116:1 116:7
123:9 133:1
146:5
146:19
147:14
147:17
148:3
148:17
149:25
152:8
152:10
152:19
174:14
175:6 175:8
197:1 204:4
241:10

242:8 245:5

**offered** 105:5
111:11
147:6
149:15
175:12
178:14
178:20

**offering**
55:19 101:9
245:4

**offers** 75:2
97:22 97:23
109:19
109:21
267:1
267:10

**office** 21:9
24:16 67:18
88:14 89:23
157:8 172:4

**officer**
157:13

**offices**
95:1 157:7

**official** 8:10
202:12
202:16
202:19

**officially**
31:5 189:16

**off-set** 45:13

**oh** 24:10 29:7
31:21 55:25
58:17 91:12
96:2
96:20 96:22
100:18
103:6

107:17
116:5
118:17
126:22
127:9 132:7
141:21
143:8
143:14
143:17
152:12
165:10
166:24
171:19
172:18
174:10
176:21
178:3
178:17
183:7 186:8
188:5 191:7
195:9 199:5
201:6
206:18
208:13
208:25
221:4
236:16
236:16
236:16
237:24
245:9
252:20
255:21
267:24
268:18

**oil** 8:11 8:15
8:20 8:21
9:14 9:15
10:17
13:2 13:2
13:10 13:11
15:9

**NAEGELI**
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

| | | | |
|---|---|---|---|
| 15:23 | 42:19 42:19 | 180:12 | 193:22 |
| 17:3 17:5 | 43:4 | 182:20 | 193:23 |
| 17:16 | 43:14 45:15 | 182:21 | 193:24 |
| 18:2 | 58:25 | 186:18 | 194:2 194:4 |
| 18:17 | 59:9 67:1 | 186:21 | 194:16 |
| 19:3 19:5 | 67:25 | 186:21 | 195:14 |
| 20:8 | 83:4 | 187:2 187:3 | 195:23 |
| 21:16 | 85:12 | 187:6 187:9 | 195:24 |
| 26:3 26:6 | 88:2 | 187:13 | 195:25 |
| 26:15 26:16 | 88:15 88:19 | 187:16 | 196:4 196:7 |
| 27:2 | 88:22 93:14 | 187:17 | 196:10 |
| 27:21 | 93:20 93:22 | 187:18 | 196:21 |
| 29:8 | 108:14 | 187:21 | 197:21 |
| 29:12 29:17 | 117:10 | 187:22 | 198:1 198:2 |
| 30:3 30:4 | 118:7 | 188:7 | 198:6 198:7 |
| 30:6 30:8 | 118:11 | 188:10 | 198:12 |
| 30:9 | 119:5 | 188:16 | 198:16 |
| 30:13 30:14 | 119:11 | 188:20 | 198:19 |
| 30:20 30:21 | 127:23 | 189:5 | 198:19 |
| 31:7 31:9 | 128:14 | 189:15 | 198:25 |
| 31:9 | 128:20 | 189:20 | 199:2 199:2 |
| 31:13 31:16 | 128:20 | 189:21 | 199:7 |
| 31:17 31:21 | 145:22 | 189:21 | 199:12 |
| 31:22 31:25 | 149:24 | 189:25 | 199:13 |
| 32:2 32:3 | 150:12 | 190:3 190:7 | 199:14 |
| 32:4 32:7 | 154:5 159:2 | 190:17 | 199:15 |
| 32:12 33:18 | 159:3 | 190:18 | 199:23 |
| 33:21 | 159:10 | 190:19 | 199:25 |
| 35:5 35:6 | 159:21 | 190:20 | 200:4 200:5 |
| 35:11 35:13 | 160:9 160:9 | 191:3 191:3 | 200:24 |
| 35:14 35:16 | 160:18 | 191:4 | 201:5 201:8 |
| 35:18 35:19 | 162:22 | 191:10 | 201:12 |
| 36:9 | 164:9 | 191:11 | 201:14 |
| 36:22 | 165:14 | 191:16 | 201:18 |
| 37:1 37:3 | 166:18 | 191:21 | 202:11 |
| 39:8 | 168:21 | 192:18 | 203:9 |
| 39:14 40:16 | 172:15 | 192:19 | 203:11 |
| 40:20 | 177:12 | 192:22 | 204:19 |
| 41:6 | 178:22 | 192:23 | 204:21 |
| 41:13 41:17 | 179:11 | 193:8 | 204:23 |
| 41:19 | 179:17 | 193:13 | 205:9 |
| 42:1 42:7 | 180:4 | 193:19 | 205:10 |
| 42:8 | 180:10 | 193:20 | 205:12 |



| | | | |
|---|---|---|---|
| 207:23 | 222:24 | 239:20 | 265:19 |
| 210:4 210:4 | 223:3 223:4 | 239:23 | **okay** 9:12 |
| 210:6 | 223:4 223:5 | 239:25 | 9:23 11:2 |
| 211:18 | 223:6 | 240:1 240:3 | 11:8 |
| 211:18 | 223:13 | 240:3 | 11:10 11:14 |
| 211:25 | 223:14 | 240:16 | 11:17 11:25 |
| 212:3 | 223:17 | 240:24 | 12:2 12:4 |
| 212:13 | 223:20 | 241:4 | 12:7 |
| 212:13 | 224:12 | 243:24 | 12:10 12:14 |
| 213:7 | 224:12 | 245:20 | 12:21 |
| 213:16 | 224:20 | 245:22 | 13:9 14:1 |
| 213:22 | 225:5 | 246:2 246:2 | 16:19 16:19 |
| 214:1 214:1 | 225:11 | 246:6 246:7 | 17:4 |
| 214:9 | 225:16 | 246:8 | 17:12 17:15 |
| 214:24 | 225:20 | 246:10 | 17:22 |
| 215:9 | 226:17 | 246:11 | 18:6 18:9 |
| 215:12 | 227:16 | 246:15 | 18:11 18:24 |
| 215:17 | 227:16 | 246:15 | 19:4 |
| 215:23 | 227:17 | 246:17 | 19:18 |
| 216:1 216:2 | 228:8 | 246:23 | 20:3 20:5 |
| 216:24 | 228:21 | 246:25 | 20:9 |
| 216:25 | 228:25 | 247:5 247:8 | 20:12 |
| 217:5 217:8 | 229:2 229:3 | 247:9 247:9 | 21:8 |
| 217:9 | 230:18 | 247:12 | 21:21 21:25 |
| 217:14 | 230:18 | 247:12 | 22:3 22:9 |
| 217:20 | 231:22 | 247:18 | 22:22 |
| 218:17 | 231:24 | 247:19 | 23:6 23:8 |
| 218:18 | 231:24 | 247:19 | 23:13 24:19 |
| 218:22 | 232:9 233:3 | 247:21 | 24:22 |
| 218:24 | 233:3 | 249:18 | 25:6 26:2 |
| 219:3 219:5 | 233:14 | 251:2 252:5 | 26:20 26:25 |
| 219:16 | 233:23 | 252:17 | 28:1 |
| 219:21 | 234:1 234:9 | 257:19 | 28:11 28:15 |
| 219:23 | 234:11 | 258:11 | 29:10 29:15 |
| 220:10 | 235:3 | 259:5 263:8 | 29:25 31:24 |
| 220:16 | 235:20 | **Oilfield** | 32:6 |
| 221:5 | 235:21 | 29:21 | 33:15 33:24 |
| 221:12 | 235:22 | **Oil's** | 34:5 |
| 221:13 | 235:23 | 200:19 | 34:16 35:16 |
| 221:14 | 236:1 236:3 | 232:13 | 36:1 |
| 222:12 | 236:10 | **ointment** | 36:11 36:23 |
| 222:20 | 237:24 | | 37:6 38:1 |
| 222:23 | 239:13 | | |

| | | | |
|---|---|---|---|
| 38:4 39:2 | 62:7 | 87:20 88:13 | 108:3 |
| 39:5 | 62:10 62:14 | 88:17 88:23 | 108:15 |
| 39:20 | 62:17 | 89:9 | 109:5 |
| 40:3 | 63:4 | 89:12 90:18 | 110:19 |
| 40:11 | 63:10 63:16 | 90:23 91:17 | 110:24 |
| 41:3 | 63:19 63:23 | 92:2 | 111:10 |
| 41:14 41:19 | 64:9 | 92:10 92:12 | 111:15 |
| 42:16 42:24 | 64:15 64:17 | 92:20 | 111:16 |
| 43:8 | 64:25 | 94:8 | 111:21 |
| 43:17 | 65:4 | 94:14 94:19 | 112:6 113:2 |
| 44:2 44:8 | 65:13 65:16 | 94:21 95:25 | 113:11 |
| 46:7 | 65:19 | 96:2 96:7 | 113:17 |
| 46:15 46:21 | 66:1 67:3 | 96:12 96:18 | 114:3 |
| 46:25 | 67:12 | 96:21 96:25 | 115:12 |
| 47:3 47:8 | 68:8 | 97:13 97:18 | 116:2 116:5 |
| 47:14 47:17 | 68:13 68:21 | 98:1 | 116:8 |
| 47:21 48:15 | 69:9 | 98:13 | 116:10 |
| 49:7 | 69:16 69:25 | 99:1 99:8 | 116:14 |
| 49:10 | 70:2 70:8 | 99:16 99:23 | 116:20 |
| 50:7 | 70:12 72:13 | 100:11 | 116:24 |
| 50:10 50:12 | 72:20 72:25 | 100:14 | 117:6 |
| 50:25 | 73:5 | 100:17 | 117:18 |
| 52:1 | 73:11 73:23 | 100:24 | 117:24 |
| 52:11 53:19 | 74:2 74:6 | 101:4 | 118:6 |
| 53:23 | 74:18 74:24 | 101:12 | 118:12 |
| 54:7 | 75:2 | 101:15 | 118:18 |
| 54:10 54:15 | 75:22 76:17 | 101:20 | 119:5 |
| 54:18 54:24 | 76:21 | 102:2 102:6 | 119:19 |
| 55:2 55:5 | 77:7 | 102:18 | 120:4 120:6 |
| 55:14 55:18 | 78:22 79:15 | 103:5 103:9 | 121:20 |
| 55:21 55:23 | 80:3 | 103:21 | 121:25 |
| 56:4 | 80:24 | 104:2 | 122:5 122:8 |
| 56:17 56:21 | 81:6 | 104:15 | 122:12 |
| 57:3 | 81:13 81:19 | 104:25 | 122:22 |
| 58:15 58:18 | 82:8 | 105:3 105:9 | 123:4 |
| 58:23 | 82:10 | 105:16 | 123:19 |
| 59:8 | 83:9 | 105:24 | 124:4 |
| 59:24 | 83:21 84:16 | 106:12 | 124:18 |
| 60:2 | 85:5 85:8 | 106:18 | 124:18 |
| 60:11 60:17 | 85:17 | 106:21 | 124:21 |
| 60:20 60:23 | 86:7 | 107:9 | 125:3 125:7 |
| 61:9 | 86:19 86:24 | 107:15 | 125:11 |
| 61:12 61:23 | 87:3 87:7 | 107:18 | 125:16 |



| | | | |
|---|---|---|---|
| 125:20 | 136:21 | 152:14 | 167:2 167:7 |
| 126:1 126:4 | 136:24 | 152:16 | 167:12 |
| 126:10 | 137:3 137:8 | 153:7 154:6 | 167:18 |
| 126:15 | 137:17 | 154:16 | 167:22 |
| 126:19 | 137:22 | 154:19 | 167:25 |
| 126:23 | 138:22 | 155:5 155:9 | 168:7 |
| 127:9 127:9 | 139:2 139:6 | 155:13 | 168:12 |
| 127:10 | 139:14 | 155:18 | 168:15 |
| 127:14 | 140:2 | 155:24 | 168:17 |
| 127:24 | 140:17 | 156:6 156:8 | 168:19 |
| 128:8 | 140:19 | 156:24 | 168:24 |
| 128:15 | 140:24 | 157:15 | 169:2 169:7 |
| 128:22 | 141:5 141:8 | 158:5 158:7 | 170:3 |
| 129:6 | 141:12 | 158:12 | 170:12 |
| 129:13 | 141:23 | 158:15 | 170:15 |
| 129:15 | 142:4 | 159:8 | 171:3 |
| 129:21 | 142:14 | 159:10 | 171:14 |
| 130:3 130:7 | 142:22 | 159:15 | 171:17 |
| 130:9 | 143:5 143:8 | 159:19 | 171:20 |
| 130:11 | 143:10 | 159:23 | 172:2 172:6 |
| 130:16 | 144:8 | 160:1 160:6 | 173:2 173:8 |
| 130:18 | 144:16 | 160:10 | 173:10 |
| 130:20 | 144:19 | 160:14 | 174:14 |
| 130:23 | 145:3 145:7 | 160:18 | 174:17 |
| 131:8 | 145:25 | 161:2 161:6 | 175:8 |
| 131:13 | 146:8 | 161:9 | 175:14 |
| 131:15 | 146:11 | 161:11 | 175:16 |
| 132:4 | 146:25 | 161:16 | 177:11 |
| 132:19 | 147:6 | 161:20 | 177:21 |
| 132:22 | 147:14 | 162:9 | 178:6 178:7 |
| 133:2 | 147:16 | 162:11 | 178:19 |
| 133:13 | 148:5 148:7 | 162:24 | 178:22 |
| 134:12 | 149:15 | 163:9 | 178:25 |
| 134:16 | 149:17 | 163:12 | 179:2 179:4 |
| 135:3 135:6 | 149:23 | 164:25 | 179:13 |
| 135:11 | 150:7 | 165:14 | 179:20 |
| 135:15 | 150:13 | 165:19 | 180:9 |
| 135:20 | 150:19 | 165:23 | 180:12 |
| 135:24 | 150:24 | 166:1 | 180:21 |
| 136:1 136:4 | 151:10 | 166:15 | 180:24 |
| 136:7 | 151:19 | 166:17 | 181:11 |
| 136:13 | 152:2 152:2 | 166:23 | 181:18 |
| 136:16 | 152:5 152:9 | 166:25 | 182:5 182:7 |

