**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Remnant Oil Company, LLC and** | § | **Case No. 19-70106** |
| **Remnant Oil Operating, LLC,** | § | **Case No. 19-70107** |
| | § | |
| **Debtors.** | § | **Chapter 11** |
| | § | |
| | § | **(Jointly Administered)** |
| | § | |

**KODIAK GAS SERVICES, LLC'S OBJECTION TO MOTION OF RONALD INGALLS,
CHAPTER 7 TRUSTEE TO SELL REAL PROPERTY FREE AND CLEAR
OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES**
**(Relates to Doc. No. 409)**

TO THE HONORABLE TONY M. DAVIS, U.S. BANKRUPTCY JUDGE:

Kodiak Gas Services, LLC ("Kodiak"), hereby submits this limited objection ("Objection")

to Motion Of Ronald Ingalls, Chapter 7 Trustee To Sell Real Property Free And Clear Of Liens,

Claims, Interests And Encumbrances [Docket No. 409] (the "Motion") and in support hereof,

respectfully states as follows:

### I.        LIMITED OBJECTION

1.        The Motion does not address Kodiak's Gas Compression Unit, still set on location on

the Caprock Asset.  Although counsel for the Trustee has represented that the sale does not include

the Gas Compression Unit (the "Unit"), the Motion is devoid of facts speaking to how the Unit is or

is not included.

2.        Kodiak objects to the extent that Ronald Ingalls, Chapter 7 Trustee ("Trustee") seeks

authorization to sell any asset not wholly owned by the Debtors' estates, specifically including but

not limited to Kodiak's gas compression unit still set on location on the Caprock Asset.  The Unit is

owned and operated by Kodiak and neither the Debtors' estate nor any other party in interest has an

ownership interest, right, or title in or to the Unit.  To the extent Trustee's Motion seeks relief contrary to the above, Kodiak objects.

3.      Kodiak further objects to the extent that Trustee is seeking to sell the estates assets to an insider of the Debtors, without a fulsome marketing and transparent sales process, and without the requisite specificity to identify what assets are being sold and/or what value is being placed on what respective assets.

4.      Purportedly, the assets are described in exhibits to the Asset Purchase Agreement ("APA"), however, the version of the APA attached to the Motion does not include those exhibits, and the movant has not included those exhibits in their witness and exhibit list, or a final, executed copy of the APA for that matter.  Until all parties in interest are provided this necessary factual detail, and given an opportunity to review and object, the Motion should be denied.

## II.      RESERVATION OF RIGHTS

5.      Kodiak reserves the right to object further upon discovery of additional material terms, consideration and/or information that is not fully and consistently set forth in the Motion.

## III.      PRAYER

WHEREFORE Kodiak requests that the Court: (i) sustain this limited Objection; (ii) limit the relief sought by the Trustee in the Motion to the extent provided for herein; and (iii) grant such other and further relief as the Court deems just and proper.

Respectfully submitted on the 22nd day of June 2020.

**OKIN ADAMS LLP**

By:     /s/ *John Thomas Oldham*
        Matthew S. Okin
        Texas Bar No. 00784695
        Email: mokin@okinadams.com
        Christopher Adams
        Texas Bar No. 24009857
        Email: cadams@okinadams.com
        John Thomas Oldham
        State Bar No. 24075429
        Email: joldham@okinadams.com
        1113 Vine St. Suite 240
        Houston, Texas 77002
        Tel: (713) 228-4100
        Fax: (888) 865-2118

**COUNSEL FOR KODIAK GAS SERVICES, LLC**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the forgoing pleading was served upon filing via the Court's CM/ECF system upon those parties subscribing thereto, and by first class mail, postage prepaid and properly addressed, on June 22, 2020, to all parties listed on the attached Service List.

        */s/ John Thomas Oldham*
        John Thomas Oldham

# SERVICE LIST

**United States Trustee:**

Henry G. Hobbs,
Deborah Bynum
Office of the U.S. Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701
henry.g.hobbs@usdoj.gov
deborah.a.bynum@usdoj.gov

**Chapter 7 Trustee:**

Ronald E. Ingalls
PO Box 2867
Fredericksburg, TX 78624-1927
ron@ingallstrustee.com

**Debtor:**

Remnant Oil Company, LLC
6 Desta Dr #5100
Midland, TX 79705

**Professionals for Trustee:**

Barbara M. Barron
Stephen W. Sather
Barron & Newburger, P.C.
7320 N. Mopac Expressway
Greystone II, Suite 400
Austin, TX 78731
bbarron@bn-lawyers.com
ssather@bn-lawyers.com

