John Massouh, SBN 24026866
john.massouh@sprouselaw.com
Alysia Córdova, SBN 24074076
alysia.cordova@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas 79105-5008
(806) 468-3300; (806) 373-3454 FAX

*Attorneys for FirstCapital Bank of Texas, N.A.*

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REMNANT OIL COMPANY, LLC | § | Case No. 19-70106-tmd |
| REMNANT OIL OPERATING, LLC, | § | Case No. 19-70107 |
| | § | |
| Debtors | § | Chapter 7 – Jointly Administered |

**FIRSTCAPITAL BANK OF TEXAS, N.A.'S LIMITED OBJECTION TO MOTION OF CHAPTER 7 TRUSTEE TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

FirstCapital Bank of Texas, N.A. ("**FCB**") files this Limited Objection ("Objection") to the Motion of Chapter 7 Trustee to Sell Real Property Free and Clear of Liens, Claims, Interests and Encumbrances (Doc. 409) (the "Motion"), and would show the Court as follows:

1. The Motion seeks to sell various assets of the estate subject to certain alleged debtor in possession liens and the liens of secured lenders. FCB is a secured lender and holds as collateral numerous assets of the Debtor. However, it is unclear from the Motion which assets are being sold and to real parties in interest who purport to purchase the assets.

2. In addition, although not entirely clear from the Motion, the Motion purports to ratify various debtor in possession liens against assets for the Debtor (the DIP Liens"). FCB is

evaluating whether the DIP liens are valid liens given nature of the liens, the manner in which they were granted, and the fact that insiders of the Debtor now own the liens. FCB objects to the extent the Motion seeks to ratify the DIP liens and wants to ensure that any order approving the Motion does not specify as such.

3. FBC further objects to the Motion to the extent the Motion seeks to sell estate assets to an insider of the Debtor.

4. FCB reserves the right to object further upon discovery of additional material terms, consideration, or information not fully set forth in the Motion. FCB further reserves the right to further object upon any new evidence or information introduced at the hearing on the Motion.

Respectfully submitted,

John Massouh, SBN 24026866
John.massouh@sprouselaw.com
Alysia Córdova, SBN 24074076
alysia.cordova@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas 79105-5008
(806) 468-3300; (806) 373-3454 FAX

*_/s/ John Massouh_*
John Massouh

*Attorneys for FirstCapital Bank of Texas, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2020 a true and correct copy of the above and foregoing was served electronically through the Court's ECF system or mailed in the United States mail, postage prepaid, to persons at the addresses as set forth on the attached service list.

*/s/ John Massouh*
John Massouh

4739.366
1134065_1.docx

# SERVICE LIST

**United States Trustee**:
Henry G. Hobbs,
Deborah Bynum
Office of the U.S. Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701
henry.g.hobbs@usdoj.gov
deborah.a.bynum@usdoj.gov

**Chapter 7 Trustee**:
Ronald E. Ingalls
PO Box 2867
Fredericksburg, TX 78624-1927
ron@ingallstrustee.com

**Debtor**:
Remnant Oil Company, LLC
6 Desta Dr #5100
Midland, TX 79705

**Professionals for Trustee**:
Barbara M. Barron
Stephen W. Sather
Barron & Newburger, P.C.
7320 N. Mopac Expressway
Greystone II, Suite 400
Austin, TX 78731
bbarron@bn-lawyers.com
ssather@bn-lawyers.com

John Mosley
3834 Spicewood Springs Road, Suite 202
Austin, TX 78759

**Professionals for Debtor**:
Daniel B. Besikof
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154
dbesikof@loeb.com

**Professionals for Debtor (cont'd):**
Bernard R. Given, II
Loeb & Loeb, LLP
10100 Santa Monica Blvd, Suite 2200
Los Angeles, CA 90067
bgiven@loeb.com

Bethany D. Simmons
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154
bsimmons@loeb.com

