**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 19-70106-tmd |
| Remnant Oil Company, LLC and | § | Case No. 19-70107-tmd |
| Remnant Oil Operating, LLC | § | Chapter 7 |
| | § | |
| | § | (Jointly administered under |
| | § | Case No. 19-70106) |

**NOTICE OF DEFAULT BY SUCCESSFUL BIDDER ON**
**MOTION OF RONALD INGALLS, CHAPTER 7 TRUSTEE TO SELL REAL PROPERTY**
**FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES**
**(Oil and Gas Assets) [DKT 409]**

1. On June 30, 2020, the Court entered the Amended Order Granting Motion of Ronald Ingalls, Chapter 7 Trustee to Sell Real Property Free and Clear of Liens, Claims and Encumbrances ("Order").

2. Pursuant to the Order, Johnathan Samaniego was determined to be the high bidder. He was required to place a 10% down payment within three business days.

3. The last day to make the deposit was July 6, 2020. Mr. Samaniego has not paid the deposit and has not signed the Asset Purchase Agreement. Therefore, the Trustee has elected to declare him in default and to allow the backup bidder, Acacia Resources, LLC to close.

DATED: July 7, 2020.

                                      Respectfully Submitted,

                                      **BARRON & NEWBURGER, P.C.**
                                      7320 N. Mopac Expy, Suite 400
                                      Austin, Texas 78731
                                      (512) 476-9103 Ext. 220
                                      (512) 476-9253 Facsimile

By:    */s/ Stephen W. Sather*
                Stephen W. Sather
                State Bar No. 17657520
                **ATTORNEY FOR TRUSTEE**

# CERTIFICATE OF SERVICE

 I certify that a copy of the foregoing Notice was served by first class mail, postage prepaid and properly addressed or by email, on July 7, 2020, to the parties listed below and on the attached service list.

Ronald E Ingalls
PO Box 2867
Fredericksburg, TX 78624-1927

Bethany D. Simmons
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154

Remnant Oil Company, LLC and
Remnant Oil Operating, LLC
6 Desta Dr #5100
Midland, TX 79705

Johnathan Samaniego
Energy.jrs@gmail.com

Joseph Martinec
Martinec@mwvlaw.com

Hap May
hap.may@may-firm.com

Steven Bass
Steven.Bass@usdoj.gov

James Jacobsen
jjacobsen@nmag.gov

John Oldham
joldham@okinadams.com

John Massouh
john.massouh@sprouselaw.com

Lee Woodard
lwoodard@harrisbeach.com


               /s/ Stephen W. Sather

# FIRST MASTER SERVICE LIST
*(June 5, 2020)*

**United States Trustee:**

James Rose,
Deborah Bynum
Office of the U.S. Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701
James.Rose@usdoj.gov
deborah.a.bynum@usdoj.gov

**Chapter 7 Trustee:**

Ronald E. Ingalls
PO Box 2867
Fredericksburg, TX 78624-1927
ron@ingallstrustee.com

**Debtor:**

Remnant Oil Company, LLC
6 Desta Dr #5100
Midland, TX 79705

**Professionals for Trustee:**

Barbara M. Barron
Stephen W. Sather
Barron & Newburger, P.C.
7320 N. Mopac Expressway
Greystone II, Suite 400
Austin, TX 78731
bbarron@bn-lawyers.com
ssather@bn-lawyers.com

John Mosley
3834 Spicewood Springs Road, Suite 202
Austin, TX 78759

**Professionals for Debtor:**

Daniel B. Besikof
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154
dbesikof@loeb.com

**Professionals for Debtor (cont'd):**

Bernard R. Given, II
Loeb & Loeb, LLP
10100 Santa Monica Blvd, Suite 2200
Los Angeles, CA 90067
bgiven@loeb.com

Bethany D. Simmons
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154
bsimmons@loeb.com

