**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | |
|---|---|
| IN RE: § | |
| **REMNANT OIL COMPANY, LLC, and** § | Case No. 19-70106-TMD |
| **REMNANT OIL OPERATING, LLC** § | Case No. 19-70107-TMD |
|    Debtors § | Chapter 7 |
| § | Jointly Administered under |
| § | Case No. 19-70106-TMD |

**REPORT OF SALE**

Ronald Ingalls, Trustee ("Trustee") files this Report of Sale, and reports as follows:

1.  The Court approved the sale of almost all of the assets of both Debtors by the Amended Order Granting Motion of Ronald Ingalls, Chapter 7 Trustee, to Sell Real Property Free and Clear of Liens, Claims, Interests and Encumbrances (Oil and Gas Interests), docket number 452, entered on June 30, 2020.

2.  The final payment from the buyer, Acacia Resources, LLC, was received by wire transfer on July 17, 2020. The total payment received was $402,000.00.

3.  The sale was subject to certain specified liens on certain assets; the total of the "subject to" liens was $5,545,636.33.

Respectfully submitted,

/s/ Ronald Ingalls
Ronald Ingalls, Trustee
SBT 10391900
PO Box 2867
Fredericksburg, Texas 78624-1927
Tel: (830) 321-0878
Fax: (830) 321-0913
Email: ron@ingallstrustee.com
CHAPTER 7 TRUSTEE

## **CERTIFICATE OF SERVICE**

The signature above certifies that a true and correct copy of the foregoing document has been served, via CM/ECF, on Friday, June 24, 2022 on the U.S. Trustee at 615 E Houston Ste 533, San Antonio, TX 78205.