UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
GARY WRIGHT
ASSISTANT UNITED STATES TRUSTEE
903 SAN JACINTO BLVD., ROOM 230
AUSTIN, TX 78701
Telephone: (512) 916-5329

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| REMNANT OIL COMPANY, LLC, | § | CASE NO. 19-70106-SMR |
| | § | |
| | § | Chapter 7 |
| DEBTOR. | § | |

**MOTION OF THE UNITED STATES TRUSTEE
TO REOPEN CASE PURSUANT TO 11 U.S.C. § 350(b)**

TO THE HONORABLE SHAD ROBINSON,
UNITED STATES BANKRUPTCY JUDGE:

Kevin M. Epstein, United States Trustee for Region 7 (U.S. Trustee) hereby requests the Court reopen the above-captioned bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee pursuant to 28 U.S.C. § 586(a)(3), 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010. In support of this request, the U.S. Trustee states as follows:

1. The above-captioned bankruptcy case was commenced on July 16, 2019 when Remnant Oil Company, LLC (Debtor) filed a voluntary petition commencing a bankruptcy case under Chapter 11 of Title 11 of the United States Code. (Docket No. 1).

2. On April 14, 2020, the case was converted to a case under Chapter 7 of Title 11 of the Unites States Code (Docket No. 369).

3. Ron Ingalls (Trustee) was appointed Chapter 7 Trustee.

1

4. On February 3, 2025, the bankruptcy case was closed.

5. The U.S. Trustee recently received information regarding a potential asset that is likely property of the estate. Specifically, Enterprise Fleet Management owes $49,092.48 to the Debtor. The U.S. Trustee believes the estate may have an interest in this asset.

6. Because funds may be available for distribution to creditors, appointment of a chapter 7 trustee is in the best interests of creditors and the Debtor and necessary to the efficient administration of the case.

7. Pursuant to § 350(b), a case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause. This Court described "other cause" as a generous term designed to encompass circumstances which could not be anticipated by the drafters of the statute, including but not limited to the recovery of an undisclosed asset of the debtor and the pursuit of revocation of the debtor's discharge. *In re Hofmann*, 248 B.R. 79, 88 (Bankr. W. D. Tex. 2000) (citations omitted).

8. The U.S. Trustee moves that the Court reopen this case and authorize the UST appoint a trustee so the case trustee may review the matter and administer these funds.

9. The U.S. Trustee has determined that reasons exist to reopen this case so a chapter 7 trustee may investigate a recovery for the creditors of the bankruptcy estate through asserting an interest in the asset(s) as set forth herein.

For the reasons above, the UST requests that the Court reopen this case and allow the U.S. Trustee to appoint a chapter 7 trustee and for such other and further relief to which he may be entitled.

Dated: June 11, 2025            Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
United States Trustee Region 7
Southern and Western Districts of Texas

By: */s/ Gary Wright*
    Gary Wright
    Assistant United States Trustee
    Texas Bar No. 24047145
    903 San Jacinto Blvd., Room 230
    Austin, Texas 78701
    Telephone: (512) 916-5329
    gary.wright3@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I forwarded a true and correct copy of the foregoing **MOTION OF THE UNITED STATES TRUSTEE TO REOPEN CASE PURSUANT TO 11 U.S.C. § 350(b)** by prepaid first-class mail and/or by electronic means for all Pacer system participants to the parties listed on the attached mailing matrix (not attached to service copies) on June 11, 2025.

*/s/ Gary Wright*
Gary Wright