# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 19–70106–smr
Chapter No.: 7
Judge: Shad Robinson

IN RE: **Remnant Oil Company, LLC and Remnant Oil Operating, LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at https://www.zoomgov.com/my/robinson.txwb, via Zoom or by phone. Call–in number:, 669–254–5252 Code: 161 0862 5245

on **7/22/25 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 553 Motion to Reopen Chapter 7 Case filed by Gary W. Wright for U.S. Trustee United States Trustee – MD12 ) Hearing Scheduled For 7/22/2025 at 10:00 AM at https://www.zoomgov.com/my/robinson.txwb via Zoom or Call 669–254–5252 Meeting ID: 161 0862 5245 ... Five calendar days before the hearing, exhibits must be: (1) mailed to U.S. Bankruptcy Court, Attn: Jennifer Lopez, Homer Thornberry Judicial Bldg., 903 San Jacinto, Suite 322, Austin, TX 78701 and (2) emailed to Adam Schmit at Adam_Schmit@txwb.uscourts.gov, Juliana Steward at Juliana_Steward@txwb.uscourts.gov AND Jennifer Lopez at jennifer_lopez@txwb.uscourts.gov.... If the parties anticipate that 30 minutes is not enough time for all sides to present argument and evidence for their matter, the parties must file a motion requesting a special setting. (Lopez, Jennifer)

Dated: 6/24/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]