**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 22, 2025**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| **REMNANT OIL COMPANY, LLC,** | § | **CASE NO. 19-70106-SMR** |
| | § | |
| | § | **Chapter 7** |
| **DEBTOR.** | § | |

## ORDER GRANTING MOTION TO REOPEN CASE

Came on for consideration the Motion of the United States Trustee to Reopen Case (Motion). The Court finds that cause exists to grant the Motion and to reopen this case. It is therefore

**ORDERED** that this case is reopened; and it is further

**ORDERED** that the United States Trustee appoint a trustee in this case in conformity with Federal Rule of Bankruptcy Procedure 5010.

# # #

Order prepared and submitted by:
Gary Wright
Office of the U.S. Trustee
903 San Jacinto Blvd., Rm. 230
Austin, TX 78701
Tel: (512) 916-5329
Fax: (512) 916-5331