# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

| | |
|---|---|
| IN RE: § | |
| REMNANT OIL COMPANY, LLC, § | CASE NO. 19-70106-SMR |
| § | |
| § | Chapter 7 |
| DEBTOR. § | |

## NOTICE OF APPOINTMENT OF
## TRUSTEE AND FIXING OF BOND

Pursuant to 11 U.S.C. §701, **RON INGALLS** is appointed interim trustee in the above styled case and is hereby designated to preside at the first meeting of creditors held pursuant to 11 U.S.C. §341(a). Pursuant to Bankruptcy Rule 2008, the trustee will be deemed to have accepted this appointment unless it is rejected within seven (7) days of receipt of this notice. The bond for this case will be included under the trustee's existing blanket bond. Unless creditors at the first meeting of creditors elect another trustee, the trustee appointed herein shall serve as trustee without further appointment or qualification under the same bond.

DATE: 07/23/2025

        KEVIN EPSTEIN
        United States Trustee, Region 7
        Southern and Western Districts of Texas

        By: /s/ Gary Wright
           Gary Wright
           Assistant U. S. Trustee
           903 San Jacinto Blvd., Rm 230
           Austin, Texas 78701
           Telephone: (512) 916-5329