**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| In Re: | § | Case No. 19-70106-SMR |
| Remnant Oil Company, LLC | § | |
| | § | |
| Debtor(s) | § | Chapter 7 |

## SECOND AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ACCOUNTANT FOR TRUSTEE

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed with 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, <u>903 San Jacinto Blvd., Suite 322, Austin, Texas 78701</u>. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

John Mosley, accountant for Ronald E. Ingalls, Trustee, files this Second and Final Application for Allowance of Compensation and Reimbursement of Expenses of Accountant for Trustee, and would show the Court as follows:

1. This Application is made pursuant to §330 of the Bankruptcy Code. This case was filed under Chapter 11 on July 16, 2019, converted to Chapter 7 on April 14, 2020, and reopened on July 22, 2025. On July 1, 2020, an order of the court, docket #453, was entered allowing the Trustee, Ronald E. Ingalls, to employ John Mosley as his duly appointed accountant in this case.

2. From July 22, 2025 through September 19, 2025, inclusive, the accountant has incurred fees for professional services rendered totaling $1,000.00 and expenses of $103.88.

3. There has been one prior application for fees and expenses in this case which was allowed on November 27, 2023, by Order Allowing Application for Compensation and Reimbursement of Expenses for Accountant Doc. No. 539 in the amount of $4,201.62 as to the Debtor and $3,759.17 as to Case No. 19-70107 Remnant Oil Operating, LLC (jointly administered under this Case No. 19-70106-SMR) for the time period covered July 1, 2020 through October 31, 2023. No retainer was received by the Accountant. Any compensation to be received will not be shared and no agreement or understanding exists between Accountant, or any other entity, for the sharing of compensation to be received for services rendered in connection with this case.

4. <u>Time and Labor Required.</u> The total award sought of $1,000.00, represents 5.0 hours.

| Event | Estimated Fee |
|---|---|
| Accountant advised Trustee regarding tax matters; prepared federal income tax return for the year 2025 and final Texas Franchise Tax Report | $    760.00 |
| Preparation of Fee Application and supporting documents | $    240.00 |
| TOTAL FEE | $ 1,000.00 |

      5. <u>Novelty and Difficulty of Questions.</u> This case was neither novel nor difficult.

      6. <u>Skill Requisite to Perform Legal Services Properly.</u> Skill and experience in the field of tax law and accounting was required.

      7. <u>Preclusion of Other Employment Due to the Case.</u> If the Accountant had not been representing the Trustee in this case, he would have been able to expend a like number of hours representing other clients; therefore, certain other employment was precluded from representation in this case.

      8. <u>Customary Fee.</u> Applicant seeks approval of fees of John Mosley of $200.00 per hour. The rates charged are the normal charges for work for clients for a case of this magnitude. The fees are usual and customary in the Western District of Texas with some variation. These are customary charges by Accountant and other certified public accountants in the area.

      9. <u>Whether Fee is Fixed or Contingent.</u> Accountant has worked on an hourly basis.

      10. <u>Time Limitations Imposed by Client and Other Circumstances.</u> The tax return was due in accordance with Title 26 of the United States Code. Accountant had to prepare the return by obtaining information from the Trustee.

      11. <u>Amount of Money and Property Involved and Result Obtained.</u> The tax return was necessary to the estate, because the liability (or lack thereof) to the IRS has to be determined by the filing of returns before the funds available to unsecured creditors may be known.

      12. <u>Experience, Reputation and Abilities of Accountants.</u> Accountant enjoys a good reputation in the community. The Accountant has significant experience and is a licensed Certified Public Accountant in the State of Texas.

      13. <u>Undesirability of Case.</u> This case has not been undesirable.

      14. <u>Nature and Length of Professional Relationship of Client.</u> Accountant had no prior relationship with the Debtor prior to being hired in this case. The Accountant has prior relationships with Trustee on other bankrupt estates and legal matters.

      15. <u>Awards in Similar Cases.</u> The applicant submits that the compensation sought herein is not inconsistent with that awarded in other cases of a similar nature throughout the Western District of Texas and in the Austin area generally.

      WHEREFORE, PREMISES CONSIDERED, John Mosley, accountant for Trustee, prays that the Court enter an order allowing compensation and expenses of $1,103.88 for John Mosley from July 22, 2025 through September 19, 2025, inclusive, and that Ronald E. Ingalls, Trustee, be authorized to pay such compensation, and for such other relief as may be just and equitable.

