**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 19-70106-TMD** |
| | § | |
| **REMNANT OIL COMPANY, LLC** | § | |
| | § | |
| | § | |
| | § | |
| **Debtor(s)** | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held. Any response must be timely filed with the United States Bankruptcy Clerk, Western District of Texas, 903 San Jacinto, Room 322, Austin 78701. If a timely response is filed, the Court will then set a hearing on the Motion, and you will be provided with notice of the date, time, and place of the hearing. If you do not attend the hearing, the Court may decide that you do not oppose the Motion.**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ronald E. Ingalls, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

903 San Jacinto, Room 322, Austin 78701

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>12/03/2025</u>          By: <u>/s/ Ronald E. Ingalls</u>
                                                    Trustee

Ronald E. Ingalls
PO Box 2867
Fredericksburg, TX 78624

UST Form 101-7-NFR (10/1/2010)

Phone: (830) 321-0878
Fax: (830) 321-0913

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No. 19-70106-TMD** |
| | § | |
| **REMNANT OIL COMPANY, LLC** | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $566,532.85
*and approved disbursements of*     $518,582.89
*leaving a balance on hand of[1] :*     $47,949.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| xSNW | SUSAN NANETTE WINBORNE | $0.00 | $0.00 | $0.00 | $0.00 |
| xWEW | WILLIAM E WALKER LIVING TRUST | $0.00 | $0.00 | $0.00 | $0.00 |
| xTS-S | TESSCO ENERGY SVC INC | $36,840.39 | $36,840.39 | $0.00 | $0.00 |
| xBSC | BEVERLY SCHMIDT COUZZOURT IRREVOCABLE TRUST | $0.00 | $0.00 | $0.00 | $0.00 |
| xCCC | CATHERINE CLAIR COUZZOURT IRREV TRUS | $0.00 | $0.00 | $0.00 | $0.00 |
| xMFG | MARGARET FRANCES GRACE COUZZOURT IRREVOCABLE | $0.00 | $0.00 | $0.00 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

|       |                                          |               |               |            |        |
|-------|------------------------------------------|---------------|---------------|------------|--------|
|       | TRUST                                    |               |               |            |        |
| xCCT  | CHAVES COUNTY TREASURER                  | $2,131.40     | $2,131.40     | $2,853.21  | $0.00  |
| 1     | Midland County                           | $1.50         | $1.50         | $1.50      | $0.00  |
| 2     | Midland CAD                              | $18.79        | $18.79        | $18.79     | $0.00  |
| 4     | WILDCAT OIL TOOLS LLC                    | $70,902.87    | $70,902.87    | $0.00      | $0.00  |
| 24S   | MESA WELL SERVICING LP                   | $131,359.90   | $131,359.90   | $0.00      | $0.00  |
| 28    | BENS OILFIELD SERVICES LLC               | $53,846.88    | $53,846.88    | $0.00      | $0.00  |
| 32    | FIRST CAPITAL BANK OF TEXAS NA           | $2,813,502.20 | $2,813,502.20 | $0.00      | $0.00  |
| 35S   | ARTS HOT OIL SERVICES LLC                | $108,360.64   | $108,360.64   | $0.00      | $0.00  |
| 37S   | 3-2-1 PARTNERS LTD                       | $490,000.00   | $490,000.00   | $0.00      | $0.00  |
| 38    | Midland CAD                              | $19.75        | $19.75        | $19.75     | $0.00  |
| 46    | MOTLEY SERVICES LLC                      | $304,100.39   | $304,100.39   | $0.00      | $0.00  |
| 50    | Midland County                           | $2.62         | $2.62         | $5.25      | $0.00  |
| 53    | Midland Central Appraisal District       | $17.08        | $17.08        | $0.00      | $0.00  |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $47,949.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Ronald E. Ingalls, Trustee Fees | $31,576.64 | $29,122.02 | $2,454.62 |
| Ronald E. Ingalls, Trustee Expenses | $3,397.15 | $3,218.25 | $178.90 |
| Barron & Newburger, P.C., Attorney for Trustee Fees | $35,120.00 | $35,120.00 | $0.00 |
| Barron & Newburger, P.C. , Attorney for Trustee Expenses | $1,639.06 | $1,639.06 | $0.00 |
| John Mosley, Accountant for Trustee Fees | $5,120.00 | $5,120.00 | $0.00 |

| | | | |
|---|---|---|---|
| John Mosley, Accountant for Trustee Expenses | $185.50 | $185.50 | $0.00 |
| Other: Martindale Consultants Inc, Other Professional Fees | $71,607.50 | $1,468.75 | $0.00 |
| Other: Martindale Consultants, Inc, Other Professional Fees | $71,607.50 | $70,138.75 | $0.00 |
| Other: Cibolo Energy Resources, LLC, Superiority Administrative Expenses- 364 | $350,000.00 | $208,706.18 | $45,316.44 |