| | | | |
|---|---|---|---|
| 182:13 | 203:18 | 239:3 | 253:16 |
| 182:22 | 205:11 | 239:17 | 253:19 |
| 182:25 | 205:14 | 240:19 | 254:5 |
| 183:5 | 206:24 | 241:17 | 255:12 |
| 183:15 | 207:1 | 242:17 | 255:15 |
| 183:18 | 207:22 | 243:7 | 255:24 |
| 184:1 184:4 | 207:24 | 243:15 | 256:9 |
| 184:10 | 208:11 | 244:10 | 256:15 |
| 184:12 | 208:21 | 244:19 | 256:20 |
| 184:18 | 209:5 | 245:5 | 257:5 |
| 184:23 | 209:11 | 245:10 | 257:12 |
| 185:1 185:7 | 209:13 | 245:19 | 258:1 258:4 |
| 185:12 | 210:2 210:9 | 246:10 | 258:13 |
| 185:14 | 210:25 | 246:17 | 258:18 |
| 185:21 | 211:6 | 246:20 | 258:25 |
| 186:24 | 211:21 | 246:25 | 259:7 |
| 187:4 187:7 | 212:2 212:9 | 247:7 | 259:11 |
| 187:16 | 212:21 | 247:12 | 259:21 |
| 188:5 | 213:9 | 247:15 | 260:5 260:7 |
| 188:21 | 213:13 | 247:18 | 260:13 |
| 188:24 | 218:12 | 247:22 | 260:21 |
| 189:7 | 218:15 | 247:23 | 260:23 |
| 189:18 | 218:24 | 248:17 | 260:25 |
| 190:2 | 218:25 | 248:24 | 261:2 |
| 190:10 | 219:16 | 249:1 249:9 | 261:12 |
| 190:17 | 222:4 | 249:18 | 261:19 |
| 191:9 | 223:17 | 249:20 | 261:23 |
| 191:18 | 223:19 | 249:24 | 261:25 |
| 193:10 | 224:25 | 250:6 | 262:8 |
| 193:15 | 226:14 | 250:16 | 262:12 |
| 193:16 | 227:7 228:2 | 250:19 | 262:14 |
| 194:9 | 228:9 | 250:24 | 262:23 |
| 194:14 | 230:16 | 251:12 | 264:20 |
| 195:10 | 232:12 | 251:15 | 264:25 |
| 195:23 | 232:16 | 251:17 | 265:4 |
| 197:10 | 233:8 | 251:20 | 265:20 |
| 197:20 | 234:17 | 251:25 | 266:15 |
| 199:20 | 235:15 | 252:10 | 266:21 |
| 201:11 | 236:17 | 252:12 | 266:23 |
| 202:1 202:8 | 236:23 | 252:14 | 267:18 |
| 202:14 | 237:2 237:7 | 253:2 253:6 | 267:20 |
| 202:20 | 238:7 | 253:10 | 268:8 269:1 |
| 202:23 | 238:20 | 253:13 | 269:10 |


NAEGELI DEPOSITION & TRIAL    (800) 528-3335    NAEGELIUSA.COM

| | | | |
|---|---|---|---|
| 269:13 | 54:10 54:15 | 69:22 69:25 | 90:23 |
| 269:17 | 54:18 54:24 | 70:2 70:8 | 91:2 91:5 |
| 269:23 | 55:2 55:5 | 70:12 70:17 | 91:9 |
| 269:24 | 55:9 | 70:21 | 91:11 91:17 |
| 270:13 | 55:14 55:18 | 71:2 71:5 | 91:21 91:23 |
| **old** 154:4 | 55:21 | 71:8 | 92:2 92:5 |
| 239:15 | 57:4 | 71:12 71:16 | 92:8 |
| | 57:10 58:12 | 71:20 71:22 | 92:10 92:12 |
| **older** 154:4 | 58:15 58:18 | 72:2 72:6 | 95:22 |
| **Oldham** 8:17 | 58:21 58:23 | 72:9 | 96:1 |
| 8:17 | 59:5 59:8 | 72:11 72:13 | 96:14 102:8 |
| 23:18 25:10 | 59:15 59:17 | 72:18 72:20 | 102:10 |
| 26:5 27:6 | 59:22 59:24 | 72:25 | 108:22 |
| 27:11 27:17 | 60:2 60:6 | 73:5 | 108:24 |
| 28:3 28:5 | 60:11 60:17 | 73:11 73:14 | 109:6 114:6 |
| 28:20 | 60:20 60:23 | 73:23 | 114:11 |
| 33:9 | 61:1 61:4 | 74:2 74:6 | 114:14 |
| 35:23 | 61:7 61:9 | 74:9 | 114:19 |
| 36:1 | 61:13 61:18 | 74:12 74:14 | 114:22 |
| 38:24 | 61:23 | 74:18 74:20 | 114:25 |
| 39:2 39:5 | 62:2 62:4 | 74:22 74:24 | 115:4 115:6 |
| 39:11 40:24 | 62:7 | 75:2 75:5 | 115:10 |
| 41:3 | 62:10 62:14 | 75:9 | 115:12 |
| 41:24 42:17 | 62:17 62:21 | 75:17 75:22 | 120:22 |
| 42:24 43:18 | 62:24 | 76:2 76:4 | 120:23 |
| 43:23 | 63:1 63:4 | 76:7 | 123:12 |
| 44:2 | 63:7 | 76:11 76:17 | 123:13 |
| 45:25 | 63:10 63:13 | 76:21 76:24 | 133:14 |
| 46:4 46:7 | 63:16 63:19 | 77:1 77:7 | 133:17 |
| 46:11 46:13 | 63:22 | 77:11 77:20 | 133:21 |
| 46:15 46:19 | 64:6 64:9 | 78:14 78:22 | 133:23 |
| 46:21 46:25 | 64:12 64:15 | 79:1 79:4 | 134:23 |
| 47:3 47:8 | 64:17 64:21 | 79:9 | 135:3 135:4 |
| 47:12 47:14 | 64:25 | 79:12 79:15 | 138:25 |
| 47:17 47:21 | 65:2 65:4 | 79:17 79:25 | 139:5 |
| 49:13 50:13 | 65:7 67:9 | 80:3 80:7 | 141:18 |
| 50:15 50:18 | 67:12 67:21 | 80:16 80:21 | 142:7 143:6 |
| 51:18 51:20 | 67:24 | 80:24 | 143:12 |
| 51:22 52:25 | 68:3 68:8 | 81:4 81:6 | 143:15 |
| 53:5 53:9 | 68:13 68:17 | 88:18 88:23 | 143:21 |
| 53:16 53:19 | 68:21 68:24 | 89:1 89:5 | 148:9 |
| 53:23 | 69:4 69:9 | 89:9 | 148:11 |
| 54:3 54:7 | 69:16 69:20 | 89:12 90:19 | 148:16 |

156:19
156:21
158:8
158:12
158:14
159:24
160:5 161:2
161:5
173:14
173:16
173:20
173:22
174:5 174:7
175:3 175:5
180:3
180:25
181:2
181:13
184:7 186:1
186:4 186:6
186:9
186:12
196:25
197:5
197:10
208:23
209:2 209:7
217:4
227:15
228:5 228:8
228:18
244:23
244:25
247:24
248:2 248:5
254:6 254:9
264:13
266:3 267:5
267:8
267:18
267:22
268:12
268:18

271:1 271:7
271:9

**one-off** 79:22
80:12 80:22
81:1
124:8 127:1
127:15
128:16
129:8
130:21
259:14
260:14
260:18

**one-offs**
45:12
80:1 260:19
261:25

**one-page**
115:15

**ones** 21:25
99:14
126:10
177:25
207:7
221:20
230:22
247:3

**one's** 169:1

**one-third**
129:6
189:22

**one-time** 84:4

**ongoing** 66:20
66:23

**op** 73:21
166:3

**open** 82:2
212:18
213:3

250:15

**operate** 95:14
120:5 120:8
196:6 222:1
243:11
243:16
257:5

**operated** 34:2
187:3
196:10

**operates**
60:25 196:1

**operating**
8:21 9:15
13:3
13:11 14:13
15:23
19:5 20:8
32:4
42:19
70:1 70:5
71:21 74:19
74:20 135:7
135:11
160:9 166:4
186:21
187:2
195:23
196:1 196:3
196:4 196:6
196:11
197:16
197:17
197:20
198:1 198:6
198:12
198:17
198:19
198:20
198:24
198:24

199:3
201:24
202:14
203:13
205:10
211:14
211:18
211:19
211:20
211:23
211:25
212:13
214:24
215:9
215:12
215:17
215:23
216:1 216:2
216:25
217:9
217:14
217:20
218:18
221:14
221:19
222:1
222:24
223:3 223:4
223:5 223:8
223:14
227:16
230:18
234:9
235:20
235:21
235:23
235:25
237:15
240:1
240:24
245:20
246:2 246:7
246:11

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

246:17
246:20
247:5
247:10
247:19
252:8 252:9

**Operating's**
214:1

**operation**
135:21
135:24
136:1
202:18

**operational**
85:1
134:6
257:10

**operations**
8:16 20:8
30:16
31:6 50:4
134:15
135:19
159:16
159:22
186:18
211:21
212:19

**operator**
156:1 156:2
156:4 156:4
175:22
256:17
265:18
265:21

**operators**
45:13
89:5 119:15

**opinion**
137:18

147:17
147:20
147:22

**opposed** 54:21
66:21
143:23
155:9
178:15
247:9
252:24

**options** 75:14

**order** 45:10
82:5
108:7 119:9
125:12
263:5
263:25

**organizationa
l** 13:21

**original**
54:13 102:1
107:22
190:11
270:18

**originally**
50:19 149:6
161:14
177:8

**Oscar** 29:21

**OSE** 67:18

**others**
99:13 127:4
155:9 187:8
207:3
208:18
238:3 242:2
249:9
258:21
259:13

**otherwise**
136:2

**ourselves**
169:14
170:10

**outcome** 46:18
46:21 46:22
163:2 163:4
164:2

**outfit** 160:18

**outlets** 14:20

**outliers**
126:18

**outright**
66:21 101:3
101:8
101:11
101:13
177:5

**outs** 107:4

**outside**
27:5 27:9
27:24 28:16
68:17
79:5
79:19 128:9
160:6
160:22
169:7
172:13
172:21
183:12
231:15
258:21
267:17
270:4

**outsource**
45:23

**outstanding**

37:22 119:5
182:25
214:9 226:5
233:10
237:16

**overall** 81:25

**overburdensom
e** 118:23

**over-operated**
166:3

**override**
197:7 197:9
197:9

**overriding**
80:5 80:6
80:12
81:2
124:9
130:14
197:12

**overview** 84:5

**owe** 191:11
214:9 217:9
222:23
233:1
247:12

**owed** 37:15
41:8
82:20
83:3
183:1 189:1
189:2 189:2
191:4 193:8
193:20
205:17
208:14
209:25
210:20
215:4 215:5
215:8

215:15
215:15
217:15
219:12
219:21
222:20
224:16
224:22
225:23
226:17
226:19
227:8

**owes** 39:17
193:24
194:2
198:12
198:16
215:9 222:2
223:13
223:20
224:20

**owing** 193:23

**owned** 15:10
15:23 26:15
26:23
29:7 30:8
30:13 30:20
31:8
41:14
59:1 59:2
59:3 118:12
129:1 129:3
188:14
188:15
196:6 197:1
221:15
225:15
254:24

**owner** 91:23
92:1 150:11
159:21

178:22
196:23
198:3
221:25
222:3

**owners**
129:6
150:16
190:8
191:16
194:2
196:10
197:21
197:24
209:25
211:2
213:17
214:9
214:17
221:12
221:17
221:21
224:10
234:23
268:21

**ownership**
13:19 29:12
32:25
33:2
40:20
41:1 73:1
128:24
132:22
178:25
179:11
180:9
189:22
199:7
210:10

**owning** 137:5

**owns** 31:12

48:16 57:22
58:25
60:3 79:2
137:3
150:18
179:1 179:3
195:24
196:21
209:1
225:13

**Oxy** 99:12
214:14

———————
P
———————
**p.m** 271:16

**P2** 213:23
214:5
223:15
230:5
230:10

**P2ES** 213:24
214:1

**package**
76:1
76:15 89:11
101:9
103:10
128:6
129:18
129:24

**packages**
155:25

**page** 12:25
13:14 44:20
44:21 44:23
48:15 49:25
56:6 66:1
82:16
111:22
115:16

134:24
135:9 182:3
184:13
184:13
230:24
232:16
233:8
236:11
236:14
238:4
238:20
239:3
239:17
239:18
240:9
240:15
240:15
245:25
248:18
249:25
250:3