John Mosley
3834 Spicewood Springs Road, Suite 202
Austin, TX 78759

**Professionals for Debtor:**

Daniel B. Besikof
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154
dbesikof@loeb.com

**Professionals for Debtor (cont'd):**

Bernard R. Given, II
Loeb & Loeb, LLP
10100 Santa Monica Blvd, Suite 2200
Los Angeles, CA 90067
bgiven@loeb.com

Bethany D. Simmons
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154
bsimmons@loeb.com

**Secured Creditors:**

3-2-1 Partners, Ltd.
Thomas Howells
9706 Ruskin Circle
Sandy, UT 84092-3569

Art's Hot Oil Service, LLC
Arturo R. Carrasco Principal
PO Box 188
Lovington, NM 88260-0188

Baker Hughes Oilfield Operations, LLC
Will Marsh Chief Legal Officer
PO Box 301057
Dallas, TX 75303-1057

Baker Petrolite
12645 W. Airport Blvd
Sugar Land, TX 77478-6120

Ben's Oilfield Services, LLC
Attn: Jennifer Grassham
2701 N. Acoma
Hobbs, NM 88240-1801

Ben's Oilfield Svc Llc
PO Box 2364
Hobbs, NM 88241-2364

Bens Oilfield Services
4411 98th Street, Suite 400
Lubbock, TX 79424-5062

First Capital Bank Texas
310 W. Wall Street, Suite 100
Midland, TX 79701-5129

First Capital Bank of Texas, N.A.
c/o John Massouh
Sprouse Shrader Smith PLLC
PO Box 15008
Amarillo, TX 79105-5008

Mesa Well Servicing, LP
PO Box 1620
Hobbs, NM 88241-1620

Mesa Well Servicing, LP
c/o Dore Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, TX 77084-4927

Midland County
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408-0817

Midland CAD
c/o Tara LeDay
PO Box 1269
Round Rock, TX 78680-1269

Motley Service, LLC
2150 S. Dixie Blvd
Odessa, TX 79766-2167

Ben's Oilfield Services, LLC
c/o Traci D. Siebenlist
Crenshaw Dupree & Milam LLP
PO Box 64479
Lubbock, TX 79464-4479

Motley Service, LLC
Aka KLX Energy Services LLC

Kozyak Tropin Trockmorton
2525 Ponce De Leon, 9th Floor
Miami, FL 33134

New Mexico Taxation and Revenue Dept.
1100 South St. Francis Drive
Santa Fe, NM 67505-4147

New Mexico Tax and Revenue Dept
Legal Services Bureau
1100 South St. Francis Drive
Santa Fe, NM 87505-4147

New Mexico Tax and Revenue Dept.
PO Box 630
Santa Fe, NM 87504-0630

New Mexico Taxation and Revenue Dept.
PO Box 2308
Santa FE, NM 87504-2308

New Mexico Taxation and Revenue Dept
PO Box 25127
Santa FE, NM 87504-5127

New Mexico Taxation and Revenue Dept
Bankruptcy Section
PO Box 8575
Albuquerque, NM 87198-8575

NM Oil Conservation Division
c/o Adrienne Sandoval
1220 S. St. Francis Drive
Santa Fe, NM 67505

Rick's Well Service
Mark Schuck
700 Louisiana St, Suite 4800

Beverly Schmidt Couzzart
Irrevocable Trust
Amarillo National Bank TTEE
PO Box 1
Amarillo, TX 79105-0001

Catherine Claire Couzzart
Irrevocable Trust
Oil and Gas Dept
Amarillo National Bank TTEE
PO Box 1
Amarillo, TX 79105-0001

Margaret Francis Grace Couzzart
Irrevocable Trust
Oil and Gas Dept
Amarillo National Bank TTEE
PO Box 1
Amarillo, TX 79105-0001

Tessco Energy Svc., Inc.
PO Box 1999
Midland, TX 79702-1999

US Dept. of the Interior, BLM
c/o Mitchell Zeff
1100 L. Street, NW – Room 7530
Washington DC 20007
Mitchell.Zeff2@usdoj.gov

Wildcat Oil Tools Storage
706 N. Colorado
Midland, TX 79701-3437

William E. Walker Living Trust
4849 W. Lone Mountain Road, Apt 101
Las Vegas, NV 89130