**Secured Creditors**:
3-2-1 Partners, Ltd.
Thomas Howells
9706 Ruskin Circle
Sandy, UT 84092-3569

Art's Hot Oil Service, LLC
Arturo R. Carrasco Principal
PO Box 188
Lovington, NM 88260-0188

Baker Hughes Oilfield Operations, LLC
Will Marsh Chief Legal Officer
PO Box 301057
Dallas, TX 75303-1057

Baker Petrolite
12645 W. Airport Blvd
Sugar Land, TX 77478-6120

Ben's Oilfield Services, LLC
Attn: Jennifer Grassham
2701 N. Acoma
Hobbs, NM 88240-1801

Ben's Oilfield Svc Llc
PO Box 2364
Hobbs, NM 88241-2364

**Secured Creditors (cont'd)**:
Bens Oilfield Services
4411 98thy Street, Suite 400
Lubbock, TX 79424-5062

First Capital Bank Texas
310 W. Wall Street, Suite 100
Midland, TX 79701-5129

First Capital Bank of Texas, N.A.
c/o John Massouh
Sprouse Shrader Smith PLLC
PO Box 15008
Amarillo, TX 79105-5008

Mesa Well Servicing, LP
PO Box 1620
Hobbs, NM 88241-1620

Mesa Well Servicing, LP
c/o Dore Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, TX 77084-4927

Midland County
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408-0817

Midland CAD
c/o Tara LeDay
PO Box 1269
Round Rock, TX 78680-1269

Motley Service, LLC
2150 S. Dixie Blvd
Odessa, TX 79766-2167

Ben's Oilfield Services, LLC
c/o Traci D. Siebenlist
Crenshaw Dupree & Milam LLP
PO Box 64479
Lubbock, TX 79464-4479

Motley Service, LLC
Aka KLX Energy Services LLC Kozyak
Tropin Trockmorton
2525 Ponce De Leon, 9th Floor
Miami, FL 33134

New Mexico Taxation and Revenue Dept.
1100 South St. Francis Drive
Santa Fe, NM 67505-4147

New Mexico Tax and Revenue Dept
Legal Services Bureau
1100 South St. Francis Drive
Santa Fe, NM 87505-4147

New Mexico Tax and Revenue Dept.
PO Box 630
Santa Fe, NM 87504-0630

New Mexico Taxation and Revenue Dept.
PO Box 2308
Santa Fe, NM 87504-2308

New Mexico Taxation and Revenue Dept
PO Box 25127
Santa Fe, NM 87504-5127

New Mexico Taxation and Revenue Dept
Bankruptcy Section
PO Box 8575
Albuquerque, NM 87198-8575

NM Oil Conservation Division
c/o Adrienne Sandoval
1220 S. St. Francis Drive
Santa Fe, NM 67505

Rick's Well Service
Mark Schuck
700 Louisiana St, Suite 4800
Houston, TX 77002

Beverly Schmidt Couzzart
Irrevocable Trust
Amarillo National Bank TTEE
PO Box 1

Amarillo, TX 79105-0001

Catherine Claire Couzzart
Irrevocable Trust
Oil and Gas Dept
Amarillo National Bank TTEE
PO Box 1
Amarillo, TX 79105-0001

Margaret Francis Grace Couzzart
Irrevocable Trust
Oil and Gas Dept
Amarillo National Bank TTEE
PO Box 1
Amarillo, TX 79105-0001

Houston, TX 77002
Tessco Energy Svc., Inc.
PO Box 1999
Midland, TX 79702-1999

US Dept. of the Interior, BLM
c/o Mitchell Zeff
1100 L. Street, NW – Room 7530
Washington DC 20007
Mitchell.Zeff2@usdoj.gov

Wildcat Oil Tools Storage
706 N. Colorado
Midland, TX 79701-3437

William E. Walker Living Trust
4849 W. Lone Mountain Road, Apt 101
Las Vegas, NV 89130