**Secured Creditors:**

3-2-1 Partners, Ltd.
Thomas Howells
9706 Ruskin Circle
Sandy, UT 84092-3569

Art's Hot Oil Service, LLC
Arturo R. Carrasco Principal
PO Box 188
Lovington, NM 88260-0188

Baker Hughes Oilfield Operations, LLC
Will Marsh Chief Legal Officer
PO Box 301057
Dallas, TX 75303-1057

Baker Petrolite
12645 W. Airport Blvd
Sugar Land, TX 77478-6120

Ben's Oilfield Services, LLC
Attn: Jennifer Grassham
2701 N. Acoma
Hobbs, NM 88240-1801

**Secured Creditors (cont'd):**

Ben's Oilfield Svc Llc
PO Box 2364
Hobbs, NM 88241-2364

Bens Oilfield Services
4411 98thy Street, Suite 400
Lubbock, TX 79424-5062

First Capital Bank Texas
310 W. Wall Street, Suite 100
Midland, TX 79701-5129

First Capital Bank of Texas, N.A.
c/o John Massouh
Sprouse Shrader Smith PLLC
PO Box 15008
Amarillo, TX 79105-5008

Mesa Well Servicing, LP
PO Box 1620
Hobbs, NM 88241-1620

Mesa Well Servicing, LP
c/o Dore Rothberg McKay, P.C.
17171 Park Row, Suite 160
Houston, TX 77084-4927

Midland County
c/o Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott
PO Box 817
Lubbock, TX 79408-0817

Midland CAD
c/o Tara LeDay
PO Box 1269
Round Rock, TX 78680-1269

Motley Service, LLC
2150 S. Dixie Blvd
Odessa, TX 79766-2167

Ben's Oilfield Services, LLC
c/o Traci D. Siebenlist
Crenshaw Dupree & Milam LLP
PO Box 64479
Lubbock, TX 79464-4479

Motley Service, LLC
Aka KLX Energy Services LLC
Kozyak Tropin Trockmorton
2525 Ponce De Leon, 9th Floor
Miami, FL 33134

New Mexico Taxation and Revenue Dept.
1100 South St. Francis Drive
Santa Fe, NM 67505-4147

New Mexico Tax and Revenue Dept
Legal Services Bureau
1100 South St. Francis Drive
Santa Fe, NM 87505-4147

New Mexico Tax and Revenue Dept.
PO Box 630
Santa Fe, NM 87504-0630

New Mexico Taxation and Revenue Dept.
PO Box 2308
Santa FE, NM 87504-2308

New Mexico Taxation and Revenue Dept
PO Box 25127
Santa FE, NM 87504-5127

New Mexico Taxation and Revenue Dept
Bankruptcy Section
PO Box 8575
Albuquerque, NM 87198-8575

NM Oil Conservation Division
c/o Adrienne Sandoval
1220 S. St. Francis Drive
Santa Fe, NM 67505

**Secured Creditors (cont'd):**

Beverly Schmidt Couzzart
Irrevocable Trust
Amarillo National Bank TTEE
PO Box 1
Amarillo, TX 79105-0001

Catherine Claire Couzzart
Irrevocable Trust
Oil and Gas Dept
Amarillo National Bank TTEE
PO Box 1
Amarillo, TX 79105-0001

Margaret Francis Grace Couzzart
Irrevocable Trust
Oil and Gas Dept
Amarillo National Bank TTEE
PO Box 1
Amarillo, TX 79105-0001

Rick's Well Service
Mark Schuck
700 Louisiana St, Suite 4800
Houston, TX 77002

Tessco Energy Svc., Inc.
PO Box 1999
Midland, TX 79702-1999

US Dept. of the Interior, BLM
c/o Mitchell Zeff
1100 L. Street, NW – Room 7530
Washington DC 20007
Mitchell.Zeff2@usdoj.gov

Wildcat Oil Tools Storage
706 N. Colorado
Midland, TX 79701-3437

William E. Walker Living Trust
4849 W. Lone Mountain Road, Apt 101
Las Vegas, NV 89130