      Respectfully submitted,

/s/ *John Mosley*
John Mosley
3834 Spicewood Springs Road, Suite 202
Austin, Texas 78759
Telephone: 512-327-7777
Facsimile: 512-852-4777
ACCOUNTANT FOR TRUSTEE

CERTIFICATE OF SERVICE

      By my signature above, I hereby certify that on this September 19, 2025, a true and correct copy of the above and foregoing Application, the Fee Application Summary, and Compensation and Expense Support Exhibit were served by the CM/ECF system or first class, U.S. mail, to U. S. Trustee, P.O. Box 1539, San Antonio, Texas 78295-1539, Ronald E. Ingalls, P.O. Box 2867, Fredericksburg, Texas 78624-1927, and Debtor(s)' attorney, Bernard R. Given II, Loeb & Loeb LLP, 10100 Santa Monica Blvd, Ste. 2200, Los Angeles, CA 90067, and that the Fee Application Summary has been sent to all creditors listed on the attached exhibit by first class, U. S. mail.

**John Mosley**
Attorney at Law
Certified Public Accountant
3834 Spicewood Springs Road, Suite 202
Austin, Texas 78759

**Invoice**

**Invoice #:** 19-70106-2
**Invoice Date:** 9/19/2025

**Bill To:**
Ron Ingalls, Chapter 7 Trustee

**Matter:**
In Re: Remnant Oil Company, LLC
Case No. 19-70106-SMR

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/18/2025 | Preparation of short year 2025 Form 1065 and supporting schedules and final Texas Franchise Tax Report | 3.8 | 200.00 | 760.00 |
| 9/19/2025 | Preparation of fee application and supporting documents | 1.2 | 200.00 | 240.00 |
| 9/19/2025 | Copies | 106 | 0.25 | 26.50 |
| 9/19/2025 | Postage | 106 | 0.73 | 77.38 |

| | |
|---|---|
| **Total** | $1,103.88 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,103.88 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| In Re: | § | Case No. 19-70106-SMR |
| **Remnant Oil Company, LLC** | § | |
| | § | |
| Debtor(s) | § | Chapter 7 |

## FEE SUMMARY

This pleading requests relief that may be adverse to your interests.

If no timely response is filed with 21 days from the date of service, the relief requested herein may be granted without a hearing being held.

A timely response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, 903 San Jacinto Blvd., Suite 322, Austin, Texas 78701. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.

I. CLIENT:                                    Trustee:    Ronald E. Ingalls

II. REQUESTING APPLICANT/FIRM:    John Mosley

III. TOTAL AMOUNT OF FEES REQUESTED:

   a. Fees:                              $1,000.00
   b. Expenses:                         $103.88
   c. Pre-petition retainer, if any:    None
   d. Time period covered:              July 22, 2025 through September 19, 2025

IV. BREAKOUT OF CURRENT APPLICATION:

| NAME/CAPACITY | TOTAL HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| FEES: | | | |
| Mosley CPA | 5.0 | $200.00 | $ 1,000.00 |

| EXPENSES: | | |
|---|---|---|
| | Copies | $ 26.50 |
| | Postage | $ 77.38 |
| TOTAL EXPENSES: | | $103.88 |

AMOUNT ALLOCATED FOR PREPARATION OF THE FEE APPLICATION: $240.00

V. PRIOR APPLICATIONS: There has been one prior application for fees and expenses in this case which was allowed on November 27, 2023, by Order Allowing Application for Compensation and Reimbursement of Expenses for Accountant Doc. No. 539 in the amount of $4,201.62 as to the Debtor and $3,759.17 as to Case No. 19-70107 Remnant Oil Operating, LLC (jointly administered under this Case No. 19-70106-SMR) for the time period covered July 1, 2020 through October 31, 2023

VI. OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE:

| NAME | PARTY REPRESENTED |
|---|---|
| Ronald E. Ingalls | Trustee |

VII. RESULTS OBTAINED: Accountant advised Trustee regarding tax matters; prepared federal income tax return for the year 2025 and final Texas Franchise Tax Report; and prepared fee application and supporting documents.

/s/ *John Mosley*
John Mosley
SBN: 14581640
3834 Spicewood Springs Road, Suite 202
Austin, Texas 78759
Telephone: 512-327-7777
Facsimile: 512-852-4777