Total to be paid for chapter 7 administrative expenses: $47,949.96

Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Brinkman Portillo Ronk, APC, Attorney for Trustee/D-I-P Fees | $306,621.00 | $0.00 | $0.00 |
| Brinkman Portillo Ronk, APC, Attorney for Trustee/D-I-P Expenses | $6,983.20 | $0.00 | $0.00 |
| Other: Loeb & Loeb LLP, Attorney for Trustee/D-I-P Fees | $685,338.00 | $0.00 | $0.00 |
| Other: Loeb & Loeb LLP, Attorney for Trustee/D-I-P Expenses | $14,452.12 | $0.00 | $0.00 |
| Other: Donlin Recano & Company Inc, Other Professional Fees | $167,336.40 | $0.00 | $0.00 |
| Other: Office of Natural Resources Revenue, Other Operating Expenses | $94,969.96 | $108,761.97 | $0.00 |
| Other: TX Comp of Public Accts c/o OAG, Other Operating Expenses | $2,660.84 | $0.00 | $0.00 |
| Other: Central Valley Electric Cooperative, Inc., Other Prior Chapter Administrative Expenses | $11,511.76 | $0.00 | $0.00 |
| Other: DXP Enterprises, Inc, Other Prior Chapter Administrative Expenses | $17,554.41 | $0.00 | $0.00 |
| Other: DXP Enterprises, Inc., Other Prior Chapter Administrative Expenses | $17,554.41 | $0.00 | $0.00 |
| Other: G And P Automation And Electric LLC, Other Prior Chapter Administrative Expenses | $1,236.00 | $0.00 | $0.00 |
| Other: P2 Energy, Other Prior Chapter Administrative Expenses | $3,434.28 | $0.00 | $0.00 |
| Other: The Supply Store, Inc., Other Prior | $4,369.73 | $0.00 | $0.00 |

| Chapter Administrative Expenses | | | |
|---|---|---|---|

Total to be paid to prior chapter administrative expenses: $0.00

Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,463.27 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| xJEH | JEANNELL ELAINE HALL | $0.00 | $0.00 | $0.00 |
| xPGG | PERRY GLYNN GREGORY | $0.00 | $0.00 | $0.00 |
| xRJL | REBA AND JACK LUCE | $2,500.00 | $0.00 | $0.00 |
| xTJR | TAMMY JO RICHARDSON | $0.00 | $0.00 | $0.00 |
| 40 | SCHLEICHER COUNTY APPRAISAL DISTRICT | $963.27 | $1,222.59 | $0.00 |