**pages** 153:5
249:23

**paid** 17:24
18:2 18:3
18:9
18:10 19:16
20:9
20:11 20:13
22:18 22:21
23:11 23:13
23:21 23:24
23:24 24:24
25:1 37:1
37:22 60:24
61:2
82:18
131:12
163:7 167:3
167:4
167:23
168:10



NAEGELI DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

19-70106-smr Doc#232-1 Filed 11/27/19 Entered 11/27/19 11:01:45 Exhibit Deposition. Page 341

Everett Gray, II       October 23, 2019   (ND) Assgn # 3197-1

Transcript of Everett Willard Gray - II Pg 341 of 375

171:11
171:12
171:13
171:23
173:10
179:13
179:17
180:4
180:12
183:20
187:24
188:2 188:8
188:14
191:13
215:7 222:5
231:4
235:21
235:24
236:2
240:10
240:22
246:20
246:23

**paper** 25:13

**paragraph**
44:23 48:15
50:25 51:12
56:9 66:4
66:14 82:16
83:25
84:3
86:19 88:13
117:8
118:18

**pardon** 12:9
19:5
19:24 23:11
29:7
36:17 46:10
65:23 66:25
70:4 81:16

83:7
85:22
123:20
127:17
131:18
143:22
152:4
160:13
166:12
169:22
176:21
183:7 188:6
189:12
208:25
212:11
214:3 225:1
234:11
242:14
256:18
257:23
266:4

**parlance**
168:9

**participate**
148:1

**particular**
39:19 42:15
45:23 57:25
68:7
69:15 79:19
137:16
177:19
184:19
253:18

**parties**
74:4
98:23
231:15
242:21

**partner**
12:6 12:8

17:20
18:7 26:5
27:1 27:4
27:21
29:1
29:11
32:7
34:14 42:14
134:18
199:22
200:24
268:22

**partners**
11:24
12:5
17:24
19:1
19:13
20:4 41:9
41:22 42:13
42:18 42:21
63:15 83:22
84:1
85:15 85:22
85:23
93:1 97:9
127:22
128:13
128:17
140:4 145:1
148:6 163:8
164:9 171:7
197:19
201:5 201:8
201:11
202:21
205:16
205:17
208:11
214:14
217:15
217:19

224:24
230:14
240:7 243:6
264:22
268:21
268:23

**partnership**
145:2 159:4
185:7
201:14

**partnerships**
17:25
26:1 27:2
27:3 129:5

**party** 62:17
62:19
66:5
69:10 69:11
71:15 71:19
74:15
197:16
197:20

**pass** 120:19
186:12
244:20

**passed** 153:4

**past** 46:23
46:25 97:17
149:10
224:17
241:6
252:17
252:24
267:11
269:6
269:11

**Pat** 12:9

**Patrick**
12:3
18:21 19:20

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

20:2 37:9
37:21 215:5

**Paul** 29:22

**pay** 68:15
69:19
73:6
73:20
82:5
85:20
129:15
129:16
131:10
144:22
144:25
167:8
167:10
169:14
169:20
175:21
175:23
176:14
177:13
177:14
187:22
187:25
192:19
198:23
204:19
224:6
235:23
236:1
240:25
253:17

**payable** 35:14
210:3 211:2
221:9
221:10
225:24
235:2

**paying** 221:20

**payment**

39:9
39:10 39:12
39:14 51:15
55:17
108:21
109:8
133:11
134:9 135:7
135:11
136:2
141:13
141:19
143:24
149:8 149:9
168:20
169:24
188:16
188:25
190:5
214:11
241:4 241:5

**payments** 51:1
51:2
51:25
52:8
52:25
53:7
53:10 53:14
54:3
59:11 59:18
60:7
60:11 60:16
60:17 61:14
61:24 65:19
134:3 134:7
135:16
135:16
135:22
136:16
138:17
192:22
204:21

205:1 205:3
221:18
223:24
223:25
225:6 225:7
225:11
225:17
225:21
236:23
239:4
239:22
240:3
257:18

**payout** 144:19

**payroll**
111:13
246:17

**pays** 60:23

**PD** 217:25

**PDNP** 107:24

**PDP** 266:10

**PE** 102:25

**PE-backed**
255:13

**Pecos** 79:21
206:21

**penalty** 10:2

**Penroc** 207:4

**P-e-n-r-o-c**
207:4

**Pentwater**
204:5

**people**
94:12 94:23
95:8
151:7
151:20
155:22

158:20
161:3
170:20

**people's**
68:14
155:15

**per** 19:16
20:23 20:23
21:4 21:5
22:23
23:5 25:2
37:21 70:23
71:24
118:25
135:12
135:13
135:14
137:20
153:3
168:13
259:11
259:15

**per-acre**
66:18
69:6 142:15

**percent** 57:22
58:4 58:8
58:25 59:18
60:12 60:18
61:21 61:24
63:11 63:23
64:2 64:8
64:10 65:14
92:1 92:2
102:11
126:21
126:22
127:1
127:14
128:16
129:8 136:7

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

136:14
136:15
136:17
136:24
137:1 137:2
137:6 137:8
137:9
137:17
138:20
138:23
138:24
141:14
142:11
142:12
142:16
142:24
144:6
144:14
144:16
144:17
144:20
145:4 145:8
146:10
146:24
148:1
150:10
150:17
162:22
167:5
167:17
172:4 179:1
180:5 180:9
188:12
192:7
196:23
197:2 197:4
198:3
199:13
201:3
265:14
265:15
**percentage**

51:2
73:21
136:25
180:6
200:23

**percentages**
64:7

**Percussion**
103:3

**perfect**
84:7 132:12
132:14
264:1

**perfected**
131:17
131:20

**perform** 176:4

**performed**
217:19

**period** 13:4
13:12
17:6
17:11 17:17
23:2 49:2
87:17 107:3
116:25
157:5
165:19
168:15
192:20
194:8 224:2
243:8
244:12

**periods** 233:4

**perjury** 10:2

**Permian** 104:4
260:11
263:20

**permit** 89:7

**permitted**
50:4

**perpetuity**
67:10

**person**
12:11
13:6
13:15 13:23
14:4
14:10 14:16
14:23
15:6
15:12 15:17
15:25
16:5
16:11 16:16
42:12
83:5
203:1 204:9
204:10
204:12

**P-e-r-s-o-n**
204:9

**personal**
18:17 41:23
41:24 178:8

**personally**
17:2
17:13 17:16
18:12 18:25
19:20 20:10
20:11 22:16
22:17
35:2 35:5
37:2 37:6
42:7 43:1
99:3 114:12
176:25

**personnel**
263:4

**persons**
13:3
13:11 16:22
34:20 34:24

**perspective**
45:15 75:13
262:25

**petition**
56:20 97:20
122:18
143:3
161:11
236:21

**Petitions**
14:3 44:14

**Petroleum**
32:21
33:3
33:12 33:16
93:17
94:2
96:13 96:16
96:24 99:12
99:13 99:13
103:3 103:6
151:12
269:6

**Petrolite**
8:15 186:17

**phase** 52:7
57:8 62:6
84:13

**phases** 137:15

**phenomenal**
118:24
263:21

**phone** 116:15

**pick** 147:12

**piece** 83:12

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

150:18
174:18

**pipe** 45:16
254:24

**pipeline**
29:20 29:25
31:14 38:20
68:6
75:25
76:2 76:3
76:18 76:19
77:5 77:8
80:8 91:5
100:2 114:1
114:16
114:17
124:5 131:1
132:13
153:14
174:12
174:15
175:8
175:22
176:15
177:11
177:13
177:14
178:21
208:8
215:22
222:11
242:11
254:23
255:1 255:3
255:8
255:18
255:18
255:21
256:2
256:18
256:19

**pitch** 107:20

**placed** 49:2
52:16

**placeholder**
156:13
156:14

**placement**
185:12

**Plains**
258:2 258:5
258:9
258:10
260:8
260:12

**plan** 70:2
106:18
106:22
106:23
107:15
122:19
145:15
148:5
234:25
242:19
242:25
243:8
243:20
243:22
244:10
244:16

**plan(s** 15:3

**plane** 79:12
79:13

**planning**
121:20

**plans**
145:18
237:1 241:8
241:9

245:10
255:7

**platform**
210:15

**play** 234:21

**played** 267:2

**Pleadings**
14:3 44:15

**please** 8:8
8:22 9:7
10:13 10:18
10:22 10:23
12:19 12:25
40:18 44:18
44:20 44:23
57:11 74:11
84:14
120:13
121:11
127:2
143:11
174:5
176:22
176:23
271:13

**PLS** 48:6 48:6
93:3 93:5
94:6
96:25
97:4 97:6
104:10
122:4 122:4
123:23
268:1

**plug** 252:25
253:13

**plus** 20:14
64:3
65:15
73:6 128:15

129:8
144:13
175:8
188:17

**pockets**
267:12

**pods** 107:25
155:3

**point** 47:1
92:14 93:16
99:12 110:7
122:12
138:16
176:7
182:25
234:22
267:7
267:11
267:17

**points** 178:4

**policy**
89:14 90:13
118:2

**polymer** 93:25

**Porsche** 231:8

**portfolio**
102:25
206:11
251:11
259:3 259:5

**Portillo** 8:10
8:13

**portion** 20:21
26:23
57:8 126:16
170:11
175:9
181:20

**portions**

99:24

**Posey** 261:24

**position** 83:7
154:21
154:23
193:23
205:7

**positive**
163:14
163:19
164:2 257:1
265:1

**possible**
10:17
116:18
118:19
146:2 243:1

**possibly**
139:14
144:19

**post** 85:2

**post-acquisition**
217:24

**post-bankruptcy**
192:4

**post-deposition**
157:17

**post-petition**
36:9
74:22
75:1
98:10
104:15
105:7 106:1
109:11

**potential**

15:5 45:1
45:20
46:7 49:1
69:6 69:8
69:18 84:18
87:5
93:23 100:9
107:15
152:1 152:3
164:13
250:1

**PPA** 139:20
140:13
140:14

**practice**
262:21

**practicing**
195:6

**Prasad**
103:2
104:17
105:20
105:24

**P-r-a-s-a-d**
103:2

**pre** 56:19
74:22 74:23
85:2
97:19 192:4
192:5 192:8

**predict** 118:2

**prefer** 228:11

**pre-filing**
192:8
212:10

**premium**
253:17

**prepare**
11:5 184:18

**prepared**
116:22
248:7

**pre-petition**
55:6 57:1
97:25
98:1
98:13
104:11
104:12
138:5
138:14
139:18
139:20
140:17
192:21
211:9
211:14
212:5 213:3
237:16
261:4

**present**
13:4
13:13 14:22
15:2
15:11 15:22
16:23
17:1
17:23 19:13
20:13 22:19
23:22 25:19
33:20
35:7 51:13

**presentation**
151:13
151:22
158:15
158:16
184:8

**presentation**

**(s** 15:4

**presented**
107:15

**preserve**
117:13

**pressure**
75:15 87:24
88:11
108:12

**presumably**
68:14

**presume** 64:18

**pretty** 98:5
98:5 98:5
162:16

**prevent** 119:6

**previous**
17:10 19:18
98:11

**previously**
19:2
19:17 33:24
53:3 59:9
74:5
74:17
79:6
87:11
118:12
120:11
133:1
141:25
145:22
168:13
169:8 183:2
185:3 187:2
192:25
264:17
266:24
269:1 269:8

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

**price** 167:5
173:25
178:21
181:22
183:22

**pricing** 48:21
48:25
131:19

**primarily**
86:2
107:2
260:11

**principal**
21:6
82:22
105:20
105:21

**principals**
104:21

**print** 227:12

**printout**
111:17

**prior** 37:14
56:16
60:6 72:7
84:25
87:7
87:18
121:12
134:24
135:2
135:16
139:8
139:18
139:22
153:10
203:21
212:10
212:10
212:14

214:6
215:10
215:16
215:18
236:21
244:11
244:17
247:13
254:3 261:4
261:4
269:21

**private** 14:20
95:1
98:19
102:24
172:4
184:22
185:12
255:10
256:1

**privileged**
47:19 244:6
244:13

**privity** 13:20

**privy** 139:18

**probably**
45:23 93:10
100:19
117:5
123:24
126:4
151:15
157:17
173:1 182:6
183:21
199:18
208:16
216:21
218:20
222:10
249:23

256:7 260:2
260:19
262:16
262:25
263:11
263:17
263:19
264:8

**problem**
113:19
259:16
271:11

**problems**
118:20
118:20
193:19

**proceed** 155:2

**process**
34:3
46:18
82:3
86:24
96:5 98:6
98:16 100:6
101:15
151:12
152:24
162:18
163:16
182:11
241:24

**processed**
222:6

**produce**
40:5
55:24
108:14
108:16
202:22
218:12

221:2 263:8

**produced**
39:22 39:25
43:19
56:2
57:17 59:13
61:15 67:11
119:9 174:1
181:5 184:5
229:18
235:12
252:17
252:23
258:14
269:20