REMNANT OIL OPERATING CO, LLC     LIMITED MATRIX     19-70106-TMD

| | | |
|---|---|---|
| 3-2-1 Partners, Ltd.<br>1192 E Draper Pkwy Ste 575<br>Draper, UT 84020 | Alliance Well Service LLC<br>3803 Lynette Drive<br>Amarillo, TX 79109 | Arena Energy Llc<br>9711 N Plainfield Dr<br>Hobbs, NM 88242-0783 |
| Arts Hot Oil Svc Llc<br>Arturo R Carrasco Principal<br>PO Box 188<br>Lovington, NM 88260-0188 | Baker Hughes Inc<br>Will Marsh Chief Legal Officer<br>PO Box 301057<br>Dallas, TX 75303-1057 | Baker Hughes Inc<br>c/o J Blake Hamm<br>Snow Spence Green LLP<br>2929 Allen Pkwy Ste 2800<br>Houston TX 77019 |
| Baker Petrolite LLC<br>c/o J Blake Hamm<br>Snow Spence Green LLP<br>2929 Allen Pkwy Ste 2800<br>Houston TX 77019 | Baker Petrolite Llc<br>12645 W Airport Blvd<br>Sugar Land, TX 77478-6120 | Barron & Newburger, P.C.<br>Stephen W. Sather<br>7320 N Mopac Expwy Ste 400<br>Austin TX 78731 |
| Ben's Oilfield Services LLC<br>c/o Traci D Siebenlist<br>Crenshaw Dupree & Milam LLP<br>PO Box 64479<br>Lubbock TX 79464-4479 | Ben's Oilfield Services, LLC<br>Attn: Jennifer Grassham<br>2701 N Acoma<br>Hobbs, NM 88240-1801 | Ben's Oilfield Svc Llc<br>PO Box 2364<br>Hobbs, NM 88241-2364 |
| Bens Oilfield Services<br>4411 98th Street Ste 400<br>Lubbock, TX 79424-5062 | Bernard R. Given II<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd Ste 2200<br>Los Angeles, CA 90067-4120 | Blue Cross Blue Shield of Texas<br>c/o Kelly E Kleist<br>Scheef & Stone LLP<br>2600 Network Blvd Ste 400<br>Frisco, TX 75034-6010 |
| Bo Monk Pipe Testing Co Inc<br>PO Box 1767<br>Hobbs, NM 88241-1767 | Bridge Capital Corporation<br>c/o Erich Mundinger<br>2365 Rice Blvd Ste 201<br>Houston, TX 77005-2668 | Brunson Chandler & Jones, PLLC<br>175 S. Main Street Ste 1410<br>Salt Lake City, UT 84111-1937 |
| Cargill Inc Risk Management<br>Attn: Tyler Smith<br>825 Town & Country Ln Ste 1430<br>Houston, TX 77024-2329 | Cargill, Inc.<br>c/o Winstead PC<br>Attn: Sean B. Davis<br>600 Travis Street Ste 5200<br>Houston, TX 77002-3017 | Carrie M McCaleb<br>2103 Bullock Ave<br>Artesia NM 88210-2238 |
| Central Valley Electric Coop Inc<br>c/o Randall L Rouse<br>Lynch Chappell & Alsup<br>300 N Marienfeld Ste 700<br>Midland TX 79701-4393 | Central Valley Electric Cooperative Inc<br>PO Box 230<br>Artesia, NM 88211-0230 | Cibolo Energy Resources LLC<br>c/o Joseph D Martinec<br>Martinec Winn & Vickers PC<br>223 Greystone Lane Unit B<br>Cedar Creek, TX 78612 |
| Cibolo Energy Resources, LLC<br>c/o Harold N May<br>1500 S Dairy Ashford #325<br>Houston TX 77077-3861 | Coats Pump And Supply Inc<br>PO Box 1210<br>Dexter, NM 88230-1210 | Colorado Waterston, LLC<br>c/o Adam Blum<br>777 Main Street Ste 700<br>Fort Worth TX 76102-5340 |