Total to be paid to priority claims: $0.00

Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,904,377.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| xAEL | ARENA ENERGY LLC | $112,267.28 | $0.00 | $0.00 |
| xCAC | CAPROCK AIR CONDITIONING AND HEATING INC | $10,782.40 | $0.00 | $0.00 |
| xDLM | D AND L METERS AND INSTRUMENT SVC INC | $1,308.45 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| xHAN | H A NEAL INC | $1,600.00 | $0.00 | $0.00 |
| xHLJ | HELEN L JOHNSTON REV TST | $0.00 | $0.00 | $0.00 |
| xHWF | HAZ WELL FLOWING LLC | $4,481.62 | $0.00 | $0.00 |
| xJEB | JAMES E BRASHER | $0.00 | $0.00 | $0.00 |
| xJLM | JONATHAN LEWIS MORGAN | $0.00 | $0.00 | $0.00 |
| xKML | KIRBY MINERALS LC | $0.00 | $0.00 | $0.00 |
| xLFO | L AND F OILFIELD SVCS | $12,928.17 | $0.00 | $0.00 |
| xMOC | MCDANIEL OIL CORP | $1.00 | $0.00 | $0.00 |
| xPPP | PRECISION PUMP AND SUPPLY | $292,432.09 | $0.00 | $0.00 |
| xQ2A | Q2 ARTIFICAL LIFT SVC NM LLC | $31,365.89 | $0.00 | $0.00 |
| xRTT | RT TRUCKING LLC | $1,765.39 | $0.00 | $0.00 |
| xSWT | SOUTHWEST TRANSPORTATION LLC | $9,299.65 | $0.00 | $0.00 |
| xTS-U | TESSCO ENERGY SVC INC | $2,901.44 | $0.00 | $0.00 |
| xUNK | NAME INTENTIONALLY OMITTED | $21,600.00 | $0.00 | $0.00 |
| xWHS | SHORT 2008 TRUST DTD 12/8/08 | $0.00 | $0.00 | $0.00 |
| 3 | BO MONK PIPE TESTING CO INC | $2,064.26 | $0.00 | $0.00 |
| 5 | Internal Revenue Service | $0.00 | $0.00 | $0.00 |
| 6 | TWIN STARS COMPRESSION LLC | $150,716.05 | $0.00 | $0.00 |
| 7 | STANDARD E & S LLC | $41,666.60 | $0.00 | $0.00 |
| 8 | RENDALL SIKES PLLC | $8,740.00 | $0.00 | $0.00 |
| 9 | PERMIAN CONTROLS LLC | $23,628.36 | $0.00 | $0.00 |
| 10 | L & E Services LLC | $56,558.23 | $0.00 | $0.00 |
| 11 | GANDY MARLEY INC | $21,222.41 | $0.00 | $0.00 |
| 12 | TRC MASTER FUND LLC | $50,000.00 | $0.00 | $0.00 |
| 13 | RUSSELL K HALL & ASSOCIATES INC | $9,566.00 | $0.00 | $0.00 |
| 16 | EQUISOLVE INC | $2,500.00 | $0.00 | $0.00 |
| 19 | BRUNSON CHANDLER & JONES PLL | $8,641.43 | $0.00 | $0.00 |
| 20 | SERVICE COMPRESSION LLC | $11,921.95 | $0.00 | $0.00 |
| 21 | STRATEGY OILFIELD SERVICES INC | $18,861.01 | $0.00 | $0.00 |
| 23 | LEXON INSURANCE CO | $721,441.00 | $0.00 | $0.00 |
| 24U | MESA WELL SERVICING LP | $33,720.43 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| 25 | CARGILL INC | $3,769,596.26 | $0.00 | $0.00 |
|---|---|---|---|---|
| 29 | MODRALL SPERLING LAW FIRM | $64,202.91 | $0.00 | $0.00 |
| 30 | COATS PUMP AND SUPPLY INC | $43,318.27 | $0.00 | $0.00 |
| 31 | RELIABLE WELL SVC INC | $293,499.83 | $0.00 | $0.00 |
| 33 | ONOS SANDBLASTING AND PAINTING LLC | $97,440.00 | $0.00 | $0.00 |
| 34 | BRIDGE CAPITAL CORP | $220,605.00 | $0.00 | $0.00 |
| 35U | ARTS HOT OIL SERVICES LLC | $57,842.83 | $0.00 | $0.00 |
| 36 | ALLIANCE WELL SERVICES LLC | $0.00 | $0.00 | $0.00 |
| 37U | 3-2-1 PARTNERS LTD | $42,581.30 | $0.00 | $0.00 |
| 41 | Perk-Roc Inc | $66,046.12 | $0.00 | $0.00 |
| 42 | MSI Inc | $1,139.99 | $0.00 | $0.00 |
| 43 | G & P Automation and Electric LLC | $1,320.20 | $0.00 | $0.00 |
| 44 | Lea County Electric Cooperative Inc | $102,908.09 | $0.00 | $0.00 |
| 45 | CT Corporation | $438.17 | $0.00 | $0.00 |
| 47 | KODIAK GAS SERVICES LLC | $3,300,000.00 | $0.00 | $0.00 |
| 48 | ETC Texas Pipeline LTD | $1,763.53 | $0.00 | $0.00 |
| 52 | Alliance Well Service Inc | $177,693.54 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:        $0.00
Remaining balance:        $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:        $0.00
Remaining balance:        $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ Ronald E. Ingalls
                        Trustee

Ronald E. Ingalls
PO Box 2867
Fredericksburg, TX 78624

Phone: (830) 321-0878
Fax: (830) 321-0913

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)