**Producer**
249:25

**producers**
263:17

**produces**
141:10
141:11
261:10

**producing**
88:1 106:13
107:21
108:8 176:7
248:21
248:22
248:25
249:1 249:9
249:12
249:16
258:18
269:21

**product** 230:7

**production**
12:16
15:9 16:9
16:15 24:16

40:1 40:2
104:14
106:16
107:22
108:5
115:25
123:15
149:25
162:18
231:15
249:14
257:16
258:8
258:20
258:21
261:14
261:17
261:18

**productions**
150:4
269:22

**profile**
106:17
195:7

**profit** 67:5
170:17

**project**
57:6 140:22

**projected**
136:4
139:25

**projection**
270:8

**promissory**
35:24 35:25
191:23
191:24
192:9
192:15
194:10

194:11
194:14
195:17
220:19
220:21
220:23
221:3 221:7

**promoters**
14:21

**pronoun** 55:2

**pronounce**
232:22

**propeller**
141:3

**properly**
117:13

**properties**
44:25
73:7
86:20 86:25
87:4
87:12 87:16
90:14 103:9
106:1
187:17
187:17
189:22
195:25
196:6
196:10
206:10
206:16
207:3
221:16

**property** 13:1
13:10 16:21
17:15 25:21
26:10
32:9
32:19 33:16

33:19 34:12
34:23
35:3 37:3
37:9
37:12
38:2 38:4
38:7
38:10 38:14
38:18 38:21
38:25 51:17
52:14 52:17
52:19 52:21
53:14 53:20
53:25 68:14
81:25
82:1
83:12
88:4 88:8
93:20
95:6
96:23 97:24
98:12 98:21
100:12
106:4 114:9
118:13
131:15
138:6 144:1
144:5
144:15
144:16
144:20
155:21
263:18
263:19
263:21
265:5 265:7

**proposal**
112:8

**proposed**
168:9
235:13

**prorate**

219:13

**prorated**
219:13
219:14

**protect** 113:9
125:5
263:14
263:14

**Proved** 107:24
107:25

**provide** 78:10
83:19 110:5
116:22
133:10
146:16
149:5 202:3
222:17
230:10

**provided** 11:9
17:8
18:19 21:16
21:20 21:25
49:8
86:14 110:2
165:5
231:14
246:24

**provider** 36:9
110:13
111:8

**providing**
111:6

**provision**
254:18

**proximity**
68:11 262:3

**PS2** 213:22

**PSAs** 165:6



NAEGELI
DEPOSITION & TRIAL
(800)528-3335
NAEGELIUSA.COM

**public** 159:13

**pull** 228:18

**pulled** 175:17
  175:18
  175:24
  178:11

**pump** 73:22
  261:13
  261:17

**pumpers**
  157:12
  262:3 262:7
  262:9

**Pumping** 22:7

**pumps**
  263:10
  263:11

**purchase**
  70:24
  75:3
  86:25
  91:1 101:13
  102:6
  132:19
  132:20
  146:6
  157:22
  168:3 168:4
  173:25
  174:12
  174:14
  174:17
  177:5
  183:22
  253:3
  257:22

**purchased**
  90:24
  91:2 105:2

  125:18
  125:22
  125:25
  126:1 126:6
  130:3 130:4
  131:22
  139:20
  154:20
  187:5
  187:13
  187:19

**purchases**
  84:19

**purpose** 77:23
  112:18
  170:15
  230:12
  246:16

**purposes**
  28:21
  85:3
  88:15 88:19
  88:22
  198:11
  211:19
  236:4

**pursue** 235:5

**pushing**
  178:20
  204:4

**putting**
  137:13
  143:23
  154:14
  217:23
  243:22

—————
Q
—————

**Q3** 51:25 53:4
  53:6 54:4

  59:11
  60:8 62:8
  65:20 134:3
  134:9 136:5
  137:14

**QP** 165:14
  166:21

**qualified**
  12:11
  13:6
  13:15 13:23
  14:4
  14:10 14:16
  14:23
  15:6
  15:12 15:17
  15:25
  16:5
  16:11 16:16
  119:17
  119:21
  120:1 245:3

**qualify**
  123:20

**quantify**
  143:20

**quantities**
  128:22
  174:24
  175:23

**quasi-offer**
  152:9

**Queen** 68:1
  74:8
  75:12 76:16
  87:23 88:10
  108:6
  176:16
  248:23
  249:2

  249:11
  257:10
  257:12
  257:14
  263:6

**question** 9:20
  10:16 10:19
  10:24 20:24
  27:10 27:25
  28:8
  28:10 28:17
  28:18 28:21
  31:3
  34:21 40:18
  41:2 53:9
  65:6 68:3
  73:15 75:18
  75:18
  78:1
  84:15
  85:2 87:2
  92:24
  102:12
  108:23
  113:18
  117:4 117:7
  117:11
  119:8
  122:18
  126:4
  137:11
  143:11
  143:16
  145:7
  151:18
  154:12
  157:20
  177:7 177:8
  180:1 180:2
  186:6 186:7
  200:9
  202:14

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

219:8 222:6
222:11
232:1
238:25
243:17
264:25
267:11

**questioning**
120:19

**questions**
10:10 16:20
27:13 77:14
77:16
78:6 78:7
78:16 78:23
115:16
116:18
120:18
121:8
151:25
165:9 219:5
222:18
229:17
236:8
270:14

**quick** 92:14
166:12
173:15
254:22

**quickly** 146:2
205:11
241:19

**quit** 24:19
237:4

**quite** 157:9
256:22

———————
R
———————
**raise** 8:22
184:17

184:21
184:23
186:10
235:1 235:1

**raised** 252:1

**Raj** 103:1
104:17
105:20
105:24

**Ramsey**
82:18
208:13
208:13
209:9

**ran** 98:5

**ranch** 91:8
91:8
91:21
92:5 136:20
136:23
173:9

**random** 261:10

**range** 72:15
125:15
155:7
259:20

**ranging**
245:25

**Rasa** 99:10

**rate** 73:20
101:6 108:2
144:23
262:25

**rates**
102:16
155:12

**rather** 136:14
153:2 153:3

182:16
188:18

**Rattlesnakes**
238:11

**reach** 97:1
97:2
98:10
99:1 102:18
102:23
103:19
105:1
264:16
265:14

**reached**
47:8
96:25 98:14
99:3
99:11 99:16
100:4
104:15
104:17
105:25
224:7
264:19

**reaches** 255:2

**reaching**
97:15
103:22

**reactivate**
76:16
107:20

**reading** 49:25
54:11
56:8 226:13
245:24

**reads** 44:24

**ready** 181:9

**real** 166:12
173:15

243:19
265:1

**realize** 118:9
125:5

**realized**
245:15

**really** 45:8
62:3 96:4
96:10 98:17
98:20
147:14
151:8
151:11
162:17
163:15
166:3
170:25
171:5
214:14
261:5
261:10

**realm**
152:24
174:15

**reason** 11:2
98:10
101:12
106:15
111:17
157:22
177:2 217:8
257:5 263:3

**reasonable**
267:13

**recall**
39:23 43:16
66:10 82:25
86:13
99:6 99:15

104:13
185:10
221:1

**recapitalizat
ion**
164:13
184:16
234:25

**recapitalize**
100:13
111:1 155:4

**recapitalizin
g** 112:17

**receive**
19:6 19:8
19:10
20:2
53:11 53:14
138:12
204:10

**received** 16:3
118:10
123:7 125:2
125:11
205:1
256:21

**receives** 19:3
52:14

**receiving**
52:8
136:2
138:17
254:15

**recently**
131:23
168:25
179:4 254:1

**recess** 44:5
49:19 57:14

92:17
120:15
160:3
229:11

**recognize**
111:24
115:21
174:8
181:14
248:11
248:12
254:10

**recollection**
226:3

**recommendatio
n** 241:21

**reconsider**
256:18
256:19

**record** 8:7
9:7 28:22
31:15
44:4 44:6
49:14 49:17
49:20
51:9
55:21 57:13
57:15 78:11
92:16 92:18
117:1
120:14
120:16
135:2 160:2
160:4
173:24
179:9 181:4
207:17
219:2
222:18
226:10
229:10

229:12
265:18
265:21

**recoup** 170:16
170:17
242:22

**recovery**
79:14 93:20
117:10

**recurring**
84:4

**recycle** 88:9

**recycled**
75:15

**Red** 83:8
127:18
129:22
130:19
208:14

**reduce**
243:1 256:3
264:3

**Reed** 12:6
17:19 17:25
19:8 22:7
22:7
32:16
37:2 42:7
42:8
157:7 164:9
164:17
168:14
171:25
172:1
182:20
182:24
184:1 188:6
190:5 233:5
234:10

**Reed's** 261:4

**refer** 9:17
237:22

**references**
213:24

**referencing**
54:4 96:16

**referred**
123:9

**referring**
31:16
41:2
54:20 65:10
112:9
134:24
156:17

**reflect**
51:9
78:11 135:1
135:2

**refresh**
121:11

**Reg** 245:4
245:5

**regarding**
124:19
140:21

**regardless**
53:13 198:2
221:2

**regards** 100:9
155:20

**Regulation**
185:5

**regulatory**
95:9
95:13 95:19
118:8

**reimbursed**
170:10

**reimbursement**
226:4

**reimbursement
s** 169:11
223:20

**reinject**
166:8

**re-
injecting**
108:3

**rejected**
112:22
113:13
113:14
113:15

**relate** 222:10

**related**
14:8 32:3
194:12
202:17
218:5
218:20
219:24
220:19
221:7

**relates** 241:4

**relationship**
13:18 40:11
40:13 40:21
40:25
87:7
87:10 119:1
159:19
195:22

**relationships**
14:20

**relative** 85:4

**remain** 191:13
191:14

**remainder**
120:18

**remaining**
44:24 47:24
111:1
112:17
114:2
122:10
122:17
124:1 242:1
242:13

**remediating**
118:24

**remember**
10:13 10:14
68:25
99:7
103:3 112:8
112:19
121:10
170:3 170:5
171:10
173:8
185:17
186:22
196:15
208:2 242:3
254:15
265:6

**remnant**
8:11 8:20
8:20 9:14
9:15 9:17
9:21
12:11
13:2 13:2
13:6
13:10 13:11

13:15 13:23
14:4
14:10 14:16
14:23
15:1 15:4
15:6
15:12 15:17
15:23 15:25
16:5
16:11 16:16
16:21 16:25
17:6
17:16 17:22
19:3 19:5
19:12
20:8
20:13 20:23
21:22 22:18
23:21
24:1 24:3
24:14 24:15
24:25
25:6 25:8
25:18 26:10
26:12 26:14
26:17 29:19
29:20 29:21
29:25
30:6 31:7
31:16 31:17
31:19 31:21
31:21 31:25
32:2 32:3
32:4 32:9
32:18
33:6
33:13 33:15
33:18
34:5
34:12 34:20
34:24 35:19
36:12 36:23
37:4 37:7

37:10 37:13
38:2 38:5
38:8
38:11 38:15
38:17 38:18
38:20 38:21
38:25 39:17
40:13 40:20
41:5
41:12 41:15
42:19 42:19
43:2 43:5
43:10 43:12
44:11
45:9
45:17 48:16
48:22
52:8
52:13 52:14
53:25
56:8
56:11 57:22
58:25 66:12
77:1 77:2
82:11 82:14
83:4
84:16 84:18
85:1
85:11 85:13
85:20 86:19
86:24 87:18
96:18 96:25
97:2
101:4
101:13
102:4
102:21
109:2
120:11
127:23
128:14
128:18
159:2 159:3

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

| | | | |
|---|---|---|---|
| 159:10 | 198:12 | 216:24 | 231:24 |
| 160:8 160:9 | 198:13 | 216:25 | 232:9 |
| 162:22 | 198:16 | 217:5 217:7 | 232:13 |
| 172:5 172:7 | 198:19 | 217:8 217:9 | 235:20 |
| 176:3 | 198:19 | 217:9 | 235:21 |
| 186:20 | 198:20 | 217:14 | 235:22 |
| 186:21 | 198:24 | 217:20 | 235:23 |
| 186:21 | 199:2 199:2 | 218:18 | 236:1 |
| 187:2 | 199:13 | 218:24 | 236:10 |
| 187:17 | 199:14 | 219:3 219:5 | 236:25 |
| 187:21 | 200:5 | 219:16 | 237:5 |
| 188:20 | 200:19 | 219:21 | 237:15 |
| 189:5 | 201:18 | 220:10 | 237:24 |
| 189:15 | 201:24 | 221:12 | 239:20 |
| 189:23 | 202:11 | 221:13 | 239:23 |
| 190:2 190:7 | 202:14 | 221:14 | 240:1 240:3 |
| 190:17 | 203:10 | 222:4 222:8 | 240:3 |
| 190:20 | 203:13 | 222:11 | 240:24 |
| 191:3 | 205:9 | 222:12 | 245:19 |
| 191:10 | 205:10 | 222:20 | 245:22 |
| 191:11 | 205:12 | 222:20 | 246:2 246:2 |
| 191:15 | 211:14 | 222:23 | 246:7 246:8 |
| 192:19 | 211:18 | 222:24 | 246:10 |
| 192:22 | 211:18 | 223:3 223:4 | 246:11 |
| 193:20 | 211:20 | 223:4 223:5 | 246:17 |
| 193:22 | 211:23 | 223:5 | 246:23 |
| 193:23 | 211:25 | 223:13 | 247:4 247:9 |
| 194:2 | 212:3 | 223:14 | 247:9 |
| 195:23 | 212:13 | 223:17 | 247:12 |
| 195:23 | 212:13 | 223:20 | 247:19 |
| 195:24 | 213:7 | 224:20 | 247:19 |
| 195:25 | 213:16 | 225:5 | 247:21 |
| 196:4 196:4 | 213:22 | 225:11 | 265:23 |
| 196:6 196:7 | 214:1 214:9 | 225:16 | **Remnant's** |
| 196:10 | 214:16 | 227:16 | 41:20 |
| 196:11 | 214:16 | 227:16 | 42:4 |
| 196:21 | 214:24 | 227:17 | 86:14 92:21 |
| 197:16 | 215:9 | 228:8 | 99:24 |
| 197:16 | 215:12 | 230:18 | 101:21 |
| 197:20 | 215:17 | 230:18 | 109:12 |
| 197:21 | 215:22 | 231:14 | 152:13 |
| 198:1 198:2 | 215:23 | 231:22 | **removed** 179:5 |
| 198:6 198:6 | 216:1 216:2 | 231:23 | |