| | | |
|---|---|---|
| Colorado Waterston, LLC<br>c/o Eric A Soderlund<br>Ross & Smith PC<br>700 N Pearl St Ste 1610<br>Dallas TX 75201 | Ct Corp<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | Donlin Recano & Company Inc<br>6201 15th Avenue<br>Brooklyn NY 11219 |
| DXP Enterprises, Inc.<br>c/o Michael W. Bishop<br>Gray Reed & McGraw Law Firm<br>1601 Elm Street Ste 4600<br>Dallas TX 75201 | ETC Texas Pipeline LTD<br>1300 Main Street<br>Houston TX 77002 | First Capital Bank Of Texas<br>310 W Wall Street Ste 100<br>Midland, TX 79701-5129 |
| FirstCapital Bank of Texas, N.A.<br>c/o John Massouh<br>Sprouse Shrader Smith PLLC<br>PO Box 15008<br>Amarillo TX 79105-5008 | G And P Automation And Electric Llc<br>PO Box 3766<br>Hobbs, NM 88241-3766 | Gandy Marley Inc<br>PO Box 1658<br>Roswell, NM 88202-1658 |
| Internal Revenue Service<br>Stop 5026 AUS<br>300 E 8th Street<br>Austin TX 78701-3233 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Klx Energy Svcs Llc<br>Product Line Manager<br>3040 Post Oak Blvd 15th FL<br>Houston, TX 77056-6582 |
| Kodiak Gas Services, LLC<br>c/o Kyle Boudousquie<br>15320 Hwy 105 W Ste 210<br>Montgomery TX 77356-2602 | Kodiak Gas Services, LLC<br>c/o John Thomas Oldham<br>Okin Adams LLP<br>1113 Vine Street Ste 240<br>Houston, TX 77002-1044 | Kodiak Gas Services, LLC<br>c/o Christopher Adams<br>Okin Adams LLP<br>1113 Vine Street Ste 240<br>Houston, TX 77002-1044 |
| Kodiak Gas Services, LLC<br>c/o Matthew S. Okin<br>Okin Adams LLP<br>1113 Vine Street Ste 240<br>Houston, TX 77002 | Kodiak Gas Svc Llc<br>PO Box 732235<br>Dallas, TX 75373-2235 | L and E Services Llc<br>PO Box 70<br>Loco Hills, NM 88255-0070 |
| Lea County Clerk<br>100 N Main Ave Ste 1C<br>Lovington, NM 88260-4000 | Lea County Electric Cooperative Inc<br>PO Box 1447<br>Lovington, NM 88260-1447 | Lexon Insurance Co<br>12890 Lebanon Rd<br>Mt Juliet, TN 37122-2870 |
| Lexon Insurance Company<br>c/o Locke Lord LLP<br>Attn: W Steven Bryant<br>600 Congress Ave Ste 2200<br>Austin TX 78701-3055 | Lucid Artesia<br>3100 McKinnon Street Ste 800<br>Dallas TX 75201 | Martindale Consultants Inc<br>4242 N Meridian Ave<br>Oklahoma City OK 73112-2457 |
| Mesa Well Servicing Lp<br>PO Box 1620<br>Hobbs, NM 88241-1620 | Mesa Well Servicing, LP<br>c/o Dore' Rothberg McKay, P.C.<br>17171 Park Row Ste 160<br>Houston, TX 77084-4927 | Midland CAD<br>c/o Tara LeDay<br>PO Box 1269<br>Round Rock, TX 78680-1269 |
| Midland Central Appraisal District<br>PO Box 908002<br>Midland, TX 79708-0002 | Midland County<br>c/o Laura J Monroe<br>Perdue Brandon Fielder Collins & Mott<br>PO Box 817<br>Lubbock TX 79408-0817 | Modrall Sperling Law Firm<br>c/o Spencer L. Edelman<br>PO Box 2168<br>1530 Rancho Guadalupe Trl NW<br>Albuquerque, NM 87107-3382 |