**Rendall**
192:14
192:16
194:21
194:22
194:25
220:3 220:4
220:7 220:7
220:20

**renew** 89:21

**renewable**
26:12 26:14
26:17 29:19
38:17
145:24
163:25
183:21
217:7
217:10
217:11
241:21

**renewables**
56:12 164:1

**renewal**
117:20

**renewed** 90:22
117:25

**rent** 219:12

**reorganizatio
n** 157:18
163:5 243:8
244:11
244:17

**reorganize**
46:6 122:10
122:17
159:25
263:25

**repaid** 36:1

36:4
36:20 193:6

**repayable**
35:11 35:13

**repayment**
157:3 247:8

**repeat**
40:18
143:11
180:2

**rephrase**
10:19 74:11
231:23

**replacement**
207:18

**report**
215:7
224:20
226:5

**reporter**
8:7 8:22
10:5
10:21
44:4 44:6
49:20 57:15
92:16 92:18
112:23
113:1
115:19
120:14
120:16
133:19
160:2 160:4
173:21
174:3 175:2
175:4
229:10
248:1
268:16
270:15

270:17
270:20
270:24
271:2 271:5
271:7
271:11
271:14

**reports** 110:4
224:17

**represent** 8:8
9:6
120:23
133:24
245:24

**representing**
8:15

**repressure**
74:8

**reproduced**
59:15

**reputable**
147:25

**request** 12:16
40:2
40:24
63:3 197:1

**requested**
154:17
175:20

**require** 73:3

**requirements**
251:23

**requires**
106:20

**rescind** 90:10

**research**
123:25

**reserve** 16:10

16:15
78:5
78:12 78:16
107:18
151:14
166:5 236:5
239:9
266:14
269:14

**reserves** 16:9
58:1
62:13 86:20
87:6
87:15 114:2
120:17
127:19
130:6
269:14

**reservoir**
16:10 16:15
75:13 75:15
88:11

**resources**
18:10 18:15
26:12 26:14
26:15 26:17
29:6 29:9
29:19
30:4 30:9
30:14 30:21
31:1 31:9
34:10 34:15
35:13 36:11
37:8
38:17
39:9
39:11 39:12
39:13 42:10
103:1
128:21
159:19
182:21

187:18
188:11
189:3 189:5
190:19
190:21
190:22
191:10
191:11
193:12
193:20
193:23
199:9
199:10
204:24
205:3 205:5
210:4 217:7
217:11
223:19
223:20
224:13
225:2 225:5
225:23
226:19
227:8
228:25
229:1 233:4
233:17
233:18
233:20
235:4
240:10
**respectively**
233:18
**respond** 148:5
**responded**
148:2
254:25
**response**
10:12 10:25
98:11
104:18

105:3 118:1
145:9
147:19
217:2
218:21
**responses**
10:22
**responsible**
221:16
221:20
**responsive**
110:10
**rest** 154:15
**restated**
90:22
**restrict**
88:18
**restricted**
88:14 89:20
**restriction**
106:14
**restructure**
255:16
**restructured**
39:15
**restructuring**
235:13
**resulted**
101:18
**results** 96:8
**retain** 242:25
263:24
**retained** 58:4
**return**
108:2
170:18
**returned**

253:14
**returns**
155:12
253:19
**reveal** 97:22
**revealing**
244:6
**revenue** 14:13
14:14
118:10
150:14
259:19
265:14
265:15
**revered** 164:6
**reverse** 34:21
**review** 10:7
11:5 43:8
214:22
225:3
270:23
**reviewed**
228:11
**reviews**
224:23
**rework**
112:7
112:12
243:3
252:24
**reworking**
176:16
**reworks**
167:23
**re-written**
57:1 57:4
57:6
**Richards**

22:13 22:14
22:15 22:18
38:1
**rid** 45:18
**Ridge**
115:25
118:12
118:16
120:11
123:15
149:24
150:4
**rights**
31:14 31:14
48:16 48:16
48:18 48:19
48:23 48:23
48:25 51:18
57:17 57:25
58:21 58:22
60:3
60:15 61:21
64:8
64:10
66:4
66:19 66:21
67:11 68:11
68:12
69:7 72:3
72:6 73:1
74:3 76:6
77:5 77:5
78:5
78:12 80:14
80:16 80:18
81:2
81:16 81:17
81:21 81:22
82:11 82:14
89:19 89:21
90:1
90:16 90:21

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

19-70106-smr Doc#232-1 Filed 11/27/19 Entered 11/27/19 11:01:45 Exhibit Deposition.

Everett Gray, II      October 23, 2019      NDT Assgn # 2197-1

Transcript of Everett Willard Gray - II Pg 355 of 375      Page 355

91:24 100:3
101:21
101:24
102:4
102:13
123:22
124:10
125:21
131:5 131:8
131:17
131:20
131:21
132:6
132:16
132:19
139:15
142:8
142:24
147:23
147:25
155:22
163:23
183:11
208:1
241:18
242:12
268:3

**risk** 101:7

**risks** 243:24

**Rivers**
79:10 105:6
105:10
129:14
207:2

**road** 177:12
267:4

**Robert** 18:6
19:10
37:6 165:15
166:20
232:21

**Roberto**
261:24

**ROC-0004782**
111:18
111:20

**ROC-0004853**
229:22

**ROC-1365**
49:13
133:24

**ROC-1369**
49:25

**ROC-1395**
49:14
133:24

**ROC-2222**
248:7

**ROC-2258**
248:8

**ROC-292** 184:5

**ROC-310** 184:5

**ROC-3287**
181:3

**ROC-3290**
181:4

**ROC-4855**
230:24

**ROC-4857**
232:17

**ROC-4858**
233:9

**ROC-778**
173:23
173:24

**ROC-781**
173:23

**Rock** 68:1

74:8
75:12 76:16
87:23 88:10
108:6
165:15
166:21
176:16
248:23
257:10
257:12
257:14
257:14
263:6

**roles** 160:10

**Ron** 124:12
124:13

**Ronk** 8:10
8:13

**room** 98:25
104:24
151:13
151:22

**Rory** 106:2
106:3

**Rosenfeld**
266:1 268:4

**ROTH** 98:15
98:15

**round** 239:21

**routine**
237:18

**Rover** 103:6
103:6 103:7
103:8
103:12
103:24

**R-o-v-e-r**
103:8

**royalties**
52:14 52:16
134:19
197:4 197:8

**royalty**
51:1 51:2
51:15 51:18
52:8
55:17 57:19
58:8
58:18 58:25
59:18 60:12
60:16 60:17
64:2
65:14 65:19
73:20
80:5 80:6
80:13
81:2 92:1
124:9
130:14
133:11
133:11
134:3 134:7
134:14
135:21
136:2
138:17
141:13
141:14
141:19
149:9
150:11
150:15
197:3 197:7
197:12
221:12
221:17
221:20
222:4

**RS** 18:10
18:15 26:15

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

30:3 30:9
30:14 30:21
31:9
34:10 34:14
35:13 36:11
37:8 39:9
39:11 39:12
39:13
42:9 128:21
182:21
187:18
187:25
188:11
188:16
189:3 189:5
190:19
190:20
191:10
191:11
193:12
193:20
193:23
199:8
204:24
205:3 205:5
210:4
223:18
223:20
223:23
224:12
224:16
224:19
225:2 225:5
225:14
225:23
226:19
227:7 229:1
233:4
233:17
233:18
233:20
240:10

**rule** 77:13
131:24
131:24
132:7
153:15

**rules** 9:23
121:1

**run** 46:19
60:8
63:15
108:19
241:24
243:10
246:17
257:7
257:12
257:14
263:11

**running** 68:13
108:7
108:18
257:10

**runs** 243:8

**rush** 89:1

**Russell** 239:4
270:2

———————
S
———————

**Sabinal** 99:9

**S-a-b-i-n-a-l**
99:10

**saddled** 88:8

**safe** 180:7
268:14

**salaries**
232:20
233:1 233:5
233:7

**salary**

20:14 172:1
172:9 233:6

**sale** 15:21
62:12 75:19
121:9 122:9
122:14
122:14
122:19
152:25
155:2
156:25
157:16
169:15
246:15
258:11
258:13
264:15
265:2

**sales**
107:20
257:19

**Sand** 249:2

**SandRidge**
104:4

**Sante** 159:19

**Sarah** 25:4
25:5
25:18 25:20
25:21 26:24
30:4
30:10 30:15
30:22 31:10
38:10
178:22
179:20
180:5
199:16
201:7 201:9
201:11

**saturation**

66:9

**save** 55:22
157:9

**saw** 95:15
153:4
177:25

**scattered**
44:25 79:22

**scenarios**
154:25
157:2

**schedule**
42:17 83:19
251:22

**scheduled**
268:6

**schedules**
11:16 58:13
209:24
214:20
214:22
214:25
217:1
217:15
217:25
219:3 219:4
219:6
219:16
222:16
223:18
226:11
227:19

**school** 154:5

**scope** 27:5
27:9
27:24 28:16
52:5 160:23
267:17

**scroll** 227:23

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

**Seale** 12:3
 12:9
 18:21
 19:1
 19:12  19:20
 20:2  20:4
 37:9
 37:21  215:5
 217:15
 217:19

**Seaport**
 15:2  15:5
 15:5  75:5
 75:19  76:11
 77:7
 78:23  80:10
 80:18  80:24
 87:3
 92:22  92:23
 93:10
 94:1
 94:16  94:17
 95:11
 96:9  97:1
 97:7  104:23
 107:19
 113:24
 114:9  115:9
 115:14
 150:20
 150:22
 151:3
 152:10
 152:18
 153:11
 248:7
 248:13
 248:19
 250:25

**Seaport's**
 75:10
 124:22

**second** 23:3
 27:1
 49:18  56:11
 66:4  97:7
 116:5  116:6
 116:8  130:9
 131:20
 168:3  168:3
 179:25
 181:8  208:2
 208:4
 227:24
 248:15

**secondary**
 79:13  93:24
 117:10
 263:8

**section**
 237:20

**sector** 244:2

**secure** 241:11

**secured** 82:17
 83:7
 113:9  183:5
 183:10
 183:12
 205:11
 205:20
 206:10
 207:25
 208:7
 208:14
 209:15
 211:3

**security**
 156:24
 205:22
 209:2

**seeking** 78:10
 84:17

**seemed** 110:6

**seems** 189:8
 231:1
 264:25
 268:8

**seen** 12:23
 54:10
 141:25
 146:7  165:4
 165:5
 221:24
 234:22

**segregated**
 56:19

**Sela** 65:1

**Select**
 69:23
 70:6
 72:12  72:22
 74:18
 75:1  82:5

**sell** 66:20
 66:22
 68:1  69:6
 69:7  69:8
 69:11  71:14
 71:19  73:22
 82:1
 87:20
 92:5
 99:23
 100:12
 104:16
 122:24
 123:17
 123:21
 124:24
 125:4  125:5
 145:14
 145:15
 145:19

 154:22
 154:23
 162:11
 166:1
 166:11
 231:8

**seller** 114:4

**selling** 66:21
 69:10
 100:24
 123:6
 146:14
 231:7
 249:18
 256:18
 259:18
 259:19

**send** 182:2
 213:19
 271:3

**senior**
 82:17
 83:7
 83:11  113:9
 113:9
 207:12

**sense** 95:6
 95:12  98:21
 103:11
 146:21
 157:18

**sent** 254:13
 254:13

**sentence**
 44:24
 45:5  55:3
 56:11
 66:5
 233:9
 254:21

**sentences**
174:1 181:4

**separate**
56:13 76:14
179:23
223:3
223:11
226:20
230:17
245:9

**September**
54:14 54:25
55:7
56:22
165:21
165:24
169:19
170:10
171:15
182:4 182:6
193:3
255:22

**sequester**
132:10

**sequestration**
132:8

**series**
219:5
239:20
240:16
245:25

**serve** 242:20

**services** 8:17
22:7
29:21
30:6
41:10 69:24
70:6
72:12 72:22
84:17 84:22

108:21
120:24
200:22
213:23
214:4 214:5
216:24
217:18
217:20
218:2
223:15
230:5 230:8
230:11
237:11
246:24