| | | |
|---|---|---|
| Motley Services LLC<br>KLX Energy Services LLC<br>c/o Bernice Lee<br>Kozyak Tropin Trockmorton<br>2525 Ponce de Leon Blvd 9th FL<br>Miami FL 33134 | Zimmerman Oil Inc<br>Zac Zimmerman President<br>PO Box 397<br>Lovington, NM 88260-0397 | New Mexico Attorney General<br>Hector Balderas<br>408 Glisteo Street Villagra Bldg<br>Santa Fe, NM 87501-2645 |
| New Mexico Dept Of Labor<br>Secretary<br>PO Box 1928<br>Albuquerque, NM 87103-1928 | New Mexico Environment Dept<br>1190 St Francis Drive Ste N4050<br>PO Box 5469<br>Santa Fe, NM 87505-4173 | New Mexico Occupational Health And<br>Safety Bureau Ohsb<br>525 Camino De Los Marquez Ste 3<br>Santa Fe, NM 87505-1816 |
| New Mexico Oil Conservation Division et al<br>c/o James C Jacobsen<br>New Mexico Atty General's Office<br>201 Third Street NW Ste 300<br>Albuquerque NM 87102-3366 | New Mexico SOS<br>Maggie Toulouse Oliver<br>New Mexico State Capitol Annex North<br>325 Don Gaspar Ste 300<br>Santa Fe, NM 87501-4401 | New Mexico State Land Office<br>310 Old Sante Fe Trl<br>Sante Fe, NM 87501-2708 |
| New Mexico Tax And Revenue Dept<br>Legal Services Bureau<br>1100 South St Francis Drive<br>Santa Fe, NM 87505-4147 | New Mexico Tax And Revenue Dept<br>1100 South St Francis Drive<br>Santa Fe, NM 87505-4147 | New Mexico Tax And Revenue Dept<br>PO Box 630<br>Santa Fe, NM 87504-0630 |
| New Mexico Taxation & Revenue Dept<br>PO Box 25127<br>Santa Fe, NM 87504-5127 | New Mexico Taxation And Revenue<br>Departme<br>PO Box 2308<br>Santa Fe, NM 87504-2308 | New Mexico Taxation and Revenue<br>Department<br>Bankruptcy Section<br>PO Box 8575<br>Albuquerque, NM 87198-8575 |
| Ono's Sandblasting And Painting Llc<br>PO Box 3790<br>Hobbs, NM 88241-3790 | Patty Boatenhamer<br>1604 W Ray<br>Artesia NM 88210-2211 | PCS Ferguson Inc<br>c/o Dore' Rothberg McKay, P.C.<br>17171 Park Row Ste 160<br>Houston, TX 77084-4927 |
| Perk Roc Inc<br>dba Stevenson-Roach<br>PO Box 157<br>Artesia, NM 88211-0157 | Permian Controls LLC<br>6841 Virgnia Pkwy Ste 103<br>McKinney, TX 75071-5716 | Reliable Well Svc Inc<br>David Barrett President<br>512 W Texas<br>Artesia, NM 88210-2083 |
| Remnant Oil Operating, LLC<br>PO Box 397<br>Lovington, NM 88260-0397 | Rendall Sikes PLLC<br>5310 Harvest Hill Rd Ste 260<br>Dallas, TX 75230-5811 | Ronald E Ingalls<br>Chapter 7 Trustee<br>PO Box 2867<br>Fredericksburg, TX 78624-1927 |
| Rose Alice Johnson<br>405 E Hermosa Drive<br>Roswell NM 88201-6536 | Russell K Hall And Associates Inc<br>PO Box 80925<br>Midland, TX 79708-0925 | Schleicher County<br>c/o Laura J. Monroe<br>Perdue, Brandon, Fielder, Collins & Mott<br>PO Box 817<br>Lubbock, TX 79408-0817 |
| Schleicher County Appraisal District<br>c/o Laura J. Monroe<br>Perdue, Brandon, Fielder, Collins & Mott<br>PO Box 817<br>Lubbock, TX 79408-0817 | Schleicher County Clerk<br>PO Box 580<br>2 South Divide Courthouse Square<br>Eldorado, TX 76936-0580 | Schleicher County Tax Assor/collector<br>PO Box 658<br>Eldorado, TX 76936-0658 |

Service Compression LLC
301 Cummings Avenue
Pocola OK 74902-3612

Shannon Tulk
2205 W Brisce Ave
Artesia, NM 88210-3006

Smith Manus
2307 River Road Ste 200
Louisville KY 40206-5005

Standard E&S, LLC
PO Box 2724
Lubbock, TX 79408-2724

Standard Energy Svc
Pieter Bergstein President
PO Box 2724
Lubbock, TX 79408-2724

Strategy Oilfield Services, Inc.
204 N Walnut Street
Muenster, TX 76252-2766

Texas Workforce Commission
Attn: Rick Diaz, BK Unit
101 E 15th Street Rm 556
Austin TX 78778-0001

Texas Workforce Commission
Regulatory Integrity Division - SAU
OAG Bankruptcy - Collect Div MC 008
PO Box 12548
Austin TX 78711-2548

The Supply Store Inc
132445 Lovington Hwy
Loco Hills, NM 88255

TRC Master Fund LLC
PO Box 633
Woodmere, NY 11598-0633

Twin Stars Compression LLC
Roger Armstrong President
100 Iowa Ave
Bloomfield, NM 87413-5390

TX Comp of Public Accounts
Revenue Accting Div - BK Section
PO Box 13528
Austin TX 78711-3528

TX Comp of Public Accts c/o OAG
BK - Colls Div MC-008
PO Box 12548
Austin TX 78711-2548

United States Attorney
Civil Process Clerk-IRS
601 N W Loop 410 Ste 600
San Antonio, TX 78216-5597

United States Attorney General
Dept Of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

United States Trustee - MD12
US Trustee's Office
903 San Jacinto Blvd Ste 230
Austin TX 78701-2450

WILDCAT OIL TOOLS
706 N COLORADO
MIDLAND TX 79701-3437

Will Gray
PO Box 5375
Midland TX 79704

WILLIAM K. WARREN
FOUNDATION
PO Box 470372
Tulsa, OK 74147-0372

Xcel Energy
PO Box 9477
Minneapolis, NM 55484-9477