**setting** 84:10

**settlement**
211:8
211:12
237:1
237:20
237:23
237:24
238:3
238:14
238:14
238:15
238:17

**settlements**
238:1

**seven** 21:19
21:24
23:7
79:10
80:8
105:5
105:10
113:16
129:14
176:18
207:2

**several** 29:12

116:18
118:23
138:21
139:1
147:10
181:4
251:18
251:19

**Sewell** 151:14

**shaking**
185:25

**share** 145:1
145:2
179:21
212:19
244:7

**shared**
13:19 13:20
41:5 41:7
43:10 44:10
44:12

**shares** 188:1

**sheet** 185:9
185:11
230:13
256:1
256:17

**sheets** 231:15

**she's** 23:24

**Shield** 21:5

**Shoemaker**
66:7 66:8

**shortly**
101:25
240:25

**shows** 31:4
168:8
257:20

258:7

**shut** 29:9
34:3
109:2 109:4
257:3
264:12

**sic** 124:8
135:13
249:7

**sign** 10:8
139:12
271:1 271:2

**signature**
44:21

**signed**
81:11
101:25
104:23
133:9
137:25
139:17
139:20
140:11
143:3
143:25

**significant**
150:17
150:18

**significantly**
53:21

**Sikes**
192:14
192:14
192:14
192:16
194:17
194:18
194:19
194:22
194:22

194:23
194:25
195:2 220:3
220:7 220:7
220:9
220:20

**silent** 111:9

**silo** 209:20
209:20
210:13

**Silverleaf**
29:22 30:19

**similar** 17:24
18:16
131:25
173:5 173:7

**Simmons**
8:19 8:19
11:13 11:15
11:18
27:5 27:9
27:24
28:7
28:10 28:12
28:16 31:15
31:20 39:25
40:4 40:6
40:9
47:18
49:9
49:12 49:17
51:9 56:1
77:12
78:3
78:18 92:13
99:18 99:20
108:23
111:19
111:21
123:11
133:16

134:20
135:1
138:23
139:2
141:16
142:5 143:4
143:7 143:9
148:8
148:10
156:17
156:20
158:9
158:13
160:22
180:2
200:10
202:6 202:9
207:14
207:16
216:3 216:7
216:13
216:16
219:2
220:13
222:14
226:10
227:18
227:21
228:7 228:9
229:7 244:5
244:13
244:23
267:3 267:6
267:16
267:19
269:21
269:24
270:19
270:22
271:4

**simple** 242:5

249:15

**simplistic**
265:11

**simply**
101:3
106:16
118:3
132:20
134:2
142:23
166:4

**simultaneousl
y** 241:15
268:2

**single** 249:12
252:6

**sir** 26:7
27:16 27:18
33:8
35:25
36:2 39:1
39:4 42:2
42:23
46:9
46:14 46:20
47:2
51:21 53:12
53:18 53:22
54:6 54:9
55:4 55:8
55:25 58:17
59:7
59:23
60:1 60:5
60:19 60:22
63:8
63:21 63:25
64:13 64:16
64:20
65:3 65:8
67:14 67:23

68:19 69:21
71:7 74:1
74:5
74:16
75:7
76:25 79:16
80:20 80:23
81:5 89:4
89:8
89:11
91:1
91:10 91:22
92:4 120:25
121:3 121:7
121:19
121:21
122:2 122:7
122:21
123:5
124:11
124:15
130:10
130:24
132:3 134:1
135:5
135:23
136:3
137:24
137:24
138:4 141:1
143:1
145:12
145:17
149:16
156:23
158:6 159:7
159:18
161:8 162:8
162:13
165:10
165:18
167:1
168:13

| | | | |
|---|---|---|---|
| 168:21 | 200:20 | 218:14 | 242:10 |
| 168:23 | 201:10 | 218:16 | 243:9 |
| 170:22 | 201:13 | 220:1 220:2 | 243:14 |
| 171:22 | 201:15 | 220:5 220:8 | 243:23 |
| 172:10 | 201:20 | 220:22 | 244:21 |
| 172:12 | 201:22 | 220:24 | 244:22 |
| 172:20 | 201:25 | 221:4 221:8 | 245:21 |
| 173:11 | 202:2 | 221:11 | 246:19 |
| 174:2 | 202:24 | 223:12 | 246:22 |
| 174:16 | 203:4 | 224:11 | 247:14 |
| 175:1 | 203:12 | 224:14 | 247:17 |
| 177:23 | 203:14 | 225:12 | 248:12 |
| 178:24 | 203:17 | 225:22 | 248:18 |
| 181:12 | 204:11 | 225:22 | 249:17 |
| 183:14 | 204:13 | 226:9 | 250:4 250:9 |
| 184:12 | 204:16 | 226:18 | 250:11 |
| 185:19 | 204:20 | 227:6 228:3 | 250:11 |
| 186:19 | 204:25 | 228:13 | 251:13 |
| 186:23 | 205:2 | 229:6 | 253:1 |
| 187:8 189:9 | 205:13 | 229:19 | 253:21 |
| 189:12 | 205:23 | 230:21 | 253:23 |
| 189:19 | 205:25 | 230:23 | 253:25 |
| 190:9 | 206:18 | 231:21 | 254:11 |
| 190:23 | 207:10 | 232:4 | 254:15 |
| 190:25 | 208:8 209:6 | 232:11 | 254:16 |
| 191:2 193:9 | 209:19 | 233:12 | 254:20 |
| 193:14 | 210:1 210:7 | 233:16 | 258:12 |
| 193:18 | 210:8 211:5 | 233:22 | 258:24 |
| 194:11 | 211:21 | 234:4 | 260:1 |
| 194:13 | 212:6 | 234:24 | 262:22 |
| 194:20 | 212:25 | 235:9 | 268:12 |
| 194:24 | 213:2 213:6 | 235:14 | 268:13 |
| 195:1 195:6 | 213:15 | 236:13 | 268:19 |
| 195:11 | 213:18 | 236:16 | 269:16 |
| 195:15 | 213:20 | 236:22 | 269:18 |
| 196:8 | 214:3 | 238:2 238:6 | 270:2 270:5 |
| 196:16 | 214:23 | 238:15 | **sit** 48:1 |
| 197:13 | 215:7 | 238:19 | 63:14 |
| 197:15 | 215:10 | 238:22 | 80:7 116:10 |
| 197:22 | 217:12 | 239:24 | 145:4 |
| 198:5 | 217:13 | 240:12 | 195:16 |
| 198:22 | 217:17 | 240:14 | **site** 143:19 |
| 199:1 | 218:11 | 240:18 | |



NAEGELI DEPOSITION & TRIAL    CELEBRATING 40 YEARS IN BUSINESS    (800)528-3335    NAEGELIUSA.COM

144:13

**sitings** 138:5
149:5

**sitting**
122:22

**situation**
132:14
175:20

**six** 50:5
177:11

**six-month**
176:14

**sixth** 166:13

**skip** 32:13

**slightly**
231:1

**slope** 79:21
206:21

**slow** 249:14

**small** 20:20
80:4
80:12
81:1 91:8
106:4 124:9
130:14
172:23

**smaller**
144:12
196:19

**Smith** 22:5

**Snow** 8:14

**sofas** 37:15
37:21

**SoFAs** 11:16
17:8
18:19 201:1
219:3 228:6

235:20
236:7
245:19
245:22

**solar**
131:25
132:2

**sold** 57:6
58:5 58:5
91:19 137:9
164:21
165:3
169:19
250:15
262:18

**sole** 159:21

**solely** 147:4

**Solutions**
100:16
230:5
230:10
245:13

**somebody**
121:25
145:15
148:18
205:14
230:13

**someone** 45:22
48:22 55:18
121:23
145:18
172:24
184:19
221:25
231:7
256:16
264:16

**sometime** 53:4
90:5

92:11
103:23
189:17
191:25
215:16

**somewhat**
164:6
164:18
262:3

**somewhere**
58:12
72:4
81:14 81:15
114:22
155:7
166:19
167:13
167:15
191:7 198:4
199:18
261:8 261:9
263:18

**sorry** 9:20
19:24 24:10
40:17 45:25
47:12 47:21
56:14
68:3
74:10 74:13
76:7
77:11 79:15
81:7
81:15
87:1
87:25 99:19
105:9
105:21
114:6
114:24
117:4 117:7
124:12
128:4 132:6

133:14
138:3
139:21
141:22
143:8
143:10
166:24
186:8
189:19
198:13
209:7 220:7
231:13
251:12
266:12
266:12
268:18

**sort** 26:18
30:16 32:16
50:7 85:8
87:24
101:15
104:18
119:23
158:19
170:19
203:20
227:1

**sound** 50:23

**sources** 14:13

**South** 79:7
83:8 127:18
129:22
130:19
208:14

**southeastern**
66:19
67:2 69:14

**space** 157:8

**span** 64:4

**speak** 57:12

70:18
185:17
229:1

**speaking**
108:11
115:14
119:15
132:12
163:13
170:24
182:18
206:17

**speaks** 134:20

**specializes**
145:24

**specific**
43:16 84:14
95:17 95:18
125:14
187:20
222:18
247:8
252:10

**specifically**
75:12 83:23
84:17 93:18
99:6
122:5 124:1
132:7 149:1
166:2 192:3
222:16
222:19
242:8 252:8

**specifics**
117:15

**specify**
9:18 138:7

**speculate**
10:11

**spell** 9:7

**spelling**
99:11 249:5

**Spence** 8:14

**spending**
270:10

**spends**
172:4 180:7
180:19

**spent** 108:2
181:21

**split** 55:6
260:17

**spoke** 31:3
47:11
255:23

**spoken**
11:20
43:6 75:1
97:19

**sponsor**
255:10
256:2

**sponsorship**
98:19

**square** 79:7
83:23
86:4 86:5
104:24
122:16
124:2 124:8
124:14
124:15
126:11
127:11
127:21
127:25
154:24
155:3 155:5

156:5 163:5
168:5
205:21
242:25
243:3 261:1
261:7
261:20
263:15
263:16
264:6 266:2
268:5

**stair** 23:2

**stair-
stepping**
23:1

**stalking-
horse**
109:12

**stall** 110:18

**stalled**
110:18

**Stamp**
111:16
111:17
111:20
229:21

**stand** 137:16

**Standard**
100:20
203:15
203:19
203:22
204:8

**standards**
155:15

**standing**
267:12

**standpoint**
95:13

155:11
169:4

**stands** 95:7
119:9

**start** 16:20
54:4
57:19 58:10
62:4 62:5
64:4
65:20
127:23
128:14
134:7
138:17
161:11
241:18
250:5

**started** 139:3
140:22
154:12
212:5
257:17

**starting**
84:16 117:9

**starts** 66:5
134:9

**startup** 84:13

**state** 8:8 9:7
33:11 48:15
51:13 67:18
73:21
86:9
86:14 88:13
88:14 88:20
89:23 89:25
94:3
95:10 106:4
106:7 118:2
118:3
118:25

19-70106-smr Doc#232-1 Filed 11/27/19 Entered 11/27/19 11:01:45 Exhibit Deposition Transcript of Everett Willard Gray - II Pg 363 of 375

Everett Gray, II          October 23, 2019    (ND1 Assign # 3297-1          Page 363
Transcript of Everett Willard Gray - II

134:5 179:9
192:3 192:7
205:7 207:4
251:23

**stated** 31:1
33:24 49:22
50:11
53:3
87:23
117:22
118:13
136:6
141:25
183:2
192:25
266:24

**statement**
56:16
122:20
147:18
148:22
149:17
199:7 230:1
244:11

**statements**
14:1
44:13
224:23
226:12
227:19
228:12
229:18
230:17
230:20
232:17
234:13

**states** 117:24
118:12
118:18
119:13
134:6 234:7

**stating** 88:21
235:8

**status** 134:6

**stayed** 55:17

**Steelhead**
32:13 32:17
32:19

**step** 163:22

**stepped** 23:3

**Steve** 204:9

**stipulate**
77:25

**stipulated**
59:21

**Stitzel**
12:8 18:6
19:10
24:5 24:7
24:8
24:10 24:19
24:24
34:9
34:10 34:13
37:6 38:7
42:10 86:16
157:12
157:14
171:18
171:20
171:25
182:20
183:4 188:5
188:14
189:12
189:12
190:5 205:4
225:14
225:14
232:22

232:22
232:23
232:24
232:25
233:2

**stonewalling**
111:6 111:7
111:7

**stop** 78:22

**stopping**
92:14

**storage** 132:8
132:9
132:12

**store** 132:10

**stranded**
45:12

**strange** 25:10

**strategic**
82:2 98:16

**strategies**
101:2

**strategy**
159:12

**strike** 151:2

**strong** 256:17

**structure**
17:24 201:3

**structured**
136:10

**struggling**
147:12

**stuck** 175:22

**stuff** 55:23
162:21
167:23
227:19

238:11

**stuff's**
160:22

**SUAs** 73:9

**sub** 16:23
17:4
17:19 18:21
19:23
20:5
22:13
23:8 24:5
25:4
25:23 26:12
30:1 31:7
32:12
44:9 44:9

**subject** 60:16
150:2
177:19

**submit** 152:19
204:6
241:12
241:12
242:19

**submits**
224:19
225:2

**submitted**
46:22 46:23
111:3
118:22
224:18
224:19
255:9
257:20
261:16

**subsection**
29:24

**subsequent**

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

191:19

**subset** 125:24

**substantial**
123:7
170:14

**substantiate**
224:21

**subsurface**
218:2

**subtract**
226:5

**succeed** 172:7

**success**
162:10
163:8
270:12

**successful**
163:2 163:4
163:6

**successfully**
162:11

**sufficient**
112:14

**suitable**
256:16

**sum** 114:16

**summary**
184:16

**supervisor**
218:23

**supplement**
202:7

**suppliers**
238:2
238:13

**supplying**

230:2

**support**
14:2 44:14

**suppose**
115:15
157:20

**supposed** 53:6
223:25
245:7

**sure** 40:19
49:15
58:9
74:12 78:14
100:19
127:4 171:9
181:10
184:3 187:2
202:5 205:9
206:5
207:17
207:19
214:21
228:1
242:21
248:15
249:22
260:3 265:9

**surety**
253:2 253:4
253:7

**surface**
58:3 58:5
68:20
73:1 73:1
73:3 73:9
91:8 91:8
91:9
91:15 91:19
91:23 131:2
132:18
132:20

132:22
136:21

**surprised**
151:11

**suspense**
214:12
221:17

**sustain** 157:5

**swamped**
162:17

**switch** 212:14
218:24

**switched**
212:11

**switching**
223:17

**sworn** 8:24

**systems** 84:10

———————

T

**table** 151:8
154:11

**Tabula** 99:10

**tack** 226:6

**tactics**
110:18

**T-a-k-a-n**
249:7

**take-or-pay**
174:20
174:21
174:25
175:3 175:9

**taking**
61:10
67:3 77:18

88:5 142:15
142:17
169:5
174:24
176:9
176:19

**talk** 50:25
51:6
64:18 77:22
92:20
100:24
179:25
195:22
199:6
211:13

**talked**
34:19
39:2 49:5
61:15 87:22
101:1 104:9
116:25
124:4 126:5
136:24
186:20
204:14
204:18
219:24
242:3 255:4
255:25
256:5 256:7
256:7
264:14

**talking** 92:21
95:11
102:10
102:11
136:16
148:25
148:25
153:10
197:5 204:7
207:11

211:20
219:2
227:15
231:2
240:10
260:1

**talks**
116:24
250:7
255:17

**Tanka** 249:4
249:6

**Targa** 260:4

**tax** 132:2
253:19

**taxes**
199:25
200:2
200:19
228:22
228:24
229:3

**team** 24:3
24:17
241:16
257:1

**teams** 245:14

**technical**
93:9

**technically**
108:11

**Tenaci** 148:25
148:25

**Tengasco**
99:12

**TenOaks** 97:15
97:16 97:19
98:4

**tentacle**
75:13

**TEP** 57:6
61:10
139:19
139:20
140:13
140:18

**term** 20:21
49:22
50:1 50:8
50:10 54:19
64:22 65:21
134:10
135:14
161:20
185:9
185:11

**terminated**
50:4 88:7
178:15
178:16
178:18

**terminates**
50:2

**termination**
65:25

**terminology**
193:17
258:8

**terms** 17:12
18:11 19:20
59:12
63:7
65:19
85:9
98:13
104:15
136:11
137:11

137:20
141:22
153:3
164:11
178:2
195:24

**testified**
8:25
18:22
179:16
214:15
226:21
257:2 257:3

**testify** 12:12
13:7
13:16 13:24
14:5
14:11 14:17
14:24
15:7
15:13 15:18
16:1 16:6
16:12 16:17

**testifying**
10:3 12:10

**testimony**
11:3
11:21
60:6 121:12
121:14
134:25
135:1 135:2
178:10
226:16

**Texas** 15:22
15:24 15:24
15:24
21:8 32:2
80:5
80:13 81:2

83:17 87:14
100:23
103:18
105:23
124:9
130:13
159:3
164:19
193:3
200:17
200:22
203:8
212:12
213:10
213:25
270:7

**thank** 9:10
11:14 16:19
22:12 34:19
44:18 48:13
49:15
81:6
113:3 113:4
175:4
178:12
186:14
202:23
220:9
229:23
238:11
244:20
248:9

**thanks**
112:6
115:12
254:22

**that'll** 60:24

**theoretically**
76:19
135:20
138:15

19-70106-smr Doc#232-1 Filed 11/27/19 Entered 11/27/19 11:01:45 Exhibit Deposition Transcript of Everett Willard Gray II Pg 366 of 375

Everett Gray, II     October 23, 2019     (NDT Assgn # 32197-1     Page 366

139:10
222:1
262:19

**therefore**
70:16
88:8
89:21 90:11
107:24
111:7
132:11
153:2 163:2
172:7
177:14
256:3
257:17
265:22

**there'll**
213:23

**thereon** 23:5

**there's** 22:10
32:1 32:1
52:16 53:13
58:7 85:2
85:2
90:20
93:2 93:7
93:10 93:23
96:3 108:12
111:15
114:17
117:3
123:24
125:24
126:16
127:19
138:11
139:25
143:18
144:9
144:13
157:3

158:22
159:6 165:7
166:13
166:14
182:3
190:15
196:14
199:21
205:14
205:22
207:4
207:12
214:11
214:24
214:25
215:3 215:5
215:8
217:14
217:15
218:10
218:15
220:23
222:8
222:15
222:19
223:8
223:18
227:19
231:6
232:17
236:17
239:20
240:16
245:25
251:18
251:19
252:13
253:14
257:22
258:7
258:20
258:21
260:1 260:2

266:7
268:23

**they're** 53:19
62:19 70:13
70:22 75:22
98:11
100:23
102:24
102:25
102:25
103:2
103:14
133:5 136:1
136:16
137:13
138:15
140:14
143:22
144:15
151:1
173:18
174:13
183:19
196:17
196:19
206:9 206:9
213:24
216:4
228:16
237:6 237:8
246:2 262:3

**they've** 151:3
259:20

**third** 18:8
63:23 63:23
63:23
64:5 64:5
64:5 66:5
69:10 69:11
71:15 71:19
74:15
128:23

128:23
128:23
129:1 129:1
129:1 129:3
129:3 129:3
131:20
210:13
231:15

**third-party**
68:24
69:8
236:6 239:8
239:8

**Thomas** 268:25

**threw** 242:3

**throughout**
27:12 234:6

**throwing**
259:15
264:8

**thus** 39:13
89:25 89:25
163:19
188:12

**timeline** 93:7
267:13

**Timothy**
261:24

**tirelessly**
245:14

**title** 145:1
154:8 160:8
205:9

**TK** 91:19
91:21
92:5 136:20

**today** 9:25
10:6 11:3

11:21  12:11
78:20
95:7
112:7  123:1
125:9  145:5
163:14
165:9  179:1
179:2
195:16
231:2  255:4
265:1

**Tom** 269:2
269:10

**tomorrow**
163:20
262:10
268:7

**top** 36:10
61:16
62:1
63:12  65:17
83:19
85:7
91:12
97:3
99:14
126:20
157:10
158:11
183:7
183:18
191:5  193:1
201:2
206:13
216:11
217:12
219:19

**topic** 12:25
13:7  13:9
13:16  13:18
13:24

14:1  14:5
14:7
14:11  14:13
14:17  14:19
14:24
15:1  15:7
15:9
15:13  15:15
15:18  15:20
16:1  16:3
16:6  16:8
16:12  16:14
16:17  16:20
16:20  22:12
28:25  34:16
34:17  34:20
44:8
44:13
222:17

**topics** 12:12

**total** 17:13
18:12
21:6
22:10
166:25
209:11
213:3
214:13
231:1  232:5
232:7

**totaling** 86:1

**totally**
101:18

**towards** 84:23
135:9  242:4

**TPG** 174:13

**track** 79:10
129:12
161:1
206:22

206:23

**trading**
210:15

**trailer** 238:8
238:9

**transaction**
130:7
130:11
150:8  165:1
189:10
190:16
237:12

**transactions**
130:6

**transcript**
10:5  10:7
270:18
270:20
270:22
270:24

**transfer**
15:21  17:15
119:7
119:14
120:2
198:18
246:9
246:11
260:6

**transferred**
16:25
17:5
17:12  17:22
18:15  19:12
25:18  25:20
30:23
32:9
32:18  33:15
33:18  34:6

34:12  34:24
37:3  37:6
37:9
37:12
38:1  38:4
38:7
38:10  38:14
38:17  38:21
38:25
39:7  240:2

**transfers**
13:1  13:9
16:21  18:11
19:20  25:21
25:22
26:9  34:7
34:19  236:8
236:12
236:18
239:20
240:5
240:16
245:25
246:1  246:3
247:1

**transmission**
52:12

**transparent**
78:9  78:19

**transpired**
188:9  245:6

**transport**
71:25

**travel** 21:11

**travelers**
253:5

**Trends** 29:4
29:23  33:24

**trial** 23:2

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

23:4

**tribal**
95:12 95:13

**tried**
103:13
103:19
176:5

**Trinity**
99:9 99:9
174:13
174:14
176:1 176:5
178:10
178:14
178:15
178:17
254:19
254:23
255:4 255:8
255:17
255:20
255:22
256:2 256:6
256:7

**Tripp** 203:1
203:2 203:3
203:6 203:7
203:8

**Troy** 91:20
91:20

**truck**
223:24
223:25
224:3 224:4
225:7 225:9
225:11
225:13

**true** 40:16
51:7

**Trust** 104:4

**trustee**
156:16
242:20

**truth** 10:2

**try** 9:24
10:22 10:23
10:24
40:2 104:16
110:12
124:24
184:21
204:4
234:25
235:1
236:25
245:14

**trying** 45:8
45:9
45:13 55:22
63:22 63:22
64:4 71:8
73:14
78:9
78:19
82:1 85:9
98:3
99:23 110:7
110:25
116:17
141:20
145:14
147:11
147:12
160:24
170:23
171:4
177:21
184:17
203:20
252:24

**tubings**

249:15

**Tucson** 57:6
139:19
140:13

**Tundra** 225:10

**turbine** 138:5
141:2 141:9
144:13

**turbines** 49:2
52:13 52:16
52:19 52:21
53:8
53:11 53:13
53:20 53:24
60:14
137:13
138:6 138:9
138:10
140:25
141:6
143:19
143:23
144:1 144:4
144:15
144:16
145:7
241:22

**Turkey**
79:10
129:12
206:22
206:23

**turn** 12:25
44:20 44:23
109:3 250:3

**turned** 66:1
113:5
170:17

**turning**
56:6 248:15

**twenty-five**
71:14

**type** 93:12
94:3
185:5 196:3
217:22

**typical** 94:24
94:24 201:2
241:4

**typically**
107:23
119:13
221:19
239:21

---
U

**U.S** 156:15

**Uh-huh**
153:1 249:3

**ultimate**
75:11

**umbrella**
98:17

**unable**
87:20 100:9
164:11

**unacceptable**
101:10

**unclear** 31:20

**underneath**
238:9

**understand**
10:3
10:16 10:18
12:10
46:3 78:2
87:1 87:1
88:2
95:18 110:4

NAEGELI DEPOSITION & TRIAL
(800)528-3335
NAEGELIUSA.COM

128:24
153:15
153:16
153:24
154:7 178:4
264:23
268:2
268:10

**understanding**
59:10 70:15
70:25
71:9
73:17 73:19
73:20 81:24
85:3
97:20
138:17
138:18
175:25
218:3

**understood**
10:8 20:5
58:10 71:11
71:13
88:4 208:13
226:8
227:14
244:19

**underway**
52:10

**undetermined**
215:1
216:10
218:19
219:17
220:11
222:9
222:12

**undeveloped**
265:10
265:22

**unencumbered**
207:13
208:9
208:10

**unfortunately**
153:23
164:11
164:13
185:2 185:3
245:14
256:23

**unique** 95:6

**unit** 68:1
74:8
75:12 76:16
79:7 79:8
83:8
83:24
86:4 86:5
87:23 88:10
105:6 105:9
105:10
106:7 108:6
122:16
124:14
124:16
126:11
127:18
127:21
127:25
129:14
130:19
155:3 155:5
156:5 156:9
163:5 168:6
176:16
205:21
207:2
208:15
248:23
249:2
249:11

249:12
250:8 257:3
257:6
257:11
257:13
257:14
261:7 261:9
261:20
263:6
263:13
263:23
265:21

**unitization**
263:6

**unitized**
156:7

**units** 79:19
126:12
258:14
260:14

**universe** 94:4
95:17

**universes**
94:25

**unless** 9:18
27:14 28:5

**unload** 108:14

**unpaid** 191:13
191:14
215:10
217:17

**unsecured**
8:10 113:12
210:19
214:25

**unsecureds**
112:14
113:10
113:13

209:21

**unsophisticat
ed** 152:23

**unwinding**
210:17

**updating**
153:11

**upon** 23:5
48:21
50:2 52:9
52:20
60:9 62:5
64:1 67:7
69:5 88:7
95:20
113:24
115:8
140:14
190:16
251:23
256:1

**ups** 186:13
244:23
268:17

**upstream**
93:21
99:9 113:21

**uptake** 131:19

**usage** 270:8

**Utah** 95:11
96:12 96:16
96:18

**utility**
156:13
156:14

**utilization**
132:9
132:24

NAEGELI
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

**utilize** 47:6

**utilized**
159:12

**utilizing**
67:17

—————————
V
—————————

**vague** 99:20

**valuable**
208:16
262:17
266:5
266:10
266:13
266:16
266:18

**valuation**
55:9
58:20
59:6
59:10  61:13
61:15  61:22
66:14
69:2  81:9
85:3  137:23
140:24
141:12
142:8  143:2
143:16
145:6  145:9
148:21
188:12

**valuations**
16:14  48:17
48:18  48:19
82:10  82:13
269:14

**value** 13:2
13:10  15:15
16:21

32:9
32:19  33:16
33:19  34:13
34:23
37:3
37:10  37:13
37:14
38:2  38:5
38:8
38:11  38:14
38:18  38:21
51:13  52:18
64:3
69:10  71:18
81:24  81:25
82:6  85:3
85:9
98:21  112:7
112:12
131:21
133:2
137:18
137:25
139:24
139:25
145:3
148:12
149:4
149:18
155:6  166:5
181:23
206:12
207:3  231:2
231:6  231:6
231:22
231:23
231:24
231:25
232:2
232:12
232:13
266:10

266:14

**valued**
48:16  48:17

**values** 35:3

**valuing**
174:23

**varied** 257:14

**varies** 180:8

**various** 27:12
34:20  40:12
93:2
99:24  99:25
126:14
146:17
151:19
155:2  218:3
234:6  234:7
247:1

**vary** 162:24

**vast** 68:22
167:11

**vehicle** 20:15
21:13  21:15
21:17  21:20
224:6
225:22

**vehicles**
21:25
225:19

**Venders**
238:13

**vendors**
198:21
211:9
236:25
237:10
237:13
238:2

257:18

**venture** 98:20
181:25

**Ventures**
32:13  32:17
32:19
84:1
127:9
127:22
127:24
128:11
129:20

**verbal**
10:21  105:8
119:20
218:8  224:5
224:7  224:9
224:15
225:20

**verbally** 52:6
62:9  63:2
64:14  136:6
225:4

**verify** 228:3

**version**
271:10

**versus** 106:16
142:11
162:15
231:6

**vested** 163:2

**via** 36:9  36:9
100:15
100:15
116:15
116:15
151:25
235:25

**Vicki** 23:8

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

**38:4** 239:12

**Victoria** 24:5
24:7 24:9
24:10
38:7 157:14

**view** 95:8

**vision**
20:20 21:6

**visit**
116:17
116:20

**visiting**
158:20

**VK** 23:17
23:19 23:21

**Volume** 11:11

**VP** 20:8

———————

W

**W-a** 249:6

**Waha** 259:17

**Wait** 213:14

**waiting** 46:15
46:17 135:5
266:24
266:25

**waive**
119:17
119:17

**waiver**
88:25 89:17

**Wakan** 249:4
249:6

**W-a-k-a-n**
249:6

**walking**
101:18

149:3

**Wanka** 249:6

**W-a-n-k-a**
249:7

**warrant**
147:19

**Wash** 165:15
166:20

**wasn't**
39:25
88:1 95:3
100:12
123:7
132:17
133:16
147:14
164:14
167:20
169:23
170:14
170:14
173:25
177:3 181:5
215:7 235:7
235:10
235:11
245:16
256:24
256:24

**water** 29:22
30:12 31:14
48:16 48:19
48:23 48:24
66:4 66:9
66:15 66:19
66:20 66:21
66:22 66:24
67:1
67:11 67:13
67:20 68:7

68:10 68:11
68:12
69:7 69:7
69:11 69:23
70:3 70:5
70:11 70:16
70:16 70:23
71:1 71:9
71:14 71:19
72:3
72:20 73:22
73:24
74:2 74:7
74:15 74:19
75:6
75:16 75:16
75:19 75:25
76:5 76:8
76:12 76:14
76:14 76:18
76:19
77:5 77:9
79:12 79:13
80:9
81:10 81:16
81:18 81:21
81:22
82:4
82:11
84:8
87:24 88:11
88:14 88:18
88:21
89:6 89:9
89:20 89:22
89:25
90:8
90:10 90:11
90:12 90:15
91:6
100:2 102:8
106:14
106:15

107:3 107:5
107:6 107:7
107:14
114:1
114:16
117:10
117:12
117:16
124:5 131:1
131:17
131:20
153:14
183:11
207:25
208:5 208:6
208:6
242:11
250:1 250:2
261:14
261:15
262:12
263:9

**waterflood**
79:6
79:17 79:19
80:11 80:25
86:8
93:25
102:20
106:10
117:10
124:7
126:12
126:25
127:8 128:2
129:9
129:23
208:15

**waterfloods**
124:17
126:13
126:14

127:17
127:18
127:20
128:5
167:24
187:7
206:23
208:17
218:4 242:1
258:20
258:20
258:22
259:11
260:14
260:17
260:25
261:21
262:4

**Waterson**
157:3

**Waterston**
157:4

**Waterton**
157:4

**waterway**
117:20

**ways** 89:19
89:21
90:1
90:16 90:22

**wayside** 104:6

**website**
158:15
158:20
195:8

**we'd** 47:5
62:21
110:16
124:2
145:20

146:18
227:21

**WEDNESDAY** 8:4

**week** 121:24
123:3 125:2
162:25
173:3 225:8
241:12
267:24
268:2

**weekend**
162:16
173:3 173:4

**weekends**
162:19

**weeks** 24:13
105:15
138:21
139:1
139:16

**weird** 261:9

**wellbore**
107:4
155:21
155:23
155:25
265:13

**wellbore-only**
265:7

**wellbores**
249:13

**well-known**
203:9

**wells** 15:9
31:13 44:24
44:25 45:10
45:12 45:23
46:5 47:7
47:24 79:19

79:22 80:12
80:22
81:1 85:9
85:12 85:13
85:16 85:17
87:11 87:13
90:11 90:13
106:11
106:24
107:7
107:14
108:8
108:11
119:7
119:10
119:15
120:5 120:6
124:8
125:21
125:24
126:17
127:1
127:15
128:16
129:8
130:13
130:22
131:6
155:23
187:20
187:21
188:11
188:12
207:5 243:3
249:5 249:9
251:8
251:13
252:8
252:13
252:16
252:23
253:14
258:18

260:18
262:12
263:15
264:12

**we're** 17:24
44:4
46:25 54:20
57:24 60:16
74:10
78:1 78:4
78:9
78:19 92:18
93:9 94:5
97:24
104:19
107:6
107:10
120:14
122:22
133:18
139:7 139:7
157:2 160:2
163:21
163:21
173:24
177:2
177:11
179:21
179:22
179:22
182:10
183:20
184:17
219:13
221:25
222:5 222:6
222:17
226:12
241:16
241:16
244:14
244:18

**NAEGELI** DEPOSITION & TRIAL    (800)528-3335    NAEGELIUSA.COM

244:18
252:3 252:4
256:13
260:1 261:8
263:4 267:6
267:11

**West** 80:5
80:13
81:2
124:9
164:19
212:12
213:10

**Westall**
70:1 70:5
74:19 74:20
82:5

**Western**
212:11

**we've** 53:3
54:4
57:17 74:25
77:21 101:1
119:9
120:24
123:9 126:5
130:6
136:24
142:6
154:24
154:24
157:10
159:24
165:5
202:12
202:15
204:14
209:14
231:2 231:4
231:5 231:5
247:16

264:11
264:11
266:22
267:3 267:4

**whatever**
62:22
73:6
96:25
103:11
134:10
137:13
141:9
149:23
157:21
162:11
168:8 177:2
180:7 201:2
217:4 243:2

**whatsoever**
112:15
113:10
153:22
153:22
176:10

**whenever** 58:1
92:13
116:22
190:12
240:7
244:12

**whereby** 86:24

**WHEREUPON**
12:18
44:5
44:16 49:19
57:14 92:17
112:4
115:18
120:15
133:20
160:3 174:6

181:1 184:6
229:11
229:14
235:17
248:3 254:7
271:15

**wherever**
72:21

**whether** 15:21
20:9
22:15 27:20
28:12 30:17
31:24 34:23
45:11 55:13
77:23 93:24
98:18 101:2
101:2
102:19

**White**
165:14
166:21

**whoever** 60:25
89:6 120:20
123:15

**whole**
103:13
169:24

**whom** 8:8 41:8
182:19

**who's** 47:3
144:24
192:13
200:14
203:5 203:5
203:9 204:7
218:22
245:1
261:19
268:24

**whose** 187:1

262:12

**wife** 25:5
25:11 25:16

**Willard** 9:8
12:16
14:2
16:23 44:14
201:6

**W-i-l-l-a-r-d**
9:9

**WILLARD** 8:2
8:24 271:15

**willing** 114:4
114:4

**Will's** 207:17

**Wilson** 207:6

**wind** 31:14
48:16 48:18
48:23 48:24
48:25
51:6
51:10 51:16
51:18 52:13
56:11 56:13
57:17 57:25
58:3 58:4
58:21 58:22
59:1
60:10 60:14
60:15 60:25
61:21
64:8
64:10
77:4
80:14 80:16
80:18
81:2
81:16 81:20
82:13 91:24
101:21

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

19-70106-smr Doc#232-1 Filed 11/27/19 Entered 11/27/19 11:01:45 Exhibit Deposition Transcript of Everett Willard Gray II Pg 374 of 375

Everett Gray, II                    October 23, 2019    (ND1 Assign # 32797-1                    Page 374

101:23
102:4 102:8
102:8
102:13
102:16
123:22
123:25
124:1
124:10
125:21
131:4 131:5
131:8
131:21
132:6
132:16
132:18
132:19
132:23
134:6
134:15
135:19
137:13
139:15
142:8
142:24
145:4
145:10
146:14
146:19
147:23
147:25
163:23
181:23
208:8 208:9
241:18
268:3

**windfall**
118:10

**wipe** 235:5

**wire** 234:11
246:6

**wired**
146:24
240:1

**wiring** 246:14

**wish** 56:6
153:23

**witness**
27:7 28:1
78:8 186:13
244:20

**Wommack** 203:1
203:2 203:3
203:6 203:7
203:8
203:10
204:17

**wonder** 71:12

**wondering**
45:9 68:4
71:8
73:15
128:25
134:2

**work** 9:21
21:8
21:11
25:6 25:8
32:24 37:24
67:9
67:10 90:11
90:13
106:22
107:8
107:14
107:21
146:1
152:24
153:17
155:1
162:21

172:3
172:11
172:16
172:22
173:10
178:21
180:21
189:7
198:21
235:1 235:4
237:5
239:11
241:9
241:13
241:13
241:17
251:21
252:8
256:22
261:3
267:20
269:9

**worked**
110:1
120:11
245:14

**working**
24:1
24:15 31:12
75:25
76:5
76:21
77:5 77:8
80:9 86:3
91:5
100:2
104:19
124:5 131:1
147:4 154:2
155:14
159:13
160:11

164:12
195:25
196:1 196:9
196:22
196:23
197:21
198:3
213:16
214:8
236:25
237:9 237:9
237:10
242:11
261:19
265:14

**works** 24:13

**worlds** 149:20
231:7

**worry** 117:8
117:12
117:14

**worth** 71:6
71:9 113:15
113:17
113:25
114:7 114:7
114:9
114:11
114:13
115:6
115:10
131:16
133:5
135:20
137:17
138:15
139:9 140:6
140:9 142:4
155:5
183:19
213:24

**NAEGELI**
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

**write** 205:6

**writers** 68:24

**writes** 258:5

**writing**
119:19
209:7

**written**
54:5
59:12 218:5
226:21
227:1
240:13

**wrong** 53:10
100:19
249:7

**wrote** 71:5

**WS** 17:3
17:5
17:16 18:17
21:16
26:3 26:5
26:15
27:2
27:21
29:8
29:12 29:17
30:3 30:8
30:13 30:20
31:9 35:5
35:6
35:11 35:14
35:14 36:22
37:1
38:14
39:8
39:14 40:16
40:20
41:6
41:13 41:17
41:19 41:25

42:1 43:4
43:14
128:20
159:21
161:14
168:21
172:15
178:22
179:11
179:17
180:4 180:9
180:12
182:21
187:3 187:6
187:9
187:13
187:16
187:22
187:25
188:10
188:16
188:17
189:1 189:2
189:19
189:20
193:8
193:13
193:19
193:24
194:4 199:7
199:15
199:23
199:25
200:4
200:24
201:5 201:8
201:12
201:14
204:19
204:21
204:23
210:4 210:6
218:17

219:23
224:12
225:2
225:20
226:17
228:21
233:3
233:14
235:4
240:16
241:4
246:25
247:8
247:12
247:18
251:2

**WTNB** 212:11
212:12

———————

X

**x-ray** 29:4

———————

Y

**yard** 243:25

**year-lease**
64:22

**yesterday**
116:10

**yet** 123:14
148:3
179:21
194:2
219:11
243:22
264:18

**York** 146:4
146:11
146:11
146:12
146:13
149:2

181:17

**you'll** 138:16
181:8
199:15
213:24
233:18
238:20
270:24
271:5

**young** 147:10

**yourself** 11:5
16:23
169:20
181:9 201:9

**yourselves**
8:8

**you've** 9:24
9:25
47:14
106:12
125:16
130:3 130:3
145:11
164:21
228:11
263:7

———————

Z

**Zimmerman**
218:22

**zones** 86:8
102:20
218:3